UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-00537-JMC |
| | : | |
| RYAN SAMSEL | : | |
| JAMES TATE GRANT | : | |
| PAUL RUSSELL JOHNSON | : | |
| STEPHEN CHASE RANDOLPH | : | |
| JASON BENJAMIN BLYTHE | : | |
| | : | |
| Defendants. | : | |

## JOINT PROPOSAL OF PRETRIAL DEADLINES

The United States of America and Defendants hereby submit the following proposed pretrial deadlines in advance of the trial scheduled in this matter for October 23, 2023 as ordered by the Court on September 15, 2023.

**Sept. 25, 2023**: Parties shall exchange preliminary witness lists and preliminary exhibit lists.

**Oct. 2, 2023**: Deadline to submit motions *in limine* and exhibit objections to the Court.

**Oct. 9, 2023**: Parties shall submit joint pretrial statement to the Court.

**Oct. 10, 2023**: Parties shall complete disclosure of *Jencks* and *Giglio* materials.[1]

**Oct. 16, 2023**: Pretrial conference

---

[1] The parties agree to waive timeliness objections to motions filed after this date precipitated by new information contained in such disclosures.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:         /s/ *Hutton Marshall*
                 J. Hutton Marshall
                 Kyle Robert Mirabelli
                 Christopher Brunwin
                 Alexandra Foster
                 Assistant U.S. Attorney
                 DC Bar No. 1721890
                 601 D Street, N.W.
                 Washington, D.C. 20579
                 (202) 809-2166
                 Joseph.hutton.marshall@usdoj.gov

                 *Counsel for United States*

                 /s/
                 Stanley Edmund Woodward , Jr.
                 BRAND WOODWARD LAW
                 1808 Park Road NW
                 Washington, DC 20010
                 202-996-7447
                 Fax: 202-996-0113
                 Email: stanley@brandwoodwardlaw.com

                 William Lee Shipley , Jr.
                 LAW OFFICES OF WILLIAM L. SHIPLEY
                 PO Box 745
                 Kailua, HI 96734
                 808-228-1341
                 Email: 808Shipleylaw@gmail.com

                 *Counsel for Defendant Ryan Samsel*

                 /s/
                 Lauren Rosen
                 Todd M. Richman
                 OFFICE OF THE FEDERAL PUBLIC DEFENDER

Eastern District of Virginia, Alexandria Division
1650 King Street
Suite 500
Alexandria, VA 22314
703-600-0819
Email: lauren_rosen@fd.org

*Counsel for Defendant Paul Russel Johnson*

     /s/
Angela Halim
Pennsylvania
3580 Indian Queen Lane
Philadelphia, PA 19129
215-300-3229
Email: angiehalim@gmail.com

*Counsel for Defendant Stephen Chase Randolph*

     /s/
Stephen F. Brennwald
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928-7727
Fax: (202) 544-7626
Email: sfbrennwald@cs.com

*Counsel for Defendant Jason Benjamin Blythe*

     /s/
Robert A. Feitel
LAW OFFICE OF ROBERT FEITEL
1300 Pennsylvania Avenue NW #1505
Washington, DC 20008
(202) 255-6637
Fax: (202) 450-6134
Email: rf@rfeitellaw.com

*Counsel for Defendant James Grant*