**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **No. 21-cr-537 (JMC)** |
| **STEPHEN CHASE RANDOLPH** | : | |

## NOTICE OF WITHDRAWAL OF ECF 273, 274, AND 285

Defendant, Stephen Chase Randolph, by and through his undersigned counsel, hereby submits this notice of his intent to withdraw his motion requesting funds for transportation and accommodations during trial.[1]  Specifically, he withdraws ECF 273 (9/25/23), ECF 274 (9/25/23), and ECF 285 (10/6/23).

Respectfully submitted,


_____/s/ Angela Halim_____
Angela Halim, Esq.,
3580 Indian Queen Lane
Suite 10A
Philadelphia, PA  19129
(215) 300-3229
angiehalim@gmail.com

---

[1] Mr. Randolph learned over the weekend that his girlfriend will be able to attend his trial, and she is going to provide funds for his transportation and accommodations in Washington D.C.

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.


                    <u>   /s/ Angela Halim   </u>
                    Angela Halim, Esq.

Dated:  October 9, 2023