### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF  AMERICA,                Criminal Action
                                          No. 1:21-0537
                        Plaintiff,


        vs.
                                          October 23, 2023
RYAN SAMSEL - 1,                          2:03 p.m.
JAMES TATE GRANT - 2,
PAUL RUSSELL JOHNSON - 3,
STEPHEN CHASE RANDOLPH - 4,
JASON BENJAMIN BLYTHE - 5,


                        Defendants.       Washington, DC

_____



### *** AFTERNOON SESSION ***
TRANSCRIPT OF BENCH TRIAL - DAY 1
**BEFORE THE HONORABLE JIA M. COBB**
UNITED STATES DISTRICT JUDGE



APPEARANCES:

**For Plaintiff:**          **Kyle Mirabelli**
                            **Joseph Hutton Marshall**
                              United States Attorneys Office
                              601 D Street NW, Suite 6-725
                              Washington, DC  20001
                              202-815-4028

                            **Christopher Brunwin**
                              U.S. Attorneys Office
                              Federal Courthouse
                              312 N. Spring Street, 13th Floor
                              Los Angeles, CA 90012
                              213-894-4242

                            **Alexandra Foster**
                              DOJ - U.S. Attorneys Office
                              880 Front Street, Room 6293
                              San Diego, CA  92101-8807
                              619-546-6735

APPEARANCES CONTINUED:

**For Deft. Samsel:**        **Stanley Woodward**
                       BRAND WOODWARD LAW, LP
                       400 Fifth Street, Northwest
                       Washington, DC 20001
                       202-996-7447

**For Deft. Grant:**         **Robert A. Feitel**
                       LAW OFFICE OF ROBERT FEITEL
                       1300 Pennsylvania Avenue NW, #1505
                       Washington, DC 20008
                       202-255-6637

**For Deft. Johnson:**       **Lauren Rosen**
                       **Todd M. Richman**
                       OFFICE OF FPD-EDVA
                       1650 King Street, Suite 500
                       Alexandria, VA 22314
                       703-600-0819

**For Deft. Randolph:**      **Angel Halim**
                       3580 Indian Queen Lane
                       Philadelphia, PA 19129
                       215-300-3229

**For Deft. Blythe:**        **Stephen Brennwald**
                       BRENNWALD & ROBERTSON, LLP
                       922 Pennsylvania Avenue, SE
                       Washington, DC 20003
                       301-928-7727

**Reported By:**             **Lorraine T. Herman, RPR, CRC**
                       Official Court Reporter
                       U.S. District & Bankruptcy Cts.
                       333 Constitution Avenue, NW
                       Washington, DC 20001
                       lorraine_herman@dcd.uscourts.go

**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

# I N D E X

**WITNESS**                                                    **PAGE**

GEORGE MCCREE

    Direct Examination by Mr. Marshall              4


# E X H I B I T S

**EXHIBIT**                                                    **PAGE**

Government's No. 3      Admitted into Evidence      14
Government's No. 4      Admitted into Evidence      15
Government's No. 5      Admitted into Evidence      17
Government's No. 1      Admitted into Evidence      19
Government's No. 2      Admitted into Evidence      21
Government's No. 6      Admitted into Evidence      22
Government's No. 7      Admitted into Evidence      22
Government's No. 8      Admitted into Evidence      22
Government's No. 9      Admitted into Evidence      22
Government's No. 10     Admitted into Evidence      22
Government's No. 11     Admitted into Evidence      22
Government's No. 12     Admitted into Evidence      22
Government's No. 13     Admitted into Evidence      22
Government's No. 14     Admitted into Evidence      22
Government's No. 15     Admitted into Evidence      22
Government's No. 101    Admitted into Evidence      43

1                    **P R O C E E D I N G S**

2              (The morning session court reporter was Stacy Johns.)

3              (Motions and opening arguments heard this afternoon but

4        not transcribed.)

5              **THE COURT:**  Okay.  Thank you.

6              Is the government ready to call its first witness?

7              **MR. MARSHALL:**  It is, Your Honor.

8              **THE COURT:**  Okay.  Let's get started.

9              **MR. MARSHALL:**  The government calls the United

10       States Capitol Police Sergeant George McCree --

11       Lieutenant McCree.

12             **DEPUTY CLERK:**  Sir, if you would come up to the

13       witness stand, please.

14             **THE WITNESS:**  Thank you.

15             **DEPUTY CLERK:**  Sir, please raise your right hand.

16       Do you swear or affirm  you will answer all questions

17       propounded to you by the Court and the testimony you will

18       give in this trial will be the truth, the whole truth and

19       nothing but the truth?

20             **THE WITNESS:**  I do.

21             **THE COURT:**  Okay.  Good afternoon.

22             **THE WITNESS:**  Good afternoon.

23                 **DIRECT EXAMINATION OF GEORGE McCREE**

24       BY MR. MARSHALL:

25          **Q.**   Good afternoon.  Could you introduce yourself to

1   the Court and state your name?

2       **A.**   Yes, my name is Lieutenant George McCree.

3       **Q.**   Where do you work?

4       **A.**   I work for the United States Capitol Police.

5       **Q.**   What is your current assignment with the Capitol

6   Police?

7       **A.**   I'm currently assigned to the House division,

8   third shift.

9       **Q.**   How long have you been in that position?

10      **A.**   I've been here for about a year and a half.

11      **Q.**   And what are your responsibilities in that role?

12      **A.**   I oversee the day-to-day operations of the third

13  shift of the House division.

14      **Q.**   So you work in the House chambers; is that

15  accurate?

16      **A.**   Actually, I work in the House division, the House

17  side of the building.  I used to work in the House chambers.

18      **Q.**   Does that concern the area within the House

19  Chamber and the area surrounding it?

20      **A.**   Yes.

21      **Q.**   How long have you been with the Capitol Police in

22  total?

23      **A.**   I've been with the U.S. Capitol Police since

24  September 1st of 1993.

25      **Q.**   And the Capitol building, that is based in

1    Washington D.C.; is that correct?

2         **A.**   It is.

3         **Q.**   Generally speaking, what other positions have you

4    held with the Capitol Police?

5         **A.**   I have had a number of positions with the Capitol

6    Police.  I have been a dispatcher, a special agent with the

7    dignitary protection division, special agent with our

8    physical security division, a private first class.  I've

9    been a sergeant to the assistant commander in several

10   capacities.

11        **Q.**   Again, just generally speaking, have these

12   positions -- to what degree have these positions taken place

13   within the Capitol building and grounds?

14        **A.**   Almost all of them have been in the Capitol

15   building.  I spent a few years at the police academy, but

16   the vast majority of the time has been in and around the

17   Capitol grounds.

18        **Q.**   So are you familiar generally with the Capitol

19   building and grounds?

20        **A.**   Very much so.

21        **Q.**   Is the Capitol building secured 24 hours a day?

22        **A.**   It is.

23        **Q.**   Who is responsible for that?

24        **A.**   The United States Capitol Police.

25        **Q.**   What about the surrounding Capitol grounds?

1     **A.**   We protect the grounds as well, the Capitol

2     Square, if you will.

3     **Q.**   Can you describe a little bit how the building and

4     grounds are secured by the Capitol Police?

5     **A.**   Certainly.  The grounds are monitored and

6     patrolled by the Capitol Police.  We have several units that

7     are responsible for that.  The buildings have officers that

8     patrol the -- that are manning the doors so that anybody

9     that comes in has to be screened, given permission to come

10    in the building.

11          And the grounds are pretty much open to the

12    building -- open to the public during most times unless

13    there's a security event or a protest or something of that

14    nature.

15    **Q.**   Thank you.

16          So changing subjects to go to January 6th, 2021,

17    were you working as a Capitol Police officer on that day?

18    **A.**   Yes, I was a sergeant in the House Chamber

19    section.

20    **Q.**   So what were your responsibilities in that

21    capacity?

22    **A.**   I gave direction and control to the officers and

23    civilians that were working the House Chamber that day.

24    **Q.**   And did you have a specific assignment at the

25    outset of that day?

**McCREE - Direct by Mr. Marshall**

1    **A.**    Yes.  So I was the assistant commander for that

2  section, so I made the schedules and made sure everybody was

3  working those areas.  And then I worked the actual chamber

4  during the events that were scheduled that day.

5    **Q.**    What time did you personally arrive that day?

6    **A.**    I arrived at the building around 7:30 in the

7  morning.

8    **Q.**    Were you aware of what the official business was

9  that was scheduled to take place that day?

10   **A.**    I was.

11   **Q.**    What was that?

12   **A.**    The House and the Senate were both in session.

13 There was scheduled joint session of Congress for that day;

14 and that was to certify the electoral college vote for that

15 electoral season.

16   **Q.**    Who specifically was expected to be in the House

17 Chamber that day?

18   **A.**    The members of Congress, of course, and then the

19 Senate -- because it was a joint session -- would be coming

20 over to that side.  And the Vice President, being the

21 president of the Senate, would lead the Senate to the House

22 side of the Congress.

23   **Q.**    And so in those weeks leading up to January 6,

24 were tourists allowed inside the Capitol building?

25   **A.**    They were not.

1      **Q.**   Why not?

2      **A.**   The building was closed to the public for COVID --

3    for COVID protocol.

4      **Q.**   So who was allowed in the building at that time?

5      **A.**   Members of Congress, of course, and then their

6    staff and the support for Congress, Capitol Police, the

7    building, the architect of the Capitol staff, et cetera.

8      **Q.**   Okay.  So the building is closed to the public.

9    For January 6, specifically, were any additional steps taken

10   in anticipation of those proceedings?

11     **A.**   Yes, sir.

12     **Q.**   What were those?

13     **A.**   We had received intelligence that there would be a

14   large demonstration at the White House and that those

15   individuals would be coming to the Capitol building.  So the

16   Capitol Square was secured with additional fencing and CDU

17   squads, et cetera.

18     **Q.**   And how are you personally aware of these

19   measures?

20     **A.**   We receive daily briefings and bulletins on what

21   the activities are as things occur.  Any head of state

22   visits, any large demonstrations, we receive those on a

23   routine basis and that's how I was made aware of it.

24     **Q.**   Why did you understand those particular measures

25   to be necessary?

1          **A.**    I'm sorry.  I didn't hear you.

2          **Q.**    Why did you understand those particular measures

3     to be necessary that day?

4          **A.**    The building -- there was a heightened security

5     due to the large crowd that was anticipated.  So the

6     building was secured with extra measures to keep individuals

7     away from the building so that we could control the access

8     and control the activities around the building.

9          **Q.**    So I believe you mentioned some fencing or

10    physical barriers.  Can you describe those in a bit more

11    detail?

12         **A.**    Certainly.  Most of the Capitol Square was

13    surrounded with a combination of snow fencing and bike rack

14    fencing so that the people would know not to come beyond

15    that area.  There were additional CDU or crowd control units

16    that were assigned to provide that information to people as

17    they approached the building.

18              And there was signage, quite a bit of signage

19    around the building.  It was mounted on the snow fencing and

20    on the bike racks to prevent people from -- basically, it

21    was saying that the area was closed to prevent people from

22    coming into the restricted areas.

23         **Q.**    Did you observe any of this fencing or signage

24    yourself?

25         **A.**    I did.

1      Q.   To what degree or why did you observe that?

2      A.   Um, so the -- I park on the north side of the

3 building on Constitution Avenue at that time.  So I saw at

4 least half of that when I was driving up to the building.

5           In addition, it restricted my access, so I had to

6 reroute my normal way of coming from my car to the building

7 into the area that was designated for pedestrian access.

8      Q.   Did the Capitol Police coordinate with any other

9 state or federal agencies in establishing these measures in

10 that perimeter?

11      A.   Yes, we did.

12      Q.   Who was that?

13      A.   Well, we always coordinate with the Secret

14 Service.  When there's a head of state, we will do --

15 they'll bring in the individuals who will provide additional

16 security within the building and on the grounds for them.

17           There is a mutual understanding with both Park

18 Police and Metropolitan Police whenever there's a large

19 event, especially when it crosses jurisdictions between us.

20 So there was a coordination between all of those agencies

21 prior to this -- prior to that date.

22      Q.   So in this case, with the Secret Service, who was

23 the head of state you referenced that was visiting that day?

24      A.   That would be Vice President Pence, Michael Pence.

25      Q.   Were there any other Secret Service protectees

**McCREE - Direct by Mr. Marshall**

1    visiting that day?

2         A.    We did not have any other Secret Service

3    protectees that day that I'm aware of.

4         Q.    Was anyone accompanying Vice President Pence that

5    day?

6         A.    Yes, his family was there with the Secret Service

7    protectees -- or protectors.

8         Q.    Did Secret Service have a role in establishing --

9    you mentioned some of the security measures.  Which

10   particular aspects of those security measures did they

11   assist in establishing?

12        A.    The Secret Service actually keeps a liaison -- a

13   group of liaisons within the Capitol building.  So we

14   liaison with them.  The supervisors throughout the building

15   have direct, sort of, email contact with them throughout the

16   day.  They'll provide us information of movements, changes

17   to movements that are anticipated, anything like that.

18             So we work with them constantly, and so they also

19   work with our special events section so that the

20   communication is distributed and certain protocol everybody

21   gets the same information.

22             MR. MARSHALL:  Ms. Hayman, can we now pull up

23   Government's Exhibit 003.

24             MS. HAYMAN:  [Complied]

25

**McCREE - Direct by Mr. Marshall**

1    BY MR. MARSHALL:

2         Q.    Lieutenant McCree, do you recognize what's shown

3    here?

4         A.    I do.

5         Q.    What are we looking at?

6         A.    This is a view of the Capitol building.  We're

7    looking from the west to the east on the west side of the

8    Capitol.  It's the grounds looking at the Capitol.

9         Q.    Do you see anything that discerns when this might

10   have been taken?

11        A.    I do.

12        Q.    What's that?

13        A.    In the foreground, I can see the top of snow

14   fencing which would indicate some of the barriers that were

15   set up on January 6th.

16             In addition, in the mid ground, you can see where

17   there's sort of the white squares and the snow fencing is

18   there.  That snow fencing was set in place for security of

19   the Inaugural Stage construction area.  And I can see the

20   Inaugural Stage construction at the stage that it was on

21   January 6.

22        Q.    And what side of the building would this be that

23   we're looking at here?

24        A.    This is the west side of the Capitol.

25        Q.    So does this appear to be a fair and accurate

1    representation of that side of the Capitol building as it

2    appeared around the time of January 6th?

3         **A.**    It does.

4              **MR. MARSHALL:**  Your Honor, we'd move to admit

5    Government's Exhibit 3 into evidence.

6              **THE COURT:**  Any objection?

7              **MS. HALIM:**  No objection.

8              **THE COURT:**  Okay.

9         (Government's Exhibit 3 was admitted.)

10             **MR. MARSHALL:**  Could we now pull up Government's

11   Exhibit 4.

12             **MS. HAYMAN:**  [Complied]

13             **THE COURT:**  For the record, when you say "no

14   objection", can you just state your name?

15             **MS. HALIM:**  I'm so sorry.

16             **THE COURT:**  It's okay.

17             **MS. HALIM:**  Angela Halim.  I'll stand up if I do.

18   Again, I'm so sorry.

19             **THE COURT:**  Okay.  No problem.

20             And we have a running rule that one person will

21   object, and if someone has an objection, they'll -- if one

22   person objects, I assume it's for all unless you opt out.

23   In this situation, one person said, No objection. Obviously,

24   if someone does have an objection, they will tell me.  Okay?

25

1    BY MR. MARSHALL:

2         **Q.**   Lieutenant McCree, do you recognize what's shown

3    here?

4         **A.**   I do.

5         **Q.**   What is this?

6         **A.**   This is an "Area Closed" sign.  It's area closed

7    by order of the United States Capitol Police Board.

8         **Q.**   Were these used on January 6, 2021?

9         **A.**   They were.

10        **Q.**   Does this appear to be a fair and accurate

11   representation of those signs?

12        **A.**   It does.

13        **MR. MARSHALL:**   We would move to now admit

14   Government's Exhibit 4 into evidence.

15        **THE COURT:**   Anyone have an objection?

16        (No response.)

17        Okay.  Hearing none, it's admitted.

18        (Government's Exhibit 4 was admitted.)

19        **MR. MARSHALL:**   Could we now go to Government's

20   Exhibit 5?

21        **MS. HAYMAN:**   [Complied]

22   BY MR. MARSHALL:

23        **Q.**   Lieutenant McCree, do you recognize what's shown

24   here?

25        **A.**   I do.

1      **Q.**   And what are we looking at?

2      **A.**   This is a representation of the area that was

3  secured for the protest, planned demonstration on January 6.

4      **Q.**   So setting aside the red line shown here, is this

5  an overhead view of the U.S. Capitol?

6      **A.**   It is.

7      **Q.**   And that's a portion of the grounds, but it seems

8  to include a little bit more of that too; is that correct?

9      **A.**   Yes.

10      **Q.**   And so that appears to you, that red line, to be

11  approximately where the restricted perimeter was located

12  that day?

13              **MR. WOODWARD:**  Objection.

14              **THE COURT:**  What's your objection?

15              **MR. WOODWARD:**  Leading.

16              **DEPUTY CLERK:**  Can you stand up so the court

17  reporter can identify you?

18              **MR. WOODWARD:**  Objection.  Leading.

19              **MR. MARSHALL:**  I can rephrase.

20              **THE COURT:**  You can rephrase.

21  BY MR. MARSHALL:

22      **Q.**   Lieutenant McCree, what does that red line denote

23  to you?

24      **A.**   The red line indicates the areas that were

25  restricted on January 6 for the protest -- or for the

1    planned demonstration on that date.

2         Q.   Does that appear to be an accurate reflection of

3    those areas that were restricted?

4         A.   It does.

5              MR. MARSHALL:  Your Honor, we would offer

6    Government's Exhibit 5 into evidence.

7              THE COURT:  Any objection?

8              MR. WOODWARD:  Objection.  Lack of foundation.  We

9    don't know how the red line got there.

10             THE COURT:  Okay.  I think the witness is just

11   testifying whether that denotes the area that was

12   restricted.  So, over objection, I will admit it.

13        (Government's Exhibit 5 was admitted.)

14             MR. MARSHALL:  Thank you, Your Honor.

15             Can we now go to Government's Exhibit 1?

16             MS. HAYMAN:  [Complied]

17   BY MR. MARSHALL:

18        Q.   Lieutenant McCree, do you recognize this?

19        A.   I do.

20        Q.   What are we looking at here?

21        A.   This is a rendering of the Capitol of the United

22   States, the west side of the Capitol.  The area to the right

23   that's in the middle is the construction area, and it shows

24   the rest of the exterior of the Capitol from that direction.

25        Q.   Could you circle that construction area that you

1   were referring to?

2      **A.**   Yes, sir.  [Complied]

3      **Q.**   And then you mentioned you were in the House

4   Chamber that day; is that correct?

5      **A.**   That is correct.

6      **Q.**   Can you indicate that on this map either just with

7   an X?

8      **A.**   Yes, sir.  It's the interior chamber for this

9   section of the building.  [Complied]

10     **Q.**   Are you familiar with an area of the Capitol

11  grounds known as the West Plaza?

12     **A.**   I am.

13     **Q.**   Can you put an X on that here on this map?

14     **A.**   Certainly.  [Complied]

15     **Q.**   Are you familiar with an area of the Capitol known

16  as the Pennsylvania walkway?

17     **A.**   I am.

18     **Q.**   Can you put an X on that for us?

19     **A.**   I will.  [Complied]

20     **Q.**   Lieutenant McCree, does this appear to be a fair

21  and accurate representation of the U.S. Capitol building and

22  grounds?

23     **A.**   It does.

24        **MR. MARSHALL:**  Your Honor, we would move to admit

25  Government's Exhibit 1 into evidence.

1         **THE COURT:**  Any objection?

2         **MS. HALIM:**  Objection, Your Honor.  I object to

3    any rendering being admitted as substantive evidence.  It

4    could be used as a demonstrative for sure, but I do object

5    to it being received in evidence if it's a rendering and not

6    an actual depiction or a photograph of the Capitol and its

7    grounds.

8         **MR. MARSHALL:**  Your Honor, the government does not

9    intend to use this rendering as more than a demonstrative.

10        **THE COURT:**  Okay.  Are you satisfied with that

11   then?

12        **MS. HALIM:**  Yes.  So it will not be admitted?

13        **THE COURT:**  For demonstratives, I do receive them

14   because I want them to be marked so that if they're

15   identified later.  But I am receiving it for purposes of a

16   demonstrative aid.

17        **MS. HALIM:**  Understood.

18        **THE COURT:**  Okay.

19      (Government's Exhibit 1 was admitted.)

20        **MR. MARSHALL:**  I would now like to go to

21   Government's Exhibit 2.

22        **MS. HAYMAN:**  [Complied]

23   **BY MR. MARSHALL:**

24      **Q.**   Lieutenant McCree, do you recognize what's shown

25   here?

1      **A.**    I do.

2      **Q.**    What does this appear to be?

3      **A.**    This is a map of the Capitol.  It looks like the

4   second -- excuse me.  It is the second floor of the Capitol

5   building.

6      **Q.**    How can you tell that it's the second floor?

7      **A.**    The areas that are on the map indicate it such as

8   the Rotunda, which is the center.  That floor is on the

9   second floor of the building.

10          Then the House and Senate chambers, the areas in

11   and around those, are on the second floor as well.  The

12   Statuary Hall and old Supreme Court chamber are on the

13   second floor and they're all indicated accurately on this

14   map.

15     **Q.**    Can you put an X where the Senate chamber would

16   be?

17     **A.**    Certainly.  The Senate chamber would be located

18   here.  [Indicated]

19          **MR. WOODWARD:**  Your Honor, I just object to

20   relevance. I think we've eliminated the need to get into

21   what happened inside the building.  No one's alleged to have

22   been in the building.

23          **THE COURT:**  Okay.  Overruled.

24          **MR. MARSHALL:**  Thank you, Your Honor.

25

1    BY MR. MARSHALL:

2        Q.    Lieutenant McCree, are you aware of the Senate

3    Wing door entrance in the Capitol building?

4        A.    I am.

5        Q.    Do you see where that would be located on this

6    diagram here?

7        A.    I see the area -- this is the second floor and

8    that would be on the first floor.

9        Q.    Can you circle the approximate area it would be

10   located on the floor below this?

11       A.    Yes, sir.  [Complied]

12       Q.    And does this appear to be a fair and accurate

13   rendering of the second floor of the Capitol building?

14       A.    It does.

15           MR. MARSHALL:  Your Honor, I'd move to admit

16   Government's Exhibit 2 as a demonstrative exhibit.

17           THE COURT:  Okay.

18       (Government's Exhibit 2 was admitted.)

19   BY MR. MARSHALL:

20       Q.    Next, to save a little time, Lieutenant McCree,

21   did you, before testifying today, review Government's

22   Exhibits 6 through 15?

23       A.    Yes, I did.

24       Q.    Did those represent various renderings of the

25   Capitol building and grounds?

1      **A.**   Yes.

2      **Q.**   Did those appear to be fair and accurate

3  representations of the Capitol building and grounds as they

4  appeared that day?

5      **A.**   They do.

6          **MR. MARSHALL:**  Your Honor, we would offer these

7  exhibits not as substantive evidence but as demonstratives.

8          **THE COURT:**  Okay.  That's fine.  Yes.

9      (Government's Exhibits 6 through 15 were admitted.)

10 **BY MR. MARSHALL:**

11     **Q.**   Lieutenant McCree, stepping back, were there any

12 demonstrations authorized to take place around -- on or

13 around the Capitol grounds on January 6th?

14     **A.**   There were.

15     **Q.**   Were any of these authorized demonstrations

16 planned within the restricted perimeter established that

17 day?

18     **A.**   They were not.

19     **Q.**   Did you come to learn at a certain point that the

20 restricted perimeter had been breached that day?

21     **A.**   I did.

22     **Q.**   Approximately -- or how did you learn this?

23     **A.**   I heard it over the radio.  I listen to -- I scan

24 my police-issued radio until I hear the activities in and

25 around the building as they happen in realtime.

1      **Q.**   Do you recall where you were at the time?

2      **A.**   I do.

3      **Q.**   Where were you?

4      **A.**   I was in the House Chamber.

5      **Q.**   Do you have any recollection of approximately what

6      time you heard that over the radio?

7      **A.**   It was sometime during the noon hour.  I don't

8      recall the exact time.

9      **Q.**   What specifically did you hear?

10     **A.**   I heard that there was a breach of the -- on First

11     Street, that there was a breach of the area, that the crowds

12     had overrun the officers and the officers were calling for

13     backup officers to assist them.

14          **MR. MARSHALL:**  Can we pull back up Government's

15     Exhibit 5?

16          **MS. HAYMAN:**  [Complied]

17     **BY MR. MARSHALL:**

18     **Q.**   Based on what you heard over the radio, where was

19     your understanding of where that would have taken place on

20     what's shown here?

21     **A.**   Right here on the Pennsylvania walkway is the

22     first area that I heard of a breach of the perimeter.

23     [Indicated]

24          **MR. WOODWARD:**  Your Honor, I'm going to object to

25     what the officer heard on the radio as hearsay and we move

**McCREE - Direct by Mr. Marshall**

1    to strike.

2              **MR. MARSHALL:**  Your Honor, I believe that what he

3    heard on the radio can be established as a present-sense

4    impression, but I would ask the Court's indulgence, maybe

5    asking more details, for Lieutenant McCree to establish

6    that.

7              **THE COURT:**  Okay.  I'll let you try to lay a

8    foundation and then, Mr. Woodward, if you continue to have

9    an objection.

10   **BY MR. MARSHALL:**

11        **Q.**   Lieutenant McCree, what specifically do you recall

12   hearing over the radio?

13        **A.**   I heard the officers that were stationed at that

14   area call for assistance from additional officers because

15   that area had been breached stating that the crowds were

16   coming through, that they needed assistance in holding back

17   the crowds or attempting to hold back the crowds.

18        **Q.**   Why do you say they were --

19             **MR. RICHMAN:**  Objection, Your Honor.  Again, this

20   is all just him relaying what he is hearing instead of

21   getting into the facts of what was occurring in that

22   location.

23             **THE COURT:**  Right.  I mean, is this going where

24   he's going to explain why he reported to the area or --

25             **MR. MARSHALL:**  Your Honor, this is to establish

**McCREE - Direct by Mr. Marshall**

1     what took place subsequent to the breach inside the Capitol

2     building to show the effect, in part, of that exterior

3     perimeter breach.  So, in part, it's coming in for effect on

4     the listener too.

5            **THE COURT:**  If he reported to the location or took

6     steps upon hearing that radio run, I would get that in for

7     his effect.  But I wouldn't accept for the truth what was

8     relayed over the radio in terms of this being, you know, the

9     first area that was breached or the timing of that.

10           **MR. MARSHALL:**  Your Honor, my position, I guess,

11    is that the fact that he is taking response within the

12    Capitol building in response to hearing this over the radio

13    still is coming in for an effect on the listener.

14           **THE COURT:**  He can explain what he did in response

15    and what steps he took in response to hearing that, but I

16    won't accept that for the truth.

17           **MR. MARSHALL:**  Okay.  Understood, Your Honor.

18           **THE COURT:**  So I'm sustaining the objection, the

19    hearsay objection.  But to the extent that the witness is

20    going to explain that he took certain steps after receiving

21    this radio run, whether what he heard was true or not, I'll

22    let him testify as to what steps he took next.

23    **BY MR. MARSHALL:**

24        **Q.**   Lieutenant McCree, after hearing what you heard

25    over the radio, what did you do next?

1      **A.**    I prepared the officers that were working with me

2   in the House Chamber for a possible shelter-in-place

3   situation.  Our protocols -- we practice standard protocols

4   for emergency procedures.

5           In anticipation of hearing that there was a breach

6   of the building, maybe later breached, I briefed my officers

7   on -- I made sure that they were briefed on how to secure

8   the chamber, how to engage the shelter-in-place protocols

9   that we would have.

10     **Q.**    Do you recall whether any Capitol Police resources

11  had to be diverted to other areas on Capitol grounds as a

12  result of that breach?

13     **A.**    I do.

14     **Q.**    Can you describe what happened?

15         **MR. FEITEL:**  Objection, Your Honor.  Basis?

16         **THE COURT:**  Okay.

17         **MR. FEITEL:**  How does he know what he knows?  We

18  heard hearsay.  It's still the same problem --

19  **BY MR. MARSHALL:**

20     **Q.**    Lieutenant McCree, what was your basis for

21  believing that resources had to be diverted?

22     **A.**    I could hear the radio calls of officers asking

23  for assistance at the areas that were breached, requiring

24  additional officers to move to those locations, additional

25  resources to move to those locations.  And as it progressed,

1    I could hear those same types of events where officers

2    needed to be called to assist in areas that were being

3    breached as they were being breached.

4        **Q.**   Did the congressional proceedings, were they

5    taking place in the House Chamber at the time when you had

6    heard what you heard over the radio?

7        **A.**   They were, yes.

8        **Q.**   Did they continue at the time?

9        **A.**   At that time -- at the time of the initial breach,

10   yes.

11       **Q.**   Do you recall learning of a breach of the building

12   itself that day?

13       **A.**   I do.

14       **Q.**   How did you learn this?

15       **A.**   Again, I heard the radio traffic over the radios.

16       **Q.**   Did you take any response in reaction to hearing

17   this?

18       **A.**   Yes.  The -- if there's a building breach,

19   there's -- our standard operating procedure is to take

20   measures to protect the members of Congress.  In this

21   particular case, we sheltered them in place, that meaning

22   locking them in the chamber and securing the chamber, both

23   the House and the Senate chambers.  And, eventually, as the

24   situation progressed, evacuating them once it was safe to do

25   so.

1    Q.   Did the proceedings in the House Chamber continue?

2    A.   They did not.

3    Q.   How many officers approximately were stationed

4    with you in the House Chamber?

5    A.   In the area of 20 or so civilian and sworn

6    officers.

7    Q.   Can you describe what you and the other officers

8    did when the chamber went into lockdown?

9    A.   Certainly.  So the officer on the floor, the

10   lieutenant that was on the floor at the time, approached the

11   parliamentarian and advised him that there was an emergency

12   situation.  We needed to shelter in place.

13        The parliamentarian advised the speaker, the

14   person that was in the chair, that we needed to do so.  They

15   gaveled and placed the chamber -- placed the House into

16   recess and -- so the sworn lieutenant that was down there

17   advised everybody that we were going to shelter in place,

18   advised them where to locate themselves for safety, and the

19   officers secured all the doors and took measures to maintain

20   that security.

21   Q.   Why didn't the Congress members evacuate when

22   proceedings stopped?

23        **MR. WOODWARD:**  Objection.

24        **THE COURT:**  Basis?

25        **MR. WOODWARD:**  Lacks foundation.  Sorry for not

1    standing.

2              **THE COURT:**  Okay.

3              **MR. WOODWARD:**  Does he know?

4              **THE COURT:**  I'm assuming he's going to get to that

5    in terms of --

6              **MR. WOODWARD:**  Well, let's ask the questions,

7    Your Honor.

8              **THE COURT:**  Okay.  So will you lay a foundation

9    for how he knows why the Congress people didn't evacuate

10   immediately?

11   **BY MR. MARSHALL:**

12        **Q.**    Lieutenant McCree, was part of your role to

13   respond to security threats in the House Chamber?

14        **A.**    Yes, sir.

15        **Q.**    Are you trained on certain protocols to take in

16   response to certain potential security threats in that role?

17        **A.**    Yes, sir.  We practice our standard operating

18   procedures for emergency responses on a routine basis.

19        **Q.**    Is evacuation one potential security response?

20             **MR. FEITEL:**  Objection.  Leading.

21             **THE WITNESS:**  It is.

22             **THE COURT:**  Overruled with respect to that

23   question.

24             **THE WITNESS:**  It is.

25

1    BY MR. MARSHALL:

2         Q.    Why wasn't that a viable option here?

3         A.    The evacuation at the time wasn't safe.  We

4    didn't -- the building had been breached.  We didn't know

5    who was in the building, and we didn't know what capacity

6    for harm they had.  So our protocol at that point was to

7    shelter the members in place until we could determine that

8    it was safe to move them.

9         Q.    How long did you and the members of Congress

10   remain in the House Chamber in that capacity, sheltered in

11   place?

12        A.    We were sheltered for probably less than an hour.

13   I don't recall exactly how long but less than an hour.

14        Q.    Was there any point in the day where rioters were

15   actually able to enter that House Chamber?

16        A.    Enter the House Chamber, no.

17        Q.    Was there any point where you feared they'd be

18   able to?

19        A.    Yes.

20        Q.    Can you say what time that occurred approximately?

21        A.    Probably in the -- around 2:30, 2:40 hour, around

22   3:00, somewhere in that timeframe.  The building had been

23   breached at about 2:13 and, by the time the rioters made it

24   up to our area, we had sheltered in place.  And so once they

25   made it up there, I could very much hear the activities, the

1      banging, the riotous activities outside the doors.

2           **Q.**    Sorry.  What do you mean, "the banging"?

3           **A.**    The rioters were banging on the doors.  They were

4      screaming.

5                **MS. HALIM:**  Objection, Your Honor.  Relevance.

6      This is getting pretty far afield of what these defendants

7      are charged with.

8                **THE COURT:**  Overruled.

9      **BY MR. MARSHALL:**

10          **Q.**    Continue, sir.

11          **A.**    They were screaming, making threats, and I could

12     hear that through the doors.  Much of the language I

13     couldn't hear, but I could hear, over radio traffic, some of

14     the specific threats.  And I could certainly hear through

15     the doors the banging, the yelling, the activity that was

16     going on outside.

17          **Q.**    Did you have your firearm on you that day?

18          **A.**    I did, sir.

19          **Q.**    Was there any point where you drew your firearm?

20               **MR. FEITEL:**  Objection.  Relevance for this?

21               **MR. MARSHALL:**  Your Honor, this, again, shows the

22     degree to which that there was a threat at least perceived

23     inside the House Chamber as a result of the breach.

24               **MR. FEITEL:**  Your Honor, to say further, the only

25     person who entered the House, the building from this group

1   of defendants is my client, who I believe was on the Senate

2   side.  So I'm really not sure how this is anything other

3   than an effort to do exactly what we had hoped we wouldn't

4   happen, which is to inflame the factfinder.

5        What he's asking is were you so scared that you

6   were going to take out your firearm and use it.  How would

7   that be relevant in this case?

8        **THE COURT:**  I'll let you respond.

9        **MR. MARSHALL:**  Your Honor, and then -- this is,

10  again, I believe to repeat the government's position on

11  this, which is this was a consequence and related to the

12  breach of the Capitol building that resulted from the Peace

13  Circle breach and then the defendants' subsequent conduct on

14  the West Plaza that led to that initial breach of the

15  building.  So I am happy to move on, Your Honor.

16       **THE COURT:**  I'll sustain that, unless he's going

17  to testify as to -- that he had to draw his firearm in

18  relation to something that happened at the Peace Circle,

19  that I'd hear.  But if he's just going to talk about another

20  incident unrelated to the defendants, then we can move on.

21  **BY MR. MARSHALL:**

22       **Q.**   Lieutenant McCree, did you remain in the chamber

23  until the session resumed?

24       **A.**   I did.

25       **Q.**   What time was this, approximately?

1      A.   We evacuated the chamber around 4:00, somewhere in

2   that timeframe.

3      Q.   When were proceedings in the House Chamber able to

4   resume?

5      A.   Roughly 8 or 9:00, both Houses came in, around 8

6   or 9:00.

7      Q.   Why was it not able to resume until then?

8      A.   The building had been breached and was unsecured.

9   So the building had to be resecured, meaning that everybody

10  had to be removed to the building that wasn't supposed to be

11  there.  We had to search the building, sweep the building

12  for any additional threats and then resecure the building.

13     Q.   What time did you leave work that day?

14     A.   I left work on the next morning, at about 5:00.

15          MR. MARSHALL:  Your Honor, here I'll discuss CCTV,

16  which is being -- the stipulation between the parties.

17          THE COURT:  Okay.

18  BY MR. MARSHALL:

19     Q.   But I will ask, Lieutenant McCree, are you aware

20  of whether United States Capitol Police maintains a system

21  of closed circuit video cameras?

22     A.   Yes, we do.

23     Q.   Are you familiar with that system?

24     A.   I am.

25     Q.   How are you familiar with it?

1          **A.**   I used to be a special agent in the physical

2     security division and one of my responsibilities was to help

3     establish that CCTV system.

4          **MR. MARSHALL:**  I'd now like to pull up

5     Government's Exhibit 101.

6          **MS. HAYMAN:**  [Complied]

7          **MR. MARSHALL:**  And if you could just play the

8     first 10 seconds just to orient the witness for

9     authentication.

10        (Video played.)

11         **MR. MARSHALL:**  And you can pause it.

12         **MS. HAYMAN:**  [Complied]

13    **BY MR. MARSHALL:**

14         **Q.**   Lieutenant McCree, did you review this before your

15    testimony today?

16         **A.**   I did.

17         **Q.**   Does this show multiple CCTV clips inside the

18    Capitol building and grounds on January 6th, 2021?

19         **A.**   It does.

20         **Q.**   Does this video appear to accurately reflect the

21    camera locations of that CCTV footage?

22         **A.**   They do.

23         **Q.**   Does this footage in this appear to fairly and

24    accurately depict the Capitol building and grounds as

25    captured in this footage?

1     **A.**   It does.

2          **MR. MARSHALL:**  Your Honor, as we discussed

3    earlier, I'd now just like to play approximately five

4    minutes of this video.  So I'd now like to play from the

5    start until a minute and 35 seconds.

6          **THE COURT:**  Can you tell me this exhibit again?

7    This is 101?

8          **MR. MARSHALL:**  That's correct, Your Honor.

9          **MR. RICHMAN:**  Your Honor, we would just renew our

10   objection to this.

11         **THE COURT:**  Yes.  Okay.  I'm going to look at it

12   because I don't know what is on this montage, and then if I

13   agree it's not relevant, I'll strike it.

14         **MR. WOODWARD:**  Your Honor, we would also object to

15   the government having failed to lay a proper foundation for

16   the montage.  The fact that Officer McCree has reviewed the

17   video does not make it -- assuming the government is trying

18   to move this in as a compilation -- that's not sufficient

19   for the government to authenticate a compilation.

20         **THE COURT:**  Is this the -- is all of the -- are

21   all of the videos in this montage from the CCTV camera?

22         **MR. MARSHALL:**  Yes, that's correct, Your Honor.

23   This is a compilation of --

24         **THE COURT:**  And you've stipulated to the

25   authenticity of the CCTV video?

1          **MR. MARSHALL:**  That is correct, Your Honor.

2          **THE COURT:**  Overruled.

3          **MR. WOODWARD:**  Well, respectfully, Your Honor, it

4     is not all CCTV video.  In fact, the first few seconds of

5     what the government just played is clearly not CCTV video

6     footage.  It's a graphic that appears to use Google or some

7     other mapping program.

8          **THE COURT:**  Oh, the diagram piece?

9          **MR. WOODWARD:**  I mean, if the government just

10    wants to play the first 10 seconds again, that's not CCTV

11    video footage.

12         **MR. MARSHALL:**  And, Your Honor, this is a moment

13    that Lieutenant McCree just testified to the accuracy of

14    saying he's familiar with the CCTV systems, the location of

15    the cameras.  And according to his testimony, those

16    accurately reflect the locations of the CCTV cameras, which

17    has been authenticated via stipulation.

18         **THE COURT:**  Overruled.

19         **MR. WOODWARD:**  Can we know which sections of the

20    video the government intends to play?

21         **THE COURT:**  They're going to play a five-minute

22    montage.

23         **MR. MARSHALL:**  We are going to play beginning

24    until 1:35, and then we're going to play 2:50 until 6

25    minutes.

1          (Video played.)

2          **MR. MARSHALL:**  You can now jump to 2:50 and you

3     can play from there.

4          (Video played.)

5          **MR. MARSHALL:**  With the Court's permission, the

6     government would propose playing this at a faster speed,

7     just to capture the events in a quicker manner.

8          **THE COURT:**  Sure.

9          **MS. HAYMAN:**  [Complied]

10         **MR. WOODWARD:**  Your Honor, this scene in

11    particular is objectionable.

12         **THE COURT:**  Okay.  I'll see it and then determine

13    if it's relevant.  You can keep playing.

14         (Video played.)

15         **MR. MARSHALL:**  Your Honor, I would note that this

16    is the entrance through which the evidence later at trial

17    will show that defendant Grant entered the room.

18         **THE COURT:**  Okay.

19         **MR. MARSHALL:**  Your Honor, the government has

20    approximately 45 minutes to an hour left of testimony to

21    elicit from Lieutenant McCree, and this next portion of his

22    testimony involves setting up the bicycle racks that we

23    brought into court today.

24         **THE COURT:**  So is this a good time to break?

25         **MR. MARSHALL:**  I would propose this could be a

1    good time to break.

2              **THE COURT:**   Okay.   We can break for the day.

3    We're going to resume tomorrow at 10.   So can I have your

4    witness step out and then we'll talk about any housekeeping

5    matters we need to?

6              **MR. MARSHALL:**   Yes, Your Honor.

7              **THE COURT:**   Okay.   Thank you.

8              I have to remind you not to discuss your testimony

9    with anyone.   Thank you.

10             **THE WITNESS:**   Yes, Your Honor.

11        (Witness stepped down.)

12             **THE COURT:**   Thank you.

13             Okay.   So we'll plan to start tomorrow at 10 a.m.

14             If any preliminary issues come up, if you could

15   email chambers to let me know so I know if I have to address

16   anything in the morning.

17             Then one housekeeping matter, because Mr. Marshall

18   had referenced some stipulations, do you have signed

19   stipulations that you've agreed to that you intend to enter

20   as part of the evidence that will later be docketed or --

21             **MR. MARSHALL:**   Your Honor, we had some edits to

22   make over the lunch hour.

23             **THE COURT:**   Okay.

24             **MR. MARSHALL:**   And we did provide to defense the

25   updated copy.   I hadn't received the signed version.

1      **THE COURT:**  Okay.  I just want to make sure that I
2    don't lose track of that so that I have the written
3    stipulations.

4      **MR. MARSHALL:**  Yes, Your Honor.

5      **THE COURT:**  Okay.

6      **MR. MARSHALL:**  Your Honor, just briefly, my
7    colleagues reminded me I did not formally move to admit
8    Government's Exhibit 101.  So I'd move to admit that now.

9      **THE COURT:**  Okay.  I thought you did.

10     So the objection was to -- I overruled the
11   objection with respect to authenticity or foundation laid
12   for admission.  And then, in terms of relevance, does
13   someone want to be heard?  I understand that no one here is
14   charged with having or accused of having initially broke the
15   window to the building.

16     It's my understanding that one of the defendants,
17   at least the evidence will show that's where he entered.  I
18   didn't see anything that was particularly inflammatory for
19   how 403 purposes such that it shouldn't come in.  So does
20   anyone want to be heard on why -- yeah.

21     **MS. ROSEN:**  Your Honor, may I ask a question?  I
22   think I'm unclear at this point whether the government is
23   seeking to move the entire video into evidence or just the
24   portions played.

25     **MR. MARSHALL:**  Just the portions played,

1    Your Honor.

2              **THE COURT:**  Okay.

3              So with that, is there any further objection other

4    than the ones that have been made that I've overruled?

5              **MS. ROSEN:**  No, Your Honor.

6              **MR. WOODWARD:**  I mean, we still continue to

7    object.

8              **THE COURT:**  Yeah.

9              **MR. WOODWARD:**  I'm not sure why breaking down the

10   door of the Capitol building is in any way relevant to

11   what's happening at Peace Circle on the West Terrace or the

12   West Lawn, especially in light of the fact that the only

13   defendant accused of going in the building has now pleaded

14   guilty to that.  And so it's not relevant to this trial.

15             It's hard to unsee what's been seen, but certainly

16   I don't want to set precedent for bringing in extraneous

17   video that doesn't bear on certainly what Mr. Samsel would

18   have seen and what he did not see on January 6.

19             **MR. MARSHALL:**  Your Honor, I won't repeat the

20   government's argument regarding the relevance of what took

21   place inside the building in relation to the defendant's

22   conduct.  But I'll just note with respect to defendant

23   Grant's conduct, he may have pled guilty to those

24   misdemeanors, but that does not mean that conduct is not

25   still relevant to other charges charged against him.

1          **THE COURT:**  I am going to overrule the --

2          **MR. FEITEL:**  Your Honor, so we've been in trial

3     with witnesses for, like, 45 minutes.  And from my

4     perspective, it's been sort of a cacophony of hearsay that

5     was elicited from this witness about videos that have

6     nothing to do with the charges against our clients in terms

7     of matters that are kind of extraneous.

8          So the fact that my client may have entered

9     through the window is all well and good, but there is no

10    evidence that he saw the window being broken.  I mean, if

11    they have the video of him coming through, I think I would

12    be hard pressed to really object.

13         I just think there needs to be some limit on these

14    extraneous matters.  I know the government is really happy

15    to have all of these exhibits from their other trials.

16    Everybody loves their toys, Oh, look what I have.  But I

17    just think we're in day-one-witness -- you know --

18    point-five.  If it's going to be like this the whole time, I

19    think there needs to be some limitation.

20         The argument from the government, which is sort of

21    forever, is that, Well, it's all part and parcel of the same

22    thing.  They didn't charge it that way, and I don't think

23    they can factually prove it that way.  So I do think, you

24    know, we saw what we saw.  But I think, for the days that

25    come, there needs to be some reigning in of this sort of

1      free-for-all about what's happening in the courtroom.

2            **THE COURT:**  Okay.  I mean, I agree that if it gets

3      to a point where there is more evidence coming in about

4      other people and not these defendants, that that would be a

5      problem.  But right now I don't think there's a basis for me

6      to preclude the government from arguing that how this

7      incident started or the specific window that Mr. Grant is

8      alleged to go through, how that's not at least relevant to

9      an argument that I understand that they'll be making.

10           I know that you will argue that I shouldn't put

11     weight in that, but I have to let them present their case.

12     They have a high burden, so they have to check all of their

13     boxes.

14           **MR. FEITEL:**  I'll just say that I watched the

15     video of the persons parading on one of the terraces that

16     was in fast motion, and I kind of thought it looked to me

17     like an old Charlie Chaplin movie that was before they had a

18     better capability to capture a video on tape.

19           So I just think a lot of this is really

20     extraneous.  I understand why the government wants it in,

21     but that doesn't make it relevant.

22           **THE COURT:**  Okay.  I understand.

23           I'm admitting 101, the portions that were played,

24     over the objections that have been made, which I understand,

25     but I think the government has articulated an argument as to

1   why they believe it's relevant.

2           Again, I'll hear the parties on weight and whether

3   it has any bearing on the contested elements with respect to

4   their clients, but I think they've articulated a theory

5   under which it's admissible and relevant.

6       (Government's Exhibit 101 was admitted.)

7           **MR. FEITEL:**  Thank you.  Have a nice rest of the

8   day.

9           **THE COURT:**  Okay.  You too.

10          **MR. WOODWARD:**  Just a *Jencks* question for the

11  Court.

12          **THE COURT:**  Sure.

13          **MR. WOODWARD:**  I want to just confirm that the

14  government has produced all of the *Jencks* they have for

15  Officer McCree.  He's testified in a lot of trials,

16  Your Honor.

17          **THE COURT:**  Okay.

18          **MR. WOODWARD:**  By my count, nearly 12, and I

19  believe we only have testimony from six of his prior trials.

20  We also only have one 302.  So I just want to make sure any

21  other 302s or other *Jencks* materials that the government has

22  have been provided to us.

23          **THE COURT:**  Okay.  Have you produced the *Jencks*

24  for this witness?

25          **MR. MARSHALL:**  Your Honor, we'll confirm that

1    everything has been produced and certainly produce anything

2    that we've overlooked.

3              **THE COURT:**  Okay.  And what has been the policy

4    with respect to *Jencks* for other witnesses?  Has that been

5    produced?  I know you don't technically have to do it now,

6    but I just want to confirm --

7              **MR. MARSHALL:**  Yes, it has, Your Honor.

8              **THE COURT:**  All right.  Perfect.

9              All right.  Any other matters we need to take up

10   before we break for the day?

11             **MS. HALIM:**  Yes, Your Honor.

12             **THE COURT:**  Sure.

13             **MS. HALIM:**  It works.

14             **THE COURT:**  Okay.

15             **MS. HALIM:**  Just housekeeping matters regarding

16   schedule.

17             **THE COURT:**  Yes.

18             **MS. HALIM:**  I heard a rumor that we wouldn't be

19   sitting on Fridays, but I wanted to confirm that with

20   Your Honor.

21             **THE COURT:**  Yes, that's my plan.  Is that fine

22   with everyone?

23        (No response.)

24             Okay.  So we're not sitting on Fridays.

25             **MS. HALIM:**  Okay.  Thank you.

1          **THE COURT:**  All right.  Thanks, everyone.

2          (Proceedings concluded at 5:00.)

1              **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8       October 23, 2023        /s/ Lorraine T. Herman
              **DATE**                  **Lorraine T. Herman**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. MARSHALL:
[20]** 4/24 12/25 14/25
15/22 16/21 17/17
19/23 20/25 21/19
22/10 23/17 24/10
25/23 26/19 29/11
29/25 31/9 32/21 33/18
34/13
**DEPUTY CLERK: [3]**
4/12 4/15 16/16
**MR. FEITEL: [8]** 26/15
26/17 29/20 31/20
31/24 41/2 42/14 43/7
**MR. MARSHALL: [47]**
**MR. RICHMAN: [2]**
24/19 35/9
**MR. WOODWARD:
[20]** 16/13 16/15 16/18
17/8 20/19 23/24 28/23
28/25 29/3 29/6 35/14
36/3 36/9 36/19 37/10
40/6 40/9 43/10 43/13
43/18
**MS. HALIM: [12]** 14/7
14/15 14/17 19/2 19/12
19/17 31/5 44/11 44/13
44/15 44/18 44/25
**MS. HAYMAN: [9]**
12/24 14/12 15/21
17/16 19/22 23/16 34/6
34/12 37/9
**MS. ROSEN: [2]** 39/21
40/5
**THE COURT: [70]**
**THE WITNESS: [6]**
4/14 4/20 4/22 29/21
29/24 38/10

**/**
**/s [1]** 46/8

**0**
**003 [1]** 12/23
**0537 [1]** 1/3
**0819 [1]** 2/12

**1**
**10 [3]** 34/8 36/10 38/3
**10 a.m [1]** 38/13
**101 [1]** 34/5 35/7 39/8
42/23 43/6
**12 [1]** 43/18
**1300 [1]** 2/8

**13th [1]** 1/20
**15 [2]** 21/22 22/9
**1505 [1]** 2/8
**1650 [1]** 2/11
**19129 [1]** 2/14
**1993 [1]** 5/24
**1:21-0537 [1]** 1/3
**1:35 [1]** 36/24
**1st [1]** 5/24

**2**
**20 [1]** 28/5
**20001 [3]** 1/18 2/5 2/21
**20003 [1]** 2/17
**20008 [1]** 2/8
**202-255-6637 [1]** 2/9
**202-815-4028 [1]** 1/18
**202-996-7447 [1]** 2/6
**2021 [3]** 7/16 15/8
34/18
**2023 [2]** 1/5 46/8
**213-894-4242 [1]** 1/22
**215-300-3229 [1]** 2/15
**22314 [1]** 2/12
**23 [2]** 1/5 46/8
**24 [1]** 6/21
**2:03 [1]** 1/5
**2:13 [1]** 30/23
**2:30 [1]** 30/21
**2:40 [1]** 30/21
**2:50 [2]** 36/24 37/2

**3**
**301-928-7727 [1]** 2/18
**302 [1]** 43/20
**302s [1]** 43/21
**312 [1]** 1/21
**3229 [1]** 2/15
**333 [1]** 2/21
**35 [1]** 35/5
**3580 [1]** 2/14
**3:00 [1]** 30/22

**4**
**400 [1]** 2/5
**4028 [1]** 1/18
**403 [1]** 39/19
**4242 [1]** 1/22
**45 [2]** 37/20 41/3
**4:00 [1]** 33/1

**5**
**500 [1]** 2/11
**5:00 [2]** 33/14 45/2

**6**
**6-725 [1]** 1/17
**601 [1]** 1/17
**619-546-6735 [1]** 1/25
**6293 [1]** 1/24
**6637 [1]** 2/9
**6735 [1]** 1/25
**6th [5]** 7/16 13/15 14/2
22/13 34/18

**7**
**703-600-0819 [1]** 2/12
**725 [1]** 1/17
**7447 [1]** 2/6
**7727 [1]** 2/18
**7:30 [1]** 8/6

**8**
**880 [1]** 1/24
**8807 [1]** 1/24

**9**
**90012 [1]** 1/21
**92101-8807 [1]** 1/24
**922 [1]** 2/17
**9:00 [2]** 33/5 33/6

**A**
**a.m [1]** 38/13
**able [4]** 30/15 30/18
33/3 33/7
**about [9]** 5/10 6/25
30/23 32/19 33/14 38/4
41/5 42/1 42/3
**above [1]** 46/5
**above-entitled [1]**
46/5
**academy [1]** 6/15
**accept [2]** 25/7 25/16
**access [3]** 10/7 11/5
11/7
**accompanying [1]**
12/4
**according [1]** 36/15
**accuracy [1]** 36/13
**accurate [7]** 5/15
13/25 15/10 17/2 18/21
21/12 22/2
**accurately [4]** 20/13
34/20 34/24 36/16
**accused [2]** 39/14
40/13
**Action [1]** 1/2
**activities [5]** 9/21 10/8

**22/24 30/25 31/1**
**activity [1]** 31/15
**actual [2]** 8/3 19/6
**actually [3]** 5/16 12/12
30/15
**addition [2]** 11/5 13/16
**additional [8]** 9/9 9/16
10/15 11/15 24/14
26/24 26/24 33/12
**address [1]** 38/15
**admissible [1]** 43/5
**admission [1]** 39/12
**admit [7]** 14/4 15/13
17/12 18/24 21/15 39/7
39/8
**admitted [26]** 3/10
3/10 3/11 3/11 3/12
3/12 3/13 3/13 3/14
3/14 3/15 3/15 3/16
3/16 3/17 3/17 14/9
15/17 15/18 17/13 19/3
19/12 19/19 21/18 22/9
43/6
**admitting [1]** 42/23
**advised [4]** 28/11
28/13 28/17 28/18
**affirm [1]** 4/16
**afield [1]** 31/6
**after [2]** 25/20 25/24
**afternoon [5]** 1/11 4/3
4/21 4/22 4/25
**again [9]** 6/11 14/18
24/19 27/15 31/21
32/10 35/6 36/10 43/2
**against [2]** 40/25 41/6
**agencies [2]** 11/9
11/20
**agent [3]** 6/6 6/7 34/1
**agent with [1]** 6/6
**agree [2]** 35/13 42/2
**agreed [1]** 38/19
**aid [1]** 19/16
**aided [1]** 2/24
**Alexandra [1]** 1/23
**Alexandria [1]** 2/12
**all [19]** 4/16 6/14 11/20
14/22 20/13 24/20
28/19 35/20 35/21 36/4
41/9 41/15 41/21 42/1
42/12 43/14 44/8 44/9
45/1
**alleged [2]** 20/21 42/8
**allowed [2]** 8/24 9/4
**Almost [1]** 6/14

**A**

**also [3]** 12/18 35/14
43/20
**always [1]** 11/13
**am [7]** 18/12 18/17
19/15 21/4 32/15 33/24
41/1
**AMERICA [1]** 1/2
**Angel [1]** 2/13
**Angela [1]** 14/17
**Angeles [1]** 1/21
**another [1]** 32/19
**answer [1]** 4/16
**anticipated [2]** 10/5
12/17
**anticipation [2]** 9/10
26/5
**any [27]** 9/9 9/21 9/22
10/23 11/8 11/25 12/2
14/6 17/7 19/1 19/3
22/11 22/15 23/5 26/10
27/16 30/14 30/17
31/19 33/12 38/4 38/14
40/3 40/10 43/3 43/20
44/9
**anybody [1]** 7/8
**anyone [4]** 12/4 15/15
38/9 39/20
**anything [6]** 12/17
13/9 32/2 38/16 39/18
44/1
**appear [9]** 13/25 15/10
17/2 18/20 20/2 21/12
22/2 34/20 34/23
**APPEARANCES [2]**
1/15 2/3
**appeared [2]** 14/2 22/4
**appears [2]** 16/10 36/6
**approached [2]** 10/17
28/10
**approximate [1]** 21/9
**approximately [8]**
16/11 22/22 23/5 28/3
30/20 32/25 35/3 37/20
**architect [1]** 9/7
**are [28]** 5/11 6/18 7/4
7/5 7/7 7/8 7/11 9/18
9/21 12/17 13/5 16/1
17/20 18/10 18/15
19/10 20/7 20/11 20/12
21/2 29/15 31/7 33/19
33/23 33/25 35/20
36/23 41/7
**area [25]** 5/18 5/19

15/6 15/6 16/2 17/11
17/22 17/23 17/25
18/10 18/15 21/7 21/9
23/11 23/22 24/14
24/15 24/24 25/9 28/5
30/24
**areas [9]** 8/3 10/22
16/24 17/3 20/7 20/10
26/11 26/23 27/2
**argue [1]** 42/10
**arguing [1]** 42/6
**argument [4]** 40/20
41/20 42/9 42/25
**arguments [1]** 4/3
**around [13]** 6/16 8/6
10/8 10/19 14/2 20/11
22/12 22/13 22/25
30/21 30/21 33/1 33/5
**arrive [1]** 8/5
**arrived [1]** 8/6
**articulated [2]** 42/25
43/4
**as [31]** 7/1 7/17 9/21
10/16 14/1 18/11 18/16
19/3 19/4 19/9 20/7
20/11 21/16 22/3 22/7
22/7 22/25 23/25 24/3
25/22 26/11 26/25 27/3
27/23 31/23 32/17
34/24 35/2 35/18 38/20
42/25
**aside [1]** 16/4
**ask [4]** 24/4 29/6 33/19
39/21
**asking [3]** 24/5 26/22
32/5
**aspects [1]** 12/10
**assigned [2]** 5/7 10/16
**assignment [2]** 5/5
7/24
**assist [3]** 12/11 23/13
27/2
**assistance [3]** 24/14
24/16 26/23
**assistant [2]** 6/9 8/1
**assume [1]** 14/22
**assuming [2]** 29/4
35/17
**attempting [1]** 24/17
**Attorneys [3]** 1/17
1/20 1/23
**authenticate [1]** 35/19
**authenticated [1]**

**authentication [1]**
34/9
**authenticity [2]** 35/25
39/11
**authorized [2]** 22/12
22/15
**Avenue [4]** 2/8 2/17
2/21 11/3
**aware [6]** 8/8 9/18 9/23
12/3 21/2 33/19
**away [1]** 10/7

**B**

**back [4]** 22/11 23/14
24/16 24/17
**backup [1]** 23/13
**banging [4]** 31/1 31/2
31/3 31/15
**Bankruptcy [1]** 2/20
**barriers [2]** 10/10
13/14
**based [2]** 5/25 23/18
**basically [1]** 10/20
**basis [6]** 9/23 26/15
26/20 28/24 29/18 42/5
**be [48]**
**bear [1]** 40/17
**bearing [1]** 43/3
**because [5]** 8/19
19/14 24/14 35/12
38/17
**been [25]** 5/9 5/10
5/21 5/23 6/6 6/9 6/14
6/16 13/10 20/22 22/20
24/15 30/4 30/22 33/8
36/17 40/4 40/15 41/2
41/4 42/24 43/22 44/1
44/3 44/4
**before [5]** 1/12 21/21
34/14 42/17 44/10
**beginning [1]** 36/23
**being [8]** 8/20 19/3
19/5 25/8 27/2 27/3
33/16 41/10
**believe [6]** 10/9 24/2
32/1 32/10 43/1 43/19
**believing [1]** 26/21
**below [1]** 21/10
**BENCH [1]** 1/12
**BENJAMIN [1]** 1/7
**better [1]** 42/18
**between [3]** 11/19
11/20 33/16

**beyond [1]** 10/14
**bicycle [1]** 37/22
**bike [2]** 10/13 10/20
**bit [4]** 7/3 10/10 10/18
16/8
**BLYTHE [2]** 1/7 2/16
**Board [1]** 15/7
**both [4]** 8/12 11/17
27/22 33/5
**boxes [1]** 42/13
**BRAND [1]** 2/4
**breach [14]** 23/10
23/11 23/22 25/1 25/3
26/5 26/12 27/9 27/11
27/18 31/23 32/12
32/13 32/14
**breached [10]** 22/20
24/15 25/9 26/6 26/23
27/3 27/3 30/4 30/23
33/8
**break [4]** 37/24 38/1
38/2 44/10
**breaking [1]** 40/9
**Brennwald [2]** 2/7
2/16
**briefed [2]** 26/6 26/7
**briefings [1]** 9/20
**briefly [1]** 39/6
**bring [1]** 11/15
**bringing [1]** 40/16
**broke [1]** 39/14
**broken [1]** 41/10
**brought [1]** 37/23
**Brunwin [1]** 1/19
**building [65]**
**buildings [1]** 7/7
**bulletins [1]** 9/20
**burden [1]** 42/12
**business [1]** 8/8

**C**

**CA [2]** 1/21 1/24
**cacophony [1]** 41/4
**call [2]** 4/6 24/14
**called [1]** 27/2
**calling [1]** 23/12
**calls [2]** 4/9 26/22
**came [1]** 33/5
**camera [2]** 34/21
35/21
**cameras [3]** 33/21
36/15 36/16
**can [34]** 7/3 10/10
12/22 13/13 13/16

**C**

can... [29]  13/19 14/14
16/16 16/17 16/19
16/20 17/15 18/6 18/13
18/18 20/6 20/15 21/9
23/14 24/3 25/14 26/14
28/7 30/20 32/20 34/11
35/6 36/19 37/2 37/3
37/13 38/2 38/3 41/23
capability [1]  42/18
capacities [1]  6/10
capacity [3]  7/21 30/5
30/10
Capitol [57]
capture [2]  37/7 42/18
captured [1]  34/25
car [1]  11/6
case [4]  11/22 27/21
32/7 42/11
CCTV [11]  33/15 34/3
34/17 34/21 35/21
35/25 36/4 36/5 36/10
36/14 36/16
CDU [2]  9/16 10/15
center [1]  20/8
certain [5]  12/20 22/19
25/20 29/15 29/16
certainly [9]  7/5 10/12
18/14 20/17 28/9 31/14
40/15 40/17 44/1
certify [2]  8/14 46/4
cetera [2]  9/7 9/17
chair [1]  28/14
chamber [28]  5/19
7/18 7/23 8/3 8/17 18/4
18/8 20/12 20/15 20/17
23/4 26/2 26/8 27/5
27/22 27/22 28/1 28/4
28/8 28/15 29/13 30/10
30/15 30/16 31/23
32/22 33/1 33/3
chambers [5]  5/14
5/17 20/10 27/23 38/15
changes [1]  12/16
changing [1]  7/16
Chaplin [1]  42/17
charge [1]  41/22
charged [3]  31/7 39/14
40/25
charges [2]  40/25 41/6
Charlie [1]  42/17
CHASE [1]  1/7
check [1]  42/12
Christopher [1]  1/19

circle [5]  7/25 29/15
32/13 32/18 40/11
circuit [1]  33/21
civilian [1]  28/5
civilians [1]  7/23
class [1]  6/8
clearly [1]  36/5
client [2]  32/1 41/8
clients [2]  41/6 43/4
clips [1]  34/17
closed [6]  9/2 9/8
10/21 15/6 15/16 33/21
COBB [1]  1/12
colleagues [1]  39/7
college [1]  8/14
COLUMBIA [1]  1/1
combination [1]  10/13
come [7]  4/12 7/9
10/14 22/19 38/14
39/19 41/25
comes [1]  7/9
coming [9]  8/19 9/15
10/22 11/6 24/16 25/3
25/13 41/11 42/3
commander [2]  6/9
8/1
communication [1]
12/20
compilation [3]  35/18
35/19 35/23
Complied [14]  12/24
14/12 15/21 17/16 18/2
18/9 18/14 18/19 19/22
21/11 23/16 34/6 34/12
37/9
computer [1]  2/24
computer-aided [1]
2/24
concern [1]  5/18
concluded [1]  45/2
conduct [4]  32/13
40/22 40/23 40/24
confirm [4]  43/13
43/25 44/6 44/19
Congress [9]  8/13
8/18 8/22 9/5 9/6 27/20
28/21 29/9 30/9
congressional [1]
27/4
consequence [1]
32/11
constantly [1]  12/18
Constitution [2]  2/21
11/3

construction [4]  13/19
13/20 17/23 17/25
contact [1]  12/15
contested [1]  43/3
continue [5]  24/8 27/8
28/1 31/10 40/6
CONTINUED [1]  2/3
control [4]  7/22 10/7
10/8 10/15
coordinate [2]  11/8
11/13
coordination [1]  11/20
copy [1]  38/25
correct [8]  6/1 16/8
18/4 18/5 35/8 35/22
36/1 46/4
could [16]  4/25 10/7
14/10 15/19 17/25 19/4
26/22 27/1 30/7 30/25
31/11 31/13 31/14 34/7
37/25 38/14
couldn't [1]  31/13
count [1]  43/18
course [2]  8/18 9/5
court [10]  1/1 2/20 4/2
4/17 5/1 16/16 20/12
37/23 43/11 46/3
Court's [2]  24/4 37/5
Courthouse [1]  1/20
courtroom [1]  42/1
COVID [2]  9/2 9/3
CRC [1]  2/19
Criminal [1]  1/2
crosses [1]  11/19
crowd [2]  10/5 10/15
crowds [4]  23/11
24/15 24/17 24/17
Cts [1]  2/20
current [1]  5/5
currently [1]  5/7

**D**

D.C [1]  6/1
daily [1]  9/20
date [3]  11/21 17/1
46/8
day [31]  1/12 5/12 5/12
6/21 7/17 7/23 7/25 8/4
8/5 8/9 8/13 8/17 10/3
11/23 12/1 12/3 12/5
12/16 16/12 18/4 22/4
22/17 22/20 27/12
30/14 31/17 33/13 38/2
41/17 43/8 44/10

day-one witness [1]
41/17
days [1]  41/24
DC [6]  1/8 1/18 2/5 2/8
2/17 2/21
dcd.uscourts.go [1]
2/22
defendant [3]  37/17
40/13 40/22
defendant's [1]  40/21
defendants [6]  1/8
31/6 32/1 32/20 39/16
42/4
defendants' [1]  32/13
defense [1]  38/24
Deft [5]  2/4 2/7 2/10
2/13 2/16
degree [3]  6/12 11/1
31/22
demonstration [3]
9/14 16/3 17/1
demonstrations [3]
9/22 22/12 22/15
demonstrative [4]
19/4 19/9 19/16 21/16
demonstratives [2]
19/13 22/7
denote [1]  16/22
denotes [1]  17/11
depict [1]  34/24
depiction [1]  19/6
describe [4]  7/3 10/10
26/14 28/7
designated [1]  11/7
detail [1]  10/11
details [1]  24/5
determine [2]  30/7
37/12
diagram [2]  21/6 36/8
did [41]  7/24 8/5 9/24
10/2 10/23 10/25 11/1
11/8 11/11 12/2 12/8
12/10 21/21 21/23
21/24 22/2 22/19 22/21
22/22 23/9 25/14 25/25
27/4 27/8 27/14 27/16
28/1 28/2 28/8 30/9
31/17 31/18 32/22
32/24 33/13 34/14
34/16 38/24 39/7 39/9
40/18
didn't [8]  10/1 28/21
29/9 30/4 30/4 30/5
39/18 41/22

# D

**Diego [1]** 1/24
**dignitary [1]** 6/7
**direct [3]** 3/5 4/23 12/15
**direction [2]** 7/22 17/24
**discerns [1]** 13/9
**discuss [2]** 33/15 38/8
**discussed [1]** 35/2
**dispatcher [1]** 6/6
**distributed [1]** 12/20
**DISTRICT [4]** 1/1 1/1 1/13 2/20
**diverted [2]** 26/11 26/21
**division [6]** 5/7 5/13 5/16 6/7 6/8 34/2
**do [41]** 4/16 4/20 5/3 11/14 13/2 13/4 13/9 13/11 14/17 15/2 15/4 15/23 15/25 17/18 17/19 19/4 19/13 19/24 20/1 21/5 22/5 23/1 23/2 23/5 24/11 24/18 25/25 26/10 26/13 27/11 27/13 27/24 28/14 31/2 32/3 33/22 34/22 38/18 41/6 41/23 44/5
**docketed [1]** 38/20
**does [26]** 5/18 13/25 14/3 14/24 15/10 15/12 16/22 17/2 17/4 18/20 18/23 19/8 20/2 21/12 21/14 26/17 29/3 34/17 34/19 34/20 34/23 35/1 35/17 39/12 39/19 40/24
**doesn't [2]** 40/17 42/21
**DOJ [1]** 1/23
**don't [9]** 17/9 23/7 30/13 35/12 39/2 40/16 41/22 42/5 44/5
**door [2]** 21/3 40/10
**doors [6]** 7/8 28/19 31/1 31/3 31/12 31/15
**down [3]** 28/16 38/11 40/9
**draw [1]** 32/17
**drew [1]** 31/19
**driving [1]** 11/4
**due [1]** 10/5

**during [3]** 7/12 8/21 23/7

# E

**earlier [1]** 35/3
**east [1]** 13/7
**edits [1]** 38/21
**EDVA [1]** 2/11
**effect [4]** 25/2 25/3 25/7 25/13
**effort [1]** 32/3
**either [1]** 18/6
**electoral [2]** 8/14 8/15
**elements [1]** 43/3
**elicit [1]** 37/21
**elicited [1]** 41/5
**eliminated [1]** 20/20
**email [2]** 12/15 38/15
**emergency [3]** 26/4 28/11 29/18
**engage [1]** 26/8
**enter [3]** 30/15 30/16 38/19
**entered [4]** 31/25 37/17 39/17 41/8
**entire [1]** 39/23
**entitled [1]** 46/5
**entrance [2]** 21/3 37/16
**especially [2]** 11/19 40/12
**establish [3]** 24/5 24/25 34/3
**established [2]** 22/16 24/3
**establishing [3]** 11/9 12/8 12/11
**et [2]** 9/7 9/17
**et cetera [2]** 9/7 9/17
**evacuate [2]** 28/21 29/9
**evacuated [1]** 33/1
**evacuating [1]** 27/24
**evacuation [2]** 29/19 30/3
**event [2]** 7/13 11/19
**events [4]** 8/4 12/19 27/1 37/7
**eventually [1]** 27/23
**everybody [5]** 8/2 12/20 28/17 33/9 41/16
**everyone [2]** 44/22 45/1
**everything [1]** 44/1

**evidence [29]** 3/10 3/10 3/11 3/11 3/12 3/12 3/13 3/13 3/14 3/14 3/15 3/15 3/16 3/16 3/17 3/17 14/5 15/14 17/6 18/25 19/3 19/5 22/7 37/16 38/20 39/17 39/23 41/10 42/3
**exact [1]** 23/8
**exactly [2]** 30/13 32/3
**Examination [2]** 3/5 4/23
**excuse [1]** 20/4
**exhibit [22]** 3/9 12/23 14/5 14/9 14/11 15/14 15/18 15/20 17/6 17/13 17/15 18/25 19/19 19/21 21/16 21/16 21/18 23/15 34/5 35/6 39/8 43/6
**exhibits [4]** 21/22 22/7 22/9 41/15
**expected [1]** 8/16
**explain [3]** 24/24 25/14 25/20
**extent [1]** 25/19
**exterior [2]** 17/24 25/2
**extra [1]** 10/6
**extraneous [4]** 40/16 41/7 41/14 42/20

# F

**fact [5]** 25/11 35/16 36/4 40/12 41/8
**factfinder [1]** 32/4
**facts [1]** 24/21
**factually [1]** 41/23
**failed [1]** 35/15
**fair [5]** 13/25 15/10 18/20 21/12 22/2
**fairly [1]** 34/23
**familiar [6]** 6/18 18/10 18/15 33/23 33/25 36/14
**family [1]** 12/6
**far [1]** 31/6
**fast [1]** 42/16
**faster [1]** 37/6
**feared [1]** 30/17
**federal [2]** 1/20 11/9
**Feitel [2]** 2/7 2/7
**fencing [9]** 9/16 10/9 10/13 10/14 10/19 10/23 13/14 13/17

**few [2]** 6/15 36/4
**Fifth [1]** 2/5
**fine [2]** 22/8 44/21
**firearm [4]** 31/17 31/19 32/6 32/17
**first [9]** 4/6 6/8 21/8 23/10 23/22 25/9 34/8 36/4 36/10
**five [3]** 35/3 36/21 41/18
**five-minute [1]** 36/21
**floor [13]** 1/21 20/4 20/6 20/8 20/9 20/11 20/13 21/7 21/8 21/10 21/13 28/9 28/10
**footage [5]** 34/21 34/23 34/25 36/6 36/11
**foregoing [1]** 46/4
**foreground [1]** 13/13
**forever [1]** 41/21
**formally [1]** 39/7
**Foster [1]** 1/23
**foundation [6]** 17/8 24/8 28/25 29/8 35/15 39/11
**FPD [1]** 2/11
**FPD-EDVA [1]** 2/11
**free [1]** 42/1
**Fridays [2]** 44/19 44/24
**Front [1]** 1/24
**further [2]** 31/24 40/3

# G

**gave [1]** 7/22
**gaveled [1]** 28/15
**generally [3]** 6/3 6/11 6/18
**George [3]** 4/10 4/23 5/2
**get [4]** 4/8 20/20 25/6 29/4
**gets [2]** 12/21 42/2
**getting [2]** 24/21 31/6
**give [1]** 4/18
**given [1]** 7/9
**go [5]** 7/16 15/19 17/15 19/20 42/8
**going [18]** 23/24 24/23 24/24 25/20 28/17 29/4 31/16 32/6 32/16 32/19 35/11 36/21 36/23 36/24 38/3 40/13 41/1

**G**

going... [1] 41/18
good [6] 4/21 4/22 4/25 37/24 38/1 41/9
Google [1] 36/6
got [1] 17/9
government [19] 4/6 4/9 19/8 35/15 35/17 35/19 36/5 36/9 36/20 37/6 37/19 39/22 41/14 41/20 42/6 42/20 42/25 43/14 43/21
government's [23] 12/23 14/5 14/9 14/10 15/14 15/18 15/19 17/6 17/13 17/15 18/25 19/19 19/21 21/16 21/18 21/21 22/9 23/14 32/10 34/5 39/8 40/20 43/6
GRANT [4] 1/6 2/7 37/17 42/7
Grant's [1] 40/23
graphic [1] 36/6
ground [1] 13/16
grounds [20] 6/13 6/17 6/19 6/25 7/1 7/4 7/5 7/11 11/16 13/8 16/7 18/11 18/22 19/7 21/25 22/3 22/13 26/11 34/18 34/24
group [2] 12/13 31/25
guess [1] 25/10
guilty [2] 40/14 40/23

**H**

had [22] 6/5 9/13 11/5 22/20 23/12 24/15 26/11 26/21 27/5 30/4 30/6 30/22 30/24 32/3 32/17 33/8 33/9 33/10 33/11 38/18 38/21 42/17
hadn't [1] 38/25
half [2] 5/10 11/4
Halim [2] 2/13 14/17
Hall [1] 20/12
hand [1] 4/15
happen [2] 22/25 32/4
happened [3] 20/21 26/14 32/18
happening [2] 40/11 42/1
happy [2] 32/15 41/14

hard [2] 40/3 41/12
harm [1] 30/6
has [15] 6/16 7/9 14/21 35/16 36/17 37/19 40/13 42/5 43/3 43/14 43/21 44/1 44/3 44/4 44/7
have [48]
having [3] 35/15 39/14 39/14
Hayman [1] 12/22
he [20] 24/2 24/20 24/24 25/5 25/11 25/14 25/14 25/15 25/20 25/21 25/22 26/17 26/17 29/3 29/9 32/17 39/17 40/18 40/23 41/10
he's [7] 24/24 29/4 32/5 32/16 32/19 36/14 43/15
head [3] 9/21 11/14 11/23
hear [12] 10/1 22/24 23/9 26/22 27/1 30/25 31/12 31/13 31/13 31/14 32/19 43/2
heard [18] 4/3 22/23 23/6 23/10 23/18 23/22 23/25 24/3 24/13 25/21 25/24 26/18 27/6 27/6 27/15 39/13 39/20 44/18
hearing [9] 15/17 24/12 24/20 25/6 25/12 25/15 25/24 26/5 27/16
hearsay [4] 23/25 25/19 26/18 41/4
heightened [1] 10/4
held [1] 6/4
help [1] 34/2
here [16] 5/10 13/3 13/23 15/3 15/24 16/4 17/20 18/13 19/25 20/18 21/6 23/20 23/21 30/2 33/15 39/13
herman [5] 2/19 2/22 46/3 46/8 46/8
high [1] 42/12
him [5] 24/20 25/22 28/11 40/25 41/11
his [6] 12/6 25/7 32/17 36/15 37/21 43/19
hold [1] 24/17

holding [1] 24/16
Honor [51]
HONORABLE [1] 1/12
hoped [1] 32/3
hour [6] 23/7 30/12 30/13 30/21 37/20 38/22
hours [1] 6/21
House [29] 5/7 5/13 5/14 5/16 5/16 5/17 5/18 7/18 7/23 8/12 8/16 8/21 9/14 18/3 20/10 23/4 26/2 27/5 27/23 28/1 28/4 28/15 29/13 30/10 30/15 30/16 31/23 31/25 33/3
housekeeping [3] 38/4 38/17 44/15
Houses [1] 33/5
how [22] 5/9 5/21 7/3 9/18 9/23 17/9 20/6 22/22 26/7 26/8 26/17 27/14 28/3 29/9 30/9 30/13 32/2 32/6 33/25 39/19 42/6 42/8
Hutton [1] 1/16

**I**

I'd [6] 21/15 32/19 34/4 35/3 35/4 39/8
I'll [11] 14/17 24/7 25/21 32/8 32/16 33/15 35/13 37/12 40/22 42/14 43/2
I'm [13] 5/7 10/1 12/3 14/15 14/18 23/24 25/18 29/4 32/2 35/11 39/22 40/9 42/23
I've [4] 5/10 5/23 6/8 40/4
identified [1] 19/15
identify [1] 16/17
immediately [1] 29/10
impression [1] 24/4
Inaugural [2] 13/19 13/20
incident [2] 32/20 42/7
include [1] 16/8
Indian [1] 2/14
indicate [3] 13/14 18/6 20/7
indicated [3] 20/13 20/18 23/23
indicates [1] 16/24

individuals [3] 9/15 10/6 11/15
indulgence [1] 24/4
inflame [1] 32/4
inflammatory [1] 39/18
information [3] 10/16 12/16 12/21
initial [2] 27/9 32/14
initially [1] 39/14
inside [6] 8/24 20/21 25/1 31/23 34/17 40/21
instead [1] 24/20
intelligence [1] 9/13
intend [2] 19/9 38/19
intends [1] 36/20
interior [1] 18/8
introduce [1] 4/25
involves [1] 37/22
is [82]
issued [1] 22/24
issues [1] 38/14
it [60]
it's [21] 13/8 14/16 14/22 15/6 15/17 18/8 19/5 20/6 25/3 26/18 35/13 36/6 37/13 39/16 40/14 40/15 41/4 41/18 41/21 43/1 43/5
its [2] 4/6 19/6
itself [1] 27/12

**J**

JAMES [1] 1/6
January [12] 7/16 8/23 9/9 13/15 13/21 14/2 15/8 16/3 16/25 22/13 34/18 40/18
JASON [1] 1/7
Jencks [5] 43/10 43/14 43/21 43/23 44/4
JIA [1] 1/12
Johns [1] 4/2
JOHNSON [2] 1/6 2/10
joint [2] 8/13 8/19
Joseph [1] 1/16
JUDGE [1] 1/13
jump [1] 37/2
jurisdictions [1] 11/19
just [29] 6/11 14/14 17/10 18/6 20/19 24/20 32/19 34/7 34/8 35/3 35/9 36/5 36/9 36/13 37/7 39/1 39/6 39/23

**J**

just... [11] 39/25 40/22 41/13 41/17 42/14 42/19 43/10 43/13 43/20 44/6 44/15

**K**

keep [2] 10/6 37/13
keeps [1] 12/12
kind [2] 41/7 42/16
King [1] 2/11
know [16] 10/14 17/9 25/8 26/17 29/3 30/4 30/5 35/12 36/19 38/15 38/15 41/14 41/17 41/24 42/10 44/5
known [2] 18/11 18/15
knows [2] 26/17 29/9
Kyle [1] 1/16

**L**

Lack [1] 17/8
Lacks [1] 28/25
laid [1] 39/11
Lane [1] 2/14
language [1] 31/12
large [4] 9/14 9/22 10/5 11/18
later [4] 19/15 26/6 37/16 38/20
Lauren [1] 2/10
LAW [2] 2/4 2/7
Lawn [1] 40/12
lay [3] 24/7 29/8 35/15
lead [1] 8/21
leading [4] 8/23 16/15 16/18 29/20
learn [3] 22/19 22/22 27/14
learning [1] 27/11
least [4] 11/4 31/22 39/17 42/8
leave [1] 33/13
led [1] 32/14
left [2] 33/14 37/20
less [2] 30/12 30/13
let [5] 24/7 25/22 32/8 38/15 42/11
let's [2] 4/8 29/6
liaison [2] 12/12 12/14
liaisons [1] 12/13
lieutenant [24] 4/11 5/2 13/2 15/2 15/23 16/22 17/18 18/20

9/24 21/2 21/20 22/11 24/5 24/11 25/24 26/20 28/10 28/16 29/12 32/22 33/19 34/14 36/13 37/21
Lieutenant McCree [1] 4/11
light [1] 40/12
like [9] 12/17 19/20 20/3 34/4 35/3 35/4 41/3 41/18 42/17
limit [1] 41/13
limitation [1] 41/19
line [5] 16/4 16/10 16/22 16/24 17/9
listen [1] 22/23
listener [2] 25/4 25/13
little [3] 7/3 16/8 21/20
LLP [1] 2/16
locate [1] 28/18
located [4] 16/11 20/17 21/5 21/10
location [3] 24/22 25/5 36/14
locations [4] 26/24 26/25 34/21 36/16
lockdown [1] 28/8
locking [1] 27/22
long [4] 5/9 5/21 30/9 30/13
look [2] 35/11 41/16
looked [1] 42/16
looking [6] 13/5 13/7 13/8 13/23 16/1 17/20
looks [1] 20/3
lorraine [2] 2/19 2/22 46/3 46/8 46/8
Los [1] 1/21
lose [1] 39/2
lot [2] 42/19 43/15
loves [1] 41/16
LP [1] 2/4
lunch [1] 38/22

**M**

made [8] 8/2 8/2 9/23 26/7 30/23 30/25 40/4 42/24
maintain [1] 28/19
maintains [1] 33/20
majority [1] 6/16
make [5] 35/17 38/22 39/1 42/21 43/20
making [2] 31/11 42/9

manner [1] 37/7
manning [1] 7/8
many [1] 28/3
map [5] 18/6 18/13 20/3 20/7 20/14
mapping [1] 36/7
marked [1] 19/14
Marshall [3] 1/16 3/5 38/17
materials [1] 43/21
matter [2] 38/17 46/5
matters [5] 38/5 41/7 41/14 44/9 44/15
may [3] 39/21 40/23 41/8
maybe [2] 24/4 26/6
McCree [26] 4/10 4/11 4/23 5/2 13/2 15/2 15/23 16/22 17/18 18/20 19/24 21/2 21/20 22/11 24/5 24/11 25/24 26/20 29/12 32/22 33/19 34/14 35/16 36/13 37/21 43/15
me [8] 14/24 20/4 26/1 35/6 38/15 39/7 42/5 42/16
mean [7] 24/23 31/2 36/9 40/6 40/24 41/10 42/2
meaning [2] 27/21 33/9
measures [9] 9/19 9/24 10/2 10/6 11/9 12/9 12/10 27/20 28/19
members [6] 8/18 9/5 27/20 28/21 30/7 30/9
mentioned [3] 10/9 12/9 18/3
Metropolitan [1] 11/18
Michael [1] 11/24
mid [1] 13/16
middle [1] 17/23
might [1] 13/9
minute [2] 35/5 36/21
minutes [4] 35/4 36/25 37/20 41/3
Mirabelli [1] 1/16
misdemeanors [1] 40/24
moment [1] 36/12
monitored [1] 7/5
montage [4] 35/12 35/16 35/21 36/22

more [5] 10/10 16/8 19/9 24/5 42/3
morning [4] 4/2 8/7 33/14 38/16
most [2] 7/12 10/12
motion [1] 42/16
Motions [1] 4/3
mounted [1] 10/19
move [14] 14/4 15/13 18/24 21/15 23/25 26/24 26/25 30/8 32/15 32/20 35/18 39/7 39/8 39/23
movements [2] 12/16 12/17
movie [1] 42/17
Mr [1] 3/5
Mr. [4] 24/8 38/17 40/17 42/7
Mr. Grant [1] 42/7
Mr. Marshall [1] 38/17
Mr. Samsel [1] 40/17
Mr. Woodward [1] 24/8
Ms [1] 12/22
much [4] 6/20 7/11 30/25 31/12
multiple [1] 34/17
mutual [1] 11/17
my [15] 5/2 11/5 11/6 11/6 22/24 25/10 26/6 32/1 34/2 36/9 36/16 41/3 41/8 43/18 44/21

**N**

name [3] 5/1 5/2 14/14
nature [1] 7/14
nearly [1] 43/18
necessary [2] 9/25 10/3
need [3] 20/20 38/5 44/9
needed [4] 24/16 27/2 28/12 28/14
needs [3] 41/13 41/19 41/25
next [5] 21/20 25/22 25/25 33/14 37/21
nice [1] 43/7
no [12] 1/3 14/7 14/13 14/19 14/23 15/16 20/21 30/16 39/13 40/5 41/9 44/23
none [1] 15/17

Case 1:21-cr-00537-JMC Document 314 Filed 11/06/23 Page 53 of 57

**N**

noon [1]  23/7
normal [1]  11/6
north [1]  11/2
Northwest [1]  2/5
not [31]  4/4 8/25 9/1
10/14 12/2 19/5 19/8
19/12 22/7 22/18 25/21
28/2 28/25 32/2 33/7
35/13 35/17 35/18 36/4
36/5 36/10 38/8 39/7
40/9 40/14 40/18 40/24
40/24 42/4 42/8 44/24
note [2]  37/15 40/22
nothing [2]  4/19 41/6
now [14]  12/22 14/10
15/13 15/19 17/15
19/20 34/4 35/3 35/4
37/2 39/8 40/13 42/5
44/5
number [1]  6/5
NW [3]  1/17 2/8 2/21

**O**

object [8]  14/21 19/2
19/4 20/19 23/24 35/14
40/7 41/12
objection [28]  14/6
14/7 14/14 14/21 14/23
14/24 15/15 16/13
16/14 16/18 17/7 17/8
17/12 19/1 19/2 24/9
24/19 25/18 25/19
26/15 28/23 29/20 31/5
31/20 35/10 39/10
39/11 40/3
objectionable [1]
37/11
objections [1]  42/24
objects [1]  14/22
observe [2]  10/23 11/1
Obviously [1]  14/23
occur [1]  9/21
occurred [1]  30/20
occurring [1]  24/21
October [2]  1/5 46/8
offer [2]  17/5 22/6
Office [5]  1/17 1/20
1/23 2/7 2/11
officer [5]  7/17 23/25
28/9 35/16 43/15
Officer McCree [2]
35/16 43/15
officers [16]  7/7 7/22

23/12 23/13 23/19
24/13 24/14 26/1 26/6
26/22 26/24 27/1 28/3
28/6 28/7 28/19
official [3]  2/20 8/8
46/3
Oh [2]  36/8 41/16
okay [41]  4/5 4/8 4/21
9/8 14/8 14/16 14/19
14/24 15/17 17/10
19/10 19/18 20/23
21/17 22/8 24/7 25/17
26/16 29/2 29/8 33/17
35/11 37/12 37/18 38/2
38/7 38/13 38/23 39/1
39/5 39/9 40/2 42/2
42/22 43/9 43/17 43/23
44/3 44/14 44/24 44/25
old [2]  20/12 42/17
once [2]  27/24 30/24
one [11]  14/20 14/21
14/23 29/19 34/2 38/17
39/13 39/16 41/17
42/15 43/20
one's [1]  20/21
ones [1]  40/4
only [4]  31/24 40/12
43/19 43/20
open [2]  7/11 7/12
opening [1]  4/3
operating [2]  27/19
29/17
operations [1]  5/12
opt [1]  14/22
option [1]  30/2
order [1]  15/7
orient [1]  34/8
other [16]  6/3 11/8
11/25 12/2 26/11 28/7
32/2 36/7 40/3 40/25
41/15 42/4 43/21 43/21
44/4 44/9
our [9]  6/7 12/19 26/3
27/19 29/17 30/6 30/24
35/9 41/6
out [3]  14/22 32/6 38/4
outset [1]  7/25
outside [2]  31/1 31/16
over [14]  8/20 17/12
22/23 23/6 23/18 24/12
25/8 25/12 25/25 27/6
27/15 31/13 38/22
42/24
overhead [1]  16/5

overlooked [1]  44/7
overrule [1]  41/1
overruled [7]  20/23
29/22 31/8 36/2 36/18
39/10 40/4
overrun [1]  23/12
oversee [1]  5/12

**P**

p.m [1]  1/5
PA [1]  2/14
PAGE [2]  3/3 3/9
parading [1]  42/15
parcel [1]  41/21
park [2]  11/2 11/17
parliamentarian [2]
28/11 28/13
part [5]  25/2 25/3
29/12 38/20 41/21
particular [5]  9/24
10/2 12/10 27/21 37/11
particularly [1]  39/18
parties [2]  33/16 43/2
patrol [1]  7/8
patrolled [1]  7/6
PAUL [1]  1/6
pause [1]  34/11
Peace [3]  32/12 32/18
40/11
pedestrian [1]  11/7
Pence [3]  11/24 11/24
12/4
Pennsylvania [4]  2/8
2/17 18/16 23/21
people [6]  10/14 10/16
10/20 10/21 29/9 42/4
perceived [1]  31/22
Perfect [1]  44/8
perimeter [6]  11/10
16/11 22/16 22/20
23/22 25/3
permission [2]  7/9
37/5
person [5]  14/20 14/22
14/23 28/14 31/25
personally [2]  8/5 9/18
persons [1]  42/15
perspective [1]  41/4
Philadelphia [1]  2/14
photograph [1]  19/6
physical [3]  6/8 10/10
34/1
piece [1]  36/8
place [16]  6/12 8/9

7/12 23/19 25/1
26/2 26/8 27/5 27/21
28/12 28/17 30/7 30/11
30/24 40/21
placed [2]  28/15 28/15
Plaintiff [2]  1/3 1/16
plan [2]  38/13 44/21
planned [3]  16/3 17/1
22/16
play [9]  34/7 35/3 35/4
36/10 36/20 36/21
36/23 36/24 37/3
played [8]  34/10 36/5
37/1 37/4 37/14 39/24
39/25 42/23
playing [2]  37/6 37/13
Plaza [2]  18/11 32/14
pleaded [1]  40/13
please [2]  4/13 4/15
pled [1]  40/23
point [8]  22/19 30/6
30/14 30/17 31/19
39/22 41/18 42/3
point-five [1]  41/18
police [20]  4/10 5/4
5/6 5/21 5/23 6/4 6/6
6/15 6/24 7/4 7/6 7/17
9/6 11/8 11/18 11/18
15/7 22/24 26/10 33/20
police-issued [1]
22/24
policy [1]  44/3
portion [2]  16/7 37/21
portions [3]  39/24
39/25 42/23
position [3]  5/9 25/10
32/10
positions [4]  6/3 6/5
6/12 6/12
possible [1]  26/2
potential [2]  29/16
29/19
practice [2]  26/3 29/17
precedent [1]  40/16
preclude [1]  42/6
preliminary [1]  38/14
prepared [1]  26/1
present [2]  24/3 42/11
present-sense [1]
24/3
president [4]  8/20 8/21
11/24 12/4
pressed [1]  41/12
pretty [2]  7/11 31/6

## P

**prevent [1]** 10/20 10/21

**prior [3]** 11/21 11/21 43/19

**private [1]** 6/8

**probably [2]** 30/12 30/21

**problem [3]** 14/19 26/18 42/5

**procedure [1]** 27/19

**procedures [2]** 26/4 29/18

**proceedings [8]** 2/23 9/10 27/4 28/1 28/22 33/3 45/2 46/5

**produce [1]** 44/1

**produced [5]** 2/24 43/14 43/23 44/1 44/5

**program [1]** 36/7

**progressed [2]** 26/25 27/24

**proper [1]** 35/15

**propose [2]** 37/6 37/25

**propounded [1]** 4/17

**protect [2]** 7/1 27/20

**protectees [3]** 11/25 12/3 12/7

**protection [1]** 6/7

**protectors [1]** 12/7

**protest [3]** 7/13 16/3 16/25

**protocol [3]** 9/3 12/20 30/6

**protocols [4]** 26/3 26/3 26/8 29/15

**prove [1]** 41/23

**provide [4]** 10/16 11/15 12/16 38/24

**provided [1]** 43/22

**public [3]** 7/12 9/2 9/8

**pull [4]** 12/22 14/10 23/14 34/4

**purposes [2]** 19/15 39/19

**put [4]** 18/13 18/18 20/15 42/10

## Q

**Queen [1]** 2/14

**question [3]** 29/23 39/21 43/10

**questions [2]** 4/16 29/6

**quicker [1]** 37/17

**quite [1]** 10/18

## R

**rack [1]** 10/13

**racks [2]** 10/20 37/22

**radio [16]** 22/23 22/24 23/6 23/18 23/25 24/3 24/12 25/6 25/8 25/12 25/21 25/25 26/22 27/6 27/15 31/13

**radios [1]** 27/15

**raise [1]** 4/15

**RANDOLPH [2]** 1/7 2/13

**reaction [1]** 27/16

**ready [1]** 4/6

**really [4]** 32/2 41/12 41/14 42/19

**realtime [1]** 22/25

**recall [6]** 23/1 23/8 24/11 26/10 27/11 30/13

**receive [3]** 9/20 9/22 19/13

**received [3]** 9/13 19/5 38/25

**receiving [2]** 19/15 25/20

**recess [1]** 28/16

**recognize [5]** 13/2 15/2 15/23 17/18 19/24

**recollection [1]** 23/5

**record [2]** 14/13 46/5

**recorded [1]** 2/23

**red [5]** 16/4 16/10 16/22 16/24 17/9

**referenced [2]** 11/23 38/18

**referring [1]** 18/1

**reflect [2]** 34/20 36/16

**reflection [1]** 17/2

**regarding [2]** 40/20 44/15

**reigning [1]** 41/25

**related [1]** 32/11

**relation [2]** 32/18 40/21

**relayed [1]** 25/8

**relaying [1]** 24/20

**relevance [5]** 20/20 31/5 31/20 39/12 40/20

**relevant [10]** 32/7 35/13 37/13 40/10

**remain [2]** 30/10 32/22

**remind [1]** 38/8

**reminded [1]** 39/7

**removed [1]** 33/10

**rendering [5]** 17/21 19/3 19/5 19/9 21/13

**renderings [1]** 21/24

**renew [1]** 35/9

**repeat [2]** 32/10 40/19

**rephrase [2]** 16/19 16/20

**reported [3]** 2/19 24/24 25/5

**reporter [4]** 2/20 4/2 16/17 46/3

**represent [1]** 21/24

**representation [4]** 14/1 15/11 16/2 18/21

**representations [1]** 22/3

**requiring [1]** 26/23

**reroute [1]** 11/6

**resecure [1]** 33/12

**resecured [1]** 33/9

**resources [3]** 26/10 26/21 26/25

**respect [5]** 29/22 39/11 40/22 43/3 44/4

**respectfully [1]** 36/3

**respond [2]** 29/13 32/8

**response [9]** 15/16 25/11 25/12 25/14 25/15 27/16 29/16 29/19 44/23

**responses [1]** 29/18

**responsibilities [3]** 5/11 7/20 34/2

**responsible [2]** 6/23 7/7

**rest [2]** 17/24 43/7

**restricted [8]** 10/22 11/5 16/11 16/25 17/3 17/12 22/16 22/20

**result [2]** 26/12 31/23

**resulted [1]** 32/12

**resume [3]** 33/4 33/7 38/3

**resumed [1]** 32/23

**review [2]** 21/21 34/14

**reviewed [1]** 35/16

**Richman [1]** 2/10

**right [8]** 4/15 17/22

**rioters [3]** 30/14 30/23 31/3

**riotous [1]** 31/1

**Robert [2]** 2/7 2/7

**ROBERTSON [1]** 2/16

**role [4]** 5/11 12/8 29/12 29/16

**room [1]** 1/24 37/17

**Rosen [1]** 2/10

**Rotunda [1]** 20/8

**Roughly [1]** 33/5

**routine [2]** 9/23 29/18

**RPR [1]** 2/19

**rule [1]** 14/20

**rumor [1]** 44/18

**run [2]** 25/6 25/21

**running [1]** 14/20

**RUSSELL [1]** 1/6

**RYAN [1]** 1/5

## S

**safe [3]** 27/24 30/3 30/8

**safety [1]** 28/18

**said [1]** 14/23

**same [4]** 12/21 26/18 27/1 41/21

**SAMSEL [3]** 1/5 2/4 40/17

**San [1]** 1/24

**satisfied [1]** 19/10

**save [1]** 21/20

**saw [4]** 11/3 41/10 41/24 41/24

**say [5]** 14/13 24/18 30/20 31/24 42/14

**saying [2]** 10/21 36/14

**scan [1]** 22/23

**scared [1]** 32/5

**scene [1]** 37/10

**schedule [1]** 44/16

**scheduled [3]** 8/4 8/9 8/13

**schedules [1]** 8/2

**screaming [2]** 31/4 31/11

**screened [1]** 7/9

**SE [1]** 2/17

**search [1]** 33/11

**season [1]** 8/15

**second [8]** 20/4 20/4 20/6 20/9 20/11 20/13

**S**

**second... [2]** 21/7 21/13

**seconds [4]** 34/8 35/5 36/4 36/10

**Secret [7]** 11/13 11/22 11/25 12/2 12/6 12/8 12/12

**section [4]** 7/19 8/2 12/19 18/9

**sections [1]** 36/19

**secure [1]** 26/7

**secured [6]** 6/21 7/4 9/16 10/6 16/3 28/19

**securing [1]** 27/22

**security [12]** 6/8 7/13 10/4 11/16 12/9 12/10 13/18 28/20 29/13 29/16 29/19 34/2

**see [9]** 13/9 13/13 13/16 13/19 21/5 21/7 37/12 39/18 40/18

**seeking [1]** 39/23

**seems [1]** 16/7

**seen [2]** 40/15 40/18

**Senate [10]** 8/12 8/19 8/21 8/21 20/10 20/15 20/17 21/2 27/23 32/1

**sense [1]** 24/3

**September [1]** 5/24

**sergeant [3]** 4/10 6/9 7/18

**Service [7]** 11/14 11/22 11/25 12/2 12/6 12/8 12/12

**session [6]** 1/11 4/2 8/12 8/13 8/19 32/23

**set [3]** 13/15 13/18 40/16

**setting [2]** 16/4 37/22

**several [2]** 6/9 7/6

**shelter [5]** 26/2 26/8 28/12 28/17 30/7

**sheltered [4]** 27/21 30/10 30/12 30/24

**shift [2]** 5/8 5/13

**shorthand [1]** 2/23

**shouldn't [2]** 39/19 42/10

**show [4]** 25/2 34/17 37/17 39/17

**shown [6]** 13/2 15/2 15/23 16/4 19/24 23/20

**shows [2]** 17/23 31/21

**side [10]** 5/17 8/20 8/22 11/2 13/7 13/22 13/24 14/1 17/22 32/2

**sign [1]** 15/6

**signage [3]** 10/18 10/18 10/23

**signed [2]** 38/18 38/25

**signs [1]** 15/11

**since [1]** 5/23

**sir [10]** 4/12 4/15 9/11 18/2 18/8 21/11 29/14 29/17 31/10 31/18

**sitting [2]** 44/19 44/24

**situation [4]** 14/23 26/3 27/24 28/12

**six [1]** 43/19

**snow [5]** 10/13 10/19 13/13 13/17 13/18

**so [66]**

**some [10]** 10/9 12/9 13/14 31/13 36/6 38/18 38/21 41/13 41/19 41/25

**someone [3]** 14/21 14/24 39/13

**something [2]** 7/13 32/18

**sometime [1]** 23/7

**somewhere [2]** 30/22 33/1

**sorry [5]** 10/1 14/15 14/18 28/25 31/2

**sort [5]** 12/15 13/17 41/4 41/20 41/25

**speaker [1]** 28/13

**speaking [2]** 6/3 6/11

**special [4]** 6/6 6/7 12/19 34/1

**specific [3]** 7/24 31/14 42/7

**specifically [4]** 8/16 9/9 23/9 24/11

**speed [1]** 37/6

**spent [1]** 6/15

**Spring [1]** 1/21

**squads [1]** 9/17

**Square [3]** 7/2 9/16 10/12

**squares [1]** 13/17

**Stacy [1]** 4/2

**staff [2]** 9/6 9/7

**stage [3]** 13/19 13/20 13/20

**stand [3]** 4/13 14/17

**16/16**

**standard [3]** 26/3 27/19 29/17

**standing [1]** 29/1

**Stanley [1]** 2/4

**start [2]** 35/5 38/13

**started [2]** 4/8 42/7

**state [6]** 5/1 9/21 11/9 11/14 11/23 14/14

**STATES [10]** 1/1 1/2 1/13 1/17 4/10 5/4 6/24 15/7 17/22 33/20

**stating [1]** 24/15

**stationed [2]** 24/13 28/3

**Statuary [1]** 20/12

**stenotype [1]** 2/23

**step [1]** 38/4

**STEPHEN [2]** 1/7 2/16

**stepped [1]** 38/11

**stepping [1]** 22/11

**steps [5]** 9/9 25/6 25/15 25/20 25/22

**still [4]** 25/13 26/18 40/6 40/25

**stipulated [1]** 35/24

**stipulation [2]** 33/16 36/17

**stipulations [3]** 38/18 38/19 39/3

**stopped [1]** 28/22

**Street [6]** 1/17 1/21 1/24 2/5 2/11 23/11

**strike [2]** 24/1 35/13

**subjects [1]** 7/16

**subsequent [2]** 25/1 32/13

**substantive [2]** 19/3 22/7

**such [2]** 20/7 39/19

**sufficient [1]** 35/18

**Suite [2]** 1/17 2/11

**supervisors [1]** 12/14

**support [1]** 9/6

**supposed [1]** 33/10

**Supreme [1]** 20/12

**sure [10]** 8/2 19/4 26/7 32/2 37/8 39/1 40/9 43/12 43/20 44/12

**surrounded [1]** 10/13

**surrounding [2]** 5/19 6/25

**sustain [1]** 32/16

**sustaining [1]** 25/18

**swear [1]** 4/16

**sweep [1]** 33/11

**sworn [2]** 28/5 28/16

**system [3]** 33/20 33/23 34/3

**systems [1]** 36/14

**T**

**take [7]** 8/9 22/12 27/16 27/19 29/15 32/6 44/9

**taken [4]** 6/12 9/9 13/10 23/19

**taking [2]** 25/11 27/5

**talk [2]** 32/19 38/4

**tape [1]** 42/18

**TATE [1]** 1/6

**technically [1]** 44/5

**tell [3]** 14/24 20/6 35/6

**terms [4]** 25/8 29/5 39/12 41/6

**Terrace [1]** 40/11

**terraces [1]** 42/15

**testified [2]** 36/13 43/15

**testify [2]** 25/22 32/17

**testifying [2]** 17/11 21/21

**testimony [7]** 4/17 34/15 36/15 37/20 37/22 38/8 43/19

**than [5]** 19/9 30/12 30/13 32/3 40/4

**Thank [10]** 4/5 4/14 7/15 17/14 20/24 38/7 38/9 38/12 43/7 44/25

**Thanks [1]** 45/1

**that [233]**

**that's [11]** 9/23 16/7 17/23 22/8 35/8 35/18 35/22 36/10 39/17 42/8 44/21

**their [6]** 9/5 41/15 41/16 42/11 42/12 43/4

**them [14]** 6/14 11/16 12/14 12/15 12/18 19/13 19/14 23/13 27/21 27/22 27/24 28/18 30/8 42/11

**themselves [1]** 28/18

**then [18]** 8/3 8/18 9/5 18/3 19/11 20/10 24/8 32/9 32/13 32/20 33/7 33/12 35/12 36/24

# T

then... [4] 37/12 38/4 38/17 39/12

theory [1] 43/4

there [31] 8/13 9/13 10/4 10/15 10/18 11/17 11/20 11/25 12/6 13/18 17/9 22/11 22/14 23/10 23/11 26/5 28/11 28/16 30/14 30/17 30/25 31/19 31/22 33/11 37/3 40/3 41/9 41/13 41/19 41/25 42/3

there's [7] 7/13 11/14 11/18 13/17 27/18 27/19 42/5

these [11] 6/11 6/12 9/18 11/9 15/8 22/6 22/15 31/6 41/13 41/15 42/4

they [32] 8/25 10/17 12/10 12/18 14/24 15/9 22/3 22/5 22/18 22/25 24/16 24/18 26/7 27/3 27/4 27/7 27/8 28/2 28/14 30/6 30/24 31/3 31/11 34/22 41/11 41/22 41/23 42/12 42/12 42/17 43/1 43/14

they'd [1] 30/17

they'll [4] 11/15 12/16 14/21 42/9

they're [3] 19/14 20/13 36/21

they've [1] 43/4

thing [1] 41/22

things [1] 9/21

think [14] 17/10 20/20 39/22 41/11 41/13 41/17 41/19 41/22 41/23 41/24 42/5 42/19 42/25 43/4

third [2] 5/8 5/12

this [80]

those [21] 8/3 8/23 9/10 9/12 9/14 9/22 9/24 10/2 10/10 11/20 12/10 15/11 17/3 20/11 21/24 22/2 26/24 26/25 27/1 36/15 40/23

thought [2] 39/9 42/16

threat [1] 31/22

threats [5] 29/13 29/16 31/11 31/14 33/12

through [9] 24/22 29/3 24/16 31/12 31/14 37/16 41/9 41/11 42/8

throughout [2] 12/14 12/15

time [22] 6/16 8/5 9/4 11/3 14/2 21/20 23/1 23/6 23/8 27/5 27/8 27/9 27/9 28/10 30/3 30/20 30/23 32/25 33/13 37/24 38/1 41/18

timeframe [2] 30/22 33/2

times [1] 7/12

timing [1] 25/9

today [3] 21/21 34/15 37/23

Todd [1] 2/10

tomorrow [2] 38/3 38/13

too [3] 16/8 25/4 43/9

took [7] 25/1 25/5 25/15 25/20 25/22 28/19 40/20

top [1] 13/13

total [1] 5/22

tourists [1] 8/24

toys [1] 41/16

track [1] 39/2

traffic [2] 27/15 31/13

trained [1] 29/15

transcribed [1] 4/4

transcript [3] 1/12 2/24 46/4

transcription [1] 2/24

trial [5] 1/12 4/18 37/16 40/14 41/2

trials [3] 41/15 43/15 43/19

true [2] 25/21 46/4

truth [5] 4/18 4/18 4/19 25/7 25/16

try [1] 24/7

trying [1] 35/17

types [1] 27/1

# U

U.S [3] 1/20 1/23 2/20

U.S. [3] 5/23 16/5 18/21

U.S. Capitol [3] 5/23 16/5 18/21

Um [1] 11/2

unclear [1] 39/22

under [1] 43/5

understand [7] 9/24 10/2 39/13 42/9 42/20 42/22 42/24

understanding [3] 11/17 23/19 39/16

Understood [2] 19/17 25/17

UNITED [10] 1/1 1/2 1/13 1/17 4/9 5/4 6/24 15/7 17/21 33/20

units [2] 7/6 10/15

unless [3] 7/12 14/22 32/16

unrelated [1] 32/20

unsecured [1] 33/8

unsee [1] 40/15

until [7] 22/24 30/7 32/23 33/7 35/5 36/24 36/24

up [15] 4/12 8/23 11/4 12/22 13/15 14/10 14/17 16/16 23/14 30/24 30/25 34/4 37/22 38/14 44/9

updated [1] 38/25

upon [1] 25/6

us [4] 11/19 12/16 18/18 43/22

use [3] 19/9 32/6 36/6

used [4] 5/17 15/8 19/4 34/1

# V

VA [1] 2/12

various [1] 21/24

vast [1] 6/16

version [1] 38/25

very [2] 6/20 30/25

via [1] 36/17

viable [1] 30/2

Vice [3] 8/20 11/24 12/4

video [18] 33/21 34/10 34/20 35/4 35/17 35/25 36/4 36/5 36/11 36/20 37/1 37/4 37/14 39/23 40/17 41/11 42/15 42/18

videos [2] 35/21 41/5

view [2] 13/6 16/5

visiting [2] 11/23 12/1

visits [1] 9/22

vote [1] 8/14

vs [1] 1/4

# W

walkway [2] 18/16 23/21

want [8] 19/14 39/1 39/13 39/20 40/16 43/13 43/20 44/6

wanted [1] 44/19

wants [2] 36/10 42/20

was [79]

Washington [7] 1/8 1/18 2/5 2/8 2/17 2/21 6/1

wasn't [3] 30/2 30/3 33/10

watched [1] 42/14

way [4] 11/6 40/10 41/22 41/23

we [65]

we'd [1] 14/4

we'll [3] 38/4 38/13 43/25

we're [6] 13/6 13/23 36/24 38/3 41/17 44/24

we've [3] 20/20 41/2 44/2

weeks [1] 8/23

weight [2] 42/11 43/2

well [7] 7/1 11/13 20/11 29/6 36/3 41/9 41/21

went [1] 28/8

were [49]

west [8] 13/7 13/7 13/24 17/22 18/11 32/14 40/11 40/12

what [57]

what's [10] 13/2 13/12 15/2 15/23 16/14 19/24 23/20 40/11 40/15 42/1

when [9] 11/4 11/14 11/19 13/9 14/13 27/5 28/8 28/21 33/3

whenever [1] 11/18

where [17] 5/3 13/16 16/11 20/15 21/5 23/1 23/3 23/18 23/19 24/23 27/1 28/18 30/14 30/17 31/19 39/17 42/3

whether [6] 17/11 25/21 26/10 33/20 39/22 43/2

which [13] 12/9 13/14

**W**

**which... [11]** 20/8
31/22 32/4 32/11 33/16
36/16 36/19 37/16
41/20 42/24 43/5
**white [2]** 9/14 13/17
**who [9]** 6/23 8/16 9/4
11/12 11/15 11/22 30/5
31/25 32/1
**whole [2]** 4/18 41/18
**why [14]** 9/1 9/24 10/2
11/1 24/18 24/24 28/21
29/9 30/2 33/7 39/20
40/9 42/20 43/1
**will [17]** 4/16 4/17 4/18
7/2 11/14 11/15 14/20
14/24 17/12 18/19
19/12 29/8 33/19 37/17
38/20 39/17 42/10
**window [4]** 39/15 41/9
41/10 42/7
**Wing [1]** 21/3
**within [6]** 5/18 6/13
11/16 12/13 22/16
25/11
**witness [11]** 3/3 4/6
4/13 17/10 25/19 34/8
38/4 38/11 41/5 41/17
43/24
**witnesses [2]** 41/3
44/4
**won't [2]** 25/16 40/19
**Woodward [3]** 2/4 2/4
24/8
**work [9]** 5/3 5/4 5/14
5/16 5/17 12/18 12/19
33/13 33/14
**worked [1]** 8/3
**working [4]** 7/17 7/23
8/3 26/1
**works [1]** 44/13
**would [32]** 4/12 8/19
8/21 9/13 9/15 10/14
11/24 13/14 13/22
15/13 17/5 18/24 19/20
20/15 20/17 21/5 21/8
21/9 22/6 23/19 24/4
25/6 26/9 32/6 35/9
35/14 37/6 37/15 37/25
40/17 41/11 42/4
**wouldn't [3]** 25/7 32/3
44/18
**written [1]** 39/2

**Y**

**yeah [2]** 39/20 40/8
**year [1]** 5/10
**years [1]** 6/15
**yelling [1]** 31/15
**yes [31]** 5/2 5/20 7/18
8/1 9/11 11/11 12/6
16/9 18/2 18/8 19/12
21/11 21/23 22/1 22/8
27/7 27/10 27/18 29/14
29/17 30/19 33/22
35/11 35/22 38/6 38/10
39/4 44/7 44/11 44/17
44/21
**you [130]**
**you've [2]** 35/24 38/19
**your [67]**
**Your Honor [47]**
**yourself [2]** 4/25 10/24