**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF  AMERICA,                      Criminal Action
                                                No. 1:21-0537

                        Plaintiff,

        vs.

RYAN SAMSEL - 1,                                October 24, 2023
JAMES TATE GRANT - 2,                           10:00 a.m.
PAUL RUSSELL JOHNSON - 3,
STEPHEN CHASE RANDOLPH - 4,
JASON BENJAMIN BLYTHE - 5,

                        Defendants.              Washington, DC
_____

TRANSCRIPT OF BENCH TRIAL - DAY 2
**BEFORE THE HONORABLE JIA M. COBB**
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For Plaintiff**                      **Kyle Mirabelli**
                                       **Joseph Hutton Marshall**
                                       United States Attorneys Office
                                       601 D Street NW, Suite 6-725
                                       Washington, DC  20001
                                       202-815-4028

                                       **Christopher Brunwin**
                                       U.S. Attorneys Office
                                       Federal Courthouse
                                       312 N. Spring Street, 13th Floor
                                       Los Angeles, CA 90012
                                       213-894-4242


                                       **Alexandra Foster**
                                       DOJ - U.S. Attorneys Office
                                       880 Front Street, Room 6293
                                       San Diego, CA  92101-8807
                                       619-546-6735

APPEARANCES CONTINUED:

For Deft. Samsel:                    **Stanley Woodward**
                                     BRAND WOODWARD LAW, LP
                                     400 Fifth Street, Northwest
                                     Washington, DC 20001
                                     202-996-7447

For Deft. Grant:                     **Robert A. Feitel**
                                     LAW OFFICE OF ROBERT FEITEL
                                     1300 Pennsylvania Avenue NW,
                                     #1505
                                     Washington, DC 20008
                                     202-255-6637

For Deft. Johnson:                   **Lauren Rosen**
                                     **Todd M. Richman**
                                     OFFICE OF FPD-EDVA
                                     1650 King Street, Suite 500
                                     Alexandria, VA 22314
                                     703-600-0819

For Deft. Randolph:                  **Angel Halim**
                                     3580 Indian Queen Lane
                                     Philadelphia, PA 19129
                                     215-300-3229

For Deft. Blythe:                    **Stephen Brennwald**
                                     BRENNWALD & ROBERTSON, LLP
                                     922 Pennsylvania Avenue, SE
                                     Washington, DC 20003
                                     301-928-7727

Reported By:                         **Stacy Johns, RPR,** CRC
                                     Official Court Reporter
                                     U.S. District & Bankruptcy Cts.
                                     333 Constitution Avenue, NW
                                     Washington, DC 20001
                                     Stacy_Johns@dcd.uscourts.gov

**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

I N D E X

LIEUTENANT GEORGE MCCREE                                    PAGE

    Direct Examination By Mr. Marshall (Cont'd)          7

    Cross-Examination By Mr. Woodward                   29

    Cross-Examination By Mr. Feitel                     35

    Cross-Examination By Mr. Richman                    40

    Cross-Examination By Ms. Halim                      44

    Redirect Examination By Mr. Marshall                49


SERGEANT TIMOTHY LIVELY

    Direct Examination By Mr. Mirabelli                 55

    Cross-Examination By Mr. Woodward                  195

E X H I B I T S

GOVERNMENT EXHIBITS                                       ADMIT

201                                                         15

202, 203                                                    19

204                                                         21

206                                                         22

207                                                         23

1002                                                        25

1204                                                        58

701                                                         81

204                                                         83

302                                                        117

INDEX (Continued)

GOVERNMENT EXHIBITS                                      ADMIT

| | |
|---|---|
| 304 | 120 |
| 305 | 122 |
| 306 | 127 |
| 308 | 130 |
| 308A | 133 |
| 331 | 139 |
| 310 | 140 |
| 311 | 141 |
| 309 | 144 |
| 312 | 146 |
| 314 | 147 |
| 316 | 149 |
| 321 | 150 |
| 322, 323 | 152 |
| 330 | 153 |
| 208 | 154 |
| 209 | 155 |
| 210 | 156 |
| 211 | 157 |
| 307 | 159 |
| 315 | 160 |
| 317 | 161 |

INDEX (Continued)

| GOVERNMENT EXHIBITS | ADMIT |
|---|---|
| 409 | 169 |
| 303 | 178 |
| 340 | 184 |

<u>**P R O C E E D I N G S**</u>

DEPUTY CLERK:  Good morning, Your Honor.  We're on the record in criminal Case 21-537, United States of America versus defendant one, Ryan Samsel; defendant two, James Grant; defendant three, Paul Johnson; defendant four, Stephen Randolph; and defendant five, Jason Blythe.

Starting with Government counsel, please approach the podium.  State your appearance for the record.  Introduce all counsel at your table.

MR. MIRABELLI:  Good morning, Your Honor.  On behalf of the United States, Kyle Mirabelli.  I'm joined by my co-counsels AUSA Christopher Brunwin, Sasha Foster, Hutton Marshall, our paralegal Elizabeth Hayman and Stew Curcio, our FBI Special Agent.

THE COURT:  Good morning.

MR. WOODWARD:  Good morning, Your Honor.  Stanley Woodward with Mr. Samsel, who is physically present, and my colleague Ashleigh Bondoc.  I still owe you a spelling.

MR. FEITEL:  Good morning, Your Honor.  Robert Feitel with Mr. Grant, who's here in court this morning ready to go.

THE COURT:  Good morning.

MS. ROSEN:  Good morning, Your Honor.  Lauren Rosen and Todd Richman on behalf of Mr. Johnson, who's present in court.

```
1              THE COURT:  Good morning.

2              MS. HALIM:  Good morning, Your Honor.  Angie Halim on

3    behalf of Stephen Randolph, who is here present in court.

4              THE COURT:  Good morning.

5              MR. BRENNWALD:  Good morning, Your Honor.  Stephen

6    Brennwald for Mr. Jason Blythe, who's present.  And I have a

7    quick matter I'd like to raise.  I can do it later or now.

8    It's very quick.

9              THE COURT:  If it's quick, we can do it now.

10             MR. BRENNWALD:  So Mr. Blythe's conditions of release

11   prohibit him from going near the Capitol, obviously.  And I

12   would ask permission for him to go on the outside grounds of

13   the Capitol with me at some point in the next couple days, so

14   we can go to the scene, but he will always be with me and then

15   leave, just so that he can see where this happened.  I know we

16   have videos but it's maybe different in person.

17             THE COURT:  Anyone have an objection?

18             MR. MIRABELLI:  No objection, Your Honor.

19             THE COURT:  Okay.  That's fine.  So Mr. Blythe, if he

20   is with you doing any kind of work for the case in preparation

21   for his defense, then that restriction is not enforced.

22             MR. BRENNWALD:  Thank you.

23             THE COURT:  Okay.  Are we ready to resume with the

24   lieutenant?

25             MR. WOODWARD:  I also have a preliminary issue, Your
```

1    Honor.

2             THE COURT:  Okay.

3             MR. WOODWARD:  It relates to our request for Jencks.

4    The Government did provide us with a number of additional trial

5    transcripts last evening, as well as one additional 302 from

6    Officer McCree.

7             We additionally requested the exhibits that Officer

8    McCree was shown in the trial transcripts.  As the Court will

9    appreciate, he's shown a number of CCTV videos.  And while we

10   appreciate that exhibits are not technically statements, in

11   this case we think that the exhibits would, in fact, qualify as

12   appropriate Jencks.

13            His testimony is inextricably intertwined with the

14   video exhibits that he's watching.  It's difficult to

15   understand or assess the veracity of his statements as he's

16   describing the video without simultaneously seeing the video at

17   the same time.

18            So we asked the Government for the exhibits that he

19   has shown in each of these almost 10 or 12 prior trials in

20   which he has appeared, and the Government's response is that

21   they're not obligated to give that to us.  Here we think they

22   are, and so we'd ask for the Court's assistance in facilitating

23   the provision of those exhibits.

24            THE COURT:  Are those videos about the same subject of

25   his testimony that he's giving in this trial?

1          MR. WOODWARD:  Yes, Your Honor.  Insofar as his

2     testimony in this trial has been pretty broad about the events

3     of January 6th and the security at the Capitol and the

4     perimeter and what's happening inside the building and he's in

5     the House Chamber.  So I won't say that a hundred percent of

6     the exhibits that he's been shown -- candidly, Your Honor, I

7     haven't actually read all the transcripts because we got six

8     more last night that I wasn't expecting to receive at the

9     eleventh hour.

10          So no, I won't represent to the Court that every

11     single exhibit he's shown pertains to his testimony here today.

12     But insofar as he's shown general CCTV video footage of the

13     Capitol and its grounds and he's asked to describe that, yes,

14     we would submit that that relates to his testimony in this

15     case.

16          THE COURT:  How many videos are we talking about?

17          MR. WOODWARD:  There's a lot, Your Honor.

18          THE COURT:  Okay.  Can you provide the transcripts to

19     me?  Let me ask you this.  Can we proceed with the direct?

20     Because if I have to go through and determine which videos and

21     hear argument about which ones relate to the subject of his

22     testimony and if any don't and then make a decision about

23     whether you're entitled to that, that might take --

24          MR. WOODWARD:  I have zero desire to delay things.  So

25     I think we can cross the bridge of even cross-examination, as

McCree - DIRECT

1    long as we're permitted to recall him should the Court order

2    the videos be produced.  It's a bench trial.  So we're not

3    insistent on receiving an order.  But if the Court orders the

4    video produced and we want to ask him about the videos

5    produced, then we would ask him to be held over, so that he can

6    be recalled.

7            THE COURT:  Does the Government want to be heard on

8    this now?  I don't want to keep your witness waiting.

9            MR. MARSHALL:  Your Honor, the Government disagrees

10   with Mr. Woodward's request for every exhibit of the 12 times

11   Mr. McCree has testified.  But we are all right with

12   Mr. Woodward's suggestion of proceeding for now, and should the

13   Court find merit in Mr. Woodward's argument, then we can

14   address whether recall is appropriate then.

15           THE COURT:  All right.  Let's defer this issue and

16   let's resume with the lieutenant's testimony.

17           MR. MARSHALL:  Thank you, Your Honor.

18           DEPUTY CLERK:  Sir, you're still under oath.

19                  DIRECT EXAMINATION (Cont'd)

20           THE COURT:  You may resume when you're ready.

21   BY MR. MARSHALL:

22   Q.  Good morning.

23   A.  Good morning.

24   Q.  To return briefly to a subject discussed yesterday, you

25   testified yesterday that your police radio -- that you used

McCree - DIRECT

1  your police radio while inside the Capitol building on

2  January 6, 2021.  Was that radio working the entire day?

3  A.  Yes, sir.

4  Q.  Generally speaking, are there multiple channels used by the

5  Capitol Police through its radio system?

6  A.  Yes, sir.

7  Q.  What about on January 6th?

8  A.  There were.

9  Q.  What particular channels were you active on on

10  January 6, 2021?  And by active I mean either listening or

11  speaking in response.

12  A.  My premier channel was the chamber channel, which is a

13  shared channel between the House and Senate Chambers.  And then

14  I listened to the inside channel, the interior activities for

15  the Capitol Police, and then the exterior channel, which is the

16  exterior activities for the Capitol Police.

17  Q.  Are you familiar with an individual named Timothy Lively?

18  A.  I am.

19  Q.  Who is that?

20  A.  He's a sergeant with the U.S. Capitol Police.

21  Q.  How do you know him?

22  A.  I used to work -- was detailed to the Capitol division.  He

23  was on the FRU, the first responders unit, and I was on the

24  House Chambers unit, one of the nine units in the Capitol

25  division.  So we worked closely with each other.

1  Q.  How long have you known Sergeant Lively?

2  A.  I don't know exactly but it's been at least probably 12,

3  15 years, somewhere in that time frame.

4  Q.  Would you be able to recognize his voice?

5  A.  More than likely, yes.

6        MR. MARSHALL:  Ms. Hayman, I'd like to now play

7  Government's Exhibit 701.

8        MR. FEITEL:  Objection, Your Honor.  This would be

9  hearsay.  I think Sergeant Lively is on the witness list.  He

10  could identify his own voice, perhaps, when he comes to court.

11        MR. MARSHALL:  Your Honor, the Government intends to

12  further authenticate Government's Exhibit 701 through Lively's

13  own testimony, but we would request permission to play it for

14  Mr. McCree now.

15        THE COURT:  I'll let you play it.  Then I'll hear any

16  objections.  I don't know what's on the video to know if it's

17  used for the truth.  Go ahead.

18      (Whereupon, the audio was played in open court.)

19  BY MR. MARSHALL:

20  Q.  Lieutenant McCree, do you recognize either of those two

21  voices that were speaking?

22  A.  I do.  The dispatcher, I don't think I recall his name but

23  I do recognize it, and I do recognize Sergeant Lively.

24  Q.  The dispatcher was the second voice speaking; is that

25  correct?

McCree - DIRECT

```
1   A.  Correct.
2   Q.  Lieutenant McCree, do you recall hearing any radio traffic
3   prior to that regarding the breach of the exterior perimeter?
4   A.  Throughout the day there was radio traffic ongoing.  We
5   routinely communicated via the radio.
6   Q.  Do you recall that radio transmission by Sergeant Lively?
7   A.  I do.  It was one of the first times that I heard that we'd
8   been breached.  So I recall hearing it.
9   Q.  Do you recall approximately what you were doing when you
10  would have heard it, where you would have been?
11  A.  I would have been in the House Chamber and just monitoring,
12  patrolling, routine activity.
13  Q.  Thank you.
14          MR. MARSHALL:  Your Honor, I now intend to show
15  several clips of CCV that we brought in partially through
16  Lieutenant McCree, and then authenticated, or further establish
17  its relevance through subsequent testimony.  So we won't be
18  seeking to admit them fully at this time.
19          THE COURT:  Okay.
20          MR. MARSHALL:  I'd like to now pull up Government's
21  Exhibit 201.  You can just pause it at the outset.
22  BY MR. MARSHALL:
23  Q.  Lieutenant McCree, do you recognize the area shown here?
24  A.  I do.
25  Q.  Where is this?
```

McCree - DIRECT

1  A.  This is the Pennsylvania Avenue walkway, looking from Peace

2  Circle.

3  Q.  Could you read the timestamp on the top left of the screen?

4  A.  Certainly.  It's 12:40 p.m.

5       MR. MARSHALL:  So Your Honor, the Government would at

6  this time move to admit Government's Exhibit 201, conditional

7  on the relevance being established through subsequent testimony

8  from Capitol police officers present at the scene.

9       THE COURT:  Mr. Woodward?

10      MR. WOODWARD:  Your Honor, I think we object without

11  knowing what the relevance of the video is going to be.  If

12  they -- the Government does not establish relevance, then it

13  would be inappropriate for Sergeant McCree to be testifying

14  about the video.

15      MR. MARSHALL:  Your Honor, Lieutenant McCree is called

16  because of his familiarity with the CCV system and the

17  locations it portrays.  However, Lieutenant McCree does not

18  assert he was present at the time of these events.  We'll call

19  other witnesses who are familiar with these events who are not

20  as easily able to locate the identities or the locations of the

21  CCV cameras.

22      THE COURT:  Mr. Woodward, my understanding is that

23  Mr. Marshall just wants Lieutenant McCree to testify this is

24  the CCT video at this location.  He's not going to be

25  testifying about what's in the videos.  They're going to call a

McCree - DIRECT

1   witness who they claim was present that could testify about

2   what's in the videos.  He's just laying a foundation for later

3   admissibility.

4           MR. WOODWARD:  Respectfully, Your Honor, the video

5   speaks for itself.  We stipulated to its authenticity.

6   Lieutenant McCree was not present that day, was not watching

7   this video.  So any testimony he may have to offer about this

8   particular video simply isn't relevant to this case.

9           THE COURT:  I understand.  My understanding is he's

10  not going to be testifying about the video.

11          MR. MARSHALL:  Two-points on that briefly, Your Honor.

12  First, there is certain testimony for this particular CCV video

13  that we do plan to elicit from Mr. McCree that we would assert

14  that he has personal knowledge to as to the geography of what's

15  shown here.

16          THE COURT:  I'm going to admit this exhibit subject to

17  objection if it ends up not being relevant.  But so far, based

18  on what you've laid, it seems relevant to the case and he can

19  authenticate it.  So overruled.

20          You can continue.

21          MR. WOODWARD:  Thank you, Your Honor.  Just for Your

22  Honor's awareness, the parties are stipulating to the

23  authenticity of CCV but not its relevance.

24          THE COURT:  Exactly.  Okay.

25        (Government Exhibit 201 received in evidence.)

McCree - DIRECT

1          MR. MARSHALL:  Ms. Hayman, I'd now like to go to

2    Government's Exhibit 202.

3    BY MR. MARSHALL:

4    Q.  Lieutenant McCree, do you recognize what's shown here?

5    A.  I do.

6    Q.  Where is this?

7    A.  This is the West Plaza, looking from the Rotunda towards

8    the stage for the inauguration, down into the West Plaza and

9    the crowds in the West Front of the Capitol.

10   Q.  Could you read to the timestamp at the top left of the

11   screen?

12   A.  Certainly.  This is at 1:56:50 p.m.

13          MR. MARSHALL:  We can now go to Government's

14   Exhibit 203.

15          MR. WOODWARD:  I'm sorry, Your Honor.  I just want to

16   note for the record our continued objection to Exhibit 202,

17   based on our prior motion in limine excluding video concerning

18   the plank throw.

19          THE COURT:  Okay.

20   BY MR. MARSHALL:

21   Q.  Lieutenant McCree, do you recognize what's shown here?

22   A.  I do.

23   Q.  What are we looking at?

24   A.  This is similar to the last.  This is the north side of

25   that view.  This is looking to the west from the Rotunda area.

McCree - DIRECT

1   And you can see the staging for the inauguration being

2   constructed.

3   Q.  And can you describe what that -- can you circle the

4   staging?

5   A.  (Witness complies.)

6   Q.  And how are you familiar with that staging area, Lieutenant

7   McCree?

8   A.  I'm familiar with it -- I witnessed it being constructed

9   from the time -- from that area of time.

10  Q.  So that's not a permanent structure on the Capitol grounds?

11  A.  No.

12          MR. WOODWARD:  Objection, leading.

13          THE COURT:  Sustained.  You can rephrase.

14  BY MR. MARSHALL:

15  Q.  Lieutenant McCree, is that or is that not a --

16          MR. BRENNWALD:  Your Honor, this was brought to my

17  attention yesterday.  The gallery's TV doesn't work and I know

18  that we have a right to a public trial, and yesterday some

19  monitors weren't working and nobody could see anything.

20          THE COURT:  Thanks for bringing that to my attention.

21          DEPUTY CLERK:  If they're moved in evidence, Counsel,

22  then it will be displayed on the gallery screen.

23          MR. BRENNWALD:  Okay.  I thought it had already been

24  done.

25          DEPUTY CLERK:  No.  Thank you.

McCree - DIRECT

1   BY MR. MARSHALL:

2   Q.  Lieutenant McCree, aside from time surrounding a

3   presidential inauguration, do you see any structures that are

4   there specifically for that purpose?

5   A.  The construction for the inauguration is done specifically

6   for that time, and it makes the area look different.  It covers

7   most of the south and the north stairs, which would be visible

8   at this point in the video.  The center portion covers a

9   fountain that would be visible.

10      So the stage would not be there.  It is constructed

11  specifically for the inauguration every four years, as well as

12  the tower that's there.  And that's -- those things are in

13  place specifically for the inauguration and they're not there

14  normally.

15  Q.  And so that portion you just circled, what is that?

16  A.  I'm sorry, the portion I circled was?

17  Q.  The structure you previously circled, can you describe what

18  that is?

19  A.  Yes.  That is stadium-style seating for the inauguration,

20  for the audience for the inauguration.

21  Q.  And what is that constructed of?

22  A.  It looks like scaffolding at its underneath portions, and

23  that's sort of the under structure.  And then the upper

24  structure would be wood construction with covering and paint

25  and eventually bunting and chairs.

McCree - DIRECT

1   Q.   What is that white wall that appears around it?

2   A.   The white wall that is -- I'm sorry, I'm not sure of your

3   question.

4   Q.   That appears to be surrounding the scaffolding?

5   A.   It's -- the white wall is sort of like a fabric, like a --

6   I don't know what the exact material is but it's basically like

7   a plastic fabric that goes around it.

8   Q.   Thank you.

9          MR. MARSHALL:   Ms. Hayman, can we now go to

10  Government's Exhibit 204.

11         DEPUTY CLERK:   Are we going to move it into evidence?

12         MR. MARSHALL:   I'm going to move them in at the end

13  collectively.

14         DEPUTY CLERK:   Okay.  Because the public cannot see it

15  if you don't move it into evidence.

16         MR. MARSHALL:   Oh, I apologize.  Well, then, at this

17  time, conditional to its relevance being further established

18  through subsequent testimony, the Government would move to

19  admit Government's Exhibits 202 and 203.

20         THE COURT:   Over the objections that have been

21  previously stated and subject to further foundation concerning

22  relevance, I'll admit 201 through 204.

23     (Government Exhibits 202, 203 received in evidence.)

24  BY MR. MARSHALL:

25  Q.   Lieutenant McCree, do you recognize what's shown here?

McCree - DIRECT

1    A.   I do.

2    Q.   What are we looking at?

3    A.   In the foreground, these are the construction trailers,

4    where they do the administrative functions and security

5    functions for the construction area.  As you move forward in

6    the -- towards the West Front, there was the construction

7    equipment and materials.  In the far ground you'll see the

8    crowds beginning to gather at the Peace Circle area, coming

9    into the Pennsylvania Avenue walkway and the restricted area

10   postings that are set up in that area, as well as the bike

11   racks and the snow fencing.

12   Q.   Lieutenant McCree, do you see what I've circled here in

13   red?

14   A.   I do.

15   Q.   What is that structure?

16   A.   That's a walkover.  So when people -- when you have people

17   go from the grassy areas -- which is what we do during the

18   inauguration.  The grassy areas are seating.  They'll have

19   chairs in those areas.  And so to go over walls, they construct

20   the walkover kind of like a bridge to go from one area to the

21   other.

22        The walkway becomes not a public -- a public access.  It

23   becomes for just utilitarian, and if the people who are

24   visiting want to go from one area to another, that's how

25   they'll go is over that walkover.

McCree - DIRECT

 1  Q.  Thank you.

 2          MR. MARSHALL:  Your Honor, the Government moves to

 3  admit Exhibit 204, subject to its relevance being further

 4  established through officers present in this area.

 5          THE COURT:  Okay.  Admitted.

 6      (Government Exhibit 204 received in evidence.)

 7          MR. MARSHALL:  Can we go now to Government's

 8  Exhibit 206.

 9  BY MR. MARSHALL:

10  Q.  Lieutenant McCree, do you recognize what's shown here?

11  A.  I do.

12  Q.  Where is this?

13  A.  This is the Senate wing, the Senate wing door.  It connects

14  the older part of the Capitol to the newer wing of the Capitol

15  on the first floor.

16  Q.  What -- I guess, how would you describe this within the

17  geography of the Capitol building?

18  A.  With the Rotunda being in the center, the Senate wing would

19  be to the north and then it would take you into the newer

20  portion of the Capitol where the Senate Chamber is located.

21          MR. MARSHALL:  Your Honor, the Government would move

22  to admit Government's Exhibit 206, subject to further testimony

23  identifying defendant Grant later in the case through a

24  subsequent witness.

25          THE COURT:  Any objection?

1            MR. WOODWARD:  No.

2            THE COURT:  Admitted.

3       (Government Exhibit 206 received in evidence.)

4            MR. MARSHALL:  Can we go now to Government's

5  Exhibit 207.

6  BY MR. MARSHALL:

7  Q.  Lieutenant McCree, do you recognize this?

8  A.  I do.

9  Q.  Is this the same shot of the Senate wing door we saw

10 previously?

11 A.  It is.  It's the same area with a different timestamp.

12           MR. MARSHALL:  Your Honor, the Government moves to

13 admit Government's Exhibit 207 on the same basis as

14 Government's Exhibit 206.

15           THE COURT:  Any objection?

16           MR. WOODWARD:  I think, Your Honor, just a

17 clarification that these are being admitted only against

18 defendant Grant.

19           MR. MARSHALL:  The Government wouldn't dispute that.

20           THE COURT:  Okay.  Any objection?

21           MR. MARSHALL:  For these two particular exhibits,

22 Government's Exhibit 206 and -7.

23           THE COURT:  Okay.  I'm looking at you, Mr. Feitel.

24           MR. FEITEL:  I cannot think of a principled one.

25           THE COURT:  Okay.  I appreciate that.

McCree - DIRECT

```
 1            All right.  Admitted.
 2        (Government Exhibit 207 received in evidence.)
 3            MR. MARSHALL:  Ms. Hayman, I'd now like to go back to
 4    Government's Exhibit 201 at the outset.
 5    BY MR. MARSHALL:
 6    Q.  Lieutenant McCree, do you see any fencing shown in this
 7    image?
 8    A.  I do.
 9    Q.  Can you just circle what rows of fencing you see here.
10    A.  There are several rows.
11            MR. FEITEL:  Your Honor, collectively, we the defense
12    agreed to the authenticity of the tapes.  These are still shots
13    from them.  But we did not agree to let someone opine about
14    them without a basis in fact.  So no one's asked the officer
15    did he see them on this day, did he see them in this particular
16    condition.  So absent a foundation, I think it's objectionable
17    for him to sort of explain what's in a self-explanatory video
18    or a still shot from a video that no one's objected to.
19            THE COURT:  Sustained.  You can lay a foundation.
20    BY MR. MARSHALL:
21    Q.  Lieutenant McCree, have you seen this area before?
22    A.  I have.
23    Q.  Have you seen this area with this fencing configured
24    before?
25    A.  I have.
```

McCree - DIRECT

1   Q.  Did you see this area on January 6th?

2   A.  I did.

3   Q.  Do you recognize the fencing shown in this frame?

4   A.  I do.

5   Q.  Can you circle the rows of fencing shown here?

6   A.  Certainly.  Starting the nearest, the fencing that's here

7   is around the Peace Circle.  So the First Street is there.  The

8   fencing for the demonstration was set up in this area, and this

9   is the beginning of the restricted area for anybody coming to

10  demonstrate.  There's a secondary row of snow fencing on the

11  walkway, which gives sort of a security standoff between the

12  officers and the protesters.

13  Q.  With respect to the second two layers of fencing, why the

14  multiple players of fencing here?

15  A.  The snow fencing -- I mean, the bike racks are -- they're

16  established quickly and they're put up in a way that deters

17  people from coming.  For security reasons, if we need to have

18  like a layer of security between them, sometimes we need to

19  move things or move personnel or different things.  So we'll

20  have like a secondary layer of snow fencing between our actual

21  personnel and the demonstrators.

22  Q.  Do you recognize the five individuals above the third line

23  of fencing you described?

24  A.  I recognize them as U.S. Capitol Police officers that were

25  posted in that area.

McCree - DIRECT

1    Q.  Do you recognize those white squares that appear on that

2    line of fencing?

3    A.  I do.

4    Q.  What are those?

5    A.  They are "area closed" signs.  They're placed there for

6    demonstrators to know that those are restricted areas.

7             MR. MARSHALL:  The Court's indulgence.

8             Your Honor, I'm now showing the witness what's marked

9    as Government's Exhibit 1002.

10   BY MR. MARSHALL:

11   Q.  Lieutenant McCree, do you recognize this?

12   A.  I do.

13   Q.  What is this?

14   A.  This is a sign that's very similar, if not one of the signs

15   that was posted on the fencing all the way around the Capitol

16   on that day.

17   Q.  Could you read the text on here.

18   A.  Yes, sir.  It says:  Area closed by order of the United

19   States Capitol Police board.

20   Q.  Thank you.

21            MR. MARSHALL:  Your Honor, the Government would move

22   to admit Government's Exhibit 1002.

23            THE COURT:  Any objection?  Hearing none, it's

24   admitted.

25       (Government Exhibit 1002 received in evidence.)

McCree - DIRECT

1    BY MR. MARSHALL:

2    Q.  Lieutenant McCree, you mentioned the fencing was composed

3    of bike racks.  Are these simply placed next to each or are

4    they joined together in any way?

5    A.  They're generally joined together, which provides a greater

6    level of security.  They're not easily moved.

7    Q.  Lieutenant McCree, do you see these bike racks here in the

8    courtroom?

9    A.  I do.

10   Q.  Do these appear similar to the bike racks shown in the

11   video footage?

12   A.  Very much so.

13   Q.  Could I ask you to just briefly step down and approach

14   these bike racks?  I just want to ask you a couple of questions

15   about them.

16          MR. MARSHALL:  With the Court's permission?

17          THE WITNESS:  Yes, sir.

18   BY MR. MARSHALL:

19   Q.  Lieutenant McCree, no need to interact with them more than

20   you need to, but can you just briefly explain for us how these

21   bike racks fit together?

22   A.  (Inaudible.)

23          THE COURT:  Does he have a microphone?  Or can

24   someone -- I just can't hear him that well.

25          DEPUTY CLERK:  Let me borrow one.

McCree - DIRECT

```
 1              THE WITNESS:  Can you hear me?  Is that okay?
 2              THE COURT:  Yes.
 3   BY MR. MARSHALL:
 4   Q.  So I'd ask if you can explain just briefly how these bike
 5   racks are generally joined together to one another.
 6   A.  Certainly.  During a demonstration or a large gathering,
 7   the Architect of the Capitol will install these around the
 8   Capitol, or they'll have contractors come to install them
 9   around the Capitol.
10       The easiest way to put them together is to use the loops
11   and the hooks that are connected here.  I don't know if you can
12   see between there.  In addition to that -- which keeps them
13   from being able to move separately; they kind of move
14   together -- very often they will have a metal connector, which
15   we bolt together.  Sometimes they will have a plastic zip tie
16   that will connect them or they will have -- they may have any
17   combination of those, depending on what the Architect decides
18   to use at that point.
19       Very often they'll put snow fencing up, so it's basically
20   wrapped in sort of this plastic -- kind of like a chain link
21   fence but it's plastic.  And so they'll connect those generally
22   with zip ties to make it even more difficult to separate or
23   move or get across at any point.
24   Q.  Do those two hooks differ in any way from each other?
25   A.  Yes.  The top hook has a curvature to it, which kind of
```

McCree - DIRECT

1    makes it stay within the hoop.  The bottom one just sort of

2    slides in a little bit more easily.  It just goes straight

3    down.  But it still connects it together there.

4    Q.  Is there any operational reason why these bike racks are

5    linked together during -- in preparation for events or civil

6    disturbances?

7    A.  Yes.  It creates sort of a solid fencing -- a more solid

8    fencing.  Obviously, they are temporary and can be moved at

9    some point, but deployed quickly as well.  So to put them

10   together so that you can't just move them away from each other

11   or take them apart easily.

12   Q.  Why does it make them more difficult to move?

13   A.  Because they're connected together, which means that if I

14   go to grab it, I've got to lift it, take it out of there,

15   almost like a key coming out of something.  It's got to be a

16   little bit manipulated more carefully to move it.

17   Q.  Roughly, how heavy would you estimate these are?

18   A.  They're probably close to 40 pounds each, if not more.

19   Q.  Thank you, Lieutenant McCree.  You can take a seat again,

20   if you like.

21   A.  Thank you.

22          MR. MARSHALL:  Now, with the Court's permission, I

23   would like to briefly play a third-party video that will be

24   authenticated through the Government's next witness, just to

25   further discuss the particulars of these bike racks.

McCree - DIRECT

```
1              THE COURT:  Okay.  Let's see what it is.
2              MR. MARSHALL:  Can we now go to Government's
3    Exhibit 302 at 48 seconds.  And you can actually just skip
4    ahead to 57 seconds and pause it.
5              Could you go frame-by-frame just briefly.
6         (Video played.)
7              MR. MARSHALL:  And you can pause it there.  Thank you.
8    BY MR. MARSHALL:
9    Q.  Lieutenant McCree, do you recognize what's shown here?
10   A.  I do.
11   Q.  What are we looking at?
12             MR. FEITEL:  Objection, Your Honor.  I think this is
13   exactly the point.  If the Government says it's subject to a
14   later connection, we have the later connection.  They can
15   recall the officer to explain it.  It is a picture of what it
16   is.  I'm not sure that he has any particular expertise and I
17   don't know if he's going to go into the mechanics of how these
18   bike racks move back and forth without any foundation for his
19   testimony.
20             THE COURT:  Let me hear what the next question is.
21   BY MR. MARSHALL:
22   Q.  Lieutenant McCree, do you recognize the fencing surrounding
23   these bike racks here?
24   A.  I do.
25             THE COURT:  Okay.  Any objection to him saying that
```

McCree - DIRECT

1    this looks like the fencing that he recognizes?

2              MR. FEITEL:  No, Your Honor.  My objection was

3    preparatory for the future of where this might be going.

4              THE COURT:  Okay.  When we get there, I will hear your

5    objection.

6              Continue.

7    BY MR. MARSHALL:

8    Q.  Lieutenant McCree, do you recognize the fencing surrounding

9    these bike racks here?

10   A.  I do.

11   Q.  What's that?

12   A.  The plastic fencing around it, we refer to it as snow

13   fencing.

14   Q.  What is the purpose of wrapping a bike rack in snow

15   fencing?

16   A.  It further enforces or strengthens the fence line, so that

17   it's not easily taken apart or moved.  It takes some effort to

18   try to get those away.

19   Q.  Lieutenant McCree, do you see this object here that I've

20   circled in red?

21   A.  I do.

22   Q.  What are we looking at there?

23   A.  The white thing is -- it's called a zip tie.  It's a

24   plastic tie that makes them stay together, like locks them

25   together.

McCree - DIRECT

1    Q.  Lieutenant McCree, do you see those connectors that you

2    just explained to us that are built into the bike racks?

3    A.  I do.

4    Q.  Can you tell from looking at this whether these bike racks

5    are joined together?

6    A.  They are.

7    Q.  Thank you.

8        And these bike racks appear similar to the bike racks here

9    in the courtroom today?

10   A.  They do.

11   Q.  And to be clear, Lieutenant McCree, can you tell whether

12   these are the exact same bike racks?

13   A.  I can't tell if they're the exact same bike racks.  There

14   are several models that are very similar and they look very

15   much alike.

16   Q.  So there's some minor variability between them?

17   A.  Yes, sir.

18   Q.  Thank you.

19            MR. MARSHALL:  The Court's indulgence, Your Honor.

20            THE COURT:  Okay.

21            MR. MARSHALL:  No further questions, Your Honor.

22            THE COURT:  Okay.

23            MR. MARSHALL:  Thank you.

24            THE COURT:  Cross-examination for Mr. Samsel.

25            MR. WOODWARD:  Thank you, Your Honor.

```
 1                    CROSS-EXAMINATION
 2   BY MR. WOODWARD:
 3   Q.  Lieutenant McCree, good to see you again.  I represent Ryan
 4   Samsel.
 5        If we could start where we left off, which is Government's,
 6   I think, Exhibit 302, at roughly 57 seconds.
 7              MR. MARSHALL:  Are you asking us to do it?
 8              MR. WOODWARD:  I sure am.
 9              MR. MARSHALL:  Okay.
10              MR. WOODWARD:  Please.
11              (Video played.)
12              MR. WOODWARD:  Now, if we could advance that just a
13   few frames, please.
14   BY MR. WOODWARD:
15   Q.  Lieutenant McCree, you testified that these bike racks,
16   they're joined by the clips in between each, correct?
17   A.  Yes, sir.
18   Q.  You testified that, in addition to these clips, they're
19   also joined by the snow fencing that has been wrapped around
20   the bike racks, correct?
21   A.  Yes, sir.
22   Q.  Okay.  And then you also testified that, in addition to the
23   snow fencing, they have a zip tie or something binding that
24   bottom clip as well?
25   A.  Yes, sir.
```

McCree - CROSS

1   Q.  Okay.  And then -- I'm sorry, I didn't write it down.  How
2   much did you say each of these racks weigh?
3   A.  I don't know exactly, sir.  I estimated they're about
4   40 pounds.
5   Q.  40 pounds.  Have you lifted one before?
6   A.  Many times.  I just don't know what it is exactly.
7   Q.  And you moved them into position?
8   A.  Yeah, I've -- not in this position at this exact date but
9   over the years I've used them many times for blocking roads or
10  other events.
11  Q.  And you've also broken them down after an event, correct?
12  A.  I generally don't.  The Architect of the Capitol, as I
13  mentioned, will put them up and take them down.  If I've had
14  to -- the vast majority of times when I've moved them was to
15  facilitate a motorcade, and so I've taken them.  Or they
16  weren't going to that particular location, and I just moved
17  them.
18  Q.  Would you describe that process for us.  You have a
19  motorcade coming through and we have to let the vehicles pass.
20  A.  Certainly.  Obviously, they would be in a roadway.  So they
21  would be in that roadway.  If we needed to move them, generally
22  we'll gather two officers.  Sometimes it will be one, if you
23  had to.  And then we just move them enough to make room for the
24  vehicle to pass through.  And then, generally speaking, we'd
25  put them back the same way they were.

McCree - CROSS

1    Q.  Move them enough, can you be more specific about what that
2    means?
3    A.  Make a wide enough hole for the vehicle to go through.  And
4    usually if that is the case, they won't be ganged together.
5    They'll be overlapped with some overlapping, so that we can
6    move them more easily.  They'll be set them up to be relocated.
7    Unlike this, where they're ganged together side by side and
8    it's more difficult to move them, they will give us like an
9    overlap when they set up the bike racks, and then we'll just be
10   able to slide them back and forth.  They'll be designed -- or
11   set up, rather, to be moved rather than not be moved.  So they
12   wouldn't have the snow fencing.  They would just be set up for
13   us to move.
14   Q.  Because when they are ganged together, when they have snow
15   fencing, when they have zip ties, it's really quite difficult
16   to move them out of the way?
17   A.  Exactly, yes.
18   Q.  Difficult especially for one person to move them out of the
19   way?
20   A.  Generally, yeah.  Certainly, it could be done if the person
21   had enough strength or was able to, but it's difficult, yes.
22   Q.  When you are moving them for a motorcade or some other
23   purpose, you're not doing it by yourself, are you?
24   A.  Not generally.  Sometimes you do because that's the
25   situation but it's usually easier to move it with somebody

McCree - CROSS

1     else.

2     Q.  And so we see here in this Exhibit 302, this gentleman with

3     their hands up against the bike rack, he's not going to be

4     moving that bike rack by himself, is he?

5     A.  As I mentioned, if this individual has the strength to do

6     it -- I mean, they can move them.  Can they remove them or

7     throw them?  I don't know.  That's more difficult.  But

8     certainly they can be pushed by an individual, yeah.

9              MR. WOODWARD:  If the Government would assist me in

10    displaying Government's Exhibit -- the Court's indulgence.  I

11    think it was 201.  Thank you.

12    BY MR. WOODWARD:

13    Q.  Here in Exhibit 201, Lieutenant McCree, you see there are,

14    in fact, multiple bike racks there that you identified earlier

15    in your testimony.

16    A.  Yes, sir.

17    Q.  By my count, at least five that are linked together?

18    A.  I'm not certain where you're talking about, but that sounds

19    reasonable.

20    Q.  Let me circle it for us.

21    A.  Yeah, it looks like there's about five there.

22    Q.  One, two, three, four, five.

23    A.  Correct.

24    Q.  And then, can you tell us what's happening here where they

25    intersect with what appears to be -- if this is a horizontal

McCree - CROSS

1   line here, is there a vertical line it would intersect with?

2   A.  Yes.  On either side of that area of the walkway, there

3   would be sort of a walkway to go on either side behind the

4   stone wall.  So there would be more bike racks at that

5   location, yes.

6   Q.  And how do -- do the bike racks, when they intersect at a

7   T, do they join in any way?

8   A.  It depends on how they're set up, and I don't know at that

9   location how they were set up.  Again, the contractors bring

10  them in.  The Architect specifies how they're to be set up.  So

11  it may be different in one location than it is at another.

12  They may be open at one end.  They may be connected to

13  something else.  Not being able to see them, I'm not sure.

14  Q.  Okay.  When you have five of those bike racks all

15  interconnected, as we saw in Government's Exhibit 201, if we

16  were to move the bike racks on the very left side of the image

17  here, we'd also necessarily move the bike racks on the right

18  side of the image, wouldn't we?

19  A.  Again, I can't see that area.  So I don't know how they're

20  set up.  That may be the case; it may not be the case.

21  Q.  Just right here, sir.  If a group of us were to grab this

22  bike rack that I've circled and we were to pull it away, we'd

23  also be pulling this bike rack, wouldn't we?

24  A.  If they're connected, yes, sir -- I'm sorry, the one on far

25  right?

McCree - CROSS

1    Q.  Yes.

2    A.  It depends on how far you pulled it.  They move somewhat

3    independently.  So if you pull it far enough, yes, you would

4    pull all of it.  If you only pulled it a few feet, it may not

5    affect the ones that far away.  With that great a distance, it

6    may not.

7    Q.  Let's talk in extremes.  If I pulled it all the way down

8    here, I would also be moving this bike rack, wouldn't I?

9    A.  If they're ganged together, absolutely, yes.

10   Q.  If I pushed it all the way up here, I'd also be moving this

11   bike rack, wouldn't I?

12   A.  Yes, sir.

13   Q.  Now, with respect to the CCTV video that's available from

14   January 6th, you testified that you're familiar with the

15   locations of the Capitol CCTV video cameras, correct?

16   A.  Yes, sir.

17   Q.  Certainly, you're familiar with the vantage point that's

18   depicted in Government's Exhibit 201, correct?

19   A.  I am.

20        MR. WOODWARD:  And if the Government would assist me

21   in showing Lieutenant McCree Exhibit 202 -- 203.  Well, 204.

22   There we go.

23   BY MR. WOODWARD:

24   Q.  You're also familiar with this vantage point, are you not,

25   sir?

McCree - CROSS

1    A.  I am.

2    Q.  And in particular, the Government asked you to testify

3    about this bridge or walkway that was constructed?

4    A.  Yes, sir.

5    Q.  And you're not aware of any CCTV video cameras that capture

6    a closer look at that bridge, are you, sir?

7    A.  I am not.

8    Q.  Okay.  Turning, then, to your testimony about hearing

9    Officer Lively, do you recall that testimony?

10   A.  Yes, I do.

11   Q.  And you identified his voice on a radio call, correct?

12   A.  I do.

13   Q.  That day, January 6th, you heard multiple radio calls about

14   breaches that were occurring, correct?

15   A.  I did.

16        MR. WOODWARD:  Thank you, Your Honor.  No further

17   questions.

18        THE COURT:  Thank you.  Cross-examination for

19   Mr. Grant.

20                    CROSS-EXAMINATION

21   BY MR. FEITEL:

22   Q.  Good morning, Lieutenant.  How are we today?

23   A.  Good morning, sir.

24   Q.  Thank you for coming to court.

25        Just so that it's clear, you've testified in some other

McCree - CROSS

1    trials involving the events that took place on January 6th,

2    yes?

3    A.  I have.

4    Q.  Do you remember how many times?

5    A.  I do not, sir.

6    Q.  More than four or five?

7    A.  Yes, sir.

8    Q.  And in your prior testimony, and I believe during your

9    testimony in this case, you indicated that you were inside of

10   the House Chamber when the events started to take place outside

11   that caused the Capitol to close, yes?

12   A.  Yes, sir.

13   Q.  So you were never outside -- at least from the time you

14   were inside the House Chambers until the building was cleared

15   you remained inside of the Capitol, yes?

16   A.  I did.  I was inside when we evacuated the members from the

17   Capitol.  I did leave the Capitol with them.

18   Q.  So just to make sure it goes without saying, you were not

19   outside during the events at the Peace Circle that took place

20   that day, yes?

21   A.  I was not.  You're correct, sir.

22   Q.  And you didn't see them in realtime take place either?

23   A.  I did not watch them, no.

24   Q.  You testified about the closed circuit TVs that are in

25   place at the Capitol, yes?

McCree - CROSS

1    A.  Yes, sir.

2    Q.  And those closed circuit TVs are manned by the physical

3    security unit at the Capitol?

4    A.  The Capitol Police physical security division, yes.

5    They're not in the Capitol, but yes.

6    Q.  Sorry if I got the title mixed up.  But you worked in that

7    division, did you not?

8    A.  I did.  A number of years ago, I did.

9    Q.  Do you remember testifying at a prior trial that there were

10   officers inside of, like, a control room who monitor and watch

11   the CCTV in realtime?

12   A.  There are officers and civilians that monitor the cameras,

13   yes.

14   Q.  Do they have the ability to manipulate the cameras?

15   A.  They do.

16   Q.  They can close in and close out?

17   A.  Yes.

18        MR. FEITEL:  If the Government would be kind enough to

19   show me -- show everybody Exhibit 201, we'll share.

20        (Video played)

21   BY MR. FEITEL:

22   Q.  Do you recognize this, as you testified on direct, as

23   closed circuit TV from the Capitol?

24   A.  Yes, sir.

25   Q.  So in realtime, someone in the control room could have

McCree - CROSS

1    closed in and gotten a much better view or closer view of these

2    events, yes?

3    A.  I don't know how close they could have gotten, how close

4    they could have zoomed in on this camera.  But yes, they could

5    zoom in and zoom out, yes.

6           MR. FEITEL:  If we could take a look at Government's

7    Exhibit 204, please.

8    BY MR. FEITEL:

9    Q.  And so the same would be true of this Exhibit 204, closer

10   view might have been had?

11   A.  Yes, sir.

12   Q.  Now, with respect to the bike racks, have you picked up the

13   demonstrative bike racks here in court?

14   A.  No, sir, not today, no.

15   Q.  Do the bike rack construction, like what they're made of

16   and how they're assembled, change from year to year from time

17   to time?

18   A.  There are variations in the models but they're generally

19   very, very similar.

20   Q.  Since you're now a lieutenant, when was the last time you

21   personally had to pick one of these guys up and move it around?

22   A.  During one of the summer concerts.  I believe it was

23   July 4th but I'm not a hundred percent sure.  It was one of the

24   summer concerts.  I moved them for a motorcade.

25   Q.  Just so we're clear, do you remember the year of the summer

McCree - CROSS

1    concert?

2    A.   2023.

3    Q.   2023.  Do you know anything about when these particular

4    models here in court were produced or created?

5    A.   I do not.  Not specifically, no.

6    Q.   You testified about how the bike racks are connected, yes?

7    A.   I did.

8    Q.   And you used the word "ganged" to describe how they're

9    connected?

10   A.   Yeah, it's just the term that, since I've been on the

11   department, that's what we've -- will be advised, whether

12   they'll be ganged together.  Or sometimes they -- depending on

13   what they're for, they won't even put them together.  They'll

14   just be lined up or something.

15   Q.   And as prior counsel asked you, the bike racks do move

16   independently of one another, yes?

17   A.   Certainly, if they're not connected they will move

18   independently of each other.

19   Q.   And if they're connected, then force at one end would push

20   the bike rack at the other end, as described in the

21   Government's Exhibits that you were shown, yes?

22   A.   Yes.  Anything that's connected on either side is going to

23   move with it.

24   Q.   You didn't see the events that took place, just to be

25   clear, at the Peace Circle in realtime, yes?

McCree - CROSS

```
1    A.  I did not.

2    Q.  So you have no opinion about what happened with respect to

3    the bike racks on that particular day in that particular

4    moment, yeah?

5    A.  In that particular moment, I would not, sir.

6    Q.  All right.

7         MR. FEITEL:  I have nothing further.  Thanks,

8    Lieutenant.

9         THE COURT:  Thank you.  Cross-examination for

10   Mr. Johnson.

11                    CROSS-EXAMINATION

12   BY MR. RICHMAN:

13   Q.  Good morning, Lieutenant McCree.

14   A.  Good morning, sir.

15   Q.  Going back to earlier in your -- I think this was from

16   yesterday in your testimony.  You said that the Capitol

17   building itself, as of January 6th, was still closed because of

18   COVID; is that right?

19   A.  That is correct.

20   Q.  So there's only staff and members that would be in at that

21   time?

22   A.  Yes.

23   Q.  That was for the building itself, not for the grounds,

24   right?

25   A.  That is correct.
```

McCree - CROSS

1    Q.  So and that would have been generally, not just because of

2    a special event; generally, the Capitol was closed at that

3    time, right?

4    A.  During the COVID time that was the protocol, that there

5    were guests allowed for specific things but in general terms it

6    was staff members and that's it.

7    Q.  But it was for January 6th that the bike rack -- that the

8    bike rack perimeter was set up?

9    A.  The restricted area was set up for the planned protest on

10   January 6th.

11   Q.  And I think you testified on direct that it went around

12   most of the Capitol?

13   A.  Correct.

14   Q.  Now, I want to follow up a little bit on what one of my

15   co-defendant's counsels was asking.  So if these bike racks are

16   connected, I think you said they move together?

17   A.  Yes.  If connected they will move.  They'll affect the one

18   next to it.

19   Q.  The joints where they were connected, they were ganged, I

20   think is the word you used.  They don't hold them parallel to

21   one another, correct?

22   A.  I'm not sure what the question is.

23   Q.  If one's pushed, they'll move at the joint where they're

24   connected, right?

25   A.  Yes.

McCree - CROSS

1   Q.  If two are connected together and you push on one, it will

2   eventually push the other one but it will first bend at the

3   joint, right?

4   A.  Yes.  I'm still not sure what your question is.  Can you

5   restate it?

6   Q.  I'm just asking:  Do those joints keep them parallel to one

7   another or if I move that end of that one, can that end move

8   and it will just -- it will just pivot at the joint?

9   A.  Yes.  They do pivot at the joint.  If they're a number of

10  them together, really can't go to a 90-degree angle without

11  making a huge movement.

12  Q.  Understood.  Now, I think you also testified on direct that

13  the Capitol Police had some intelligence that led to the

14  placement of the exterior barriers?

15  A.  Yes, sir.

16  Q.  That's referring to the bike rack perimeter?

17  A.  Yes.  There was a permitted -- there was a request for a

18  permitted demonstration.  And given the information there, that

19  was the security protocol that they had established for the

20  event.

21  Q.  And you also testified that some was fenced off because

22  of -- because of inaugural construction, correct?

23  A.  There was a preexisting area within the restricted area

24  that was set up for the inaugural construction that was set up

25  from roughly September, I believe, through February.  So that

McCree - CROSS

1    existed prior to being -- the restricted area being established

2    for January 6th.

3    Q.  So the perimeter of that area never extended out as far as

4    the perimeter of the restricted area?

5    A.  No.  That maintained its own -- its own restricted area.

6    It was planned to be maintained before and after the event.  So

7    when the restricted area was lifted, it would just be there.

8    Q.  Now, when the Capitol Police decided where to set up the

9    bike perimeter, was that the Capitol Police's own decision as

10   to where to create the restricted area?

11   A.  That's a decision that happens above my rank, sir.  But

12   it's done mutually with a liaison or the police board has the

13   power to do it on their own.

14   Q.  Now, you testified, I think, you first heard through your

15   radio of a -- of the incident at Peace Circle during the noon

16   hour; do you recall testifying to that?

17   A.  I did.

18   Q.  And also that the Capitol building itself you heard was

19   breached at 2:13?

20   A.  Yes, sir.

21   Q.  So about one to two hours between those two events?

22   A.  Roughly, yes.

23   Q.  The shelter in place, I think you said, happened only after

24   the second of those, right, after the 2:13?

25   A.  The shelter in place for the --

1    Q.  For the House Chamber.

2    A.  For the House Chamber.  After -- it probably took at least

3    20 to 30 minutes before we sheltered in place in the House

4    Chamber.

5    Q.  Twenty to 30 minutes after the breach of the building at

6    2:13?

7    A.  Yes.

8    Q.  And you were inside the House Chamber during that time,

9    right?

10   A.  Yes, sir.

11   Q.  And I know on direct you said at some point, I think it was

12   around the time of the shelter in place order, you could hear

13   protesters outside, outside the House Chamber?

14   A.  After we sheltered in place, yes.

15   Q.  Were you able to hear protesters prior to that?

16   A.  No, sir.

17           MR. RICHMAN:  Thank you.  No further questions.

18           THE COURT:  Thank you.  Cross-examination for

19   Mr. Randolph.

20                        CROSS-EXAMINATION

21   BY MS. HALIM:

22   Q.  Good morning, Lieutenant McCree.

23   A.  Good morning.

24   Q.  My name is Angie Halim.  I represent Mr. Randolph and I've

25   got just a few questions for you.

1    When Mr. Richman, the gentleman who was just up here, he

2 was asking you some questions and he asked specifically about

3 the restricted perimeter, which was delineated with the red

4 line on one of the Government exhibits.  Do you recall that?

5 A.  I do.

6 Q.  And you testified just now, as well as yesterday on direct

7 examination, that that was put in place for a planned protest,

8 correct?

9 A.  Yes, ma'am.

10 Q.  And the word "planned" means that you understood that there

11 was going to be a protest that day, correct?

12 A.  Yes, ma'am.

13 Q.  In fact, in the days leading up to January 6th you expected

14 quite a large crowd to be in the city and specifically at the

15 Capitol, correct?

16 A.  I was -- we were informed of a demonstration that was at

17 the White House, that it may come to the Capitol.

18 Q.  And you expected there to be a crowd of people, right?

19 A.  Yes, ma'am.

20 Q.  Quite a large crowd, right?

21 A.  I wasn't sure the size, but yes, a large crowd.

22 Q.  You expected that there were going to be supporters of

23 former President Trump, right?

24 A.  Yes.

25 Q.  And you also expected that there could perhaps be

1  counter-protesters, correct?

2  A.  That would be a safe assumption, yes.

3  Q.  And as part of what they were planning for you, you were

4  aware that there could have been skirmishes between the two

5  groups that were planning to come to D.C. for the 6th, correct?

6  A.  Yes, ma'am.

7  Q.  You were familiar that there was a very large rally in D.C.

8  in support of former President Trump in November of 2020,

9  correct?

10 A.  I do vaguely recall that, yes.

11 Q.  And then there was another very large rally, and I think

12 that was the one that was called the Million MAGA March,

13 perhaps, in December of 2020, correct?

14 A.  I do recall that, yes.

15 Q.  And you knew that during those two rallies in 2020 there

16 were multiple arrests that had been made, right?

17 A.  Yes.

18 Q.  And you were aware that there had been assaults on

19 officers, correct?

20 A.  I -- yes.

21 Q.  And you were aware that a number of officers had actually

22 been injured, right?

23 A.  I don't recall that.  I don't know what the injury response

24 was for that.

25 Q.  And you were aware that those crowds for those rallies in

1   November and December of 2020, they breached restricted

2   perimeters that were set up in various locations, correct?

3          MR. MARSHALL:  Your Honor, I'm going to object to this

4   line of questioning as outside the scope of Lieutenant McCree's

5   testimony.

6          THE COURT:  Overruled.

7          THE WITNESS:  I'm sorry, would you repeat the

8   question?

9   BY MS. HALIM:

10  Q.  Sure.  You were aware that in those rallies and large

11  gatherings that took place in November, December of 2020, that

12  the crowds that were there did, in fact, breach perimeters that

13  had been set up in various areas throughout the city, correct?

14  A.  I saw it on the news, yes.

15  Q.  Now, talking about January 6th, specifically, there were,

16  in fact, a very large number of people that came to the city,

17  correct?

18  A.  Yes.

19  Q.  Large number of people came to the Ellipse near the White

20  House, right?

21  A.  Yes.

22  Q.  A very large number of people came to the Capitol building,

23  correct?

24  A.  More than I certainly had anticipated, yes.

25  Q.  Do you know how many people in total there were -- an

1    estimate of how many people in total there were at the Capitol

2    building on January 6th?

3    A.   I'm sorry, I don't.

4    Q.   Tens of thousands, would that be fair to say?

5    A.   Quite a large group, and I don't know the number, yes.

6         MS. HALIM:   If I could ask for the Government's

7    assistance, please, in just pulling up Exhibit 201, again.

8    Thank you so much.

9    BY MS. HALIM:

10   Q.   This is an exhibit that you've seen quite a few times at

11   this point, Lieutenant McCree, correct?

12   A.   Yes, ma'am.

13   Q.   And I'm going to focus up here, that line of five officers.

14   Do you see that there?

15   A.   I do.

16   Q.   Those five officers were part of something called the Civil

17   Disturbance Unit, correct?

18   A.   Yes, ma'am.

19   Q.   The acronym for that being C as in cat, D as in dog, U as

20   in umbrella, right?

21   A.   Yes, ma'am.

22   Q.   Those officers there, they're in their standard uniforms,

23   correct?

24   A.   Yes, I believe they are.

25   Q.   You don't see that they're wearing any riot gear there?

McCree - REDIRECT

1    A.  I don't.

2    Q.  Any protective gear?

3    A.  Beyond their normal protective gear, I don't see any.

4    Q.  And as far as you know, they didn't have any weapons?

5    A.  I'm sorry, yes, they're armed law enforcement officers,

6    yes.  They would have had weapons.

7    Q.  They were armed there?

8    A.  Yes.  They're full-duty officers.  They would have been

9    carrying their service weapons.

10            MS. HALIM:  You can take that down.  Thank you so

11   much.

12            I don't have any further questions.  Thank you, Your

13   Honor.

14            Thank you, Lieutenant.

15            THE COURT:  Thank you.  And cross-examination for

16   Mr. Blythe?

17            MR. BRENNWALD:  No questions, Your Honor.

18            THE COURT:  Any redirect?

19            MR. MARSHALL:  Just briefly, Your Honor.

20            THE COURT:  Sure.

21                      REDIRECT EXAMINATION

22   BY MR. MARSHALL:

23   Q.  Lieutenant McCree, just to clarify a couple of things.  Did

24   the restricted perimeter extend around a portion of the Capitol

25   that day or around the entire Capitol building?

McCree - REDIRECT

1    A.  It was around the entire Capitol building.

2    Q.  Are you aware of any areas of this restricted perimeter

3    that weren't demarcated in some way to the public?

4    A.  I'm -- there were areas for the public to be in or?

5    Q.  Are you aware of any areas where the restricted perimeter

6    wasn't demarcated by some fencing or barrier or something like

7    that?

8    A.  No.  Between the personnel that was giving guidance, the

9    signage and -- the entire area was indicated as a restricted

10   area.

11   Q.  You testified just a moment ago that you said it took

12   approximately 20 to 30 minutes to begin sheltering in place in

13   the House Chamber.  Can you explain why it took that amount of

14   time?

15   A.  Certainly.  The Senate Chamber went into a lockdown very

16   shortly after the breach.  The breach was on the Senate side of

17   the Capitol, so the reaction was very quick because of the

18   location.  As it became clear that the rioters were coming

19   toward the House side of the Capitol, crossing the Capitol, the

20   decision was made then to shelter in place.  And that took some

21   time procedurally between the personnel on the floor and the

22   decision to be made, just because the rioters were first on the

23   Senate side, that time happened, and as they moved to the House

24   side, then we locked it down.

25   Q.  Thank you, Lieutenant McCree.

 1              MR. MARSHALL:  No further questions.

 2              THE COURT:  So Lieutenant, you're excused subject to

 3     recall.  I have to work out an evidentiary issue with the

 4     attorneys.  I think we can excuse you for the day.  Please

 5     don't discuss your testimony until the Government confirms with

 6     you that you won't be recalled as a witness in the case.

 7              THE WITNESS:  Yes, ma'am.

 8              THE COURT:  Thank you.

 9              All right.  We typically take our mid-morning break

10     around 11:30.  It's 11:09.  Should we start with the next

11     witness or do you want to take the break now before beginning

12     with the next witness?

13              MR. MIRABELLI:  We can take our break now, Your Honor.

14              THE COURT:  Is it fine with the defense?

15              Let's take a 10-minute break and we'll resume, then,

16     let's just say 11:20.  Thank you.

17         (A recess was taken at 11:10 AM)

18              THE COURT:  Okay.  Are we ready for the Government's

19     next witness?

20              MS. HALIM:  Your Honor, I have a couple of things that

21     relate to Lieutenant McCree's testimony.

22              THE COURT:  Okay.

23              MS. HALIM:  First is a question in point of

24     clarification regarding Exhibit 701.  That was a clip of the

25     radio call that the Government played.  Was that received in

 1   evidence?

 2            THE COURT:  I don't believe it was moved into

 3   evidence.  I think he was authenticating that it was a radio

 4   call or dispatch that he heard.

 5            DEPUTY CLERK:  It wasn't.

 6            THE COURT:  I didn't receive it for the truth.  My

 7   understanding is that they're calling the witness who made the

 8   communication at trial; is that correct?

 9            MR. MARSHALL:  That's correct, Your Honor.  It was not

10   moved into evidence.

11            MS. HALIM:  And then anticipating that it might be

12   moved with the next witness that the Government is calling, I

13   just want to clarify that the Government only intends to admit

14   the 20 seconds or so clip that's identified on our exhibit

15   list, not the 12-hour radio call that was provided as an actual

16   exhibit.

17            MR. MARSHALL:  That's correct.

18            THE COURT:  Okay.

19            MS. HALIM:  And then, Your Honor, secondly I move to

20   strike Exhibits 006 through 015.  That's a series of renderings

21   that the Government admitted as demonstratives only.  They

22   didn't show them.  They didn't have any demonstration.

23   Lieutenant McCree didn't testify about them.  So I would ask

24   that those demonstratives be stricken.

25            MR. MARSHALL:  Your Honor, Lieutenant McCree

1    established the -- that they were fair and accurate

2    representations of the Capitol and the Capitol grounds.

3         THE COURT:  I thought he did too.  I thought he looked

4    at those exhibits and testified that they fairly depicted

5    rendering of the grounds, and I assume that they're going to

6    then use those with other witnesses.

7         MS. HALIM:  So they did that, Your Honor, to my

8    recollection, with 001 and 002, but then Mr. Marshall said he

9    wanted for purposes of speed and efficiency to just do a batch,

10   and 006 to 015, to my recollection they weren't shown up on the

11   screen.  They were just asked as a batch, Lieutenant McCree,

12   have you seen these before.  But he didn't use them in any way.

13        THE COURT:  Okay.  They're not in evidence.  So as far

14   as I'm concerned, I haven't seen them.  If you choose to use

15   them with another witness, you can lay an appropriate

16   foundation.

17        MS. HALIM:  Understood.  Thank you.

18        MR. MARSHALL:  Understood, Your Honor.  But I would

19   also note that Lieutenant McCree testified that he had reviewed

20   them prior to testifying and could awe testify to their

21   authenticity and they were fair and accurate representations of

22   what they were portrayed to be.  So we would argue that he did

23   lay a proper foundation and that the proper time to object

24   would have been when he was on the stand and made that

25   assertion.

```
1              THE COURT:  Okay.  If this becomes an issue, I'll go
2    back and look at the transcript.  But they're not in evidence
3    right now.  So we'll see and if the Government intends to use
4    them.
5              Okay.  Is the Government ready with its next witness?
6              MR. MIRABELLI:  Your Honor, I would just like to move
7    in a stipulation into evidence before we call our next witness.
8              THE COURT:  Sure.
9              MR. MIRABELLI:  At this time, Your Honor, the
10   Government would offer Government's Exhibit 1204.  It is a
11   series of stipulations to the testimony of United States Secret
12   Service Inspector Lanelle, L-A-N-E-L-L-E, Hawa, H-A-W-A; Edgar
13   Tippett of Safeway stores, E-D-G-A-R, T-I-P-P-E-T-T.
14             And this is the stipulation to the U.S. Capitol Police
15   closed circuit video monitoring, as well as Metropolitan Police
16   Department body-worn camera authenticity.  And the items that
17   were seized from the defendant's residences, being that they
18   are the items that were actually seized from the defendant's
19   residences.
20             I will note this is signed by four of the five defense
21   counsels.  The content of this will be the same in the
22   stipulation between counsel for Mr. Samsel and the Government.
23   There was just some more specificity that Mr. Woodward wanted
24   and he wanted them separated.
25             THE COURT:  Okay.
```

1          MR. MIRABELLI:  So we'll make sub-exhibits for the

2     Court and enter those.  I did talk to counsel for Mr. Samsel,

3     and since we are proceeding with our next witness, we will make

4     those corrections, and he assured me that it would be fine if

5     we represented that there would be a stipulation as to

6     authenticity for certain body-worn cameras.

7          THE COURT:  Okay.

8          MR. MIRABELLI:  So I'll move that into evidence now.

9          THE COURT:  Okay.  Admitted.

10       (Government Exhibit 1204 received in evidence.)

11          MR. MIRABELLI:  At this time we call Sergeant Tim

12    Lively of the U.S. Capitol Police.

13          THE COURT:  Okay.

14                    SERGEANT TIMOTHY LIVELY,

15    having been first duly sworn on oath, was examined and testified as

16    follows:

17                     DIRECT EXAMINATION

18    BY MR. MIRABELLI:

19    Q.  Good morning, sir.  Can you please introduce yourself to

20    the Court by stating and spelling your last name -- or your

21    full name, but spell your last name for the record, and state

22    where you work?

23    A.  I'm a sergeant with the United States Capitol Police.  My

24    name is Timothy Lively, L-I-V-E-L-Y.

25    Q.  Can you just explain -- or tell the Court how long you've

Lively - DIRECT

1   been with the U.S. Capitol Police.

2   A.   I've been employed by the U.S. Capitol Police for 15 years.

3   Q.   During your 15-year career, explain some of the assignments

4   you've had?

5   A.   I've been assigned as an officer to the First Responder

6   Unit.  Those are the officers that are stationed outside of the

7   Capitol building.  I was an officer there for approximately

8   10 years.  I spent one year on the Senate division, which are

9   the officers that are assigned to the Senate division

10  buildings, and then I was promoted to sergeant and then I was

11  transferred back to the First Responder Unit.

12  Q.   What does the First Responders Unit do on a day-to-day

13  basis?

14  A.   We are protecting the Capitol building, vehicle access,

15  pedestrian access, official business visitors that are gaining

16  access to the building.  We are the ones outside, prescreening

17  those individuals that are coming into the building.

18  Q.   And is that generally a foot post or is there a patrol

19  vehicle?

20  A.   It's mostly a foot post but we do have some patrols that

21  are mountain bikes, motor officers, and some that would be in a

22  cruiser.

23  Q.   What is a purpose of a First Responders Unit for general

24  operations of the Capitol building?

25  A.   As I said, it's to make sure that the authorized

Lively - DIRECT

1    individuals are the ones who gain access to the building.

2    Staff members, members of Congress, or people that have

3    official business inside the building.

4    Q.   Do first responders typically have collateral duties?

5    A.   Yes.  You can be assigned to the Civil Disturbance Unit.

6    You could be a liaison with our HAZMAT team.  That's pretty

7    much the liaisons we would have.

8    Q.   Were you or are you assigned to any collateral duties?

9    A.   Yes.  I'm assigned to our Civil Disturbance Unit and was

10   assigned on January 6th.

11   Q.   And can you describe what Civil Disturbance Unit means?

12   A.   Civil Disturbance Unit are the officers that are activated

13   for any type of demonstration, be it a march.  It can be in the

14   uniform of the day, if it's going to be a peaceful protest, or

15   you could be deployed in what we call our hard gear, which

16   would be the plastic armor that you would see that riot police

17   would wear.

18   Q.   How do you know which one to wear?

19   A.   The department has an intel assessment and they would be

20   the ones to order us to don or doff the hard gear.

21   Q.   And sorry, just for clarity, I'm not familiar with "don" or

22   "doff," what that means.

23   A.   Putting on or putting off.

24   Q.   So on the morning of January 6, 2021, you said you

25   typically receive an order from someone within the department?

Lively - DIRECT

1   A.   Yes.  So I was assigned to a platoon.  I was one sergeant
2   out of four.  And we were assigned to one platoon and I have a
3   lieutenant that's in charge of the platoon, and he typically
4   would receive the order and then would disseminate to us.
5   Q.   Were you ordered to be in hard gear or your uniform of the
6   day?
7   A.   We were ordered in the morning to be in the uniform of the
8   day, with the ability to have the hard gear and put it on.
9   Q.   What kind of training do you get for civil disturbance
10  events?
11  A.   In the Academy, I received a 40-hour training block on CDU.
12  And then periodically through the 15 years, I have about a
13  24-hour refresher.
14  Q.   During either the 40-hour unit training block or the
15  refresher, can you describe what type of topics you cover in
16  that training?
17  A.   Just discuss different types of demonstrations, be it one
18  that would have maybe 15 or 20 people that typically wouldn't
19  require a heavy police presence, all the way up to a riot.
20  Q.   In the case of a riot, what kind of tactics are you taught
21  during CDU training?
22  A.   It would be ordered to put on our gear and then it would be
23  to form a police line, which would be a line of officers to
24  prevent anyone from gaining access past our line.
25  Q.   What's the purpose of a police line in the CDU context?

Lively - DIRECT

1  A.  To prevent anyone from going past us or to keep people out

2  of the area that's behind us.

3  Q.  What happens if an officer is separated from the line?

4  A.  If the officer is separated from the line into the crowd,

5  then we have to worry about the officer -- what the crowd will

6  do with the officer that is in there.

7  Q.  And what are some of the possible scenarios?

8  A.  If the officer is -- the officer could be stripped of his

9  firearm.  He could be beaten.  He could be tased.  He could be

10  just attacked by the protesters, demonstrators.

11  Q.  Are you aware of anything like that happening on

12  January 6th?

13  A.  Yes.

14  Q.  How does -- in a situation like that, how would the CDU

15  unit respond?

16  A.  We would try to muster up more officers and perform what

17  was called an extraction, as the officers from behind would go

18  through the line into the crowd to try and regain custody of

19  the officer.

20  Q.  In the CDU context -- and again, that's Civil Disturbance

21  Unit.  So I guess it's in the civil disturbance context.  Is

22  bike rack fencing regularly used for crowd control?

23  A.  Yes.  Capitol Police regularly deploys the bike racks as a

24  barrier for the police line that we would be holding.

25  Q.  And you mentioned that part of CDU tactics involve

Lively - DIRECT

1    maintaining the police line and not allowing people to pass,

2    right?

3    A.   Yes.

4    Q.   So what's the purpose of the bike rack fencing in the civil

5    disturbance context when used in conjunction with a police

6    line?

7    A.   We would be able to be stationed behind the bike racks,

8    creating distance from the demonstrators, and, also, if we do

9    not have enough officers, it helps alleviate the manpower

10   issues that we would have.

11   Q.   Have you put together bike rack fencing before?

12   A.   I have.

13   Q.   Can you explain how the bike rack fencing links together?

14   A.   The bike rack fencing, you have to rotate each panel about

15   45-degree angle to insert and then you have to straighten out

16   to bring it back on line to prevent anyone from just being able

17   to lift it up if it was in a horizontal line.

18   Q.   How difficult is it to put together or take apart?

19   A.   It requires you to know the correct way of doing it.  If

20   you're just trying to lift it straight up, you wouldn't be able

21   to do it.  So it requires you to be able to know to be able to

22   twist at an angle.

23   Q.   How heavy, approximately, would you say these bike racks

24   are individually?

25   A.   I'd say between 25 and 30 pounds.

Lively - DIRECT

1    Q.  And when they're linked together?

2    A.  Depends on how many you have linked.  You just keep

3    multiplying how many are linked together.

4    Q.  I think you previously testified that you were working on

5    January 6th and you were assigned to the Civil Disturbance Unit

6    on that morning?

7    A.  Yes.

8    Q.  Approximately, how many officers were you supervising on

9    the morning of January 6th?

10   A.  I had a squad of 10 officers.

11   Q.  Do you know or can you recall some of the names of those

12   officers?

13   A.  I was supervising David Cruz, Caroline Edwards, Nicole

14   Roth, Elizabeth Cobb, Melissa Blackledge (ph), and there are a

15   few more, but it's been three years.  I don't remember all of

16   them.

17   Q.  What area were you and your officers responsible for on

18   January 6th at the outset?

19   A.  We were assigned to the West Front to create a perimeter

20   from what we called the northwest drive, which is the parking

21   lot on the west side spanning all along 1st Street up to the

22   southwest drive.

23   Q.  Can you --

24           MR. MIRABELLI:  Sorry, can you pull up Government's

25   Exhibit 5, please.

Lively - DIRECT

```
 1            Sorry, just one moment.
 2  BY MR. MIRABELLI:
 3  Q.  Can you just demonstrate for the Court -- or use the
 4  exhibit, I think you can draw on the screen -- to show
 5  approximately the area that you and your officers were
 6  responsible for?
 7  A.  Do you want the platoon or my squad?
 8  Q.  The squad you were responsible for.
 9  A.  Okay.  That's where my squad was stationed out of the
10  platoon.
11            MR. MIRABELLI:  So for the record, the witness has
12  just marked from the curved pathway to the -- on the northwest
13  side of the Capitol grounds, and has drawn a slight arced line
14  across the Pennsylvania walkway to about the center of the west
15  lawn.
16  BY MR. MIRABELLI:
17  Q.  Is that correct?
18  A.  Yes.
19  Q.  Can you show the Court where the Peace Circle was -- or is?
20  A.  That's what we call Peace Circle.
21            MR. MIRABELLI:  So for the record, the witness has
22  made a small circle outside the red line, on the northwest
23  side, at what appears to be a traffic circle at the end of
24  Pennsylvania Avenue.
25
```

Lively - DIRECT

1    BY MR. MIRABELLI:

2    Q.   Is that correct?

3    A.   Yes.

4    Q.   And did you have officers among your squad on Pennsylvania

5    walkway?

6    A.   Yes, I did.

7    Q.   Where is Pennsylvania walkway?

8    A.   It's that walkway that leads from Peace Circle and

9    1st Street up to the Lower West Terrace.

10          MR. MIRABELLI:  For the record, the witness has drawn

11   a straight red line along that pathway from the entrance to the

12   Peace Circle to the west -- sorry, the entrance to the West

13   Terrace.

14          THE WITNESS:  Lower West Terrace is what we refer to

15   it as.

16   BY MR. MIRABELLI:

17   Q.   The Lower West Terrace.

18       You may have already testified to this, but why weren't you

19   in CDU hard gear on the morning of January 6th?

20   A.   The decision had been made to deploy us in our uniform of

21   the day at that point.

22   Q.   Why were you guarding the West Front or why were you

23   deployed to the West Front?

24   A.   There was a demonstration on the Mall down by the Ellipse.

25   My platoon was stationed out there and the other platoons were

Lively - DIRECT

1   stationed on the East Front, due to demonstrations that were

2   occurring over there.

3   Q.   When you say the Mall and the Ellipse, just generally where

4   would that have been?

5   A.   The Ellipse is around 15th Street in the northwest in

6   between, I believe it's Jefferson and Madison Drive.

7   Q.   And is that depicted on this map at all?

8   A.   It is not.

9   Q.   So you mentioned your officers were responsible for that

10  area to the middle of the west lawn to the curved arch pathway.

11  Were other officers responsible for areas further north and

12  south of you?

13  A.   Yes.

14  Q.   How about on the east side of the building?

15  A.   Yes, they were.

16  Q.   In your -- 15 years you said, right?

17  A.   Yes.

18  Q.   In your 15 years as a Capitol Police officer, have you

19  become familiar with the Capitol building and grounds?

20  A.   Yes, I have.

21  Q.   Are you familiar with the inaugural stage and construction?

22  A.   Yes, I am.

23  Q.   Around what time does that occur?

24  A.   They start building the stage area in early September to

25  October, around that area.

Lively - DIRECT

1   Q.  Every September to October?

2   A.  No.  Every September and October of the year before the

3   inauguration.

4   Q.  And how many times in your 15 years as a Capitol Police

5   have you seen the inaugural set up on the West Front?

6   A.  Three times.  2021 would have been my third time.

7   Q.  Is it generally a similar construction?

8   A.  Yes.

9          MR. MIRABELLI:  Can you pull up Government's

10  Exhibit 6.

11  BY MR. MIRABELLI:

12  Q.  Do you recognize Government's Exhibit 6?

13  A.  Yes.

14  Q.  Does it fairly and accurately depict the general layout of

15  the West Front on January 6, 2021?

16  A.  Yes.

17         MR. MIRABELLI:  Your Honor, I'd offer Government's

18  Exhibit 6 into evidence.

19         THE COURT:  Any objection?

20         MS. HALIM:  Yes, Your Honor.  This is a rendering, and

21  similar to the objection made yesterday, my objection is it

22  shouldn't be received in evidence, but that it is a

23  demonstrative only.

24         THE COURT:  Mr. Mirabelli?

25         MR. MIRABELLI:  Your Honor, this is a fair and

Lively - DIRECT

1   accurate rendering of the Capitol grounds.  The witness has

2   testified that this establishes -- well, maybe I haven't laid

3   enough foundation yet, but it establishes the position of

4   certain items that were on the West Front on January 6th,

5   absent the kind of chaos of the crowd, to assist the Court in

6   knowing where certain locations are.

7        MS. HALIM:  Your Honor, the best evidence would be an

8   actual photograph, not a rendering presumably created by the

9   Government for the purposes of this trial.  This is at most a

10  demonstrative, and I object to it being received as substantive

11  evidence.

12       THE COURT:  Okay.  But if it's a demonstrative, I can

13  still look at it.  The witness can use it.  You're just

14  objecting that I shouldn't receive it as evidence.

15       Are you content to just use it as a demonstrative aid?

16       MR. MIRABELLI:  That's fine, Your Honor.

17       MS. HALIM:  Thank you.

18  BY MR. MIRABELLI:

19  Q.  So would using this help demonstrate your testimony to the

20  Court?

21  A.  Yes.

22  Q.  Okay.  Can you describe where the north scaffolding is?

23  A.  The north scaffolding is -- if you're looking at the

24  picture, it's on the left side that's covered up.

25  Q.  You can draw on the screen.

Lively - DIRECT

1    A.  Sorry.  Circled in yellow.

2           MR. MIRABELLI:  So for the record, the witness has

3    just drawn a circle around the all-white structure on the north

4    side of the West Plaza.

5    BY MR. MIRABELLI:

6    Q.  Is that correct?

7    A.  Yes.

8    Q.  And underneath the scaffolding -- or what is underneath the

9    scaffolding?

10   A.  Stairs.

11   Q.  Where do the stairs lead?

12   A.  The stairs lead to the Middle Terrace and then the Upper

13   West Terrace.

14   Q.  Just to be clear, is that scaffolding and the covering

15   typically there?

16   A.  No.  It's put up for the inauguration.

17   Q.  Can you please note where the south scaffolding is?

18   A.  (Witness complies.)

19          MR. MIRABELLI:  For the record, the witness has

20   circled in red the structure on the south side of the West

21   Plaza, including a section of the media scaffolding.

22   BY MR. MIRABELLI:

23   Q.  The media scaffolding in the center, is that part of the

24   south scaffolding?

25   A.  No, it is not.

Lively - DIRECT

1    Q.  So if I can just do this really quick.

2        The line I drew, is that -- on the south side of the West

3    Plaza, does that mark kind of the end of the south scaffolding?

4    A.  Yes.

5    Q.  And was that scaffolding covered on January 6th?

6    A.  No.

7    Q.  Do you know why?

8    A.  I don't believe they had gotten -- it had not been done at

9    that time.

10           MR. WOODWARD:  Objection, move to strike.

11           THE COURT:  Basis?

12           MR. WOODWARD:  Lack of personal knowledge.

13           THE COURT:  Overruled.

14   BY MR. MIRABELLI:

15   Q.  I'm circling the structure in the center in blue, which was

16   previously referred to as the media scaffolding.  Do you know

17   what that is?

18   A.  It's a scaffolding that's designed for when the president

19   is inaugurated.  They can have a video camera and a still

20   camera to capture the inauguration straight on.

21   Q.  When is that structure on the Capitol grounds?

22   A.  It's only for the inauguration.

23   Q.  Now, turning back to the morning of January 6th.  How did

24   you organize your manpower on that morning?

25   A.  The lieutenant met with the other sergeants and -- early in

Lively - DIRECT

1    the morning, not knowing how the day was going to go about.  He

2    had assigned two squads to be out at a time, and the other two

3    squads would be on break and we would rotate, to ensure the

4    officers were receiving breaks.

5    Q.  How long was this rotation -- like, what was the interval

6    of the rotation?

7    A.  I believe we were doing about an hour outside and then an

8    hour off.

9    Q.  Did there come a time when the rotation stopped?

10   A.  Yes.

11   Q.  Why?

12   A.  Just based on the crowd size that had grown on the West

13   Front, the lieutenant deemed it necessary to keep all the

14   officers outside.

15   Q.  And where was the crowd growing specifically on the West

16   Front?

17   A.  Peace Circle.

18   Q.  Were you located near the Peace Circle during this time?

19   A.  Yes.  I would just walk along the line of the officers that

20   I had.  So I traversed the Pennsylvania Avenue walkway, both

21   north and south of it.

22   Q.  Where specifically -- I guess, among your officers where

23   were you on the Capitol grounds around the time that the crowd

24   began to grow at Peace Circle?

25   A.  Around Pennsylvania Avenue walkway.  It might have been

Lively - DIRECT

1   right off to the grass a bit, but I focused more of my

2   attention there.

3   Q.  Do you recall the approximate time that the crowd appeared?

4   A.  It was around -- between 12:30 and 1:00.

5   Q.  As the crowd grew, what did you observe?

6   A.  Just it got bigger very quickly.  It was pretty quiet all

7   morning and then in front of us at the bike racks at Peace

8   Circle the crowd just got bigger and bigger and louder and

9   louder.

10  Q.  So I'm showing Government's Exhibit 12.

11         MR. MIRABELLI:  Can you pull that up for me.

12  BY MR. MIRABELLI:

13  Q.  Does this fairly and accurately depict the layout of the

14  Pennsylvania walkway on January 6th?

15  A.  Yes.

16  Q.  And would using it help demonstrate your testimony to the

17  Court?

18  A.  Yes.

19         MR. MIRABELLI:  Your Honor, I'd offer this for

20  demonstrative purposes.

21         THE COURT:  Okay.

22         MR. MIRABELLI:  If we can publish.

23  BY MR. MIRABELLI:

24  Q.  Why are the bike racks set up at the curb?

25  A.  They were set up to create a fence to not allow anyone to

Lively - DIRECT

1   use the sidewalk or get close or be able to traverse up the

2   Pennsylvania Avenue walkway.

3   Q.  Just to be clear, the bike racks we're talking about --

4   which bike racks are we talking about?

5   A.  Those bike racks.

6           MR. MIRABELLI:  For the record, the witness has made a

7   long green circle around the bike rack fencing at the curb of

8   the Peace Circle sidewalk.

9   BY MR. MIRABELLI:

10  Q.  How about -- was there additional rows of bike rack

11  fencing?

12  A.  Yes.  Up the Pennsylvania Avenue walkway, there was more

13  bike racks that had been put out when they started building the

14  inauguration stand.

15  Q.  And where are those bike racks shown on this image?

16  A.  (indicating) Right there.

17          MR. MIRABELLI:  For the record, the witness has

18  circled the second barricade a little bit up Pennsylvania

19  walkway before the staircase.

20  BY MR. MIRABELLI:

21  Q.  Correct?

22  A.  Yes.

23  Q.  What is that staircase?

24  A.  That staircase is built for the inauguration.  It allows

25  people access to the middle west lawn and the northwest lawn.

Lively - DIRECT

1    It's used for the inauguration day for all the seating that's

2    established in that area.

3    Q.  Did that second row of bike rack fencing that you had just

4    circled have any additional reinforcements on it?

5    A.  Yes.  So there's what we call snow fencing.  It's a green

6    plastic fencing that was attached to all of it.  And then the

7    bike racks had -- in some instances had zip ties around them.

8    Q.  What's the purpose of adding the zip ties and the snow

9    fencing?

10   A.  No one would be able to manipulate the bike racks at that

11   45-degree angle we talked about and open them.  They just

12   wouldn't be able to pull them apart because of the zip ties.

13   Q.  Sorry, I kind of circled back.  You just testified about

14   the stairs.  Are they always there?

15   A.  No, they are not.  They're built for the inauguration.

16   Q.  Do you know what they're made of?

17   A.  Wood.

18   Q.  At around 12:40 to 12:50 p.m., were your officers or some

19   of your officers positioned on top of those steps?

20   A.  Yes, they were.

21   Q.  Who was there?

22   A.  David Cruz, Caroline Edwards, Nicole Roth, Melissa

23   Blackledge and Elizabeth Cobb.

24   Q.  In this image, where was the crowd beginning to form while

25   your officers were there?

Lively - DIRECT

1  A.  Mainly in the street at Peace Circle in front of first set

2  of bike racks.

3  Q.  Can you just mark that with an "X"?

4        MR. MIRABELLI:  For the record, the witness has put an

5  "X" in the center of the screen in the street outside the bike

6  racks.

7  BY MR. MIRABELLI:

8  Q.  Can you mark approximately where you were while the crowd

9  was growing?

10  A.  I was over in this area.

11        MR. MIRABELLI:  For the record, the witness has put a

12  small "X" on top of a line of snow fencing at the base of the

13  steps leading to the south side -- or the steps are facing

14  south towards the west lawn.

15  BY MR. MIRABELLI:

16  Q.  Is that right?

17  A.  Yes.

18        MR. MIRABELLI:  Can you pull up Government's

19  Exhibit 201 and go to 13:15.

20        Can you just go back to about 13:10.  And just play

21  from there.

22     (Video played.)

23        MR. MIRABELLI:  Can you just please pause that.

24  BY MR. MIRABELLI:

25  Q.  I'm pausing at 13:21 on the video, which is 12:53:21 p.m.

Lively - DIRECT

1    realtime on January 6th.

2         Do you recall seeing this moment?

3    A.  Yes.

4    Q.  Where were you positioned when you saw this happen?

5    A.  I would have been off, if you're looking at this camera, to

6    the right.

7    Q.  Okay.  And do you recall seeing any particular rioter on

8    January 6th?

9              MR. WOODWARD:  Objection.

10             THE COURT:  Basis?

11             MR. WOODWARD:  I don't believe that this witness is an

12   expert on whether the individuals there are rioting or

13   protesting or simply appearing.

14             THE COURT:  Are you asking him what he sees in the

15   video or what he saw on that day?

16             MR. MIRABELLI:  What he saw on January 6th.

17             THE COURT:  Okay.  I'm going to overrule the

18   objection.  He can describe what he saw on that day.

19             You're objecting to the characterization of "rioter"?

20             MR. WOODWARD:  Well, I think he's specifically going

21   to then discuss who the Government purports to be Mr. Samsel,

22   and I do take objection to the Government describing Mr. Samsel

23   as a rioter, when he's, as far as I'm aware, innocent until

24   proven otherwise.

25             THE COURT:  Okay.  I'm going to overrule that.  I

Lively - DIRECT

1    understand that part of the objection but he can describe what

2    he saw that day.

3           Go ahead.

4    BY MR. MIRABELLI:

5    Q.  Just to be clear, I'm marking on the right side of the

6    screen an arrow that's slightly off screen, moving from the

7    left to the right off screen from the steps.  Is that about the

8    position where you would have been?

9    A.  Yes.  I would have been over there.

10   Q.  Do you recall observing rioters -- people break through the

11   line at the Peace Circle curb?

12   A.  Yes.

13          MR. WOODWARD:  Objection.

14          THE COURT:  Basis?

15          MR. WOODWARD:  Facts not in evidence.

16          THE COURT:  He's asking him what he observed that day

17   when he was on scene, right.

18          MR. WOODWARD:  We're leading the witness by asking if

19   people broke through the line.  He hadn't testified to that

20   yet.

21          THE COURT:  Overruled.

22   BY MR. MIRABELLI:

23   Q.  At about 12:53, what do you see?

24   A.  Individuals at the Peace Circle moved the bike racks and

25   broke through the line.

Lively - DIRECT

```
 1   Q.  What did you do in response to that?
 2   A.  I had started moving over in that direction, and I made a
 3   radio call advising my dispatch that they had broken through
 4   the line.
 5   Q.  What did your officers do in response to that?
 6   A.  They came down from the top of the stairs to meet the
 7   protesters at the next set of bike racks.
 8   Q.  Why did they do that?
 9            MR. FEITEL:  Objection.  Calls for speculation unless
10   someone told him.
11   BY MR. MIRABELLI:
12   Q.  Did you order them to do that --
13            MR. MIRABELLI:  I'm sorry, I didn't let you rule, Your
14   Honor.
15            THE COURT:  I was going to say sustained subject to
16   further foundation.  Go ahead.
17   BY MR. MIRABELLI:
18   Q.  Do you order them to go descend those stairs?
19   A.  No.
20   Q.  And you just testified that you went to join them, right,
21   on the Pennsylvania walkway?
22   A.  Yes.
23   Q.  Why did you do that?
24   A.  They had already broken through one set of lines and we
25   needed to meet them at the next line because there was no other
```

Lively - DIRECT

1    police line after that.  And we needed to stop them from going

2    past us.

3          MR. MIRABELLI:  Can you just pull up Government's

4    Exhibit 701.  Can you just play the first few seconds.

5       (Video played.)

6          MR. MIRABELLI:  Pause it.

7    BY MR. MIRABELLI:

8    Q.  Do you recognize Government's Exhibit 701?

9    A.  Yes.

10   Q.  Did you listen to it before coming to court today?

11   A.  Yes.

12   Q.  Is it a fair and accurate recording of the radio call you

13   made at the time you observed people breaking through the curb

14   at Peace Circle?

15   A.  Yes.

16   Q.  Did you call this out as you saw the breach at the Peace

17   Circle unfolding?

18   A.  Yes.

19   Q.  Does U.S. Capitol Police make and keep these recordings in

20   the regular course of its business?

21   A.  Yes.

22   Q.  And is the recording made in realtime?

23   A.  Yes.

24   Q.  After having listened to it, does it appear to have been

25   altered in any way?

Lively - DIRECT

```
 1    A.  No.
 2              MR. MIRABELLI:  Offer Government's 701 into evidence.
 3              THE COURT:  Any objection?  Hearing none, it's
 4    admitted.
 5         (Government Exhibit 701 received in evidence.)
 6              MR. WOODWARD:  The Court's brief indulgence.
 7              THE COURT:  Sure.
 8              MR. WOODWARD:  No objection, Your Honor.
 9              THE COURT:  Okay.  It's admitted.
10              MR. MIRABELLI:  Can you go back to the beginning and
11    play from the beginning.
12         (Whereupon, the audio was played in open court.)
13    BY MR. MIRABELLI:
14    Q.  Are you familiar with CDU 70?
15    A.  That was Deputy Chief Waldo (ph), he was the CDU commander
16    for the day.
17    Q.  And why did you request backup?
18    A.  Because the size of the crowd and how few officers we had,
19    I knew that we needed backup.
20    Q.  When you say the size of the crowd, how many people did you
21    estimate to be walking towards you and your officer's position?
22    A.  Five hundred people.
23    Q.  And how many officers did you have on the Pennsylvania
24    walkway at that time?
25    A.  There were five officers and myself.
```

Lively - DIRECT

1    Q.  And had you donned your CDU gear yet?

2    A.  No.

3         MR. MIRABELLI:  If you could please pull up

4    Government's Exhibit 204.  And go to about 13:10.

5         If you could pause it there.

6         (Video played.)

7    BY MR. MIRABELLI:

8    Q.  Circling a small -- a small circle around an individual off

9    to the left of the Pennsylvania walkway, do you recognize who

10   that might be?

11   A.  That was me.

12   Q.  How do you know that?

13   A.  I remember being in the area and I've seen video of myself

14   going over there.

15        MR. MIRABELLI:  And just for the record, we paused at

16   13:11 on the timestamp, which is 12:53:11 realtime on the

17   timestamp from January 6th.

18   BY MR. MIRABELLI:

19   Q.  And does this appear to be the same moment in time that we

20   just observed from the other angle?

21   A.  Yes.

22        MR. MIRABELLI:  Offer Government's Exhibit 204 into

23   evidence.

24        THE COURT:  Any objection?  Hearing none, it's

25   admitted.

Lively - DIRECT

1          (Government Exhibit 204 received in evidence.)

2               MR. MIRABELLI:  You can let it play.

3               (Video played.)

4               MR. MIRABELLI:  Pause.  Sorry, just let it play a

5     little bit more.

6          (Video played.)

7               MR. MIRABELLI:  Pause.

8     BY MR. MIRABELLI:

9     Q.  I'm circling a small individual --

10              MR. MIRABELLI:  Actually, withdrawn.  Can you go back

11    to Government's Exhibit 201, please.  And go to that same time,

12    about 13:10.

13              So that's 12:53:10 p.m. realtime on January 6th.  Can

14    you just play from this a moment.

15         (Video played.)

16              MR. MIRABELLI:  Pause, please.

17    BY MR. MIRABELLI:

18    Q.  Does any particular rioter stand out in your mind from that

19    morning?

20    A.  Yes.  The individual wearing the jean jacket and the red

21    hat.

22              MR. MIRABELLI:  For the record, I'm circling the

23    individual to the -- in the center -- I'm sorry, to the right

24    of the screen, it looks to be in the center of Pennsylvania

25    walkway, wearing a light denim jacket.

Lively - DIRECT

1   Q.  Is that correct?

2   A.  Yes.

3   Q.  What did you recall that individual doing?

4   A.  He was the first person that broke through the first bike

5   racks.

6        MR. WOODWARD:  Objection, move to strike.  Assumes

7   facts not in evidence.

8        THE COURT:  He asked what he observed the person

9   doing.  So overruled.

10  BY MR. MIRABELLI:

11  Q.  So how many officers descended those stairs towards that

12  group of rioters?

13  A.  Five officers.

14       MR. MIRABELLI:  So at this time, I'm going to ask you

15  to pull up Government's Exhibit 302.

16       (Video played.)

17  BY MR. MIRABELLI:

18  Q.  Do you recognize Government's Exhibit 302?

19  A.  Yes.

20  Q.  Have you watched Government's Exhibit 302 before court

21  today?

22  A.  Yes.

23       MR. MIRABELLI:  Actually, let me pull up Government's

24  Exhibit 305.  And go ahead about 30 seconds.  Go back to about

25  15, sorry.

Lively - DIRECT

```
 1                (Video played.)

 2    BY MR. MIRABELLI:

 3    Q.  Do you recognize Government's Exhibit 305?

 4    A.  Yes.

 5    Q.  Had you watched this before coming to court today?

 6    A.  Yes.

 7                MR. MIRABELLI:  Can you pull up Government's

 8    Exhibit 306 and go to about one minute.

 9                (Video played.)

10    BY MR. MIRABELLI:

11    Q.  Do you recognize Government's Exhibit 306?

12    A.  Yes.

13    Q.  Have you watched that before coming to court today?

14    A.  Yes.

15                MR. MIRABELLI:  If you can pull up Government's

16    Exhibit 308.

17                (Video played.)

18    BY MR. MIRABELLI:

19    Q.  Do you recognize this video as well?

20    A.  Yes.

21                MR. MIRABELLI:  Government's Exhibit 309.

22                (Video played.)

23    BY MR. MIRABELLI:

24    Q.  Do you recognize Government's Exhibit 309?

25    A.  Yes.
```

Lively - DIRECT

```
 1              MR. MIRABELLI:  Government's Exhibit 310.
 2              (Video played.)
 3    BY MR. MIRABELLI:
 4    Q.  Do you recognize Government's 310?
 5    A.  Yes.
 6              MR. MIRABELLI:  Government's Exhibit 311.
 7              (Video played.)
 8    BY MR. MIRABELLI:
 9    Q.  Do you recognize that?
10    A.  Yes.
11              MR. MIRABELLI:  Government's Exhibit 331.
12              (Video played.)
13    BY MR. MIRABELLI:
14    Q.  Do you recognize this?
15    A.  Yes.
16              MR. MIRABELLI:  Government's Exhibit 332.
17              (Video played.)
18    BY MR. MIRABELLI:
19    Q.  Do you recognize this?
20    A.  Yes.
21              MR. MIRABELLI:  Government's Exhibit 340.
22              (Video played.)
23    BY MR. MIRABELLI:
24    Q.  Do you recognize this?
25    A.  Yes.
```

Lively - DIRECT

1    Q.  What do all these videos depict?

2    A.  The area of the Pennsylvania Avenue walkway on

3    January 6, 2021.

4    Q.  Have you watched all these before coming to court today?

5    A.  Yes.

6    Q.  Do they fairly and accurately depict the events at the

7    Peace Circle and Pennsylvania walkway from January 6th?

8    A.  Yes.

9          MR. MIRABELLI:  Your Honor, at this time I offer

10   Government's Exhibit 302, 305, 306, 308, 309, 310, 311, 331,

11   332 and 340 into evidence.

12         MR. FEITEL:  Your Honor, I object and, also, now that

13   I know which exhibits the Government intends to use with

14   Officer Lively, I'd like to take a chance to review them and

15   then to voir dire the witness before they're moved into

16   evidence.

17         THE COURT:  Why don't we have Sergeant Lively step out

18   for a minute, so we can discuss this issue.  Thank you, sir.

19   Someone will come and get you when we're ready.

20         (Officer Lively steps down and leaves the courtroom.)

21         THE COURT:  Before you start, Mr. Mirabelli, where did

22   these videos come from?  Are these just videos from the

23   Internet?

24         MR. MIRABELLI:  Yes, Your Honor.

25         THE COURT:  YouTube and various --

Lively - DIRECT

1           MR. MIRABELLI:  Let me make sure.  So 302 is
2    open-source from the Internet.  304 -- I'm sorry, 305 is also
3    open-source from the Internet.  308 is open-source from the
4    Internet.  309 is open-source from the Internet.  310, let me
5    check on that one.  311 is open-source from the Internet.  And
6    331 is open-source from the Internet.  332, as well.  And 340
7    is as well.
8           Let me just double-check on 311.
9           Can you pull that up actually, 311.
10          Yeah, that's open-source as well.
11          THE COURT:  What is this witness authenticating in
12   terms of -- you asked him a question about the walkway.  So
13   certainly he's familiar with what the grounds look like and
14   that the video depicts the grounds and there doesn't appear to
15   be any alterations.  But in terms of the people present and the
16   conduct, what do you anticipate him saying?
17          MR. MIRABELLI:  So I think he'll testify that this is
18   a fair and accurate depiction of the events at the Pennsylvania
19   Avenue walkway.  He'll testify that he responded to that area.
20   That he's depicted in all of these videos.  That he observed
21   the actions there and that it fairly depicts what the crowd did
22   to the officers on Pennsylvania Avenue walkway and at the Peace
23   Circle, generally, as the crowd grew.  It's a fair and accurate
24   depiction of the crowd's activity from his vantage point.
25          THE COURT:  Okay.  I'll hear from you Mr. Feitel.

Lively - DIRECT

1          MR. FEITEL:  Your Honor, I object for the reasons that

2     I previously articulated in writing, and I think that they're

3     strengthened by the Government's presentation in court today.

4          Mr. Mirabelli gave a much more fulsome explanation of

5     how this would be authenticated than the witness did.  The

6     witness was asked are these fair and accurate, and then the

7     Government moved them into evidence.  They did not lay a

8     foundation for where the witness was at the time in question,

9     what the witness's perspective was; that is, was it front

10    facing, rear facing.  There are matters that take place to both

11    the sides of these events and the witness did not in any way --

12    was not in any way able to say that they were not tampered with

13    because he has no idea where they came from.

14         So as I said in my pleading and I think I said before,

15    it's possible that this officer could authenticate a couple of

16    seconds of video that he personally observed.  I don't say it's

17    not possible.  But the wholesale introduction of all of these

18    videos, 10, 20, 30 seconds here and there, I do not think is

19    authorized under the federal rules.

20         And I think that this was not -- given that we raised

21    this issue beforehand, I had thought, what do I know, that

22    maybe the Government would have, like, have you watched from

23    second 13 to 18.  Where were you and the like.

24         The wholesale introduction of this I think is not

25    sufficiently authenticated at this time and place.  I was going

Lively - DIRECT

1    to ask to voir dire the witness but I realized all I'll do is

2    help the person try to get it in.  That's not my job.

3          I don't think the Government has satisfied the burden

4    of proof for this.  Especially when the prosecutor says it's

5    open-source, what does that mean?  Where did it come from?  Who

6    downloaded it?  How has it been maintained?  How do we know

7    that it has not been altered with?  These are not -- people

8    always say, oh, it's just a legal, you know, technical

9    objection.  The law is on technicalities.  This is the heart of

10   the Government's case and their method of trying to prove it

11   through video seems particularly incomplete.

12         THE COURT:  So I think that there was a prior exhibit

13   where the officer marked with an "X" where he was, right.  But

14   to your second point, I want to hear from the Government about

15   authentication.  I'm just going to articulate my concern.

16         MR. FEITEL:  If I might, Your Honor.

17         THE COURT:  Yes.

18         MR. FEITEL:  If you look at what's up on the screen,

19   this is the viewpoint from behind, right?  I mean, I don't

20   know -- what's the -- what is he exactly authenticating?  Is he

21   authenticating all the people that are here from his vantage

22   point?  What exactly is he authenticating?  The generalized it

23   looks like what happened?  I don't think that's sufficient,

24   especially given the circumstances of where these videos came

25   from.  And I know all of my colleagues want to join in on my

Lively - DIRECT

1   objection as to this point.

2          MR. WOODWARD:  Your Honor, if I can add to

3   Mr. Feitel's argument with respect to -- if the Government

4   could show the Court Exhibit 306.

5          THE COURT:  Okay.  Let's pull up 306.

6          MR. WOODWARD:  So, obviously, the officer wasn't at

7   President Trump's speech.

8          THE COURT:  Right.  What is this video?  I know it's

9   the speech, but this is not at the --

10          MR. MIRABELLI:  Right.  So we pulled up from one

11   minute.  I should have mentioned this.  For this video, we'll

12   offer from 43 seconds to 5 minutes into evidence.

13          THE COURT:  Here's my question.  I think if he was

14   there and -- as a general matter, taking it outside the context

15   of this, if someone is there and can say this is what I

16   observed happening, as a general matter that might be fine.

17          I guess my concern in response to the objection is,

18   given the size of the crowd, if someone were, for example, to

19   have photoshopped individuals into the crowd on their YouTube

20   videos, this officer wouldn't know, well, these three people

21   weren't there, right?  He's not going to know with that level

22   of specificity that this crowd is actually what I observed on

23   that day.

24          MR. MIRABELLI:  I think he would, Your Honor.  He's

25   saying this fairly and accurately depicts what I saw.  He can

Lively - DIRECT

1    at least point out several individuals in the crowd.  I think

2    two, at least, that he recognizes that he directly interacted

3    with.  This is one continuous event.  And the bar for

4    authentication is quite low, and the fact finder can address

5    the weight with which Your Honor would like to give each piece

6    of evidence.  I think --

7            THE COURT:  Well, that was going to be my next

8    question, whether or not this was a prerequisite issue, given

9    the officer's testimony, or whether it was a weight issue.

10           I mean, certainly, Mr. Feitel, you wouldn't disagree

11   that if this officer, let's say, interacted with specific

12   individuals, and there was a video depicting that interaction,

13   that he may be in a position to say, you know, I didn't record

14   this video.  This isn't Capitol Police video.  But I was there

15   interacting with this person and that is the person I was

16   interacting with, that is what happened, that is what I recall,

17   and that would be fine.  As a baseline, that level of

18   specificity you're not objecting to?

19           MR. FEITEL:  I've tried to be really clear.  I think

20   that is possible.  But that is, like, eight or nine seconds of

21   video.  I object to the rest coming in to context.  And I think

22   that there needs to be some more specificity here.  I don't say

23   it can't be done.  Legal hurdles are for lawyers to surmount.

24   But I don't think this is the way to get it in.

25           I have also some other objections that have to do with

Lively - DIRECT

```
 1   field of vision and perspective from this officer as well.  I
 2   have not heard anything more other than I saw it.  And I think
 3   that this is not the time in this case for him to authenticate
 4   the videos.
 5        He could testify about what he remembers.  I mean,
 6   that would be unobjectionable, obviously.  I remember someone
 7   approaching.  I remember what happened.  But the videos I don't
 8   think are appropriate evidence, and certainly not with this
 9   predicate before the Court, and I think it goes to
10   admissibility because this is one of those cases where once the
11   door is opened I don't think it can be closed again.  And I
12   don't think on this particular factual predicate, especially
13   given that we all -- this is like a moment we've kind of been
14   waiting for here.
15        So I think it would be useful -- I think the Court
16   should not permit the Government to do it now.  They can take
17   the testimony.  They can try to regroup and see if they can
18   find a couple of seconds here or there.  But I think that's all
19   it amounts to.  The fields of people walking from bike rack one
20   to bike rack two, I don't know how this officer is going to
21   legitimately say that he saw that in realtime.
22        THE COURT:  I don't either.  We haven't gotten to that
23   point yet.  My question is, you're acknowledging it's possible
24   for them to do it.  I'm sharing some of your concerns about
25   playing random YouTube videos for a witness and asking them is
```

Lively - DIRECT

```
1    this what happened, but I can envision a situation in which the

2    officer may very well be able to convince me, just as a

3    predicate threshold of authenticity, weight aside, that he can

4    do it.

5           So I guess I disagree with the idea of once the bell

6    has been rung.  If, particularly -- I certainly need to resolve

7    this before you make decisions about whether -- what evidence

8    or not you're going to put on, certainly.  But my thinking is

9    let the Government ask the questions to see whether or not this

10   officer had the vantage point, has the memory, has the

11   interaction on the scene to be able to authenticate these

12   videos.  We're not there yet, right?

13          MR. FEITEL:  Right.  Since Your Honor has laid out

14   what the Government needs to do, maybe it will make it easier

15   for them.  But I don't believe that the appropriate way to do

16   it is here in open court for everyone to see it.  I think the

17   Government needs to regroup and come back and say, we have done

18   the following with respect to video 302.  We showed the officer

19   the video and he says that from 14 seconds to 23 seconds he

20   recognizes it.  That would be the way to proceed.

21          In a courtroom, where authenticity matters, and given

22   the gravity of these videotapes in terms of the evidence

23   against our client, I don't think that the way to do this

24   demonstration is here in open court.  I think it should have

25   been done prior and should have been done in a meticulous way,
```

Lively - DIRECT

```
 1    and I don't believe it was because the question I heard is,
 2    well, does it look like what happened.  That's not some kind of
 3    meticulous, detailed, specified predicate for the introduction
 4    of evidence.  That's just what we threw up in the air kind of
 5    questions to be in the vernacular.
 6            So I think the Government might be able to do it but
 7    not on this record and I object to it being done in open court.
 8            THE COURT:  What are you suggesting?  You want to have
 9    them lay more of a foundation and then you get the opportunity
10    to cross and do a voir dire?  I would allow you to do that.
11            MR. FEITEL:  If I had my druthers, I think the
12    Government should go back, after this witness is done, without
13    the video testimony and come back with him.  I don't object to
14    him being recalled.  Do they have some specificity that we have
15    authenticated?  Because, first of all, I don't think it's
16    humanly possible for him to have in writ large authenticated
17    all these videos.  That just seems to me to be completely
18    impossible to do so, given what I've seen of them.
19            THE COURT:  I think we're talking past each other.  My
20    understanding, you're saying the Government is moving to admit
21    it.  So far what they have done has not laid an appropriate
22    foundation.
23            MR. FEITEL:  Right.
24            THE COURT:  But I'm assuming that there are more
25    questions they have where they're going to ask the officer
```

Lively - DIRECT

1   about specific instances in the video that he may or may not

2   say he witnessed and saw.  And so my point is whether or not --

3   I don't have to admit them now, but shouldn't I let them ask

4   the questions on the full record to determine, okay, that seems

5   sufficient to me or that's wholly inadequate.  I don't

6   understand what you're asking me to do right now.

7           MR. FEITEL:  I think the way to proceed to protect the

8   record and to ensure that our clients are not subjected to

9   video that's inadmissible and unauthenticated and possibly

10  adulterated, that the Government should come back with some

11  specificity about each of the videos and each of the timelines.

12          Because we're now having a conversation that did not

13  take place when the Government moved the videos into evidence.

14  Given how they phrased the question in its most general terms,

15  do you recognize 302, is it fair and accurate, I don't know

16  that they've done the detail work, and I object to it being

17  done in open court in the middle of a trial.

18          This could have been done before we came to court.

19  This issue has been spotlighted.  And I think for the

20  protection of the record, for the protection of my client's

21  interest and that of his co-defendants, the way to do it is in

22  a measured, detailed way, specifically video by video by video,

23  time by time by time.  Not in this generalized way.

24          So I don't think the remedy for this is an open court

25  voir dire.  I think that that's something that ought to take --

Lively - DIRECT

```
1   first, I think it would be an enormous waste of time.  I think

2   it should have been done in private before we came to court,

3   because the burden is on --

4           THE COURT:  In private without me?

5           MR. FEITEL:  Yes.  With the U.S. Attorney's Office.

6   Not in front of Your Honor.  I don't think this is the time for

7   the officer to go, well, I recognize section -- excuse me

8   seconds 20 to 29, but really I'm not too sure about 35 to 36,

9   because they will have already been played.

10          So I think there was a prudent, methodical, principled

11  way to do this, and it's not in open court in the middle of a

12  trial.  Especially since this objection has been noted before

13  the start of the trial.  I don't think that this is the way to

14  do it methodology-wise nor evidentiary --

15          THE COURT:  We're here now.  What are you suggesting

16  we do now?  You say you want the Government to go back.  What

17  does that mean?

18          MR. FEITEL:  Let's hear from Officer Lively without

19  the videotapes.  Let the Government have the night to try to

20  authenticate them in a principled, detailed way.

21          THE COURT:  What if I let them try to authenticate

22  them in a principled, detailed way now?  I don't understand why

23  we're deferring on this.

24          MR. FEITEL:  My objection to that is I think they're

25  going to play parts of tapes that are not admissible.  So the
```

Lively - DIRECT

1    remedy of doing it in open court sort of defeats the idea --

2              THE COURT:  I will have my screen turned off and he

3    can ask the questions, and we can decide whether or not -- I

4    mean, I don't understand why we would wait for the Government

5    to regroup.  It's their position that they can do this now.

6              So why don't I let them -- if you don't want me to

7    look at the video until they've asked all their questions and

8    then I can hear you about whether it should come in or not,

9    that's fine.  But I don't understand why we would take a break

10   and not -- we have the officer here.

11             MR. FEITEL:  I guess the general precept that there's

12   not experiments in the courtroom looms large.

13             THE COURT:  It's not an experiment.  I'm going to give

14   them an opportunity to try to authenticate it and establish

15   that this witness has the foundation to say this video fairly

16   and accurately depicts what I observed on that day.  I mean,

17   that's all they have to establish.

18             So, do you recognize this?  Is it fair and accurate?

19   Given the size of this crowd, I have some more questions.  But

20   I would allow the Government to ask them with this witness.

21             MR. FEITEL:  If Your Honor is comfortable doing it

22   that way in the middle of the trial, and you don't watch the

23   videos before they're authenticated, I don't really have much

24   of an objection.

25             THE COURT:  I will watch them if you want or I will

Lively - DIRECT

1   not watch them if you don't want.  I guess I'm reacting to you
2   suggesting that the Government continue without the videos and
3   then come back tomorrow.  What's going to happen overnight?
4   You two are going to confer about the videos?  You can do
5   that -- I'll break now and you can do that now.  I'm just
6   trying to keep things moving.

7          Why are we not -- I want to deal with whatever the
8   issue is now, even if we have to take a, quote, break in the
9   trial and go back to motion in limine land where this is not
10  admitted.  It's the trial.  If you want an opportunity to ask
11  the officer questions, I'll give that to you.  If you want to
12  confer with the Government to understand a better proffer of
13  what specific pieces of the video they want to get in through
14  this witness, I'll give you that time.

15         MR. FEITEL:  I'll take advantage of whatever time Your
16  Honor gives me, but I think this should have been done outside
17  of court, and I don't think this is the way to do it.  My sort
18  of internal dialogue with myself is if the Government took a
19  look at this in a more meticulous way, they would limit the
20  introduction of a lot of these exhibits because I don't think
21  Officer Lively can authenticate a lot of them.

22         THE COURT:  Whatever you thought should have been done
23  outside of court, why don't you-all do that now.  Okay?
24  Because it's 12:30.  Our lunch break starts at 12:30.  I'm not
25  exactly sure what you were wanting to be done in advance of

Lively - DIRECT

1  trial that didn't involve me, and if there was something that
2  needed to be done in advance of trial that didn't involve me,
3  why it wasn't done.
4       But have whatever conversations outside of me that you
5  need to have now, and then when we come back you can give me
6  your position on how we proceed.
7       I share your concern generally about a YouTube video
8  being presented and authenticated in court.  I'm not saying
9  it's impossible but I share your concern.  So I don't want you
10  to think I'm being dismissive of this issue.  But I'm trying to
11  figure out what you're suggesting we do to resolve it now that
12  we're in trial.
13       We're going to take our break for lunch.  Let's come
14  back at 1:30.  You-all confer.  When we get back, you can give
15  me your position and you can tell me how you want to proceed.
16       MR. MIRABELLI:  I was going to try to respond briefly.
17       THE COURT:  Go ahead.
18       MR. MIRABELLI:  I think the fundamental issue here is
19  that when we authenticate evidence, all we have to show is that
20  it is what it purports to be.  That can be done in a number of
21  different ways.  It doesn't have to be done through someone
22  being physically present.  And this is a continuous sequence of
23  event where is the witness is testifying to events that are
24  within his perception, and the rest of the context of it goes
25  to the weight, not the admissibility.

Lively - DIRECT

```
 1              In addition, Your Honor, I suspect down later in this
 2    trial we're going to be also offering exhibits that are based
 3    on context and circumstantial evidence, which is another method
 4    through which we can establish authenticity.  There's a lot of
 5    features that the witness testified to that are very unique to
 6    January 6th, the media tower, the scaffolding, the north
 7    scaffolding being covered.  The fact that Metropolitan Police
 8    responded.  The fact that a crowd has never really breached
 9    that construction area ever, except for on January 6th, of that
10    size and that magnitude.
11              I think all those taken together for the low bar of
12    authentication shows that the evidence is from January 6th.
13    That the video is from January 6th.
14              And, you know, my understanding too is that the
15    defendants' position is that they've kind of already conceded
16    that all their clients were at these locations.  It's -- so
17    that's not really the defense here, that these guys were
18    photoshopped in or ChatGPT in.  That seems in conflict with
19    what the presentation has been so far.
20              THE COURT:  I agree with you that it's a low bar.  And
21    if you're simply trying to establish that this is the scene as
22    it looked on January 6th, that might be sufficient.  But I'm
23    going to let you and Mr. Feitel do whatever it was that should
24    have been done in advance of trial over the lunch break.  And
25    then we come back and figure out how we're going to proceed.
```

Lively - DIRECT

```
1              MR. MIRABELLI:  Yes, Your Honor.  After we get to
2       authentication, then it's just relevance.  So I'll just leave
3       it there.
4              THE COURT:  Okay.
5              MR. BRENNWALD:  So I don't have anything to add about
6       that.  I have a hearing before Judge Bates at 1:15 that's a
7       three co-defendant case where they're all locked up.  I'm
8       wondering if we could maybe come back at 1:45 instead.
9              THE COURT:  That's fine.
10             MR. BRENNWALD:  I'm sorry to ask.
11             THE COURT:  It's okay.  1:45.
12             MR. WOODWARD:  I also ask, Your Honor.
13             THE COURT:  Sure.
14             MR. WOODWARD:  Mr. Samsel's family is here, seeing him
15      for the first time since before he was arrested.  They'd like
16      to give him a hug.  The Marshals I think say that that's okay
17      as long as you --
18             THE COURT:  I'm fine with that.  If it's okay with the
19      Marshals, it's fine.
20             Any other housekeeping matters?  Do any other defense
21      counsel have any arguments about this video authentication
22      issue that Mr. Feitel hasn't already made?
23             MR. WOODWARD:  Yes.
24             THE COURT:  Okay.
25             MR. WOODWARD:  Our concern -- I don't disagree with
```

Lively - DIRECT

1    Mr. Feitel that this should have been done ahead of time.  We

2    flagged the issue.  This case has a hundred percent been about

3    third-party video for as long as the case has existed.  There's

4    no CCTV camera that clearly captures what happens at the

5    barricades.  And as we pointed out in asking for 306 to be

6    pulled out, the video is not specific with respect to what this

7    witness could have even authenticated.

8          And so the Government is saying oh, no, no problem, we

9    just want six seconds to four minutes to come in.  But we had

10   no way of knowing that in advance of the trial.  What we were

11   provided were links in a spreadsheet to third-party video, and

12   it's impossible for us to do our own assessment of whether that

13   officer or some other officer can authenticate it.  In fact,

14   306 then goes to depict the west tunnel, which I'm sure the

15   Court is familiar with, and there's no evidence that any of our

16   clients would have seen that.

17         So long story long, I don't disagree with Mr. Feitel.

18   The problem I've had with what he's proposed, actually, is that

19   I wouldn't want the Government to go back to his office, while

20   the witness has already taken the stand, and talk to the

21   witness about his testimony.

22         THE COURT:  I don't either.  I was thinking the two

23   of --

24         MR. WOODWARD:  I think we are where we are and the

25   Government is going to have to put him on the stand and have

Lively - DIRECT

1    him authenticate the video in realtime.

2              THE COURT:  Well, that's what they were about -- I

3    know they moved to admit it, but they had more questions where

4    they were going to show him the video.

5              MR. WOODWARD:  No, Your Honor.  I don't think so.

6    They moved to admit it.  Once it's admitted -- right?

7              THE COURT:  I --

8              MR. WOODWARD:  This is what they do in the case.  They

9    sit the witness down.  They have a CD.  Have you looked at all

10   these photographs?  Yes, we have.

11             This is a unique case and I think Your Honor has hit

12   the nail on the head with what we're talking about in our

13   concerns.  In today's modern era technology, it is important

14   whether these videos have been altered in any way and how

15   they've been altered.

16             So, sure, the officer might remember the person the

17   Government alleges to be Mr. Samsel approaching him on

18   January 6th, but what's happening behind him provides context

19   to what's going on as well, and that has clearly been our

20   position in this case.

21             THE COURT:  And the Government's position is, yes, and

22   that goes to weight.  So if this officer sets a baseline that I

23   was on the scene, this appears to be what occurred on

24   January 6th, this is not a video from some other protest or

25   demonstration, I know this is a January 6th video because I can

Lively - DIRECT

1  recognize two people in the crowd who I recall interacting
2  with, that is the walkway, that's the station, I supervised 10
3  officers, I'm very familiar with this, that is what I recall
4  happening as a baseline.
5       And then you might say but you don't know whether or
6  not this video has been altered.  You were over here, so you
7  can't really say what's happening over there.  And you tell me
8  not to really pay attention to the video because of all those
9  things.  That's what the Government is suggesting.
10      MR. WOODWARD:  Absolutely not.  Absolutely not, Your
11  Honor.  The Government has to show that it is what it purports
12  to be, yes.  That language is time and memorialized.  But what
13  it purports to be has to be accurate.  That is the purpose of
14  the authentication.
15      So for the Government to say, well, maybe that video
16  was altered and this officer doesn't know about it and
17  Mr. Woodward can cross-examine him on that, for example, he
18  said he doesn't remember who was on his team that day.  So it's
19  also okay that he doesn't remember how many people were in the
20  crowd or whether those people were photoshopped into the video.
21      No, Your Honor.  They have to show that the video is
22  what it is purports to be, that the crime scene has been
23  accurately depicted in this video.  And the witness has to
24  testify with knowledge of the scene.  Not just that I'm
25  familiar with Capitol grounds, not just I'm familiar with the

Lively - DIRECT

1   stage that was erected there, but that I saw it and that's what

2   it looked like to me.

3           And that is how we authenticate video in this manner.

4   Which is why for CCTV video we're not having this fight,

5   because it can be authenticated differently.  It can be

6   authenticated, if we wanted to, by having the person that

7   maintains the CCTV system come in and testify where the video

8   comes from.  Your Honor is familiar with the authentication of

9   body-worn camera video.  We're not having that fight either.

10          THE COURT:  Okay.  We will come back at 1:45.

11      (A recess was taken at 12:34 PM)

12      (Off-the-record discussion.)

13          THE COURT:  Okay.  We're back.

14          Housekeeping.  Did the parties confer?  Or do

15  whatever --

16          MS. FOSTER:  We did, Your Honor.  I'll approach.

17          THE COURT:  Is everything resolved?

18          MS. FOSTER:  Oh, yeah, everything is great.  We're

19  ready to go.  I think what we have resolved is that -- and

20  defense counsel I'm sure will correct me if I'm wrong, but I

21  think we're prepared to proceed and the witness will present as

22  he does, and to the extent that defense counsel has an

23  objection to the admission of that exhibit, we will handle it

24  that way and them presumably move on to the next.

25          THE COURT:  Okay.

Lively - DIRECT

1          MR. FEITEL:  Of course that's exactly what we agreed

2     to.  I would have said otherwise.

3          THE COURT:  All right.  So we're ready to proceed?

4     Okay.

5          Okay, sir.  You're still under oath.

6          You can continue whenever you're ready.

7          MR. MIRABELLI:  Thank you, Your Honor.

8          Can you pull up Government's Exhibit 302.

9     BY MR. MIRABELLI:

10    Q.  Sergeant Lively, at zero seconds on this video, can you

11    indicate approximately where you are on the Peace Circle?

12    A.  Right there.

13         MR. MIRABELLI:  Okay.  For the record, the witness has

14    circled himself off to the side behind the bike rack barricade

15    near the stairway on the West Lawn; is that correct?

16    A.  Yes.

17    Q.  And you previously testified about Government's

18    Exhibit 204.  Can you indicate -- you saw a particular person

19    approach the Peace Circle walkway; is that correct?

20    A.  Yes.

21    Q.  And who is that?

22    A.  It's the individual in the blue jacket and the red hat.

23    Q.  Can you indicate who that is?

24         MR. MIRABELLI:  For the record, the witness has

25    circled the person with the denim jacket, the white hood and

Lively - DIRECT

1   the red hat and the light colored pants in the center of the

2   screen.

3   BY MR. MIRABELLI:

4   Q.  Is that correct?

5   A.  Yes.

6   Q.  Does this fairly and accurately depict the scene at the

7   Peace Circle as you remember it at this time on January 6th?

8   A.  Yes.

9        MR. MIRABELLI:  Can you move forward to -- sorry.  Can

10  you move forward to about 15 seconds.

11  BY MR. MIRABELLI:

12  Q.  Can you indicate where you are?

13  A.  (Witness complies.)

14       MR. MIRABELLI:  For the record, the witness has

15  circled the individual in the center of the screen with a blue

16  mask.

17  BY MR. MIRABELLI:

18  Q.  Is that correct?

19  A.  Yes.

20  Q.  Do you recall the individual in all black pointing towards

21  the Capitol?

22  A.  When I'm watching the videos, but at that moment, not

23  really.

24  Q.  Have you watched this before coming to court today?

25  A.  Yes.

Lively - DIRECT

1    Q.  And this also fairly and accurately -- does this also

2    fairly and accurately depict the scene at the Peace Circle?

3    A.  Yes.

4           MR. FEITEL:  Your Honor, I object.  I think it's a for

5    sure not in the moment.  How can he know if the video fairly

6    and accurately depicts the events?  He said he didn't know in

7    the moment.

8           THE COURT:  With respect to an individual in that

9    video, correct?

10          MR. FEITEL:  Fairly said, that's what he said.  But

11   I'm not so sure that it's so limited.  No one knows the reason

12   why he didn't see him or where his attention was drawn or how

13   now is the case that he knows the rest of the video is

14   accurate.

15          THE COURT:  Can you step out for just a minute.  I'll

16   make my rulings with respect to these issues.

17          THE WITNESS:  Yes, ma'am.

18          (Sergeant Lively leaves the courtroom.)

19          THE COURT:  Okay.  As a general matter, and I'll start

20   with -- this is 302, correct?  What is the picture that we saw

21   immediately before that?

22          MR. MIRABELLI:  That was four seconds -- I'm sorry,

23   that was zero seconds on 302.

24          THE COURT:  Okay.  So with respect to the first clip

25   shown, as I understand the record, this is the sergeant who was

Lively - DIRECT

1    responsible for supervising officers on January 6th at the

2    Capitol.  He was there that day.  He responded to the specific

3    location where these events took place, and he's testified that

4    the video that he reviewed accurately represents what he saw on

5    that day.  I think as a threshold manner for authenticity that

6    that's sufficient.

7            Now, of course the defense may say you shouldn't

8    believe that he actually saw the events as depicted in the

9    video.  He was too far.  Or we don't know -- he can't say

10   whether the video was altered or we don't trust his

11   recollection, et cetera.  But just as a threshold matter of

12   admissibility for authenticity, where I have a witness telling

13   me that this is what he saw that day, I think that that

14   satisfies the threshold.

15           Now, with respect to him saying that he doesn't recall

16   the individual in the moment in the all black, I think that's

17   what he said, if this were before a jury, I would either excise

18   this part or give a limiting instruction that they shouldn't

19   consider any portions of the video that he doesn't remember.

20   Is that a fair way to proceed?

21           I mean, again, you can argue to me that I should give

22   this video little weight based on all the holes that you poke

23   in this officer's testimony, if you do so.  But I think where I

24   have a witness purporting to tell me that these events

25   represent what he saw that day, you know, that's what the

Lively - DIRECT

1    testimony is.  Now, whether I credit that or not, based on

2    arguments that are made later, that's a different story.  Am I

3    wrong about that?

4             MR. WOODWARD:  Respectfully, I think so, Your Honor.

5    I think his testimony -- his testimony was that he was there

6    that day.  His testimony is that he recalled the video but just

7    a minute ago he said, I don't remember this until I had been

8    shown the video in preparation for trial today.

9             And to be clear, Government counsel is asking him

10   about the person who is literally standing in front of him, and

11   he says I don't remember that person.  And so to suggest that

12   everything else that is happening in this video is authentic

13   because he said that it fairly and accurately depicts the scene

14   that day, that's contradictory testimony, and the Court should

15   not rely on the latter to authenticate the former, which is

16   just as credible.

17            He does not remember seeing the person depicted in

18   front of him.  What else does he not remember about the video

19   and how are we going to rely on that testimony to authenticate

20   this and the dozen other videos that are going to come after?

21   All the U.S. Attorney's Office has to do is sit down with the

22   witness and show them the video in the privacy of their office,

23   and then bring that witness in and ask them if they remember

24   the video.  Well, then, we've totally viciated the requirement

25   under 901(b)(2), that video be authenticated through

Lively - DIRECT

```
1    independent means.

2              THE COURT:  I'm not interested if he remembers the

3    video, other than he can say he's seen it before, so that they

4    don't have to show him the entire video here.  But I'm only

5    interested in him saying whether or not this represents what he

6    saw that day.  So my question is, with respect to this scene

7    where he says he doesn't recall seeing this person in black

8    that day, what are you purporting we do about that?

9              MR. WOODWARD:  What I heard him say was, I didn't

10   recall seeing that person until I was shown the video by the

11   Government.

12             MR. MIRABELLI:  Your Honor, I think the witness's

13   testimony was that person doesn't particularly stick out in my

14   mind after the events of January 6th.  The person with the

15   denim jacket and red hat did, because he already testified to

16   that.  And he's talking about an incident where, you know, this

17   person was pointing at the Capitol.

18             He's saying I was refreshed or my memory was refreshed

19   about this individual by watching the video.  But the whole

20   point about the person in all black is really not the issue

21   here.  It's what is the requirement for laying a foundation for

22   authentication?  Which again, Your Honor can assess the

23   witness's credibility.  Your Honor can give whatever weight

24   Your Honor wishes to the particular videos.

25             I think taken together there's a lot of circumstantial
```

Lively - DIRECT

1    evidence and direct evidence that he's actually there

2    witnessing these events that show that this happened on

3    January 6th.  Again, there's features in the background that he

4    already testified to that are only on the Capitol grounds

5    during that time.

6         The people -- I hadn't gotten there yet but the

7    officers who are with him that he testified about that are

8    standing on that stairway, he's going to talk about who those

9    individuals are and where they're located.

10        I think we're kind of way beyond authentication here.

11        THE COURT:  I agree.  I appreciate the defense's

12   arguments but I do think that they go to weight.  As I said,

13   this was an officer who was there present at the scene, who was

14   deployed, according to his testimony, in response to a request

15   for backup at this location.  He's testified that the video

16   represents the scene as it looked to him that day.  I think

17   it's fair for him to testify about what happened that day and

18   to confirm whether or not portions of this video accurately

19   reflect what his testimony will be.

20        Again, the defense, I'm sure, will have lots of

21   cross-examination and arguments about what weight I should give

22   the officer's testimony and this evidence, but as a general

23   threshold matter I think this witness, through his testimony,

24   has sufficiently authenticated these exhibits.

25        MR. MIRABELLI:  Your Honor, I apologize.  I think you

```
 1   might have made a little bit of a factual misstatement there.
 2   I don't know if you want me to correct it or have the
 3   witness --
 4          THE COURT:  Correct it.  I'm going off the top of my
 5   head.
 6          MR. MIRABELLI:  The witness was there and present and
 7   seeing this unfold.  He's the supervisor on scene.  He was
 8   right nearby.  He called for back up.  He didn't respond.
 9          THE COURT:  I'm sorry, yes.  That's not material to my
10   findings.
11          MR. MIRABELLI:  I understand.  I wanted to make sure
12   that the fact finder's understanding of the facts is fair.
13          THE COURT:  He's the supervisor on scene?
14          MR. MIRABELLI:  Right.
15          THE COURT:  He's the one that called for backup.
16   Regardless, he's identified himself in this video.  Again, I
17   will hear cross-examination and arguments related to the weight
18   I should give the testimony, but I will let the officer testify
19   with respect to these videos.
20          So the objections are overruled.
21          Let's bring the sergeant back in and we can continue.
22          (Sergeant Lively enters the courtroom.)
23          THE COURT:  Thank you for your patience.  You're still
24   under oath.
25          Continue when you're ready.
```

Lively - DIRECT

```
 1    BY MR. MIRABELLI:
 2    Q.  Sergeant Lively, can you just indicate who the officer in
 3    front of you to your right is?
 4    A.  This one right here?
 5    Q.  I'm sorry, to my right -- I guess to your right on the
 6    screen, that would be correct.
 7    A.  (Witness complies.)
 8    Q.  So then you circled two officers.  The person with the
 9    black mask to the right on the screen, the right of you on the
10    screen, who is that?
11    A.  That's Office David Cruz.
12    Q.  And the person to your left on the screen but would have
13    been to your right at the time?
14    A.  That's Officer Nicole Roth.
15    Q.  So if you could just -- and is that an accurate depiction
16    of where they were on January 6th?
17    A.  Yes.
18         MR. MIRABELLI:  So if you could just let it play a
19    little bit.
20       (Video played.)
21         MR. MIRABELLI:  Pause.
22    BY MR. MIRABELLI:
23    Q.  What do you remember from this moment?
24    A.  The individuals on the front line started to shake the bike
25    racks in what I believe an attempt to pull them apart.  Cruz.
```

Lively - DIRECT

```
1            MR. WOODWARD:  Objection.  He's speculating about what
2    the individuals were doing.
3            THE COURT:  Sustained with respect to the latter part
4    of the answer.
5            You can continue.
6    BY MR. MIRABELLI:
7    Q.  What, if anything, did you notice the individual -- from
8    your memory at the time -- in the red hat do?
9    A.  He took off his jacket, stripped it off, and he turned
10   around his red baseball cap and put his fist up like in a
11   fighting motion.
12   Q.  What happened next?
13   A.  The individuals then used the bike racks as a battering ram
14   and broke through our police line.
15   Q.  How did they break through the police line?
16   A.  They lifted the bike racks up and used them to cross the
17   lines since they were all corrected, and then drove us further
18   back towards the stairs.
19   Q.  So the people lifted up the bike rack barricades.  Did all
20   the barricades stay together?
21   A.  Yes.
22   Q.  Why is that?
23   A.  Because they were all connected by the snow fencing and the
24   zip ties that were connected to them.
25   Q.  Is there something about the way the -- is there anything
```

Lively - DIRECT

1  about the way the bike racks are constructed that prevents them

2  from coming apart when lifted?

3  A.  Again, I had talked about how you have to lift it or you

4  have to twist it at a 45-degree angle to be able to lift it

5  out.

6  Q.  Okay.  After you said they pushed the bike rack into you,

7  what happened?

8  A.  So they got pushed back to the stairs and then the bike

9  rack was toppled and then individuals began to stream over the

10 bike racks.

11 Q.  When they lifted the bike rack, where on your body did it

12 come into contact with you?

13 A.  My upper thighs and my torso.

14 Q.  Did there come a time when it got higher on your body?

15 A.  Yeah, at one point when I was falling back on the stairs it

16 went above my head.

17 Q.  How tall are you?

18 A.  6'5".

19 Q.  Does this video fairly and accurately depict everything

20 that you just testified to?

21 A.  Yes.

22        MR. MIRABELLI:  Your Honor, I offer 302 into evidence.

23        THE COURT:  It's admitted over the objections stated

24 before.

25     (Government Exhibit 302 received in evidence.)

Lively - DIRECT

1          MR. MIRABELLI:  Can you just play it.

2      (Video played.)

3          MR. MIRABELLI:  Pause.

4  BY MR. MIRABELLI:

5  Q.  What happened after you fell back from being pushed with

6  the bike rack?

7  A.  One of the individuals grabbed Officer Cruz and attacked

8  him, and then I went to try to remove the individual off of

9  Officer Cruz.

10  Q.  Why did you do that?

11  A.  Someone's attacking one of my officers, I'm going to defend

12  him.

13  Q.  What were your concerns during this attack?

14  A.  That the individual wished to harm Officer Cruz.

15          MS. HALIM:  Objection.

16          THE COURT:  Basis?

17          MS. HALIM:  Speculation.

18          THE COURT:  Overruled.

19  BY MR. MIRABELLI:

20  Q.  Based on your training and experience in civil disturbance

21  context, what are the risks associated with a moment like this?

22  A.  We're all vulnerable to everyone that's attacking us.  We

23  have weapons that we are given, a handgun, baton, OC spray, and

24  if we're incapacitated then the individuals are able to take

25  that from us.

Lively - DIRECT

1   Q.  Did additional officers come to this Peace Circle area by

2   this point?

3   A.  Yeah, there were a few more that were on the line and they

4   moved over towards this area.

5   Q.  Approximately how many officers were in the area around

6   this time?

7   A.  The platoon size that was stretched out was 40, but we were

8   all over.  So maybe 20 officers.

9   Q.  That's just approximate, right?

10  A.  Yes.  I can't give you an exact number.

11  Q.  Approximately how many rioters were in that area at the

12  time?

13  A.  Upwards to 500.

14          MR. MIRABELLI:  You can just let it play.

15      (Video played.)

16  BY MR. MIRABELLI:

17  Q.  Why did you and your officers run up Pennsylvania walkway?

18  A.  At that time, the police line had been breached and people

19  had gotten beyond us and we needed to go back and establish

20  another police line.

21  Q.  Were you able to do that?

22  A.  For a brief moment, yes.

23  Q.  And where was that second police line formed?

24  A.  It was up at the Lower West Terrace, at the top of the

25  Pennsylvania Avenue walkway.

Lively - DIRECT

1          MR. MIRABELLI:  Can you pull up Government's

2    Exhibit 304.

3    BY MR. MIRABELLI:

4    Q.  Do you recognize Government's Exhibit 304?

5    A.  I do.

6    Q.  Have you seen it before coming to court today?

7    A.  Yes.

8    Q.  I'm circling an area off to the right of the Pennsylvania

9    walkway.  Do you see individuals in that area?

10   A.  Yes.  That's myself.

11   Q.  And how do you know that?

12   A.  Based on where I was that day and then the video I've seen.

13   It's where I step over the snow fencing after the first breach.

14   Q.  And does this fairly and accurately depict what the crowd

15   was doing at the Peace Circle from your vantage point,

16   obviously recognizing you weren't in the crowd?

17   A.  Yes.

18          MR. MIRABELLI:  I offer Government's Exhibit 304 into

19   evidence.

20          THE COURT:  Same objection?

21          MR. FEITEL:  Yes, Your Honor.

22          THE COURT:  Admitted over the objection that's already

23   been stated.

24      (Government Exhibit 304 received in evidence.)

25          MR. MIRABELLI:  Can you just play from zero seconds.

```
1            (Video played.)
2                 MR. MIRABELLI:  Can you go to Government's
3     Exhibit 305.  Can you go to 10 seconds.
4                 (Video played.)
5     BY MR. MIRABELLI:
6     Q.   Are you able to see yourself in this video?
7     A.   Yes.
8     Q.   Where are you?
9     A.   Right there.
10                MR. MIRABELLI:  For the record, the witness has
11    circled an individual on top of the stairs in the center of the
12    screen, wearing a mask on their face, a COVID-style mask.
13    BY MR. MIRABELLI:
14    Q.   Is that accurate?
15    A.   Yes.
16    Q.   Does this accurately reflect where you were on Pennsylvania
17    walkway at this time?
18    A.   Yes.
19    Q.   Does this also -- does this video fairly and accurately
20    depict from about the first minute, from 10 seconds to about a
21    minute, the events that happened on Pennsylvania walkway?
22    A.   Yes.
23                MR. MIRABELLI:  Your Honor, we'd offer 10 seconds to
24    one minute of 305 into evidence.
25                THE COURT:  Same objection, or any objection to this?
```

Lively - DIRECT

```
1              MR. WOODWARD:  I assume the Government's going to
2     provide us with the excerpt that they're referring to.  What we
3     have is 10 minutes long.
4              MR. MIRABELLI:  Your Honor, we can do that.
5              MR. WOODWARD:  Same objection.
6              THE COURT:  Okay.  Admitted over objection.
7         (Government Exhibit 305 received in evidence.)
8              MR. MIRABELLI:  If you can just play it.
9         (Video played.)
10             MR. MIRABELLI:  Pause.
11    BY MR. MIRABELLI:
12    Q.  Do you see yourself?
13    A.  Yes.
14    Q.  Where are you?
15    A.  (Indicates)
16             MR. MIRABELLI:  For the record, the witness has
17    circled the individual in the blue mask in the center of the
18    screen.
19    BY MR. MIRABELLI:
20    Q.  Do you remember -- what's going on at this time after you
21    retreated to the West Plaza?
22    A.  The officers that had been on the Lower West Terrace put up
23    bike racks there.  We got behind them and then the individuals
24    grabbed the bike racks and removed them.
25    Q.  How did they remove them?
```

Lively - DIRECT

1  A.  They threw them down.

2  Q.  At this point, were these rioters lifting up and pushing

3  these barricades at you?

4  A.  No.

5  Q.  So how did they remove them from the Pennsylvania walkway,

6  or the entrance to West Plaza, I guess?

7  A.  These ones were not attached like the other ones, and they

8  just grabbed them one by one and then threw them down.

9          MR. MIRABELLI:  If we could go to Government's

10  Exhibit 306.  Go to 43 seconds, please.

11          Can you just play like three seconds.

12     (Video played.)

13          MR. MIRABELLI:  Sorry, play forward a little bit more.

14          (Video played.)

15          MR. MIRABELLI:  All right, pausing at 48 seconds.

16  BY MR. MIRABELLI:

17  Q.  Circling an individual off to the right by the bike rack

18  that is parallel with the Pennsylvania Avenue walkway; is that

19  correct?

20  A.  Yes.

21  Q.  Is that you?

22  A.  Yes.

23  Q.  Circling the individual in the denim jacket with the red

24  hat.  Is that the same individual you testified about

25  remembering?

Lively - DIRECT

1    A.  Yes.

2    Q.  What are you doing in this moment?

3    A.  Stepping over the bike rack heading towards the

4    Pennsylvania Avenue walkway.

5          MR. MIRABELLI:  And going to a 1:12.

6    BY MR. MIRABELLI:

7    Q.  Do you recall this moment?

8    A.  Yes, that's when I'm being pushed back towards the stairs.

9    Q.  Does this fairly and accurately depict the scene as you

10   remember it?

11   A.  Yes.

12         MR. MIRABELLI:  Going to 2:13.

13   BY MR. MIRABELLI:

14   Q.  So looking at the Capitol building in the background, are

15   there any structures or anything you see that's consistent with

16   the West Front from January 6th?

17   A.  Yes.  You can see the scaffolding that is covered by the

18   tarp, over by the north steps in the Lower West Terrace.

19         MR. MIRABELLI:  Going to 3:12.

20   BY MR. MIRABELLI:

21   Q.  Do you see yourself?

22   A.  Yes.

23   Q.  Where are you?

24   A.  (Indicating)

25         MR. MIRABELLI:  Just for the record, the witness has

Lively - DIRECT

1  circled the individual on the far left of the screen.

2  BY MR. MIRABELLI:

3  Q.  What's behind you?

4  A.  It's the scaffolding that's covered by tarp for the

5  inauguration on the north steps.

6  Q.  During your time -- well, I guess, how long after the Peace

7  Circle breach did you spend on the West Front on January 6th?

8  A.  On the West Front, I believe an hour to two hours.  I'm not

9  sure of the time.

10  Q.  Okay.  During that time, what locations were you in?

11  A.  I was all over the Lower West Terrace.  I would start out,

12  as you can see here, by the north side.  I ended up on the

13  south side of the stage for the inauguration.  And then at that

14  point, when we had reestablished a police line, I would just

15  move back and forth positioning officers along the line where I

16  thought they were needed.

17  Q.  Was that part of your supervisory capacity?

18  A.  Yes.

19  Q.  Did there ever come a time where you ended up underneath

20  the tarp on the scaffolding?

21  A.  Yes.

22  Q.  When was that?

23  A.  At one point I had been pepper sprayed for probably the

24  fifth or sixth time, and there were no more -- we had water

25  bottles for decon.  There were no more water bottles on the

Lively - DIRECT

```
 1    Lower West Terrace, so someone took me up top to the stage
 2    where they had constructed a makeshift decon area.  And after I
 3    had been decontaminated, the radio call said that they were
 4    breaching underneath the steps, so I headed over there to see
 5    if I could help.
 6              MR. MIRABELLI:  Going to 3:59.
 7    BY MR. MIRABELLI:
 8    Q.  Do you recognize this rioter?
 9    A.  Yes.
10    Q.  How do you recognize him?
11    A.  He was next to the defendant that I identified with the
12    denim jacket and the red hat.
13              MR. WOODWARD:  Objection.
14              THE COURT:  Basis?
15              MR. WOODWARD:  Facts not in evidence.  I don't believe
16    this officer identified the defendant in this case.
17              THE COURT:  The person that he identified in the blue
18    jean jacket.
19              MR. MIRABELLI:  Your Honor, I was just going to
20    instruct the witness not to refer to the individuals as
21    defendants until they're identified by him personally.
22              THE COURT:  Yes, okay.
23              THE WITNESS:  I'm sorry.
24    BY MR. MIRABELLI:
25    Q.  So do all those segments appear to be fair and accurate
```

Lively - DIRECT

 1  depictions of the West Front of the Capitol grounds from the

 2  time the Pennsylvania walkway was breached, your retreat to the

 3  West Plaza, your movement on the West Plaza, and as well as the

 4  setup of the West Plaza?

 5  A.  Yes.

 6          MR. MIRABELLI:  Your Honor, at this time the

 7  Government would offer Government's Exhibit 306 in evidence

 8  from 43 seconds until four minutes.

 9          THE COURT:  Same objection?

10          MR. WOODWARD:  The Court's brief indulgence.

11          I'm sorry, that was until what point in the video?

12          MR. MIRABELLI:  Four minutes.

13          MR. WOODWARD:  Four minutes even?

14          MR. MIRABELLI:  Yeah.

15          MR. WOODWARD:  Your Honor, same objection.  And we

16  would again request a copy of what's being admitted.  The

17  exhibit we were provided is an hour and a half long.

18          THE COURT:  You've been identifying the timestamps,

19  correct?

20          MR. MIRABELLI:  Yes, Your Honor.  And for the record,

21  too, I think something was said earlier that we hadn't

22  identified segments.  They're identified in the exhibit list.

23          THE COURT:  Objection overruled.  It's admitted.

24      (Government Exhibit 306 received in evidence.)

25          MR. WOODWARD:  We don't think the whole hour and a

Lively - DIRECT

1    half should go back to the Court if it's not admitted.

2           THE COURT:  I'm making notes of the timestamps.  So

3    I'm not going to consider portions that weren't played.  If

4    you-all want to -- before I receive them in evidence and I'm

5    actually looking at them to render a verdict, if you want to

6    splice them, we can talk about that at the appropriate time.

7           You can continue.

8           MR. MIRABELLI:  Thank you, Your Honor.

9           Can you pull up Government's Exhibit 308, please.

10          (Video played.)

11   BY MR. MIRABELLI:

12   Q.   Do you recognize Government's Exhibit 308?

13   A.   Yes.

14   Q.   How do you recognize it?

15   A.   I was shown it.

16   Q.   What does it depict?

17   A.   The area of the Peace Circle on January 6th.

18          MR. MIRABELLI:  Can you just play it forward to about

19   26 seconds.

20   BY MR. MIRABELLI:

21   Q.   Where are you located at 26 seconds in this?

22   A.   I'm on the Pennsylvania Avenue walkway in front of the

23   police line.

24   Q.   Just for the record, is this you?

25   A.   Yes.

Lively - DIRECT

1           MR. MIRABELLI:  Circled the individual in the center

2    of the screen with the blue mask.

3    BY MR. MIRABELLI:

4    Q.  Does this moment fairly and accurately depict what was

5    going on in the Pennsylvania walkway at that time?

6    A.  Yes.

7           MR. MIRABELLI:  Can you just let it play forward from

8    this point in time.

9        (Video played.)

10          MR. MIRABELLI:  Pause it.  Pausing at 48 seconds.  Can

11   you back it up to 47 seconds.

12   BY MR. MIRABELLI:

13   Q.  Circling an individual, do you recognize that person?

14   A.  Yes.

15   Q.  Was that the person that you previously identified in the

16   last exhibit?

17   A.  Yes.

18   Q.  Okay.  Or not identified but previously stated that you

19   recognized?

20   A.  Yes.

21   Q.  Does this video fairly and accurately depict the events at

22   Peace Circle and the Pennsylvania walkway?

23   A.  Yes.

24          MR. MIRABELLI:  Your Honor, we offer Government's

25   Exhibit 308 into evidence.

Lively - DIRECT

```
1              THE COURT:  Same objection?

2              MR. FEITEL:  Yes.  With reservation of the right to

3    use the remaining portions of the exhibit during

4    cross-examination.

5              THE COURT:  Okay.  It's admitted.

6        (Government Exhibit 308 received in evidence.)

7              MR. MIRABELLI:  Can you just let it play from this

8    moment.

9        (Video played.)

10             MR. MIRABELLI:  Go back to about one minute.

11             Sorry, go to 55 seconds.  Just let it play from here.

12       (Video played.)

13             MR. MIRABELLI:  Pause.  Go forward slide by slide a

14   little bit.

15             Can you just stop there.

16   BY MR. MIRABELLI:

17   Q.  At this moment in time, what are the rioters -- what were

18   the rioters doing after they had pushed the bike rack at you?

19   A.  Someone grabbed Officer Cruz and then others were trying to

20   stream past us up the stairs.

21             MR. MIRABELLI:  Can you just let it play.

22       (Video played.)

23             MR. MIRABELLI:  Pause it.

24   BY MR. MIRABELLI:

25   Q.  What's this individual doing?
```

Lively - DIRECT

1          MR. WOODWARD:  Objection, relevance.

2          THE COURT:  Overruled.

3          MR. MIRABELLI:  You can let it play.

4      (Video played.)

5          MR. MIRABELLI:  Can you pause it.

6   BY MR. MIRABELLI:

7   Q.  Did you observe what the individual was doing?

8   A.  Yes.  He was pulling the bike racks that were on that

9   police line further down Pennsylvania Avenue walkway.

10  Q.  Were the bike racks still connected?

11  A.  Two of them were, yes.

12          MR. MIRABELLI:  Can you please play from 2:33.

13      (Video played.)

14          MR. MIRABELLI:  Pause right here.

15  BY MR. MIRABELLI:

16  Q.  I want to draw your attention to this individual here.

17          MR. MIRABELLI:  Just go ahead and play it.

18      (Video played.)

19          MR. MIRABELLI:  Pause at 2:55.

20  BY MR. MIRABELLI:

21  Q.  What did that individual appear to do?

22  A.  He picked up the bike racks and threw them over the

23  retaining wall.

24          MR. MIRABELLI:  Just let it play from 2:55.

25      (Video played.)

Lively - DIRECT

```
 1            MR. MIRABELLI:  You can pause.  Sorry, just go back
 2   two seconds.  Just let it play.
 3       (Video played.)
 4            MR. MIRABELLI:  Pause.
 5   BY MR. MIRABELLI:
 6   Q.  Do you recognize this individual?
 7   A.  That's Officer David Cruz.
 8   Q.  Was that the Officer Cruz that was on the Pennsylvania
 9   walkway with you?
10   A.  Yes.
11            MR. MIRABELLI:  Can you play from 4:20.
12       (Video played.)
13            MR. MIRABELLI:  You can pause it.
14            Can you pull up Government's Exhibit 308A.
15            So I just want to play through a section of this.  If
16   you can move forward about 20 seconds or so.  Just play from
17   there.
18       (Video played.)
19            MR. MIRABELLI:  Just pause it there.
20   BY MR. MIRABELLI:
21   Q.  Do this appear to be a fair and accurate representation of
22   what's in evidence as Government's Exhibit 308A?
23   A.  Yes.
24   Q.  Has it been altered?
25   A.  No.
```

Lively - DIRECT

1   Q.  Has it been slowed down in any way?

2   A.  Yes, it has been slowed down.

3   Q.  Other than being slowed down, does it appear to be changed?

4   A.  No.

5   Q.  And just to be clear, is it a portion of Government's

6   Exhibit 308?

7   A.  Yes.

8        MR. MIRABELLI:  Your Honor, I offer Government's

9   Exhibit 308A into evidence.

10        THE COURT:  Same objection?

11        MR. FEITEL:  Yes.

12        THE COURT:  Overruled.  It's admitted.

13     (Government Exhibit 308A received in evidence.)

14        MR. MIRABELLI:  Pull up Government's Exhibit 308B.

15   And go ahead to --

16        MS. HALIM:  Your Honor.

17        THE COURT:  Yes.

18        MS. HALIM:  I'm going to voice an objection to 308A

19   and now 308B, and I think there's a C to follow, perhaps.  Oh,

20   no, just A and B.  As to cumulative.  This is the same thing as

21   308.  It's literally the same video.  It's just been altered to

22   play slower.  That's more to a demonstrative than it is

23   additional substantive evidence.  It's cumulative.  308 is

24   already in evidence.

25        THE COURT:  Overruled.

Lively - DIRECT

1           You can keep going.

2           MR. MIRABELLI:  As to Government 308B, can you go to

3    12 seconds.  And just play for one second there.

4           (Video played.)

5           MR. MIRABELLI:  Pause.

6           MS. ROSEN:  Your Honor, we would object to the names

7    being written on the exhibit when no one has been identified

8    yet.

9           MR. MIRABELLI:  Your Honor, we're offering this

10   subject to connection to the agents, who will testify to the

11   identity of each individual defendant.  He's authenticating the

12   fact that this is a fair depiction of what happened at the

13   Pennsylvania walkway, subject to the connection of actually

14   identifying the individual defendants.  We need to lay a

15   foundation for authentication.

16          THE COURT:  Okay.  I will -- I'll defer admission and

17   I won't consider the names.  So you can ask the questions just

18   about what he recalls and lay the foundation, but I won't

19   consider it.  So that's sustained for now.

20   BY MR. MIRABELLI:

21   Q.  Does this appear to be a portion of Government's

22   Exhibit 308?

23   A.  Yes.

24   Q.  And does it appear to have been altered?

25   A.  Besides being slowed down, no.

Lively - DIRECT

```
1            MR. MIRABELLI:  Can you just let it play.

2        (Video played.)

3   BY MR. MIRABELLI:

4   Q.  Other than the section where the individuals are paused and

5   highlighted, does it appear to have been altered?

6   A.  No.

7            MR. MIRABELLI:  So Your Honor, we won't offer it at

8   this time but we're saying that at this time we believe we've

9   laid a foundation for authentication such that it could be

10  later admitted once we connect up the identities.

11           THE COURT:  Okay.

12           MR. MIRABELLI:  So can you pull up Government's

13  Exhibit 901.

14           (Video played.)

15  BY MR. MIRABELLI:

16  Q.  Do you recognize Government's Exhibit 901?

17  A.  Yes.

18  Q.  What is it?

19  A.  It's the two individuals talking on the Pennsylvania Avenue

20  walkway.

21  Q.  Can you just let it play.

22       (Video played.)

23           MR. MIRABELLI:  Pause at 12 seconds.

24  BY MR. MIRABELLI:

25  Q.  Does Government's Exhibit 901 fairly and accurately depict
```

Lively - DIRECT

1    Government's Exhibit 302 and 308, which you've previously seen?

2    A.   Yes.

3    Q.   Other than being placed side by side, do they appear to

4    have been altered in any way?

5              MR. MIRABELLI:  I'd offer Government's Exhibit 901

6    into evidence.

7              MR. WOODWARD:  Objection, Your Honor.

8              THE COURT:  Same objection?

9              MR. WOODWARD:  No, Your Honor.  I believe what the

10   Government is trying to do now is authenticate a compilation

11   through a lay witness.  We have no idea how this exhibit was

12   created, how this witness could possibly know that the timing

13   of the video has been matched so it's in sync and playing

14   together.  There's just simply no foundation for where this

15   video came from.

16             MS. ROSEN:  Your Honor, Mr. Johnson would have the

17   same objection --

18             THE COURT:  I can't hear you.

19             MS. ROSEN:  I apologize, Your Honor.

20             I think the Government's purpose with this exhibit is

21   to try to argue that the two split screens are at the same

22   time, but this officer has no way to know through his testimony

23   that that is the case.  And the fact that he recognizes these

24   from prior exhibits does nothing to authenticate that the split

25   screens are, in fact, at the same moment.  So the exhibit at

Lively - DIRECT

1    this point is very misleading possibly.

2              THE COURT:  Is that what you're trying to establish,

3    that these happened at the same time?

4              MR. MIRABELLI:  Your Honor, we haven't asked the

5    witness to testify to whether or not they're exactly accurate,

6    and I agree that he may not be able to testify that they're

7    specifically accurate.  I think we're offering this that this

8    is a side by side of what happened at the Peace Circle.  Both

9    videos are fair and accurate depictions of what happened at the

10   Peace Circle from his perspective.  It appears to be accurate.

11   But I wouldn't expect that the witness would testify to the

12   specificity of the timestamps, particularly.

13             MS. ROSEN:  Then, Your Honor, we would renew our

14   objection based on that.  It's misleading.  If the Government

15   in a closing argument wants to make arguments, but as an

16   exhibit, this exhibit is meant to show theoretically things

17   happening at the same time.  It shouldn't be entered as such if

18   they can't verify it as that.

19             MR. MIRABELLI:  Your Honor, I can hold off on moving

20   to admit this and I can connect it up further through an

21   additional witness.

22             THE COURT:  Okay.  Sustained as of now.

23             MR. MIRABELLI:  Can you pull up Government's

24   Exhibit 331, please.  And can you go up to 1:44 and play from

25   1:44.

Lively - DIRECT

```
1        (Video played.)
2              MR. MIRABELLI:  Pause.
3   BY MR. MIRABELLI:
4   Q.  Did you just see yourself at about 1:58?
5   A.  Yes.
6   Q.  As it was playing.  Obviously, you can't see yourself now?
7   A.  Yes.
8              MR. MIRABELLI:  Just keep letting it play.
9        (Video played.)
10              MR. MIRABELLI:  Pause at 2:15.
11   BY MR. MIRABELLI:
12   Q.  Is this a fair and accurate depiction of what happened at
13   the Pennsylvania walkway?
14   A.  Yes.
15   Q.  Can you describe -- well, I guess, what are the rioters to
16   the left of you doing?  I guess, on the scene it would have
17   been to your right but on the left -- to the left of you on the
18   video.
19   A.  They all put their -- some people turned around, some
20   people grabbed the bike racks and they all used their force
21   together to push the bike racks back.
22   Q.  Would the barricade have moved in the same way without them
23   lifting?
24   A.  No.
25              MR. MIRABELLI:  I'm going to offer Government's
```

Lively - DIRECT

```
1    Exhibit 331 into evidence.
2              THE COURT:  Any objection or same one?
3              MR. WOODWARD:  Same objection, Your Honor.
4              THE COURT:  Admitted.
5         (Government Exhibit 331 received in evidence.)
6              MR. MIRABELLI:  Can you pull up Government's
7    Exhibit 310.  Go to 10 seconds and play.
8         (Video played.)
9              MR. MIRABELLI:  Pause.
10   BY MR. MIRABELLI:
11   Q.  So pausing at 12 seconds, do you see yourself?
12   A.  Yes.
13   Q.  Where are you?
14   A.  Right here in the middle.
15             MR. MIRABELLI:  For the record, the witness has
16   circled the individual on top of the stairs at Pennsylvania
17   walkway with a blue mask.
18   BY MR. MIRABELLI:
19   Q.  Is that accurate?
20   A.  Yes.
21   Q.  And does this video fairly and accurately depict the events
22   at Peace Circle?
23   A.  Yes.
24   Q.  And the Pennsylvania walkway?
25   A.  Yes.
```

Lively - DIRECT

 1          MR. MIRABELLI:  Your Honor, I'd offer Government's

 2  Exhibit 310 into evidence.

 3          MR. FEITEL:  Objection.

 4          THE COURT:  Same objection?

 5          MR. MIRABELLI:  Can you pull up Government's

 6  Exhibit 311.

 7          MR. FEITEL:  Yes, same objection.  I'm not going to

 8  continue to articulate it.

 9          THE COURT:  No, no.  I just wanted to make sure that

10  it's the same one that we've already discussed, and not an

11  additional objection that you'd need to put on the record.

12          But overruled.  Admitted.

13      (Government Exhibit 310 received in evidence.)

14  BY MR. MIRABELLI:

15  Q.  Do you recognize this video?

16  A.  Yes.

17  Q.  Have you seen it before?

18  A.  Yes.

19  Q.  And are you depicted in it?

20  A.  Yes.

21  Q.  Does it fairly and accurately depict the events at the

22  Peace Circle as you remember them?

23  A.  Yes.

24          MR. MIRABELLI:  Offer Government's Exhibit 311 into

25  evidence.

Lively - DIRECT

```
1            THE COURT:  Same objection?
2            MR. WOODWARD:  Yes, Your Honor.
3            THE COURT:  Admitted.
4       (Government Exhibit 311 received in evidence.)
5            MR. MIRABELLI:  Go to Government's Exhibit 332,
6  please.
7            (Video played.)
8  BY MR. MIRABELLI:
9  Q.  Do you recognize this?
10 A.  Yes.
11 Q.  What is it?
12 A.  It's a video of myself at the Pennsylvania Avenue walkway.
13 Q.  You previously testified about an individual dressed in all
14 black in front of you on the Pennsylvania walkway?
15 A.  Yes.
16 Q.  And correct me if I'm wrong but your testimony was that you
17 didn't remember him after January 6th; is that right?
18 A.  That's correct.
19 Q.  Since January 6th have you reviewed videos in preparation
20 for your testimony for trial?
21 A.  Yes.
22 Q.  And do you recall interacting with that individual?
23 A.  Yes.  He was right in front of me on that line.
24 Q.  And you recall the mask he had been wearing?
25 A.  Yes.
```

Lively - DIRECT

1    Q.  Can you just --

2            MR. MIRABELLI:  Your Honor, I'd offer Government's

3    Exhibit 332 into evidence.

4            THE COURT:  Okay.  Same objection?

5            MR. FEITEL:  Yes, Your Honor.

6            MR. MIRABELLI:  Ms. Hayman, if you can just play from

7    zero seconds.

8        (Video played.)

9            MR. MIRABELLI:  If you can pause there.

10   BY MR. MIRABELLI:

11   Q.  What did you do in response to that person in all black

12   pushing on the fence?

13   A.  I made another radio call for backup.

14           MR. MIRABELLI:  If you could play.

15       (Video played.)

16   BY MR. MIRABELLI:

17   Q.  Did that fairly and accurately depict the attack as you

18   remember it from January 6th?

19   A.  Yes.

20           MR. MIRABELLI:  If you could pull up Government's

21   Exhibit 309.

22           (Video played.)

23   BY MR. MIRABELLI:

24   Q.  Do you recognize this?

25   A.  Yes.

Lively - DIRECT

1   Q.  And what is it?

2   A.  It's the Peace Circle looking up towards the Pennsylvania

3   Avenue walkway.

4   Q.  Does it appear to be a fair and accurate depiction of the

5   way the Peace Circle on the West Front of the Capitol grounds

6   looked on January 6th?

7   A.  Yes.

8   Q.  Who are the individuals on top of the stairs there?

9   A.  It's Officer Melissa Blackledge, Elizabeth Cobb, David

10  Cruz, Nicole Roth and Caroline Edwards.

11  Q.  Just to be clear, do you know if this timestamp is

12  accurate?

13  A.  I do not, no.

14  Q.  And do you know where approximately you are located on the

15  Capitol grounds at around this time?

16  A.  I would have been, if you're looking at the video, to the

17  right of the stairs in the grass.

18  Q.  Does this video fairly and accurately depict the events at

19  the Peace Circle and on Pennsylvania walkway?

20  A.  Yes.

21      MR. MIRABELLI:  Your Honor, I'd offer 309 into

22  evidence.

23      THE COURT:  Same objection?

24      MR. FEITEL:  Yes, Your Honor.

25      THE COURT:  It's admitted.

Lively - DIRECT

1          (Government Exhibit 309 received in evidence.)

2                MR. MIRABELLI:  Just one moment, Your Honor, I

3    apologize.

4                THE COURT:  No problem.

5                MR. MIRABELLI:  Can you pull up Government's

6    Exhibit 904, please.  Can you play the first few seconds.

7          (Video played.)

8                MR. MIRABELLI:  Pause there.

9    BY MR. MIRABELLI:

10   Q.  Do you recognize this?

11   A.  Yes.  It's the Pennsylvania Avenue walkway.

12   Q.  Are you depicted in this video?

13   A.  I am.

14   Q.  Does this appear to be the same video that's in evidence as

15   Government's Exhibit 302?

16   A.  Yes.

17               MR. MIRABELLI:  If you could go to, Ms. Hayman,

18   59 seconds and play from there for a few seconds.

19               MS. ROSEN:  Objection, again, Your Honor, to names

20   being written in on the exhibit at this point.

21               THE COURT:  I'll sustain that.  But if you want to lay

22   a foundation, I won't consider the names or consider the

23   exhibits.

24               MR. MIRABELLI:  Thank you, Your Honor.

25   BY MR. MIRABELLI:

Lively - DIRECT

1  Q.  Other than the pause and outline of certain individuals,

2  does this video fairly and accurately appear to depict what's

3  in evidence as Government's Exhibit 302?

4  A.  Yes.

5        MR. MIRABELLI:  Your Honor, we'll hold off on offering

6  that now and we'll later lay a foundation for the individual

7  markings.

8        THE COURT:  Okay.

9        MR. MIRABELLI:  Pull up Government's Exhibit 312.

10        (Video played.)

11 BY MR. MIRABELLI:

12 Q.  Do you recognize this?

13 A.  Yes.  That's the Lower West Terrace.

14 Q.  Have you watched this before coming to court?

15 A.  Yes.

16 Q.  Do you appear in this video?

17 A.  I believe I do.

18        MR. MIRABELLI:  We can let it play just to make sure.

19     (Video played.)

20        MR. MIRABELLI:  Pausing.

21 BY MR. MIRABELLI:

22 Q.  At six seconds do you see yourself in Government's

23 Exhibit 312?

24 A.  Yes.

25 Q.  Does this fairly and accurately depict the West Plaza as it

Lively - DIRECT

```
 1    appeared on January 6, 2021?
 2    A.   Yes.
 3    Q.   And the events that took place there on January 6, 2021?
 4    A.   Yes.
 5            MR. MIRABELLI:  Your Honor, I'd offer Government's
 6    Exhibit 312 into evidence.
 7            THE COURT:  Same objection?
 8            MR. WOODWARD:  Yes, Your Honor.
 9            THE COURT:  Overruled.  Admitted.
10       (Government Exhibit 312 received in evidence.)
11            MR. MIRABELLI:  I'm going to pull up Government's
12    Exhibit 313.  Can you let it play for a little while.
13       (Video played.)
14            MR. MIRABELLI:  Pause it.  Sorry.
15            Can you go to three minutes.  Let it play.
16       (Video played.)
17            MR. MIRABELLI:  Pause.
18    BY MR. MIRABELLI:
19    Q.   At 3:02, do you see yourself?
20    A.   Yes.
21    Q.   Where is this located on Capitol grounds?
22    A.   It's on the Lower West Terrace, right by the inauguration
23    stage.
24    Q.   And who are the people in helmets carrying shields with the
25    face visors?
```

Lively - DIRECT

1   A.  That is individuals that are assigned to the Civil

2   Disturbance Unit that have their hard gear on.

3        MR. MIRABELLI:  If you can go back to about 2:50 and

4   play.

5     (Video played.)

6        MR. MIRABELLI:  Pause it.

7   BY MR. MIRABELLI:

8   Q.  Do you recognize the individual in the red hat?

9   A.  Yes.

10  Q.  How do you recognize him?

11  A.  It's the same individual that was at the Peace Circle and

12  the Pennsylvania Avenue walkway.

13  Q.  Does this video fairly and accurately depict the events

14  that occurred on the southwest portion of the West Plaza on

15  January 6th?

16  A.  Yes.

17       MR. MIRABELLI:  I'd offer Government's Exhibit 314

18  into evidence.

19            THE COURT:  Same objection.

20            MR. WOODWARD:  Court's brief indulgence.  Yes, ma'am,

21  same objection.

22            THE COURT:  Overruled.  Admitted over objection.

23     (Government Exhibit 314 received in evidence.)

24            MR. MIRABELLI:  Can you just Play it from 2:53.

25            (Video played.)

Lively - DIRECT

1           MR. MIRABELLI:  Pause at 3:07.

2   BY MR. MIRABELLI:

3   Q.  I'm going to circle this object.  Do you know what that is?

4   A.  It's one of your shields, called riot shields, that the

5   Civil Disturbance Units in the hard gear carry.

6   Q.  What are the dangers of a riot shield being taken away from

7   an officer in CDU equipment?

8   A.  It leaves the officer vulnerable to an attack and also it

9   can be used as a weapon against other officers.

10          MR. MIRABELLI:  Can you pull up Government's

11  Exhibit 316.

12          MR. WOODWARD:  Your Honor, for the record, we would

13  note that 314 is one of the exhibits we objected to as having

14  been untimely produced.

15          THE COURT:  Okay.

16          (Video played.)

17          MR. MIRABELLI:  If you can go to 22 minutes, and we're

18  going to only admit 22 minutes to 26 minutes.  And play a

19  little bit from 22 minutes.

20      (Video played.)

21          MR. MIRABELLI:  Pause.

22  BY MR. MIRABELLI:

23  Q.  Do you recognize who that individual is?

24  A.  Yes.  That's myself.

25  Q.  And does this video depict a similar moment in time as

Lively - DIRECT

1   what's already in evidence as Government's Exhibit 314?

2   A.  Yes.

3   Q.  Does it fairly and accurately depict that area of the

4   Capitol grounds on January 6th?

5   A.  Yes.

6          MR. MIRABELLI:  Your Honor, I'd offer Government's

7   Exhibit 316 into evidence.

8          THE COURT:  Same objection?

9          MR. WOODWARD:  Yes, Your Honor.  And I will also note

10  for the record that I was incorrect.  The exhibit list does

11  accurately reflect the counter the Government was seeking.  So

12  I apologize to the Government for that.

13         THE COURT:  Okay.

14         Overruled.  It's admitted over the objection.

15     (Government Exhibit 316 received in evidence.)

16         MR. MIRABELLI:  Going to Government's Exhibit 321.

17  Just let it play.

18     (Video played.)

19         MR. MIRABELLI:  Pause it.

20  BY MR. MIRABELLI:

21  Q.  Do you recognize this?

22  A.  Yes.

23  Q.  Is this the same area that was in 314 and 316?

24  A.  Yes.

25  Q.  Does it fairly and accurately depict the events at the

Lively - DIRECT

1    Southwest Plaza on January 6th?

2    A.  Yes.

3          MR. MIRABELLI:  I'd offer Government's Exhibit 321

4    into evidence.

5          THE COURT:  Same objection?

6          MR. FEITEL:  Yes, Your Honor.

7          THE COURT:  Overruled.  It's admitted.

8      (Government Exhibit 321 received in evidence.)

9          MR. MIRABELLI:  Play from seven seconds.

10          (Video played.)

11          MR. MIRABELLI:  Pause.

12      So stopping at 20 seconds.  If you'll pull up Government's

13    Exhibit 322.

14      (Video played.)

15          MR. MIRABELLI:  And pull up Government's Exhibit 323.

16          (Video played.)

17    BY MR. MIRABELLI:

18    Q.  Do you recognize Government's Exhibit 322 and 323?

19    A.  Yes.

20    Q.  Do they appear to be from a similar area of the Capitol

21    grounds on January 6, 2021?

22    A.  Yes.

23    Q.  Do you know -- it's all right if you don't remember but do

24    you appear in both Government's Exhibit 322 and 323?

25    A.  I'm sorry, I don't remember.

Lively - DIRECT

```
1              MR. MIRABELLI:  You can go back to 322 and let it play
2   a little bit.
3       (Video played.)
4   BY MR. MIRABELLI:
5   Q.  Do you see yourself at 13 seconds?
6   A.  Yes.
7              MR. MIRABELLI:  Going to the next one, 323.
8       (Video played.)
9              MR. MIRABELLI:  If you go ahead to -- I think it's
10  about 30 seconds.
11             (Video played.)
12  BY MR. MIRABELLI:
13  Q.  Do you see yourself?
14  A.  Yes.
15  Q.  Where were you?
16  A.  I was on the inauguration stage but on the far-right of
17  this video.
18  Q.  Did you just appear for a moment on the right side of the
19  screen?
20  A.  Yes.
21             MR. MIRABELLI:  Your Honor, I'd offer Government's
22  Exhibit 322 and 333 into evidence.
23             THE COURT:  Same objection?
24             MR. WOODWARD:  Yes, Your Honor.
25             THE COURT:  Overruled.  It's admitted, both exhibits.
```

Lively - DIRECT

1           (Government Exhibits 322, 323 received in evidence.)

2                MR. MIRABELLI:  If you can pull up Government's

3     Exhibit 330.  And go to about one minute.

4                (Video played.)

5     BY MR. MIRABELLI:

6     Q.  Do you recognize this area?

7     A.  Yes.

8     Q.  Do you see yourself?

9     A.  I do.

10    Q.  Is this the statement moment in time as the videos we've

11    just been observing?

12    A.  Yes.

13    Q.  Does this video fairly and accurately depict this area of

14    the Southwest Plaza on January 6, 2021?

15    A.  Yes.

16                MR. MIRABELLI:  Your Honor, I'd offer Government's

17    Exhibit 330 into evidence.

18                MR. FEITEL:  Objection.

19                THE COURT:  Same one?

20                MR. FEITEL:  No.  I have a more specific objection.

21                THE COURT:  Sure.  What is it?

22                MR. FEITEL:  Whether this is being admitted for the

23    panoramic view or whether to prove that the persons in the

24    photograph -- in the still, actually from the video, were

25    actually there at that place and time.  Those are different

Lively - DIRECT

1    matters.

2         Perhaps I'm not making myself so clear.  It's getting

3    late in the day for me.  But there is a difference between

4    saying this accurately depicts in general the events that took

5    place as opposed to I remember these people in the still frame

6    in the video were actually there.

7         MR. MIRABELLI:  Your Honor, I think Sergeant Lively is

8    testifying to what he observed in this area of the Southwest

9    Plaza at around this time when he was over here.  There was a

10   series of events that had been captured from various different

11   angles.

12        And again, the circumstantial evidence that is allowed

13   to -- the fact that it was captured from different angles from

14   different independent people and sources and posted online on

15   independent sites I think helps establish the veracity of the

16   evidence itself.

17        THE COURT:  Objection overruled.  It's admitted.

18      (Government Exhibit 330 received in evidence.)

19        MR. MIRABELLI:  So if you pull up Government's

20   Exhibit 208.

21          (Video played.)

22   BY MR. MIRABELLI:

23   Q.  Do you see yourself in Government's Exhibit 208?

24   A.  Yes.

25   Q.  Is this the same area of the Southwest Plaza from

Lively - DIRECT

1    January 6th?

2    A.   Yes.

3    Q.   Have you watched this video before?

4    A.   Yes.

5    Q.   And does it fairly and accurately depict the events on the

6    Southwest Plaza on January 6th at this time?

7    A.   Yes.

8         MR. MIRABELLI:  Your Honor, I'd offer Government's

9    Exhibit 208 into evidence.

10        THE COURT:  Same objection?

11        MR. FEITEL:  Yes, Your Honor.

12        THE COURT:  Admitted.

13    (Government Exhibit 208 received in evidence.)

14        MR. MIRABELLI:  If you could pull up Government's

15    Exhibit 209.  And play forward just a little bit.

16    (Video played.)

17        MR. MIRABELLI:  Pause there.

18    BY MR. MIRABELLI:

19    Q.   Did you see yourself in this?

20    A.   Yes.

21    Q.   Where were you?

22    A.   I was on the left-hand side of the video.

23    Q.   Currently, is only your hand exposed to the screen?

24    A.   Correct.

25    Q.   Do you see -- I'm going to direct your attention to an

Lively - DIRECT

1  individual in the center, wearing a red hat and white hood.  Do

2  you recognize that individual?

3  A.  That's the individual I identified on the Pennsylvania

4  Avenue walkway.

5  Q.  Does this video also fairly and accurately depict the

6  events on the Southwest Plaza?

7  A.  Yes.

8  Q.  From January 6th?

9  A.  Yes.

10         MR. MIRABELLI:  I'd offer Government's Exhibit 209

11  into evidence.

12         THE COURT:  Same objection?

13         MR. FEITEL:  Yes, Your Honor.

14         THE COURT:  Admitted.

15     (Government Exhibit 209 received in evidence.)

16         MR. MIRABELLI:  Government's Exhibit 210.

17         (Video played.)

18  BY MR. MIRABELLI:

19  Q.  Do you see yourself in Government's Exhibit 210?

20  A.  Yes.

21  Q.  Is this the same area from the southwest side of the West

22  Plaza on January 6th?

23  A.  Yes.

24  Q.  Does it fairly and accurately depict the events of that

25  area?

Lively - DIRECT

```
 1    A.  Yes.
 2            MR. MIRABELLI:  I'd offer Government's Exhibit 210
 3    into evidence.
 4            THE COURT:  Same objection?
 5            MR. FEITEL:  Yes, Your Honor.
 6            THE COURT:  It's admitted.
 7       (Government Exhibit 210 received in evidence.)
 8            MR. MIRABELLI:  Going to Government's Exhibit 211.
 9            (Video played.)
10    BY MR. MIRABELLI:
11    Q.  Do you recognize this?
12    A.  Yes.
13    Q.  Have you watched this video before coming to court?
14    A.  Yes.
15    Q.  Does this also fairly and accurately depict the events on
16    the southwest side of the West Plaza on January 6th?
17    A.  Yes.
18    Q.  Is it just shot from a different angle?
19    A.  Yes.
20            MR. MIRABELLI:  Your Honor, I'd offer Government's
21    Exhibit 211 into evidence.
22            MR. FEITEL:  I object on relevance grounds this time.
23            THE COURT:  Okay.
24            MR. MIRABELLI:  Your Honor, I think we've established
25    that these events, we've referred to them now generally as
```

Lively - DIRECT

1   these events on the Southwest Plaza, but these events on the

2   Southwest Plaza include two defendants that were there.

3   Obviously, Sergeant Lively doesn't have personal knowledge as

4   to who these defendants are.  You know, the defendants'

5   identities will be connected up later, but these events are

6   relevant and we've established that at least one of the

7   defendants that he recognized from Peace Circle was there.

8           THE COURT:  Overruled.  It's admitted.

9       (Government Exhibit 211 received in evidence.)

10          MR. MIRABELLI:  If you can pull up Government's

11  Exhibit 307.  And let it play until about 10 seconds.

12      (Video played.)

13          MR. MIRABELLI:  I'm sorry, go to 20 seconds.

14          (Video played.)

15  BY MR. MIRABELLI:

16  Q.  Do you recognize this?

17  A.  Yes.

18  Q.  Have you watched this video before coming to court?

19  A.  Yes.

20          MR. MIRABELLI:  Can you let it play until 29 seconds.

21      (Video played.)

22  BY MR. MIRABELLI:

23  Q.  Do you see yourself?

24  A.  Yes.

25  Q.  At 26 seconds?

Lively - DIRECT

1   A.  Yes.

2   Q.  Who are the people the video panned above you up on the

3   balconies here?

4   A.  Could you rewind?

5   Q.  Yeah, of course.

6          MR. MIRABELLI:  Can you go back.

7       (Video played.)

8          MR. MIRABELLI:  Can you pause there.

9   BY MR. MIRABELLI:

10  Q.  Are you able to tell who -- not who the particular

11  individuals are but who they might be?

12  A.  It could be -- we had a Less Than Lethal team that was

13  placed up there and I believe we had our crime scene units out

14  there, but I can't say for certainty.

15  Q.  Okay.  And does this video fairly and accurately depict the

16  layout of the West Plaza on January 6th?

17  A.  Yes.

18  Q.  Does it fairly and accurately depict events that were

19  occurring at this time that you were there?

20  A.  Yes.

21          MR. MIRABELLI:  Your Honor, I'd offer Government's

22  Exhibit 307 into evidence.

23          THE COURT:  Same objection?

24          UNIDENTIFIED SPEAKER:  Yes, Your Honor.

25          THE COURT:  Overruled.

Lively - DIRECT

1          (Government Exhibit 307 received in evidence.)

2                MR. MIRABELLI:  Go to 1:01.  And play from there.

3             (Video played.)

4                MR. MIRABELLI:  Pause.

5     BY MR. MIRABELLI:

6     Q.  Circling an individual in a red hat off to the left side of

7     the screen.  Do you recognize that person?

8     A.  Yes.  It's the individual I identified at the Pennsylvania

9     Avenue walkway.

10                MR. MIRABELLI:  So I'm going to pull up 315, please.

11    If you could play from there.

12            (Video played.)

13                MR. MIRABELLI:  Pause there.

14    BY MR. MIRABELLI:

15    Q.  Do you recognize the individual with his back towards you

16    at this moment?

17    A.  This is the individual that was at the Pennsylvania Avenue

18    walkway.

19    Q.  How can you tell?

20    A.  Based on the red hat and the white sweatshirt over the

21    black shirt.

22    Q.  During this time while you were on the West Plaza, does

23    this fairly and accurately depict the way the West Plaza was

24    laid out?

25    A.  Yes.

Lively - DIRECT

1    Q.  Did there come a time when Metropolitan Police Department

2    officers responded to the West Front of the Capitol?

3    A.  Yes, they did.

4    Q.  How were they outfitted?

5    A.  You see the officers that are wearing the bright yellow

6    jackets?  That is, I believe, their mountain bike unit that

7    responded, and they were the first ones to respond.

8    Q.  What happened when the mountain bike unit of the

9    Metropolitan Police Department responded?

10   A.  We were able to create a new police line based on their

11   numbers.

12          MR. MIRABELLI:  Your Honor, I'd offer Government's

13   Exhibit 315 into evidence.

14          THE COURT:  Same objection?

15          THE WITNESS:  Yes, Your Honor.

16          THE COURT:  It's admitted.

17      (Government Exhibit 315 received in evidence.)

18          MR. MIRABELLI:  Going to Government's Exhibit 317.

19   And if you can just let it play.

20      (Video played.)

21          MR. MIRABELLI:  Pause there.

22   BY MR. MIRABELLI:

23   Q.  Do recognize the individual in the red hat there?

24   A.  Yes.  It's the individual I identified at the Pennsylvania

25   Avenue walkway.

Lively - DIRECT

```
 1   Q.  Does this video fairly and accurately depict the layout of
 2   the West Front after the Metropolitan Police Department
 3   responded to the West Front?
 4   A.  Yes.
 5          MR. MIRABELLI:  Your Honor, I'd offer Government's
 6   Exhibit 317 into evidence.
 7          THE COURT:  Same objection?
 8          UNIDENTIFIED SPEAKER:  Yes, Your Honor.
 9          THE COURT:  It's admitted.
10      (Government Exhibit 317 received in evidence.)
11          MR. MIRABELLI:  Go to Government's Exhibit 324.
12          (Video played.)
13   BY MR. MIRABELLI:
14   Q.  You previously testified you ended up under the north
15   scaffolding at some point, correct?
16   A.  That's correct.
17   Q.  Do you recall exactly when that was on January 6th?
18   A.  No, I don't know the time.
19   Q.  Does this video --
20          MR. MIRABELLI:  You can let it play a little bit.
21      (Video played.)
22          MR. MIRABELLI:  Pause it right there.
23   BY MR. MIRABELLI:
24   Q.  As the camera panned out from underneath the scaffolding
25   towards the crowd, does this fairly and accurately depict the
```

Lively - DIRECT

1    West Front of the Capitol grounds on January 6th?

2    A.   Yes.

3         MR. MIRABELLI:   Can you play from 10 seconds.

4    (Video played.)

5         MR. MIRABELLI:   Can you pause there.

6    BY MR. MIRABELLI:

7    Q.   Do you recognize anyone?

8         MR. MIRABELLI:   You can let it play a little bit.

9         (Video played.)

10        THE WITNESS:   Yeah.

11        MR. MIRABELLI:   Go back to that 20 seconds, yeah.   And

12   go frame by frame a little bit.

13   (Video played.)

14        MR. MIRABELLI:   Sorry, it must have been earlier, I

15   apologize.   If you go back to 15 seconds and let it play.

16   (Video played.)

17        MR. MIRABELLI:   Pause there.   Just go frame by frame.

18   (Video played.)

19        MR. MIRABELLI:   Stop there.

20   BY MR. MIRABELLI:

21   Q.   Did you recognize that individual?

22   A.   Yes.   This is the individual I identified at the

23   Pennsylvania Avenue walkway.

24   Q.   Does this appear to be a fair and accurate depiction of the

25   way the area underneath the scaffolding looked on

Lively - DIRECT

1   January 6, 2021?

2   A.   Yes.

3        MR. MIRABELLI:   Your Honor, I offer Government's

4   Exhibit 324 into evidence.

5        THE COURT:   Any objection?

6        MR. WOODWARD:   Same objection, Your Honor.

7        THE COURT:   This is just for me to consider how the

8   scaffolding looked.

9        MR. MIRABELLI:   Yes, Your Honor.   The identity of the

10  subject will be connected up later and there will be other

11  circumstantial evidence that shows the individual traveling to

12  the area, and I think there will also be testimony regarding

13  what this individual got from the scaffolding.   I think here

14  we're laying a foundation for authenticity that this looks like

15  the area of the scaffolding on January 6th.   Of course, that

16  scaffolding is only there during that time frame, and to

17  establish that.

18       THE COURT:   Okay.

19       MR. WOODWARD:   So the record is clear, the officer is

20  not testifying he was present and personally witnessed the

21  events.   He's simply testifying he recognizes the scaffolding

22  in the background, and, therefore, everything else he sees must

23  be a fair and accurate depiction of the video.

24       THE COURT:   I understand that.   At this point, all

25  they're offering it is to show me what the scaffolding looked

Lively - DIRECT

1   like, right?

2            MR. MIRABELLI:  Yes, Your Honor.

3            THE COURT:  He's not in this video clip or witnessing

4   these events.

5            MR. MIRABELLI:  No, Your Honor.  And he's

6   authenticating that the individual from the Peace Circle, the

7   person he recognized to be from the Peace Circle, is there.

8   There's no indication that a crowd of this size, including that

9   individual in the denim jacket, was there on any other date

10  other than January 6, 2021.

11           So I think this video fairly could be offered to show

12  that this is underneath the scaffolding on January 6, 2021, and

13  this is what that area looked like during the day on

14  January 6th.

15           THE COURT:  Okay.  But you're going to call other

16  witnesses?

17           THE WITNESS:  Yes, Your Honor.

18           THE COURT:  So I won't receive it -- are you going to

19  ask him more questions about this?

20           MR. MIRABELLI:  No, Your Honor.

21           THE COURT:  I'm not going to admit it at this point,

22  subject to additional testimony from any other witnesses.  So

23  sustained for now.

24           MR. MIRABELLI:  If you could go to Government's

25  Exhibit 325.  And just let it play to about three seconds.

Lively - DIRECT

1           (Video played.)

2    BY MR. MIRABELLI:

3    Q.  Does this depict the same area of the Capitol grounds just

4    from outside the scaffolding?

5    A.  Yes.

6    Q.  Do you know what scaffolding this is?

7    A.  That's the scaffolding that's over the north steps.

8    Q.  And how do you know that?

9    A.  Because it was the only one on January 6th that had the

10   tarp over it in this location where the face was covered.

11   Q.  Does this fairly and accurately reflect the way this area

12   of the West Front appeared on January 6, 2021?

13   A.  Yes.

14           MR. MIRABELLI:  Your Honor, again, we'd offer -- I

15   guess we'll, you know, hold off on offering this into evidence

16   at this time, and wait to connect it up through a later

17   witness.

18           THE COURT:  Okay.

19           MR. MIRABELLI:  And Government's Exhibit 336.

20           (Video played.)

21           MR. MIRABELLI:  We can move past that.

22           Can you go to Government's Exhibit 337.

23           (Video played.)

24   BY MR. MIRABELLI:

25   Q.  Showing you -- do you recognize Government's Exhibit 337?

Lively - DIRECT

1    A.  Yes.

2    Q.  What does it appear to depict?

3    A.  It appears to be the scaffolding that's on the north steps

4    of the West Front.

5    Q.  Does this fairly and accurately depict the way that

6    scaffolding looked on January 6th?

7    A.  Yes.

8         MR. MIRABELLI:  Your Honor, again, we'll hold off on

9    offering that 337.

10         THE COURT:  Okay.

11   BY MR. MIRABELLI:

12   Q.  Sergeant Lively, does the U.S. Capitol Police wear

13   body-worn camera?

14   A.  We do not.

15   Q.  Are you familiar if whether Metropolitan Police Department

16   wears body-worn camera?

17   A.  Metropolitan Police Department does wear them.

18   Q.  How do you know that?

19   A.  Interacting with them on different days, part of my

20   responsibilities.

21   Q.  When the Metropolitan Police Department responded on

22   January 6, 2021, you previously testified that there was a

23   portion in neon jackets?

24   A.  Yes.

25   Q.  Did that unit also respond to the southwest portion of the

Lively - DIRECT

1  West Plaza?

2  A.  Yes.  They came down the south steps.

3      MR. MIRABELLI:  If you could pull up Government's

4  Exhibit 6, which I believe has already been authenticated for

5  demonstrative use.

6  BY MR. MIRABELLI:

7  Q.  Can you just kind of generally show the Court where the

8  Metropolitan Police Department officers originally came from

9  when they responded and where they ended up?

10  A.  It would have been this structure right here.  They would

11  have come down these steps and they helped form a line over

12  here.

13      MR. MIRABELLI:  So for the record, the witness drew a

14  roughly 90-degree -- two lines at roughly 90 degrees around the

15  outside of the south scaffolding and then a straight line

16  across the front of the West Plaza, or I guess more like the

17  Lower West Terrace area.

18  BY MR. MIRABELLI:

19  Q.  Is that correct?

20  A.  Yes.

21      MR. MIRABELLI:  Can you pull up Government's

22  Exhibit 409, please.

23          (Video played.)

24  BY MR. MIRABELLI:

25  Q.  At about 1:13 p.m. on January 6th, were you still on the

Lively - DIRECT

1   West Plaza?

2   A.   Yes.

3   Q.   And do you know who the individuals in the -- I'm sorry,

4   the neon jacket depicted at zero seconds is?

5   A.   Officers of the Metropolitan Police Department.

6        MR. MIRABELLI:  Can you go to 49 seconds.  And play

7   for about one second, sorry.

8        (Video played.)

9        MR. MIRABELLI:  Can you go back to 49, and just maybe

10  frame by frame.

11       (Video played.)

12       MR. MIRABELLI:  Stopping right there.

13  BY MR. MIRABELLI:

14  Q.   Do you see this individual in the red hat?

15  A.   Yes.

16  Q.   Do you recognize him?

17  A.   It's the individual I identified at the Pennsylvania Avenue

18  walkway.

19  Q.   Does this --

20       MR. MIRABELLI:  Your Honor, I guess, the body-worn

21  camera -- well, as I mentioned previously, we haven't entered

22  the stipulation with Mr. Woodward yet, but he said --

23       MR. WOODWARD:  I signed it.

24       MR. MIRABELLI:  So we do have a stipulation as to the

25  body-worn camera authentication.  So I'm going to offer this

Lively - DIRECT

1   into evidence at this point.

2          THE COURT:  Any objection?

3          MR. WOODWARD:  Only, for the record, this is the video

4   that we sought to have suppressed based on its untimely

5   disclosure.

6          THE COURT:  If that's the only objection, overruled.

7   It's admitted.

8       (Government Exhibit 409 received in evidence.)

9          MR. MIRABELLI:  If you can just play from 49 seconds.

10      (Video played.)

11         MR. MIRABELLI:  Stop there at 1:04.

12         Show Government's Exhibit 303.

13         (Video played.)

14  BY MR. MIRABELLI:

15  Q.  Do you recognize at zero seconds these individuals, who

16  they are?

17  A.  They appear to be members of the Metropolitan Police

18  Department.

19         MR. MIRABELLI:  For the record, I circled three to

20  four individuals behind a section of bike rack fencing in the

21  center of the screen, wearing neon jackets.

22  BY MR. MIRABELLI:

23  Q.  And what's the structure in that background here?

24  A.  That's the scaffolding that's above the south steps of the

25  Lower West Terrace.

Lively - DIRECT

1   Q.  How can you tell?

2   A.  Based on it not being covered by the tarp, and then also on

3   the position of where we're looking at the Capitol.

4   Q.  So does this scene fairly and accurately depict the layout

5   of the West Front on January 6th after Metropolitan Police

6   responded and was able to reestablish the line?

7   A.  Yes.

8        MR. MIRABELLI:  Your Honor, I offer Government's

9   Exhibit 303 into evidence.

10       THE COURT:  Any objection?

11       MR. WOODWARD:  Yes, Your Honor.  I don't believe the

12  officer has testified he was present or he personally witnessed

13  this scene.  It appears the Government is trying to have him

14  identify landmarks and, thereby, authenticate everything that's

15  happening in the video based on his recognition of the

16  landmarks, and we submit that's not a proper authentication.

17       THE COURT:  Did he observe these events?

18       MR. MIRABELLI:  No, Your Honor.  Again, the

19  circumstantial evidence that we're laying the foundation for is

20  to depict areas of the Capitol, and it is -- authentication is

21  to show that the item being offered is what is purports to be.

22       So this is video from January 6th.  He was there

23  during the time that the Metropolitan Police Department

24  responded to the area, established a line in this area.  He may

25  not be depicted or witnessed these particular rioters doing any

Lively - DIRECT

1    certain act at this moment in time, but I think that this is a

2    continuous stream of events and that the video is -- any

3    challenge to whether or not it was fabricated or something of

4    that nature goes to its weight.  I mean, there's no real

5    challenge that the defendant was there.

6         THE COURT:  I mean, if you want me to just consider

7    that this is the scene and this is the scaffolding that was up

8    on January 6th, and that there was a police line and this

9    was -- this appears to be from January 6th, I'll consider it

10   for that purpose.  I don't think he's trying to have me look at

11   what anyone was doing or testifying about what people in the

12   photo are doing.

13        MR. MIRABELLI:  Right, Your Honor.  But once this is

14   in evidence, we intend to have other witnesses who are familiar

15   with individuals and elaborate on people's conduct --

16        THE COURT:  Right.

17        MR. MIRABELLI:  -- within these videos.  I don't think

18   that -- you know, the defendants may object to

19   characterizations and stuff at that time or argue or

20   cross-examine on those points, but I think it should be

21   admissible and then they can argue how it should be

22   characterized or whatnot.

23        THE COURT:  Okay.  At this point, I'll admit it for

24   the purpose that I just described, and subject to other

25   witnesses providing context for this.

Lively - DIRECT

```
 1          MR. WOODWARD:  Respectfully, Your Honor, I don't think
 2   it can be admitted for that limited purpose.  I think that for
 3   the Court -- even the Court, to take a video like this and
 4   divorce the depiction of the Capitol building in the background
 5   from the scene that is going to be depicted in the rest of the
 6   video is improper.  The Government has failed to lay a proper
 7   foundation for why the entirety of the video is, in fact,
 8   authentic, and we don't think the Court should see the video
 9   unless and until the Government can authenticate what's
10   happening in that video.
11          THE COURT:  Is there a witness that was there at this
12   time that's going to testify about these events?
13          MR. MIRABELLI:  No, Your Honor.  But there's a witness
14   that will recognize Mr. Samsel in this moment in time and
15   identify him and talk about what he was doing.
16          THE COURT:  Not because he saw him doing it on the
17   day?
18          MR. MIRABELLI:  No, Your Honor.  But, again, the
19   circumstantial evidence that this is being cross-referenced to,
20   and maybe I should have asked this foundational question, is
21   that this is a similar moment in time to the body-worn camera
22   that's already in evidence.  This is the same location as that
23   body-worn camera, similar moment in time, showing a portion of
24   the events that the body-worn camera may or may not have
25   captured.
```

Lively - DIRECT

 1          THE COURT:  Okay.  So how much more time do you have

 2    with this witness on direct?

 3          MR. MIRABELLI:  Your Honor, I think probably about

 4    20 minutes.

 5          THE COURT:  I have to take a mid-afternoon break for

 6    staff.  Let's take a 15-minute break now.  And then we'll come

 7    back and resume and deal with this.

 8       (A recess was taken at 3:37 PM)

 9          THE COURT:  All right.  Mr. Mirabelli, can we have the

10    sergeant step out while we close the loop on the issue we were

11    discussing.

12          MR. MIRABELLI:  Yes, Your Honor.

13          THE COURT:  We'll come get you when we're ready.

14          So there was an objection to the last video.  Can

15    someone give me the exhibit number again?

16          MR. MIRABELLI:  303.

17          THE COURT:  303?

18          MR. MIRABELLI:  Yes, Your Honor.

19          THE COURT:  What is it that you want this witness to

20    authenticate?

21          MR. MIRABELLI:  We want the witness to authenticate

22    the video as being a fair and accurate representation of the

23    West Front from January 6th, the fact that the police line was

24    established there.  I mean, I think -- Your Honor, I think once

25    we get another witness on the stand that says this is what

Lively - DIRECT

1   Mr. Samsel appears to be doing at that time and I recognize

2   Mr. Samsel from my interactions with them, then the video's

3   authentic.  The relevance has been established.

4          The argument could be made by defense that the Court

5   should disregard this video because its weight is not such

6   that -- we haven't disproven or something that it hasn't been

7   altered or whatever.  But that's not the requirement for

8   foundation.  I think if the circumstantial evidence is

9   abundant, that there's a -- that the video is authentic based

10  on the layout of where the Metropolitan Police officers were,

11  the formation of the police officers, the location of certain

12  items on the Capitol grounds, such as the media tower and the

13  south scaffolding being uncovered on January 6th.

14         So the circumstantial evidence shows -- which is

15  appropriate for authenticity, shows that these are videos from

16  January 6th.  And the defense can argue that the Court

17  shouldn't give them much weight because they could have been

18  altered in some way or something, but I don't think that that's

19  a baseline for authentication when the circumstances are a

20  January 6th context.

21         And I think throughout this trial there's going to be

22  a lot of moments where these defendants are traveling the

23  Capitol grounds surrounded by only other rioters.  And the

24  video that exists of these defendants doing certain actions on

25  the Capitol grounds, no witness would be able to say that, you

Lively - DIRECT

1   know, I saw that person doing that unless we had, you know,

2   another rioter or something come to testify.  But that's not

3   the case here.

4           So I just don't think it's -- I think it goes to

5   weight and not admissibility, and that the Government should be

6   able to argue that the defendant was -- for example, defendant

7   Randolph was on top of the scaffolding at a certain time.

8   Which there is other circumstances that the Court will hear

9   later, like we have video of him on there, but he also says in

10  his statement, I looked down and saw the violence in the

11  tunnel.

12          So there are a lot of circumstances that leads to an

13  indicia of veracity for the videos themselves, and to the

14  extent that the defense wants to challenge these videos as

15  being not authentic, I think they can argue that and the tryer

16  of fact can give the appropriate weight to the evidence.

17          THE COURT:  Okay.  Mr. Woodward?

18          MR. WOODWARD:  Your Honor, respectfully, the rules of

19  evidence don't exist to make the prosecutor's job easier.  The

20  video depicts Metropolitan Police Department officers viewing

21  the scene.  Why aren't those officers here to testify in this

22  trial?  It can't be that every single officer who was on the

23  line on the West Front is unavailable.

24          We know nothing about where this third-party video

25  came from.  We know nothing about how it was created.  We know

Lively - DIRECT

1    nothing about whether it accurately depicts the scene that day.

2    The Government has come forward with video that they've given

3    us merely links to, and is asking this Court to conclude that

4    by identifying the Capitol building in the background, what

5    happens in the crowd must be true.  And they're asking this

6    Court to conclude that what happens must be true.

7            We can argue that the Court shouldn't believe it, but

8    we shouldn't have to argue that because the Government has

9    failed to overcome even a minimal burden showing that this

10   video is what it purports to be.

11           To have some witness come in here -- any witness, it

12   doesn't have to be Officer Lively, and it sounds like they're

13   going to try to do that with their case agents -- and say,

14   well, I've looked at this video and that looks like the Capitol

15   building, well, somebody find me a graphic of the Titanic

16   sinking and we'll superimpose that over the Capitol building

17   and call that authentic.

18           We don't know anything about the video.  It's been our

19   complaint since the start of this trial.  And we think the

20   Government owes just a little bit more to Mr. Samsel before

21   they ask you to find him guilty in proving up what this video

22   is, where it comes from and whether it should be considered by

23   Your Honor as part of this trial.

24           THE COURT:  I understand the arguments.  What I hear

25   the Government to be saying that I agree with is that they can

Lively - DIRECT

1    provide the requisite indicia of authenticity to satisfy the

2    burden of admissibility through circumstantial evidence.  And

3    that's what they intend to do.

4         So this witness is essentially testifying that I

5    recognize -- even though he can't testify as to what happened

6    and he's not purporting to testify about any individual action

7    of anyone in the crowd, but he can say, I was the sergeant on

8    duty that day.  I know this happened January 6th because this

9    distinctive characteristic, that distinctive characteristic.

10   That's the day that we had the MPD police lines.  That's how

11   they were set up that day.  That's what you are getting from

12   this witness.

13        MR. MIRABELLI:  Yes, Your Honor.  And specifically for

14   Exhibit 303, I think it's important to note that -- and maybe

15   we didn't get there in the exhibit, but Mr. Samsel is turning

16   in such a way and things are happening around him that directly

17   corresponds with the body-worn camera that's in evidence as

18   Exhibit 409.  So I think that adds to the veracity for that

19   particular exhibit.

20        So where that's feasible, where we have that kind of

21   circumstantial evidence, we intend to use that type of

22   circumstantial evidence.  But there's also other incidents --

23   like, there's other exhibits that are coming up in this

24   testimony that we intend to lay a foundation for for the

25   authenticity of the west grounds, the southwest lawn, where

Lively - DIRECT

1    Mr. Johnson's making several statements.  These are statements

2    of the defendant.  We're going to link them up through someone

3    who recognizes his voice, in some of the videos who sees him on

4    the Capitol grounds yelling through the megaphone.

5            So the fact that this happened on Capitol grounds on

6    January 6th is important, and I think we should be able to

7    argue that the videos authentically show that.  But it's also

8    the defendant's statements that make it relevant.

9            THE COURT:  I appreciate the arguments.  I'm going to

10    admit it conditionally, subject to you being able to link

11    through circumstantial evidence that this is, in fact, a video

12    that depicts the events of January 6th.  And I think the other

13    arguments would go to weight.  So let's call the Sergeant back

14    in.

15        (Government Exhibit 303 received in evidence.)

16            THE COURT:  Thanks again for your patience.

17            You can proceed.

18            MR. MIRABELLI:  Thank you, Your Honor.

19            Can you pull up Government's Exhibit 303, and just let

20    it play.

21        (Video played.)

22            MR. MIRABELLI:  Go back to about four seconds, please.

23    Sorry, back to two seconds.  I'm sorry, back to the beginning.

24            (Video played.)

25            MR. MIRABELLI:  And pause there at still zero seconds.

Lively - DIRECT

1    BY MR. MIRABELLI:

2    Q.   Sergeant Lively, do you recognize anyone in this video?

3    A.   Yes.   The individual identified at Pennsylvania Avenue

4    walkway.

5    Q.   And, again, the individuals in the neon jackets are who?

6    A.   Metropolitan Police Department.

7    Q.   Does this roughly correspond with your memory of where the

8    Metropolitan Police responded and established a police line on

9    the West Front?

10         MR. WOODWARD:   Objection, Your Honor.   The video is

11   not in evidence, so I don't think we should be asking a witness

12   about it.

13         THE COURT:   I'm assuming that's the foundational

14   question.   So he can ask if that comports with what he recalls

15   on that day.   Overruled.

16         MR. MIRABELLI:   Going to Government's Exhibit 409,

17   which is already in evidence.

18     (Video played.)

19         MR. MIRABELLI:   Can you pause that.

20   BY MR. MIRABELLI:

21   Q.   Does this appear to be the same or similar location as

22   Government's Exhibit 303?

23   A.   Yes.

24         MR. MIRABELLI:   If you can play from 15 seconds.

25     (Video played.)

1          MR. MIRABELLI:  Can you pause there.

2    BY MR. MIRABELLI:

3    Q.  Sergeant Lively, at about 1:01, do you see the same

4    individual you saw from Pennsylvania walkway?

5    A.  Yes.

6    Q.  Where is he?

7    A.  He's underneath the MPD officer's outstretched hand.

8    Q.  What does the individual with the neon jacket, that hand

9    appear to be holding?

10   A.  Their pepper spray.  I'm not sure what they carry but

11   pepper spray.

12         MR. WOODWARD:  Objection, Your Honor.  I don't think

13   it's appropriate for the witness to be asked about a video

14   where he wasn't there to see the scene.

15         THE COURT:  Sustained.

16         MR. MIRABELLI:  Sorry, Your Honor.  Just so I

17   understand, this is in evidence and the witness just said that

18   he saw the individual that he recognized from Pennsylvania

19   Avenue walkway.

20         THE COURT:  What is the relevance of the officer

21   spraying pepper spray?  He wasn't there.  He didn't see it.

22         MR. MIRABELLI:  This is circumstantial evidence that

23   connects up the authentication to 303 that shows the person

24   identified in the red hat acting in a similar manner as what

25   appears consistent with what happened in 303, which is

Lively - DIRECT

1  open-source video.

2          THE COURT:  And this is the body-worn camera video?

3          MR. MIRABELLI:  Right, that the authentication hasn't

4  been challenged for and it's in evidence.

5          THE COURT:  I see.  I think I switched the videos.

6          So Mr. Woodward, this is the video you stipulated to

7  its authenticity.  Have I already admitted -- I already

8  admitted this into evidence.  So what's the objection?

9          MR. WOODWARD:  The objection is we're having a lay

10  witness observe video of a scene that the witness was not

11  present for, for the sole purpose of having him watch video,

12  the source of which we know nothing, so that he can --

13          THE COURT:  This is the body-cam video that you

14  already stipulated to.

15          MR. WOODWARD:  I understand that.  But this witness

16  did not witness this scene.  So it is improper for us to show

17  this witness random video that he otherwise has no connection

18  to, and then to ask him questions about that video, let alone

19  have him authenticate some third-party video based on his

20  review, a video he doesn't have personal knowledge of.

21          THE COURT:  You just want to get out that this looks

22  like pepper spray, based on his personal knowledge?  Not that

23  he saw this, but this is in evidence -- you're showing him

24  something that's in evidence and asking him does he recognize

25  what this is, essentially?

Lively - DIRECT

```
1              MR. MIRABELLI:  Yes, Your Honor.
2              THE COURT:  I'll overrule it, then, for that purpose.
3              MR. MIRABELLI:  Going back to Government's
4    Exhibit 303.
5              (Video played.)
6              MR. MIRABELLI:  If you can pause it there.
7    BY MR. MIRABELLI:
8    Q.  Did that moment on Government's Exhibit 303 appear to be
9    consistent with what you observed in Government's Exhibit 409?
10   A.  Yes.
11   Q.  Are the Metropolitan Police officers in the same or similar
12   location as they were?
13   A.  Yes.
14   Q.  Does the person in the red hat appear to be turning their
15   body in a similar manner as was depicted in Government's
16   Exhibit 409?
17   A.  Yes.
18             MR. MIRABELLI:  Your Honor, I offer Government's
19   Exhibit 303 into evidence.
20             THE COURT:  Same objection?
21             MR. WOODWARD:  No.  The objection -- well, to be
22   specific, the objection that it is wholly inappropriate for the
23   Government to put a lay witness on the stand, watch two videos
24   and claim that the second is the same as the first, when this
25   witness was not present at the scene, did not witness the
```

Lively - DIRECT

 1    events depicted in the scene.

 2               THE COURT:  Do you intend to call the officer whose

 3    body-worn camera footage we watched?

 4               MR. MIRABELLI:  No, Your Honor.  It's already in

 5    evidence so I think it can be considered.  We do intend to call

 6    a witness who's more familiar with Mr. Samsel and has --

 7               THE COURT:  Why don't I defer admissibility until that

 8    witness is called.  So sustained for now.

 9               MR. MIRABELLI:  Can you go to Government's

10    Exhibit 340, please.

11               (Video played.)

12    BY MR. MIRABELLI:

13    Q.  Do you recognize Government's Exhibit 340?

14    A.  Yes.

15    Q.  What is it?

16    A.  That is Peace Circle right by the Pennsylvania Avenue

17    walkway.

18    Q.  Does this appear to be a fair and accurate depiction of the

19    Peace Circle and the area of the Pennsylvania Avenue walkway

20    from January 6, 2021?

21    A.  Yes.

22    Q.  How can you tell?

23    A.  Based on the crowd that was positioned out there and then

24    you can see that the inauguration stand in the back with the

25    scaffolding is in the background.

Lively - DIRECT

1   Q.  Do you see individuals here?

2   A.  Yes.  It's three police officers on top of the steps.

3   Q.  Does that -- is that consistent with what you remember --

4   or where you remember the officers positioned on Pennsylvania

5   Avenue walkway when you were there on January 6th?

6   A.  Yes.

7        MR. MIRABELLI:  Your Honor, I'd offer Government's

8   Exhibit 340 into evidence.

9        MS. ROSEN:  Your Honor, we would note an objection on

10  behalf of Mr. Johnson.  I believe later the Government will try

11  to use portions of this video to allege that Mr. Johnson was

12  chanting specific things.  I think while this witness can

13  testify, as he did, that this is a fair and accurate view of

14  what things looked like, I don't think he can offer any

15  testimony about what specific people said or what he heard from

16  a specific person's mouth.  So for that purpose, we'd be

17  objecting.

18       THE COURT:  Okay.  I'm not receiving anything about

19  what he claims someone said at this point.  So subject to my

20  earlier ruling, I'll admit.

21     (Government Exhibit 340 received in evidence.)

22       MR. MIRABELLI:  Can you pull up Government's

23  Exhibit 313.

24  BY MR. MIRABELLI:

25  Q.  Do you recognize the area depicted in Government's

Lively - DIRECT

1   Exhibit 303 (sic)?

2   A.  Yes.  That's in the Lower West Terrace and the camera is

3   facing the scaffolding on the south steps.

4   Q.  And does this fairly and accurately depict the south

5   portion of the West Plaza from this vantage point?

6   A.  Yes.

7   Q.  As it looked on January 6th?

8   A.  Yes.

9        MR. MIRABELLI:  Can you just play forward a few

10  seconds.

11     (Video played.)

12       MR. MIRABELLI:  Pause there.

13  BY MR. MIRABELLI:

14  Q.  Do you recognize an individual on the screen at

15  three seconds?

16  A.  Yes.  The individual with the red hat and the white hoody

17  with black shirt is the individual identified at the

18  Pennsylvania Avenue walkway.

19       MR. MIRABELLI:  Your Honor, I'd offer Government's

20  Exhibit 313 into evidence.

21       MR. WOODWARD:  Your Honor, we object.  There's been

22  literally no foundation for the authenticity of the video at

23  large.

24       THE COURT:  Does this fall into the same category

25  where you have another witness that's going to link things up?

Lively - DIRECT

1          MR. MIRABELLI:  Yes, Your Honor.

2          THE COURT:  Then I will sustain for now and defer any

3    ruling on admissibility until the foundation is complete, if it

4    is.

5          MR. FEITEL:  Your Honor, for the defense edification,

6    is this exhibit being moved against all the defendants or just

7    against one particular --

8          THE COURT:  I haven't admitted it.

9          MR. FEITEL:  But when it is so moved, I'd like to know

10   who is it being moved against or in relation to.  If it's all

11   of us, that's a different matter than if it's only against

12   perhaps one defendant.

13         MR. MIRABELLI:  Yes, Your Honor.  I anticipate that

14   this would be offered as evidence against Mr. Samsel.

15         THE COURT:  Okay.

16         MR. MIRABELLI:  Can you pull up Government's

17   Exhibit 318.  And play to about three seconds.

18     (Video played.)

19         MR. MIRABELLI:  You can pause there.

20   BY MR. MIRABELLI:

21   Q.  Do you recognize this area?

22   A.  Yes.  That is on the Lower West Terrace, next to the media

23   tower that is constructed for the inauguration, so they can

24   take the direct shot of the President's oath of office.

25   Q.  How do you recognize it to be the media tower area?

Lively - DIRECT

1   A.  It's in the middle portion and just the way it's

2   constructed.  I worked down there pretty regularly before the

3   6th.

4   Q.  And in the background here there's individuals in black and

5   neon clothing.  Do you recognize who -- not who the individual

6   is but what they are?

7   A.  Yes.  It's the police officers.  I believe that might be a

8   Capitol Police officer wearing their traffic vest.

9   Q.  And what appears to be in front of them?

10  A.  A bike rack.

11  Q.  Is this consistent with the police line that was

12  established on the West Plaza shortly after the breach of the

13  West Plaza?

14  A.  Yes.

15          MR. MIRABELLI:  Your Honor, I think I understand your

16  ruling.  We'll hold off offering this into evidence at this

17  time.

18          THE COURT:  Okay.

19          MR. MIRABELLI:  Your Honor, as to Government's

20  Exhibit 319, 320, 334, 335 from about an 1:20 to 1:25, so only

21  five minutes of that longer exhibit, and 339, these are all --

22  we would offer -- we would ask the witness to testify about the

23  authenticity of the area.  But again, this deals solely with --

24  there's no other law enforcement around this area at this time.

25  This would deal solely with Mr. Johnson's statements that would

Lively - DIRECT

```
1   be linked up later.  So I'm just going to have the witness
2   authenticate the area at this time.
3           THE COURT:  Okay.  You can lay the foundation.
4           MS. ROSEN:  Your Honor, sorry, it takes a moment for
5   the battery to turn on.  I apologize.
6           I'm unclear if there's a later witness that can
7   provide more foundation.  I think there's a later witness,
8   probably a case agent, who's going to try to offer voice
9   opinion testimony.  But I think -- and the Government can
10  correct me if I'm wrong, but I'm imagining what they're trying
11  to do is have this witness testify generally about the grounds
12  that day, but they don't have a single witness who was present
13  who can testify that these things were actually said in the way
14  they're depicted on the third-party video.
15          And as the Government outlined I think in their trial
16  brief and opening, these statements that they're trying to
17  enter are evidence that they're going to try to use,
18  substantive evidence for the 1512 count.  And I think if this
19  witness has no ability to say that this is what really happened
20  in the video, then I don't know if there's another witness that
21  can.
22          MR. MIRABELLI:  Your Honor, so this is akin to, like,
23  the YouTube video of Mr. Johnson's statement out in front of
24  the hotel.  I mean, he gives a statement describing what
25  happened at the Peace Circle.  The fact that it happened on
```

Lively - DIRECT

1    Capitol grounds during January 6th, I think is something that

2    we would argue, you know, obviously, that that goes to the

3    probative value of it.

4            But he's making these statements about the

5    certification proceeding and trying to encourage the crowd on

6    Capitol grounds.  I think it's fair that the case agent, who

7    spent time with him, interviewed him, talked with him, if he's

8    able to recognize his voice, I think it's fair that we offer

9    that testimony as a statement.

10           THE COURT:  Let's deal with the case agent when -- if

11   you could object in realtime if you have a problem with

12   anything the case agent's saying.  My understanding is that

13   right now Mr. Mirabelli is going to ask some questions of this

14   witness about whether certain items, or distinctive

15   characteristics that he recognizes in the video, whether that

16   was the scene on January 6th, full stop.

17           MS. ROSEN:  Correct, Your Honor.  And we completely

18   understand that.  I think there's a difference in this as

19   compared to every other video the Court has considered so far

20   for two reasons.  One, there's no other body camera or other

21   stipulated exhibit, like CCTV, that would link up these.

22           Two, there's no foundation for the audio.  I

23   understand this is how the Government wants to prove their case

24   but the foundation for the audio is really what we're objecting

25   to here because it's not a general scene-setting clip the

Lively - DIRECT

1   Government is trying to introduce.  It's audio.  The evidence

2   they're seeking is the statement audio.

3         THE COURT:  I'm not going to consider the audio right

4   now.  You're going to show him something and ask if the scene

5   looks as it did on January 6th and then you're going to call

6   another witness?

7         MR. MIRABELLI:  Yes, Your Honor.

8         MS. ROSEN:  The Court's indulgence.

9         THE COURT:  Sure.

10        MS. ROSEN:  And I think the point we made earlier,

11  which we'd just like to stress again, is I don't believe

12  there's any other witness that can lay a foundation for the

13  audio.  I think they're going to have a witness testify, a lay

14  witness, probably the case agent saying it's their opinion that

15  the voice is Mr. Johnson's, but there's no other person --

16  that's not foundation.  That's a separate form of testimony.  I

17  don't think there's any other witness that the Government

18  intends to call that can lay a foundation for the audio.

19        THE COURT:  Okay.  But you're not asking me to

20  consider the audio right now?

21        MR. MIRABELLI:  No, Your Honor.

22        THE COURT:  So right now, I guess I'm confused because

23  it feels like this objection is premature, right.

24        MS. ROSEN:  We'd be fine admitting the video without

25  audio right now.

Lively - DIRECT

1          THE COURT:  I'm not considering the audio now.  I'm

2     going to let him ask his questions and then we'll see where we

3     are.

4          MR. MIRABELLI:  Thank you, Your Honor.

5          So can you pull Government's Exhibit 319.  And let it

6     play.

7       (Video played.)

8          MR. MIRABELLI:  Pause.

9     BY MR. MIRABELLI:

10    Q.  Do you recognize that structure in the background?

11    A.  Yes.  That is the scaffolding that's built over the south

12    steps of the Lower West Terrace.

13    Q.  And are you familiar with this area of the Capitol grounds?

14    A.  Yes.

15    Q.  And were you near this area on January 6, 2021?

16    A.  The closest I got to it was like the previous videos, was

17    on the Lower West Terrace.

18    Q.  So you were on the southwest side of the West Plaza?

19    A.  Yes.

20    Q.  Is that just on the other side of the scaffolding?

21    A.  Yes.

22          MR. MIRABELLI:  Can you let it play through more.

23       (Video played.)

24          MR. MIRABELLI:  Go back to the beginning really quick.

25    Play through to about five seconds.

Lively - DIRECT

1        (Video played.)

2   BY MR. MIRABELLI:

3   Q.  So I'm circling individuals near the scaffolding.  Are you

4   able to tell who those individuals are?

5   A.  It appears it's a Metropolitan Police officer, based off of

6   the yellow jacket.

7   Q.  Does that comport with your memory of where Metropolitan

8   Police initially responded on January 6, 2021?

9   A.  Yes.

10       MR. MIRABELLI:  Could you pull up Government's

11  Exhibit 320.  And go back to the beginning there.

12       (Video played.)

13  BY MR. MIRABELLI:

14  Q.  Do you recognize this area?

15  A.  Yes.  That's the scaffolding on the south steps of the

16  Lower West Terrace.

17  Q.  And does that fairly and accurately depict the way the

18  scaffolding looked on January 6, 2021?

19  A.  Yes.

20       MR. MIRABELLI:  Can you pull up Government's

21  Exhibit 334.  Go back to the very beginning and just pause it

22  there.

23       (Video played.)

24  BY MR. MIRABELLI:

25  Q.  Looking at Government's Exhibit 334, at the top of the

Lively - DIRECT

1    screen, do you recognize this structure?

2    A.  Yes.  That's the media tower that's constructed for taking

3    the picture of the oath of office.

4    Q.  How about this structure?

5    A.  That's the scaffolding that's on south steps of the Lower

6    West Terrace.

7    Q.  This structure?

8    A.  That is the north -- that's the scaffolding that's on the

9    north steps of the Lower West Terrace.

10   Q.  Is that a fair and accurate depiction of where each of

11   these structures was constructed on Capitol grounds on

12   January 6th?

13   A.  Yes.

14   Q.  Does this appear how -- does this image appear to be

15   consistent with the way the West Front of the Capitol looked on

16   January 6th?

17   A.  Yes.

18   Q.  During your time with the Capitol Police, how many

19   inaugurations have you seen?

20   A.  Three inaugurations.

21   Q.  Have you ever seen a crowd like this on the Capitol

22   grounds?

23   A.  No.

24              UNIDENTIFIED SPEAKER:  Objection.

25              THE COURT:  Overruled.

Lively - DIRECT

```
1    BY MR. MIRABELLI:
2    Q.  Have you ever seen a crowd like this on top of the
3    construction area of the scaffolding and the inaugural stage?
4    A.  No.
5    Q.  Except on January 6th?
6    A.  Correct.
7         MR. MIRABELLI:  Go to Government's Exhibit 335.  And
8    go to 1:20.
9         (Video played.)
10   BY MR. MIRABELLI:
11   Q.  Do you recognize this area?
12   A.  Yes.  That's the -- it appears to be, like, the southwest
13   lawn of the West Front.
14   Q.  How can you tell?
15   A.  Based off of the direction of the stairs that are on the
16   north side, the media tower and then the south side scaffolding
17   as well.
18   Q.  And just for the record, can you point out where you see
19   the media tower?
20   A.  (Witness complies.)
21        MR. MIRABELLI:  For the record, the witness has
22   circled a structure in the center of the frame, kind of
23   partially behind a bare tree.
24   BY MR. MIRABELLI:
25   Q.  Is that correct?
```

Lively - DIRECT

1   A.   Yes.

2   Q.   Does the media tower and the north and south scaffolding

3   both appear to be consistent with the way they were on

4   January 6, 2021?

5   A.   Yes.

6   Q.   And again, have you seen a crowd -- or do you see the crowd

7   in this image?

8   A.   I do.

9   Q.   Does this crowd seem to be -- appear to be consistent with

10  where the crowd was on January 6, 2021, after the breach on the

11  West Plaza?

12  A.   Yes.

13            MR. MIRABELLI:   Pulling up Government's Exhibit 339.

14            (Video played.)

15  BY MR. MIRABELLI:

16  Q.   Looking at Government's Exhibit 339, do you recognize this

17  area?

18  A.   Yes.  It's the Lower West Terrace.

19  Q.   How do you know?  How do you recognize this area?

20  A.   The covered scaffolding to the left of the video is the

21  scaffolding that is over the north steps.  The media tower is

22  directly in front of us.  And that retaining wall that the

23  individuals are standing on is the retaining wall that leads

24  from the grassy area to the Lower West Terrace.

25  Q.   Does this video appear to be consistent and fairly and

Lively - DIRECT

1   accurately depict that area of the West Plaza on January 6th?

2   A.  Yes.

3           MR. MIRABELLI:  Pulling up Government's Exhibit 326.

4           (Video played.)

5   BY MR. MIRABELLI:

6   Q.  Do you recognize this area?

7   A.  Yes.  It's the Lower West Terrace.

8   Q.  How do you recognize it?

9   A.  You see the inaugural stand and then the seating area that

10  is on the middle left portion.  I'll circle it.  The left

11  portion.

12          MR. MIRABELLI:  For the record, the witness has

13  circled a structure on the left side of the screen.

14          Can you just let it play for a little bit.

15     (Video played.)

16          MR. MIRABELLI:  Pause it there.

17  BY MR. MIRABELLI:

18  Q.  Do you recognize any other structures?

19  A.  Yes.  The media tower that's constructed in the Lower West

20  Terrace.

21  Q.  Does this fairly and accurately depict where the media

22  tower was on January 6th?

23  A.  Yes.

24          MR. MIRABELLI:  Going to Government's Exhibit 327.

25  You can let it play.

Lively - DIRECT

1        (Video played.)

2    BY MR. MIRABELLI:

3    Q.  Do you recognize this area?  Sorry, pausing at 11 seconds?

4    A.  Yes.  That's a shot from the Upper West Terrace down to the

5    Lower West Terrace.

6    Q.  Where is the Lower West Terrace?

7    A.  The Lower West Terrace is underneath the mass of people.

8    The bottom of the media tower would be the Lower West Terrace.

9    Q.  Where is the media tower depicted?

10   A.  Right there in the middle of the screen.

11           MR. MIRABELLI:  For the record, the witness has

12   circled a structure in the center of the frame to the left of

13   the large American flag.

14   BY MR. MIRABELLI:

15   Q.  Are you able to tell what side of the building -- of the

16   Capitol building this was shot from?

17   A.  Yeah, this was shot from the north side above the American

18   flag.  Right here is the U.S. Botanical Garden, and that is in

19   the southwest sector of the city.

20   Q.  Is that consistent with where the botanic garden is?

21   A.  Yes.

22   Q.  How can you tell that that's the botanic garden?

23   A.  The glass dome on top and its location.

24           MR. MIRABELLI:  Just one moment, Your Honor.

25           THE COURT:  Sure.

Lively - CROSS

1          MR. MIRABELLI:  Nothing further, Your Honor.

2          THE COURT:  Thank you.

3          Cross-examination for Mr. Samsel?

4          MR. WOODWARD:  Yes, Your Honor.

5                    CROSS-EXAMINATION

6    BY MR. WOODWARD:

7    Q.  Officer Lively?

8    A.  Yes, sir.

9    Q.  Forgive me, is it Sergeant or Lieutenant?

10   A.  Sergeant, sir.

11   Q.  Sergeant.  And on January 6th was it Sergeant?

12   A.  Yes.

13   Q.  Thank you for your service.  We've never met, have we?

14   A.  No, sir.

15   Q.  But you know that I'm defense counsel?

16   A.  Yes, sir.

17   Q.  And you've testified in other cases?

18   A.  That's correct.

19   Q.  Involving January 6th?

20   A.  That's correct.

21   Q.  In regards to January 6th, sir, you personally suffered

22   that day?

23   A.  Yes.

24   Q.  You fell or you were pushed down a flight of stairs,

25   weren't you?

Lively - CROSS

1   A.  Yes, I was.

2   Q.  And that was inside the Capitol building?

3   A.  It was outside the Capitol building.

4   Q.  On the West Terrace?

5   A.  Yes.  The north steps.

6   Q.  That had been constructed for the inauguration?

7   A.  No.  The flight of steps I came down was the one that was

8   underneath the scaffolding on the Lower West Terrace.

9   Q.  I see.  And you were sprayed with chemical spray numerous

10  times?

11  A.  Correct.

12  Q.  Earlier today I think you testified that it was at least

13  five or six times?

14  A.  At least, yes.

15  Q.  Maybe even bear spray?

16  A.  Correct.

17  Q.  None of that happened at Peace Circle, did it?

18  A.  It did not.

19  Q.  And in none of the videos that you saw today to was the man

20  in the red hat depicted spraying you or anyone else with

21  chemical spray?

22  A.  No.

23  Q.  And certainly, you don't suggest that the man in the red

24  hat was responsible for your coming down the stairs?

25  A.  No.

Lively - CROSS

1  Q.  This was three years ago?

2  A.  Yes.

3  Q.  But I'm sure you still remember that day?

4  A.  Yes.

5  Q.  Not everything, though -- for instance, earlier today I

6  think you testified that you couldn't remember all of the names

7  of the officers in your squad?

8  A.  That's correct.

9  Q.  Now, the Government asked you to verify a lot of

10  photographs and video.

11  A.  Yes.

12  Q.  Maybe more than you expected.  I'd like to start with

13  Government's Exhibit 12.

14        MR. WOODWARD:  If we could switch to my screen,

15  please.  But thank you.

16  BY MR. WOODWARD:

17  Q.  Now, you recognize this area, Sergeant Lively?

18  A.  I'm sorry, my screen is blank.

19        DEPUTY CLERK:  Mr. Woodward, do you have your laptop

20  connected?

21        MR. WOODWARD:  I do.

22        How about now?

23        THE WITNESS:  Yes.

24  BY MR. WOODWARD:

25  Q.  Do you recognize this as Peace Circle?

Lively - CROSS

1   A.   Yes.

2   Q.   And Pennsylvania?

3   A.   Pennsylvania Avenue walkway.

4   Q.   Pennsylvania Avenue walkway.  And you testified that this

5   is a fair and accurate depiction of what the scene looked like

6   that day?

7   A.   It's a rendering of how it was constructed, yes.

8   Q.   And the Government asked you and you testified about the

9   number of barriers that we see leading up to where your

10  officers were positioned, correct?

11  A.   They didn't ask me about the number but they asked me about

12  the bike racks.

13  Q.   Okay.  Well, I'll ask you about the number.  This is a row

14  of bike racks, correct?

15  A.   Yes.

16  Q.   And then here we see a second row of bike racks, correct?

17  A.   Yes.

18  Q.   And you testified about the individual you saw moving from

19  this first row of bike racks toward the second row of bike

20  racks, correct?

21  A.   Yes.

22  Q.   And here's where the officers -- your officers were

23  positioned that day?

24  A.   Yes.

25  Q.   Could you just indicate for us where you think you were

Lively - CROSS

1   standing in this rendering?

2   A.   In this area.

3   Q.   And what is this here?

4   A.   It's snow fencing.  It's the green plastic snow fencing.

5   Q.   So how did you get from here over to the steps, sir?

6   A.   I stepped over it.

7   Q.   You stepped over the snow fencing?

8   A.   Yes.

9   Q.   Now, I'd like to direct your attention to what has also

10  been admitted as Government's Exhibit 201.  Do you remember

11  this video, sir?

12  A.   Yes.

13  Q.   This is CCTV camera, correct?

14  A.   Yes.

15  Q.   If we could look at this together, here are your officers,

16  correct?

17  A.   That's correct.

18  Q.   You're standing someplace over here?

19  A.   Yes.

20  Q.   If you could count with me, that's one line of bicycle

21  racks?

22  A.   Yes.

23  Q.   And that's a second line of bicycle racks?

24  A.   Yes.

25  Q.   And that's a third line of bicycle racks?

Lively - CROSS

1   A.  Yes.

2   Q.  Okay.  So if I could just switch back, then, to

3   Government's Exhibit 12.  Sir, this demonstrative, this doesn't

4   include that third line of bike racks, does it?

5   A.  I don't see it, no.

6   Q.  But this is a fair and accurate depiction of what the scene

7   looked like that day?

8   A.  From the Peace Circle up to the Pennsylvania Avenue

9   walkway, yes.

10  Q.  As best as you can remember now, three years later?

11  A.  Yes.

12  Q.  Now, this video that the Government asked you to testify

13  about today, how much of that did you identify as video you

14  wanted to testify about?

15  A.  I didn't ask to see any video to testify about.

16  Q.  So you didn't come to the Government and say, I have this

17  video, I want to testify in this trial about that video?

18  A.  No.

19  Q.  In fact, the Government, these prosecutors, they showed you

20  video that they wanted to ask you about?

21  A.  Yes.

22  Q.  Did you meet with the prosecutors to go over that video?

23  A.  Yes.

24  Q.  When did that happen, sir?

25  A.  Last week.

Lively - CROSS

1   Q.   Was that the first time that you had met with prosecutors

2   on this case to go over video?

3   A.   I don't believe so.  I believe we might have had a Zoom

4   meeting or a Microsoft Teams thing earlier in the spring, due

5   to this trial being pushed back.  But I've had a lot of

6   meetings.  I can't tell you a hundred percent that this was the

7   meeting.

8   Q.   Well, let's start with the meeting that you had last week.

9   A.   Okay.

10  Q.   Where was that meeting?

11  A.   In the U.S. Attorney's Office.

12  Q.   Who was present for that meeting?

13  A.   It was the prosecutor, a few other prosecutors and the

14  paralegal.

15  Q.   One of these prosecutors?

16  A.   Yes.

17  Q.   And they showed you a number of video?

18  A.   That's correct.

19  Q.   All of the video that you saw here today?

20  A.   Yes.

21  Q.   And they asked you questions about that video?

22  A.   Yes.

23  Q.   And you testified earlier that that video assisted you in

24  remembering some of the events of that day?

25  A.   Yes.

Lively - CROSS

1    Q.  Now, surely after the events of January 6th -- sorry, one

2    more question about the meeting.  Did you happen to notice

3    whether anyone was taking notes in that meeting?

4    A.  Yes, they did.

5    Q.  And do you recall who was taking notes in that meeting?

6    A.  My direction was focused on Mr. Mirabelli.  So that's the

7    only one I saw.

8    Q.  Now, after the events of January 6th you were also asked to

9    memorialize what you recalled from that day, correct?

10   A.  Yes.

11   Q.  And you filled out a form about the events of that day?

12   A.  Are you referring to the use of force report?

13   Q.  I'm not actually.  It's a different form.

14   A.  After action report?

15           MR. WOODWARD:  Just for the witness, please -- I guess

16   there's no jury.  So habit.

17   BY MR. WOODWARD:

18   Q.  Do you recognize this document?

19   A.  Was this -- I wrote this or was this someone asking me --

20   I'm not sure if I remember writing this.

21   Q.  Do you see the questions and the answers?

22   A.  I do, yes.

23   Q.  Are these answers that you gave in response to these

24   questions?

25   A.  If this is what was given, then yes.  I don't remember

Lively - CROSS

1   this.  This was, as we said, three years ago.

2   Q.  Do you have any reason to disagree that you gave these

3   answers to these questions on or about January 25th, 2021?

4   A.  If you received it from my department, then I would say

5   that's probably mine.

6           MR. MIRABELLI:  Objection, Your Honor.  I think he has

7   to be a little more specific about the question than whether or

8   not he remembers giving those answers.  I don't think it's fair

9   to show this document to the witness and not give him an

10  opportunity to look at specific answers.

11          THE COURT:  I'm assuming you're going to ask him about

12  specific questions and answers.

13          MR. WOODWARD:  I am.  And I'm happy to give --

14  BY MR. WOODWARD:

15  Q.  Sergeant Lively, you can have all the time you need to

16  review the document.

17          THE COURT:  Overruled.

18  BY MR. WOODWARD:

19  Q.  Why don't you let me know when you're ready for me to

20  scroll down.

21  A.  You can scroll down.

22      Okay.

23      Okay.

24  Q.  Do you have any reason to disagree that these are answers

25  that you gave?

Lively - CROSS

1    A.  No.

2            MR. WOODWARD:  Then, Your Honor, we'd seek to admit

3    this exhibit as defense Samsel Exhibit 1, called DS1.

4            MR. MIRABELLI:  Objection, Your Honor.  Hearsay.

5            MR. WOODWARD:  Well, it seems to be a statement of a

6    party opponent.

7            MR. BRUNWIN:  No.

8            THE COURT:  An officer's not a party opponent.

9            MR. WOODWARD:  Well, they're certainly -- Capitol

10   Police have assisted the Government in this investigation.

11           THE COURT:  That's not my understanding of what a

12   party opponent is.

13           MR. WOODWARD:  They are.

14           THE COURT:  I'm happy to look at some authority.  I

15   thought you were going to impeach him with this.

16           MR. WOODWARD:  I haven't asked him any questions about

17   what it says yet.

18           THE COURT:  Is that where you're going with this?

19           MR. WOODWARD:  I'll keep moving.  We're certainly not

20   going to finish in 14 minutes.

21           THE COURT:  I'm happy to look at some authority on

22   whether in a criminal prosecution an officer is a party

23   opponent, such that prior statements are admissible as

24   substantive evidence.  Something can be a business record.

25   Something can be a prior inconsistent statement.  But I'm happy

Lively - CROSS

1    to look at authority.  That's just not my understanding.

2                MR. WOODWARD:  At least my understanding is that it's

3    clear in this circuit that an FBI's statement would be a party

4    opponent statement.

5                THE COURT:  Is that right?  I'm happy to look at that.

6    That's not my understanding.  I'm happy to be educated on this.

7                MR. MIRABELLI:  That's not my understanding of the

8    law, Your Honor.

9                THE COURT:  Certainly, if you want to impeach him, you

10   can do that now.  But I'll reserve ruling on the admissibility

11   of this entire statement until further --

12               MR. WOODWARD:  I have no reason to believe I'll need

13   to impeach Sergeant Lively.  So let's carry on and we can

14   revisit this tomorrow if necessary.

15               THE COURT:  Okay.

16   BY MR. WOODWARD:

17   Q.  Sergeant Lively, you testified you recall giving these

18   answers.

19               MR. WOODWARD:  Actually, we can take this down.

20               Ms. Franklin, can we take this down.  Sergeant Lively

21   shouldn't see it unless it's in evidence or I'm refreshing his

22   recollection.

23               So nobody can see this now?

24               DEPUTY CLERK:  No.

25   BY MR. WOODWARD:

Lively - CROSS

1  Q.  Sergeant Lively, do you recall providing information

2  concerning the events of January 6th on or about January 25th,

3  2021?

4  A.  I know this is a report but I don't remember doing this.

5  Q.  Do you have any reason to disagree that you provided the

6  information in that report?

7  A.  No.  If this is a factual report, then I don't have a

8  reason to disagree.

9  Q.  And would you agree that your memory was better closer to

10 the event in time?

11 A.  Yes.

12 Q.  So it's true, sir, that when you described the gentleman in

13 the red hat coming toward you on January 25th, you did not

14 describe him as having breached any barricade?

15 A.  I remember saying that they breached the first barricade.

16 This specific individual?

17 Q.  Exactly right, sir.

18 A.  I don't remember if I said that or not.

19      MR. WOODWARD:  Now, Ms. Franklin.  If we could show --

20 BY MR. WOODWARD:

21 Q.  I would direct your attention, Sergeant Lively, to your

22 response to question four.  If you could review that for us

23 please.

24 A.  White male --

25 Q.  Sorry, I just need you to read it to yourself.

Lively - CROSS

1    A.   I'm so sorry.

2    Q.   You're fine.  Us lawyers do things complicatedly.

3    A.   Okay.

4            MR. WOODWARD:  So we can take it down, please,

5    Ms. Franklin.

6    BY MR. WOODWARD:

7    Q.   It's correct, sir, that when you described the individual

8    in the red hat on January 25th, 2021, you did not describe him

9    as having breached any barrier?

10   A.   I said he was the first person that lifted the bike rack.

11   Q.   If you can just answer the question that's being asked.

12   You did not describe him as having, quote, breached any

13   barrier?

14   A.   That's correct.

15   Q.   Okay.  But -- you stole my next question.  You did describe

16   others as having breached a barrier that day, did you not?

17   A.   The individual that lifted the bike rack, yes.

18   Q.   Well, specifically, when you were asked about when you

19   realized something was wrong, you said that when the crowd

20   breached the barrier you became concerned?

21   A.   Okay.

22   Q.   Correct?

23   A.   The individual is part of the crowd, yes.

24   Q.   Well, let's be specific.  If I --

25           MR. WOODWARD:  Ms. Franklin, if we could share with

1    Sergeant Lively.

2    BY MR. WOODWARD:

3    Q.  Sergeant Lively, if you could read to yourself your

4    response to question 16.

5    A.  Okay.

6    Q.  All right.

7              MR. WOODWARD:  And if we could take that down,

8    Ms. Franklin.

9    BY MR. WOODWARD:

10   Q.  Sergeant Lively, in fact, when you were providing

11   information on January 25th, 2021, your statement then was that

12   they breached the first barrier?

13   A.  That's correct.

14   Q.  And you did not specifically refer to the gentleman in the

15   red hat as having breached any barrier?

16   A.  That's correct, I said that.

17   Q.  So I would then turn your attention back to -- well, not

18   back to, to Exhibit -- Government's Exhibit 204.  Do you

19   remember this video, sir?

20   A.  Yes.

21   Q.  All right.  And do you recall testifying that this video is

22   of Peace Circle?  We see that here in the background.

23   A.  Yes.

24   Q.  And here we see the platform that your officers were

25   standing on, correct?

Lively - CROSS

1    A.   Oh, yes.  I'm sorry.

2    Q.   And if we could zoom in, we would see that there's a line

3    of bicycle racks where I've indicated, correct?

4    A.   Yes.

5    Q.   And there's a second line of bicycle racks where I've also

6    indicated, correct?

7    A.   Yes, along the street.

8    Q.   And I'll just fast forward a bit here.

9         As we see the crowd gather.

10        And I appreciate that it's hard to see, but I'm going to

11   zoom in here on an individual right there.  All right?

12   A.   Yep.

13   Q.   Do you see that individual there?

14   A.   A rough outline, yes.

15   Q.   And do you see what's behind that individual there?

16   A.   Bike racks.

17   Q.   Bike racks.  So that individual has not knocked down any

18   bike racks?

19   A.   Those specific bike racks?  Yes.

20   Q.   Fair enough.  That individual has not knocked down that

21   first row of bike racks?

22   A.   Right.

23   Q.   And back to -- well, still on Government's Exhibit 204,

24   I'll keep playing.

25        (Video played.)

Lively - CROSS

1   Q.  And we see that's the individual you've previously referred

2   to, 12:53:20 on the time.

3       So if I switch back to Government's Exhibit 201 and we

4   speed to 12:53, do you see your officers there coming down to

5   the fence?

6   A.  Yes.

7   Q.  And the gentleman in the red hat and the blue jean jacket?

8   A.  Yes.

9   Q.  So as he's approaching your officers, that barricade was

10  still in place, wasn't it, sir?

11  A.  The specific ones you pointed out, yes, they were.

12  Q.  Yes.

13          MR. WOODWARD:  And just me, Ms. Franklin, if you

14  wouldn't mind.

15          DEPUTY CLERK:  Do you want me to take that one down?

16          MR. WOODWARD:  Yes, please.

17          DEPUTY CLERK:  All right.

18  BY MR. WOODWARD:

19  Q.  Now, sir, at the barricade -- at the second barricade?

20  A.  Yes.

21  Q.  The Government also asked you whether a fair amount of

22  video fairly and accurately depicted the scene as you recall

23  it?

24  A.  Yes.

25          MR. WOODWARD:  And so at this time, Your Honor, we

1    would seek to admit as DS1 a full copy of the video that the

2    Government admitted at Exhibit 309, under the rule of

3    completeness.

4            THE COURT:  Any objection?

5            MR. MIRABELLI:  We don't know what this is, Your

6    Honor.  We haven't seen it.

7            MR. WOODWARD:  So for the Government's reference, this

8    was originally labeled as Exhibit 310 in the exhibits that were

9    provided to defense counsel on September 13th, 2023.  They then

10   clipped that video and sought the admission of a clip of it as

11   Exhibit 309 in their exhibits today.

12           So it is a full copy of Exhibit 309, admitted over

13   objection earlier today.

14           MR. MIRABELLI:  Your Honor, respectfully, he does have

15   to lay some foundation.  We need to know what this is.  The

16   witness needs to verify it.

17           THE COURT:  Is this a video that you produced to the

18   defense?

19           MR. MIRABELLI:  I mean, it's a long-form version,

20   apparently.  I don't know what the length of it is.  I have no

21   idea what this is.

22           MR. WOODWARD:  So again, this is a video that the

23   Government produced to us on September 13th, the day on which

24   the Court ordered them to identify exhibits.  They told us that

25   this would be their Exhibit 310.

```
1              THE COURT:  So this was on their exhibit list?

2              MR. WOODWARD:  Yes, ma'am.

3              THE COURT:  So this is apparently a video that was on

4    your exhibit list; is that accurate?

5              MR. MIRABELLI:  I don't know what the filing of it is.

6    He's saying it's 309 today but we admitted what we believe is

7    the relevant portion.  I don't know what he's trying to bring

8    in this for.

9              THE COURT:  So it's 4:57.  We're going to break in

10   three minutes.  If this is a video that you identified on your

11   exhibit list, I'm not going to entertain an objection, unless

12   you're saying it's not relevant.  If you provided a clip of it,

13   he wants to put the whole video in.

14              So I will let you-all confer, just so you can draw

15   Mr. Mirabelli's attention to whatever the video is, and then

16   you can look at it and let me know when we can come back in the

17   morning if you have an objection.  But if it's something on

18   your exhibit list, then I'm going to let it in.

19              This is a good stopping point.

20              MR. WOODWARD:  Thank you, Sergeant.  We'll see you

21   tomorrow.

22              THE COURT:  So Sergeant, we'll be back tomorrow.

23   Please don't discuss your testimony with anyone.  Thank you.

24              MR. MIRABELLI:  Your Honor, what time would you like

25   the witness back tomorrow?
```

```
 1              THE COURT:  We're going to start at 10:00 a.m. again.

 2              MR. BRENNWALD:  Can my client be excused?  He has a

 3   ride to take.

 4              THE COURT:  Sure.  We're going to deal with some

 5   housekeeping issues.

 6              MR. BRENNWALD:  I'll waive his presence for it.

 7              MR. FEITEL:  I don't want to be responsible for

 8   keeping anyone here a second longer than necessary.  I just

 9   want to know who the Government's next two witnesses are going

10   to be, so I could prepare.

11              THE COURT:  Sure.

12              Who are the next two witnesses?

13              MS. FOSTER:  Your Honor, we think they're going to be

14   Caroline Edwards and David Cruz.  The only issue is that

15   apparently there is a vote for the House of Representatives,

16   and therefore, we just might need to do a little bit of

17   juggling tomorrow.

18              THE COURT:  If you don't call those two, who would you

19   call in their place?

20              MS. FOSTER:  Probably Captain David Augustine.  But we

21   will do our best.  The plan is Caroline Edwards and David Cruz.

22   We will let defense counsel know if that plan changes.

23              THE COURT:  Anything else that we need to -- oh, I

24   wanted to close the loop on the Jencks issue.  So I don't think

25   that the Government has an obligation to produce the videos
```

1    under Jencks.  If there's something inconsistent or the videos

2    are material to this case, there may be other reasons they'd

3    have to produce them.

4         But are you saying that the Jencks Act requires them

5    to produce all the underlying videos that a witness previously

6    testified and not just the statements?

7         MR. WOODWARD:  Where the statement is indiscernible

8    because the video is required to understand what the statement

9    is, yes.  So it is a very specific extension, for lack of a

10   better word, of the Jencks requirement.  Because we don't

11   contend that these are themselves statements.  We contend that

12   we cannot understand the statements of the officer absent the

13   video, which, as the Court has now seen today, I think the

14   Court can anticipate what's happening here, is the officer

15   being asked to describe certain video.  And that testimony is

16   meaningless without the video itself.

17        THE COURT:  You're not asking for every video that the

18   officer previously testified about in other cases that may have

19   no impact on what was testified here?

20        MR. WOODWARD:  Again, this officer testified about a

21   number of sort of generalities concerning January 6th.  And so

22   to the extent that he is describing what happened that day

23   inconsistently, that would fall squarely within the purpose of

24   the Jencks Act.  And there's no way for us to know if what he's

25   describing is accurate or consistent without seeing the video

```
 1     that is inextricably intertwined with his testimony.
 2             THE COURT:  Okay.  Can you show me what -- can you
 3     provide for me the specific transcript, so I can see if it's,
 4     in fact, indiscernible?  I agree, if he testified
 5     inconsistently, I think the Government would have an obligation
 6     to provide that -- maybe even as Brady evidence.  If it's a
 7     video that's relevant to this case, I'm sure the Government
 8     would have had to provide it pursuant to Rule 16.  I'm just not
 9     sure that they need to provide every video that the officer
10     previously testified about pursuant to their Jencks
11     obligations.  That's where I'm --
12             MR. WOODWARD:  I think, and the Government, I'm sure,
13     was going to say as much.  The Government has provided us with
14     all of the video, insofar as all of the CCTV video that's
15     available to defense counsel has been made available globally
16     to defense counsels.  There's some videos that have not been
17     made available, but I don't believe that Officer McCree
18     testified about any of that.
19             The problem that we have is that when the video was
20     introduced into evidence, the Government does not refer to it
21     in any manner that allows us to go and see the video.  So I
22     don't think that there's an issue with respect to Brady insofar
23     as -- I don't often argue on the Government's behalf, but I
24     don't think there's a Brady issue insofar as we have access to
25     all the video.  What we can't do is link up which video Officer
```

 1   McCree is testifying about to what has been produced to us.

 2        Now, I'll contradict myself because in many other

 3   trials Officer McCree testifies about montage video, which was

 4   limited in this case, both by the Court and by virtue of the

 5   fact that this is a bench trial.  So that's video that we may

 6   not have because the montage video is often unique to the case

 7   in which it's being presented.

 8        But the CCTV video, we have access to it.  I just

 9   don't know which specific video Officer McCree is referring to

10   in his testimony.  And yes, I'm happy to pull a few excerpts

11   from Officer McCree --

12        THE COURT:  Just so I can have some context.  Because

13   generally my ruling would be, as part of their Jencks

14   obligations, that they would need to present this video.  If

15   you're saying that there's some line of potential impeachment

16   that you were deprived of, and you need to know what a specific

17   video was, we can talk about that.  Why don't I look at the

18   representative transcript to fully understand what you're

19   arguing.

20        Is there anything else that we need to address before

21   we resume tomorrow at 10:00 a.m.?  If there are any preliminary

22   issues, if you can email me tonight, so that I can be prepared

23   to know what we need to address in the morning.

24        Were you going to say something?

25        MR. MIRABELLI:  I was just going to say nothing from

1    the Government.

2            THE COURT:  Okay.  Any other issues that we need to

3    close the loop on?  All right.  Have a good night.  See you

4    tomorrow.

5        (Proceedings concluded at 5:05 PM)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns                Date: October 24, 2023

Stacy Johns, RPR
Official Court Reporter

BY MR. FEITEL: [3]
38/21 40/21 41/8
BY MR. MARSHALL:
[20] 10/21 12/19 13/22
16/3 16/20 17/14 18/1
19/24 21/9 22/6 23/5
23/20 25/10 26/1 26/18
27/3 29/8 29/21 30/7
52/22
BY MR. MIRABELLI:
[140] 58/18 65/2 65/16
65/25 66/16 68/11
69/18 70/5 70/22 71/14
73/12 73/23 74/9 74/20
76/7 76/15 76/24 78/4
78/22 79/11 79/17 80/7
81/13 82/7 82/18 83/8
83/17 84/10 84/17 85/2
85/10 85/18 85/23 86/3
86/8 86/13 86/18 86/23
107/9 108/3 108/11
108/17 115/1 115/22
116/6 118/4 118/19
119/16 120/3 121/5
121/13 122/11 122/19
123/16 124/6 124/13
124/20 125/2 126/7
126/24 128/11 128/20
129/3 129/12 130/10
130/24 131/6 131/15
131/20 132/5 132/20
134/20 135/3 135/15
135/24 138/3 138/11
139/10 139/18 140/14
141/8 142/10 142/16
142/23 144/9 144/25
145/11 145/21 146/18
147/7 148/2 148/22
149/20 150/17 151/4
154/18 155/18 156/10
157/15 157/22 158/9
159/5 159/14 160/22
161/13 161/23 162/6
162/20 165/2 165/24
166/11 167/6 167/18
167/24 168/13 169/14
169/22 179/1 179/20
180/2 182/7 183/12
184/24 185/13 186/20
191/9 192/2 192/13
192/24 194/1 194/10
194/24 195/15 196/5
196/17 197/2 197/14
BY MR. RICHMAN: [1]
43/12
BY MR. WOODWARD:
[17] 32/2 32/14 35/12
37/23 198/6 200/16
200/24 205/17 206/14
206/18 208/16 208/25
209/20 210/6 211/2
211/9 213/18
BY MS. HALIM: [3]
47/21 50/9 51/9
DEPUTY CLERK: [12]
6/3 10/18 17/21 17/25

19/14 19/19 26/25 95/9
200/19 208/24 213/15
213/17
MR. BRENNWALD:
[10] 7/5 7/10 7/22 17/16
17/23 52/17 102/5
102/10 216/2 216/6
MR. BRUNWIN: [1]
207/7
MR. FEITEL: [46] 6/20
12/8 22/24 23/11 29/12
30/2 40/18 41/6 43/7
79/9 87/12 89/1 90/16
90/18 92/19 94/13
95/11 95/23 96/7 97/5
97/18 97/24 98/11
98/21 99/15 107/1
109/4 109/10 120/21
130/2 133/11 140/3
140/7 142/5 143/24
150/6 152/18 152/20
152/22 154/11 155/13
156/5 156/22 186/5
186/9 216/7
MR. MARSHALL: [40]
10/9 10/17 12/6 12/11
13/14 13/20 14/5 14/15
15/11 16/1 16/13 19/9
19/12 19/16 21/2 21/7
21/21 22/4 22/12 22/19
22/21 23/3 25/7 25/21
26/16 28/22 29/2 29/7
31/19 31/21 31/23 32/7
32/9 50/3 52/19 54/1
55/9 55/17 55/25 56/18
MR. MIRABELLI: [311]

MR. RICHMAN: [1]
47/17
MR. WOODWARD:
[103] 6/17 7/25 8/3 9/1
9/17 9/24 14/10 15/4
15/21 16/15 17/12 22/1
22/16 31/25 32/8 32/10
32/12 35/9 37/20 38/16
71/10 71/12 77/9 77/11
77/20 78/13 78/15
78/18 81/6 81/8 84/6
91/2 91/6 102/12
102/14 102/23 102/25
103/24 104/5 104/8
105/10 111/4 112/9
116/1 122/1 122/5
126/13 126/15 127/10
127/13 127/15 127/25
131/1 136/7 136/9
139/3 141/2 146/8
147/20 148/12 149/9
151/24 163/6 163/19
168/23 169/3 170/11
172/1 175/18 179/10
180/12 181/9 181/15
182/21 185/21 198/4
200/14 200/21 205/15
206/13 207/2 207/5
207/9 207/13 207/16
207/19 208/2 208/12
208/19 209/19 210/4

19/13 21/17 23/13
213/16 213/25 214/7
214/22 215/2 215/20
217/7 217/20 218/12
MS. FOSTER: [4]
106/16 106/18 216/13
216/20
MS. HALIM: [16] 7/2
51/6 52/10 54/20 54/23
55/11 55/19 56/7 56/17
68/20 69/7 69/17
118/15 118/17 133/16
133/18
MS. ROSEN: [12] 6/23
134/6 136/16 136/19
137/13 144/19 184/9
188/4 189/17 190/8
190/10 190/24
THE COURT: [285]
THE WITNESS: [11]
26/17 27/1 50/7 54/7
66/14 109/17 126/23
160/15 162/10 164/17
200/23
UNIDENTIFIED
SPEAKER: [3] 158/24
161/8 193/24

**-**

-7 [1] 22/22

**/**

/s [1] 221/8

**0**

001 [1] 56/8
002 [1] 56/8
006 [2] 55/20 56/10
015 [2] 55/20 56/10
0537 [1] 1/3
0819 [1] 2/12

**1**

10 [5] 8/19 64/10 89/18
105/2 139/7
10 minutes [1] 122/3
10 seconds [5] 121/3
121/20 121/23 157/11
162/3
10 years [1] 59/8
10-minute [1] 54/15
1002 [4] 3/21 25/9
25/22 25/25
10:00 [1] 1/6
10:00 a.m [2] 216/1
219/21
11 seconds [1] 197/3
11:09 [1] 54/10
11:10 [1] 54/10
11:20 [1] 54/16
11:30 [1] 54/10
12 [6] 8/19 10/10 12/2
73/10 200/13 203/3
12 seconds [3] 134/3
135/23 139/11
12-hour [1] 61/13
1204 [3] 3/22 57/10
58/10
12:30 [2] 99/24 99/24

19/3 19/9 21/7 28/13
12:30 and [1] 73/4
12:34 [1] 106/11
12:40 [1] 75/18
12:40 p.m [1] 14/4
12:50 p.m [1] 75/18
12:53 [2] 78/23 213/4
12:53:10 p.m [1] 83/13
12:53:11 [1] 82/16
12:53:20 [1] 213/2
12:53:21 p.m [1] 76/25
13 [1] 89/23
13 seconds [1] 151/5
1300 [1] 2/7
13:10 [3] 76/20 82/4
83/12
13:11 [1] 82/16
13:15 [1] 76/19
13:21 [1] 76/25
13th [3] 1/19 214/9
214/23
14 minutes [1] 207/20
14 seconds [1] 94/19
15 [5] 61/18 67/16
67/18 68/4 84/25
15 seconds [3] 108/10
162/15 179/24
15 years [1] 12/3 59/2
61/12
15-minute [1] 173/6
15-year [1] 59/3
1505 [1] 2/7
1512 [1] 188/18
15th Street [1] 67/5
16 [2] 211/4 218/8
1650 [1] 2/11
18 [1] 89/23
19129 [1] 2/14
195 [1] 3/12
1:00 [1] 73/4
1:01 [2] 159/2 180/3
1:04 [1] 169/11
1:12 [1] 124/5
1:13 p.m [1] 167/25
1:15 [1] 102/6
1:20 [2] 187/20 194/8
1:21-0537 [1] 1/3
1:25 [1] 187/20
1:30 [1] 100/14
1:44 [2] 137/24 137/25
1:45 [2] 102/11 106/10
1:45 instead [1] 102/8
1:56:50 p.m [1] 16/12
1:58 [1] 138/4
1st Street [2] 64/21
66/9

**2**

20 [8] 47/3 53/12 61/18
89/18 97/8 119/8
150/12 162/11
20 minutes [1] 173/4
20 seconds [3] 55/14
132/16 157/13
20001 [3] 1/16 2/4 2/21
20003 [1] 2/18
20008 [1] 2/8
201 [16] 3/16 13/21
14/6 15/25 19/22 23/4

35/11 35/13 36/15
37/18 40/19 51/7 76/19
83/11 202/10 213/3
202 [6] 3/17 16/2 16/16
19/19 19/23 37/21
202-255-6637 [1] 2/8
202-815-4028 [1] 1/16
202-996-7447 [1] 2/5
2020 [5] 49/8 49/13
49/15 50/1 50/11
2021 [25] 1/12 11/10
60/24 68/6 68/15 87/3
146/1 146/3 150/21
152/14 163/1 164/10
164/12 165/12 166/22
183/20 191/15 192/8
192/18 195/4 195/10
206/3 209/3 210/8
211/11
2023 [5] 1/6 42/2 42/3
214/9 221/8
203 [5] 3/17 16/14
19/19 19/23 37/21
204 [15] 3/18 3/24
19/10 19/22 21/3 21/6
37/21 41/7 41/9 82/4
82/22 83/1 107/18
211/18 212/23
206 [6] 3/19 21/8 21/22
22/3 22/14 22/22
207 [4] 3/20 22/5 22/13
23/2
208 [5] 4/19 153/20
153/23 154/9 154/13
209 [4] 4/20 154/15
155/10 155/15
210 [5] 4/21 155/16
155/19 156/2 156/7
211 [4] 4/22 156/8
156/21 157/9
213-894-4242 [1] 1/20
215-300-3229 [1] 2/15
22 minutes [3] 148/17
148/18 148/19
22314 [1] 2/11
23 seconds [1] 94/19
24 [2] 1/6 221/8
24-hour [1] 61/13
25 [1] 63/25
25th [5] 206/3 209/2
209/13 210/8 211/11
26 [1] 157/25
26 minutes [1] 148/18
26 seconds [2] 128/19
128/21
29 [2] 3/4 97/8
29 seconds [1] 157/20
2:13 [4] 46/19 46/24
47/6 124/12
2:15 [1] 138/10
2:33 [1] 131/12
2:50 [1] 147/3
2:53 [1] 147/24
2:55 [2] 131/19 131/24

**3**

30 minutes [3] 47/3
47/5 53/12

**3**

**30 pounds [1]** 63/25
**30 seconds [3]** 84/24
89/18 151/10
**301-928-7727 [1]** 2/18
**302 [20]** 3/25 8/5 29/3
32/6 35/2 84/15 84/18
84/20 87/10 88/1 94/18
96/15 107/8 109/20
109/23 117/22 117/25
136/1 144/15 145/3
**303 [15]** 5/4 169/12
170/9 173/16 173/17
177/14 178/15 178/19
179/22 180/23 180/25
182/4 182/8 182/19
185/1
**304 [6]** 4/4 88/2 120/2
120/4 120/18 120/24
**305 [8]** 4/5 84/24 85/3
87/10 88/2 121/3
121/24 122/7
**306 [11]** 4/6 85/8 85/11
87/10 91/4 91/5 103/5
103/14 123/10 127/7
127/24
**307 [4]** 4/23 157/11
158/22 159/1
**308 [13]** 4/7 85/16
87/10 88/3 128/9
128/12 129/25 130/6
133/6 133/21 133/23
134/22 136/1
**308A [6]** 4/8 132/14
132/22 133/9 133/13
133/18
**308B [3]** 133/14 133/19
134/2
**309 [12]** 4/12 85/21
85/24 87/10 88/4
142/21 143/21 144/1
214/2 214/11 214/12
215/6
**310 [10]** 4/10 86/1 86/4
87/10 88/4 139/7 140/2
140/13 214/8 214/25
**311 [9]** 4/11 86/6 87/10
88/5 88/8 88/9 140/6
140/24 141/4
**312 [6]** 1/19 4/13 145/9
145/23 146/6 146/10
**313 [3]** 146/12 184/23
185/20
**314 [6]** 4/14 147/17
147/23 148/13 149/1
149/23
**315 [4]** 4/24 159/10
160/13 160/17
**316 [5]** 4/15 148/11
149/7 149/15 149/23
**317 [4]** 4/25 160/18
161/6 161/10
**318 [1]** 186/17
**319 [2]** 187/20 191/5
**320 [2]** 187/20 192/11
**321 [4]** 4/16 149/16
150/3 150/8
**322 [7]** 4/17 150/13

150/18 150/24 151/1
151/22 152/1
**3229 [1]** 2/15
**323 [6]** 4/17 150/15
150/18 150/24 151/7
152/1
**324 [2]** 161/11 163/4
**325 [1]** 164/25
**326 [1]** 196/3
**327 [1]** 196/24
**330 [4]** 4/18 152/3
152/17 153/18
**331 [7]** 4/9 86/11 87/10
88/6 137/24 139/1
139/5
**332 [5]** 86/16 87/11
88/6 141/5 142/3
**333 [2]** 2/21 151/22
**334 [3]** 187/20 192/21
192/25
**335 [2]** 187/20 194/7
**336 [1]** 165/19
**337 [3]** 165/22 165/25
166/9
**339 [3]** 187/21 195/13
195/16
**340 [8]** 5/5 86/21 87/11
88/6 183/10 183/13
184/8 184/21
**35 [2]** 3/5 97/8
**3580 [1]** 2/14
**36 [1]** 97/8
**3:02 [1]** 146/19
**3:07 [1]** 148/1
**3:12 [1]** 124/19
**3:37 [1]** 173/8
**3:59 [1]** 126/6

**4**

**40 [2]** 3/6 119/7
**40 pounds [3]** 28/18
33/4 33/5
**40-hour [2]** 61/11
61/14
**400 [1]** 2/4
**4028 [1]** 1/16
**409 [7]** 5/3 167/22
169/8 177/18 179/16
182/9 182/16
**4242 [1]** 1/20
**43 seconds [3]** 91/12
123/10 127/8
**44 [1]** 3/7
**45-degree [3]** 63/15
75/11 117/4
**47 seconds [1]** 129/11
**48 seconds [3]** 29/3
123/15 129/10
**49 [3]** 3/8 168/6 168/9
**49 seconds [1]** 169/9
**4:20 [1]** 132/11
**4:57 [1]** 215/9
**4th [1]** 41/23

**5**

**5 minutes [1]** 91/12
**500 [2]** 2/11 119/13
**537 [1]** 6/4

**55 seconds [1]** 130/11
**57 seconds [2]** 29/4
32/6
**59 seconds [1]** 144/18
**5:05 [1]** 220/5

**6**

**6'5 [1]** 117/18
**6-725 [1]** 1/15
**601 [1]** 1/15
**619-546-6735 [1]** 1/23
**6293 [1]** 1/22
**6637 [1]** 2/8
**6735 [1]** 1/23
**6th [95]** 9/3 11/7 24/1
37/14 38/13 39/1 43/17
44/7 44/10 46/2 48/13
49/5 50/15 51/2 60/10
62/12 64/5 64/9 64/18
66/19 69/4 71/5 71/23
73/14 77/1 77/8 77/16
82/17 83/13 87/7 101/6
101/9 101/12 101/13
101/22 104/18 104/24
104/25 108/7 110/1
112/14 113/3 115/16
124/16 125/7 128/17
141/17 141/19 142/18
143/6 147/15 149/4
150/1 154/1 154/6
155/8 155/22 156/16
158/16 161/17 162/1
163/15 164/14 165/9
166/6 167/25 170/5
170/22 171/8 171/9
173/23 174/13 174/16
174/20 177/8 178/6
178/12 184/5 185/7
187/3 189/1 189/16
190/5 193/12 193/16
194/5 196/1 196/22
198/11 198/19 198/21
205/1 205/8 209/2
217/21

**7**

**70 [1]** 81/14
**701 [8]** 3/23 12/7 12/12
54/24 80/4 80/8 81/2
81/5
**703-600-0819 [1]** 2/12
**725 [1]** 1/15
**7447 [1]** 2/5
**7727 [1]** 2/18

**8**

**880 [1]** 1/22
**8807 [1]** 1/23

**9**

**90 degrees [1]** 167/14
**90-degree [2]** 45/10
167/14
**90012 [1]** 1/19
**901 [5]** 111/25 135/13
135/16 135/25 136/5
**904 [1]** 144/6
**92101-8807 [1]** 1/23

**922 [1]** 2/19

**A**

**a.m [3]** 1/6 216/1
219/21
**ability [3]** 40/14 61/8
188/19
**able [34]** 12/4 14/20
27/13 34/10 34/21
36/13 47/15 63/7 63/16
63/20 63/21 63/21 74/1
75/10 75/12 89/12 94/2
94/11 95/6 117/4
118/24 119/21 121/6
137/6 158/10 160/10
170/6 174/25 175/6
178/6 178/10 189/8
192/4 197/15
**about [153]** 8/24 9/2
9/16 9/21 9/22 10/4
11/7 14/14 14/25 15/1
15/7 15/10 23/13 26/15
33/3 34/1 35/18 35/21
38/3 38/8 38/13 39/24
42/3 42/6 43/2 46/21
48/2 50/15 55/23 61/12
62/5 63/14 65/14 67/14
72/1 72/7 74/3 74/4
74/10 75/11 75/13
76/20 78/7 78/23 82/4
83/12 84/24 84/24 85/8
88/12 90/14 93/5 93/24
94/7 96/1 96/1 97/8
98/8 99/4 100/7 102/5
102/21 103/2 103/21
104/2 104/12 105/16
107/17 108/10 111/3
111/10 111/18 112/8
112/16 112/19 112/20
113/7 113/8 113/17
113/21 116/1 116/25
117/1 117/3 121/20
121/20 123/24 128/6
128/18 130/10 132/16
134/18 138/4 141/13
147/3 151/10 152/3
157/11 164/19 164/25
167/25 168/7 171/11
172/12 172/15 173/3
175/24 175/25 176/1
176/18 177/6 178/22
179/12 180/3 180/13
181/18 184/15 184/18
186/17 187/20 187/22
188/11 189/4 189/14
191/25 193/4 200/22
201/8 201/11 201/11
201/13 201/18 203/13
203/14 203/15 203/17
203/20 204/21 205/2
205/11 206/3 206/7
206/11 207/16 209/2
210/18 217/18 217/20
218/10 218/18 219/1
219/3 219/17
**above [7]** 24/22 46/11
117/16 158/2 169/24
197/17 221/5

**above-entitled [1]**
221/5
**absent [3]** 23/16 69/5
217/12
**absolutely [3]** 37/9
105/10 105/10
**abundant [1]** 174/9
**Academy [1]** 61/11
**access [9]** 20/22 59/14
59/15 59/16 60/1 61/24
74/25 218/24 219/8
**according [1]** 113/14
**accurate [34]** 56/1
56/21 69/1 80/12 88/18
88/23 89/6 96/15 98/18
105/13 109/14 115/15
121/14 126/25 132/21
137/5 137/7 137/9
137/10 138/12 139/19
143/4 143/12 162/24
163/23 173/22 183/18
184/13 193/10 201/5
203/6 215/4 217/25
221/4
**accurately [51]** 68/14
73/13 87/6 91/25 98/16
105/23 108/6 109/1
109/2 109/6 110/4
111/13 113/18 117/19
120/14 121/16 121/19
124/9 129/4 129/21
135/25 139/21 140/21
142/17 143/18 145/2
145/25 147/13 149/3
149/11 149/25 152/13
153/4 154/5 155/5
155/24 156/15 158/15
158/18 159/23 161/1
161/25 165/11 166/5
170/4 176/1 185/4
192/17 196/1 196/21
213/22
**acknowledging [1]**
93/23
**acronym [1]** 51/19
**across [3]** 27/23 65/14
167/16
**act [3]** 171/1 217/4
217/24
**acting [1]** 180/24
**action [3]** 1/2 177/6
205/14
**actions [2]** 88/21
174/24
**activated [1]** 60/12
**active [2]** 11/9 11/10
**activities [2]** 11/14
11/16
**activity [2]** 13/12 88/24
**actual [3]** 24/20 55/15
69/8
**actually [19]** 9/7 29/3
49/21 57/18 83/10
84/23 88/9 91/22
103/18 110/8 113/1
128/5 134/13 152/24
152/25 153/6 188/13
205/13 208/19

**A**

**add [2]** 91/2 102/5
**adding [1]** 75/8
**addition [4]** 27/12
32/18 32/22 101/1
**additional [9]** 8/4 8/5
74/10 75/4 119/1
133/23 137/21 140/11
164/22
**additionally [1]** 8/7
**address [4]** 10/14 92/4
219/20 219/23
**adds [1]** 177/18
**administrative [1]** 20/4
**admissibility [9]** 15/3
93/10 100/25 110/12
175/5 177/2 183/7
186/3 208/10
**admissible [3]** 97/25
171/21 207/23
**admission [3]** 106/23
134/16 214/10
**admit [25]** 3/15 4/2 5/2
13/18 14/6 15/16 19/19
19/22 21/3 21/22 22/13
25/22 55/13 95/20 96/3
104/3 104/6 137/20
148/18 164/21 171/23
178/10 184/20 207/2
214/1
**admitted [47]** 21/5 22/2
22/17 23/1 25/24 55/21
58/9 81/4 81/9 82/25
99/10 104/6 117/23
120/22 122/6 127/16
127/23 128/1 130/5
133/12 135/10 139/4
140/12 141/3 143/25
146/9 147/22 149/14
150/7 151/25 152/22
153/17 154/12 155/14
156/6 157/8 160/16
161/9 169/7 172/2
181/7 181/8 186/8
202/10 214/2 214/12
215/6
**admitting [1]** 190/24
**adulterated [1]** 96/10
**advance [5]** 32/12
99/25 100/2 101/24
103/10
**advantage [1]** 99/15
**advised [1]** 42/11
**advising [1]** 79/3
**affect [2]** 37/5 44/17
**after [29]** 33/11 46/6
46/23 46/24 47/2 47/5
47/14 53/16 80/1 80/24
95/12 102/1 111/20
112/14 117/6 118/5
120/13 122/20 125/6
126/2 130/18 141/17
161/2 170/5 187/12
195/10 205/1 205/8
205/14
**afternoon [1]** 173/5
**again [29]** 28/19 32/3
36/9 36/19 51/7 62/20

93/14 110/21 112/22
113/3 113/20 114/16
117/3 127/16 144/19
153/12 165/14 166/8
170/18 172/18 173/15
178/16 179/5 187/23
190/11 195/6 214/22
216/1 217/20
**against [9]** 22/17 35/3
94/23 148/9 186/6
186/7 186/10 186/11
186/14
**agent [5]** 6/15 188/8
189/6 189/10 190/14
**agent's [1]** 189/12
**agents [2]** 134/10
176/13
**ago [5]** 40/8 53/11
111/7 200/1 206/1
**agree [7]** 23/13 101/20
113/11 137/6 176/25
209/9 218/4
**agreed [2]** 23/12 107/1
**ahead [10]** 12/17 29/4
78/3 79/16 84/24
100/17 103/1 131/17
133/15 151/9
**aid [1]** 69/15
**aided [1]** 2/24
**air [1]** 95/4
**akin [1]** 188/22
**Alexandra [1]** 1/21
**Alexandria [1]** 2/11
**alike [1]** 31/15
**all [80]** 6/9 9/7 10/11
10/15 23/1 25/15 36/14
37/4 37/7 37/10 43/6
54/9 61/19 64/15 64/21
67/7 70/3 72/13 73/6
75/1 75/6 87/1 87/4
88/20 89/17 90/1 90/21
90/25 93/13 93/18
95/15 95/17 98/7 98/17
99/23 100/14 100/19
101/11 101/16 102/7
104/9 105/8 107/3
108/20 110/16 110/22
111/21 112/20 116/17
116/19 116/23 118/22
119/8 123/15 125/11
126/25 128/4 138/19
138/20 141/13 142/11
150/23 163/24 173/9
186/6 186/10 187/21
200/6 204/19 206/15
211/6 211/21 212/11
213/17 215/14 217/5
218/14 218/14 218/25
220/3
**all-white [1]** 70/3
**allege [1]** 184/11
**alleges [1]** 104/17
**alleviate [1]** 63/9
**allow [3]** 73/25 95/10
98/20
**allowed [2]** 44/5
153/12
**allowing [1]** 63/1

**allows [2]** 74/24
218/21
**almost [2]** 8/19 28/15
**alone [1]** 181/18
**along [5]** 64/21 66/11
72/19 125/15 212/7
**already [20]** 17/23
66/18 79/24 97/9
101/15 102/22 103/20
112/15 113/4 120/22
133/24 140/10 149/1
167/4 172/22 179/17
181/7 181/7 181/14
183/4
**also [38]** 7/25 32/19
32/22 33/11 36/17
36/23 37/8 37/10 37/24
45/12 45/21 46/18
48/25 56/19 63/8 87/12
88/2 92/25 101/2
102/12 105/19 109/1
109/1 121/19 148/8
149/9 155/5 156/15
163/12 166/25 170/2
175/9 177/22 178/7
202/9 205/8 212/5
213/21
**alterations [1]** 88/15
**altered [14]** 80/25 90/7
104/14 104/15 105/6
105/16 110/10 132/24
133/21 134/24 135/5
136/4 174/7 174/18
**always [3]** 7/14 75/14
90/8
**am [10]** 11/18 32/8
37/19 38/1 38/7 54/17
67/22 111/2 144/13
206/13
**AMERICA [2]** 1/2 6/4
**American [2]** 197/13
197/17
**among [2]** 66/4 72/22
**amount [2]** 53/13
213/21
**amounts [1]** 93/19
**Angel [1]** 2/13
**Angeles [1]** 1/19
**Angie [2]** 7/2 47/24
**angle [7]** 45/10 63/15
63/22 75/11 82/20
117/4 156/18
**angles [2]** 153/11
153/13
**another [16]** 20/24
27/5 36/11 42/16 44/21
45/7 49/11 56/15 101/3
119/20 142/13 173/25
175/2 185/25 188/20
190/6
**answer [2]** 116/4
210/11
**answers [8]** 205/21
205/23 206/3 206/8
206/10 206/12 206/24
208/18
**anticipate [3]** 88/16
186/13 217/14

**anticipated [1]** 56/24
**anticipating [1]** 55/11
**any [83]** 7/20 9/22
12/15 13/2 15/7 18/3
21/25 22/15 22/20 23/6
25/23 26/4 27/16 27/23
27/24 28/4 29/16 29/18
29/25 36/7 38/5 51/25
52/2 52/3 52/4 52/12
52/18 53/2 53/5 55/22
56/12 60/8 60/13 68/19
75/4 77/7 80/25 81/3
82/24 83/18 88/15
89/11 89/12 102/20
102/20 102/21 103/15
104/14 110/19 121/25
124/15 133/1 136/4
139/2 163/5 164/9
164/22 169/2 170/10
170/25 171/2 176/11
177/6 184/14 186/2
190/12 190/17 196/18
203/15 206/2 206/24
207/16 209/5 209/14
210/9 210/12 211/15
212/17 214/4 218/18
218/21 219/21 220/2
**anybody [1]** 24/9
**anyone [13]** 7/17 61/24
62/1 63/16 73/25 162/7
171/11 177/7 179/2
199/20 205/3 215/23
216/8
**anything [14]** 17/19
42/3 42/22 62/11 93/2
102/5 116/7 116/25
124/15 176/18 184/18
189/12 216/23 219/20
**apart [6]** 28/11 30/17
63/18 75/12 115/25
117/2
**apologize [7]** 19/16
113/25 136/19 144/3
149/12 162/15 188/5
**apparently [3]** 214/20
215/3 216/15
**appear [34]** 25/1 26/10
31/8 80/24 82/19 88/14
126/25 131/21 132/21
133/3 134/21 134/24
135/5 136/3 143/4
144/14 145/2 145/16
150/20 150/24 151/18
162/24 166/2 169/17
179/21 180/9 182/8
182/14 183/18 193/14
193/14 195/3 195/9
195/25
**appearance [1]** 6/9
**APPEARANCES [2]**
1/13 2/2
**appeared [4]** 8/20 73/3
146/1 165/12
**appearing [1]** 77/13
**appears [14]** 19/1 19/4
35/25 65/23 104/23
137/10 166/3 170/13
171/9 174/1 180/25

187/9 192/5 194/12
**appreciate [6]** 8/9 8/10
22/25 113/11 178/9
212/10
**approach [4]** 6/8 26/13
106/16 107/19
**approaching [3]** 93/7
104/17 213/9
**appropriate [10]** 8/12
10/14 56/15 93/8 94/15
95/21 128/6 174/15
175/16 180/13
**approximate [2]** 73/3
119/9
**approximately [11]**
13/9 53/12 59/7 63/23
64/8 65/5 76/8 107/11
119/5 119/11 143/14
**arced [1]** 65/13
**arch [1]** 67/10
**Architect [4]** 27/7
27/17 33/12 36/10
**are [196]** 7/23 8/10
8/22 8/24 9/16 10/11
11/4 11/17 14/19 14/19
15/22 16/23 17/6 18/3
18/12 19/11 20/2 20/3
20/10 20/18 20/23
22/17 23/10 23/12
24/15 25/4 25/5 25/6
26/3 26/3 27/5 27/11
28/4 28/8 28/17 29/11
30/22 31/2 31/5 31/6
31/12 31/14 31/14 32/7
34/14 34/22 34/23
35/13 35/17 37/24 38/6
38/22 39/24 40/2 40/12
41/18 42/6 44/15 45/1
51/24 53/2 53/5 54/18
57/18 58/3 59/6 59/6
59/8 59/9 59/14 59/15
59/16 59/17 59/21 60/1
60/8 60/12 60/12 61/20
62/7 62/11 63/24 64/3
64/14 67/21 69/6 69/15
73/24 74/4 74/15 75/14
75/15 76/13 77/12
77/14 81/14 87/22 89/6
89/10 90/7 90/21 92/23
93/8 95/8 95/24 96/8
97/15 97/25 99/4 99/7
100/23 101/2 101/5
103/24 103/24 107/11
108/12 111/2 111/19
111/20 112/8 113/4
113/7 113/7 113/9
114/20 117/1 117/17
118/21 118/23 118/24
121/6 121/8 122/14
124/2 124/14 124/23
128/21 130/17 135/4
136/21 136/25 137/9
138/15 139/13 140/19
143/8 143/14 144/12
146/24 147/1 148/6
152/25 157/4 157/5
158/2 158/10 158/11
160/5 164/18 166/15

**A**

are... **[35]** 169/16 171/12 171/14 174/15 174/19 174/22 175/12 177/11 177/16 177/23 178/1 179/5 182/11 187/6 187/21 188/17 191/3 191/13 192/3 192/4 194/15 195/23 197/15 202/15 205/12 205/23 206/24 207/13 207/23 216/9 216/12 217/2 217/4 217/11 219/21

**area [93]** 13/23 16/25 17/6 17/9 18/6 20/5 20/8 20/9 20/10 20/20 20/24 21/4 22/11 23/21 23/23 24/1 24/8 24/9 24/25 25/5 25/18 36/2 36/19 44/9 45/23 45/23 46/1 46/3 46/4 46/5 46/7 46/10 53/9 53/10 62/2 64/17 65/5 67/10 67/24 67/25 75/2 76/10 82/13 87/2 88/19 101/9 119/1 119/4 119/5 119/11 120/8 120/9 126/2 128/17 149/3 149/23 150/20 152/6 152/13 153/8 153/25 155/21 155/25 162/25 163/12 163/15 164/13 165/3 165/11 167/17 170/24 170/24 183/19 184/25 186/21 186/25 187/23 187/24 188/2 191/13 191/15 192/14 194/3 194/11 195/17 195/19 195/24 196/1 196/6 196/9 197/3 200/17 202/2

**areas [10]** 20/17 20/18 20/19 25/6 50/13 53/2 53/4 53/5 67/11 170/20

**aren't [1]** 175/21

**argue [13]** 56/22 110/21 136/21 171/19 171/21 174/16 175/6 175/15 176/7 176/8 178/7 189/2 218/23

**arguing [1]** 219/19

**argument [5]** 9/21 10/13 91/3 137/15 174/4

**arguments [9]** 102/21 111/2 113/12 113/21 114/17 137/15 176/24 178/9 178/13

**armed [2]** 52/5 52/7

**armor [1]** 60/16

**around [34]** 19/1 19/7 24/7 25/15 27/7 27/9 30/12 32/19 41/21 44/11 47/12 52/24 52/25 53/1 54/10 67/5 67/23 67/25 70/3 72/23 72/25 73/4 74/7 75/7

73/18 82/8 116/10 119/15 138/19 143/15 153/9 167/14 177/16 187/24

**arrested [1]** 102/15

**arrests [1]** 49/16

**arrow [1]** 78/6

**articulate [2]** 90/15 140/8

**articulated [1]** 89/2

**as [180]** 8/5 8/5 8/8 8/11 8/15 9/1 9/12 9/25 10/1 14/20 15/14 18/11 18/11 20/5 20/10 20/10 22/13 24/24 25/9 28/9 30/12 32/24 33/12 35/5 36/15 40/22 40/22 42/15 42/20 43/17 46/3 46/3 46/9 48/6 48/6 49/3 50/4 51/19 51/19 51/19 52/4 52/4 53/9 53/18 53/23 53/4/6 55/15 55/21 56/11 56/13 56/14 57/15 57/15 58/5 58/15 59/5 59/25 62/17 62/23 66/15 67/18 68/4 69/10 69/14 69/15 71/16 73/5 77/23 77/23 77/23 80/16 85/19 88/6 88/7 88/10 88/23 89/14 91/1 91/14 91/16 92/17 93/1 94/2 101/21 102/17 102/17 103/3 103/3 103/5 104/19 105/4 106/21 108/7 109/19 109/25 110/5 110/8 110/11 111/16 113/12 113/16 113/22 116/13 124/9 125/12 126/20 127/3 127/3 132/22 133/20 133/20 134/2 137/15 137/17 137/18 137/22 138/6 140/22 142/17 144/14 145/3 145/25 148/9 148/13 148/25 149/1 152/10 153/5 156/25 157/3 161/24 168/21 168/24 172/22 173/22 174/12 175/14 176/23 177/5 177/17 179/21 180/24 182/12 182/15 182/24 184/13 185/7 186/14 187/19 188/15 189/9 189/18 190/5 194/17 200/25 202/10 203/10 203/10 203/13 206/1 207/3 207/23 209/14 210/9 210/12 210/16 211/15 212/9 213/9 213/22 214/1 214/8 214/10 217/13 218/6 218/13 218/14 218/23 218/24 219/13

**Ashleigh [1]** 6/19

**aside [2]** 18/2 94/3

**ask [35]** 7/12 8/22 9/19 10/4 10/5 26/13 26/14

27/4 51/6 55/23 84/14 90/1 94/9 95/25 96/3 98/3 98/20 99/10 102/10 102/12 111/23 134/17 164/19 176/21 179/14 181/18 187/22 189/13 190/4 191/2 201/11 201/13 203/15 203/20 206/11

**asked [25]** 8/18 9/13 23/14 38/2 42/15 48/2 56/11 84/8 88/12 89/6 98/7 137/4 172/20 180/13 200/9 201/8 201/11 203/12 204/21 205/8 207/16 210/11 210/18 213/21 217/15

**asking [18]** 32/7 44/15 45/6 48/2 77/14 78/16 78/18 93/25 96/6 103/5 111/9 176/3 176/5 179/11 181/24 190/19 205/19 217/17

**assaults [1]** 49/18

**assembled [1]** 41/16

**assert [2]** 14/18 15/13

**assertion [1]** 56/25

**assess [2]** 8/15 112/22

**assessment [2]** 60/19 103/12

**assigned [12]** 59/5 59/9 60/5 60/8 60/9 60/10 61/1 61/2 64/5 64/19 72/2 147/1

**assignments [1]** 59/3

**assist [3]** 35/9 37/20 69/5

**assistance [2]** 8/22 51/7

**assisted [2]** 204/23 207/10

**associated [1]** 118/21

**assume [2]** 56/5 122/1

**Assumes [1]** 84/6

**assuming [3]** 95/24 179/13 206/11

**assumption [1]** 49/2

**assured [1]** 58/4

**attached [2]** 75/6 123/7

**attack [3]** 118/13 142/17 148/8

**attacked [2]** 62/10 118/7

**attacking [2]** 118/11 118/22

**attempt [1]** 115/25

**attention [11]** 17/17 17/20 73/2 105/8 109/12 131/16 154/25 202/9 209/21 211/17 215/15

**Attorney's [3]** 97/5 111/21 204/11

**attorneys [4]** 1/15 1/18 1/22 54/4

**audience [1]** 18/20

**audio [12]** 12/18 81/12 189/22 189/24 190/1

196/2 190/9 190/13 190/18 190/20 190/25 191/1

**Augustine [1]** 216/20

**AUSA [1]** 6/13

**authentic [6]** 111/12 172/8 174/3 174/9 175/15 176/17

**authentically [1]** 178/7

**authenticate [23]** 12/12 15/19 89/15 93/3 94/11 97/20 97/21 98/14 99/21 100/19 103/13 104/1 106/3 111/15 111/19 136/10 136/24 170/14 172/9 173/20 173/21 181/19 188/2

**authenticated [14]** 13/16 28/24 89/5 89/25 95/15 95/16 98/23 100/8 103/7 106/5 106/6 111/25 113/24 167/4

**authenticating [7]** 55/3 88/11 90/20 90/21 90/22 134/11 164/6

**authentication [17]** 90/15 92/4 101/12 102/2 102/21 105/14 106/8 112/22 113/10 134/15 135/9 168/25 170/16 170/20 174/19 180/23 181/3

**authenticity [18]** 15/5 15/23 23/12 56/21 57/16 58/6 94/3 94/21 101/4 110/5 110/12 163/14 174/15 177/1 177/25 181/7 185/22 187/23

**authority [3]** 207/14 207/21 208/1

**authorized [2]** 59/25 89/19

**available [4]** 37/13 218/15 218/15 218/17

**Avenue [38]** 2/7 2/17 2/21 14/1 20/9 65/24 72/20 72/25 74/2 74/12 87/2 88/19 88/22 119/25 123/18 124/4 128/22 131/9 135/19 141/12 143/3 144/11 147/12 155/4 159/9 159/17 160/25 162/23 168/17 179/3 180/19 183/16 183/19 184/5 185/18 201/3 201/4 203/8

**aware [10]** 38/5 49/4 49/18 49/21 49/25 50/10 53/2 53/5 62/11 77/23

**awareness [1]** 15/22

**away [5]** 28/10 30/18 36/22 37/5 148/8

**awe [1]** 56/20

**B**

**back [69]** 23/3 29/18 33/25 34/10 43/15 57/2 59/11 63/16 71/23 75/13 76/20 81/10 83/10 84/24 94/17 95/12 95/13 96/10 97/16 99/3 99/9 100/5 100/14 100/14 101/25 102/8 103/19 106/10 106/13 114/8 114/21 116/18 117/8 117/15 118/5 119/19 124/8 125/15 128/1 129/11 130/10 132/1 138/21 147/3 151/1 158/6 159/15 162/11 162/15 168/9 173/7 178/13 178/22 178/23 178/23 182/3 183/24 191/24 192/11 192/21 203/2 204/5 211/17 211/18 212/23 213/3 215/16 215/22 215/25

**background [10]** 113/3 124/14 163/22 169/23 172/4 176/4 183/25 187/4 191/10 211/22

**backup [5]** 81/17 81/19 113/15 114/15 142/13

**balconies [1]** 158/3

**Bankruptcy [1]** 2/20

**bar [3]** 92/3 101/11 101/20

**bare [1]** 194/23

**barricade [8]** 74/18 107/14 138/22 209/14 209/15 213/9 213/19 213/19

**barricades [4]** 103/5 116/19 116/20 123/3

**barrier [8]** 53/6 62/24 210/9 210/13 210/16 210/20 211/12 211/15

**barriers [2]** 45/14 201/9

**base [1]** 76/12

**baseball [1]** 116/10

**based [20]** 15/17 16/17 72/12 101/2 110/22 111/1 118/20 120/12 137/14 159/20 160/10 169/4 170/2 170/15 174/9 181/19 181/22 183/23 192/5 194/15

**baseline [4]** 92/17 104/22 105/4 174/19

**basically [2]** 19/6 27/19

**basis [8]** 22/13 23/14 59/13 71/11 77/10 78/14 118/16 126/14

**batch [2]** 56/9 56/11

**Bates [1]** 102/6

**baton [1]** 118/23

**battering [1]** 116/13

**battery [1]** 188/5

**be [244]**

**B**

bear [1] 199/15
beaten [1] 62/9
became [2] 53/18
210/20
because [44] 9/7 9/20
14/16 19/14 28/13
34/14 34/24 43/17 44/1
45/21 45/22 53/17
53/22 75/12 79/25
81/18 89/13 93/10 95/1
95/15 96/12 97/3 97/9
99/20 99/24 104/25
105/8 106/5 111/13
112/15 116/23 165/9
172/16 174/5 174/17
176/8 177/8 189/25
190/22 217/8 217/10
219/2 219/6 219/12
become [1] 67/19
becomes [3] 20/22
20/23 57/1
been [93] 9/2 9/6 12/2
13/8 13/10 13/11 17/23
19/20 32/19 41/10
42/10 44/1 49/4 49/16
49/18 49/22 50/13 52/8
56/24 58/15 59/1 59/2
59/5 64/15 66/20 67/4
68/6 71/8 72/25 74/13
77/5 78/8 78/9 80/24
90/6 90/7 93/13 94/6
94/25 94/25 96/18
96/19 97/2 97/9 97/12
99/16 99/22 101/19
101/24 103/1 103/2
104/14 104/15 104/19
105/6 105/22 111/7
115/13 119/18 120/23
122/22 125/23 126/3
127/18 132/24 133/1
133/2 133/21 134/7
134/24 135/5 136/4
136/13 138/17 141/24
143/16 148/14 152/11
153/10 162/14 167/4
167/10 174/3 174/6
174/17 176/18 181/4
185/21 199/6 202/10
218/15 218/16 219/1
before [43] 1/11 23/21
23/24 33/5 46/6 47/3
54/11 56/12 57/7 63/11
68/2 74/19 80/10 84/20
85/5 85/13 87/4 87/15
87/21 89/14 93/9 94/7
96/18 97/2 97/12 98/23
102/6 102/15 108/24
109/21 110/17 112/3
117/24 120/6 128/4
140/17 145/14 154/3
156/13 157/18 176/20
187/2 219/20
beforehand [1] 89/21
began [2] 72/24 117/9
begin [1] 53/12
beginning [10] 20/8
24/9 54/11 75/24 81/10

81/11 178/25 191/22
192/11 192/21
behalf [5] 6/11 6/24 7/3
184/10 218/23
behind [12] 36/3 62/2
62/17 63/7 90/19
104/18 107/14 122/23
125/3 169/20 194/23
212/15
being [47] 14/7 15/17
17/1 17/8 19/17 21/3
21/18 22/17 27/13
36/13 46/1 46/1 51/19
57/17 63/16 69/10
82/13 95/7 95/14 96/16
100/8 100/10 100/22
101/7 118/5 124/8
127/16 133/3 134/7
134/25 136/3 144/20
148/6 152/22 170/2
170/21 172/19 173/22
174/13 175/15 178/10
186/6 186/10 204/5
210/11 217/15 219/7
believe [31] 39/8 41/22
45/25 51/24 55/2 67/6
71/8 72/7 77/11 94/15
95/1 110/8 115/25
125/8 126/15 135/8
136/9 145/17 158/13
160/6 167/4 170/11
176/7 184/10 187/7
190/11 204/3 204/3
208/12 215/6 218/17
bell [1] 94/5
bench [3] 1/10 10/2
219/5
bend [1] 45/2
BENJAMIN [1] 1/8
Besides [1] 134/25
best [5] 69/7 203/10
216/21
better [4] 41/1 99/12
209/9 217/10
between [16] 11/13
24/11 24/18 24/20
27/12 31/16 32/16
46/21 49/4 53/8 53/21
57/22 63/25 67/6 73/4
153/3
beyond [5] 52/3 113/10
119/19
bicycle [5] 202/20
202/23 202/25 212/3
212/5
bigger [3] 73/6 73/8
73/8
bike [112] 20/10 24/15
26/3 26/7 26/10 26/14
26/21 27/4 28/4 28/25
29/18 29/23 30/9 30/14
31/2 31/4 31/8 31/8
31/12 31/13 32/15
32/20 34/9 35/3 35/4
35/14 36/4 36/6 36/14
36/16 36/17 36/22
36/23 37/8 37/11 41/12
41/13 41/15 42/6 42/15

44/15 45/16 46/9 62/22
62/23 63/4 63/7 63/11
63/13 63/14 63/23 73/7
73/24 74/3 74/4 74/5
74/7 74/10 74/13 74/15
75/3 75/7 75/10 76/2
76/5 78/24 79/7 84/4
93/19 93/20 107/14
115/24 116/13 116/16
116/19 117/1 117/6
117/8 117/10 117/11
118/6 122/23 122/24
123/17 124/3 130/18
131/8 131/10 131/22
138/20 138/21 160/6
160/8 169/20 187/10
201/12 201/14 201/16
201/19 201/19 203/4
210/10 210/17 212/16
212/17 212/18 212/19
212/21
bikes [1] 59/21
binding [1] 32/23
bit [20] 28/2 28/16
44/14 73/1 74/18 83/5
114/1 115/19 123/13
130/14 148/19 151/2
154/15 161/20 162/8
162/12 176/20 196/14
212/8 216/16
black [10] 108/20
110/16 112/7 112/20
115/9 141/14 142/11
159/21 185/17 187/4
Blackledge [3] 64/14
75/23 143/9
blank [1] 200/18
block [2] 61/11 61/14
blocking [1] 33/9
blue [8] 71/15 107/22
108/15 122/17 126/17
129/2 139/17 213/7
BLYTHE [6] 1/8 2/16
6/7 7/6 7/19 52/16
Blythe's [1] 7/10
board [2] 25/19 46/12
body [18] 57/16 58/6
106/9 117/11 117/14
166/13 166/16 168/20
168/25 172/21 172/23
172/24 177/17 181/2
181/13 182/15 183/3
189/20
body-cam [1] 181/13
body-worn [13] 57/16
58/6 106/9 166/13
166/16 168/20 168/25
172/21 172/23 172/24
177/17 181/2 183/3
bolt [1] 27/15
Bondoc [1] 6/19
borrow [1] 26/25
botanic [2] 197/20
197/22
Botanical [1] 197/18
both [7] 72/20 89/10
137/8 150/24 151/25

195/3 219/9
bottles [2] 125/25
125/25
bottom [3] 28/1 32/24
197/8
Brady [3] 218/6 218/22
218/24
BRAND [1] 2/3
breach [10] 13/3 47/5
50/12 53/16 53/16
80/16 120/13 125/7
187/12 195/10
breached [14] 13/8
46/19 50/1 101/8
119/18 127/2 209/14
209/15 210/9 210/12
210/16 210/20 211/12
211/15
breaches [1] 38/14
breaching [1] 126/4
break [16] 54/9 54/11
54/13 54/15 72/3 78/10
98/9 99/5 99/8 99/24
100/13 101/24 116/15
173/5 173/6 215/9
breaking [1] 80/13
breaks [1] 72/4
Brennwald [3] 2/16
2/17 7/6
bridge [4] 9/25 20/20
38/3 38/6
brief [5] 81/6 119/22
127/10 147/20 188/16
briefly [9] 10/24 15/11
26/13 26/20 27/4 28/23
29/5 52/19 100/16
bright [1] 160/5
bring [5] 36/9 63/16
111/23 114/21 215/7
bringing [1] 17/20
broad [1] 9/2
broke [4] 78/19 78/25
84/4 116/14
broken [3] 33/11 79/3
79/24
brought [2] 13/15
17/16
Brunwin [1] 1/17 6/13
building [32] 9/4 11/1
21/17 39/14 43/17
43/23 46/18 47/5 50/22
51/2 52/25 53/1 59/7
59/14 59/16 59/17
59/24 60/1 60/3 67/14
67/19 67/24 74/13
124/14 172/4 176/4
176/15 176/16 197/15
197/16 199/2 199/3
buildings [1] 59/10
built [4] 31/2 74/24
75/15 191/11
bunting [1] 18/25
burden [4] 90/3 97/3
176/9 177/2
business [4] 59/15
60/3 80/20 207/24

195/3 219/9

**C**

CA [2] 1/19 1/23
call [25] 14/18 14/25
38/11 54/25 55/4 55/15
57/7 58/11 60/15 65/20
75/5 79/3 80/12 80/16
126/3 142/13 164/15
176/17 178/13 183/2
183/5 190/5 190/18
216/18 216/19
called [11] 14/15 30/23
49/12 51/16 62/17
64/20 114/8 114/15
148/4 183/8 207/3
calling [1] 55/7 55/12
calls [2] 38/13 79/9
cam [1] 181/13
came [13] 50/16 50/19
50/22 79/6 89/13 90/24
96/18 97/2 136/15
167/2 167/8 175/25
199/7
camera [21] 41/4 57/16
71/19 71/20 77/5 103/4
106/9 161/24 166/13
166/16 168/21 168/25
172/21 172/23 172/24
177/17 181/2 183/3
185/2 189/20 202/13
cameras [6] 14/21
37/15 38/5 40/12 40/14
58/6
can [278]
can't [17] 26/24 28/10
31/13 36/19 45/10
92/23 105/7 110/9
119/10 136/18 137/18
138/6 158/14 175/22
177/5 204/6 218/25
candidly [1] 9/6
cannot [3] 19/14 22/24
217/12
cap [1] 116/10
capacity [1] 125/17
Capitol [111] 7/11 7/13
9/3 9/13 11/1 11/5
11/15 11/16 11/20
11/22 11/24 14/8 16/9
17/10 21/14 21/14
21/17 21/20 24/24
25/15 25/19 27/7 27/8
27/9 33/12 37/15 39/11
39/15 39/17 39/17
39/25 40/3 40/4 40/5
40/23 43/16 44/2 44/12
45/13 46/8 46/9 46/18
48/15 48/17 50/22 51/1
52/24 52/25 53/1 53/17
53/19 53/19 56/2 56/2
57/14 58/12 58/23 59/1
59/2 59/7 59/14 59/24
62/19 65/13 67/18
67/19 68/4 69/1 71/21
72/23 80/19 92/14
105/25 108/21 110/2
112/17 113/4 124/14
127/1 143/5 143/15
146/21 149/4 150/20

**C**

**Capitol... [27]** 160/2 162/1 165/3 166/12 170/3 170/20 172/4 174/12 174/23 174/25 176/4 176/14 176/16 178/4 178/5 187/8 189/1 189/6 191/13 193/11 193/15 193/18 193/21 197/16 199/2 199/3 207/9
**Captain [1]** 216/20
**capture [2]** 38/5 71/20
**captured [3]** 153/10 153/13 172/25
**captures [1]** 103/4
**career [1]** 59/3
**carefully [1]** 28/16
**Caroline [5]** 64/13 75/22 143/10 216/14 216/21
**carry [3]** 148/5 180/10 208/13
**carrying [2]** 52/9 146/24
**case [37]** 6/4 7/20 8/11 9/15 15/8 15/18 21/23 34/4 36/20 36/20 39/9 54/6 61/20 90/10 93/3 102/7 103/2 103/3 104/8 104/11 104/20 109/13 126/16 136/23 175/3 176/13 188/8 189/6 189/10 189/12 189/23 190/14 204/2 217/2 218/7 219/4 219/6
**Case 21-537 [1]** 6/4
**cases [3]** 93/10 198/17 217/18
**cat [1]** 51/19
**category [1]** 185/24
**caused [1]** 39/11
**CCT [1]** 14/24
**CCTV [13]** 8/9 9/12 37/13 37/15 38/5 40/11 103/4 106/4 106/7 189/21 202/13 218/14 219/8
**CCV [5]** 13/15 14/16 14/21 15/12 15/23
**CD [1]** 104/9
**CDU [11]** 61/11 61/21 61/25 62/14 62/20 62/25 66/19 81/14 81/15 82/1 148/7
**center [17]** 18/8 21/18 65/14 70/23 71/15 76/5 83/23 83/24 108/1 108/15 121/11 122/17 129/1 155/1 169/21 194/22 197/12
**certain [12]** 15/12 35/18 58/6 69/4 69/6 145/1 171/1 174/11 174/24 175/7 189/14 217/15
**certainly [20]** 14/4

16/12 24/6 27/6 33/20 34/20 35/8 37/17 42/17 50/24 53/15 88/13 92/10 93/8 94/6 94/8 199/23 207/9 207/19 208/9
**certainty [1]** 158/14
**certification [1]** 189/5
**certify [1]** 221/3
**cetera [1]** 110/11
**chain [1]** 27/20
**chairs [2]** 18/25 20/19
**challenge [3]** 171/3 171/5 175/14
**challenged [1]** 181/4
**chamber [12]** 9/5 11/12 13/11 21/20 39/10 47/1 47/2 47/4 47/8 47/13 53/13 53/15
**Chambers [3]** 11/13 11/24 39/14
**chance [1]** 87/14
**change [1]** 41/16
**changed [1]** 133/3
**changes [1]** 216/22
**channel [5]** 11/12 11/12 11/13 11/14 11/15
**channels [2]** 11/4 11/9
**chanting [1]** 184/12
**chaos [1]** 69/5
**characteristic [2]** 177/9 177/9
**characteristics [1]** 189/15
**characterization [1]** 77/19
**characterizations [1]** 171/19
**characterized [1]** 171/22
**charge [1]** 61/3
**CHASE [1]** 1/7
**ChatGPT [1]** 101/18
**check [2]** 88/5 88/8
**chemical [2]** 199/9 199/21
**Chief [1]** 81/15
**choose [1]** 56/14
**Christopher [2]** 1/17 6/13
**circle [60]** 14/2 17/3 20/8 23/9 24/5 24/7 35/20 39/19 42/25 46/15 65/19 65/20 65/22 65/23 66/8 66/12 70/3 72/17 72/18 72/24 73/8 74/7 74/8 76/1 78/11 78/24 80/14 80/17 82/8 87/7 88/23 107/11 107/19 108/7 109/2 119/1 120/15 125/7 128/17 129/22 137/8 137/10 139/22 140/22 143/2 143/5 143/19 147/11 148/3 157/7 164/6 164/7 183/16 183/19 188/25

90/16 93/17 200/25 203/8 211/22
**circled [24]** 18/15 18/16 18/17 20/12 30/20 36/22 70/1 70/20 74/18 75/4 75/13 107/14 107/25 108/15 115/8 121/11 122/17 125/1 129/1 139/16 169/19 194/22 196/13 197/12
**circling [10]** 71/15 82/8 83/9 83/22 120/8 123/17 123/23 129/13 159/6 192/3
**circuit [5]** 39/24 40/2 40/23 57/15 208/3
**circumstances [4]** 90/24 174/19 175/8 175/12
**circumstantial [13]** 101/3 112/25 153/12 163/11 170/19 172/19 174/8 174/14 177/2 177/21 177/22 178/11 180/22
**city [4]** 48/14 50/13 50/16 197/19
**civil [14]** 28/5 51/16 60/5 60/9 60/11 60/12 61/9 62/20 62/21 63/4 64/5 118/20 147/1 148/5
**civilians [1]** 40/12
**claim [2]** 15/1 182/24
**claims [1]** 184/19
**clarification [2]** 22/17 54/24
**clarify [2]** 52/23 55/13
**clarity [1]** 60/21
**clear [15]** 31/11 38/25 41/25 42/25 53/18 70/14 74/3 78/5 92/19 111/9 133/5 143/11 153/2 163/19 208/3
**cleared [1]** 39/14
**clearly [2]** 103/4 104/19
**client [2]** 94/23 216/2
**client's [1]** 96/20
**clients [3]** 96/8 101/16 103/16
**clip [8]** 32/24 54/24 55/14 109/24 164/3 189/25 214/10 215/12
**clipped [1]** 214/10
**clips [3]** 13/15 32/16 32/18
**close [10]** 28/18 39/11 40/16 40/16 41/3 41/3 74/1 173/10 216/24 220/3
**closed [10]** 25/5 25/18 39/24 40/2 40/23 41/1 43/17 44/2 57/15 93/11
**closely [1]** 11/25
**closer [4]** 38/6 41/1 41/9 209/9

**closest [1]** 95/14
**closing [1]** 137/15
**clothing [1]** 187/5
**co [4]** 6/13 44/15 96/21 102/7
**co-counsels [1]** 6/13
**co-defendant [1]** 102/7
**co-defendant's [1]** 44/15
**co-defendants [1]** 96/21
**COBB [4]** 1/11 64/14 75/23 143/9
**collateral [2]** 60/4 60/8
**colleague [1]** 6/19
**colleagues [1]** 90/25
**collectively [2]** 19/13 23/11
**colored [1]** 108/1
**COLUMBIA [1]** 1/1
**combination [1]** 27/17
**come [33]** 27/8 48/17 49/5 72/9 87/19 87/22 90/5 94/17 95/13 96/10 98/8 99/3 100/5 100/13 101/25 102/8 103/9 106/7 106/10 111/20 117/12 117/14 119/1 125/19 160/1 167/11 173/6 173/13 175/2 176/2 176/11 203/16 215/16
**comes [3]** 12/10 106/8 176/22
**comfortable [1]** 98/21
**coming [2]** 20/8 24/9 24/17 28/15 33/19 38/24 53/18 59/17 80/10 85/5 85/13 87/4 92/21 108/24 117/2 120/6 145/14 156/13 157/18 177/23 199/24 209/13 213/4
**commander [1]** 81/15
**communicated [1]** 13/5
**communication [1]** 55/8
**compared [1]** 189/19
**compilation [1]** 136/10
**complaint [1]** 176/19
**complete [1]** 186/3
**completely [2]** 95/17 189/17
**completeness [1]** 214/3
**complicatedly [1]** 210/2
**complies [5]** 17/5 70/18 108/13 115/7 194/20
**comport [1]** 192/7
**comports [1]** 179/14
**composed [1]** 26/2
**computer [1]** 2/24
**computer-aided [1]** 2/24
**conceded [1]** 101/15

**concern [5]** 90/15 91/17 100/7 100/9 102/25
**concerned [2]** 56/14 210/20
**concerning [4]** 16/17 19/21 209/2 217/21
**concerns [3]** 93/24 104/13 118/13
**concert [1]** 42/1
**concerts [2]** 41/22 41/24
**conclude [2]** 176/3 176/6
**concluded [1]** 220/5
**condition [1]** 23/16
**conditional [1]** 14/6 19/17
**conditionally [1]** 178/10
**conditions [1]** 7/10
**conduct [2]** 88/16 171/15
**confer [5]** 99/4 99/12 100/14 106/14 215/14
**configured [1]** 23/23
**confirm [1]** 113/18
**confirms [1]** 54/5
**conflict [1]** 101/18
**confused [1]** 190/22
**Congress [1]** 60/2
**conjunction [1]** 63/5
**connect [5]** 27/16 27/21 135/10 137/20 165/16
**connected [20]** 27/11 28/13 36/12 36/24 42/6 42/9 42/17 42/19 42/22 44/16 44/17 44/19 44/24 45/1 116/23 116/24 131/10 157/5 163/10 200/20
**connection [5]** 29/14 29/14 134/10 134/13 181/17
**connector [1]** 27/14
**connectors [1]** 31/1
**connects [3]** 21/13 28/3 180/23
**consider [11]** 110/19 128/3 134/17 144/19 144/22 144/22 163/7 171/6 171/9 190/3 190/20
**considered [3]** 176/22 183/5 189/19
**considering [1]** 191/1
**consistent [11]** 124/15 180/25 182/9 184/3 187/11 193/15 195/3 195/9 195/25 197/20 217/25
**Constitution [1]** 2/21
**construct [1]** 20/19
**constructed [14]** 17/2 17/8 18/10 18/21 38/3 117/1 126/2 186/23 187/2 193/2 193/11

**C**

constructed... [3] 196/19 199/6 201/7
construction [12] 18/5 18/24 20/3 20/5 20/6 41/15 45/22 45/24 67/21 68/7 101/9 194/3
Cont'd [2] 3/3 10/19
contact [1] 117/12
contend [2] 217/11 217/11
content [2] 57/21 69/15
context [13] 61/25 62/20 62/21 63/5 91/14 92/21 100/24 101/3 104/18 118/21 171/25 174/20 219/12
continue [9] 15/20 30/6 99/2 107/6 114/21 114/25 116/5 128/7 140/8
continued [4] 2/2 4/1 5/1 16/16
continuous [1] 92/3 100/22 171/2
contractors [2] 27/8 36/9
contradict [1] 219/2
contradictory [1] 111/14
control [3] 40/10 40/25 62/22
conversation [1] 96/12
conversations [1] 100/4
convince [1] 94/2
copy [3] 127/16 214/1 214/12
correct [84] 12/25 13/1 32/16 32/20 33/11 35/23 37/15 37/18 38/11 38/14 39/21 43/19 43/25 44/13 44/21 45/22 48/8 48/11 48/15 49/1 49/5 49/9 49/13 49/19 50/2 50/13 50/17 50/23 51/11 51/17 51/23 55/8 55/9 55/17 63/19 65/17 66/2 70/6 74/21 84/1 106/20 107/15 107/19 108/4 108/18 109/9 109/20 114/2 114/4 115/6 123/19 127/19 141/16 141/18 154/24 161/15 161/16 167/19 188/10 189/17 194/6 194/25 198/18 198/20 199/11 199/16 200/8 201/10 201/14 201/16 201/20 202/13 202/16 202/17 204/18 205/9 210/7 210/14 210/22 211/13 211/16 211/25 212/3 212/6
corrected [1] 116/17
corrections [1] 58/4
correspond [1] 179/7

**corresponds [1]** 177/17
could [67] 12/10 14/3 15/1 16/10 17/19 25/17 26/13 29/5 32/5 32/12 34/20 40/25 41/3 41/4 41/4 41/6 47/12 48/25 49/4 51/6 56/20 60/6 60/15 62/8 62/9 62/9 62/9 82/3 82/5 89/15 91/4 93/5 96/18 102/8 103/7 115/15 115/18 123/9 126/5 135/9 136/12 142/14 142/20 144/17 154/14 158/4 158/12 159/11 164/11 164/24 167/3 174/4 174/17 189/11 192/10 200/14 201/25 202/15 202/20 203/2 209/19 209/22 210/25 211/3 211/7 212/2 216/10
couldn't [1] 200/6
counsel [14] 6/8 6/10 17/21 42/15 57/22 58/2 102/21 106/20 106/22 111/9 198/15 214/9 216/22 218/15
counsels [4] 6/13 44/15 57/21 218/16
count [3] 35/17 188/18 202/20
counter [2] 49/1 149/11
counter-protesters [1] 49/1
couple [6] 7/13 26/14 52/23 54/20 89/15 93/18
course [5] 80/20 107/1 110/7 158/5 163/15
court [69] 1/1 2/20 6/21 6/25 7/3 8/8 9/10 10/1 10/3 10/13 12/10 12/18 38/24 41/13 42/4 58/2 58/20 58/25 65/3 69/15 69/5 69/20 73/17 80/10 81/12 84/20 85/5 85/13 87/4 89/3 91/4 93/9 93/15 94/16 94/24 95/7 96/17 96/18 96/24 97/2 97/11 98/1 99/17 99/23 100/8 103/15 108/24 111/14 120/6 128/1 145/14 156/13 157/18 167/7 172/3 172/3 172/8 174/4 174/16 175/8 176/3 176/6 176/7 189/19 214/24 217/13 217/14 219/4 221/9
Court's [10] 8/22 25/7 26/16 28/22 31/19 35/10 81/6 127/10 147/20 190/8
Courthouse [1] 1/18
courtroom [7] 26/8 31/9 87/20 94/21 98/12

**C/S [1] 2/26**
69/18 174/22
cover [1] 61/15
covered [8] 69/24 71/5 101/7 124/17 125/4 165/10 170/2 195/20
covering [2] 18/24 70/14
covers [1] 18/6 18/8
COVID [3] 43/18 44/4 121/12
COVID-style [1] 121/12
CRC [1] 2/19
create [4] 46/10 64/19 73/25 160/10
created [4] 42/4 69/8 136/12 175/25
creates [1] 28/7
creating [1] 63/8
credibility [1] 112/23
credible [1] 111/16
credit [1] 111/1
crime [2] 105/22 158/13
criminal [3] 1/2 6/4 207/22
cross [26] 3/4 3/5 3/6 3/7 3/12 9/25 9/25 31/24 32/1 38/18 38/20 43/9 43/11 47/18 47/20 52/15 95/10 105/17 113/21 114/17 116/16 130/4 171/20 172/19 198/3 198/5
cross-examination [20] 3/4 3/5 3/6 3/7 3/12 9/25 31/24 32/1 38/18 38/20 43/9 43/11 47/18 47/20 52/15 113/21 114/17 130/4 198/3 198/5
cross-examine [2] 105/17 171/20
cross-referenced [1] 172/19
crossing [1] 53/19
crowd [46] 48/14 48/18 48/20 48/21 62/4 62/5 62/18 62/22 69/5 72/12 72/15 72/23 73/3 73/5 73/8 75/24 76/8 81/18 81/20 88/21 88/23 91/18 91/19 91/22 92/1 98/19 101/8 105/1 105/20 120/14 120/16 161/25 164/8 176/5 177/7 183/23 189/5 193/21 194/2 195/6 195/6 195/9 195/10 210/19 210/23 212/9
crowd's [1] 88/24
crowds [4] 16/9 20/8 49/25 50/12
cruiser [1] 59/22
Cruz [13] 64/13 75/22 115/11 115/25 118/7 118/9 118/14 130/19 132/7 132/8 143/10 216/14 216/21

**Cts [1] 2/26**
cumulative [2] 133/20 133/23
curb [4] 73/24 74/7 78/11 80/13
Curcio [1] 6/14
Currently [1] 154/23
curvature [1] 27/25
curved [2] 65/12 67/10
custody [1] 62/18

**D**

D.C [2] 49/5 49/7
dangers [1] 148/6
date [3] 33/8 164/9 221/8
David [8] 64/13 75/22 115/11 132/7 143/9 216/14 216/20 216/21
day [59] 1/10 11/2 13/4 15/6 23/15 25/16 38/13 39/20 43/3 48/11 52/25 54/4 59/12 59/12 60/14 61/6 61/8 66/21 72/1 75/1 77/15 77/18 78/2 78/16 81/16 91/23 98/16 105/18 110/2 110/5 110/13 110/25 111/6 111/14 112/6 112/8 113/16 113/17 120/12 153/3 164/13 172/17 176/1 177/8 177/10 177/11 179/15 188/12 198/22 200/3 201/6 201/23 203/7 204/24 205/9 205/11 210/16 214/23 217/22
days [3] 7/13 48/13 166/19
DC [6] 1/9 1/16 2/4 2/8 2/18 2/21
dcd.uscourts.gov [1] 2/22
deal [5] 99/7 173/7 187/25 189/10 216/4
deals [1] 187/23
December [3] 49/13 50/1 50/11
decide [1] 98/3
decided [1] 46/8
decides [1] 27/17
decision [6] 9/22 46/9 46/11 53/20 53/22 66/20
decisions [1] 94/7
decon [2] 125/25 126/2
decontaminated [1] 126/3
deemed [1] 72/13
defeats [1] 98/1
defend [1] 118/11
defendant [16] 6/5 6/5 6/6 6/6 6/7 21/23 22/18 102/7 126/11 126/16 134/11 171/5 175/6 175/6 178/2 186/12
defendant's [4] 44/15 57/17 57/18 178/8

**defendants [11] 1/9**
96/21 126/21 134/14 157/2 157/4 157/7 171/18 174/22 174/24 186/6
defendants' [2] 101/15 157/4
defense [21] 7/21 23/11 54/14 57/20 101/17 102/20 106/20 106/22 110/7 113/20 174/4 174/16 175/14 186/5 198/15 207/3 214/9 214/18 216/22 218/15 218/16
defense's [1] 113/11
defer [4] 10/15 134/16 183/7 186/12
deferring [1] 97/23
Deft [5] 2/3 2/6 2/9 2/13 2/16
degree [5] 45/10 63/15 75/11 117/4 167/14
degrees [1] 167/14
delay [1] 9/24
delineated [1] 48/3
demarcated [2] 53/3 53/6
demonstrate [4] 24/10 65/3 69/19 73/16
demonstration [9] 24/8 27/6 45/18 48/16 55/22 60/13 66/24 94/24 104/25
demonstrations [2] 61/17 67/1
demonstrative [9] 41/13 68/23 69/10 69/12 69/15 73/20 133/22 167/5 203/3
demonstratives [2] 55/21 55/24
demonstrators [4] 24/21 25/6 62/10 63/8
denim [6] 83/25 107/25 112/15 123/23 126/12 164/9
department [17] 42/11 57/16 60/19 60/25 160/1 160/9 161/2 166/15 166/17 166/21 167/8 168/5 169/18 170/23 175/20 179/6 206/14
depending [2] 27/17 42/12
depends [3] 36/8 37/2 64/2
depict [44] 68/14 73/13 87/1 87/6 103/14 108/6 109/2 117/19 120/14 121/20 124/9 128/16 129/4 129/21 135/25 139/21 140/21 142/17 143/18 145/2 145/25 147/13 148/25 149/3 149/25 152/13 154/5 155/5 155/24 156/15

**D**

depict... **[14]** 158/15
158/18 159/23 161/1
161/25 165/3 166/2
166/5 170/4 170/20
185/4 192/17 196/1
196/21
depicted **[19]** 37/18
56/4 67/7 88/20 105/23
110/8 111/17 140/19
144/12 168/4 170/25
172/5 182/15 183/1
184/25 188/14 197/9
199/20 213/22
depicting **[1]** 92/12
depiction **[13]** 88/18
88/24 115/15 134/12
138/12 143/4 162/24
163/23 172/4 183/18
193/10 201/5 203/6
depictions **[2]** 127/1
137/9
depicts **[10]** 88/14
88/21 91/25 98/16
109/6 111/13 153/4
175/20 176/1 178/12
deploy **[1]** 66/20
deployed **[4]** 28/9
60/15 66/23 113/14
deploys **[1]** 62/23
deprived **[1]** 219/16
Deputy **[1]** 81/15
descend **[1]** 79/18
descended **[1]** 84/11
describe **[17]** 9/13 17/3
18/17 21/16 33/18 42/8
60/11 61/15 69/22
77/18 78/1 138/15
209/14 210/8 210/12
210/15 217/15
described **[5]** 24/23
42/20 171/24 209/12
210/7
describing **[5]** 8/16
77/22 188/24 217/22
217/25
designed **[2]** 34/10
71/18
desire **[1]** 9/24
detail **[1]** 96/16
detailed **[5]** 11/22 95/3
96/22 97/20 97/22
determine **[2]** 9/20
96/4
deters **[1]** 24/16
dialogue **[1]** 99/18
did **[93]** 8/4 23/13
23/15 23/15 24/1 24/2
33/2 38/15 39/16 39/17
39/23 40/7 40/8 40/8
42/7 43/1 46/17 50/12
52/23 56/3 56/7 56/22
58/2 66/4 66/6 71/23
72/9 73/5 75/3 79/1
79/5 79/8 79/12 79/23
80/10 80/16 81/17
81/20 81/23 84/3 87/21
88/21 89/5 89/7 89/11

90/5 96/12 106/1
106/16 112/15 116/7
116/15 116/19 117/11
117/14 118/10 119/1
119/17 122/25 123/5
125/7 125/19 131/7
131/21 138/4 142/11
142/17 151/18 154/19
160/1 160/3 162/21
166/25 170/17 181/16
182/8 182/25 184/13
190/5 199/17 199/18
202/5 203/13 203/22
203/24 205/2 205/4
209/13 210/8 210/12
210/15 210/16 211/14
didn't **[23]** 33/1 39/22
42/24 52/4 55/6 55/22
55/22 55/23 56/12
79/13 92/13 100/1
100/2 109/6 109/12
112/9 114/8 141/17
177/15 180/21 201/11
203/15 203/16
Diego **[1]** 1/23
differ **[1]** 27/24
difference **[2]** 153/3
189/18
different **[16]** 7/16 18/6
22/11 24/19 36/11
61/17 100/21 111/2
152/25 153/10 153/13
153/14 156/18 166/19
186/11 205/13
differently **[1]** 106/5
difficult **[9]** 8/14 27/22
28/12 34/8 34/15 34/18
34/21 35/7 63/18
dire **[4]** 87/15 90/1
95/10 96/25
direct **[16]** 3/3 3/11
9/19 10/19 40/22 44/11
45/12 47/11 48/6 58/17
113/1 154/25 173/2
186/24 202/9 209/21
direction **[3]** 79/2
194/15 205/6
directly **[3]** 92/2 177/16
195/22
disagree **[8]** 92/10 94/5
102/25 103/17 206/2
206/24 209/5 209/8
disagrees **[1]** 10/9
disclosure **[1]** 169/5
discuss **[6]** 28/25 54/5
61/17 77/21 87/18
215/23
discussed **[2]** 10/24
140/10
discussing **[1]** 173/11
discussion **[1]** 106/12
dismissive **[1]** 100/10
dispatch **[2]** 55/4 79/3
dispatcher **[2]** 12/22
12/24
displayed **[1]** 17/22
displaying **[1]** 35/10
disproven **[1]** 174/6

dispute **[1]** 22/19
disregard **[1]** 174/5
disseminate **[1]** 61/4
distance **[2]** 37/5 63/8
distinctive **[3]** 177/9
177/9 189/14
DISTRICT **[4]** 1/1 1/1
1/11 2/20
disturbance **[13]** 51/17
60/5 60/9 60/11 60/12
61/9 62/20 62/21 63/5
64/5 118/20 147/2
148/5
disturbances **[1]** 28/6
division **[6]** 11/22
11/25 40/4 40/7 59/8
59/9
divorce **[1]** 172/4
do **[296]**
document **[3]** 205/18
206/9 206/16
does **[90]** 10/7 14/12
14/17 26/23 28/12
59/12 62/14 67/23
68/14 71/3 73/13 80/19
80/24 82/19 83/18 90/5
95/2 97/17 106/22
108/6 109/1 111/17
111/18 117/19 120/14
121/16 121/19 121/19
124/9 128/16 129/4
129/21 133/3 134/21
134/24 135/5 135/25
136/24 139/21 140/21
143/4 143/18 144/14
145/2 145/25 147/13
148/25 149/3 149/10
149/25 152/13 154/5
155/5 155/24 156/15
158/15 158/18 159/22
161/1 161/19 161/25
162/24 165/3 165/11
166/2 166/5 166/12
166/17 168/19 170/4
179/7 179/21 180/8
181/24 182/14 183/18
184/3 185/4 185/24
192/7 192/17 193/14
193/14 195/2 195/9
195/25 196/21 203/4
214/14 218/20
doesn't **[14]** 17/17
88/14 100/21 105/16
105/18 105/19 110/15
110/19 112/7 112/13
157/3 176/12 181/20
203/3
doff **[2]** 60/20 60/22
dog **[1]** 51/19
doing **[25]** 7/20 13/9
34/23 63/19 72/7 84/3
84/9 98/1 98/21 116/2
120/15 124/2 130/18
130/25 131/7 138/16
170/25 171/11 171/12
172/15 172/16 174/1
174/24 175/1 209/4
DOJ **[1]** 1/22

dome **[1]** 49/23
don **[2]** 60/20 60/21
don't **[123]** 9/22 10/8
12/2 12/16 12/22 19/6
19/15 27/11 29/17 33/3
33/6 33/12 35/7 36/8
36/19 41/3 44/20 49/23
49/23 51/3 51/5 51/25
52/1 52/3 52/12 54/5
55/2 64/15 71/8 77/11
87/17 89/16 90/3 90/19
90/23 92/22 92/24 93/7
93/11 93/12 93/20
93/22 94/15 94/23 95/1
95/13 95/16 96/3 96/5
96/15 96/24 97/6 97/13
97/22 98/4 98/6 98/6
98/9 98/22 98/23 99/1
99/17 99/20 99/23
100/9 102/5 102/25
103/17 103/22 104/5
105/5 110/9 110/10
111/7 111/11 112/4
114/2 126/15 127/25
150/23 150/25 161/18
170/11 171/10 171/17
172/1 172/8 174/18
175/4 175/19 176/18
179/11 180/12 183/7
184/14 188/12 188/20
190/11 190/17 199/23
203/5 204/3 205/25
206/8 206/19 209/4
209/7 209/18 214/5
214/20 215/5 215/7
215/23 216/7 216/18
216/24 217/10 218/17
218/22 218/23 218/24
219/9 219/17
done **[25]** 17/24 18/5
34/20 46/12 71/8 92/23
94/17 94/25 94/25 95/7
95/12 95/21 96/16
96/17 96/18 97/2 99/16
99/22 99/25 100/2
100/3 100/20 100/21
101/24 103/1
donned **[1]** 82/1
door **[3]** 21/13 22/9
93/11
double **[1]** 88/8
double-check **[1]** 88/8
down **[40]** 16/8 26/13
28/3 33/1 33/11 33/13
37/7 52/10 53/24 66/24
79/6 87/20 101/1 104/9
111/21 123/1 123/8
131/9 133/1 133/2
133/3 134/25 167/2
167/11 175/10 187/2
197/4 198/24 199/7
199/24 206/20 206/21
208/19 208/20 210/4
211/7 212/17 212/20
213/4 213/15
downloaded **[1]** 90/6
dozen **[1]** 111/20
draw **[2]** 65/4 69/25

137/16 215/14
drawn **[4]** 65/13 66/10
70/3 109/12
dressed **[1]** 141/13
drew **[2]** 71/2 167/13
drive **[3]** 64/20 64/22
67/6
drove **[1]** 116/17
druthers **[1]** 95/11
DS1 **[2]** 207/3 214/1
due **[2]** 67/1 204/4
duly **[1]** 58/15
during **[25]** 20/17 27/6
28/5 39/8 39/19 41/22
44/4 46/15 47/8 49/15
59/3 61/14 61/21 72/18
113/5 118/13 125/6
125/10 130/3 159/22
163/16 164/13 170/23
189/1 193/18
duties **[2]** 60/4 60/8
duty **[2]** 52/8 177/8

**E**

each **[16]** 8/19 11/25
26/3 27/24 28/10 28/18
32/16 33/2 42/18 63/14
92/5 95/19 96/11 96/11
134/11 193/10
earlier **[11]** 35/14 43/15
127/21 162/14 184/20
190/10 199/12 200/5
204/4 204/23 214/13
early **[2]** 67/24 71/25
easier **[3]** 34/25 94/14
175/19
easiest **[1]** 27/10
easily **[6]** 14/20 26/6
28/2 28/11 30/17 34/6
east **[2]** 61/1 67/14
Edgar **[1]** 57/12
edification **[1]** 186/5
educated **[1]** 208/6
EDVA **[1]** 2/10
Edwards **[5]** 64/13
75/22 143/10 216/14
216/21
efficiency **[1]** 56/9
effort **[1]** 30/17
eight **[1]** 92/20
either **[11]** 11/10 12/20
36/2 36/3 39/22 42/22
61/14 93/22 103/22
106/9 110/17
elaborate **[1]** 171/15
eleventh **[1]** 9/9
elicit **[1]** 15/13
Elizabeth **[4]** 6/14
64/14 75/23 143/9
Ellipse **[4]** 50/19 66/24
67/3 67/5
else **[8]** 35/1 36/13
111/12 111/18 163/22
199/20 216/23 219/20
email **[1]** 219/22
employed **[1]** 59/2
encourage **[1]** 189/5
end **[8]** 19/12 36/12

**E**

**end... [6]** 42/19 42/20 45/7 45/7 65/23 71/3
**ended [4]** 125/12 125/19 161/14 167/9
**ends [1]** 15/17
**enforced [1]** 7/21
**enforcement [2]** 52/5 187/24
**enforces [1]** 30/16
**enormous [1]** 97/1
**enough [9]** 33/23 34/11 34/3 34/21 37/3 40/18 63/9 69/3 212/20
**ensure [2]** 72/3 96/8
**enter [2]** 58/2 188/17
**entered [2]** 137/17 168/21
**enters [1]** 114/22
**entertain [1]** 215/11
**entire [6]** 11/2 52/25 53/1 53/9 112/4 208/11
**entirety [1]** 172/7
**entitled [2]** 9/23 221/5
**entrance [3]** 66/11 66/12 123/6
**envision [1]** 94/1
**equipment [2]** 20/7 148/7
**era [1]** 104/13
**erected [1]** 106/1
**especially [5]** 34/18 90/4 90/24 93/12 97/12
**essentially [2]** 177/4 181/25
**establish [10]** 13/16 14/12 98/14 98/17 101/4 101/21 119/19 137/2 153/15 163/17
**established [15]** 14/7 19/17 21/4 24/16 45/19 46/1 56/1 75/2 156/24 157/6 170/24 173/24 174/3 179/8 187/12
**establishes [2]** 69/2 69/3
**estimate [3]** 28/17 51/1 81/21
**estimated [1]** 33/3
**et [1]** 110/11
**evacuated [1]** 39/16
**even [11]** 9/25 27/22 42/13 99/8 103/7 127/13 172/3 176/9 177/5 199/15 218/6
**evening [1]** 8/5
**event [7]** 33/11 44/2 45/20 46/6 92/3 100/23 209/10
**events [54]** 9/2 14/18 14/19 28/5 33/10 39/1 39/10 39/19 41/2 42/24 46/21 61/10 87/6 88/18 89/11 100/23 109/6 110/3 110/8 110/24 112/14 113/2 121/21 129/21 139/21 140/21 143/18 146/3 147/13

149/25 153/4 153/16 154/25 155/6 155/24 156/15 156/25 157/1 157/1 157/5 158/18 163/21 164/4 170/17 171/2 172/12 172/24 178/12 183/1 204/24 205/1 205/8 205/11 209/2
**eventually [2]** 18/25 45/2
**ever [4]** 101/9 125/19 193/21 194/2
**every [9]** 9/10 10/10 18/11 68/1 68/2 175/22 189/19 217/17 218/9
**everybody [1]** 40/19
**everyone [2]** 94/16 118/22
**everything [7]** 106/17 106/18 111/12 117/19 163/22 170/14 200/5
**evidence [145]** 15/25 17/21 19/11 19/15 19/23 21/6 22/3 23/2 25/25 55/1 55/3 55/10 56/13 57/2 57/7 58/8 58/10 68/18 68/22 69/7 69/11 69/14 78/15 81/2 81/5 82/23 83/1 84/7 87/11 87/16 89/7 91/12 92/6 93/8 94/7 94/22 95/4 96/13 100/19 101/3 101/12 103/15 113/1 113/1 113/22 117/22 117/25 120/19 120/24 121/24 122/7 126/15 127/7 127/24 128/4 129/25 130/6 132/22 133/9 133/13 133/23 133/24 136/6 139/1 139/5 140/2 140/13 140/25 141/4 142/3 143/22 144/1 144/14 145/3 146/6 146/10 147/18 147/23 149/1 149/7 149/15 150/4 150/8 151/22 152/1 152/17 153/12 153/16 153/18 154/9 154/13 155/11 155/15 156/3 156/7 156/21 157/9 158/22 159/1 160/13 160/17 161/6 161/10 163/4 163/11 165/15 169/1 169/8 170/9 170/19 171/14 172/19 172/22 174/8 174/14 175/16 175/19 177/2 177/17 177/21 177/22 178/11 178/15 179/11 179/17 180/17 180/22 181/4 181/8 181/23 181/24 182/19 183/5 184/8 184/21 185/20 186/14 187/16 188/17 188/18 190/1 207/24 208/21 218/6

218/20
**evidentiary [2]** 54/3 97/14
**exact [5]** 19/6 31/12 31/13 33/8 119/10
**exactly [13]** 12/2 15/24 29/13 33/3 33/6 34/17 90/20 90/22 99/25 107/1 137/5 161/17 209/17
**examination [27]** 3/3 3/4 3/5 3/6 3/7 3/8 3/11 3/12 9/25 10/19 31/24 32/1 38/18 38/20 43/9 43/11 47/18 47/20 48/7 52/15 52/21 58/17 113/21 114/17 130/4 198/3 198/5
**examine [2]** 105/17 171/20
**examined [1]** 58/15
**example [3]** 91/18 105/17 175/6
**except [2]** 101/9 194/5
**excerpt [1]** 122/2
**excerpts [1]** 219/10
**excise [1]** 110/17
**excluding [1]** 16/17
**excuse [2]** 54/4 97/7
**excused [2]** 54/2 216/2
**exhibit [241]**
**Exhibit 1 [1]** 207/3
**Exhibit 1002 [2]** 25/9 25/22
**Exhibit 12 [3]** 73/10 200/13 203/3
**Exhibit 1204 [1]** 57/10
**Exhibit 201 [12]** 13/21 14/6 23/4 35/13 36/15 37/18 40/19 51/7 76/19 83/11 202/10 213/3
**Exhibit 202 [3]** 16/2 16/16 37/21
**Exhibit 203 [1]** 16/14
**Exhibit 204 [9]** 19/10 21/3 41/7 41/9 82/4 82/22 107/18 211/18 212/23
**Exhibit 206 [4]** 21/8 21/22 22/14 22/22
**Exhibit 207 [2]** 22/5 22/13
**Exhibit 208 [3]** 153/20 153/23 154/9
**Exhibit 209 [2]** 154/15 155/10
**Exhibit 210 [3]** 155/16 155/19 156/2
**Exhibit 211 [2]** 156/8 156/21
**Exhibit 302 [11]** 29/3 32/6 35/2 84/15 84/18 84/20 87/10 107/8 136/1 144/15 145/3
**Exhibit 303 [9]** 169/12 170/9 177/14 178/19 179/22 182/4 182/8 182/19 185/1

**Exhibit 304 [6]** 120/2 120/4 120/18
**Exhibit 305 [3]** 84/24 85/3 121/3
**Exhibit 306 [5]** 85/8 85/11 91/4 123/10 127/7
**Exhibit 307 [2]** 157/11 158/22
**Exhibit 308 [6]** 85/16 128/9 128/12 129/25 133/6 134/22
**Exhibit 308A [3]** 132/14 132/22 133/9
**Exhibit 309 [6]** 85/21 85/24 142/21 214/2 214/11 214/12
**Exhibit 310 [5]** 86/1 139/7 140/2 214/8 214/25
**Exhibit 311 [3]** 86/6 140/6 140/24
**Exhibit 312 [3]** 145/9 145/23 146/6
**Exhibit 313 [3]** 146/12 184/23 185/20
**Exhibit 314 [2]** 147/17 149/1
**Exhibit 315 [1]** 160/13
**Exhibit 316 [2]** 148/11 149/7
**Exhibit 317 [2]** 160/18 161/6
**Exhibit 318 [1]** 186/17
**Exhibit 319 [2]** 187/20 191/5
**Exhibit 320 [1]** 192/11
**Exhibit 321 [2]** 149/16 150/3
**Exhibit 322 [4]** 150/13 150/18 150/24 151/22
**Exhibit 323 [1]** 150/15
**Exhibit 324 [2]** 161/11 163/4
**Exhibit 325 [1]** 164/25
**Exhibit 326 [1]** 196/3
**Exhibit 327 [1]** 196/24
**Exhibit 330 [2]** 152/3 152/17
**Exhibit 331 [3]** 86/11 137/24 139/1
**Exhibit 332 [3]** 86/16 141/5 142/3
**Exhibit 334 [2]** 192/21 192/25
**Exhibit 335 [1]** 194/7
**Exhibit 336 [1]** 165/19
**Exhibit 337 [2]** 165/22 165/25
**Exhibit 339 [2]** 195/13 195/16
**Exhibit 340 [4]** 86/21 183/10 183/13 184/8
**Exhibit 409 [5]** 167/22 177/18 179/16 182/9 182/16
**Exhibit 5 [1]** 64/25
**Exhibit 6 [4]** 68/10

66/12 68/18 167/4
**Exhibit 701 [5]** 12/7 12/12 54/24 80/4 80/8
**Exhibit 901 [4]** 135/13 135/16 135/25 136/5
**Exhibit 904 [1]** 144/6
**exhibits [31]** 3/15 4/2 5/2 8/7 8/10 8/11 8/14 8/18 8/23 9/6 19/19 19/23 22/21 42/21 48/4 55/20 56/4 58/1 87/13 99/20 101/2 113/24 136/24 144/23 148/13 151/25 152/1 177/23 214/8 214/11 214/24
**Exhibits 006 [1]** 55/20
**Exhibits 202 [1]** 19/19
**exist [1]** 175/19
**existed [2]** 46/1 103/3
**exists [1]** 174/24
**expect [1]** 137/11
**expected [5]** 48/13 48/18 48/22 48/25 200/12
**expecting [1]** 9/8
**experience [1]** 118/20
**experiment [1]** 98/13
**experiments [1]** 98/12
**expert [1]** 77/12
**expertise [1]** 29/16
**explain [8]** 23/17 26/20 27/4 29/15 53/13 58/25 59/3 63/13
**explained [1]** 31/2
**explanation [1]** 89/4
**explanatory [1]** 23/17
**exposed [1]** 154/23
**extend [1]** 52/24
**extended [1]** 46/3
**extension [1]** 217/9
**extent [3]** 106/22 175/14 217/22
**exterior [4]** 11/15 11/16 13/3 45/14
**extraction [1]** 62/17
**extremes [1]** 37/7

**F**

**fabric [2]** 19/5 19/7
**fabricated [1]** 171/3
**face [3]** 121/12 146/25 165/10
**facilitate [1]** 33/15
**facilitating [1]** 8/22
**facing [4]** 76/13 89/10 89/10 185/3
**fact [25]** 8/11 23/14 35/14 48/13 50/12 50/16 92/4 101/7 101/8 103/13 114/12 134/12 136/23 136/25 153/13 172/7 173/23 175/16 178/5 178/11 188/25 203/19 211/10 218/4 219/5
**facts [4]** 78/15 84/7 114/12 126/15
**factual [3]** 93/12 114/1

**F**

**factual... [1]** 209/7
**failed [2]** 172/6 176/9
**fair [32]** 51/4 56/1
56/21 68/25 80/12
88/18 88/23 89/6 96/15
98/18 110/20 113/17
114/12 126/25 132/21
134/12 137/9 138/12
143/4 162/24 163/23
173/22 183/18 184/13
189/6 189/8 193/10
201/5 203/6 206/8
212/20 213/21
**fairly [48]** 56/4 68/14
73/13 87/6 88/21 91/25
98/15 108/6 109/1
109/2 109/5 109/10
111/13 117/19 120/14
121/19 124/9 129/4
129/21 135/25 139/21
140/21 142/17 143/18
145/2 145/25 147/13
149/3 149/25 152/13
154/5 155/5 155/24
156/15 158/15 158/18
159/23 161/1 161/25
164/11 165/11 166/5
170/4 185/4 192/17
195/25 196/21 213/22
**fall [2]** 185/24 217/23
**falling [1]** 117/15
**familiar [22]** 11/17
14/19 17/6 17/8 37/14
37/17 37/24 49/7 60/21
67/19 67/21 81/14
88/13 103/15 105/3
105/25 105/25 106/8
166/15 171/14 183/6
191/13
**familiarity [1]** 14/16
**family [1]** 102/14
**far [16]** 15/17 20/7
36/24 37/2 37/3 37/5
46/3 52/4 56/13 77/23
95/21 101/19 110/9
125/1 151/16 189/19
**far-right [1]** 151/16
**fast [1]** 212/8
**FBI [1]** 6/15
**FBI's [1]** 208/3
**feasible [1]** 177/20
**features [2]** 101/5
113/3
**February [1]** 45/25
**federal [2]** 1/18 89/19
**feels [1]** 190/23
**feet [1]** 37/4
**Feitel [11]** 2/6 2/6 3/5
6/20 22/23 88/25 92/10
101/23 102/22 103/1
103/17
**Feitel's [1]** 91/3
**fell [2]** 118/5 198/24
**fence [5]** 27/21 30/16
73/25 142/12 213/5
**fenced [1]** 45/21
**fencing [49]** 20/11 23/6

23/6 23/23 24/3 24/6
24/6 24/8 24/10 24/13
24/14 24/15 24/20
24/23 25/2 25/15 26/2
27/19 28/7 28/8 29/22
30/1 30/8 30/12 30/13
30/15 32/19 32/23
34/12 34/15 53/6 62/22
63/4 63/11 63/13 63/14
74/7 74/11 75/3 75/5
75/6 75/9 76/12 116/23
120/13 169/20 202/4
202/4 202/7
**few [13]** 32/13 37/4
47/25 51/10 64/15 80/4
81/18 119/3 144/6
144/18 185/9 204/13
219/10
**field [1]** 93/1
**fields [1]** 93/19
**fifth [2]** 2/4 125/24
**fight [2]** 106/4 106/9
**fighting [1]** 116/11
**figure [2]** 100/11
101/25
**filing [1]** 215/5
**filled [1]** 205/11
**find [4]** 10/13 93/18
176/15 176/21
**finder [1]** 92/4
**finder's [1]** 114/12
**findings [1]** 114/10
**fine [12]** 7/19 54/14
58/4 69/16 91/16 92/17
98/9 102/9 102/18
102/19 190/24 210/2
**finish [1]** 207/20
**firearm [1]** 62/9
**first [34]** 11/23 13/7
15/12 21/15 24/7 45/2
46/14 53/22 54/23
58/15 59/5 59/11 59/12
59/23 60/4 76/1 80/4
84/4 84/4 95/15 97/1
102/15 109/24 120/13
121/20 144/6 160/7
182/24 201/19 204/1
209/15 210/10 211/12
212/21
**fist [1]** 116/10
**fit [1]** 26/21
**five [16]** 6/7 24/22
35/17 35/21 35/22
36/14 39/6 51/13 51/16
57/20 81/22 81/25
84/13 187/21 191/25
199/13
**five minutes [1]** 187/21
**five seconds [1]**
191/25
**flag [2]** 197/13 197/18
**flagged [1]** 103/2
**flight [2]** 198/24 199/7
**floor [3]** 1/19 21/15
53/21
**focus [1]** 51/13
**focused [2]** 73/1 205/6
**follow [2]** 44/14 133/19

**following [1]** 94/18
**follows [1]** 58/16
**foot [2]** 59/18 59/20
**footage [3]** 9/12 26/11
183/3
**force [2]** 42/19 138/20
205/12
**foregoing [1]** 221/3
**foreground [1]** 20/3
**Forgive [1]** 198/9
**form [7]** 61/23 75/24
167/11 190/16 205/11
205/13 214/19
**formation [1]** 174/11
**formed [1]** 119/23
**former [3]** 48/23 49/8
111/15
**forth [3]** 29/18 34/10
125/15
**forward [12]** 20/5
108/9 108/10 123/13
128/18 129/7 130/13
132/16 154/15 176/2
185/9 212/8
**Foster [2]** 1/21 6/13
**foundation [35]** 15/2
19/21 23/16 23/19
29/18 56/16 56/23 69/3
79/16 89/8 95/9 95/22
98/15 112/21 134/15
134/18 135/9 136/14
144/22 145/6 163/14
170/19 172/7 174/8
177/24 185/22 186/3
188/3 188/7 189/22
189/24 190/12 190/16
190/18 214/15
**foundational [2]**
172/20 179/13
**fountain [1]** 18/9
**four [14]** 6/6 18/11
35/22 39/6 57/20 61/2
103/9 109/22 127/8
127/12 127/13 169/20
178/22 209/22
**four minutes [1]** 103/9
127/8
**four seconds [1]**
178/22
**four years [1]** 18/11
**FPD [1]** 2/10
**FPD-EDVA [1]** 2/10
**frame [14]** 12/3 24/3
29/5 29/5 153/5 162/12
162/12 162/17 162/17
163/16 168/10 168/10
194/22 197/12
**frames [1]** 32/13
**Franklin [6]** 208/20
209/19 210/5 210/25
211/8 213/13
**front [44]** 1/22 16/9
20/6 64/19 66/22 66/23
67/1 68/5 68/15 69/4
72/13 72/16 73/7 76/1
89/9 97/6 111/10
111/18 115/3 115/24
124/16 125/7 125/8

127/1 128/22 141/4
141/23 143/5 160/2
161/2 161/3 162/1
165/12 166/4 167/16
170/5 173/23 175/23
179/9 187/9 188/23
193/15 194/13 195/22
**FRU [1]** 11/23
**full [6]** 52/8 58/21 96/4
189/16 214/1 214/12
**full-duty [1]** 52/8
**fully [2]** 13/18 219/18
**fulsome [1]** 89/4
**functions [2]** 20/4 20/5
**fundamental [1]**
100/18
**further [21]** 12/12
13/16 19/17 19/21 21/3
21/22 28/25 30/16
31/21 38/16 43/7 47/17
52/12 54/1 67/11 79/16
116/17 131/9 137/20
198/1 208/11
**future [1]** 30/3

**G**

**gain [1]** 60/1
**gaining [2]** 59/15 61/24
**gallery [1]** 17/22
**gallery's [1]** 17/17
**ganged [7]** 34/4 34/7
34/14 37/9 42/8 42/12
44/19
**garden [3]** 197/18
197/20 197/22
**gather [3]** 20/8 33/22
212/9
**gathering [2]** 50/11
**gatherings [1]** 50/11
**gave [4]** 89/4 205/23
206/2 206/25
**gear [12]** 51/25 52/2
52/3 60/15 60/20 61/5
61/8 61/22 66/19 82/1
147/2 148/5
**general [12]** 9/12 44/5
59/23 68/14 91/14
91/16 96/14 98/11
109/19 113/22 153/4
189/25
**generalities [1]** 217/21
**generalized [2]** 90/22
96/23
**generally [21]** 11/4
26/5 27/5 27/21 33/12
33/21 33/24 34/20
34/24 41/18 44/1 44/2
59/18 67/3 68/7 88/23
100/7 156/25 167/7
188/11 219/13
**gentleman [5]** 35/2
48/1 209/12 211/14
213/7
**geography [2]** 15/14
21/17
**GEORGE [1]** 3/2
**get [17]** 27/23 30/4
30/18 61/9 74/1 87/19

**302** 92/24 95/9 99/13
100/14 102/1 173/13
173/25 177/15 181/21
202/5
**getting [2]** 153/2
177/11
**give [20]** 8/21 34/8
92/5 98/13 99/11 99/14
100/5 100/14 102/16
110/18 110/21 112/23
113/21 114/18 119/10
173/15 174/17 175/16
206/9 206/13
**given [13]** 45/18 89/20
92/24 91/18 92/8 93/13
94/21 95/18 96/14
98/19 118/23 176/2
205/25
**gives [3]** 24/11 99/16
188/24
**giving [4]** 8/25 53/8
206/8 208/17
**glass [1]** 197/23
**globally [1]** 218/15
**go [93]** 6/21 7/12 7/14
9/20 12/17 16/1 16/13
19/9 20/17 20/19 20/20
20/24 20/25 21/7 22/4
23/3 28/14 29/2 29/5
29/17 34/3 36/3 37/22
45/10 57/1 62/17 72/1
76/19 76/20 78/3 79/16
79/18 81/10 82/4 83/10
83/11 84/24 84/24 85/8
95/12 97/7 97/16 99/9
100/17 103/19 106/19
113/12 119/19 121/2
121/3 123/9 123/10
128/1 130/10 130/11
130/13 131/17 132/1
133/15 134/2 137/24
139/7 141/5 144/17
146/15 147/3 148/17
151/1 151/9 152/3
157/13 158/6 159/2
161/11 162/11 162/12
162/15 162/17 164/24
165/22 168/6 168/9
173/18 178/22 183/9
191/24 192/11 192/21
194/7 194/8 203/22
204/2 218/21
**goes [10]** 19/7 28/2
39/18 93/9 100/24
103/14 104/22 171/4
175/4 189/2
**going [113]** 7/11 14/11
14/24 14/25 15/10
15/16 19/11 19/12
29/17 30/3 33/16 35/3
42/22 43/15 48/11
48/22 50/3 51/13 56/5
60/14 62/1 72/1 77/17
77/20 77/25 79/15 80/1
82/14 84/14 89/25
90/15 91/21 92/7 93/20
94/8 95/25 97/25 98/13
99/3 99/4 100/13

**G**

going... [72] 100/16
101/2 101/23 101/25
103/25 104/4 104/19
111/19 111/20 113/8
114/4 118/11 122/1
122/20 124/5 124/12
124/19 126/6 126/19
128/3 129/5 133/18
134/1 138/25 140/7
146/11 148/3 148/18
149/16 151/7 154/25
156/8 159/10 160/18
164/15 164/18 164/21
168/25 172/5 172/12
174/21 176/13 178/2
178/9 179/16 182/3
185/25 188/1 188/8
188/17 189/13 190/3
190/4 190/5 190/13
191/2 196/24 206/11
207/15 207/18 207/20
212/10 215/9 215/11
215/18 216/1 216/4
216/9 216/13 218/13
219/24 219/25
good [23] 6/3 6/11 6/16
6/17 6/20 6/22 6/23 7/1
7/2 7/4 7/5 10/22 10/23
32/3 38/22 38/23 43/13
43/14 47/22 47/23
58/19 215/19 220/3
got [12] 9/7 28/14
28/15 40/6 47/25 73/6
73/8 117/8 117/14
122/23 163/13 191/16
gotten [6] 41/1 41/3
71/8 93/22 113/6
119/19
**GOVERNMENT [138]**
3/15 4/2 5/2 6/8 8/4
8/18 10/7 10/9 12/11
14/5 14/12 15/25 19/18
19/23 21/2 21/6 21/21
22/3 22/12 22/19 23/2
25/21 25/25 29/13 35/9
37/20 38/2 40/18 48/4
54/5 54/25 55/12 55/13
55/21 57/3 57/5 57/10
57/22 58/10 69/9 77/21
77/22 81/5 83/1 87/13
89/7 89/22 90/3 90/14
91/3 93/16 94/9 94/14
94/17 95/6 95/12 95/20
96/10 96/13 97/16
97/19 98/4 98/20 99/2
99/12 99/18 103/8
103/19 103/25 104/17
105/9 105/11 105/15
111/9 112/11 117/25
120/24 122/7 127/7
127/24 130/6 133/13
134/2 136/10 137/14
139/5 140/13 141/4
144/1 146/10 147/23
149/11 149/12 149/15
150/8 152/1 153/18
154/13 155/15 156/7

137/9 159/14 160/7
161/10 169/8 170/13
172/6 172/9 175/5
176/2 176/8 176/20
176/25 178/15 182/23
184/10 184/21 188/9
188/15 189/23 190/1
190/17 200/9 201/8
203/12 203/16 203/19
207/10 213/21 214/2
214/23 216/25 218/5
218/7 218/12 218/13
218/20 220/1
**Government's [173]**
8/20 12/7 12/12 13/20
14/6 16/2 16/13 19/10
19/19 21/7 21/22 22/4
22/13 22/14 22/22 23/4
25/9 25/22 28/24 29/2
32/5 35/10 36/15 37/18
41/6 42/21 51/6 54/18
57/10 64/24 68/9 68/12
68/17 73/10 76/18 80/3
80/8 81/2 82/4 82/22
83/11 84/15 84/18
84/20 84/23 85/3 85/7
85/11 85/15 85/21
85/24 86/1 86/4 86/6
86/11 86/16 86/21
87/10 89/3 90/10
104/21 107/8 107/17
120/1 120/4 120/18
121/2 122/1 123/9
127/7 128/9 128/12
129/24 132/14 132/22
133/5 133/8 133/14
134/21 135/12 135/16
135/25 136/1 136/5
136/20 137/23 138/25
139/6 140/1 140/5
140/24 141/5 142/2
142/20 144/5 144/15
145/3 145/9 145/22
146/5 146/11 147/17
148/10 149/1 149/6
149/16 150/3 150/12
150/15 150/18 150/24
151/21 152/2 152/16
153/19 153/23 154/8
154/14 155/10 155/16
155/19 156/2 156/8
156/20 157/10 158/21
160/12 160/18 161/5
161/11 163/3 164/24
165/19 165/22 165/25
167/3 167/21 169/12
170/8 178/19 179/16
179/22 182/3 182/8
182/9 182/15 182/18
183/9 183/13 184/7
184/22 184/25 185/19
186/16 187/19 191/5
192/10 192/20 192/25
194/7 195/13 195/16
196/3 196/24 200/13
202/10 203/3 211/18
212/23 213/3 214/7
216/9 218/23

grab [2] 28/14 56/21
grabbed [5] 118/7
122/24 123/8 130/19
138/20
**GRANT [7]** 1/6 2/6 6/5
6/21 21/23 22/18 38/19
graphic [1] 176/15
grass [2] 73/1 143/17
grassy [3] 20/17 20/18
195/24
gravity [1] 94/22
great [2] 37/5 106/18
greater [1] 26/5
green [3] 74/7 75/5
202/4
grew [2] 73/5 88/23
ground [1] 20/7
grounds [36] 7/12 9/13
17/10 43/23 56/2 56/5
65/13 67/19 69/1 71/21
72/23 88/13 88/14
105/25 113/4 127/1
143/5 143/15 146/21
149/4 150/21 156/22
162/1 165/3 174/12
174/23 174/25 177/25
178/4 178/5 188/11
189/1 189/6 191/13
193/11 193/22
group [3] 36/21 51/5
84/12
groups [1] 49/5
grow [1] 72/24
growing [2] 72/15 76/9
grown [1] 72/12
guarding [1] 66/22
guess [17] 21/16 62/21
72/22 91/17 94/5 98/11
99/1 115/5 123/6 125/6
138/15 138/16 165/15
167/16 168/20 190/22
205/15
guests [1] 44/5
guidance [1] 53/8
guilty [1] 176/21
guys [2] 41/21 101/17

**H**

**H-A-W-A [1]** 57/12
habit [1] 205/16
had [63] 17/23 33/13
33/23 34/21 41/10
41/21 45/13 45/19
49/16 49/18 49/21
50/13 50/24 52/6 56/19
59/4 64/10 66/20 71/8
71/8 72/2 72/12 72/20
74/13 75/3 75/7 75/7
79/2 79/3 79/24 81/18
82/1 85/5 89/21 94/10
95/11 103/9 103/18
104/3 111/7 117/3
119/18 119/19 122/22
125/14 125/23 125/24
126/2 126/3 130/18
141/24 153/10 158/12
158/13 165/9 175/1
177/10 199/6 204/1

204/3 204/5 204/8
218/8
hadn't [3] 78/19 113/6
127/21
half [2] 127/17 128/1
Halim [4] 2/13 3/7 7/2
47/24
hand [4] 154/22 154/23
180/7 180/8
handgun [1] 118/23
handle [1] 106/23
hands [1] 35/3
happen [4] 77/4 99/3
203/24 205/2
happened [30] 7/15
43/2 46/23 53/23 90/23
92/16 93/7 94/1 95/2
113/2 113/17 116/12
117/7 118/5 121/21
134/12 137/3 137/8
137/9 138/12 160/8
177/5 177/8 178/5
180/25 188/19 188/25
188/25 199/17 217/22
happening [13] 9/4
35/24 62/11 91/16
104/18 105/4 105/7
111/12 137/17 170/15
172/10 177/16 217/14
happens [5] 46/11 62/3
103/4 176/5 176/6
happy [7] 206/13
207/14 207/21 207/25
208/5 208/6 219/10
hard [8] 60/15 60/20
61/5 61/8 66/19 147/2
148/5 212/10
harm [1] 118/14
has [85] 8/19 8/20 9/2
10/11 15/14 27/25
29/16 32/19 35/5 46/12
60/19 65/11 65/13
65/21 66/10 69/1 70/2
70/19 74/6 74/17 76/4
76/11 89/13 90/3 90/6
90/7 94/6 94/10 94/10
94/13 95/21 96/19
97/12 98/15 101/8
101/19 103/2 103/3
103/20 104/11 104/19
105/6 105/11 105/13
105/22 105/23 106/22
107/13 107/24 108/14
111/21 113/24 121/10
122/16 124/25 132/24
133/1 133/2 134/7
136/13 136/22 139/15
167/4 170/12 172/6
174/3 176/2 176/8
181/17 183/6 188/19
189/19 194/21 196/12
197/11 202/9 206/6
212/17 212/20 216/2
216/25 217/13 218/13
218/15 219/1
hasn't [3] 102/22 174/6
181/3
hat [22] 83/21 107/22

108/1 112/15 116/8
123/24 126/12 147/8
155/1 159/6 159/20
160/23 168/14 180/24
182/14 185/16 199/20
199/24 209/13 210/8
211/15 213/7
have [227]
haven't [10] 9/7 56/14
69/2 93/22 137/4
168/21 174/6 186/8
207/16 214/6
having [14] 58/15
80/24 96/12 106/4
106/6 106/9 148/13
181/9 181/11 209/14
210/9 210/12 210/16
211/15
Hawa [1] 57/12
Hayman [7] 6/14 12/6
16/1 19/9 23/3 142/6
144/17
HAZMAT [1] 60/6
he [171] 7/14 7/15 7/19
8/18 8/20 10/5 11/22
12/9 12/10 14/18 15/7
15/14 15/18 23/15
23/15 26/23 29/16 30/1
35/4 48/1 48/2 55/3
55/4 56/3 56/3 56/8
56/12 56/19 56/22
56/24 57/24 58/4 61/3
62/9 62/9 62/9 72/1
77/14 77/15 77/16
77/18 77/18 78/1 78/2
78/16 78/17 78/19
81/15 84/4 84/8 84/8
88/19 88/20 89/13
89/16 90/13 90/20
90/20 90/22 91/13
91/24 91/25 92/2 92/2
92/13 93/5 93/5 93/21
94/3 94/19 94/19 96/1
96/2 98/2 102/15
105/17 105/18 105/19
106/22 109/5 109/6
109/6 109/10 109/12
109/13 110/2 110/2
110/4 110/4 110/8
110/9 110/9 110/13
110/15 110/17 110/19
110/25 111/5 111/6
111/7 111/11 111/13
111/17 111/18 112/2
112/3 112/5 112/7
112/7 112/15 113/3
113/7 114/7 114/8
114/8 116/9 116/9
126/11 126/17 131/8
131/22 134/18 136/23
137/6 141/23 141/24
153/8 153/9 157/7
163/20 163/21 163/22
164/7 168/22 170/12
170/12 170/17 170/22
170/24 172/15 172/16
175/9 177/5 177/7
179/14 179/14 180/6

**H**

he... [24] 180/14
180/18 180/18 180/21
180/21 181/12 181/17
181/20 181/23 181/24
184/13 184/14 184/15
184/19 188/24 189/15
206/6 206/8 210/10
214/14 215/13 216/2
217/22 218/4
he'll [2] 88/17 88/19
he's [48] 8/9 8/14 8/15
8/25 9/4 9/6 9/11 9/12
9/13 11/20 14/24 15/2
15/9 29/17 35/3 77/20
77/23 78/16 88/13
88/20 91/21 91/24
103/18 110/3 112/3
112/16 112/18 113/1
113/8 113/15 114/7
114/13 114/15 114/16
116/1 134/11 163/21
164/3 164/5 171/10
177/6 180/7 189/4
189/7 213/9 215/6
215/7 217/24
head [3] 104/12 114/5
117/16
headed [1] 126/4
heading [1] 124/3
hear [16] 9/21 12/15
26/24 27/1 29/20 30/4
47/12 47/15 88/25
90/14 97/18 98/8
114/17 136/18 175/8
176/24
heard [11] 10/7 13/7
13/10 38/13 46/14
46/18 55/4 93/2 95/1
112/9 184/15
hearing [7] 13/2 13/8
25/23 38/8 81/3 82/24
102/6
hearsay [2] 12/9 207/4
heart [1] 90/9
heavy [3] 28/17 61/19
63/23
held [1] 10/5
helmets [1] 146/24
help [4] 69/19 73/16
90/2 126/5
helped [1] 167/11
helps [2] 63/9 153/15
here [83] 6/21 7/3 8/21
9/11 13/23 15/15 16/4
16/21 19/25 20/12
21/10 23/9 24/5 24/6
24/14 25/17 26/7 27/11
29/9 29/23 30/9 30/19
31/8 35/2 35/13 35/24
36/1 36/17 36/21 37/8
37/10 41/13 42/4 48/1
51/13 89/18 90/21
92/22 93/14 93/18
94/16 94/24 97/15
98/10 100/18 101/17
102/14 105/6 112/4
112/21 113/10 115/4

131/16 139/14 153/9
158/3 163/13 167/10
167/12 169/23 175/3
175/21 176/11 184/1
187/4 189/25 197/18
201/16 202/3 202/5
202/15 202/18 204/19
211/22 211/24 212/8
212/11 216/8 217/14
217/19
here's [2] 91/13 201/22
higher [1] 117/14
highlighted [1] 135/5
him [70] 7/11 7/12 10/1
10/4 10/5 11/21 23/17
26/24 29/25 77/14
78/16 79/10 88/12
88/16 93/3 95/13 95/14
95/16 102/14 102/16
103/25 104/1 104/4
104/17 104/18 105/17
109/12 110/15 111/9
111/10 111/18 112/4
112/5 112/9 113/7
113/16 113/17 118/8
118/12 126/10 126/21
141/17 147/10 164/19
168/16 170/13 172/15
172/16 175/9 176/21
177/16 178/3 181/11
181/18 181/19 181/23
181/24 189/7 189/7
189/7 190/4 191/2
206/9 206/11 207/15
207/16 208/9 209/14
210/8 210/12
himself [3] 35/4 107/14
114/16
his [47] 7/21 8/13 8/15
8/25 9/1 9/11 9/14 9/21
12/4 12/10 12/22 14/16
29/18 38/11 62/8 88/24
90/21 96/21 100/24
103/19 103/21 105/18
109/12 110/10 111/5
111/5 111/6 113/14
113/19 113/23 116/9
116/10 116/10 136/22
137/10 159/15 170/15
175/10 178/3 181/19
181/22 189/8 191/2
208/21 216/6 218/1
219/10
hit [1] 104/11
hold [6] 44/20 137/19
145/5 165/15 166/8
187/16
holding [2] 62/24 180/9
hole [1] 34/3
holes [1] 110/22
Honor [201] 6/3 6/11
6/17 6/20 6/23 7/2 7/5
7/18 8/1 9/1 9/6 9/17
10/9 10/17 12/8 12/11
13/14 14/5 14/10 14/15
15/4 15/11 15/21 16/15
17/16 21/2 21/21 22/12

22/16 23/1 23/8 25/24
29/12 30/2 31/9 31/21
31/25 38/16 50/3 52/13
52/17 52/19 54/13
54/20 55/9 55/19 55/25
56/7 56/18 57/6 57/9
68/17 68/20 68/25 69/7
69/16 73/19 79/14 81/8
87/9 87/12 87/24 89/1
90/16 91/2 91/24 92/5
94/13 97/6 98/21 99/16
101/1 102/1 102/12
104/5 104/11 105/11
105/21 106/8 106/16
107/7 109/4 111/4
112/12 112/22 112/23
112/24 113/25 117/22
126/19 127/6 127/15
127/20 128/8 129/24
133/8 133/16 134/6
134/9 135/7 136/7
136/9 136/16 136/19
137/4 137/13 137/19
139/3 140/1 141/2
142/2 142/5 143/21
143/24 144/2 144/19
144/24 145/5 146/5
146/8 148/12 149/6
149/9 150/6 151/21
151/24 152/16 153/7
154/8 154/11 155/13
156/5 156/20 156/24
158/21 158/24 160/12
160/15 161/5 161/8
163/3 163/6 163/9
164/2 164/5 164/17
164/20 165/14 166/8
168/20 170/8 170/11
170/18 171/13 172/1
172/13 172/18 173/3
173/12 173/18 173/24
175/18 176/23 177/13
178/18 179/10 180/12
180/16 182/1 182/18
183/4 184/7 184/9
185/19 185/21 186/1
186/5 186/13 187/15
187/19 188/4 188/22
189/7 190/7 190/21
191/4 197/24 198/1
198/4 206/6 207/2
207/4 208/8 213/25
214/6 214/14 215/24
216/13
Honor's [1] 15/22
HONORABLE [1] 1/11
hood [2] 107/25 155/1
hoody [1] 185/16
hook [1] 27/25
hooks [2] 27/11 27/24
hoop [1] 28/1
horizontal [2] 35/25
63/17
hotel [1] 188/24
hour [11] 9/9 46/16
55/15 61/11 61/13
61/14 72/7 72/8 125/8

hours [2] 46/21 125/8
House [17] 9/5 11/13
11/24 13/11 39/10
39/14 47/1 47/2 47/3
47/8 47/13 48/17 50/20
53/13 53/19 53/23
216/15
housekeeping [3]
102/20 106/14 216/5
how [100] 9/16 11/21
12/1 17/6 20/24 21/16
26/20 27/4 28/17 29/17
33/1 36/6 36/8 36/9
36/10 36/19 37/2 38/22
39/4 41/3 41/3 41/16
42/6 42/8 50/25 51/1
58/25 60/18 62/14
62/14 63/13 63/18
63/23 64/2 64/3 64/8
67/14 68/4 71/23 72/1
72/5 74/10 81/18 81/20
81/23 82/12 84/11 89/5
90/6 90/6 93/20 96/14
100/6 100/15 101/25
104/14 105/19 106/3
109/5 109/12 111/19
116/15 117/3 117/17
119/5 119/11 120/11
122/25 123/5 125/6
126/10 128/14 136/11
136/12 147/10 159/19
160/4 163/7 165/8
166/18 170/1 171/21
173/1 175/25 177/10
183/22 186/25 189/23
193/4 193/14 193/18
194/14 195/19 195/19
196/8 197/22 200/22
201/7 202/5 203/13
However [1] 14/17
hug [1] 102/16
huge [1] 45/11
humanly [1] 95/16
hundred [5] 9/5 41/23
81/22 103/2 204/6
hurdles [1] 92/23
Hutton [2] 1/14 6/13

**I**

I'd [33] 7/7 12/6 13/20
16/1 23/3 27/4 37/10
63/25 68/17 73/19
87/14 136/5 140/1
142/2 143/21 146/5
147/17 149/6 150/3
151/21 152/16 154/8
155/10 156/2 156/20
158/21 160/12 161/5
184/7 185/19 186/9
200/12 202/9
I'll [30] 12/15 12/15
19/22 57/1 58/8 88/25
90/1 99/5 99/11 99/14
99/15 102/2 106/16
109/15 109/19 134/16
144/21 171/9 171/23
182/2 184/20 196/10

207/13 207/19 208/10
208/12 212/8 212/24
216/6 219/2
I'm [133] 6/12 15/16
16/15 17/8 18/16 19/2
19/2 19/12 22/23 25/8
29/16 33/1 35/18 36/13
36/24 41/23 44/22 45/4
45/6 50/3 50/7 51/3
51/13 52/5 53/4 56/14
58/23 60/9 60/21 71/15
73/10 76/25 77/17
77/23 77/25 78/5 79/13
83/9 83/22 83/23 84/14
88/2 90/15 93/24 95/24
97/8 98/13 99/1 99/5
99/24 100/8 100/10
100/10 101/22 102/7
102/10 102/18 103/14
105/3 105/24 105/25
106/20 106/20 108/22
109/11 109/22 112/2
112/4 113/20 114/4
114/9 115/5 118/11
120/8 124/8 125/8
126/23 127/11 128/2
128/3 128/4 128/22
133/18 138/25 140/7
141/16 146/11 148/3
150/25 153/2 154/25
157/13 159/10 164/21
168/3 168/25 178/9
178/23 179/13 180/10
184/18 188/1 188/6
188/10 188/10 190/3
190/22 191/1 191/1
192/3 198/15 200/3
200/18 205/13 205/20
206/11 206/13 207/14
207/21 207/25 208/5
208/6 208/21 210/1
212/1 212/10 215/11
215/18 218/7 218/8
218/11 218/12 219/10
I've [22] 20/12 28/14
30/19 33/8 33/9 33/13
33/14 33/15 36/22
42/10 47/24 59/2 59/5
82/13 92/19 95/18
103/18 120/12 176/14
204/5 212/3 212/5
idea [5] 89/13 94/5
98/1 136/11 214/21
identified [22] 35/14
38/11 55/14 114/16
126/11 126/16 126/17
126/21 127/22 127/22
129/15 129/18 134/7
155/3 159/8 160/24
162/22 168/17 179/3
180/24 185/17 215/10
identify [5] 12/10
170/14 172/15 203/13
214/24
identifying [4] 21/23
127/18 134/14 176/6
identities [3] 14/20
135/10 157/5

**I**

**identity** [2] 134/11
163/9
**image** [7] 23/7 36/16
36/18 74/15 75/24
193/14 195/7
**imagining** [1] 188/10
**immediately** [1] 109/21
**impact** [1] 217/19
**impeach** [3] 207/15
208/9 208/13
**impeachment** [1]
219/15
**important** [3] 104/13
177/14 178/6
**impossible** [3] 95/18
100/9 103/12
**improper** [2] 172/6
181/16
**inadequate** [1] 96/5
**inadmissible** [1] 96/9
**inappropriate** [2] 14/13
182/22
**Inaudible** [1] 26/22
**inaugural** [6] 45/22
45/24 67/21 68/5 194/3
196/9
**inaugurated** [1] 71/19
**inauguration** [24] 16/8
17/1 18/3 18/5 18/11
18/13 18/19 18/20
20/18 68/3 70/16 71/20
71/22 74/14 74/24 75/1
75/15 125/5 125/13
146/22 151/16 183/24
186/23 199/6
**inaugurations** [2]
193/19 193/20
**incapacitated** [1]
118/24
**incident** [2] 46/15
112/16
**incidents** [1] 177/22
**include** [2] 157/2 203/4
**including** [2] 70/21
164/8
**incomplete** [1] 90/11
**inconsistent** [2]
207/25 217/1
**inconsistently** [2]
217/23 218/5
**incorrect** [1] 149/10
**independent** [3] 112/1
153/14 153/15
**independently** [3] 37/3
42/16 42/18
**INDEX** [2] 4/1 5/1
**Indian** [1] 2/14
**indicate** [6] 107/11
107/18 107/23 108/12
115/2 201/25
**indicated** [4] 39/9 53/9
212/3 212/6
**Indicates** [1] 122/15
**indicating** [2] 74/16
124/24
**indication** [1] 164/8
**indicia** [2] 175/13

**instruction** [1] 70/18
**indiscernible** [2] 217/7
218/4
**individual** [76] 11/17
35/5 35/8 82/8 83/9
83/20 83/23 84/3
107/22 108/15 108/20
109/8 110/16 112/19
116/7 118/8 118/14
121/11 122/17 123/17
123/23 123/24 125/1
129/1 129/13 130/25
131/7 131/16 131/21
132/6 134/11 134/14
139/16 141/13 141/22
145/6 147/8 147/11
148/23 155/1 155/2
155/3 159/6 159/8
159/15 159/17 160/23
160/24 162/21 162/22
163/11 163/13 164/6
164/9 168/14 168/17
177/6 179/3 180/4
180/8 180/18 185/14
185/16 185/17 187/5
201/18 209/16 210/7
210/17 210/23 212/11
212/13 212/15 212/17
212/20 213/1
**individually** [1] 63/24
**individuals** [34] 24/22
59/17 60/1 77/12 78/24
91/19 92/1 92/12 113/9
115/24 116/2 116/13
117/9 118/7 118/24
120/9 122/23 126/20
135/4 135/19 143/8
145/1 147/1 158/11
168/3 169/15 169/20
171/15 179/5 184/1
187/4 192/3 192/4
195/23
**indulgence** [7] 25/7
31/19 35/10 81/6
127/10 147/20 190/8
**inextricably** [2] 8/13
218/1
**information** [4] 45/18
209/1 209/6 211/11
**informed** [1] 48/16
**initially** [1] 192/8
**injured** [1] 49/22
**injury** [1] 49/23
**innocent** [1] 77/23
**insert** [1] 63/15
**inside** [11] 9/4 11/1
11/14 39/9 39/14 39/15
39/16 40/10 47/8 60/3
199/2
**insistent** [1] 10/3
**insofar** [5] 9/1 9/12
218/14 218/22 218/24
**Inspector** [1] 57/12
**install** [2] 27/7 27/8
**instance** [1] 200/5
**instances** [2] 75/7 96/1
**instead** [1] 102/8
**instruct** [1] 126/20

**intel** [1] 60/19
**intelligence** [1] 45/13
**intend** [7] 13/14 171/14
177/3 177/21 177/24
183/2 183/5
**intends** [5] 12/11 55/13
57/3 87/13 190/18
**interact** [1] 26/19
**interacted** [2] 92/2
92/11
**interacting** [5] 92/15
92/16 105/1 141/22
166/19
**interaction** [2] 92/12
94/11
**interactions** [1] 174/2
**interconnected** [1]
36/15
**interest** [1] 96/21
**interested** [2] 112/2
112/5
**interior** [1] 11/14
**internal** [1] 99/18
**Internet** [7] 87/23 88/2
88/3 88/4 88/4 88/5
88/6
**intersect** [3] 35/25 36/1
36/6
**intertwined** [2] 8/13
218/1
**interval** [1] 72/5
**interviewed** [1] 189/7
**introduce** [3] 6/9 58/19
190/1
**introduced** [1] 218/20
**introduction** [4] 89/17
89/24 95/3 99/20
**investigation** [1]
207/10
**involve** [2] 62/25 100/1
100/2
**involving** [1] 39/1
198/19
**is** [472]
**isn't** [2] 15/8 92/14
**issue** [20] 7/25 10/15
54/3 57/1 87/18 89/21
92/8 92/9 96/19 99/8
100/10 100/18 102/22
103/2 112/20 173/10
216/14 216/24 218/22
218/24
**issues** [5] 63/10
109/16 216/5 219/22
220/2
**it** [428]
**it's** [149] 7/8 7/9 7/16
8/14 10/2 12/2 12/16
14/4 19/5 19/6 22/11
23/16 25/23 27/19
27/21 28/15 29/13
30/17 30/23 30/23 34/8
34/15 34/21 34/25
38/25 42/10 46/12
54/10 59/20 59/25
60/14 62/21 64/15 66/8
67/6 69/12 69/24 70/16

101/13 101/22 104/18
104/24 104/25 108/7
110/1 112/14 113/3
115/16 124/16 125/7
128/17 141/17 141/19
142/18 143/6 146/1
146/3 147/15 149/4
150/1 150/21 152/14
154/1 154/6 155/8
155/22 156/16 158/16
161/17 162/1 163/1
163/15 164/10 164/12
164/14 165/9 165/12
166/6 166/22 167/25
170/5 170/22 171/8
171/9 173/23 174/16
174/16 174/20 177/8
178/6 178/12 183/20
184/5 185/7 189/1
189/16 190/5 191/15
192/8 192/18 193/12
193/16 194/5 195/4
195/10 196/1 196/22
198/11 198/19 198/21
205/1 205/8 206/3
209/2 209/2 209/13
210/8 211/11 217/21
**January 25th** [5] 206/3
209/2 209/13 210/8
211/11
**January 6** [4] 11/2
60/24 150/21 165/12
**January 6, 2021** [16]
11/10 68/15 87/3 146/1
146/3 152/14 163/1
164/10 164/12 166/22
183/20 191/15 192/8
192/18 195/4 195/10
**January 6th** [93] 9/3
11/7 24/1 37/14 38/13
39/1 43/17 44/7 44/10
46/2 48/13 50/15 51/2
60/10 62/12 64/5 64/9
64/18 66/19 69/4 71/5
71/23 73/14 77/1 77/8
77/16 82/17 83/13 87/7
101/6 101/9 101/12
101/13 101/22 104/18
104/24 104/25 108/7
110/1 112/14 113/3
115/16 124/16 125/7
128/17 141/17 141/19
142/18 143/6 147/15
149/4 150/1 154/1
154/6 155/8 155/22
156/16 158/16 161/17
162/1 163/15 164/14
165/9 166/6 167/25
170/5 170/22 171/8
171/9 173/23 174/13
174/16 174/20 177/8
178/6 178/12 184/5
185/7 189/1 189/16
190/5 193/12 193/16
194/5 196/1 196/22
198/11 198/19 198/21
205/1 205/8 209/2
217/21

**J**

**jacket** [14] 83/20 83/25
107/22 107/25 112/15
116/9 123/23 126/12
126/18 164/9 168/4
180/8 192/6 213/7
**jackets** [4] 160/6
166/23 169/21 179/5
**JAMES** [2] 1/6 6/5
**January** [118] 9/3 11/2
11/7 11/10 24/1 37/14
38/13 39/1 43/17 44/7
44/10 46/2 48/13 50/15
51/2 60/10 60/24 62/12
64/5 64/9 64/18 66/19
68/15 69/4 71/5 71/23
73/14 77/1 77/8 77/16
82/17 83/13 87/3 87/7
101/6 101/9 101/12

**J**

**JASON [3]** 1/8 6/7 7/6
**jean [3]** 83/20 126/18 213/7
**Jefferson [1]** 67/6
**Jencks [9]** 8/3 8/12 216/24 217/1 217/4 217/10 217/24 218/10 219/13
**JIA [1]** 1/11
**job [2]** 90/2 175/19
**Johns [5]** 2/19 2/22 221/3 221/8 221/9
**JOHNSON [8]** 1/7 2/9 6/6 6/24 43/10 136/16 184/10 184/11
**Johnson's [4]** 178/1 187/25 188/23 190/15
**join [3]** 36/7 79/20 90/25
**joined [7]** 6/12 26/4 26/5 27/5 31/5 32/16 32/19
**joint [4]** 44/23 45/3 45/8 45/9
**joints [2]** 44/19 45/6
**Joseph [1]** 1/14
**JUDGE [2]** 1/11 102/6
**juggling [1]** 216/17
**July [1]** 41/23
**July 4th [1]** 41/23
**jury [2]** 110/17 205/16
**just [200]** 7/15 13/11 13/21 14/23 15/2 15/21 16/15 18/15 20/23 22/16 23/9 26/13 26/14 26/20 26/24 27/4 28/1 28/2 28/10 28/24 29/3 29/5 31/2 32/12 33/6 33/16 33/23 34/9 34/12 36/21 38/25 39/18 41/25 42/10 42/14 42/24 44/1 45/6 45/8 45/8 46/7 47/25 48/1 48/6 51/7 52/19 52/23 53/11 53/22 54/16 55/13 56/9 56/11 57/6 57/23 58/25 60/21 61/17 62/10 63/16 63/20 64/2 65/1 65/3 65/12 67/3 69/13 69/15 70/3 70/14 71/1 72/12 72/19 73/6 73/8 74/3 75/3 75/11 75/13 76/3 76/20 76/20 76/23 78/5 79/20 80/3 80/4 82/15 82/20 83/4 83/14 87/22 88/8 90/8 90/15 94/2 95/4 95/17 99/5 102/2 102/2 103/9 105/24 105/25 109/15 110/11 111/6 111/16 115/2 115/15 115/18 117/20 118/1 119/9 119/14 120/25 122/8 123/8 123/11 124/25 125/14 126/19 128/18 128/24 129/7 130/7 130/11

138/15 138/21 139/7 139/14 140/3 140/15 141/11 142/7 142/12 142/24 142/25 143/7 143/9 143/11 143/14 143/16 145/6 148/3 148/9 148/25 149/11 150/15 150/24 151/6 152/22 153/6 153/16 153/19 155/13 156/2 157/8 157/13 159/11 161/13 162/8 163/23 164/6 164/11 166/1 166/7 166/15 166/18 167/11 168/17 168/18 169/10 169/14 170/24 171/6 171/10 171/12 172/3 172/10 172/14 173/5 173/15 175/14 175/16 177/12 178/1 178/12 178/20 179/25 180/3 180/8 181/19 184/11 184/22 186/10 188/2 188/18 189/22 189/25 190/2 190/3 190/5 190/19

131/14 132/1 132/2
132/15 132/16 132/19
133/5 133/20 133/21
134/3 134/17 135/1
135/21 136/14 138/4
138/8 140/9 142/1
142/6 143/11 144/2
145/18 147/24 149/17
151/18 152/11 154/15
156/18 160/19 162/17
163/7 164/25 165/3
167/7 168/9 169/9
171/6 171/24 175/4
176/20 178/19 180/16
180/17 181/21 185/9
186/6 187/1 188/1
190/11 191/20 192/21
194/18 196/14 197/24
201/25 203/2 205/15
208/1 209/25 210/11
212/8 213/13 215/14
216/8 216/16 217/6
218/8 219/8 219/12
219/25

**K**

**keep [11]** 10/8 45/6
62/1 64/2 72/13 80/19
99/6 134/1 138/8
207/19 212/24
**keeping [1]** 216/8
**keeps [1]** 27/12
**key [1]** 28/15
**kind [19]** 7/20 20/20
27/13 27/20 27/25
40/18 61/9 61/20 69/5
71/3 75/13 93/13 95/2
95/4 101/15 113/10
167/7 177/20 194/22
**King [1]** 2/11
**knew [2]** 49/15 81/19
**knocked [2]** 212/17
212/20
**know [95]** 7/15 11/21
12/2 12/16 12/16 17/17
19/6 25/6 27/11 29/17
33/3 33/6 35/7 36/8
36/19 41/3 42/3 47/11
49/23 50/25 51/5 52/4
60/18 63/19 63/21
64/11 71/7 71/16 75/16
82/12 87/13 89/21 90/6
90/8 90/20 90/25 91/8
91/20 91/21 92/13
93/20 96/15 101/14
104/3 104/25 105/5
105/16 109/5 109/6
110/9 110/25 112/16
114/2 120/11 136/12
136/22 143/11 143/14
148/3 150/23 157/4
161/18 165/6 165/8
165/15 166/18 168/3
171/18 175/1 175/1
175/24 175/25 175/25
176/18 177/8 181/12
186/9 188/20 189/2

209/4 214/5 214/15
214/20 215/5 215/7
215/16 216/9 216/22
217/24 219/9 219/16
219/23
**knowing [4]** 14/11 69/6
72/1 103/10
**knowledge [6]** 15/14
71/12 105/24 157/3
181/20 181/22
**known [1]** 12/1
**knows [2]** 109/11
109/13
**Kyle [2]** 1/14 6/12

**L**

**L-A-N-E-L-L-E [1]**
57/12
**L-I-V-E-L-Y [1]** 58/24
**labeled [1]** 214/8
**lack [6]** 71/12 217/9
**laid [6]** 15/18 69/2
94/13 95/21 135/9
159/24
**land [1]** 99/9
**landmarks [2]** 170/14
170/16
**Lane [1]** 2/14
**Lanelle [1]** 57/12
**language [1]** 105/12
**laptop [1]** 200/19
**large [15]** 27/6 48/14
48/20 48/21 49/7 49/11
50/10 50/16 50/19
50/22 51/5 95/16 98/12
185/23 197/13
**last [10]** 8/5 9/8 16/24
41/20 58/20 58/21
129/16 173/14 203/25
204/8
**late [1]** 153/3
**later [18]** 7/7 15/2
21/23 29/14 29/14
101/1 111/2 135/10
145/6 157/5 163/10
165/16 175/9 184/10
188/1 188/6 188/7
203/10
**latter [2]** 111/15 116/3
**Lauren [2]** 2/6 6/23
**law [6]** 2/3 2/6 52/5
90/9 187/24 208/8
**lawn [8]** 65/15 67/10
74/25 74/25 76/14
107/15 177/25 194/13
**lawyers [2]** 92/23
210/2
**lay [19]** 23/19 56/15
56/23 89/7 95/9 134/14
134/18 136/11 144/21
145/6 172/6 177/24
181/9 182/23 188/3
190/12 190/13 190/18
214/15
**layer [2]** 24/18 24/20
**layers [1]** 24/13
**laying [4]** 15/2 112/21

163/4 176/15
**layout [6]** 68/14 73/13
158/16 161/1 170/4
174/10
**lead [2]** 70/11 70/12
**leading [5]** 17/12 48/13
76/13 78/18 201/9
**leads [3]** 66/8 175/12
195/23
**least [10]** 12/2 35/17
39/13 47/2 92/1 92/2
157/6 199/12 199/14
208/2
**leave [3]** 7/15 39/17
102/2
**leaves [3]** 87/20 109/18
148/8
**led [1]** 45/13
**left [19]** 14/3 16/10
32/5 36/16 69/24 78/7
82/9 115/12 125/1
138/16 138/17 138/17
154/22 159/6 195/20
196/10 196/10 196/13
197/12
**left-hand [1]** 154/22
**legal [2]** 90/8 92/23
**legitimately [1]** 93/21
**length [1]** 214/20
**Less [2]** 158/12
**let [56]** 9/19 12/15
23/13 26/25 29/20
33/19 35/20 79/13 83/2
83/4 84/23 88/1 88/4
88/8 94/9 96/3 97/19
97/21 98/6 101/23
114/18 115/18 119/14
129/7 130/7 130/11
130/21 131/3 131/24
132/2 135/1 135/21
145/18 146/12 146/15
149/17 151/1 157/11
157/20 160/19 161/20
162/8 162/15 164/25
178/19 181/18 191/2
191/5 191/22 196/14
196/25 206/19 215/14
215/16 215/18 216/22
**let's [17]** 10/15 10/16
29/1 37/7 54/15 54/16
91/5 92/11 97/18
100/13 114/21 173/6
178/13 189/10 204/8
208/13 210/24
**Lethal [2]** 158/12
**letting [1]** 138/8
**level [3]** 26/6 91/21
92/17
**liaison [2]** 46/12 60/6
**liaisons [1]** 60/7
**lieutenant [56]** 3/2 7/24
12/20 13/2 13/16 13/23
14/15 14/17 14/23 15/6
16/4 16/21 17/6 17/15
18/2 19/25 20/12 21/10
22/7 23/6 23/21 25/11
26/2 26/7 26/19 28/19
29/9 29/22 30/8 30/19

31/1 31/11 32/3 32/15
35/13 37/21 38/22
41/20 43/8 43/13 47/22
50/4 51/11 52/14 52/23
53/25 54/2 54/21 55/23
55/25 56/11 56/19 61/3
71/25 72/13 198/9
**lieutenant's [1]** 10/16
**lift [5]** 28/14 63/17
63/20 117/3 117/4
**lifted [8]** 33/5 46/7
116/16 116/19 117/2
117/11 210/10 210/17
**lifting [2]** 123/2 138/23
**light [2]** 83/25 108/1
**like [67]** 7/7 12/6 13/20
16/1 18/22 19/5 19/5
19/6 20/20 23/3 24/18
24/20 27/20 28/15
28/20 28/23 30/1 30/24
34/8 35/21 40/10 41/15
53/6 57/6 62/11 62/14
72/5 87/14 88/13 89/22
89/23 90/23 92/5 92/20
93/13 95/2 102/15
106/2 116/10 118/21
123/7 123/11 163/14
164/1 164/13 167/16
172/3 175/9 176/12
176/14 177/23 181/22
184/14 186/9 188/22
189/21 190/11 190/23
191/16 193/21 194/2
194/12 200/12 201/5
202/9 203/7 215/24
**likely [1]** 12/5
**limine [2]** 16/17 99/9
**limit [1]** 99/19
**limited [3]** 109/11
172/2 219/4
**limiting [1]** 110/18
**line [61]** 24/22 25/2
30/16 36/1 36/1 48/4
50/4 51/13 61/23 61/23
61/24 61/25 62/3 62/4
62/18 62/24 63/1 63/6
63/16 63/17 65/13
65/22 66/11 71/2 72/19
76/12 78/11 78/19
78/25 79/4 79/25 80/1
115/24 116/14 116/15
119/3 119/18 119/20
119/23 125/14 125/15
128/23 131/9 141/23
160/10 167/11 167/15
170/6 170/24 171/8
173/23 175/23 179/8
187/11 202/20 202/23
202/25 203/4 212/2
212/5 219/15
**lined [1]** 42/14
**lines [4]** 79/24 116/17
167/14 177/10
**link [6]** 27/20 178/2
178/10 185/25 189/21
218/25
**linked [6]** 28/5 35/15
64/1 64/2 64/3 188/1

236

**L**

**links [3]** 63/13 103/11
176/3
**list [8]** 12/9 55/15
127/22 149/10 215/1
215/4 215/11 215/18
**listen [1]** 80/10
**listened [2]** 11/14
80/24
**listening [1]** 11/10
**literally [3]** 111/10
133/21 185/22
**little [21]** 28/2 28/16
44/14 74/18 83/5
110/22 114/1 115/19
123/13 130/14 146/12
148/19 151/2 154/15
161/20 162/8 162/12
176/20 196/14 206/7
216/16
**LIVELY [36]** 3/10 11/17
12/1 12/9 12/23 13/6
38/9 58/12 58/14 58/24
87/14 87/17 87/20
97/18 99/21 107/10
109/18 114/22 115/2
153/7 157/3 166/12
176/12 179/2 180/3
198/7 200/17 206/15
208/13 208/17 208/20
209/1 209/21 211/1
211/3 211/10
**Lively's [1]** 12/12
**LLP [1]** 2/17
**locate [1]** 14/20
**located [6]** 21/20 72/18
113/9 128/21 143/14
146/21
**location [14]** 14/24
33/16 36/5 36/9 36/11
53/18 110/3 113/15
165/10 172/22 174/11
179/21 182/12 197/23
**locations [7]** 14/17
14/20 37/15 50/2 69/6
101/16 125/10
**lockdown [1]** 53/15
**locked [2]** 53/24 102/7
**locks [1]** 30/24
**long [13]** 10/1 12/1
58/25 72/5 74/7 102/17
103/3 103/17 103/17
122/3 125/6 127/17
214/19
**long-form [1]** 214/19
**longer [2]** 187/21 216/8
**look [20]** 18/6 31/14
38/6 41/6 57/2 69/13
88/13 90/18 95/2 98/7
99/19 171/10 202/15
206/10 207/14 207/21
208/1 208/5 215/16
219/17
**looked [19]** 56/3
101/22 104/9 106/2
113/16 143/6 162/25
163/8 163/25 164/13
166/6 175/10 176/14

**L** (cont.)

184/14 185/7 192/16
193/15 201/5 203/7
**looking [18]** 14/1 16/7
16/23 16/25 20/2 22/23
29/11 30/22 31/4 69/23
77/5 124/14 128/5
143/2 143/16 170/3
192/25 195/16
**looks [9]** 18/22 30/1
35/21 83/24 90/23
163/14 176/14 181/21
190/5
**looms [1]** 98/12
**loop [3]** 173/10 216/24
220/3
**loops [1]** 27/10
**Los [1]** 1/19
**lot [10]** 9/17 64/21
99/20 99/21 101/4
112/25 174/22 175/12
200/9 204/5
**lots [1]** 113/20
**louder [2]** 73/8 73/9
**low [3]** 92/4 101/11
101/20
**Lower [28]** 66/9 66/14
66/17 119/24 122/22
124/18 125/11 126/1
145/13 146/22 167/17
169/25 185/2 186/22
191/12 191/17 192/16
193/5 193/9 195/18
195/24 196/7 196/19
197/5 197/6 197/7
197/8 199/8
**LP [1]** 2/3
**lunch [3]** 99/24 100/13
101/24

**M**

**ma'am [11]** 48/9 48/12
48/19 49/6 51/12 51/18
51/21 54/7 109/17
147/20 215/2
**made [22]** 41/15 49/16
53/20 53/22 55/7 56/24
65/22 66/20 68/21 74/6
75/16 79/2 80/13 80/22
102/22 111/2 114/1
142/13 174/4 190/10
218/15 218/17
**Madison [1]** 67/6
**MAGA [1]** 49/12
**magnitude [1]** 101/10
**Mainly [1]** 76/1
**maintained [3]** 46/5
46/6 90/6
**maintaining [1]** 63/1
**maintains [1]** 106/7
**majority [1]** 33/14
**make [20]** 9/22 27/22
28/12 33/23 34/3 39/18
58/1 58/3 59/25 80/19
88/1 94/7 94/14 109/16
114/11 137/15 140/9
145/18 175/19 178/8
**makes [1]** 18/6 28/1
30/24

**M** (cont.)

**makeshift [1]** 16/2
**making [5]** 45/11 128/2
153/2 178/1 189/4
**male [1]** 209/24
**Mall [2]** 66/24 67/3
**man [2]** 199/19 199/23
**manipulate [2]** 40/14
75/10
**manipulated [1]** 28/16
**manned [1]** 40/2
**manner [5]** 106/3 110/5
180/24 182/15 218/21
**manpower [2]** 63/9
71/24
**many [18]** 9/16 33/6
33/9 39/4 50/25 51/1
64/2 64/3 64/8 68/4
81/20 81/23 84/11
105/19 119/5 119/11
193/18 219/2
**map [1]** 67/7
**march [2]** 49/12 60/13
**mark [3]** 71/3 76/3 76/8
**marked [3]** 25/8 65/12
90/13
**marking [1]** 78/5
**markings [1]** 145/7
**Marshall [6]** 1/14 3/3
3/8 6/14 14/23 56/8
**Marshals [2]** 102/16
102/19
**mask [8]** 108/16 115/9
121/12 121/12 122/17
129/2 139/17 141/24
**mass [1]** 197/7
**matched [1]** 136/13
**material [3]** 19/6 114/9
217/2
**materials [1]** 20/7
**matter [8]** 7/7 91/14
91/16 109/19 110/11
113/23 186/11 221/5
**matters [4]** 89/10 94/21
102/20 153/1
**may [25]** 10/20 15/7
27/16 36/11 36/12
36/12 36/20 36/20 37/4
37/6 48/17 66/18 92/13
94/2 96/1 96/1 110/7
137/6 170/24 171/18
172/24 172/24 217/2
217/18 219/5
**maybe [14]** 7/16 61/18
69/2 89/22 94/14 102/8
105/15 119/8 168/9
172/20 177/14 199/15
200/12 218/6
**MCCREE [55]** 3/2 8/6
8/8 10/11 12/14 12/20
13/2 13/16 13/23 14/13
14/15 14/17 14/23 15/6
15/13 16/4 16/21 17/7
17/15 18/2 19/25 20/12
21/10 22/7 23/6 23/21
25/11 26/2 26/7 26/19
28/19 29/9 29/22 30/8
30/19 31/1 31/11 32/3
32/15 35/13 37/21

**M** (cont.)

43/13 47/23 51/4 6
52/23 53/25 55/23
55/25 56/11 56/19
218/17 219/1 219/3
219/9 219/11
**McCree's [2]** 50/4
54/21
**me [64]** 7/13 7/14 9/19
9/19 26/25 27/1 29/20
35/9 35/20 37/20 40/19
58/4 73/11 82/11 84/23
88/1 88/4 88/8 94/2
95/17 96/5 96/6 97/4
97/7 98/6 99/16 100/1
100/2 100/4 100/5
100/15 100/15 105/7
106/2 106/20 110/13
110/21 110/24 114/2
126/1 141/16 141/23
153/3 163/7 163/25
171/6 171/10 173/15
176/15 188/10 190/19
198/9 201/11 201/11
202/20 205/19 206/19
206/19 213/13 213/15
215/16 218/2 218/3
219/22
**mean [16]** 11/10 24/15
35/6 90/5 90/19 92/10
93/5 97/17 98/4 98/16
110/21 171/4 171/6
173/24 188/24 214/19
**meaningless [1]**
217/16
**means [6]** 28/13 34/2
48/10 60/11 60/22
112/1
**meant [1]** 137/16
**measured [1]** 96/22
**mechanics [1]** 29/17
**media [16]** 70/21 70/23
71/16 101/6 174/12
186/22 186/25 193/2
194/16 194/19 195/2
195/21 196/19 196/21
197/8 197/9
**meet [3]** 79/6 79/25
203/22
**meeting [8]** 204/4
204/7 204/8 204/10
204/12 205/2 205/3
205/5
**meetings [1]** 204/6
**megaphone [1]** 178/4
**Melissa [3]** 64/14 75/22
143/9
**members [6]** 39/16
43/20 44/6 60/2 60/2
169/17
**memorialize [1]** 205/9
**memorialized [1]**
105/12
**memory [6]** 94/10
112/18 116/8 179/7
192/7 209/9
**mentioned [7]** 26/2
33/13 35/5 62/25 67/9
91/11 168/21

**M** (cont.)

**merely [1]** 176/3
**merit [1]** 10/13
**met [3]** 71/25 198/13
204/1
**metal [1]** 27/14
**method [2]** 90/10 101/3
**methodical [1]** 97/10
**methodology [1]** 97/14
**methodology-wise [1]**
97/14
**meticulous [3]** 94/25
95/3 99/19
**Metropolitan [20]**
57/15 101/7 160/1
160/9 161/2 166/15
166/17 166/21 167/8
168/5 169/17 170/5
170/23 174/10 175/20
179/6 179/8 182/11
192/5 192/7
**microphone [1]** 26/23
**Microsoft [1]** 204/4
**mid [2]** 54/9 173/5
**mid-afternoon [1]**
173/5
**mid-morning [1]** 54/9
**middle [10]** 67/10
70/12 74/25 96/17
97/11 98/22 139/14
187/1 196/10 197/10
**might [17]** 9/23 30/3
41/10 55/11 72/25
82/10 90/16 91/16 95/6
101/22 104/16 105/5
114/1 158/11 187/7
204/3 216/16
**Million [1]** 49/12
**mind [3]** 83/18 112/14
213/14
**mine [1]** 206/5
**minimal [1]** 176/9
**minor [1]** 31/16
**minute [12]** 54/15 85/8
87/18 91/11 109/15
111/7 121/20 121/21
121/24 130/10 152/3
173/6
**minutes [18]** 47/3 47/5
53/12 91/12 103/9
122/3 127/8 127/12
127/13 146/15 148/17
148/18 148/18 148/19
173/4 187/21 207/20
215/10
**Mirabelli [9]** 1/14 3/11
6/12 68/24 87/21 89/4
173/9 189/13 205/6
**Mirabelli's [1]** 215/15
**misleading [2]** 137/1
137/14
**misstatement [1]**
114/1
**mixed [1]** 40/6
**models [3]** 31/14 41/18
42/4
**modern [1]** 104/13
**moment [33]** 43/4 43/5
53/11 65/1 77/2 82/19

**M**

moment... **[27]** 83/14 93/13 108/22 109/5 109/7 110/16 115/23 118/21 119/22 124/2 124/7 129/4 130/8 130/17 136/25 144/2 148/25 151/18 152/10 159/16 171/1 172/14 172/21 172/23 182/8 188/4 197/24

moments **[1]** 174/22

monitor **[2]** 40/10 40/12

monitoring **[2]** 13/11 57/15

monitors **[1]** 17/19

montage **[2]** 219/3 219/6

more **[46]** 9/8 12/5 26/19 27/22 28/2 28/7 28/12 28/16 28/18 34/1 34/6 34/8 35/7 36/4 39/6 50/24 57/23 62/16 64/15 73/1 74/12 83/5 89/4 92/22 93/2 95/9 95/24 98/19 99/19 104/3 119/3 123/13 125/24 125/25 133/22 152/20 164/19 167/16 173/1 176/20 183/6 188/7 191/22 200/12 205/2 206/7

morning **[34]** 6/3 6/11 6/16 6/17 6/20 6/21 6/22 6/23 7/1 7/2 7/4 7/5 10/22 10/23 38/22 38/23 43/13 43/14 47/22 47/23 54/9 58/19 60/24 61/7 64/6 64/9 66/19 71/23 71/24 72/1 73/7 83/19 215/17 219/23

most **[4]** 18/7 44/12 69/9 96/14

mostly **[1]** 59/20

motion **[3]** 16/17 99/9 116/11

motor **[1]** 59/21

motorcade **[4]** 33/15 33/19 34/22 41/24

mountain **[3]** 59/21 160/6 160/8

mouth **[1]** 184/16

move **[50]** 14/6 19/11 19/12 19/15 19/18 20/5 21/21 24/19 24/19 25/21 27/13 27/13 27/23 28/10 28/12 28/16 29/18 33/21 33/23 34/1 34/6 34/8 34/13 34/16 34/18 34/25 35/6 36/16 36/17 37/2 41/21 42/15 42/17 42/23 44/16 44/17 44/23 45/7 45/7 55/19 57/6 58/8 71/10 84/6 106/24 108/9 108/10

moved **[25]** 17/21 26/6 28/8 30/17 33/7 33/14 33/16 34/11 34/11 41/24 53/23 55/2 55/10 55/12 78/24 87/15 89/7 96/13 104/3 104/6 119/4 138/22 186/6 186/9 186/10

movement **[2]** 45/11 127/3

moves **[2]** 21/2 22/12

moving **[11]** 34/22 35/4 37/8 37/10 78/6 79/2 95/20 99/6 137/19 201/18 207/19

MPD **[2]** 177/10 180/7

Mr **[11]** 3/3 3/4 3/5 3/6 3/8 3/11 3/12 14/22 68/24 102/14 136/16

Mr. **[61]** 6/18 6/21 6/24 7/6 7/10 7/19 10/10 10/11 10/12 10/13 12/14 14/9 14/23 15/13 22/23 31/24 38/19 43/10 47/19 47/24 48/1 52/16 56/8 57/22 57/23 58/2 77/21 77/22 87/21 88/25 89/4 91/3 92/10 101/23 102/22 103/1 103/17 104/17 105/17 168/22 172/14 173/9 174/1 174/2 175/17 176/20 177/15 178/1 181/6 183/6 184/10 184/11 186/14 187/25 188/23 189/13 190/15 198/3 200/19 205/6 215/15

Mr. Blythe **[2]** 7/19 52/16

Mr. Blythe's **[1]** 7/10

Mr. Feitel **[7]** 22/23 88/25 92/10 101/23 102/22 103/1 103/17

Mr. Feitel's **[1]** 91/3

Mr. Grant **[2]** 6/21 38/19

Mr. Jason **[1]** 7/6

Mr. Johnson **[4]** 6/24 43/10 184/10 184/11

Mr. Johnson's **[4]** 178/1 187/25 188/23 190/15

Mr. Marshall **[2]** 14/23 56/8

Mr. McCree **[3]** 10/11 12/14 15/13

Mr. Mirabelli **[5]** 87/21 89/4 173/9 189/13 205/6

Mr. Mirabelli's **[1]** 215/15

Mr. Randolph **[2]** 47/19 47/24

Mr. Richman **[1]** 48/1

Mr. Samsel **[15]** 6/18 31/24 57/22 58/2 77/21

174/1 174/2 176/20 177/15 183/6 186/14 198/3

Mr. Woodward **[7]** 14/9 57/23 105/17 168/22 175/17 181/6 200/19

Mr. Woodward's **[3]** 10/10 10/12 10/13

Ms **[4]** 3/7 19/9 23/3 142/6

Ms. **[9]** 12/6 16/1 144/17 208/20 209/19 210/5 210/25 211/8 213/13

Ms. Franklin **[6]** 208/20 209/19 210/5 210/25 211/8 213/13

Ms. Hayman **[3]** 12/6 16/1 144/17

much **[13]** 26/12 31/15 33/2 41/1 51/8 52/11 60/7 89/4 98/23 173/1 174/17 203/13 218/13

multiple **[5]** 11/4 24/14 35/14 38/13 49/16

multiplying **[1]** 64/3

must **[4]** 162/14 163/22 176/5 176/6

muster **[1]** 62/16

mutually **[1]** 46/12

my **[68]** 6/12 6/18 11/12 14/22 15/9 17/16 17/20 30/2 35/17 44/14 46/11 47/24 55/6 56/7 56/10 58/23 65/7 65/9 66/25 68/6 68/21 73/1 79/3 89/14 90/2 90/15 90/25 90/25 91/13 91/17 92/7 93/23 94/8 95/11 95/19 96/2 96/20 97/24 98/2 99/17 101/14 109/16 112/6 112/13 112/18 114/4 114/9 115/5 117/13 117/13 117/16 118/11 166/19 174/2 184/19 189/12 200/14 200/18 205/6 206/4 207/11 208/1 208/2 208/6 208/7 210/15 216/2 219/13

myself **[8]** 81/25 82/13 99/18 120/10 141/12 148/24 153/2 219/2

**N**

nail **[1]** 104/12

name **[6]** 12/22 47/24 58/20 58/21 58/21 58/24

named **[1]** 11/17

names **[6]** 64/11 134/6 134/17 144/19 144/22 200/6

nature **[1]** 171/4

near **[6]** 7/11 50/19 72/18 107/15 191/15

nearby **[1]** 114/8

nearest **[1]** 24/6

necessarily **[1]** 36/17

necessary **[3]** 72/13 208/14 216/8

need **[20]** 24/17 24/18 26/19 26/20 94/6 100/5 134/14 140/11 206/15 208/12 209/25 214/15 216/16 216/23 218/9 219/14 219/16 219/20 219/23 220/2

needed **[7]** 33/21 79/25 80/1 81/19 100/2 119/19 125/16

needs **[4]** 92/22 94/14 94/17 214/16

neon **[6]** 166/23 168/4 169/21 179/5 180/8 187/5

never **[4]** 39/13 46/3 101/8 198/13

new **[1]** 160/10

newer **[2]** 21/14 21/19

news **[1]** 50/14

next **[23]** 7/13 26/3 28/24 29/20 44/18 54/10 54/12 54/19 55/12 57/5 57/7 58/3 79/7 79/25 92/7 106/24 116/12 126/11 151/7 186/22 210/15 216/9 216/12

Nicole **[4]** 64/13 75/22 115/14 143/10

night **[3]** 9/8 97/19 220/3

nine **[2]** 11/24 92/20

nine seconds **[1]** 92/20

no **[98]** 1/3 7/18 9/10 17/11 17/25 22/1 23/14 23/18 26/19 30/2 31/21 38/16 39/23 41/14 41/14 42/5 43/2 46/5 47/16 47/17 52/17 53/8 54/1 68/2 70/16 70/25 71/6 75/10 75/15 79/19 79/25 81/1 81/8 82/2 89/13 103/4 103/8 103/8 103/10 103/15 104/5 105/21 109/11 105/24 105/25 106/4 106/9 108/22 109/5 109/11 111/1 111/15 111/17 111/18 112/2 112/5 112/20 113/18 114/9 123/7 125/8 126/15 126/20 128/1 128/3 129/18 137/5 137/6 140/7 140/10 143/13 153/2 163/20 163/4 164/21 166/14 170/2 170/16 170/25 171/3 172/16 172/24 174/5 174/7

207/17 208/12 208/24 209/7 214/20 217/19 217/24

nobody **[1]** 17/19 208/23

none **[5]** 25/23 81/3 82/24 199/17 199/19

noon **[1]** 46/15

normal **[1]** 52/3

normally **[1]** 18/14

north **[22]** 16/24 18/7 21/19 67/11 69/22 69/23 70/3 72/21 101/6 124/18 125/5 125/12 161/14 165/7 166/3 193/8 193/9 194/16 195/2 195/21 197/17 199/5

northwest **[6]** 2/4 64/20 65/12 65/22 67/5 74/25

not **[213]** 7/21 8/10 8/21 10/2 14/12 14/17 14/19 14/24 15/6 15/6 15/10 15/17 15/23 17/10 17/15 18/10 18/13 19/2 20/22 23/13 25/14 26/6 28/18 29/16 30/17 33/8 34/11 34/23 34/24 35/3 35/18 36/13 36/13 36/20 37/4 37/6 37/24 38/5 38/7 39/5 39/18 39/21 39/23 40/5 40/7 41/14 41/23 42/5 42/5 42/17 43/1 43/5 43/23 44/1 44/22 45/4 55/9 55/15 56/13 57/2 60/21 63/1 63/9 67/8 69/8 70/25 71/8 72/1 73/25 75/15 78/15 84/7 89/7 89/11 89/12 89/12 89/17 89/18 89/20 89/24 90/2 90/7 90/7 91/9 91/21 92/8 92/18 93/2 93/3 93/8 93/16 94/8 94/9 94/12 95/2 95/7 95/21 96/1 96/2 96/8 96/12 96/23 97/6 97/8 97/11 97/25 98/3 98/8 98/10 98/12 98/13 99/1 99/7 99/9 99/24 100/8 100/25 101/17 103/6 104/24 105/6 105/8 105/10 105/10 105/24 105/25 106/4 106/9 108/22 109/5 109/11 111/1 111/15 111/17 111/18 112/2 112/5 112/20 113/18 114/9 123/7 125/8 126/15 126/20 128/1 128/3 129/18 137/5 137/6 140/7 140/10 143/13 153/2 163/20 163/4 164/21 166/14 170/2 170/16 170/25 171/3 172/16 172/24 174/5 174/7

**N**

**not... [47]** 175/2 175/5
175/15 177/6 179/11
180/10 181/10 181/16
181/22 182/25 182/25
190/3 190/16 190/19
191/1 199/18 200/5
205/13 205/20 206/8
206/9 207/8 207/11
207/19 208/1 208/6
208/7 209/13 209/18
210/8 210/12 210/16
211/14 211/17 212/17
212/20 215/11 215/12
217/6 217/17 218/8
218/16 218/20 219/6
**note [8]** 16/16 56/19
57/20 70/17 148/13
149/9 177/14 184/9
**noted [1]** 97/12
**notes [3]** 128/2 205/3
205/5
**nothing [8]** 43/7
136/24 175/24 175/25
176/1 181/12 198/1
219/25
**notice [2]** 116/7 205/2
**November [3]** 49/8
50/1 50/11
**now [82]** 7/7 7/9 10/8
10/12 12/6 12/14 13/14
13/20 16/1 16/13 19/9
21/7 22/4 23/3 25/8
28/22 29/2 32/12 37/13
45/12 46/8 46/14 48/6
50/15 54/11 54/13 57/3
58/8 71/23 87/12 93/16
96/3 96/6 96/12 97/15
97/16 97/22 98/5 99/5
99/5 99/8 99/23 100/5
100/11 109/13 110/7
110/15 111/1 133/19
134/19 136/10 137/22
138/6 145/6 156/25
164/23 173/6 183/8
186/2 189/13 190/4
190/20 190/22 190/25
191/1 200/9 200/17
200/22 202/9 203/10
203/12 205/1 205/8
208/10 208/23 209/19
213/19 217/13 219/2
**number [17]** 8/4 8/9
40/8 45/9 49/21 50/16
50/19 50/22 51/5
100/20 119/10 173/15
201/9 201/11 201/13
204/17 217/21
**numbers [1]** 160/11
**numerous [1]** 199/9
**NW [3]** 1/15 2/7 2/21

**O**

**oath [6]** 10/18 58/15
107/5 114/24 186/24
193/3

**object [16]** 14/10 30/19
50/3 56/23 69/10 87/12
89/1 92/21 95/7 95/13
96/16 109/4 134/6
148/3 156/22 171/18
185/21 189/11
**objected [2]** 23/18
148/13
**objecting [5]** 69/14
77/19 92/18 184/17
189/24
**objection [104]** 7/17
7/18 12/8 15/17 16/16
17/12 21/25 22/15
22/20 25/23 29/12
29/25 30/2 30/5 68/19
68/21 68/21 71/10 77/9
77/18 77/22 78/1 78/13
79/9 81/3 81/8 82/24
84/6 90/9 91/1 91/17
97/12 97/24 98/24
106/23 116/1 118/15
120/20 120/22 121/25
121/25 122/5 122/6
126/13 127/9 127/15
127/23 130/1 131/1
133/10 133/18 136/7
136/8 136/17 137/14
139/2 139/3 140/3
140/4 140/7 140/11
141/1 142/4 143/23
144/19 146/7 147/19
147/21 147/22 149/8
149/14 150/5 151/23
152/18 152/20 153/17
154/10 155/12 156/4
158/23 160/14 161/7
163/5 163/6 169/2
169/6 170/10 173/14
179/10 180/12 181/8
181/9 182/20 182/21
182/22 184/9 190/23
193/24 206/6 207/4
214/4 214/13 215/11
215/17
**objectionable [1]**
23/16
**objections [5]** 12/16
19/20 92/25 114/20
117/23
**obligated [1]** 8/21
**obligation [2]** 216/25
218/5
**obligations [2]** 218/11
219/14
**observe [4]** 73/5 131/7
170/17 181/10
**observed [11]** 78/16
80/13 82/20 84/8 88/20
89/16 91/16 91/22
98/16 153/8 182/9
**observing [2]** 78/10
152/11
**obviously [9]** 7/11 28/8
33/20 91/6 93/6 120/16
138/6 157/3 189/2
**OC [1]** 118/23
**occur [1]** 67/23

**occurred [2]** 104/23
147/14
**occurring [3]** 38/14
67/2 158/19
**October [5]** 1/6 67/25
68/1 68/2 221/8
**off [26]** 32/5 45/21
60/23 72/8 73/1 77/5
78/6 78/7 82/8 98/2
106/12 107/14 114/4
116/9 116/9 118/8
120/8 123/17 137/19
145/5 159/6 165/15
166/8 187/16 192/5
194/15
**offer [45]** 15/7 57/10
68/17 73/19 81/2 82/22
87/9 91/12 117/22
120/18 121/23 127/7
129/24 133/8 135/7
136/5 138/25 140/1
140/24 142/2 143/21
146/5 147/17 149/6
150/3 151/21 152/16
154/8 155/10 156/2
156/20 158/21 160/12
161/5 163/3 165/14
168/25 170/8 182/18
184/7 184/14 185/19
187/22 188/8 189/8
**offered [3]** 164/11
170/21 186/14
**offering [8]** 101/2
134/9 137/7 145/5
163/25 165/15 166/9
187/16
**office [13]** 1/15 1/18
1/22 2/6 2/10 97/5
103/19 111/21 111/22
115/11 186/24 193/3
204/11
**officer [73]** 8/6 8/7
23/14 29/15 38/9 59/5
59/7 62/3 62/4 62/5
62/6 62/8 62/8 62/19
67/18 87/14 87/20
89/15 90/13 91/6 91/20
92/11 93/1 93/20 94/2
94/10 94/18 95/25 97/7
97/18 98/10 99/11
99/21 103/13 103/13
104/16 104/22 105/16
113/13 114/18 115/2
115/14 118/7 118/9
118/14 126/16 130/19
132/7 132/8 136/22
143/9 148/7 148/8
163/19 170/12 175/22
176/12 180/20 183/2
187/8 192/5 198/7
207/22 217/12 217/14
217/18 217/20 218/9
218/17 218/25 219/3
219/9 219/11
**officer's [6]** 81/21 92/9
110/23 113/22 180/7
207/8
**officers [76]** 14/8 21/4

104/23
24/12 24/24 63/22
40/10 40/12 49/19
49/21 51/13 51/16
51/22 52/5 52/8 59/6
59/9 59/21 60/12 61/23
62/16 62/17 63/9 64/8
64/10 64/12 64/17 65/5
66/4 67/9 67/11 72/4
72/14 72/19 72/22
75/18 75/19 75/25 79/5
81/18 81/23 81/25
84/11 84/13 88/22
105/3 110/1 113/7
115/8 118/11 119/1
119/5 119/8 119/17
122/22 125/15 148/9
160/2 160/5 167/8
168/5 174/10 174/11
175/20 175/21 182/11
184/2 184/4 187/7
200/7 201/10 201/22
201/22 202/15 211/24
213/4 213/9
**official [4]** 2/20 59/15
60/3 221/9
**often [4]** 27/14 27/19
218/23 219/6
**oh [7]** 19/16 90/8 103/8
106/18 133/19 212/1
216/23
**okay [99]** 7/19 7/23 8/2
9/18 13/19 15/24 16/19
17/23 19/14 21/5 22/20
22/23 22/25 27/1 29/1
29/25 30/4 31/20 31/22
32/9 32/22 33/1 36/14
38/8 54/18 54/22 55/18
56/13 57/1 57/5 57/25
58/7 58/9 58/13 65/9
69/12 69/22 73/21 77/7
77/17 77/25 81/9 88/25
91/5 96/4 99/23 102/4
102/11 102/16 102/18
102/24 105/19 106/10
106/13 106/25 107/4
107/5 107/13 109/19
109/24 117/6 122/6
125/10 126/22 129/18
130/5 134/16 135/11
137/22 142/4 145/8
148/15 149/13 156/23
158/15 163/18 164/15
165/18 166/10 171/23
173/1 175/17 184/18
186/15 187/18 188/3
190/19 201/13 203/2
204/9 206/22 206/23
208/15 210/3 210/15
210/21 211/5 218/2
220/2
**older [1]** 21/14
**once [6]** 93/10 94/5
104/6 135/10 171/13
173/24
**one [81]** 6/5 8/5 11/24
13/7 20/20 20/24 22/24
25/14 26/25 27/5 28/1
33/5 33/22 34/18 35/22

36/11 36/12 36/24
41/21 41/22 41/23
42/16 42/19 44/14
44/17 44/21 45/1 45/2
45/6 45/7 46/21 48/4
49/12 59/8 60/18 61/1
61/2 61/17 65/1 75/10
79/24 85/8 88/5 91/10
92/3 93/10 93/19
109/11 114/15 115/4
117/15 118/7 118/11
121/24 123/8 123/8
125/23 130/10 134/3
134/7 139/2 140/10
144/2 148/4 148/13
151/7 152/3 152/19
157/6 165/9 168/7
186/7 186/12 189/20
197/24 199/7 202/20
204/15 205/1 205/7
213/15
**one minute [1]** 121/24
**one's [3]** 23/14 23/18
44/23
**ones [9]** 9/21 37/5
59/16 60/1 60/20 123/7
123/7 160/7 213/11
**ongoing [1]** 13/4
**online [1]** 153/2
**only [21]** 22/17 37/4
43/20 46/23 55/13
55/21 68/23 71/22
112/4 113/4 148/18
154/23 163/16 165/9
169/3 169/6 174/23
186/11 187/20 205/7
216/14
**open [20]** 12/18 36/12
75/11 81/12 88/2 88/3
88/3 88/4 88/5 88/6
88/10 90/5 94/16 94/24
95/7 96/17 96/24 97/11
98/1 181/1
**open-source [9]** 88/2
88/3 88/3 88/4 88/5
88/6 88/10 90/5 181/1
**opened [1]** 93/11
**opening [1]** 188/16
**operational [1]** 28/4
**operations [1]** 59/24
**opine [1]** 23/13
**opinion [3]** 43/2 188/9
190/14
**opponent [5]** 207/6
207/8 207/12 207/23
208/4
**opportunity [4]** 95/9
98/14 99/10 206/10
**opposed [1]** 153/5
**order [9]** 10/1 10/3
25/18 47/12 60/20
60/25 61/4 79/12 79/18
**ordered [4]** 61/5 61/7
61/22 214/24
**orders [1]** 10/3
**organize [1]** 71/24
**originally [1]** 167/8
214/8

**O**

**other [60]** 11/25 14/19
20/21 27/24 28/10
33/10 34/22 38/25
42/18 42/20 45/2 56/6
66/25 67/11 71/25 72/2
79/25 82/20 92/25 93/2
95/19 102/20 102/20
103/13 104/24 111/20
112/3 123/7 133/3
135/4 136/3 145/1
148/9 163/10 164/9
164/10 164/15 164/22
171/14 171/24 174/23
175/8 177/22 177/23
178/12 187/24 189/19
189/20 189/20 190/12
190/15 190/17 191/20
196/18 198/17 204/13
217/2 217/18 219/2
220/2
**others [2]** 130/19
210/16
**otherwise [3]** 77/24
107/2 181/17
**ought [1]** 96/25
**our [31]** 6/14 6/14 8/3
16/16 16/17 24/20 54/9
54/13 55/14 57/7 58/3
60/6 60/9 60/15 61/22
61/24 66/20 94/23 96/8
99/24 100/13 102/25
103/12 103/15 104/12
104/19 116/14 137/13
158/13 176/18 216/21
**out [39]** 28/14 28/15
34/16 34/18 40/16 41/5
46/3 54/3 61/2 62/1
63/15 65/9 66/25 72/2
74/13 80/16 83/18
87/17 92/1 94/13
100/11 101/25 103/5
103/6 109/15 112/13
117/5 119/7 125/11
158/13 159/24 161/24
173/10 181/21 183/23
188/23 194/18 205/11
213/11
**outfitted [1]** 160/4
**outline [1]** 145/1
212/14
**outlined [1]** 188/15
**outset [3]** 13/21 23/4
64/18
**outside [20]** 7/12 39/10
39/13 39/19 47/13
47/13 50/4 59/6 59/16
65/22 72/7 72/14 76/5
91/14 99/16 99/23
100/4 165/4 167/15
199/3
**outstretched [1]** 180/7
**over [42]** 10/5 19/20
20/19 20/25 33/9 67/2
76/10 78/9 79/2 82/14
101/24 105/6 105/7
117/9 117/23 119/4
119/8 120/13 120/22
122/8 124/9 124/19
125/11 126/4 131/22
147/22 149/14 153/9
159/20 165/7 165/10
167/11 176/16 191/11
195/21 202/5 202/6
202/7 202/18 203/22
204/2 214/12
**overcome [1]** 176/9
**overlap [1]** 34/9
**overlapped [1]** 34/5
**overlapping [1]** 34/5
**overnight [1]** 99/3
**overrule [3]** 77/17
77/25 182/2
**overruled [24]** 15/19
50/6 71/13 78/21 84/9
114/20 118/18 127/23
131/2 133/12 133/25
140/12 146/9 147/22
149/14 150/7 151/25
153/17 157/8 158/25
169/6 179/15 193/25
206/17
**owe [1]** 6/19
**owes [1]** 176/20
**own [7]** 12/10 12/13
46/5 46/5 46/9 46/13
103/12

**P**

**p.m [6]** 14/4 16/12
75/18 76/25 83/13
167/25
**PA [1]** 2/14
**PAGE [1]** 3/2
**paint [1]** 18/24
**panel [1]** 63/14
**panned [2]** 158/2
161/24
**panoramic [1]** 152/23
**pants [1]** 108/1
**paralegal [2]** 6/14
204/14
**parallel [3]** 44/20 45/6
123/18
**parking [1]** 64/20
**part [13]** 21/14 49/3
51/16 62/25 70/23 78/1
110/18 116/3 125/17
166/19 176/23 210/23
219/13
**partially [2]** 13/15
194/23
**particular [21]** 11/9
15/8 15/12 22/21 23/15
29/16 33/16 38/2 42/3
43/3 43/3 43/5 77/7
83/18 93/12 107/18
112/24 158/10 170/25
177/19 186/7
**particularly [4]** 90/11
94/6 112/13 137/12
**particulars [1]** 28/25
**parties [2]** 15/22
106/14
**parts [1]** 97/25
**party [11]** 28/23 103/3

103/14 175/2 181/19
188/14 207/6 207/8
207/12 207/22 208/3
**pass [3]** 33/19 33/24
63/1
**past [6]** 61/24 62/1
80/2 95/19 130/20
165/21
**pathway [3]** 65/12
66/11 67/10
**patience [2]** 114/23
178/16
**patrol [1]** 59/18
**patrolling [1]** 13/12
**patrols [1]** 59/20
**PAUL [2]** 1/7 6/6
**pause [54]** 13/21 29/4
29/7 76/23 80/6 82/5
83/4 83/7 83/16 115/21
118/3 122/10 129/10
130/13 130/23 131/5
131/14 131/19 132/1
132/4 132/13 132/19
134/5 135/23 138/2
138/10 139/9 142/9
144/8 145/1 146/14
146/17 147/6 148/1
148/21 149/19 150/11
154/17 158/8 159/4
159/13 160/21 161/22
162/5 162/17 178/25
179/19 180/1 182/6
185/12 186/19 191/8
192/21 196/16
**paused [2]** 82/15 135/4
**pausing [6]** 76/25
123/15 129/10 139/11
145/20 197/3
**pay [1]** 105/8
**Peace [49]** 14/1 20/8
24/7 39/19 42/25 46/15
65/19 65/20 66/8 66/12
72/17 72/18 72/24 73/7
74/8 76/1 78/11 78/24
80/14 80/16 87/7 88/22
107/11 107/19 108/7
109/2 119/1 120/15
125/6 128/17 129/22
137/8 137/10 139/22
140/2 143/2 143/5
143/19 147/11 157/7
164/6 164/7 183/16
183/19 188/25 199/17
200/25 203/8 211/22
**peaceful [1]** 60/14
**pedestrian [1]** 58/8
**Pennsylvania [64]** 2/7
2/17 14/1 20/9 65/14
65/24 66/4 66/7 72/20
72/25 73/14 74/2 74/12
74/18 79/21 81/23 82/9
83/24 87/2 87/7 88/18
88/22 119/17 119/25
120/8 121/16 121/21
123/5 123/18 124/4
127/2 128/22 129/5
129/22 131/9 132/8
134/13 135/19 138/13

139/6 139/24 141/12
141/14 143/2 143/19
144/11 147/12 155/3
159/8 159/17 160/24
162/23 168/17 179/3
180/4 180/18 183/16
183/19 184/4 185/18
201/2 201/3 201/4
203/8
**people [40]** 20/16
20/16 20/23 24/17
48/18 50/16 50/19
50/22 50/25 51/1 60/2
61/18 62/1 63/1 74/25
78/10 78/19 80/13
81/20 81/22 88/15 90/7
90/21 91/20 93/19
105/1 105/19 105/20
113/6 116/19 119/18
138/19 138/20 146/24
153/5 153/14 158/2
171/11 184/15 197/7
**people's [1]** 171/15
**pepper [5]** 125/23
180/10 180/11 180/21
181/22
**percent [4]** 9/5 41/23
103/2 204/6
**perception [1]** 100/24
**perform [1]** 62/16
**perhaps [6]** 12/10
48/25 49/13 133/19
153/2 186/12
**perimeter [12]** 9/4 13/3
44/8 45/16 46/3 46/4
46/9 48/3 52/24 53/2
53/5 64/19
**perimeters [2]** 50/2
50/12
**periodically [1]** 61/12
**permanent [1]** 17/10
**permission [4]** 7/12
12/13 26/16 28/22
**permit [1]** 93/16
**permitted [3]** 10/1
45/17 45/18
**person [34]** 7/16 34/18
34/20 84/4 84/8 90/2
92/15 92/15 104/16
106/6 107/18 107/25
111/10 111/11 111/17
112/7 112/10 112/13
112/14 112/17 112/20
115/8 115/12 126/17
129/13 129/15 142/11
159/7 164/7 175/1
180/23 182/14 190/15
210/10
**person's [1]** 184/16
**personal [5]** 15/14
71/12 157/3 181/20
181/22
**personally [6]** 41/21
89/16 126/21 163/20
170/12 198/21
**personnel [4]** 24/19
24/21 53/8 53/21
**persons [1]** 152/23

**perspective [3]** 89/9
93/1 137/10
**pertains [1]** 9/11
**ph [2]** 64/14 81/15
**Philadelphia [1]** 2/14
**photo [1]** 171/12
**photograph [2]** 69/8
152/24
**photographs [2]**
104/10 200/10
**photoshopped [1]**
91/19 101/18 105/20
**phrased [1]** 96/14
**physical [2]** 40/2 40/4
**physically [2]** 6/18
100/22
**pick [1]** 41/21
**picked [2]** 41/12
131/22
**picture [4]** 29/15 69/24
109/20 193/3
**piece [1]** 92/5
**pieces [1]** 99/13
**pivot [2]** 45/8 45/9
**place [25]** 18/13 39/1
39/10 39/19 39/22
39/25 42/24 46/23
46/25 47/3 47/12 47/14
48/7 50/11 53/12 53/20
89/10 89/25 96/13
110/3 146/3 152/25
153/5 213/10 216/19
**placed [4]** 25/5 26/3
136/3 158/13
**placement [1]** 45/14
**Plaintiff [2]** 1/4 1/14
**plan [3]** 15/13 216/21
216/22
**plank [1]** 16/18
**planned [4]** 44/9 46/6
48/7 48/10
**planning [2]** 49/3 49/5
**plastic [9]** 19/7 27/15
27/20 27/21 30/12
30/24 60/16 75/6 202/4
**platform [1]** 211/24
**platoon [7]** 61/1 61/2
61/3 65/7 65/10 66/25
119/7
**platoons [1]** 66/25
**play [73]** 12/6 12/13
12/15 28/23 76/20 80/4
81/11 83/2 83/4 83/14
97/25 115/18 118/1
119/14 120/25 122/8
123/11 123/13 128/18
129/7 130/7 130/11
130/21 131/3 131/12
131/17 131/24 132/2
132/11 132/15 132/16
133/22 134/3 135/1
135/21 137/24 138/8
139/7 142/6 142/14
144/6 144/18 145/18
146/12 146/15 147/4
147/24 148/18 149/17
150/9 151/1 154/15
157/11 157/20 159/2

**O**
**other [60]**

**P**
**p.m [6]**

**P**

play... **[18]** 159/11 160/19 161/20 162/3 162/8 162/15 164/25 168/6 169/9 178/20 179/24 185/9 186/17 191/6 191/22 191/25 196/14 196/25

played **[117]** 12/18 29/6 32/11 40/20 54/25 76/22 80/5 81/12 82/6 83/3 83/6 83/15 84/16 85/1 85/9 85/17 85/22 86/2 86/7 86/12 86/17 86/22 97/9 115/20 118/2 119/15 121/1 121/4 122/9 123/12 123/14 128/3 128/10 129/9 130/9 130/12 130/22 131/4 131/13 131/18 131/25 132/3 132/12 132/18 134/4 135/2 135/14 135/22 138/1 138/9 139/8 141/7 142/8 142/15 145/19 146/13 146/16 147/5 147/25 148/16 148/20 149/18 150/10 150/14 150/16 151/3 151/8 151/11 152/4 153/21 154/16 155/17 156/9 157/12 157/14 157/21 158/7 159/3 159/12 160/20 161/12 162/13 162/16 162/18 165/1 165/20 165/23 167/23 168/8 168/11 169/10 169/13 178/21 178/24 179/18 179/25 182/5 183/11 185/11 186/18 191/7 191/23 192/1 192/12 192/23 194/9 195/14 196/4 196/15 197/1 212/25

players **[1]** 24/14

playing **[4]** 93/25 136/13 138/6 212/24

Plaza **[34]** 16/7 16/8 70/4 70/21 71/3 122/21 123/6 127/3 127/3 127/4 145/25 147/14 150/1 152/14 153/9 153/25 154/6 155/6 155/22 156/16 157/1 157/2 158/16 159/22 159/23 167/1 167/16 168/1 185/5 187/12 187/13 191/18 195/11 196/1

pleading **[1]** 89/14

please **[29]** 6/8 32/10 32/13 41/7 51/7 54/4 58/19 64/25 70/17 76/23 82/3 83/11 83/16 123/10 128/9 131/12 137/24 141/6 144/6

159/10 167/22 172/22 183/10 200/15 205/15 209/23 210/4 213/16 215/23

**PM [3]** 106/11 173/8 220/5

podium **[1]** 6/9

point **[41]** 7/13 18/8 27/18 27/23 28/9 29/13 37/17 37/24 47/11 51/11 54/23 66/21 88/24 90/14 90/22 91/1 92/1 93/23 94/10 96/2 112/20 117/15 119/2 120/15 123/2 125/14 125/23 127/11 129/8 137/1 144/20 161/15 163/24 164/21 169/1 171/23 184/19 185/5 190/10 194/18 215/19

pointed **[2]** 103/5 213/11

pointing **[2]** 108/20 112/17

points **[2]** 15/11 171/20

poke **[1]** 110/22

police **[72]** 10/25 11/1 11/5 11/15 11/16 11/20 14/8 24/24 25/19 40/4 45/13 46/8 46/12 57/14 57/15 58/12 58/23 59/1 59/2 60/16 61/19 61/23 61/25 62/23 62/24 63/1 63/5 67/18 68/4 80/1 80/19 92/14 101/7 116/14 116/15 119/18 119/20 119/23 125/14 128/23 131/9 160/1 160/9 160/10 161/2 166/12 166/15 166/17 166/21 167/8 168/5 169/17 170/5 170/23 171/8 173/23 174/10 174/11 175/20 177/10 179/6 179/18 179/8 182/11 184/2 187/7 187/8 187/11 192/5 192/8 193/18 207/10

Police's **[1]** 46/9

portion **[16]** 18/8 18/15 18/16 21/20 52/24 133/5 134/21 147/14 166/23 166/25 172/23 185/5 187/1 196/10 196/11 215/7

portions **[6]** 18/22 110/19 113/18 128/3 130/3 184/11

portrayed **[1]** 56/22

portrays **[1]** 14/17

position **[13]** 33/7 33/8 69/3 78/8 81/21 92/13 98/5 100/6 100/15 101/15 104/20 104/21 170/3

positioned **[6]** 75/19 77/4 183/23 184/4 201/10 201/23

positioning **[1]** 205/15

possible **[6]** 62/7 89/15 89/17 92/20 93/23 95/16

possibly **[3]** 96/9 136/12 137/1

post **[2]** 59/18 59/20

posted **[3]** 24/25 25/15 153/14

postings **[1]** 20/10

potential **[1]** 219/15

pounds **[2]** 28/18 33/4 33/5 63/25

power **[1]** 46/13

precept **[1]** 98/11

predicate **[4]** 93/9 93/12 94/3 95/3

preexisting **[1]** 45/23

preliminary **[2]** 7/25 219/21

premature **[1]** 190/23

premier **[1]** 11/12

preparation **[4]** 7/20 28/5 111/8 141/19

preparatory **[1]** 30/3

prepare **[1]** 216/10

prepared **[2]** 106/21 219/22

prerequisite **[1]** 92/8

prescreening **[1]** 59/16

presence **[2]** 61/19 216/6

present **[21]** 6/18 6/24 7/3 7/6 14/8 14/18 15/1 15/6 21/4 88/15 100/22 106/21 113/13 114/6 163/20 170/12 181/11 182/25 188/12 204/12 219/14

presentation **[3]** 89/3 101/19

presented **[2]** 100/8 219/7

president **[4]** 48/23 49/8 71/18 91/7

President's **[1]** 186/24

presidential **[1]** 18/3

presumably **[2]** 69/8 106/24

pretty **[4]** 9/2 60/6 73/6 187/2

prevent **[1]** 61/24 62/1 63/16

prevents **[1]** 117/1

previous **[1]** 191/16

previously **[18]** 18/17 19/21 22/10 64/4 71/16 89/2 107/17 129/15 129/18 136/1 141/13 161/14 166/22 168/21 213/1 217/5 217/18 218/10

principled **[4]** 22/24 97/10 97/20 97/22

prior **[14]** 8/19 13/3 16/17 39/8 40/9 42/15 46/1 47/15 56/20 90/12 94/25 136/24 207/23

privacy **[1]** 111/22

private **[2]** 97/2 97/4

probably **[9]** 12/2 28/18 47/2 125/23 173/3 188/8 190/14 206/5 216/20

probative **[1]** 189/3

problem **[5]** 103/8 103/18 144/4 189/11 218/19

procedurally **[1]** 53/21

proceed **[10]** 9/19 94/20 96/7 100/6 100/15 101/25 106/21 107/3 110/20 178/19

proceeding **[3]** 10/12 58/3 189/5

proceedings **[3]** 2/23 220/5 221/4

process **[1]** 33/18

produce **[3]** 216/25 217/3 217/5

produced **[9]** 2/24 10/2 10/4 10/5 42/4 148/14 214/17 214/23 219/1

proffer **[1]** 99/12

prohibit **[1]** 7/11

promoted **[1]** 59/10

proof **[1]** 90/4

proper **[4]** 56/23 56/23 170/16 172/6

proposed **[1]** 103/18

prosecution **[1]** 207/22

prosecutor **[2]** 90/4 204/13

prosecutor's **[1]** 175/19

prosecutors **[5]** 203/19 203/22 204/1 204/13 204/15

protect **[1]** 96/7

protecting **[1]** 59/14

protection **[2]** 96/20 96/20

protective **[2]** 52/2 52/3

protest **[5]** 44/9 48/7 48/11 60/14 104/24

protesters **[6]** 24/12 47/13 47/15 49/1 62/10 79/7

protesting **[1]** 77/13

protocol **[2]** 44/4 45/19

prove **[3]** 90/10 152/23 189/23

proven **[1]** 77/24

provide **[9]** 8/4 9/18 122/2 177/1 188/7 218/3 218/6 218/8 218/9

provided **[7]** 55/15 103/11 127/17 209/5 214/9 215/12 218/13

provides **[2]** 26/5 104/18

providing **[3]** 171/25 209/1 211/10

proving **[1]** 176/21

provision **[1]** 8/23

prudent **[1]** 97/10

public **[6]** 17/18 19/14 20/22 20/22 53/3 53/4 55/25 109/8 91/5 107/8 115/25 120/1 128/9 132/14 133/14 135/12 137/23 139/6 140/5 142/20 144/5 145/9 146/11 148/10 150/12 150/15 152/2 153/19 154/14 157/10 159/10 167/3 167/21 178/19 184/22 186/16 191/5 192/10 192/20 219/10

pulled **[5]** 37/2 37/4 37/7 91/10 103/6

pulling **[5]** 36/23 51/7 131/8 195/13 196/3

purporting **[3]** 110/24 112/8 177/6

purports **[7]** 77/21 100/20 105/11 105/13 105/22 170/21 176/10

purpose **[16]** 18/4 30/14 34/23 59/23 61/25 63/4 75/8 105/13 136/20 171/10 171/24 172/2 181/11 182/2 184/16 217/23

purposes **[3]** 56/9 69/9 73/20

pursuant **[2]** 218/8 218/10

push **[4]** 42/19 45/1 45/2 138/21

pushed **[10]** 35/8 37/10 44/23 117/6 117/8 118/5 124/8 130/18 198/24 204/5

pushing **[2]** 123/2 142/12

put **[24]** 24/16 27/10 27/19 28/9 33/13 33/25 42/13 48/7 61/8 61/22 63/11 63/18 70/16 74/13 76/4 76/11 94/8 103/25 116/10 122/22 138/19 140/11 182/23 215/13

putting **[2]** 60/23 60/23

**Q**

qualify **[1]** 8/11

Queen **[1]** 2/14

question **[22]** 19/3 29/20 44/22 45/4 50/8 54/23 88/12 89/8 91/13 92/8 93/23 95/1 96/14 112/6 172/20 179/14 205/2 206/7 209/22 210/11 210/15 211/4

**Q**

questioning [1] 50/4
questions [29] 26/14
31/21 38/17 47/17
47/25 48/2 52/12 52/17
54/1 94/9 95/5 95/25
96/4 98/3 98/7 98/19
99/11 104/3 134/17
164/19 181/18 189/13
191/2 204/21 205/21
205/24 206/3 206/12
207/16
quick [6] 7/7 7/8 7/9
53/17 71/1 191/24
quickly [3] 24/16 28/9
73/6
quiet [1] 73/6
quite [6] 34/15 48/14
48/20 51/5 51/10 92/4
quote [2] 99/8 210/12

**R**

rack [35] 30/14 35/3
35/4 36/22 36/23 37/8
37/11 41/15 42/20 44/7
44/8 45/16 62/22 63/4
63/11 63/13 63/14 74/7
74/10 75/3 93/19 93/20
107/14 116/19 117/6
117/9 117/11 118/6
123/17 124/3 130/18
169/20 187/10 210/10
210/17
racks [80] 20/11 24/15
26/3 26/7 26/10 26/14
26/21 27/5 28/4 28/25
29/18 29/23 30/9 31/2
31/4 31/8 31/8 31/12
31/13 32/15 32/20 33/2
34/9 35/14 36/4 36/6
36/14 36/16 36/17
41/12 41/13 42/6 42/15
43/3 44/15 62/23 63/7
63/23 73/7 73/24 74/3
74/4 74/5 74/13 74/15
75/7 75/10 76/2 76/6
78/24 79/7 84/5 115/25
116/13 116/16 117/1
117/10 122/23 122/24
131/8 131/10 131/22
138/20 138/21 201/12
201/14 201/16 201/19
201/20 202/21 202/23
202/25 203/4 212/3
212/5 212/16 212/17
212/18 212/19 212/21
radio [18] 10/25 11/1
11/2 11/5 13/2 13/4
13/5 13/6 38/11 38/13
46/15 54/25 55/3 55/15
79/3 80/12 126/3
142/13
raise [1] 7/7
raised [1] 89/20
rallies [3] 49/15 49/25
50/10
rally [2] 49/7 49/11
ram [1] 116/13

RANDOLPH [7] incorrect
2/13 6/7 7/3 47/19
47/24 175/7
random [2] 93/25
181/17
rank [1] 46/11
rather [2] 34/11 34/11
reacting [1] 99/1
reaction [1] 53/17
read [6] 9/7 14/3 16/10
25/17 209/25 211/3
ready [12] 6/21 7/23
10/20 54/18 57/5 87/19
106/19 107/3 107/6
114/25 173/13 206/19
real [1] 171/4
realized [2] 90/1
210/19
really [15] 34/15 45/10
71/1 92/19 97/8 98/23
101/8 101/17 105/7
105/8 108/23 112/20
188/19 189/24 191/24
realtime [11] 39/22
40/11 40/25 42/25 77/1
80/22 82/16 83/13
93/21 104/1 189/11
rear [1] 89/10
reason [7] 28/4 109/11
206/2 206/24 208/12
209/5 209/8
reasonable [1] 35/19
reasons [4] 24/17 89/1
189/20 217/2
recall [37] 10/1 10/14
12/22 13/2 13/6 13/8
13/9 29/15 38/9 46/16
48/4 49/10 49/14 49/23
54/3 64/11 73/3 77/2
77/7 78/10 84/3 92/16
105/1 105/3 108/20
110/15 112/7 112/10
124/7 141/22 141/24
161/17 205/5 208/17
209/1 211/21 213/22
recalled [5] 10/6 54/6
95/14 111/6 205/9
recalls [2] 134/18
179/14
receive [7] 9/8 55/6
60/25 61/4 69/14 128/4
164/18
received [40] 15/25
19/23 21/6 23/2 23/2
25/25 54/25 58/10
61/11 68/22 69/10 81/5
83/1 117/25 120/24
122/7 127/24 130/6
133/13 139/5 140/13
141/4 144/1 146/10
147/23 149/15 150/8
152/1 153/18 154/13
155/15 156/7 157/9
159/1 160/17 161/10
169/8 178/15 184/21
206/4
receiving [3] 10/3 72/4
184/18

recess [5] 54/17
106/11 173/8
recognition [1] 170/15
recognize [91] 12/4
12/20 12/23 12/23
13/23 16/4 16/21 19/25
21/10 22/7 24/3 24/22
24/24 25/1 25/11 29/9
29/22 30/8 40/22 68/12
80/8 82/9 84/18 85/3
85/11 85/19 85/24 86/4
86/9 86/14 86/19 86/24
96/15 97/7 98/18 105/1
120/4 126/8 126/10
128/12 128/14 129/13
132/6 135/16 140/15
141/9 142/24 144/10
145/12 147/8 147/10
148/23 149/21 150/18
152/6 155/2 156/11
157/16 159/7 159/15
160/23 162/7 162/21
165/25 168/16 169/15
172/14 174/1 177/5
179/2 181/24 183/13
184/25 185/14 186/21
186/25 187/5 189/8
191/10 192/14 193/1
194/11 195/16 195/19
196/6 196/8 196/18
197/3 200/17 200/25
205/18
recognized [4] 129/19
157/7 164/7 180/18
recognizes [7] 30/1
92/2 94/20 136/23
163/21 178/3 189/15
recognizing [1] 120/16
recollection [4] 56/8
56/10 110/11 208/22
record [43] 6/4 6/9
16/16 58/21 65/11
65/21 66/10 70/2 70/19
74/6 74/17 76/4 76/11
82/15 83/22 92/13 95/7
96/4 96/8 96/20 106/12
107/13 107/24 108/14
109/25 121/10 122/16
124/25 127/20 128/24
139/15 140/11 148/12
149/10 163/19 167/13
169/3 169/19 194/18
194/21 196/12 197/11
207/24
recorded [1] 2/23
recording [2] 80/12
80/22
recordings [1] 80/19
red [29] 20/13 30/20
48/3 65/22 66/11 70/20
83/20 107/22 108/1
112/15 116/8 116/10
123/23 126/12 147/8
155/1 159/6 159/20
160/23 168/14 180/24
182/14 185/16 199/20
199/23 209/13 210/8
211/15 213/7

redirect [3] 9/8 52/18
52/21
reestablish [1] 170/6
reestablished [1]
125/14
refer [5] 30/12 66/14
126/20 211/14 218/20
reference [1] 214/7
referenced [1] 172/19
referred [3] 71/16
156/25 213/1
referring [4] 45/16
122/2 205/12 219/9
reflect [4] 113/19
121/16 149/11 165/11
refreshed [2] 112/18
112/18
refresher [2] 61/13
61/15
refreshing [1] 208/21
regain [1] 62/18
regarding [3] 13/3
54/24 163/12
Regardless [1] 114/16
regards [1] 198/21
regroup [3] 93/17
94/17 98/5
regular [1] 80/20
regularly [3] 62/22
62/23 187/2
reinforcements [1]
75/4
relate [2] 9/21 54/21
related [1] 114/17
relates [2] 8/3 9/14
relation [1] 186/10
release [1] 7/10
relevance [13] 13/17
14/7 14/11 14/12 15/23
19/17 19/22 21/3 102/2
131/1 156/22 174/3
180/20
relevant [8] 15/8 15/17
15/18 157/6 178/8
215/7 215/12 218/7
relocated [1] 34/6
rely [2] 111/15 111/19
remained [1] 39/15
remaining [1] 130/3
remedy [2] 96/24 98/1
remember [38] 39/4
40/9 41/25 64/15 82/13
93/6 93/7 104/16
105/18 105/19 108/7
110/19 111/7 111/11
111/17 111/18 111/23
115/23 122/20 124/10
140/22 141/17 142/18
150/23 150/25 153/5
184/3 184/4 200/3
200/6 202/10 203/10
205/20 205/25 209/4
209/15 209/18 211/19
remembering [2]
123/25 204/24
remembers [3] 93/5
112/2 206/8
remove [4] 35/6 118/8

122/25 123/5
removed [1] 122/24
render [1] 128/5
rendering [6] 56/5
68/20 69/1 69/8 201/7
202/1
renderings [1] 55/20
renew [1] 137/13
repeat [1] 50/7
rephrase [1] 17/13
report [5] 205/12
205/14 209/4 209/6
209/7
Reported [1] 2/19
Reporter [2] 2/20 221/9
represent [4] 9/10 32/3
47/24 110/25
representation [2]
132/21 173/22
representations [2]
56/2 56/21
representative [1]
219/18
Representatives [1]
216/15
represented [1] 58/5
represents [3] 110/4
112/5 113/16
request [7] 8/3 10/10
12/13 45/17 81/17
113/14 127/16
requested [1] 8/7
require [1] 61/19
required [1] 217/8
requirement [4] 111/24
112/21 174/7 217/10
requires [3] 63/19
63/21 217/4
requisite [1] 177/1
reservation [1] 130/2
reserve [1] 208/10
residences [2] 57/17
57/19
resolve [2] 94/6 100/11
resolved [2] 106/17
106/19
respect [15] 24/13
37/13 41/12 43/2 91/3
94/18 103/6 109/8
109/16 109/24 110/15
112/6 114/19 116/3
218/22
respectfully [5] 15/4
111/4 172/1 175/18
214/14
respond [5] 62/15
100/16 114/8 160/7
166/25
responded [13] 88/19
101/8 110/2 160/2
160/7 160/9 161/3
166/21 167/9 170/6
170/24 179/8 192/8
Responder [2] 59/5
59/11
responders [4] 11/23
59/12 59/23 60/4
response [11] 8/20

**R**

response... [10] 11/11
49/23 79/1 79/5 91/17
113/14 142/11 205/23
209/22 211/4
**responsibilities [1]**
166/20
**responsible [8]** 64/17
65/6 65/8 67/9 67/11
110/1 199/24 216/7
**rest [4]** 92/21 100/24
109/13 172/5
**restate [1]** 45/5
**restricted [16]** 20/9
24/9 25/6 44/9 45/23
46/1 46/4 46/5 46/7
46/10 48/3 50/1 52/24
53/2 53/5 53/9
**restriction [1]** 7/21
**resume [6]** 7/23 10/16
10/20 54/15 173/7
219/21
**retaining [3]** 131/23
195/22 195/23
**retreat [1]** 127/2
**retreated [1]** 122/21
**return [1]** 10/24
**review [4]** 87/14
181/20 206/16 209/22
**reviewed [3]** 56/19
110/4 141/19
**revisit [1]** 208/14
**rewind [1]** 158/4
**Richman [4]** 2/10 3/6
6/24 48/1
**ride [1]** 216/3
**right [98]** 10/11 10/15
17/18 23/1 36/17 36/21
36/25 43/6 43/18 43/24
44/3 44/24 45/3 46/24
47/9 48/18 48/20 48/23
49/16 49/22 50/20
51/20 54/9 57/3 63/2
67/16 73/1 74/16 76/16
77/6 78/5 78/7 78/17
79/20 83/23 90/13
90/19 91/8 91/10 91/21
94/12 94/13 95/23 96/6
104/6 107/3 107/12
114/8 114/14 115/3
115/9 115/9 115/13
119/9 120/8 121/9
123/15 123/17 130/2
131/14 138/17 139/14
141/17 141/23 143/17
146/22 150/23 151/16
151/18 161/22 164/1
167/10 168/12 171/13
171/16 173/9 181/3
183/16 189/13 190/3
190/20 190/22 190/23
190/25 197/10 197/18
208/5 209/17 211/6
211/21 212/11 212/11
212/22 213/17 220/3
**riot [6]** 51/25 60/16
61/19 61/20 148/4

**rioter [6]** 77/7 77/19
77/23 83/18 126/8
175/2
**rioters [11]** 53/18
53/22 78/10 84/12
119/11 123/2 130/17
130/18 138/15 170/25
174/23
**rioting [1]** 77/12
**risks [1]** 118/21
**roads [1]** 33/9
**roadway [2]** 33/20
33/21
**Robert [3]** 2/6 2/6 6/20
**ROBERTSON [1]** 2/17
**room [4]** 1/22 33/23
40/10 40/25
**Rosen [2]** 2/9 6/23
**rotate [2]** 63/14 72/3
**rotation [3]** 72/5 72/6
72/9
**Roth [4]** 64/14 75/22
115/14 143/10
**Rotunda [3]** 16/7 16/25
21/18
**rough [1]** 212/14
**roughly [7]** 28/17 32/6
45/25 46/22 167/14
167/14 179/7
**routine [1]** 13/12
**routinely [1]** 13/5
**row [7]** 24/10 75/3
201/13 201/16 201/19
201/19 212/21
**rows [4]** 23/9 23/10
24/5 74/10
**RPR [2]** 2/19 221/9
**rule [3]** 79/13 214/2
218/8
**Rule 16 [1]** 218/8
**rules [2]** 89/19 175/18
**ruling [5]** 184/20 186/3
187/16 208/10 219/13
**rulings [1]** 109/16
**run [1]** 119/17
**rung [1]** 94/6
**RUSSELL [1]** 1/7
**RYAN [3]** 1/6 6/5 32/3

**S**

**safe [1]** 49/2
**Safeway [1]** 57/13
**said [33]** 43/16 44/16
46/23 47/11 53/11 56/8
59/25 60/24 67/16
89/14 89/14 105/18
107/2 109/6 109/10
109/10 110/17 111/7
111/13 113/12 117/6
126/3 127/21 168/22
180/17 184/15 184/19
188/13 206/1 209/18
210/10 210/19 211/16
**same [64]** 8/17 8/24
22/9 22/11 22/13 31/12
31/13 33/25 41/9 57/21
82/19 83/11 120/20

148/17 148/22/3 123/24
127/9 127/15 130/1
133/10 133/20 133/21
136/8 136/17 136/21
136/25 137/3 137/17
138/22 139/2 139/3
140/4 140/7 140/10
141/1 142/4 143/23
144/14 146/7 147/11
147/19 147/21 149/8
149/23 150/5 151/23
152/19 153/25 154/10
155/12 155/21 156/4
158/23 160/14 161/7
163/6 165/3 172/22
179/21 180/3 182/11
182/20 182/24 185/24
**SAMSEL [20]** 1/6 2/3
6/5 6/18 31/24 32/4
57/22 58/2 77/21 77/22
104/17 172/14 174/1
174/2 176/20 177/15
183/6 186/14 198/3
207/3
**Samsel's [1]** 102/14
**San [1]** 1/23
**Sasha [1]** 6/13
**satisfied [1]** 90/3
**satisfies [1]** 110/14
**satisfy [1]** 177/1
**saw [31]** 22/9 36/15
50/14 77/4 77/15 77/16
77/18 78/2 80/16 91/25
93/2 93/21 96/2 106/1
107/18 109/20 110/4
110/8 110/13 110/25
112/6 172/16 175/1
175/10 180/4 180/18
181/23 199/19 201/18
204/19 205/7
**say [39]** 9/5 33/2 51/4
54/16 63/23 63/25 67/3
79/15 81/20 89/12
89/16 90/8 91/15 92/11
92/13 92/22 93/21
94/17 96/2 97/16 98/15
102/16 105/5 105/7
105/15 110/7 110/9
112/3 112/9 158/14
174/25 176/13 177/7
188/19 203/16 206/4
218/13 219/24 219/25
**saying [20]** 29/25
39/18 88/16 91/25
95/20 100/8 103/8
110/15 112/5 112/18
135/8 153/4 176/25
189/12 190/14 209/15
215/6 215/12 217/4
219/15
**says [9]** 25/18 29/13
90/4 94/19 111/11
112/7 173/25 175/9
207/17
**scaffolding [55]** 18/22
19/4 69/22 69/23 70/8
70/9 70/14 70/17 70/21
70/23 70/24 71/3 71/5

71/16 71/18 91/10 91/16
101/7 124/17 125/4
125/20 161/15 161/24
162/25 163/8 163/13
163/15 163/16 163/21
163/25 164/12 165/4
165/6 165/7 166/3
166/6 167/15 169/24
171/7 174/13 175/7
183/25 185/3 191/11
191/20 192/3 192/15
192/18 193/5 193/8
194/3 194/16 195/2
195/20 195/21 199/8
**scenarios [1]** 62/7
**scene [36]** 7/14 14/8
78/17 94/11 101/21
104/23 105/22 105/24
108/6 109/2 111/13
112/6 113/13 113/16
114/7 114/13 124/9
138/16 158/13 170/4
170/13 171/7 172/5
175/21 176/1 180/14
181/10 181/16 182/25
183/1 189/16 189/25
190/4 201/5 203/6
213/22
**scene-setting [1]**
189/25
**scope [1]** 50/4
**screen [33]** 14/3 16/11
17/22 56/11 65/4 69/25
76/5 78/6 78/6 78/7
83/24 90/18 98/2 108/2
108/15 115/6 115/9
115/10 115/12 121/12
122/18 125/1 129/2
151/19 154/23 159/7
169/21 185/14 193/1
196/13 197/10 200/14
200/18
**screens [2]** 136/21
136/25
**scroll [2]** 206/20
206/21
**SE [1]** 2/17
**seat [1]** 28/19
**seating [4]** 18/19 20/18
75/1 196/9
**second [17]** 12/24
24/13 46/24 74/18 75/3
89/23 90/14 119/23
134/3 168/7 182/24
201/16 201/19 202/23
212/5 213/19 216/8
**secondary [2]** 24/10
24/20
**secondly [1]** 55/19
**seconds [68]** 29/3 29/4
32/6 55/14 80/4 84/24
89/16 89/18 91/12
92/20 93/18 94/19
94/19 97/8 103/9
107/10 108/10 109/22
109/23 120/25 121/3
121/20 121/23 123/10
123/11 123/15 127/8

128/19 128/21 129/10
129/11 130/11 132/2
132/16 134/3 135/23
139/7 139/11 142/7
144/6 144/18 144/18
145/22 150/9 150/12
151/5 151/10 157/11
157/13 157/20 157/25
162/3 162/11 162/15
164/25 168/4 168/6
169/9 169/15 178/22
178/23 178/25 179/24
185/10 185/15 186/17
191/25 197/3
**Secret [1]** 57/11
**section [5]** 70/21 97/7
132/15 135/4 169/20
**sector [1]** 197/19
**security [9]** 9/3 20/4
24/11 24/17 24/18 26/6
40/3 40/4 45/19
**see [89]** 7/15 17/1
17/19 18/3 19/14 20/7
20/12 23/6 23/9 23/15
23/15 24/1 26/7 27/12
29/1 30/19 31/1 32/3
35/2 35/13 36/13 36/19
39/22 42/24 51/14
51/25 52/3 57/3 60/16
78/23 93/17 94/9 94/16
109/12 120/9 121/6
122/12 124/15 124/17
124/21 125/12 126/4
138/4 138/6 139/11
145/22 146/19 151/5
151/13 152/8 153/23
154/19 154/25 155/19
157/23 160/5 168/14
172/8 180/3 180/14
180/21 181/5 183/24
184/1 191/2 194/18
195/6 196/9 199/9
201/9 201/16 203/5
203/15 205/21 208/21
208/23 211/22 211/24
212/2 212/9 212/10
212/13 212/15 213/1
213/4 215/20 218/3
218/21 220/3
**seeing [9]** 8/16 77/2
77/7 102/14 111/17
112/7 112/10 114/7
217/25
**seek [2]** 207/2 214/1
**seeking [3]** 13/18
149/11 190/2
**seem [1]** 195/9
**seems [6]** 15/18 90/11
95/17 96/4 101/18
207/5
**seen [20]** 23/21 23/23
51/10 56/12 56/14 68/5
82/13 95/18 103/16
112/3 120/6 120/12
136/1 140/17 193/19
193/21 194/2 195/6
214/6 217/13
**sees [3]** 77/14 163/22

**S**

sees... [1] 178/3
segments [2] 126/25
127/22
seized [2] 57/17 57/18
self [1] 23/17
self-explanatory [1]
23/17
Senate [11] 11/13
21/13 21/13 21/18
21/20 22/9 53/15 53/16
53/23 59/8 59/9
separate [2] 27/22
190/16
separated [3] 57/24
62/3 62/4
separately [1] 27/13
September [6] 45/25
67/24 68/1 68/2 214/9
214/23
September 13th [2]
214/9 214/23
sequence [1] 100/22
sergeant [43] 3/10
11/20 12/1 12/9 12/23
13/6 14/13 58/11 58/14
58/23 59/10 61/1 87/17
107/10 109/18 109/25
114/21 114/22 115/2
153/7 157/3 166/12
173/10 177/7 178/13
179/2 180/3 198/9
198/10 198/11 198/11
200/17 206/15 208/13
208/17 208/20 209/1
209/21 211/1 211/3
211/10 215/20 215/22
sergeants [1] 71/25
series [3] 55/20 57/11
153/10
service [3] 52/9 57/12
198/13
set [24] 20/10 24/8
34/6 34/9 34/11 34/12
36/8 36/9 36/10 36/20
44/8 44/9 45/24 45/24
46/8 50/2 50/13 68/5
73/24 73/25 76/1 79/7
79/24 177/11
sets [1] 104/22
setting [1] 189/25
setup [1] 127/4
seven [1] 150/9
seven seconds [1]
150/9
several [5] 13/15 23/10
31/14 92/1 178/1
shake [1] 115/24
share [4] 40/19 100/7
100/9 210/25
shared [1] 11/13
sharing [1] 93/24
shelter [4] 46/23 46/25
47/12 53/20
sheltered [2] 47/3
47/14
sheltering [1] 53/12
shield [1] 148/6

shields [3] 146/22
148/4 148/4
shirt [2] 159/21 185/17
shorthand [1] 2/23
shortly [2] 53/16
187/12
shot [7] 22/9 23/18
156/18 186/24 197/4
197/16 197/17
shots [1] 23/12
should [29] 10/1 10/12
54/10 91/11 93/16
94/24 94/25 95/12
96/10 97/2 98/8 99/16
99/22 101/23 103/1
110/21 111/14 113/21
114/18 128/1 171/20
171/21 172/8 172/20
174/5 175/5 176/22
178/6 179/11
shouldn't [10] 68/22
69/14 96/3 110/7
110/18 137/17 174/17
176/7 176/8 208/21
show [26] 13/14 40/19
40/19 55/22 65/4 65/19
91/4 100/19 104/4
105/11 105/21 111/22
112/4 113/2 137/16
163/25 164/11 167/7
169/12 170/21 178/7
181/16 190/4 206/9
209/19 218/2
showed [3] 94/18
203/19 204/17
showing [7] 25/8 37/21
73/10 165/25 172/23
176/9 181/23
shown [24] 8/8 8/9
8/19 9/6 9/11 9/12
13/23 15/15 16/4 16/21
19/25 21/10 23/6 24/3
24/5 26/10 29/9 42/21
56/10 74/15 109/25
111/8 112/10 128/15
shows [5] 101/12
163/11 174/14 174/15
180/23
sic [1] 185/1
side [41] 16/24 34/7
34/7 36/2 36/3 36/16
36/18 42/22 53/16
53/19 53/23 53/24
64/21 65/13 65/23
67/14 69/24 70/4 70/20
71/2 76/13 78/5 107/14
125/12 125/13 136/3
136/3 137/8 137/8
151/18 154/22 155/21
156/16 159/6 191/18
191/20 194/16 194/16
196/13 197/15 197/17
sides [1] 89/11
sidewalk [2] 74/1 74/8
sign [1] 25/14
signage [1] 53/9
signed [2] 57/20
168/23

signs [2] 25/5 26/14
similar [16] 16/24
25/14 26/10 31/8 31/14
41/19 68/7 68/21
148/25 150/20 172/21
172/23 179/21 180/24
182/11 182/15
simply [6] 15/8 26/3
77/13 101/21 136/14
163/21
simultaneously [1]
8/16
since [9] 41/20 42/10
58/3 94/13 97/12
102/15 116/17 141/19
176/19
single [3] 9/11 175/22
188/12
sinking [1] 176/16
sir [52] 10/18 11/3 11/6
25/18 26/17 31/17
32/17 32/21 32/25 33/3
35/16 36/21 36/24
37/12 37/16 37/25 38/4
38/6 38/23 39/5 39/7
39/12 39/21 40/1 40/24
41/11 41/14 43/5 43/14
45/15 46/11 46/20
47/10 47/16 58/19
87/18 107/5 198/8
198/10 198/14 198/16
198/21 202/5 202/11
203/3 203/24 209/12
209/17 210/7 211/19
213/10 213/19
sit [2] 104/9 111/21
sites [1] 153/15
situation [3] 34/25
62/14 94/1
six [4] 9/7 103/9 145/22
199/13
six seconds [1] 103/9
sixth [1] 125/24
size [9] 48/21 72/12
81/18 81/20 91/18
98/19 101/10 119/7
164/8
skip [1] 29/3
skirmishes [1] 49/4
slide [3] 34/10 130/13
130/13
slides [1] 28/2
slight [1] 65/13
slightly [1] 78/6
slowed [4] 133/1 133/2
133/3 134/25
slower [1] 133/22
small [5] 65/22 76/12
82/8 82/8 83/9
snow [19] 20/11 24/10
24/15 24/20 27/19
30/12 30/14 32/19
32/23 34/12 34/14 75/5
75/8 76/12 116/23
120/13 202/4 202/4
202/7
so [230]
sole [1] 181/11

solely [2] 187/23
187/25
solid [2] 28/7 28/7
some [48] 7/13 17/18
28/9 30/17 31/16 34/5
34/22 38/25 45/13
45/21 47/11 48/2 53/3
53/6 53/20 57/23 59/3
59/20 59/21 62/7 64/11
75/7 75/18 92/22 92/25
93/24 95/2 95/14 96/10
98/19 103/13 104/24
138/19 138/19 161/15
174/18 176/11 178/3
181/19 189/13 204/24
207/14 207/21 214/15
216/4 218/16 219/12
219/15
somebody [2] 34/25
176/15
someone [16] 23/13
26/24 40/25 60/25
79/10 87/19 91/15
91/18 93/6 100/21
126/1 130/19 173/15
178/2 184/19 205/19
Someone's [1] 118/11
someplace [1] 202/18
something [23] 28/15
32/23 36/13 42/14
51/16 53/6 96/25 100/1
116/25 127/21 171/3
174/6 174/18 175/2
181/24 189/1 190/4
207/24 207/25 210/19
215/17 217/1 219/24
sometimes [5] 24/18
27/15 33/22 34/24
42/12
somewhat [1] 37/2
somewhere [1] 12/3
sorry [46] 16/15 18/16
19/2 33/1 36/24 40/6
50/7 51/3 52/5 60/21
64/24 65/1 66/12 70/1
75/13 79/13 83/4 83/23
84/25 88/2 102/10
108/9 109/22 114/9
115/5 123/13 126/23
127/11 130/11 132/1
146/14 150/25 157/13
162/14 168/3 168/7
178/23 178/23 180/16
188/4 197/3 200/18
205/1 209/25 210/1
212/1
sort [11] 18/23 19/5
23/17 24/11 27/20 28/1
28/7 36/3 98/1 99/17
217/21
sought [2] 169/4
214/10
sounds [2] 35/18
176/12
source [10] 88/2 88/3
88/3 88/4 88/5 88/6
88/10 90/5 181/1
181/12

sources [1] 153/14
south [22] 18/7 67/12
70/17 70/20 70/24 71/2
71/3 72/21 76/13 76/14
125/13 167/2 167/15
169/24 174/13 185/3
185/4 191/11 192/15
193/5 194/16 195/2
southwest [17] 64/22
147/14 150/1 152/14
153/8 153/25 154/6
155/6 155/21 156/16
157/1 157/2 166/25
177/25 191/18 194/12
197/19
spanning [1] 64/21
speaking [5] 11/4
11/11 12/21 12/24
33/24
speaks [1] 15/5
special [2] 6/15 44/2
specific [23] 34/1 44/5
92/11 96/1 99/13 103/6
110/2 152/20 182/22
184/12 184/15 184/16
206/7 206/10 206/12
209/16 210/24 212/19
213/11 217/9 218/3
219/9 219/16
specifically [16] 18/4
18/5 18/11 18/13 42/5
48/2 48/14 50/15 72/15
72/22 77/20 96/22
137/7 177/13 210/18
211/14
specificity [7] 57/23
91/22 92/18 92/22
95/14 96/11 137/12
specified [1] 95/3
specifies [1] 36/10
speculating [1] 116/1
speculation [2] 79/9
118/17
speech [2] 91/7 91/9
speed [2] 56/9 213/4
spell [1] 58/21
spelling [2] 6/19 58/20
spend [1] 125/7
spent [2] 59/8 189/7
splice [1] 128/6
split [2] 136/21 136/24
spotlighted [1] 96/19
spray [8] 118/23
180/10 180/11 180/21
181/22 199/9 199/15
199/21
sprayed [1] 125/23
199/9
spraying [2] 180/21
199/20
spreadsheet [1]
103/11
spring [2] 1/19 204/4
squad [6] 64/10 65/7
65/8 65/9 66/4 200/7
squads [2] 72/2 72/3
squarely [1] 217/23
squares [1] 25/1

**S**

Stacy [5]  2/19 2/22
221/3 221/8 221/9
**stadium [1]**  18/19
**stadium-style [1]**
18/19
**staff [4]**  43/20 44/6
60/2 173/6
**stage [10]**  16/8 18/10
67/21 67/24 106/1
125/13 126/1 146/23
151/16 194/3
**staging [3]**  17/1 17/4
17/6
**staircase [3]**  74/19
74/23 74/24
**stairs [20]**  18/7 70/10
70/11 70/12 75/14 79/6
79/18 84/11 116/18
117/8 117/15 121/11
124/8 130/20 139/16
143/8 143/17 194/15
198/24 199/24
**stairway [2]**  107/15
113/8
**stand [9]**  56/24 74/14
83/18 103/20 103/25
173/25 182/23 183/24
196/9
**standard [1]**  51/22
**standing [6]**  111/10
113/8 195/23 202/1
202/18 211/25
**standoff [1]**  24/11
**Stanley [2]**  2/3 6/17
**start [11]**  32/5 54/10
67/24 87/21 97/13
109/19 125/11 176/19
200/12 204/8 216/1
**started [4]**  39/10 74/13
79/2 115/24
**Starting [2]**  6/8 24/6
**starts [1]**  99/24
**state [2]**  6/9 58/21
**stated [4]**  19/21 117/23
120/23 129/18
**statement [14]**  152/10
175/10 188/23 188/24
189/9 190/2 207/5
207/25 208/3 208/4
208/11 211/11 217/7
217/8
**statements [12]**  8/10
8/15 178/1 178/1 178/8
187/25 188/16 189/4
207/23 217/6 217/11
217/12
**STATES [9]**  1/1 1/2
1/11 1/15 6/4 6/12
25/19 57/11 58/23
**stating [1]**  58/20
**station [1]**  105/2
**stationed [5]**  59/6 63/7
65/9 66/25 67/1
**stay [3]**  28/1 30/24
116/20
**stenotype [1]**  2/23
**step [5]**  26/13 87/17

109/15 120/13 173/16
**STEPHEN [5]**  1/7 2/16
6/6 7/3 7/5
**stepped [2]**  202/6
202/7
**Stepping [1]**  124/3
**steps [23]**  75/19 76/13
76/13 78/7 87/20
124/18 125/5 126/4
165/7 166/3 167/2
167/11 169/24 184/2
185/3 191/12 192/15
193/5 193/9 195/21
199/5 199/7 202/5
**Stew [1]**  6/14
**stick [1]**  112/13
**still [19]**  6/19 10/18
23/12 23/18 28/3 43/17
45/4 69/13 71/19 107/5
114/23 131/10 152/24
153/5 167/25 178/25
200/3 212/23 213/10
**stipulated [4]**  15/5
181/6 181/14 189/21
**stipulating [1]**  15/22
**stipulation [6]**  57/7
57/14 57/22 58/5
168/22 168/24
**stipulations [1]**  57/11
**stole [1]**  210/15
**stone [1]**  36/4
**stop [5]**  80/1 130/15
162/19 169/11 189/16
**stopped [1]**  72/9
**stopping [3]**  150/12
168/12 215/19
**stores [1]**  57/13
**story [2]**  103/17 111/2
**straight [5]**  28/2 63/20
66/11 71/20 167/15
**straighten [1]**  63/15
**stream [3]**  117/9
130/20 171/2
**street [12]**  1/15 1/19
1/22 2/4 2/11 24/7
64/21 66/9 67/5 76/1
76/5 212/7
**strength [2]**  34/21 35/5
**strengthened [1]**  89/3
**strengthens [1]**  30/16
**stress [1]**  190/11
**stretched [1]**  119/7
**stricken [1]**  55/24
**strike [3]**  55/20 71/10
84/6
**stripped [2]**  62/8 116/9
**structure [18]**  17/10
18/17 18/23 18/24
20/15 70/3 70/20 71/15
71/21 167/10 169/23
191/10 193/1 193/4
193/7 194/22 196/13
197/12
**structures [4]**  18/3
124/15 193/11 196/18
**stuff [1]**  171/19
**style [2]**  18/19 121/12
**sub [1]**  58/1

**sub-exhibits [1]**  98/7
**subject [17]**  8/24 9/21
10/24 15/16 19/21 21/3
21/22 29/13 54/2 79/15
134/10 134/13 163/10
164/22 171/24 178/10
184/19
**subjected [1]**  96/8
**submit [2]**  9/14 170/16
**subsequent [4]**  13/17
14/7 19/18 21/24
**substantive [4]**  69/10
133/23 188/18 207/24
**such [6]**  135/9 137/17
174/5 174/12 177/16
207/23
**suffered [1]**  198/21
**sufficient [4]**  90/23
96/5 101/22 110/6
**sufficiently [2]**  89/25
113/24
**suggest [2]**  111/11
199/23
**suggesting [5]**  95/8
97/15 99/2 100/11
105/9
**suggestion [1]**  10/12
**Suite [2]**  1/15 2/11
**summer [3]**  41/22
41/24 41/25
**superimpose [1]**
176/16
**supervised [1]**  105/2
**supervising [3]**  64/8
64/13 110/1
**supervisor [2]**  114/7
114/13
**supervisory [1]**  125/17
**support [1]**  49/8
**supporters [1]**  48/22
**suppressed [1]**  169/4
**sure [39]**  19/2 29/16
32/8 36/13 39/18 41/23
44/22 45/4 48/21 50/10
52/20 57/8 59/25 81/7
88/1 97/8 99/25 102/13
103/14 104/16 106/20
109/5 109/11 113/20
114/11 125/9 140/9
145/18 152/21 180/10
190/9 197/25 200/3
205/20 216/4 216/11
218/7 218/9 218/12
**surely [1]**  205/1
**surmount [1]**  92/23
**surrounded [1]**  174/23
**surrounding [4]**  18/2
19/4 29/22 30/8
**suspect [1]**  101/1
**sustain [2]**  144/21
186/2
**sustained [9]**  17/13
23/19 79/15 116/3
134/19 137/22 164/23
180/15 183/8
**sweatshirt [1]**  159/20
**switch [3]**  200/14
203/2 213/3

**switched [1]**  98/1
**sworn [1]**  58/15
**sync [1]**  136/13
**system [3]**  11/5 14/16
106/7

**T**

**T-I-P-P-E-T-T [1]**  57/13
**table [1]**  6/10
**tactics [2]**  61/20 62/25
**take [36]**  9/23 21/19
28/11 28/14 28/19
33/13 39/10 39/22 41/6
52/10 54/9 54/11 54/13
54/15 63/18 77/22
87/14 89/10 93/16
96/13 96/25 98/9 99/8
99/15 100/13 118/24
172/3 173/5 173/6
186/24 208/19 208/20
210/4 211/7 213/15
216/3
**taken [9]**  30/17 33/15
54/17 101/11 103/20
106/11 112/25 148/6
173/8
**takes [2]**  30/17 188/4
**taking [4]**  91/14 193/2
205/3 205/5
**talk [7]**  37/7 58/2
103/20 113/8 128/6
172/15 219/17
**talked [3]**  75/11 117/3
189/7
**talking [9]**  9/16 35/18
50/15 74/3 74/4 95/19
104/12 112/16 135/19
**tall [1]**  117/17
**tampered [1]**  89/12
**tapes [2]**  23/12 97/25
**tarp [5]**  124/18 125/4
125/20 165/10 170/2
**tased [1]**  62/9
**TATE [1]**  1/6
**taught [1]**  61/20
**team [3]**  60/6 105/18
158/12
**Teams [1]**  204/4
**technical [1]**  90/8
**technicalities [1]**  90/9
**technically [1]**  8/10
**technology [1]**  104/13
**tell [17]**  31/4 31/11
31/13 35/24 58/25
100/15 105/7 110/24
158/10 159/19 170/1
183/22 192/4 194/14
197/15 197/22 204/6
**telling [1]**  110/12
**temporary [1]**  28/8
**Tens [1]**  51/4
**term [1]**  42/10
**terms [5]**  44/5 88/12
88/15 94/22 96/14
**Terrace [33]**  66/9 66/13
66/14 66/17 70/12
70/13 119/24 122/22
124/18 125/11 126/1

143/13 146/22 167/17
169/25 185/2 186/22
191/12 191/17 192/16
193/6 193/9 195/18
195/24 196/7 196/20
197/4 197/5 197/6
197/7 197/8 199/4
199/8
**testified [53]**  10/11
10/25 32/15 32/18
32/22 37/14 38/25
39/24 40/22 42/6 44/11
45/12 45/21 46/14 48/6
53/11 56/4 56/19 58/15
64/4 66/18 69/2 75/13
78/19 79/20 101/5
107/17 110/3 112/15
113/4 113/7 113/15
117/20 123/24 141/13
161/14 166/22 170/12
198/17 199/12 200/6
201/4 201/8 201/18
204/23 208/17 217/6
217/18 217/19 217/20
218/4 218/10 218/18
**testifies [1]**  219/3
**testify [30]**  14/23 15/1
38/2 55/23 56/20 88/17
88/19 93/5 105/24
106/7 113/17 114/18
134/10 137/5 137/6
137/11 172/12 175/2
175/21 177/5 177/6
184/13 187/22 188/11
188/13 190/13 203/12
203/14 203/15 203/17
**testifying [14]**  14/13
14/25 15/10 40/9 46/16
56/20 100/23 153/8
163/20 163/21 171/11
177/4 211/21 219/1
**testimony [58]**  8/13
8/25 9/2 9/11 9/14 9/22
10/16 12/13 13/17 14/7
15/7 15/12 19/18 21/22
29/19 35/15 38/8 38/9
39/8 39/9 43/16 50/5
54/5 54/21 57/11 69/19
73/16 92/9 93/17 95/13
103/21 110/23 111/1
111/5 111/5 111/6
111/14 111/19 112/13
113/14 113/19 113/22
113/23 114/18 136/22
141/16 141/20 163/12
164/22 177/24 184/16
188/9 189/9 190/16
215/23 217/15 218/1
219/10
**text [1]**  25/17
**than [20]**  12/5 26/19
34/11 36/11 39/6 50/24
89/5 93/2 112/3 133/3
133/22 135/4 136/3
145/1 158/12 164/10
186/11 200/12 206/7
216/8
**thank [44]**  7/22 10/17

thank... [42] 13/13
15/21 17/25 19/8 21/1
25/20 28/19 28/21 29/7
31/7 31/18 31/23 31/25
35/11 38/16 38/18
38/24 43/9 47/17 47/18
51/8 52/10 52/12 52/14
52/15 53/25 54/8 54/16
56/17 69/17 87/18
144/24 178/18 191/4
198/2 198/13 200/15
215/20 215/23
Thanks [3] 17/20 43/7
178/16
that [986]
that's [140] 7/19 17/10
18/12 18/12 18/23
20/16 20/24 24/6 25/14
34/24 35/7 37/13 37/17
42/11 42/22 44/6 45/16
46/11 55/9 55/14 55/17
55/20 60/6 61/3 62/2
62/20 65/9 65/20 69/16
69/24 71/18 75/1 78/6
83/13 88/10 90/2 90/23
93/18 95/2 95/4 96/5
96/9 96/25 98/9 98/17
101/7 102/6 102/9
102/16 104/2 105/2
105/9 106/1 107/1
109/10 110/6 110/16
110/25 111/2 111/14
114/9 115/11 115/14
118/22 119/9 120/10
120/22 124/8 124/15
125/4 132/7 133/22
134/19 141/18 144/14
145/13 148/24 155/3
161/16 165/7 165/7
166/3 169/6 169/24
169/24 170/14 170/16
172/12 172/22 174/7
174/18 175/2 177/3
177/10 177/10 177/11
177/17 177/20 179/13
181/24 185/2 185/25
186/11 190/16 190/16
191/11 192/15 193/2
193/2 193/5 193/5
193/8 193/8 194/12
196/19 197/4 197/22
198/18 198/20 200/8
202/17 202/20 202/23
202/25 204/18 205/6
206/5 207/11 208/1
208/6 208/7 210/11
210/14 211/13 211/16
213/1 218/7 218/11
218/14 219/5
their [31] 35/3 46/13
51/22 52/3 52/3 56/20
90/10 91/19 98/5 98/7
101/16 111/22 121/12
138/19 138/20 147/2
160/6 160/10 176/13
180/10 182/14 187/8

188/15 189/23 190/14
214/11 214/25 215/1
216/19 218/10 219/13
them [119] 13/18 19/12
23/13 23/14 23/15
23/15 24/18 24/24
26/15 26/19 27/8 27/10
27/12 27/16 28/9 28/10
28/11 28/12 30/24
30/24 31/16 33/7 33/9
33/11 33/13 33/13
33/14 33/15 33/17
33/21 33/23 33/25 34/1
34/6 34/6 34/8 34/10
34/16 34/18 34/22 35/6
35/6 35/7 36/10 36/13
39/17 39/22 39/23
41/24 42/13 44/20 45/6
45/10 55/22 55/23
56/12 56/14 56/15
56/20 57/4 57/24 64/16
75/7 75/11 75/12 79/12
79/18 79/20 79/25 80/1
87/14 89/7 93/24 93/25
94/15 95/9 95/16 96/3
96/3 97/20 97/21 97/22
98/6 98/14 98/20 98/25
99/1 99/21 106/24
111/22 111/23 115/25
116/16 116/24 117/1
122/23 122/24 122/25
123/1 123/5 123/8
123/8 128/4 128/5
128/6 131/11 131/22
138/22 140/22 156/25
166/17 166/19 174/2
174/17 178/2 187/9
214/24 217/3 217/4
themselves [2] 175/13
217/11
then [93] 7/14 7/21
9/22 10/5 10/13 10/14
11/13 11/15 12/15
13/16 14/12 17/22
18/23 19/16 21/19
32/22 33/1 33/23 33/24
34/9 35/24 38/8 42/19
49/11 53/20 53/24
54/15 55/11 55/19 56/6
56/8 59/10 59/10 61/4
61/12 61/22 62/5 63/15
70/12 72/7 73/7 75/6
77/21 87/15 89/6 95/9
98/8 99/3 100/5 101/25
102/2 103/14 105/5
111/23 111/24 115/8
116/13 116/17 117/8
117/9 118/8 118/24
120/12 122/23 123/8
125/13 130/19 137/13
167/15 170/2 171/21
173/6 174/2 181/18
182/2 183/23 186/2
188/20 190/5 191/2
194/16 196/9 201/16
203/2 205/25 206/4
207/2 209/7 211/11
211/17 214/9 215/15

213/16 190/14
theoretically [1]
137/16
there [188] 11/4 11/8
13/4 15/12 18/4 18/10
18/12 18/13 20/6 23/10
24/7 25/5 27/12 28/3
28/4 28/14 29/7 30/4
30/22 31/13 35/13
35/14 35/21 36/1 36/2
36/4 37/22 40/9 40/12
41/18 44/4 45/17 45/17
45/18 45/23 46/7 48/10
48/18 48/22 48/25 49/4
49/7 49/11 49/15 49/18
50/12 50/15 50/25 51/1
51/14 51/22 51/25 52/7
53/4 57/23 58/5 59/7
59/18 62/6 64/14 66/24
66/25 67/2 70/15 72/9
73/2 74/10 74/12 74/16
75/14 75/21 75/25
76/21 77/12 78/9 79/25
81/25 82/5 82/14 88/14
88/21 89/10 89/18
90/12 91/14 91/15
91/21 92/12 92/14
92/22 93/18 94/12
95/24 97/10 100/1
102/3 105/7 106/1
107/12 110/2 111/5
113/1 113/6 113/13
114/1 114/6 116/25
116/25 117/14 119/3
121/9 122/23 124/15
125/19 125/24 125/25
126/4 130/15 132/17
132/19 134/3 142/9
143/8 144/8 144/18
146/3 152/25 153/3
153/6 153/9 154/17
157/2 157/7 158/8
158/13 158/14 158/19
159/2 159/11 159/13
160/1 160/21 160/23
161/22 162/5 162/17
162/19 163/10 163/12
163/16 164/7 164/9
166/22 168/12 169/11
170/22 171/5 171/8
172/11 172/11 173/14
173/24 175/8 175/9
175/12 177/15 178/25
180/1 180/14 180/21
182/6 183/23 184/5
185/12 186/19 187/2
192/11 192/22 196/16
197/10 212/11 212/13
212/15 213/4 216/15
217/2 219/20 219/21
there's [42] 9/17 24/10
31/16 35/21 43/20 75/5
98/11 101/4 103/3
103/15 112/25 113/3
133/19 136/14 164/8
171/4 172/13 174/9
174/21 177/22 177/23
185/21 187/4 187/24

166/6 188/9 188/20
189/18 189/20 189/22
190/12 190/15 190/17
205/16 212/2 212/5
217/1 217/24 218/16
218/22 218/24 219/15
thereby [1] 170/14
therefore [2] 163/22
216/16
these [96] 8/19 14/18
14/19 20/3 22/17 22/21
23/12 26/3 26/7 26/10
26/14 26/20 27/4 27/7
28/4 28/17 28/25 29/17
29/23 30/9 31/4 31/8
31/12 32/15 32/18 33/2
41/1 41/21 42/3 44/15
56/12 63/23 80/19 87/1
87/4 87/22 87/22 88/20
89/6 89/11 89/17 90/7
90/24 91/20 94/11
94/22 95/17 99/20
101/16 101/17 104/10
104/14 109/16 110/3
110/24 113/2 113/24
114/19 123/2 123/3
123/7 136/23 137/3
153/5 156/25 157/1
157/1 157/4 157/5
164/4 167/11 169/15
170/17 170/25 171/17
172/12 174/15 174/22
174/24 175/14 178/1
187/21 188/13 188/16
189/4 189/21 193/11
203/19 204/15 205/23
205/23 206/2 206/3
206/24 208/17 217/11
they [179] 8/21 14/12
15/1 20/4 20/19 25/5
26/4 27/13 27/14 27/15
27/16 27/16 28/8 29/14
31/6 31/10 31/14 32/23
33/15 33/20 33/20
33/25 34/4 34/8 34/9
34/11 34/12 34/14
34/14 34/15 35/6 35/6
35/8 35/24 36/6 36/7
36/9 36/12 36/12 37/2
40/14 40/15 40/16 41/3
41/4 41/4 42/12 42/13
42/17 44/16 44/17
44/19 44/19 44/20 45/9
45/19 49/3 50/1 51/24
52/4 52/6 52/7 52/8
52/23 55/21 55/22 56/4
56/4 56/7 56/10 56/11
56/21 56/22 57/17
60/19 67/15 67/24 71/8
71/19 73/25 74/13
75/11 75/14 75/15
75/20 79/3 79/6 79/8
79/24 87/6 89/7 89/12
89/13 93/16 93/17
93/17 95/14 95/21
95/25 96/14 97/9 98/5
98/17 99/13 99/19
104/2 104/3 104/3

104/4 104/6 104/8
104/8 104/9 105/21
110/18 111/23 112/3
113/12 115/16 116/15
116/16 116/17 116/23
117/6 117/8 117/11
119/3 122/25 123/1
123/5 123/7 125/16
126/2 126/3 130/18
136/3 137/18 138/19
138/20 150/20 158/11
160/3 160/4 160/7
167/2 167/9 167/9
167/10 167/11 169/16
169/17 171/21 174/17
175/15 176/21 176/25
177/3 177/11 180/10
182/12 186/23 187/6
188/12 195/3 201/11
201/11 203/19 203/20
204/17 204/21 205/4
207/13 209/15 211/12
213/11 214/9 214/24
218/9 219/14
they'd [2] 102/15 217/2
they'll [12] 20/18 20/25
27/8 27/19 27/21 34/5
34/6 34/10 42/12 42/13
44/17 44/23
they're [65] 8/21 14/25
17/21 18/13 24/15
24/16 25/5 26/5 26/6
28/13 28/18 31/13
32/16 32/18 33/3 34/7
36/8 36/10 36/19 36/24
37/9 40/5 41/15 41/16
41/18 42/8 42/13 42/17
42/19 44/23 45/9 51/22
51/25 52/5 52/8 55/7
56/5 56/13 57/2 64/1
75/15 75/16 87/15 89/2
95/25 97/24 98/23
102/7 113/9 122/2
126/21 127/22 137/5
137/6 163/25 176/5
176/12 188/10 188/14
188/16 188/17 190/2
190/13 207/9 216/13
they've [5] 96/16 98/7
101/15 104/15 176/2
thighs [1] 117/13
thing [3] 30/23 133/20
204/4
things [16] 9/24 18/12
24/19 24/19 44/5 52/23
54/20 99/6 105/9
137/16 177/16 184/12
184/14 185/25 188/13
210/2
think [156] 8/11 8/21
9/25 12/9 12/22 14/10
22/16 22/24 23/16
29/12 32/6 35/11 43/15
44/11 44/16 44/20
45/12 46/14 46/23
47/11 49/11 54/4 55/3
64/4 65/4 77/20 88/17
89/2 89/14 89/18 90/20

**T**

**think... [125]** 89/24 90/3 90/12 90/23 91/13 91/24 92/1 92/6 92/19 92/21 92/24 93/2 93/8 93/9 93/11 93/12 93/15 93/15 93/18 94/16 94/23 94/24 95/6 95/11 95/15 95/19 96/7 96/19 96/24 96/25 97/1 97/1 97/6 97/10 97/13 97/24 99/16 99/17 99/20 100/10 100/18 101/11 102/16 103/24 104/5 104/11 106/19 106/21 109/4 110/5 110/13 110/16 110/23 111/4 111/5 112/12 112/25 113/10 113/12 113/16 113/23 113/25 127/21 127/25 133/19 136/20 137/7 151/9 153/7 153/15 156/24 163/12 163/13 164/11 171/1 171/10 171/17 171/20 172/1 172/2 172/8 173/3 173/24 173/24 174/8 174/18 174/21 175/4 175/4 175/15 176/19 177/14 177/18 178/6 178/12 179/11 180/12 181/5 183/5 184/12 184/14 187/15 188/7 188/9 188/15 188/18 189/1 189/6 189/8 189/18 190/10 190/13 190/17 199/12 200/6 201/25 206/6 206/8 216/13 216/24 217/13 218/5 218/12 218/22 218/24
**thinking [2]** 94/8 103/22
**third [10]** 24/22 28/23 68/6 103/3 103/11 175/24 181/19 188/14 202/25 203/4
**third-party [6]** 28/23 103/3 103/11 175/24 181/19 188/14
**this [532]**
**those [50]** 8/23 8/24 12/20 18/12 20/19 25/1 25/4 25/6 27/17 27/21 27/24 30/18 31/1 36/14 40/2 45/6 46/21 46/24 49/15 49/25 49/25 50/10 51/16 51/22 55/24 56/4 56/6 58/2 58/4 59/6 59/17 64/11 74/5 74/15 75/19 79/18 84/11 93/10 101/11 105/8 105/20 113/8 126/25 152/25 171/20 175/21 192/4 206/8 212/19 216/18
**though [2]** 177/5 200/5
**thought [7]** 17/23 56/3

96/3 89/21 99/22 125/16 207/15
**thousands [1]** 51/4
**three [18]** 6/6 35/22 64/15 68/6 91/20 102/7 123/11 146/15 164/25 169/19 184/2 185/15 186/17 193/20 200/1 203/10 206/1 215/10
**three minutes [2]** 146/15 215/10
**three seconds [4]** 123/11 164/25 185/15 186/17
**three years [3]** 64/15 203/10 206/1
**threshold [5]** 94/3 110/5 110/11 110/14 113/23
**threw [4]** 95/4 123/1 123/8 131/22
**through [45]** 9/20 11/5 12/12 13/15 13/17 14/7 19/18 19/22 21/4 21/23 28/24 33/19 33/24 34/3 45/25 46/14 55/20 61/12 62/18 78/10 78/19 78/25 79/3 79/24 80/13 84/4 90/11 99/13 100/21 101/4 111/25 113/23 116/14 116/15 132/15 136/11 136/22 137/20 165/16 177/2 178/2 178/4 178/11 191/22 191/25
**throughout [3]** 13/4 50/13 174/21
**throw [2]** 16/18 35/7
**tie [4]** 27/15 30/23 30/24 32/23
**ties [6]** 27/22 34/15 75/7 75/8 75/12 116/24
**Tim [1]** 58/11
**time [112]** 8/17 12/3 13/18 14/6 14/18 17/9 17/9 18/2 18/6 19/17 39/13 41/16 41/17 41/20 43/21 44/3 44/4 47/8 47/12 53/14 53/21 53/23 56/23 57/9 58/11 67/23 68/6 71/9 72/2 72/9 72/18 72/23 73/3 80/13 81/24 82/19 83/11 84/14 87/9 89/8 89/25 93/3 96/23 96/23 96/23 97/1 97/6 99/14 99/15 102/15 103/1 105/12 108/7 113/5 115/13 116/8 117/14 119/6 119/12 119/18 121/17 122/20 125/6 125/9 125/10 125/19 125/24 127/2 127/6 128/6 129/5 129/8 130/17 135/8 135/8 136/22 137/3 137/17 143/15 148/25 152/10 152/25 153/9 154/6

160/1 161/18 163/16 165/16 170/23 171/1 171/19 172/12 172/14 172/21 172/23 173/1 174/1 175/7 187/17 187/24 188/2 189/7 193/18 204/1 206/15 209/10 213/2 213/25 215/24
**timelines [1]** 96/11
**times [11]** 10/10 13/7 33/6 33/9 33/14 39/4 51/10 68/4 68/6 199/10 199/13
**timestamp [6]** 14/3 16/10 22/11 82/16 82/17 143/11
**timestamps [3]** 127/18 128/2 137/12
**timing [1]** 136/12
**TIMOTHY [4]** 3/10 11/17 58/14 58/24
**Tippett [1]** 57/13
**Titanic [1]** 176/15
**title [1]** 40/6
**today [22]** 9/11 31/9 38/22 41/14 80/10 84/21 85/5 85/13 87/4 89/3 108/24 111/8 120/6 199/12 199/19 200/5 203/13 204/19 214/11 214/13 215/6 217/13
**today's [1]** 104/13
**Todd [2]** 2/10 6/24
**together [35]** 26/4 26/5 26/21 27/5 27/10 27/14 27/15 28/3 28/5 28/10 28/13 30/24 30/25 31/5 34/4 34/7 34/14 35/17 37/9 42/12 42/13 44/16 45/1 45/10 63/11 63/13 63/18 64/1 64/3 101/11 112/25 116/20 136/14 138/21 202/15
**told [2]** 79/10 214/24
**tomorrow [8]** 99/3 208/14 215/21 215/22 215/25 216/17 219/21 220/4
**tonight [1]** 219/22
**too [5]** 56/3 97/8 101/14 110/9 127/21
**took [14]** 39/1 39/19 42/24 47/2 50/11 53/11 53/13 53/20 99/18 110/3 116/9 126/1 146/3 153/4
**top [17]** 14/3 16/10 27/25 75/19 76/12 79/6 114/4 119/24 121/11 126/1 139/16 143/8 175/7 184/2 192/25 194/2 197/23
**topics [1]** 61/15
**toppled [1]** 117/9
**torso [1]** 117/13

total [2] 205/5 217/7
**totally [1]** 111/24
**toward [3]** 53/19 201/19 209/13
**towards [13]** 16/7 20/6 76/14 81/21 84/11 108/20 116/18 119/4 124/3 124/8 143/2 159/15 161/25
**tower [14]** 18/12 101/6 174/12 186/23 186/25 193/2 194/16 194/19 195/2 195/21 196/19 196/22 197/8 197/9
**traffic [4]** 13/2 13/4 65/23 187/8
**trailers [1]** 20/3
**training [6]** 61/9 61/11 61/14 61/16 61/21 118/20
**transcript [5]** 1/10 2/24 57/22 218/3 219/18
**transcription [2]** 2/24 221/4
**transcripts [4]** 8/5 8/8 9/7 9/18
**transferred [1]** 59/11
**transmission [1]** 13/6
**traveling [2]** 163/11 174/22
**traverse [1]** 74/1
**traversed [1]** 72/20
**tree [1]** 194/23
**trial [32]** 1/10 8/4 8/8 8/25 9/2 10/2 17/18 40/9 55/8 69/9 96/17 97/12 97/13 98/22 99/9 99/10 100/1 100/2 100/12 101/2 101/24 103/10 111/8 141/20 174/21 175/22 176/19 176/23 188/15 203/17 204/5 219/5
**trials [3]** 19/3 39/1 219/3
**tried [1]** 92/19
**true [4]** 41/9 176/5 176/6 209/12
**Trump [2]** 48/23 49/8
**Trump's [1]** 91/7
**trust [1]** 110/10
**truth [2]** 12/17 55/6
**try [15]** 30/18 62/16 62/18 90/2 93/17 97/19 97/21 98/14 100/16 118/8 136/21 176/13 184/10 188/8 188/17
**tryer [1]** 175/15
**trying [15]** 63/20 90/10 99/6 100/10 101/21 130/19 136/10 137/2 170/13 171/10 188/10 188/16 189/5 190/1 215/7
**tunnel [2]** 103/14 175/11
**turn [2]** 188/5 211/17
**turned [3]** 98/2 116/9

138/19
**turning [4]** 38/8 71/23 177/15 182/14
**TV [2]** 17/17 40/23
**TVs [2]** 39/24 40/2
**Twenty [1]** 47/5
**twist [2]** 63/22 117/4
**two [36]** 6/5 12/20 15/11 22/21 24/13 27/24 33/22 35/22 45/1 46/21 46/21 49/4 49/15 72/2 72/2 92/2 93/20 99/4 103/22 105/1 115/8 125/8 131/11 132/2 135/19 136/21 157/2 167/14 178/23 182/23 189/20 189/22 216/9 216/12 216/18
**two hours [2]** 46/21 125/8
**two seconds [2]** 132/2 178/23
**Two-points [1]** 15/11
**type [3]** 60/13 61/15 177/21
**types [1]** 61/17
**typically [6]** 54/9 60/4 60/25 61/3 61/18 70/15

**U**

**U.S [15]** 1/18 1/22 2/20 11/20 24/24 57/14 58/12 59/1 59/2 80/19 97/5 111/21 166/12 197/18 204/11
**umbrella [1]** 51/20
**unauthenticated [1]** 96/9
**unavailable [1]** 175/23
**unclear [1]** 188/6
**uncovered [1]** 174/13
**under [9]** 10/18 18/23 89/19 107/5 111/25 114/24 161/14 214/22 217/1
**underlying [1]** 217/5
**underneath [11]** 18/22 70/8 70/8 125/19 126/4 161/24 162/25 164/12 180/7 197/7 199/8
**understand [2]** 8/15 15/9 78/1 96/6 97/22 98/4 98/9 99/12 109/25 114/11 163/24 176/24 180/17 181/15 187/15 189/18 189/23 217/8 217/12 219/18
**understanding [12]** 14/22 15/9 55/7 95/20 101/14 114/12 189/12 207/11 208/1 208/2 208/6 208/7
**understood [4]** 45/12 48/10 56/17 56/18
**unfold [1]** 114/7
**unfolding [1]** 80/17
**uniform [4]** 60/14 61/5 61/7 66/20

**U**

**uniforms** [1] 51/22
**unique** [3] 101/5
104/11 219/6
**unit** [20] 11/23 11/24
40/3 51/17 59/6 59/11
59/12 59/23 60/5 60/9
60/11 60/12 61/14
62/15 62/21 64/5 147/2
160/6 160/8 166/25
**UNITED** [9] 1/1 1/2
1/11 1/15 6/4 6/12
25/18 57/11 58/23
**units** [3] 11/24 148/5
158/13
**unless** [5] 79/9 172/9
175/1 208/21 215/11
**Unlike** [1] 34/7
**unobjectionable** [1]
93/6
**until** [15] 39/14 54/5
77/23 98/7 111/7
112/10 126/21 127/8
127/11 157/11 157/20
172/9 183/7 186/3
208/11
**untimely** [2] 148/14
169/4
**up** [131] 13/20 15/17
20/10 24/8 24/16 27/19
33/13 34/6 34/9 34/11
34/12 35/3 36/8 36/9
36/10 36/20 37/10 40/6
41/12 41/21 42/14 44/8
44/9 44/14 45/24 45/24
46/8 48/1 48/13 50/2
50/13 51/7 51/13 56/10
61/19 62/16 63/17
63/20 64/21 64/24 66/9
68/5 68/9 69/24 70/16
73/11 73/24 73/25 74/1
74/12 74/18 76/18 80/3
82/3 84/15 84/23 85/7
85/15 88/9 90/18 91/5
91/10 95/4 102/7 107/8
114/8 116/10 116/16
116/19 119/17 119/24
120/1 122/22 123/2
125/12 125/19 126/1
128/9 129/11 130/20
131/22 132/14 133/14
135/10 135/12 137/20
137/23 137/24 139/6
140/5 142/20 143/2
144/5 145/9 146/11
148/10 150/12 150/15
152/2 153/19 154/14
157/5 157/10 158/2
158/13 159/10 161/14
163/10 165/16 167/3
167/9 167/21 171/7
176/21 177/11 177/23
178/2 178/19 180/23
184/22 185/25 186/16
188/1 189/21 192/10
192/20 195/13 196/3
201/9 203/8 218/25
**upper** [4] 18/23 70/12

**Upwards** [1] 119/13
**us** [38] 8/4 8/21 26/20
31/2 32/7 33/18 34/8
34/13 35/20 35/24
36/21 60/20 61/4 62/1
62/2 66/20 73/7 80/2
103/12 116/17 118/22
118/25 119/19 122/2
130/20 176/3 181/16
186/11 195/22 201/25
209/22 210/2 214/23
214/24 217/24 218/13
218/21 219/1
**use** [17] 27/10 27/18
56/6 56/12 56/14 57/3
65/3 69/13 69/15 74/1
87/13 130/3 167/5
177/21 184/11 188/17
205/12
**used** [14] 10/25 11/4
11/22 12/17 33/9 42/8
44/20 62/22 63/5 75/1
116/13 116/16 138/20
148/9
**useful** [1] 93/15
**using** [2] 69/19 73/16
**usually** [2] 34/4 34/25
**utilitarian** [1] 20/23

**V**

**VA** [1] 2/11
**vaguely** [1] 49/10
**value** [1] 189/3
**vantage** [7] 37/17
37/24 88/24 90/21
94/10 120/15 185/5
**variability** [1] 31/16
**variations** [1] 41/18
**various** [4] 50/2 50/13
87/25 153/10
**vast** [1] 33/14
**vehicle** [4] 33/24 34/3
59/14 59/19
**vehicles** [1] 33/19
**veracity** [4] 8/15
153/15 175/13 177/18
**verdict** [1] 128/5
**verify** [3] 137/18 200/9
214/16
**vernacular** [1] 95/5
**version** [1] 214/19
**versus** [1] 6/4
**vertical** [1] 36/1
**very** [23] 7/8 25/14
26/12 27/14 27/19
31/14 31/14 36/16
41/19 41/19 49/7 49/11
50/16 50/22 53/15
53/17 73/6 94/2 101/5
105/3 137/1 192/21
217/9
**vest** [1] 187/8
**via** [1] 13/5
**viciated** [1] 111/24
**video** [333]
**video's** [1] 174/2
**videos** [48] 7/16 8/9

6/24 9/16 9/20 10/2
10/4 14/25 15/2 87/1
87/22 87/22 88/20
89/18 90/24 91/20 93/4
93/7 93/25 94/12 95/17
96/11 96/13 98/23 99/2
99/4 104/14 108/22
111/20 112/24 114/19
137/9 141/19 152/10
171/17 174/15 175/13
175/14 178/3 178/7
181/5 182/23 191/16
199/19 216/25 217/1
217/5 218/16
**videotapes** [2] 94/22
97/19
**view** [6] 16/25 41/1
41/1 41/10 152/23
184/13
**viewing** [1] 175/20
**viewpoint** [1] 90/19
**violence** [1] 175/10
**virtue** [1] 219/4
**visible** [2] 18/7 18/9
**vision** [1] 93/1
**visiting** [1] 20/24
**visitors** [1] 59/15
**visors** [1] 146/25
**voice** [9] 12/4 12/10
12/24 38/11 133/18
178/3 188/8 189/8
190/15
**voices** [1] 12/21
**voir** [4] 87/15 90/1
95/10 96/25
**vote** [1] 216/15
**vs** [1] 1/5
**vulnerable** [2] 118/22
148/8

**W**

**wait** [2] 98/4 165/16
**waiting** [2] 10/8 93/14
**waive** [1] 216/6
**Waldo** [1] 81/15
**walk** [1] 72/19
**walking** [2] 81/21
93/19
**walkover** [3] 20/16
20/20 20/25
**walkway** [69] 14/1 20/9
20/22 24/11 36/2 36/3
38/3 65/14 66/5 66/7
66/8 72/20 72/25 73/14
74/2 74/12 74/19 79/21
81/24 82/9 83/25 87/2
87/7 88/12 88/19 88/22
105/2 107/19 119/17
119/25 120/9 121/17
121/21 123/5 123/18
124/4 127/2 128/22
129/5 129/22 131/9
132/9 134/13 135/20
138/13 139/17 139/24
141/12 141/14 143/3
143/19 144/11 147/12
155/4 159/9 159/18
160/25 162/23 168/18

179/4 180/4 180/19
183/17 183/19 184/5
185/18 201/3 201/4
203/9
**wall** [7] 19/1 19/2 19/5
36/4 131/23 195/22
195/23
**walls** [1] 20/19
**want** [40] 10/4 10/7
10/8 16/15 20/24 26/14
44/14 54/11 55/13 65/7
90/14 90/25 95/8 97/16
98/6 98/25 99/1 99/7
99/10 99/11 99/13
100/9 100/15 103/9
103/19 114/2 128/4
128/5 131/16 132/15
144/21 171/6 173/19
173/21 181/21 203/17
208/9 213/15 216/7
216/9
**wanted** [9] 56/9 57/23
57/24 106/6 114/11
140/9 203/14 203/20
216/24
**wanting** [1] 99/25
**wants** [5] 14/23 137/15
175/14 189/23 215/13
**was** [283]
**Washington** [6] 1/9
1/16 2/4 2/8 2/18 2/21
**wasn't** [9] 9/8 48/21
53/6 55/5 91/6 100/3
180/14 180/21 213/10
**waste** [1] 97/1
**watch** [7] 39/23 40/10
98/22 98/25 99/1
181/11 182/23
**watched** [11] 84/20
85/5 85/13 87/4 89/22
108/24 145/14 154/3
156/13 157/18 183/3
**watching** [4] 8/14 15/6
108/22 112/19
**water** [2] 125/24
125/25
**way** [58] 24/16 25/15
26/4 27/10 27/24 33/25
34/16 34/19 36/7 37/7
37/10 53/3 56/12 61/19
63/19 80/25 89/11
89/12 92/24 94/15
94/20 94/23 94/25 96/7
96/21 96/22 96/23
97/11 97/13 97/20
97/22 98/22 99/7
99/19 103/10 104/14
106/24 110/20 113/10
116/25 117/1 133/1
136/4 136/22 138/22
143/5 159/23 162/25
165/11 166/5 174/18
177/16 187/1 188/13
192/17 193/15 195/3
217/24
**ways** [1] 100/21
**we** [278]
**we'd** [11] 8/22 13/7

33/24 36/17 36/22
121/23 165/14 184/16
190/11 190/24 207/2
**we'll** [20] 14/18 24/19
33/22 34/9 40/19 54/15
57/3 58/1 91/11 145/5
145/6 165/15 166/8
173/6 173/13 176/16
187/16 191/2 215/20
215/22
**we're** [41] 6/3 10/1
10/2 41/25 74/3 78/18
87/19 94/12 95/19
96/12 97/15 97/23
100/12 100/13 101/2
101/25 104/12 106/4
106/9 106/13 106/18
106/21 107/3 113/10
118/22 118/24 134/9
135/8 137/7 148/17
163/14 170/3 170/19
173/13 178/2 181/9
189/24 207/19 215/9
216/1 216/4
**we've** [10] 42/11 93/13
111/24 135/8 140/10
152/10 156/24 156/25
157/6 198/13
**weapon** [1] 148/9
**weapons** [4] 52/4 52/6
52/9 118/23
**wear** [4] 60/17 60/18
166/12 166/17
**wearing** [9] 51/25
83/20 83/25 121/12
141/24 155/1 160/5
169/21 187/8
**wears** [1] 166/16
**week** [2] 203/25 204/8
**weigh** [1] 33/2
**weight** [16] 92/5 92/9
94/3 100/25 104/22
110/22 112/23 113/12
113/21 114/17 171/4
174/5 174/17 175/5
175/16 178/13
**well** [42] 8/5 18/11
19/16 20/10 26/24 28/9
32/24 37/21 48/6 57/15
69/2 77/20 85/19 88/6
88/7 88/10 91/20 92/7
93/1 94/2 95/2 97/7
104/2 104/19 105/15
111/24 125/6 127/3
138/15 168/21 176/14
176/15 182/21 194/17
201/13 204/8 207/5
207/9 210/18 210/24
211/17 212/23
**went** [5] 44/11 53/15
79/20 117/16 118/8
**were** [155] 11/8 11/9
12/21 13/9 24/24 33/25
36/9 36/16 36/21 36/22
38/14 39/9 39/13 39/14
39/18 40/9 42/4 42/21
44/5 44/19 44/19 47/8
47/15 48/16 48/22 49/3

**W**

were... [129] 49/3 49/5
49/7 49/16 49/18 49/21
49/25 50/2 50/10 50/12
50/15 50/25 51/1 51/16
52/7 53/4 53/18 53/22
56/1 56/11 56/21 56/22
57/17 57/18 60/8 61/2
61/5 61/7 64/4 64/5
64/8 64/17 64/19 65/5
65/8 66/22 66/22 66/25
67/1 67/9 67/11 67/15
69/4 72/4 72/7 72/18
72/23 73/25 75/18
75/20 75/25 76/8 77/4
81/25 89/12 89/23
91/18 99/25 101/16
101/17 103/10 103/11
104/2 104/4 105/6
105/19 105/20 110/17
115/16 116/2 116/17
116/23 116/24 118/13
119/3 119/3 119/5
119/7 119/11 119/21
121/16 123/2 123/7
125/10 125/16 125/24
125/25 126/3 127/17
130/17 130/19 131/8
131/10 131/11 151/15
152/24 153/6 154/21
157/2 158/18 158/19
159/22 160/4 160/7
160/10 167/25 173/10
174/10 177/11 182/12
184/5 188/13 191/15
191/18 195/3 198/24
199/9 201/10 201/22
201/25 205/8 207/15
210/18 211/10 211/24
213/11 214/8 219/16
219/24
weren't [9] 17/19 33/16
53/3 56/10 66/18 91/21
120/16 128/3 198/25
west [95] 16/7 16/8
16/9 16/25 20/6 64/19
64/21 65/14 66/9 66/12
66/12 66/14 66/17
66/22 66/23 67/10 68/5
68/15 69/4 70/4 70/13
70/20 71/2 72/12 72/15
74/25 76/14 103/14
107/15 119/24 122/21
122/22 123/6 124/16
124/18 125/7 125/8
125/11 126/1 127/1
127/3 127/3 127/4
143/5 145/13 145/25
146/22 147/14 155/21
156/16 158/16 159/22
159/23 160/2 161/2
161/3 162/1 165/12
166/4 167/1 167/16
167/17 168/1 169/25
170/5 173/23 175/23
177/25 179/9 185/2
185/5 186/22 187/12
187/13 191/12 191/17

193/18 192/16 193/6
193/9 193/15 194/13
195/11 195/18 195/24
196/1 196/7 196/19
197/4 197/5 197/6
197/7 197/8 199/4
199/8
what [247]
what's [35] 9/4 12/16
14/25 15/2 15/14 16/4
16/21 19/25 21/10
23/17 25/8 29/9 30/11
35/24 61/25 63/4 75/8
90/18 90/20 99/3
104/18 104/19 105/7
122/20 125/3 127/16
130/25 132/22 145/2
149/1 169/23 172/9
181/8 212/15 217/14
whatever [9] 99/7
99/15 99/22 100/4
101/23 106/15 112/23
174/7 215/15
whatnot [1] 171/22
when [71] 10/20 12/10
13/9 20/16 20/16 30/4
33/14 34/9 34/14 34/14
34/15 34/22 36/6 36/14
39/10 39/16 41/20 42/3
46/7 46/8 48/1 56/24
63/5 64/1 67/3 71/18
71/21 72/9 74/13 77/4
77/23 78/17 81/20
87/19 90/4 96/13 100/5
100/14 100/19 108/22
114/25 117/2 117/11
117/14 117/15 124/8
125/14 125/22 134/7
153/9 160/1 160/8
161/17 166/21 167/9
173/13 174/19 182/24
184/5 186/9 189/10
203/24 206/19 209/12
210/7 210/18 210/18
210/19 211/10 215/16
218/19
whenever [1] 107/6
where [114] 7/15 13/10
13/25 16/6 20/4 21/12
21/20 30/3 32/5 34/7
35/18 35/24 44/19
44/23 46/8 46/10 53/5
58/22 65/9 65/19 66/7
67/3 69/6 69/22 70/11
70/17 72/15 72/22
72/22 74/15 75/24 76/8
77/4 78/8 87/21 89/8
89/13 89/23 90/5 90/13
90/13 90/24 93/10
94/21 95/25 99/9
100/23 102/7 103/24
104/3 106/7 107/11
108/12 109/12 110/3
110/12 110/23 112/7
112/16 113/9 115/16
117/11 119/23 120/12
120/13 121/8 121/16
122/14 124/23 125/15

135/4 136/14 139/13
143/14 146/21 151/15
154/21 165/10 167/7
167/9 170/3 174/10
174/22 175/24 176/22
177/20 177/20 177/25
179/7 180/6 180/14
184/4 185/25 191/2
192/7 193/10 194/18
195/10 196/21 197/6
197/9 197/20 201/9
201/22 201/25 204/10
207/18 212/3 212/5
217/7 218/11
Whereupon [2] 12/18
81/12
whether [34] 9/23
10/14 31/4 31/11 42/11
77/12 92/8 92/9 94/7
94/9 96/2 98/3 98/8
103/12 104/14 105/5
105/20 110/10 111/1
112/5 113/18 137/5
152/22 152/23 166/15
171/3 176/1 176/22
189/14 189/15 205/3
206/7 207/22 213/21
which [47] 8/20 9/20
9/21 11/12 11/15 18/7
20/17 24/11 26/5 27/12
27/14 27/25 28/13 32/5
48/3 59/8 60/15 60/18
61/23 64/20 71/15 74/4
76/25 82/16 87/13 92/5
94/1 101/3 101/4
103/14 106/4 111/15
112/22 136/1 167/4
174/14 175/8 179/17
180/25 181/12 190/11
214/23 217/13 218/25
219/3 219/7 219/9
while [9] 8/9 11/1
75/24 76/8 103/19
146/12 159/22 173/10
184/12
white [13] 19/1 19/2
19/5 25/1 30/23 48/17
50/19 70/3 107/25
155/1 159/20 185/16
209/24
who [55] 6/18 7/3
11/19 14/19 14/19 15/1
20/23 40/10 48/1 55/7
60/1 75/21 77/21 82/9
90/5 105/1 105/18
107/21 107/23 109/25
111/10 113/7 113/8
113/13 113/13 115/2
115/10 134/10 143/8
146/24 148/23 157/4
158/2 158/10 158/10
158/11 168/3 169/15
171/14 175/22 178/3
178/3 179/5 186/10
187/5 187/5 188/12
188/13 189/6 192/4
204/12 205/5 216/9

216/12 218/18
who's [5] 6/21 6/24 7/6
183/6 188/8
whole [3] 112/19
127/25 215/13
wholesale [2] 89/17
89/24
wholly [2] 96/5 182/22
whose [1] 183/2
why [31] 24/13 28/4
28/12 53/13 66/18
66/22 66/22 71/7 72/11
73/24 79/8 79/23 81/17
87/17 97/22 98/4 98/6
98/9 99/7 99/23 100/3
106/4 109/12 116/22
118/10 119/17 172/7
175/21 183/7 206/19
219/17
wide [1] 34/3
will [52] 7/14 8/8 17/22
27/7 27/14 27/15 27/16
27/16 28/23 30/4 33/13
33/22 34/8 42/11 42/17
44/17 45/1 45/2 45/8
45/8 57/20 57/21 58/3
62/5 87/19 94/14 97/9
98/2 98/25 98/25
106/10 106/20 106/21
106/23 113/19 113/20
114/17 114/18 134/10
134/16 149/9 157/5
163/10 163/10 163/12
172/14 175/8 184/10
186/2 215/14 216/21
216/22
wing [5] 21/13 21/13
21/14 21/18 22/9
wise [1] 97/14
wished [1] 118/14
wishes [1] 112/24
withdrawn [1] 83/10
within [7] 21/16 28/1
45/23 60/25 100/24
171/17 217/23
without [14] 8/16 14/10
23/14 29/18 39/18
45/10 95/12 97/4 97/18
99/2 138/22 190/24
217/16 217/25
witness [124] 10/8
12/9 15/1 17/5 21/24
25/8 28/24 54/6 54/11
54/12 54/19 55/7 55/12
56/15 57/5 57/7 58/3
65/11 65/21 66/10 69/1
69/13 70/2 70/18 70/19
74/6 74/17 76/4 76/11
77/11 78/18 87/15
88/11 89/5 89/6 89/8
89/11 90/1 93/25 95/12
98/15 98/20 99/14
100/23 101/5 103/7
103/20 103/21 104/9
105/23 106/21 107/13
107/24 108/13 108/14
110/12 110/24 111/22
111/23 113/23 114/3

114/6 115/7 121/10
122/16 124/25 126/20
136/11 136/12 137/5
137/11 137/21 139/15
165/17 167/13 172/11
172/13 173/2 173/19
173/21 173/25 174/25
176/11 176/11 177/4
177/12 179/11 180/13
180/17 181/10 181/10
181/15 181/16 181/17
182/23 182/25 182/25
183/6 183/8 184/12
185/25 187/22 188/1
188/6 188/7 188/11
188/12 188/19 188/20
189/14 190/6 190/12
190/13 190/14 190/17
194/20 194/21 196/12
197/11 205/15 206/9
214/16 215/25 217/5
witness's [3] 89/9
112/12 112/23
witnessed [5] 17/8
96/2 163/20 170/12
170/25
witnesses [8] 14/19
56/6 164/16 164/22
171/14 171/25 216/9
216/12
witnessing [2] 113/2
164/3
won't [11] 9/5 9/10
13/17 34/4 42/13 54/6
134/17 134/18 135/7
144/22 164/18
wondering [1] 102/8
wood [2] 18/24 75/17
Woodward [13] 2/3 2/3
3/4 3/12 6/18 14/9
14/22 57/23 105/17
168/22 175/17 181/6
200/19
Woodward's [3] 10/10
10/12 10/13
word [4] 42/8 44/20
48/10 217/10
work [6] 7/20 11/22
17/17 54/3 58/22 96/16
worked [1] 11/25 40/6
187/2
working [3] 11/2 17/19
64/4
worn [13] 57/16 58/6
106/9 166/13 166/16
168/20 168/25 172/21
172/23 172/24 177/17
181/2 183/3
worry [1] 62/5
would [146] 7/12 8/11
9/14 10/5 12/4 12/8
12/13 13/10 13/10
13/11 14/5 14/13 15/13
18/7 18/9 18/10 18/24
19/18 21/16 21/18
21/19 21/21 25/21
28/17 28/23 33/18
33/20 33/21 34/12 35/9

## W

**would... [116]** 36/1 36/3 36/4 37/3 37/8 37/20 40/18 41/9 42/19 43/5 43/20 44/1 46/7 49/2 50/7 51/4 52/6 52/8 55/23 56/18 56/22 56/24 57/6 57/10 58/4 58/5 59/21 60/7 60/16 60/16 60/17 60/19 61/4 61/4 61/18 61/22 61/22 61/23 62/14 62/16 62/17 62/24 63/7 63/10 63/23 67/4 68/6 69/7 69/19 72/3 72/3 72/19 73/16 75/10 77/5 78/8 78/9 89/5 89/22 91/24 92/5 92/17 93/6 93/15 94/20 95/10 97/1 98/4 98/9 98/20 99/19 103/16 107/2 110/17 115/6 115/12 125/11 125/14 127/7 127/16 134/6 136/16 137/11 137/13 138/16 138/22 143/16 148/12 167/10 167/10 174/25 178/13 184/9 186/14 187/22 187/22 187/25 187/25 189/2 189/21 197/8 206/4 208/3 209/9 209/21 211/17 212/2 214/1 214/25 215/24 216/18 217/23 218/5 218/8 219/13 219/14
**wouldn't [14]** 22/19 34/12 36/18 36/23 37/8 37/11 61/18 63/20 75/12 91/20 92/10 103/19 137/11 213/14
**wrapped [2]** 27/20 32/19
**wrapping [1]** 30/14
**writ [1]** 95/16
**write [1]** 33/1
**writing [2]** 89/2 205/20
**written [2]** 134/7 144/20
**wrong [5]** 106/20 111/3 141/16 188/10 210/19
**wrote [1]** 205/19

## Y

**yeah [15]** 33/8 34/20 35/8 35/21 42/10 43/4 88/10 106/18 117/15 119/3 127/14 158/5 162/10 162/11 197/17
**year [6]** 41/16 41/16 41/25 59/3 59/8 68/2
**years [14]** 12/3 18/11 33/9 40/8 59/2 59/8 61/12 64/15 67/16 67/18 68/4 200/1 203/10 206/1
**yelling [1]** 178/4
**yellow [3]** 70/1 160/5 192/6

**Yep [1]** 212/12
**yes [412]**
**yesterday [7]** 10/24 10/25 17/17 17/18 43/16 48/6 68/21
**yet [9]** 69/3 78/20 82/1 93/23 94/12 113/6 134/8 168/22 207/17
**you [877]**
**you'd [1]** 140/11
**you'll [2]** 20/7 150/12
**you're [44]** 9/23 10/18 10/20 34/23 35/18 37/14 37/17 37/24 38/5 39/21 41/20 54/2 63/20 69/13 69/23 77/5 77/19 92/18 93/23 94/8 95/20 96/6 100/11 101/21 107/5 107/6 114/23 114/25 137/2 143/16 164/15 181/23 190/4 190/5 190/19 202/18 206/11 206/19 207/18 210/2 215/12 217/17 219/15 219/18
**you've [10]** 15/18 33/11 38/25 51/10 58/25 59/4 127/18 136/1 198/17 213/1
**you-all [4]** 99/23 100/14 128/4 215/14
**your [296]**
**yourself [19]** 34/23 58/19 121/6 122/12 124/21 138/4 138/6 139/11 145/22 146/19 151/5 151/13 152/8 153/23 154/19 155/19 157/23 209/25 211/3
**YouTube [5]** 87/25 91/19 93/25 100/7 188/23

## Z

**zero [8]** 9/24 107/10 109/23 120/25 142/7 168/4 169/15 178/25
**zip [9]** 27/15 27/22 30/23 32/23 34/15 75/7 75/8 75/12 116/24
**zoom [5]** 41/5 41/5 204/3 212/2 212/11
**zoomed [1]** 41/4