**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF  AMERICA,          Criminal Action
                                    No. 1:21-0537
                 Plaintiff,

      vs.
                                    October 25, 2023
                                    10:00 a.m.
RYAN SAMSEL - 1,
JAMES TATE GRANT - 2,
PAUL RUSSELL JOHNSON - 3,
STEPHEN CHASE RANDOLPH - 4,
JASON BENJAMIN BLYTHE - 5,

                 Defendants.      Washington, DC
_____

**\*\*\* MORNING SESSION \*\*\***
TRANSCRIPT OF BENCH TRIAL - DAY 3
**BEFORE THE HONORABLE JIA M. COBB**
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For Plaintiff:**              **Kyle Mirabelli**
                                **Joseph Hutton Marshall**
                                United States Attorneys Office
                                601 D Street NW, Suite 6-725
                                Washington, DC  20001
                                202-815-4028

                                **Christopher Brunwin**
                                U.S. Attorneys Office
                                Federal Courthouse
                                312 N. Spring Street, 13th Floor
                                Los Angeles, CA 90012
                                213-894-4242

                                **Alexandra Foster**
                                DOJ - U.S. Attorneys Office
                                880 Front Street, Room 6293
                                San Diego, CA  92101-8807
                                619-546-6735

APPEARANCES CONTINUED:

For Deft. Samsel:          **Stanley Woodward**
                                            BRAND WOODWARD LAW, LP
                                            400 Fifth Street, Northwest
                                            Washington, DC 20001
                                            202-996-7447

For Deft. Grant:            **Robert A. Feitel**
                                              LAW OFFICE OF ROBERT FEITEL
                                            1300 Pennsylvania Avenue NW, #1505
                                            Washington, DC 20008
                                            202-255-6637

For Deft. Johnson:          **Lauren Rosen**
                                              **Todd M. Richman**
                                            OFFICE OF FPD-EDVA
                                            1650 King Street, Suite 500
                                            Alexandria, VA 22314
                                            703-600-0819

For Deft. Randolph:        **Angel Halim**
                                            3580 Indian Queen Lane
                                            Philadelphia, PA 19129
                                            215-300-3229

For Deft. Blythe:           **Stephen Brennwald**
                                            BRENNWALD & ROBERTSON, LLP
                                            922 Pennsylvania Avenue, SE
                                            Washington, DC 20003
                                            301-928-7727

Reported By:                **Stacy H. Johns, RPR**
                                            Official Court Reporter
                                            U.S. District & Bankruptcy Cts.
                                            333 Constitution Avenue, NW
                                            Washington, DC 20001
                                            Stacy_Johns@dcd.uscourts.gov

**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

# I N D E X

DEFENSE WITNESSES                                             PAGE

SERGEANT TIMOTHY LIVELY

    Cross-Examination By Mr. Woodward (Con't)              6

    Cross-Examination By Mr. Feitel                       36

    Cross-Examination By Ms. Rosen                        55

    Cross-Examination Ms. Halim                           73

    Recross-Examination By Ms. Rosen                      96

# E X H I B I T S

DEFENSE EXHIBITS                                             ADMIT

Previously Marked Government's 305 at Marker 1:59             22

DS1                                                          34

DG1                                                          52

DR1                                                          82

DR1.2                                                        82

DR1.3                                                        84

DR1.4                                                        85

DR1.5                                                        86

DR1.6                                                        87

DR1.7                                                        89

DR1.8                                                        89

DR1.9                                                        90

DR1.10                                                       90

DR1.11                                                       92

EXHIBITS CONTINUED:

DR1.12                                                    92

DR1.13                                                    93

1          **P R O C E E D I N G S**

2              DEPUTY CLERK:  Your Honor, we're on the record in

3     criminal Case 21-537, United States of America versus Ryan

4     Samsel, et al.  All defendants and all counsel are present.

5              THE COURT:  Good morning, everyone.  Are we ready to

6     resume with cross-examination of the sergeant?

7              MS. FOSTER:  Yes, Your Honor.

8              THE COURT:  Okay.  You can bring the witness in.

9              And there was a question about exhibit -- I believe it

10    was Government's Exhibit 310.  Is that resolved?

11             MR. WOODWARD:  Resolved.

12             THE COURT:  Okay.  Great.

13             MR. WOODWARD:  While he's coming in, I will ask the

14    Court's assistance.  Did Exhibit 311 get admitted?

15             DEPUTY CLERK:  Yes.

16             MR. BRENNWALD:  Your Honor, while we're waiting, you

17    may be getting a call from Judge Kotelly's courtroom.  I have a

18    client who's testify in a case before her today.  My client is

19    75 years old at the Alexandria jail.  They brought her up

20    two days in a row.  They're going to need her today to testify.

21    They know I'm in trial, so you control what happens to me.  I'm

22    just letting you know you may get a call, and then I'll let you

23    and Judge Kotelly sort it out.

24             THE COURT:  Okay.  Thank you.

25             Sir, come on up.

```
 1              Good morning.  Just reminding you you're still under
 2   oath.
 3              THE WITNESS:  Yes, ma'am.
 4              THE COURT:  Mr. Woodward, whenever you're ready to
 5   resume.
 6              MR. WOODWARD:  Thank you, Your Honor.
 7                        CROSS-EXAMINATION (Cont'd)
 8   BY MR. WOODWARD:
 9   Q.  Good morning, Sergeant Lively.  Thanks for being here.  I
10   know it's a busy day over at your neck of the woods today, huh?
11   A.  Yes, sir.
12   Q.  Where we left off yesterday, I was about to show you some
13   video.  And if the technology gods will bless me.
14              DEPUTY CLERK:  What exhibit is that, Mr. Woodward?
15              MR. WOODWARD:  Bear with me one moment, Ms. Franklin.
16   I'm going to begin with Government's Exhibit 302.
17   BY MR. WOODWARD:
18   Q.  Yesterday, Sergeant, the Government asked you to
19   authenticate, is the legal phrase, a number of video, correct?
20   A.  Yes.
21   Q.  They asked you specifically if you could confirm that the
22   video was a fair and accurate depiction, and you said that it
23   was, correct?
24   A.  Yes.
25   Q.  I would just like to explore that a little bit with you.
```

Lively - CROSS

```
 1   So here in Government's Exhibit 302, could you remind the
 2   Court, where is it approximately that you're standing at this
 3   point?
 4   A.  I believe I'm off to the right of the bike racks in the
 5   grass area.
 6   Q.  Okay.  As you're aware --
 7         MS. HALIM:  Your Honor, pardon me.  I'm so sorry to
 8   interrupt.  We have two monitors here that aren't working and
 9   we've done the on/off thing.  So pardon the interruption.
10         THE COURT:  Okay.  Is it not turning on or is it just
11   not displaying?
12         MS. HALIM:  Right now it is off completely.  We turned
13   it on but nothing displayed.
14         It's on now.  There we go.  It's on now.  Sorry for
15   the interruption.
16         THE COURT:  No problem.  You can continue.
17   BY MR. WOODWARD:
18   Q.  So I think with your finger you can actually draw a mark on
19   the screen where you roughly are standing?
20   A.  I believe I'm over in this area.
21   Q.  So I would just ask you, sir, do you remember this
22   individual with the hat?
23   A.  No.
24   Q.  So you couldn't tell us whether he was actually there on
25   January 6th?
```

Lively - CROSS

1    A.  Not without the video, no.

2    Q.  Okay.  And how about this individual here with the

3    backpack?  Do you remember this person?

4    A.  No.

5    Q.  Now, I think we just saw -- is that you in the foreground

6    moving over?

7    A.  Yes, that was me that moved over.

8    Q.  And so how about this woman in the pink hat here?  Do you

9    recall her?

10   A.  No.

11   Q.  Do you recall seeing that she was holding a cell phone and

12   recording video?

13   A.  No.

14       (Video played.)

15   Q.  I'm going to play this again.  Do you remember the name of

16   this officer here?

17   A.  It's Officer David Cruz.

18   Q.  If you could just watch his hand gestures here.  I'm going

19   to ask you to describe that for the Court, please.

20       (Video played.)

21   Q.  Do you see what he does there?

22   A.  Yes.

23   Q.  He's holding out his fist?

24   A.  That's correct.

25   Q.  In a threatening manner?

Lively - CROSS

| | |
|---|---|
| 1 | A.  I believe it was to stop the individual from trying to tear |
| 2 | the bike racks apart. |
| 3 | Q.  So he's holding out his fist in a threatening manner to |
| 4 | stop the individual from tearing the bike racks apart? |
| 5 | A.  Yes. |
| 6 | Q.  The bike racks that are bound with snow fencing? |
| 7 | A.  Yes. |
| 8 | Q.  And are zip tied together? |
| 9 | A.  Yes. |
| 10 | Q.  Okay. |
| 11 |     (Video played.) |
| 12 | Q.  And would you agree that it's just after that Officer, |
| 13 | Officer Cruz, holds his fist in a threatening manner to stop |
| 14 | the individual from taking the bike racks apart that the |
| 15 | gentleman in the red hat that you've been asked to identify |
| 16 | repeatedly removes his jacket and turn his hat around? |
| 17 | A.  Yes, he did. |
| 18 |     THE COURT:  Mr. Woodward, I'm sorry to interrupt.  If |
| 19 | you don't mind referring to timestamps when you're -- |
| 20 |     MR. WOODWARD:  I don't mind at all, Your Honor. |
| 21 |     THE COURT:  Okay. |
| 22 |     MR. WOODWARD:  Officer Cruz holding his arm in a |
| 23 | threatening manner to stop the individual from taking apart the |
| 24 | bike racks occurs at roughly marker 30 on Government's |
| 25 | Exhibit 302. |

Lively - CROSS

1           THE COURT:  Thank you.

2           MR. WOODWARD:  And I suppose that I should also make a

3    clear record.

4           I apologize, Sergeant Lively.

5           But the individual with the hat that Sergeant Lively

6    could not identify is depicted at marker six at six seconds on

7    the right-hand side of the screen.  And the individual in the

8    red backpack is depicted at marker eight seconds on the right

9    side of the screen.

10   BY MR. WOODWARD:

11   Q.  And I should have asked this earlier, Sergeant Lively, but

12   do you have any idea exactly what time this is occurring?

13   A.  Based on reviewing the video, I know it was around 12:50.

14   Q.  And that was just a guess based on when you were there and

15   when the breach occurred?

16   A.  That's correct.

17   Q.  But you don't have any way of independently verifying

18   exactly what time the content of this video is occurring?

19   A.  No.

20   Q.  And you don't know where the video came from even?

21   A.  I don't.

22      (Video played.)

23   Q.  Now, this individual here in the red hat, do you remember

24   him?  This is marker 49.

25   A.  Can you be more specific which one in the red hat?

Lively - CROSS

1    Q.  Do you recognize this individual here?

2    A.  Yes.

3    Q.  How do you recognize him?

4    A.  I've seen news articles about him.  And from that day, I

5    remember him being in the area of the individual with the

6    backwards red hat and the jean jacket.

7    Q.  In this video, he's standing literally in front of you.  Do

8    you remember that?

9    A.  Not specifically remembering him right then.

10   Q.  Again, that was marker 45 seconds, Government's

11   Exhibit 302.

12       I'm just going to speed this up.

13       (Video played.)

14   Q.  Now, marker 1:05 on Government's Exhibit 302, this is you

15   here, correct, sir?

16   A.  Yes.

17   Q.  And this is Officer Cruz?

18   A.  Yes.

19   Q.  And I've just drawn an arrow toward the officer wearing the

20   light blue mask and the officer directly in front of him.  And

21   correct that you-all are involved in an altercation here with

22   this individual?

23   A.  Yes.

24   Q.  Okay.  And if I -- mere seconds later, this is marker 1:10

25   on the video.  Here we have the individual in the red hat that

Lively - CROSS

1  you've been asked to identify multiple times.  And would you

2  agree that he is holding Officer Cruz?

3  A.  No, that's not Officer Cruz.

4  Q.  Thank you.  Would you agree that he's holding Officer

5  Edwards?

6  A.  Yes, he has his hands on her.

7  Q.  Do you see this individual here on the right-hand side of

8  the screen taking a photograph?

9  A.  Yes.

10  Q.  Any idea who that is?

11  A.  No.

12  Q.  Any recollection of that person being present when this

13  video was being recorded?

14  A.  No.

15  Q.  In fact, you're over here on the left-hand side of the

16  screen; is that correct, Sergeant Lively?

17  A.  Yes.

18  Q.  Do you at the time have any recollection of what was

19  happening off to your left as you were involved in that

20  altercation?

21  A.  No.

22  Q.  So you couldn't say whether this portion of the video is,

23  in fact, accurate?

24  A.  Based on my knowledge from that day, no.  But on the video,

25  I can base it off of what the video shows.  I did not see it

Lively - CROSS

1    firsthand.

2    Q.  You've watched the video and --

3    A.  Yes.

4    Q.  Okay.

5            MR. WOODWARD:  This is Government's Exhibit 305.  And

6    if I could just bring that back and play that at half speed.

7    BY MR. WOODWARD:

8    Q.  I'd like you to note, Sergeant Lively, that there seems to

9    be clips in the video here.  You'll see the frame jump ahead --

10   or not play at all.

11       (Video played.)

12   Q.  Do you see that happen even as I play it in realtime?

13   A.  Yes.

14   Q.  See how it's jumping ahead?

15   A.  Yes.

16           MR. WOODWARD:  So that's playing from zero to

17   roughly -- zero to roughly six seconds.

18   BY MR. WOODWARD:

19   Q.  Do you have any idea why the video is skipping like this?

20   A.  I wouldn't know.

21   Q.  You don't have any idea what's being cut out of the video

22   as it's skipping ahead like this?

23   A.  No.

24   Q.  You don't know where this video came from?

25   A.  No.

Lively - CROSS

1   Q.  You couldn't tell us precisely what time this video is

2   being recorded?

3   A.  That is correct.

4   Q.  Could you tell us roughly where you think you are in this

5   scene that's depicted here?

6   A.  I'll circle it myself.  I'm right here on the wooden

7   stairs.

8   Q.  So I can go through a couple of these folks.  Do you have

9   any memory of this person standing here at that time?

10  A.  No.

11  Q.  I've indicated, again, at marker nine on the video someone

12  wearing a blue backpack.  How about this person to their left?

13  A.  No.

14  Q.  This person to their left?

15  A.  No.

16  Q.  How about this person to their left?

17  A.  No.

18  Q.  Or this person to their left?

19  A.  No.

20  Q.  So you have really no knowledge of all of these people that

21  are standing back here in the crowd?

22  A.  That's correct.

23  Q.  This person here appears to be wearing a helmet.  I'm

24  indicating the person on the left-hand side of the screen.  Do

25  you remember that?

Lively - CROSS

1    A.   No.

2    Q.   You couldn't tell us whether that person was actually

3    wearing a helmet on January 6th that day?

4    A.   No.

5         (Video played.)

6    Q.   Again, here, do you see how the video is sort of skipping

7    and jumping?

8    A.   Yes.

9    Q.   Any idea why that's happening?

10   A.   No.

11   Q.   Any knowledge of what is being excerpted from the video?

12   A.   No.

13   Q.   Do you remember any of these individuals?

14   A.   No.

15   Q.   And again, this is you, correct, sir?

16   A.   Yes, sir.

17        (Video played.)

18   Q.   Here we see a number of individuals in the crowd.  Do you

19   recognize anybody --

20   A.   No.

21   Q.   -- in this?  Not a single person?

22   A.   No.

23   Q.   But this is a fair and accurate depiction of the scene as

24   it occurred on that day?

25   A.   Yes.

Lively - CROSS

```
 1        (Video played.)
 2   Q.   I'll pause again here.  This is marker 1:29 of Government's
 3   Exhibit 305.  Do you recognize any of these individuals?
 4   A.   No.
 5   Q.   Couldn't say whether any of those individuals were actually
 6   present on January 6th?
 7   A.   That's correct.
 8        (Video played.)
 9   Q.   Do you recall seeing individuals with cell phones recording
10   video?
11   A.   Yes.
12   Q.   What's happening here?
13   A.   I believe they're placing that individual under arrest.
14   Q.   So that is marker two minutes.  Let's go back and watch
15   that again.
16        MR. MIRABELLI:  Your Honor, I apologize.  So I believe
17   this is published.  We admitted 10 seconds to one minute.  I
18   think this just has to be admitted since it's published to the
19   audience right now.
20        THE COURT:  Mr. Woodward, do you want to admit the
21   entire video, 305?
22        MR. WOODWARD:  I don't know if I would want to admit
23   the entire video.  With the Court's indulgence, we'll certainly
24   seek --
25        THE COURT:  I'm not sure that once the video is in
```

Lively - CROSS

1  that we need to admit discrete portions every time he plays a

2  timestamp.  I think it can be published.  And then in terms of

3  what I would review or what's in the record at the end of the

4  day, it would just be the timestamps played, right.  Because

5  the public is only seeing what is being used.  Does that make

6  sense?  Otherwise, every time he plays five seconds he's going

7  to --

8        MR. MIRABELLI:  Your Honor, I guess we've admitted

9  10 seconds to one minute.  We're fine with it being played.  We

10  wanted to admit longer portions but we're trying to limit it to

11  the relevant portions of our case for the defense to get the

12  relevant evidence.  If they want more in evidence, that's fine

13  with us.  I just think it has to be admitted and considered by

14  the Court.

15        THE COURT:  Okay.  So Mr. Woodward, are you --

16        MS. ROSEN:  Your Honor, I think at this point -- is it

17  working?

18        THE COURT:  Yes, now it's working.

19        MS. ROSEN:  On behalf of Mr. Johnson, we had objected

20  through the process of in limines and through informal

21  conversations with the Government of long videos coming in as

22  substantive evidence against our client when it shows

23  irrelevant conduct.

24        I think what counsel for Samsel is trying to establish

25  through this cross-examination really goes to foundation and

Lively - CROSS

1    admissibility of the videos.  We have no objection for this

2    exhibit being used as a demonstrative for that.  But if 305 in

3    its capacity enters as substantive evidence, then we would

4    object.

5            THE COURT:  I guess -- I'm trying to think of the most

6    efficient way to do this.  If 305 is in, when I'm deliberating

7    I'm not going to look at or consider any portions of the video

8    that weren't specifically used in court.  I'm not going to

9    watch hour-long videos.

10           So I'm just thinking about what is the easiest way

11   to -- as opposed to every time five seconds is played, moving

12   that into evidence, can we move 305 into evidence with respect

13   to the clips, and you can even splice them at the end of the

14   day before I receive them after the close of all evidence.  I'm

15   not going to look at clips that weren't played.  I'm just

16   trying to be efficient here.

17           MS. ROSEN:  We understand, Your Honor.  I think,

18   obviously, there's also going to be a record on appeal.  So if

19   counsel for Samsel is moving in an exhibit that we had

20   relevance and 403 objections to that were mitigated by the clip

21   the Government showed, then those objections come back.  And I

22   don't know -- I'm guessing what Samsel's counsel's purpose is

23   in going through this whole video --

24           THE COURT:  You've already objected in its entirety to

25   the video.  So your objection is preserved, right?

Lively - CROSS

```
 1          MS. ROSEN:  Well, I didn't object to the limited
 2    grounds the Government entered.  So for instance, like,
 3    throughout -- if I could give the Court some background.
 4    Throughout the three exhibit lists we received, it started with
 5    numerous hour-long videos.  As we got more exhibit lists, they
 6    have been ciphered down, for the most part, to, I think, what
 7    the Government thinks is relevant to this case.  And our
 8    objections got less and less as the videos became more
 9    particularized.
10          We, from the beginning, and would continue to object
11    to the wide admissibility of the long footage of January 6th as
12    a whole.  And I think that's where we're going to get into
13    issues if other counsel are seeking to wholesale admit these
14    long videos.
15          MR. WOODWARD:  It would seem to me that given this is
16    not a conspiracy case, Samsel's admission of an exhibit in his
17    case does not necessarily mean it's admitted as against all the
18    other defendants.
19          MS. ROSEN:  We would have no objection to that.
20          THE COURT:  Okay.
21          MR. FEITEL:  Your Honor, if I might try a different
22    theoretical framework for this.  To the extent that
23    Mr. Woodward is introducing these portions of the video that
24    were not otherwise played by the Government, it's for the
25    limited purpose of impeachment for the witness and not for the
```

Lively - CROSS

1    truth of the matters they're asserting.

2            So to my way of thinking, the parts of the video that

3    the Government played are part of the record of the evidence

4    against our clients, but when Mr. Samsel's counsel is doing his

5    impeachment, it's not about the objective truth of the

6    contents.  In fact, his whole point is that these videos are

7    unreliable.  Unless I misunderstood what --

8            MR. WOODWARD:  Yeah, that's not --

9            THE COURT:  It's not -- the video itself is not a

10   statement.  Okay.  Here's what we're going to do.  We're going

11   to have to just -- my recommendation was to say 305 is in

12   evidence with respect to the specific clips that are used and

13   played during trial.

14           If that's going to present an issue with the record

15   being jumbled, then I think you're going to have to essentially

16   do what the Government did, and that is put the timestamps on

17   the record and confirm that there's no objection to admitting

18   and me considering those parts of the video.  That way the

19   Government, if you object to a discrete piece, you can put your

20   objection on the record, and that way any defense counsel can

21   object to discrete pieces.

22           I think's probably -- given counsel's concern, that's

23   probably the cleanest way to make sure there's no issue on

24   appeal.

25           So with respect to the clips that have been played,

Lively - CROSS

1    are there any objections from the Government so far?

2              MR. MIRABELLI:  No objection, Your Honor.

3              THE COURT:  Any objection from any defense counsel so

4    far with respect to the clips that Mr. Woodward has played for

5    the sergeant?

6              MS. ROSEN:  Not yet, Your Honor.

7              THE COURT:  Okay.  All right.  Continue.

8              MR. WOODWARD:  Not to overcomplicate it but we do

9    continue to object to the admissibility of the 305.  We are

10   seeking the admission of additional portions of that exhibit

11   under rule of completeness.

12             THE COURT:  I understand that.  You're using what I've

13   already said could come in.

14             MR. WOODWARD:  Right.

15   BY MR. WOODWARD:

16   Q.  All right.  Sergeant Lively, once again, what do we see

17   depicted here at marker 1:59 on Government's Exhibit 305?

18   A.  It appears those officers are placing an individual under

19   arrest.

20   Q.  Do you have any independent recollection of that incident?

21   A.  No.

22   Q.  And if I advance to marker 6:59 of that video, what do we

23   see here?

24   A.  I believe those are members of our Less Than Lethal team.

25   Q.  What is the officer on the right-hand side, as you're

Lively - CROSS

1    looking at it, holding?

2    A.   It's a less than lethal weapon.  I'm not sure what weapon

3    they have.  I'm not trained in that.

4    Q.   What is a less than lethal weapon?

5    A.   It's a -- what I know it to be is to use for less than

6    lethal purposes to disperse a crowd.

7    Q.   So a paintball gun would be a less than lethal weapon?

8    A.   Yes.

9    Q.   Or a gun that shoots rubber bullets would be a less than

10   lethal weapon?

11   A.   Yes.

12   Q.   Might that weapon in his arms be either of those?

13   A.   It could be, yes.

14   Q.   Moving then to Government's Exhibit 306.

15          THE COURT:  And before you move on, so at marker 6:59,

16   that's admitted into evidence?  You're moving to admit that

17   portion of the video?

18          MR. WOODWARD:  Yes, Your Honor.

19          THE COURT:  Any objection?

20          MR. MIRABELLI:  No objection.

21          THE COURT:  Any objection?

22          MS. ROSEN:  No objection.

23          THE COURT:  Okay.

24     (Defense Exhibit PREVIOUSLY MARKED 305 (MARKER 1:59)

25   received in evidence.)

Lively - CROSS

```
1    BY MR. WOODWARD:
2    Q.  At marker 1:32.  Let me see if this cleans up when I play
3    it.  This is Government's Exhibit 306.  We are at time marker
4    1:34.  Do you recognize yourself in this video?
5    A.  I'm sorry, it's very blurry.
6    Q.  Yeah, let me go back and play it for a minute.  So now
7    we'll start at 1:14.  Let me pause here.  Do you recognize any
8    of the individuals in the crowd here?
9    A.  No.
10   Q.  Couldn't say whether they were, in fact, present on
11   January 6th?
12   A.  That's correct.
13   Q.  That was at marker 1:15.
14       (Video played.)
15   Q.  If you could just tell me to stop when and if you see
16   yourself.
17   A.  Stop.  That's me right there.
18   Q.  So in that intervening -- we have stopped at marker 1:32,
19   and that intervening 15 seconds or so, you are down here along
20   what we know to be a bicycle barricade?
21   A.  Yes.
22   Q.  And we have previously been watching roughly hundreds of
23   individuals in the crowd, correct?
24   A.  Yes.
25   Q.  And do you recall those specific individuals from
```

Lively - CROSS

1    January 6th?

2    A.   No.

3    Q.   Couldn't tell us for certain whether those individuals

4    were, in fact, present on January 6th?

5    A.   That's correct.

6    Q.   And couldn't tell us precisely what time it is in this

7    video right now?

8    A.   That's correct.

9    Q.   Any idea where Government's Exhibit 306 came from?

10   A.   No.

11   Q.   But you reviewed Government's Exhibit 306 in advance of

12   trial?

13   A.   Yes.

14   Q.   And your belief was that this is a fair and accurate

15   depiction of the events that occurred at Peace Circle that day?

16   A.   Yes.

17   Q.   In fact, you testified yesterday that what we see here is a

18   fair and accurate depiction of the events that occurred that

19   day?

20   A.   Yes.

21   Q.   Any knowledge of this individual here standing on the

22   stage?

23   A.   No.

24   Q.   How about the individual behind him holding the flag?

25   A.   No.

Lively - CROSS

1  Q.  Don't recall those individuals from January 6th at all, do

2  you?

3  A.  No.

4      (Video played.)

5  Q.  Now, at this point and I'm pausing at 1:46, did you see you

6  and your colleagues begin retreating down the Pennsylvania

7  walkway?

8  A.  Yes.  We headed back towards the Capitol building.

9  Q.  So you wouldn't have been at any vantage point where you

10  could see what was happening back at the barricades?

11  A.  That's correct.

12  Q.  No knowledge of who any of these individuals are?

13  A.  That's correct.

14  Q.  No knowledge of who this individual is holding a cell phone

15  and what, if anything, they're capturing in that video?

16  A.  No.

17  Q.  Government's Exhibit 308B is a video that the Government

18  asked you about yesterday.

19          MR. WOODWARD:  308B is not in evidence.

20          Government's Exhibit 309, I believe, is in evidence.

21  BY MR. WOODWARD:

22  Q.  At the bottom this video, if I can make this go away, it

23  says 1:55 p.m. eastern time.

24  A.  Yes, it does.

25  Q.  Any idea how that got there?

Lively - CROSS

1    A.   I do not.

2    Q.   Any independent knowledge of whether it, in fact, is

3    1:55 p.m. in the video?

4    A.   No.

5    Q.   On the top left is a Cop Watch logo?

6    A.   Yes.

7    Q.   Any idea what Cop Watch is?

8    A.   No.

9    Q.   Or why that might be in this video?

10   A.   No.

11   Q.   Any knowledge of where this video came from?

12   A.   No.

13   Q.   Do you recognize any of the individuals in this video?

14   A.   No.

15   Q.   Could you tell us whether -- for certain whether any of

16   those individuals were, in fact, present on January 6th?

17   A.   No.

18       (Video played.)

19   Q.   Now, I'd like to ask you, first of all, do you recognize --

20   I paused at marker 44 seconds of Government's 309.  Do you

21   recognize this officer here?

22   A.   Yes.  That I believe's Markell (ph) Jefferson.

23   Q.   Markell Jefferson?

24   A.   Yes.

25   Q.   Here we're looking at the bicycle barricade we've been

Lively - CROSS

1   talking about?

2   A.   Yes.

3   Q.   And that is wrapped in snow fencing?

4   A.   Yes.

5   Q.   And you also understood it to have been zip tied together

6   that day?

7   A.   Yeah, down by the base.

8   Q.   What is -- describe for us what is happening here.

9   A.   That is attached -- the snow fencing is attached to a

10  stanchion that is staked into the ground, and that is attached

11  to the bike rack.

12  Q.   For the uneducated about bike racks, it's attached to a

13  what?

14  A.   The green snow fencing is the plastic snow fencing.  Then

15  the metal green pole is what we call a stanchion, and that's

16  driven into the ground.

17  Q.   That's this metal green pole right here?

18  A.   Yes, sir.

19  Q.   So the snow fencing is attached to the stanchion?

20  A.   Yes.

21  Q.   That stanchion is attached to this bike rack over on the

22  left?

23  A.   I don't know if it's attached to that.

24       (Video played.)

25  Q.   Did you see how the video just jumped there a little bit?

Lively - CROSS

1   A.  Yes.

2   Q.  Any idea why that happens?

3   A.  No.

4   Q.  I'm pausing at marker one minute.  Do you recognize this

5   individual with the helmet here in the foreground?

6   A.  No.

7   Q.  Or the individual with the red hood to his right?

8   A.  No.

9   Q.  Okay.  Now I'm going to slow this down -- well, not yet

10  actually.

11      Would you agree there's roughly a hundred individuals here

12  in the crowd?

13  A.  At least.

14  Q.  Maybe 200?

15  A.  It could be.

16  Q.  Maybe 300?

17  A.  I don't know.  Yes, it could be.  I don't know.

18      (Video played.)

19  Q.  Now, did you see that individual -- I paused at 1:08.  Do

20  you see that individual in the blue jacket push against the

21  barricade there?

22  A.  Yes.

23  Q.  This officer wearing the blue mask, she was able to push

24  him back?

25  A.  Yes.

Lively - CROSS

```
 1        (Video played.)
 2   Q.   Now I'm going to pause it at minute marker 1:15.  And I'm
 3   going to play this at half speed.
 4        (Video played.)
 5   BY MR. WOODWARD:
 6   Q.   And I'm going to try to pause at 1:25.  But here, sir, you
 7   would agree that there are dozens of people pushing on the
 8   barricade right now, aren't there?
 9   A.   Yes.
10   Q.   We saw what happened when just one person pushed on that
11   barricade.  The officer pushed them back?
12   A.   Correct.
13   Q.   And, again, hundreds of people in this crowd here?
14   A.   Yes.
15   Q.   Many of them, including in the back, appear to be pushing?
16   A.   Yes.
17   Q.   And you would agree, sir, that the barricade appears to be
18   buckling all across the line?
19   A.   Yes.
20   Q.   Not because one person is pushing?
21   A.   No.  It's because multiple people are pushing.
22        (Video played.)
23   Q.   Now, sir, after you and your officers returned to the West
24   Terrace, another police line was formed, correct?
25   A.   Yes.
```

Lively - CROSS

1   Q.   And again, I'm going to play this at half speed and I'm

2   going to pause it at minute marker 2:53.  And I'm going to ask

3   you, sir, do you recognize the individual in the red hat?

4   A.   Yes.  That's the individual that was at Pennsylvania Avenue

5   walkway.

6   Q.   And the individual you've been asked to identify multiple

7   times?

8   A.   Yes.

9        (Video played.)

10  Q.   And do you recognize, as I play forward, the individual

11  with whom he is talking?

12  A.   Yes.  That's Officer Caroline Edwards.

13       (Video played.)

14  Q.   And I'm just going to ask for you to observe -- do you see

15  what he's doing there?

16  A.   He patted her shoulder.

17  Q.   To state the obvious -- well --

18       (Video played.)

19  Q.   And now he's walking away?

20  A.   Yes.

21  Q.   To state the obvious, he's not under arrest?

22  A.   No.

23       (Video played.)

24  Q.   Pausing again at 3:12 of Government's Exhibit 309.

25       So now I'd like to direct our attention to the activity

Lively - CROSS

1    from the Lower West Terrace, which you testified.  And so this

2    would be --

3          MR. WOODWARD:  I'd like to admit an additional portion

4    of Exhibit 311 under the rule of completeness.

5          Just me, please, Ms. Franklin.

6          DEPUTY CLERK:  I'm sorry?

7          MR. WOODWARD:  Can you take my screen down?

8          DEPUTY CLERK:  Hold on one second.

9    BY MR. WOODWARD:

10   Q.  Sergeant Lively, do you remember being asked about the

11   gentleman in the red hat on the Lower West Terrace?

12   A.  Yes.

13   Q.  And you were asked about what purported to depict his

14   holding a riot shield?

15   A.  Yes.

16   Q.  And you were asked about why that was significant.  Do you

17   recall all that testimony?

18   A.  Yes.

19   Q.  Now, just before that incident, sir, you're aware that a

20   gentleman in the crowd had been shot with either a paintball or

21   a rubber bullet or some projectile?

22   A.  I don't know what he was shot with, no.

23   Q.  You were aware that he was, in fact, shot?

24   A.  I was aware that he had a wound on his cheek.

25   Q.  You had no knowledge of where that wound could have come

Lively - CROSS

1  from?

2  A.   That's correct.

3          MR. MIRABELLI:  Mr. Woodward, 311 is completely in.

4          MR. WOODWARD:  The whole 311 is?

5          MR. MIRABELLI:  Yes.

6          MR. WOODWARD:  Well, sorry.  And with the Court's

7  indulgence, I believe that the 311 that you admitted into

8  evidence is not the same as the 311 that you initially provided

9  to us.  And so initially you provided us with 314, and then the

10 Government broke that into clips and only admitted portions of

11 314.

12         MR. MIRABELLI:  We have no objection to admitting that

13 entire video.

14         MR. WOODWARD:  I do not want to admit the entire

15 video.

16         THE COURT:  Okay.  Well, just identify the timestamps

17 that you're seeking to admit.

18         MR. WOODWARD:  So this would be a totally new video,

19 Your Honor.

20         THE COURT:  Okay.

21         MR. WOODWARD:  It is titled, "RMG News Long, Inside

22 the 2021 Storming," something, something.  And we'd be seeking

23 to -- which we will clip.  We won't -- roughly a minute of this

24 video that the Government had previously produced to us as an

25 exhibit.

Lively - CROSS

```
1              THE COURT:  Okay.  You need to give it a number.
2              MR. WOODWARD:  I think now it can be DS1 because I
3    never ended up admitting the exhibit from yesterday.
4              THE COURT:  So DS1.  And you'll identify the specific
5    timestamps or do you want it in in its entirety?
6              MR. WOODWARD:  It will be in its entirety.  I will
7    clip it so we're not having the Court having to figure out
8    where to start and stop.
9              THE COURT:  Any objection?
10             MR. MIRABELLI:  No objection.
11             THE COURT:  Any objection?
12             MS. ROSEN:  (Inaudible.)
13             THE COURT:  We can't hear you.
14             MS. ROSEN:  On the 913 exhibit list, what number was
15   it originally that you were referring to?
16             MR. WOODWARD:  314.
17             MS. ROSEN:  And you're playing what minutes?
18             MR. WOODWARD:  I'm playing roughly 12 minutes to
19   roughly 14 minutes.
20             MS. ROSEN:  I think we won't have an objection but my
21   notes may not be as copious as the entire --
22             THE COURT:  Okay.  If you determine you have an
23   objection, you can just make it at the time.
24             MS. ROSEN:  Thank you, Your Honor.
25             THE COURT:  All right.  It's admitted.
```

Lively - CROSS

1          (Defense Exhibit DS1 received in evidence.)

2              DEPUTY CLERK:  Mr. Woodward, is your DS1 a portion of

3      which Government's Exhibit?

4              MR. WOODWARD:  It's just totally separate.

5              DEPUTY CLERK:  Just wanted to make sure.

6              MR. WOODWARD:  Is the sound on on the system?

7              DEPUTY CLERK:  Are you ready for it?

8              MR. WOODWARD:  I'm ready when you are.

9          (Video played.)

10     BY MR. WOODWARD:

11     Q.  All right.  Sergeant Lively, thank you for your patience.

12     Yesterday you were asked to authenticate video depicting the

13     gentleman in the red hat.  I represent to you that this is the

14     scene immediately before that video.

15     A.  Okay.

16         (Video played.)

17             MR. WOODWARD:  I'm pausing -- well, this is going to

18     complicate things.  But I'm pausing at 13:36.

19     BY MR. WOODWARD:

20     Q.  Do you recognize the gentleman in the red hat?

21     A.  The red hat and the white sweatshirt?

22     Q.  Yes.

23     A.  Yes.

24         (Video played.)

25     Q.  And you would agree, sir, that he appears to be rendering

Lively - CROSS

1    assistance to this gentleman in the Army jacket?

2    A.   Yes.

3          MR. WOODWARD:   This is at marker 14:17.

4        (Video played.)

5    Q.   And you would agree here that the gentleman in the red hat

6    appears to separate the officer from the individual?

7    A.   Yes.

8          MR. WOODWARD:   The Court's brief indulgence.

9    BY MR. WOODWARD:

10   Q.   Sergeant Lively, yesterday I asked you about statements

11   that you had made, and I showed you that document to refresh

12   your recollection.  Actually, overnight, I learned that those

13   statements -- do you recall speaking with the FBI on or about

14   January 25th?

15   A.   I know I spoke with them.  I don't remember the date.

16   Q.   Does roughly January sound right to you?

17   A.   Sure.

18   Q.   No reason to disagree that you were speaking with them in

19   January of 2021?

20   A.   I don't believe so.

21   Q.   And sir, in fact, you told the FBI in that meeting that you

22   did not see any weapons at Peace Circle that day?

23   A.   That's correct, I did not.

24          MR. WOODWARD:   Thank you, Your Honor.  No further

25   questions.

Lively - CROSS

```
 1              THE COURT:  Okay.  Thank you.  Cross-examination for
 2   Mr. Grant.
 3                        CROSS-EXAMINATION
 4   BY MR. FEITEL:
 5   Q.  Good morning, Sergeant.
 6   A.  Good morning.
 7   Q.  Give me a second to connect up here.
 8        Sergeant Lively, you were injured during the events on
 9   January 6th, correct?
10   A.  I sustained some, yes.
11   Q.  Well, you say you sustained some.  You were subjected to
12   tear gas during the events, yes?
13   A.  Yes.
14   Q.  And then you later reported that you had been subjected to
15   something you thought was maybe bear spray or something much
16   more potent that regular tear gas, yes?
17   A.  That's correct.
18   Q.  And, in fact, as a result you said that you lost
19   consciousness, correct?
20   A.  I don't believe saying I lost consciousness.  I remember
21   saying I couldn't see.  I don't remember saying I lost
22   consciousness, sir.
23   Q.  Did there come a time when you either fell down or were
24   pushed down a flight of stairs, Sergeant.
25   A.  Yes, there was.
```

Lively - CROSS

1   Q.   Did you lose consciousness then?

2   A.   I don't remember if I was.  I crawled back up the stairs.

3   I can't tell you if I was knocked out for a brief second.

4   Q.   You didn't seek medical treatment for any of these

5   injuries, did you?

6   A.   No, I have not.

7   Q.   Have you had any symptoms since January 6th?

8   A.   Can you define what symptoms, sir?

9   Q.   Well, some of the obvious ones would be have you had

10  headache problems since?

11  A.   No, sir.

12  Q.   Have you had problems with vision?

13  A.   No, sir.

14  Q.   Have you sought medical treatment since January 6th for the

15  events that took place on that day?

16  A.   The only thing I sought medical treatment for was to ensure

17  that my lungs, after the inhalation of everything, that that

18  was fine.

19  Q.   Have you suffered any memory loss at all?

20  A.   No.

21  Q.   Are you sure?

22  A.   I'm pretty sure.

23  Q.   If you lost your memory, how would you know?

24  A.   I don't know, sir.

25  Q.   Sergeant Lively, you were unhappy with the state of

Lively - CROSS

1    preparations for the Capitol Police, correct?

2    A.   Yes.

3    Q.   After the events of January 6th, you filed what's kind of

4    referred to as an after-action report, yes?

5    A.   Yes.

6    Q.   You wrote that there was insufficient preparation?

7    A.   I believe I did, yes.

8    Q.   You complained that you had not been provided with what you

9    refer to as hard gear, correct?

10   A.   Yes.

11   Q.   Hard gear would be helmets and other apparatus to protect

12   you and your fellow officers, correct?

13   A.   Yes.

14   Q.   None were provided?

15   A.   We had them.  They were on a bus and we did not have time

16   to put them on.

17   Q.   And you felt that the reason you didn't have time was

18   because of poor communications from supervisory personnel at

19   the Capitol Police, correct?

20   A.   Yes.

21   Q.   Sergeant Lively, you were asked a lot of questions about

22   videos in this case.  I'm sure you remember them.

23   A.   Yes.

24   Q.   Before coming to court today, were you shown -- or before

25   coming to court yesterday, did you see the videos that were

Lively - CROSS

1    shown to you in court?

2    A.  Yes.

3    Q.  Do you remember about how many times you viewed them?

4    A.  A couple times.

5    Q.  For the uninitiated, how many --

6    A.  Two to three times, I would say.

7    Q.  When you first saw the videos did you recall immediately

8    the contents of each of them?

9    A.  After seeing it, yes.

10   Q.  After seeing it how many times?

11   A.  Two times, one time.

12   Q.  Independent of the videos that were shown to you in this

13   case, did you also see videos in connection with testimony in

14   other cases?

15   A.  Yes.

16   Q.  Do you remember how many different other videos you saw?

17   A.  I've been in a lot of meetings with U.S. attorneys with

18   different cases.  So I don't know.

19   Q.  When you saw videos in other cases, do you remember or do

20   you know whether they came from defendant's cell phones, for

21   example?

22   A.  I don't know where they came from.

23   Q.  Did you ever ask in any of the cases or was it ever

24   apparent to you where the video came from in other cases?

25   A.  I knew that some were Capitol Police's CCTV, just because

Lively - CROSS

1    of viewing it, but other ones were just shown to me.

2    Q.  You understand that with Capitol Police CCTV there is, as

3    lawyers would say, some indicia of reliability because it's

4    made by law enforcement in the course of their duties, correct?

5    A.  Yes.

6    Q.  But for other videos, you would have no idea where they

7    came from, correct?

8    A.  That's correct.

9    Q.  That's the case in this particular prosecution, right?

10   A.  Yes.

11   Q.  You don't know who made these videos?

12   A.  I do not.

13   Q.  You don't now how many people made them?

14   A.  I don't.

15   Q.  For all you know, one person made them and put different

16   captions on them, correct?

17   A.  They could have.

18   Q.  Do you know how the prosecutors found them?

19   A.  I don't.

20   Q.  Did you ever ask?

21   A.  No.

22   Q.  You don't know whether they had been manipulated before

23   they were obtained by the Government, do you?

24   A.  I don't.

25   Q.  Let me say, in the course of your duties are you aware that

Lively - CROSS

1   there are matters and means in the current technology -- state

2   of technology to what they call deep fake or manipulated

3   videos?

4   A.  I've heard about it.  I'm not an expert on that.

5   Q.  That would be two of us.  But you understand that people

6   have the capacity to do that, correct?

7   A.  Yes.

8   Q.  And you don't know whether that happened in this case?

9   A.  I don't.

10  Q.  Independent of the videos that you were shown by the

11  government prosecutors in this case, did you look online

12  yourself for any videos about these events?

13  A.  I had some sent to me early on.  But I don't relive those

14  days.

15  Q.  When you say you had some sent to you, what does that mean?

16  A.  I got a clip from a -- a family member sent me a clip from

17  a news site.

18  Q.  Did it involve the events in this particular case?

19  A.  It did not.

20  Q.  Did anyone else graciously send you videos that involved

21  this particular case?

22  A.  No.  They were told that they were not welcome to send

23  those.

24  Q.  Just to be sure that my question was answered, did you look

25  yourself to see -- for videos for the events that took place at

Lively - CROSS

1    the Peace Circle?

2    A.   No, I did not.

3    Q.   Have you spoken to any of the other officers who might be

4    potential witnesses in this case?

5    A.   About the case?

6    Q.   Yes, sir.

7    A.   No, I did not.

8    Q.   That would include Officer Cruz?

9    A.   That's correct.

10   Q.   And Officer Edwards?

11   A.   That's correct.

12   Q.   And anyone else who was at the line that day?

13   A.   Yes.

14   Q.   You were asked some questions by my colleague right before

15   I stood up here about the contents of different videos that

16   were introduced into evidence, and surely you remember the

17   thrust of those questions?

18   A.   Yes.

19   Q.   You were asked whether you recognize any particular person

20   in a video?

21   A.   Yes.

22   Q.   And your answer for almost every single person was you

23   didn't recognize the person, correct?

24   A.   That's correct.

25   Q.   And you didn't recognize the events of independent memory?

Lively - CROSS

1    A.  Correct.

2    Q.  When you were on direct examination, the Government asked

3    you whether the videos were fair and accurate.  Do you remember

4    that question?

5    A.  I do.

6    Q.  The lawyers ask it a lot about evidence.  Maybe you've been

7    asked before.  But my question to you is:  What does it mean to

8    you when you testify under oath that a video is accurate?

9    A.  Seeing myself in it and the recollection of myself that

10   day, knowing that that was accurate because of myself being in

11   it, and the different landmarks, the inauguration stage, the

12   scaffolding, the media tower.

13   Q.  So with respect to videos where you see yourself, you

14   recall that that's where you are and that's what happened,

15   correct?

16   A.  Yes.

17   Q.  But with respect to videos in which you were not present

18   and which you had no vantage point, how in the world would you

19   know to testify that they were accurate?

20   A.  Because of the location of the video, knowing where I've

21   worked for 15 years and the layout of the Capitol grounds.

22   Q.  So because of your knowledge of the grounds of the Capitol,

23   you can say that the physical objects in the video are

24   accurate, correct?

25   A.  Yes.

Lively - CROSS

1   Q.  Like the steps?

2   A.  Yes.

3   Q.  And the scaffolding, yes?

4   A.  Yes.

5   Q.  The temporary scaffolding?

6   A.  Yes.

7   Q.  And the location of other physical objects in the terrain

8   of the Capitol, correct?

9   A.  Yes.

10  Q.  But how would you know that the people in the video and the

11  video of individuals is accurate?

12  A.  I'm basing it off of the physical locations and those

13  people being in the area of those physical locations.

14  Q.  Would that be like conjecture?

15  A.  Can you define that for me, sir?

16  Q.  Yeah.  A guess.

17  A.  Seeing what the buildings are it makes me think that that

18  was a fair and accurate representation.  But I cannot place

19  that person there.

20  Q.  So you actually have no way of knowing, other than what you

21  say is the terrain on the videos, correct?

22  A.  Correct.

23  Q.  I just want to confirm with you, early on in the case you

24  were interviewed by the FBI.  You told them that there were no

25  weapons present, correct?

Lively - CROSS

1    A.  I did not see any.

2    Q.  Do you remember being asked about the events at the Peace

3    Circle on direct examination?

4    A.  Yes.

5    Q.  And you were asked whether any person stuck out in your

6    mind?

7    A.  Yes.

8    Q.  Do you remember being asked by the Government whether a

9    person wearing all black with a black-and-white mask stuck out

10   in your mind?

11   A.  I do.

12   Q.  Do you remember telling the Government, did not stick out

13   in your mind at all?

14   A.  Yes.

15   Q.  And would that be because the person didn't pose any

16   particular threat, you had no reason to take particular notice

17   of them?

18   A.  I think my focus was on the individual with the red hat and

19   the jean jacket.

20   Q.  Now, on January 6th at the Peace Circle, Sergeant Lively,

21   you and your officers took up what would be called a defensive

22   position; is that right?

23   A.  Yes.

24   Q.  So you and the officers did not have weapons out, did you?

25   A.  No.

Lively - CROSS

1   Q.  You had weapons on you, yes?

2   A.  Yes.

3   Q.  The U.S. Capitol Police has a use-of-force policy, doesn't

4   it?

5   A.  They do.

6   Q.  And is the first aspect of the use-of-force policy to try

7   to diffuse the situation?

8   A.  It depends on the circumstance of what you're presented.

9   You can't always try to diffuse something, depending on what

10  the situation is.

11  Q.  Surely so.  But my question was:  Is it the policy of the

12  Capitol Police, with respect to the use of force, to try to

13  diffuse the situation in the first instance?

14  A.  If it's possible.

15  Q.  And in this case, you did not take out batons, did you?

16  A.  No, we did not.

17  Q.  And your colleagues did not either?

18  A.  I don't believe they did.

19  Q.  When you say they don't believe that they did, did you see

20  them take out batons?

21  A.  Not of those five, no.

22  Q.  So the answer to my question is, no, my colleagues didn't

23  take out batons?

24  A.  Okay.  No, none of those five took out batons.

25  Q.  In the moment that we're talking about at the Peace Circle?

Lively - CROSS

1    A.   Correct.

2    Q.   With respect to the bike racks?

3    A.   Yes.

4    Q.   Do you see the ones here in court today?

5    A.   I do.

6    Q.   Do they look like the ones that were out there on

7    January 6th?

8    A.   Minus the green snow fencing, yes.

9    Q.   Do you know whether these are the same sort of make and

10   model of the fences?

11   A.   I couldn't tell you.  They appear to be but I don't know.

12   I know there are different variations.

13   Q.   The bike racks hinge together, this sort of hook-and-eye

14   apparatus between them, yes?

15   A.   Yes.

16   Q.   And you watched the videos of what happens when the

17   barriers -- when the bike racks are pushed against, yes?

18   A.   Yes.

19   Q.   And you see that the bike racks fold, correct?

20   A.   They buckle, yes.

21   Q.   They buckle.  Inwards and outwards, yes?

22   A.   Yes.

23   Q.   And on January 6th, there were a lot of people at the Peace

24   Circle, yes?

25   A.   Yes, there were.

1  Q.  And a lot of them were pushing up against the bike racks,

2  correct?

3  A.  Yes.

4  Q.  I'll show you a piece of video.  It's going to be

5  Government's Exhibit 331 at 1:26.

6       MR. FEITEL:  Okay, that doesn't seem to be

7  broadcasting, does it?

8       (Off the record discussion between Mr. Feitel and

9  Mr. Woodward.)

10      MR. MIRABELLI:  Do you want us to bring it up?

11      MR. FEITEL:  That would be great.  If you would bring

12  up 331, even better.  And play it from 1:26 to 1:57.

13    (Video played.)

14  BY MR. FEITEL:

15  Q.  So Sergeant Lively, you see the person in the green and

16  black sort of woolen jacket with a black beanie?

17  A.  Yes.

18  Q.  What does he appear to be doing in this video?

19  A.  Using his body to push the bike racks back towards us.

20  Q.  Does it look to you that he's also picking them up?

21  A.  It appears to be.  Yes, they're above his head now.

22  Q.  Does it look to you that the person immediately to his

23  right is also doing the same?

24  A.  Yes.

25  Q.  And these people are at the far left of the line of bike

Lively - CROSS

1    racks, yes?

2    A.   Yeah, they're over to the left, yes.

3    Q.   And so in addition to everyone else that's been identified

4    or that you've seen video, there are some people who are

5    actively lifting these bike racks up and pushing them back,

6    yeah?

7    A.   Yes.

8    Q.   So in one of your statements that was made on January 8th,

9    you told -- excuse me, you wrote in your use-of-force report

10   that the protesters then grabbed the bike racks and attempted

11   to crush us with them.  At which time, I began to strike at

12   their arms with my fists to attempt to stop them.

13       Do you remember making that statement in the use-of-force

14   report?

15   A.   Yes.  Was it this specific instance or was it up on the

16   Lower West Terrace as well?  Because I know at that point there

17   was individuals there as well with the bike racks we had.

18   Q.   In the use-of-force statement it says that this is what

19   happened at the Peace Circle.

20   A.   Okay.

21   Q.   So you've seen a lot of this video, yes?

22   A.   Right.

23   Q.   Do you see any video of yourself punching anybody in the

24   arms?

25   A.   I did not.  So I might have been mistaken and used the

Lively - CROSS

```
 1    memory from later in the day.  It was a very long day of bike

 2    racks and getting hit.

 3    Q.  So you fairly admit that you could have been mistaken?

 4    A.  I could have been mistaken, yes.

 5    Q.  I'd like to take you and look at another small piece of

 6    video.  It is Government's Exhibit 332 at 46 seconds.

 7           MR. FEITEL:  Oh, I'm sorry.  I was going to say if you

 8    just play it at 46 seconds, and I'll tell you when to stop.

 9       (Video played.)

10           MR. FEITEL:  You can stop it now.  Thank you so much.

11    BY MR. FEITEL:

12    Q.  Sergeant Lively, do you see this officer over here?

13    A.  Yes.

14    Q.  You saw him come from the far right-hand side of the

15    perspective of the person whoever it was taking this video and

16    come down the steps, yes?

17    A.  Yes.

18    Q.  Who is this officer?

19    A.  Officer Shawn Lowman (ph).

20    Q.  Do you know what he does next?

21    A.  He throws a punch.

22           MR. FEITEL:  Let's play the rest of the -- let me

23    see -- how do you erase this off -- that did not work.  I'm not

24    touching anything.

25           If we could just play the video for another couple of
```

Lively - CROSS

```
1    seconds.
2         (Video played.)
3            MR. FEITEL:  If you could stop it.
4    BY MR. FEITEL:
5    Q.  Let me ask, did you say it was Officer Lowman?
6    A.  Yes.
7    Q.  How is him punching somebody in the face an effort to
8    deescalate this?
9    A.  At that point, Officer Cruz was being attacked.  So he was
10   trying to drive off the attackers.
11   Q.  Did it look to you that the person he punched in the face
12   was the person attacking the officer?
13   A.  I don't know.  I didn't pay attention to that one specific
14   thing.
15   Q.  Did anything happen?  Was Officer Lowman -- do you know,
16   did he self-report this matter?
17   A.  I don't know.
18   Q.  Would he have been obliged to?
19   A.  Yes.
20            MR. FEITEL:  Your Honor, I have another piece of video
21   that I want to play that shows these events.  Let me see if I
22   can manage to do that.
23            THE COURT:  Okay.
24            MR. FEITEL:  I appreciate Your Honor's patience.  It's
25   not for lack of trying or preparation, I fairly say.
```

Lively - CROSS

1              Your Honor, this is an exhibit that was produced by

2     the Government.  It was marked 089BWF337628 followed by a

3     string of larger numbers, if Your Honor can believe it.  It was

4     produced during one of the rounds of discovery in this case.

5              And I'm going to play it, assuming the Government

6     doesn't have it up, at moment 2:34.  Let me see if I can get it

7     up on the screen.

8              THE COURT:  Can you give it a defense number?

9              MR. FEITEL:  I'll name it Defense Exhibit Grant 1.

10             THE COURT:  DG1.

11             MR. FEITEL:  I'm going to follow Mr. Woodward's

12    advice.  That did not work.

13             This is so nice.  Someone's offering to help the older

14    person in court.

15         (Pause in the proceedings.)

16             MR. FEITEL:  So, Your Honor, this would be Grant

17    Defense Exhibit 1 at 2:34.

18             THE COURT:  Are you moving to admit it or are you just

19    showing Sergeant Lively --

20             MR. FEITEL:  I'm going to move to admit it.

21             THE COURT:  Any objection from the Government?

22             MR. MIRABELLI:  No objection, Your Honor.

23             THE COURT:  Any objection from any defense counsel?

24    Hearing none, it's admitted.

25         (Defense Exhibit DG1 received in evidence.)

Lively - CROSS

```
1              MR. FEITEL:  Thank you, Your Honor.
2         (Video played.)
3    BY MR. FEITEL:
4    Q.  Sergeant Lively, do you see yourself in the video?
5    A.  Yes.
6    Q.  It looks like you're tussling with someone; you're trying
7    to pull him back, yes?
8    A.  Yes.
9    Q.  And then this person, I'm really tempted not to touch
10   anything -- the person right in front seems to be trying to
11   pull that person away from you, yes?
12   A.  Correct.
13   Q.  Let's play the rest of the video.
14        (Video played.)
15   Q.  So that's the officer that we were discussing before, yes?
16   A.  Yes.
17   Q.  In the vernacular, it looks like he really wails on the
18   person that he hits, yes?
19   A.  He threw one punch, yes.
20   Q.  He seems a pretty big guy.  Do you know how big he is?
21   A.  I don't.
22   Q.  It was a punch that was delivered with considerable force,
23   correct?
24   A.  It looks like he threw his weight behind it.
25   Q.  This officer wasn't involved in the events at the bike
```

Lively - CROSS

1   rack, was he?

2   A.   No.   He came down after.

3   Q.   Would it be an apt descriptor that he came flying down the

4   steps?

5   A.   He ran down the steps, yes.

6   Q.   It looked like he was going pretty fast, yes?

7   A.   Okay.

8   Q.   You don't have to agree with me.

9   A.   Yeah, he ran down the steps.

10  Q.   Pretty fast?

11  A.   Yes.

12  Q.   And he looked like he was going to throw yet another punch

13  in the video, correct?

14  A.   Yes.

15  Q.   And none of that was directed at the person that you were

16  tussling with, was he?

17  A.   No.

18  Q.   It seems kind of gratuitous in retrospect, yes?

19  A.   Well, the individual was attempting to help the person

20  who's attacking Officer Cruz.

21  Q.   Just a second ago you said that it looked like the person

22  was trying to pull someone off of you and Officer Cruz, yes?

23  A.   We were trying to gain control of that individual and he

24  was trying to take that individual away from us.   He was

25  interfering with a police officer.

Lively - CROSS

1    Q.  You were trying to arrest that person, were you?

2    A.  I have no idea what the plan was.  I was just trying to get

3    him off of Officer Cruz.

4    Q.  As to, I have no idea what the plan was, I'll end

5    cross-examination.

6             MR. FEITEL:  I just want to consult with my co-counsel

7    for one second, Your Honor.

8             I thought someone was going to offer useful advice.

9    I'm done.

10            Thank you very much, Sergeant.

11            THE COURT:  Okay.  Cross-examination for Mr. Johnson.

12            Actually, Ms. Rosen we're going to take our

13   mid-morning break at 11:30.  Do you want to start and we can

14   resume then or we can take the break now.  You tell me what you

15   want.

16            MS. ROSEN:  I have no preference.

17            THE COURT:  We're fine to get started then and we'll

18   take our break at 11:30 as usual.

19                         CROSS-EXAMINATION

20   BY MS. ROSEN:

21   Q.  Good morning, Sergeant Lively.

22   A.  Good morning.

23   Q.  I want to begin with Peace Circle.

24   A.  Yes, ma'am.

25   Q.  That's a path that people walk up?

Lively - CROSS

1   A.  Yes, it is.

2   Q.  And it's normally open to the public?

3   A.  Yes.

4   Q.  When the grounds are open?

5   A.  Yes.

6   Q.  Okay.

7          MS. ROSEN:  Now, if we could go back to 3:31.  And I

8   believe it was minute 1:47 -- 1:50, I'm sorry.  That's perfect

9   where you are.  If we could play it for a second.

10       (Video played.)

11  BY MS. ROSEN:

12  Q.  You were shown this video during cross-examination?

13  A.  Yes.

14  Q.  You obviously recognize this as the bike racks.

15         MS. ROSEN:  And if we could pause it right there.

16  BY MS. ROSEN:

17  Q.  As the bike racks being pushed at Peace Circle?

18  A.  Yes.  At Pennsylvania Avenue walkway, yes.

19  Q.  I'm sorry, could you repeat that?

20  A.  Yeah, it's at the Pennsylvania Avenue walkway.

21  Q.  Correct.  After you and the officers had come down to man

22  the bike rack?

23  A.  Correct.

24  Q.  You would agree with me that in this clip, protesters are

25  pushing the fence back?

Lively - CROSS

1   A.  Yes.

2   Q.  And as they're pushing the fence back, we see the fence go

3   back at an angle?

4   A.  Yes.

5   Q.  And let me make sure I say this right.  The angle closest

6   to you is pointing in and the angle farthest from you is

7   pointing out, in closer to your body?

8        Should I rephrase that?

9   A.  Yes, please, sorry.

10  Q.  It sounded confusing as I said it.

11          MS. ROSEN:  Can we go back and play the clip again.

12      (Video played.)

13          MS. ROSEN:  So if we could pause it.

14  BY MS. ROSEN:

15  Q.  When the bike racks start, they're flush against the

16  sidewalk?

17  A.  Correct.

18  Q.  Meaning they're straight across?

19  A.  Yes.

20  Q.  As the protesters begin to push the bike rack, they no

21  longer become flush?

22  A.  Right.

23  Q.  In fact, they push at this point in towards the left?

24  Would you like to see the clip to verify?

25  A.  Yeah, sure.

Lively - CROSS

1              MS. ROSEN:  If we could play the clip now.

2         (Video played.)

3              MS. ROSEN:  Pause.

4    BY MS. ROSEN:

5    Q.  And would you agree with me, as they push the bike racks

6    they push in towards the left?

7    A.  I'm sorry, what are --

8    Q.  Your left as if you were facing the bike racks or my right

9    on the screen.

10   A.  I mean, they're just getting pushed back into me.

11   Q.  But they're not flush anymore, are they?

12   A.  No.

13   Q.  They're at an angle?

14   A.  Yes.

15   Q.  When something's at an angle, one side sticks in front of

16   the other?

17   A.  Correct.

18   Q.  You would agree that the side that sticks in front of the

19   other is the side closest to you?

20   A.  In that moment, the bike rack that's in front of me is the

21   only one that's hit me.  So I can't really talk about the other

22   ones and what angles they are.

23   Q.  Let's go back to the video again and play it one more time.

24   A.  Okay.

25        (Video played.)

Lively - CROSS

```
1              MS. ROSEN:  Pause right there.
2    BY MS. ROSEN:
3    Q.  You're towards the center of the screen, correct?
4    A.  Yes.
5    Q.  And other officers are towards the left?
6    A.  Yes.
7    Q.  And the fence is being raised towards the middle where you
8    are, correct?
9    A.  Yes.
10   Q.  Okay.  Thank you.
11             MS. ROSEN:  Now, if we could go to Government's
12   Exhibit 309.  And if we could go to about second 44.
13             And we can play it.  Thank you.
14      (Video played.)
15             MS. ROSEN:  If we could pause it.
16   BY MS. ROSEN:
17   Q.  That's you, Sergeant Lively, in the back?
18   A.  Yes, it is.
19   Q.  And right next to you to the left on my screen we see the
20   man in the plaid shirt who we had seen in the previous exhibit
21   pushing against the fence, correct?
22   A.  Yes.
23   Q.  If we could play it now.
24      (Video played.)
25             MS. ROSEN:  If we can pause for a second.
```

Lively - CROSS

```
 1   BY MS. ROSEN:

 2   Q.  We see that man in the green shirt next to, I believe,

 3   Officer Roth, correct?

 4   A.  Yes.

 5   Q.  Thank you.  And you're right next to her?

 6   A.  Yes.

 7   Q.  Thank you.

 8          MS. ROSEN:  If we could play again.  That was minute

 9   1:03.

10      (Video played.)

11          MS. ROSEN:  If we could pause it.

12   BY MS. ROSEN:

13   Q.  As you spoke to Mr. Woodward about on cross-examination,

14   there's a mass of people here?

15   A.  Yes.

16   Q.  And they're all pushing at once?

17   A.  Yes.

18          MS. ROSEN:  If we can continue to play the video.

19      (Video played.)

20          MS. ROSEN:  Pause.

21   BY MS. ROSEN:

22   Q.  Now, you see in this clip that the center of the fence is

23   raised, correct?

24   A.  Yes.

25   Q.  And if you look to the left-hand side of the clip, there's
```

Lively - CROSS

1   a slope going down?

2   A.   Yes.

3   Q.   Thank you.

4          MS. ROSEN:   If we could continue to play the clip.

5      (Video played.)

6          MS. ROSEN:   Pause.   I'm sorry, if we can go back a

7   little bit.   If we have the ability to go back screen by

8   screen?   No.

9          (Video played.)

10          MS. ROSEN:   Pause.

11  BY MS. ROSEN:

12  Q.   Okay.   Now, do you see yourself in this clip?

13  A.   Yes.

14  Q.   We're at minute 26 now on the clip?

15  A.   Yes.

16  Q.   And you see a man in fatigues with a hat, correct?

17  A.   Yes.

18  Q.   And next to him you see a man with a sweatshirt, correct, a

19  black sweatshirt?

20  A.   Yes.

21  Q.   You see a person behind them wearing a blue sweatshirt?

22  A.   Yes.

23  Q.   That person has their hands on both of those mens' backs?

24  A.   Yes.

25  Q.   In fact, you can see him physically gripping the black

Lively - CROSS

1   sweatshirt of the man in front of him?

2   A.  Yes.

3   Q.  Okay.  Thank you.

4          MS. ROSEN:  If we could now pull up Government's

5   Exhibit 310.  And just play it until we reach the 10-second

6   mark.

7       (Video played.)

8   BY MS. ROSEN:

9   Q.  So Sergeant Lively, do you recognize the scene?

10  A.  Yes.

11  Q.  And that is correct, right, a vantage point of the bike

12  rack fence being pushed?

13  A.  Correct.

14  Q.  And when facing the Capitol, the fence is being pushed to

15  the left?  Sorry.  I know -- if we're looking at this video

16  straight on, the Capitol is behind us, we see the fence go to

17  the left?

18  A.  Right.  The right side is going -- is getting pushed first

19  up.

20  Q.  Would it be better if I talked about your right and left as

21  you're --

22  A.  Sure.

23  Q.  Okay.

24         MS. ROSEN:  Could we play the video one more time.

25      (Video played.)

Lively - CROSS

```
1              MS. ROSEN:  We can pause it.  Thank you.
2    BY MS. ROSEN:
3    Q.  Now, where you stood that day facing the fence, the fence
4    was pushed to your right?
5    A.  No.  So if I'm facing the fence, the left side -- the left
6    side gets pushed further to the stairs than the right side.
7              MS. ROSEN:  Let's pull up Government's Exhibit 302.
8    And if we could play to 23 seconds.
9         (Video played.)
10             MS. ROSEN:  Let's pause right here, actually, at
11   15 seconds.
12   BY MS. ROSEN:
13   Q.  This is you, Sergeant Lively, correct?
14   A.  Yeah, I'm in the background.
15   Q.  In the back between Officer Roth and Officer Cruz?
16   A.  Yes.
17             MS. ROSEN:  Okay.  If we can keep playing.
18        (Video played.)
19   BY MS. ROSEN:
20   Q.  Okay.  So at this point you approach the line, correct?
21   A.  Yes.
22   Q.  You take up a position between Officer Cruz and Officer
23   Roth?
24   A.  Yes.
25             MS. ROSEN:  Keep playing.
```

```
 1        (Video played.)
 2             MS. ROSEN:  Pause for one second.
 3   BY MS. ROSEN:
 4   Q.  So at this point the fence starts to be pushed back and
 5   forth, correct?
 6   A.  Yeah, people are grabbing onto it, yes.
 7   Q.  And that's at minute second 33 of this clip, correct?
 8   A.  I don't have a thing that tells me what --
 9   Q.  You don't see the timestamp?
10   A.  The timestamp, no.
11             MS. ROSEN:  I apologize.  For the record, it's second
12   33 of the clip.
13             If we could keep playing, please.
14        (Video played.)
15             MS. ROSEN:  Pause.
16   BY MS. ROSEN:
17   Q.  At this point, is it fair to say that you're standing
18   between the two stairs that have the green fencing between
19   them?
20   A.  I'm standing between the two stairs?
21   Q.  So if we look at the photo, the picture that's on the
22   screen right now, it's a set of stairs, correct?
23   A.  Yes.
24   Q.  There's three separate walkways as defined by barriers,
25   correct?
```

Lively - CROSS

1    A.  Yes.

2    Q.  And one of the barriers has the green snow fencing in front

3    of it?

4    A.  That I'm standing in front of?

5    Q.  Correct.

6    A.  Yes.

7    Q.  Okay.  We agree.

8            MS. ROSEN:  We can keep playing.

9            THE COURT:  Ms. Rosen, let us know when you get to a

10   good stopping point.

11           MS. ROSEN:  I can pause right here.

12           THE COURT:  Let's take our mid-morning break,

13   ten minutes.  We'll be back at 11:41.

14           Sergeant, I have to remind you not to discuss your

15   testimony.  Thank you.

16      (A recess was taken at 11:32 AM)

17           THE COURT:  Okay.  Are we ready?

18           MS. ROSEN:  Yes, Your Honor.

19           THE COURT:  Whenever you're ready.

20           MS. ROSEN:  If we could continue playing the video.

21      (Video played.)

22           MS. ROSEN:  Pause right there.

23   BY MS. ROSEN:

24   Q.  Obviously, you recognize this photo, correct?

25   A.  Yes.

Lively - CROSS

1    Q.   And that is you, Sergeant Lively, kind of ducking down

2    behind the "area closed" sign?

3    A.   Yeah, the fence is over me, yes.

4    Q.   You're right next to Officer Cruz?

5    A.   Yes.

6    Q.   And Officer Cruz is actually standing at a break in the

7    bike fences?

8    A.   Yes.

9    Q.   At this point, the protesters are pushing the fence towards

10   you?

11   A.   Yes.

12   Q.   And you guys are holding the fence up, correct?

13   A.   Attempting to push it back.

14   Q.   You're attempting to push it back.  Thank you.

15   A.   Yes.

16   Q.   And they're pushing you-all towards the stairs?

17   A.   Correct.

18   Q.   And the fence right next to Officer Cruz, it is raised --

19   it's inclined towards Officer Cruz, correct?

20   A.   The one that is on the right of the screen or the left of

21   the screen?

22   Q.   The right of the screen.  Thank you for the clarification.

23   A.   It is inclined towards his head, correct.

24   Q.   Towards Officer Cruz?

25   A.   Yes.

1           MS. ROSEN:  If we could play a little bit longer,

2    Mr. Moran.

3           (Video played.)

4    BY MS. ROSEN:

5    Q.  As you watched that clip, you were pushed back towards the

6    left -- I'm sorry, the left on the screen, your physical right,

7    correct?

8    A.  Correct.

9    Q.  Okay.  Thank you.  So the force --

10          MS. ROSEN:  We can pause it.

11   BY MS. ROSEN:

12   Q.  The force of the fence was pushing you towards the left --

13   I'm sorry, towards the left on the screen, your right that day?

14   A.  Yes.

15   Q.  Thank you.

16          MS. ROSEN:  If we could go back to the beginning of

17   302.

18          (Video played.)

19          MS. ROSEN:  Just pause it right here.

20   BY MS. ROSEN:

21   Q.  You spoke about this image on direct examination, correct?

22   A.  Yes.

23   Q.  And you pointed yourself out in the corner, I guess, to the

24   right-hand side of the bike rack barricade, correct?

25   A.  It would be like the upper part of the screenshot right

1    now.

2    Q.  And this is when protesters were first approaching the

3    manned bike rack barricade, correct?

4    A.  Correct.

5    Q.  And in the left foreground you see two men walking towards

6    the barricade?

7    A.  Yes.

8    Q.  One in a jean jacket and one wearing all black?

9    A.  Yes.

10   Q.  And then you see a number of other people in the foreground

11   walking to the bike rack barricade?

12   A.  Yes.

13   Q.  Do you see any of them wearing a Harley Davidson

14   sweatshirt?

15   A.  Not that I can see in this video, no.

16   Q.  About how many people do you see in this shot?

17   A.  About nine.  Eight to nine if you count the left hand.

18   Q.  In the total shot.  So we see two people at the forefront,

19   correct?

20   A.  Oh, yes.  So it's 11.

21   Q.  Eleven.  Thank you.

22       So you spoke on direct examination and then again on

23   cross-examination about an altercation that took place with

24   protesters after the line was breached, correct?

25   A.  After this line or the --

Lively - CROSS

1    Q.  I'm sorry, yes, this line.

2    A.  Yes.

3    Q.  And it involved two persons?

4    A.  I'm sorry, are we talking about after the --

5    Q.  I can just pull up the exhibit.

6    A.  Thank you.

7            MS. ROSEN:  If we could go to 302, 1:07.

8            (Video played.)

9    BY MS. ROSEN:

10   Q.  And this is the altercation I'm asking you about.  Do you

11   recall testifying about this?

12   A.  Yes.

13   Q.  And it involved the two people in black we see on the

14   screen, correct?

15   A.  Correct.

16   Q.  And no one else?

17   A.  Correct.

18   Q.  You've already testified in both direct and

19   cross-examination that your memory is foggy about this whole

20   day?

21   A.  Yes.

22   Q.  And obviously, it took place over three years ago, correct?

23   A.  Oh, yes, I'm sorry.  Yes, it did.

24   Q.  And you've been a witness in a number of Government cases?

25   A.  Yes.

Lively - CROSS

1   Q.   And obviously to prepare for those cases, you meet with

2   prosecutors?

3   A.   Yes.

4   Q.   And federal agents?

5   A.   Yes.

6   Q.   And during those meetings you're shown clips of videos?

7   A.   Yes.

8   Q.   Similar to what we've seen in court today?

9   A.   Yes.

10  Q.   We've discussed a number of the different categories of

11  videos you've seen?

12  A.   Yes.

13  Q.   You've seen MPD videos?

14  A.   Yes.

15  Q.   And those are body-worn cam?

16  A.   Correct.

17  Q.   You've seen CCTV footage that actually the Capitol Police

18  oversees?

19  A.   Yes.

20  Q.   And you've also seen a number of videos from unknown

21  sources?

22  A.   Correct.

23  Q.   And we spent a lot of time yesterday on direct examination

24  talking about how you could recognize those videos?

25  A.   Right.

Lively - CROSS

1    Q.   I think there was one category of videos where you were

2    physically present in the shot?

3    A.   Yes.

4    Q.   Beyond being physically present in the shot, you were

5    physically present at the scene?

6    A.   Yes.

7    Q.   And for those videos where you were present at the scene,

8    although you couldn't remember every person in the video, you

9    had a general idea of chain of events?

10   A.   Yes.

11   Q.   For instance, like Government's Exhibit 302, you have a

12   general idea of what happened because you were, in fact, there?

13   A.   Yes.

14   Q.   Then there's a second category of videos where you might be

15   seen in a corner, correct?

16   A.   Yes.

17   Q.   Do you remember looking at those videos yesterday?

18   A.   Yes.

19   Q.   But those videos, you couldn't physically see everything

20   that was happening in them?

21   A.   Yes.

22   Q.   And you identified structures or other elements that made

23   you think that was, in fact, January 6th?

24   A.   Yes.

25   Q.   Now, the videos where you couldn't see what was happening,

Lively - CROSS

1   you also couldn't hear what was happening?

2   A.   Correct.

3   Q.   And you've have no way to authenticate that the sounds on

4   the video were the sounds present that day?

5   A.   Correct.

6   Q.   And you would have no way to know that anything said on the

7   video matched the scene on the video?

8   A.   That's correct.

9   Q.   Do you recall going over with Counsel Woodward last night

10  an interview you did on January 25th of 2021?

11  A.   Yes.

12  Q.   And that was obviously very close in time to January 6th?

13  A.   Yes.

14  Q.   When we would expect the events to be most fresh in your

15  mind?

16  A.   Yes.

17  Q.   And during that interview you were specifically asked, in

18  regards to Peace Circle, was a weapon/object used?

19  A.   Correct.

20  Q.   And you said, no?

21  A.   Correct.

22          MS. ROSEN:   The Court's indulgence.

23          No further questions, Your Honor.

24          THE COURT:   Thank you.   Cross-examination for

25  Mr. Randolph.

Lively - CROSS

| | |
|---|---|
| 1 | CROSS-EXAMINATION |
| 2 | MS. HALIM:  If I could just have one moment to set up, |
| 3 | Your Honor. |
| 4 | May I proceed, Your Honor? |
| 5 | THE COURT:  Yes.  Whenever you're ready. |
| 6 | MS. HALIM:  Thank you. |
| 7 | BY MS. HALIM: |
| 8 | Q.  Sergeant Lively, good morning. |
| 9 | A.  Good morning. |
| 10 | Q.  I believe when Ms. Rosen was asking you some questions you |
| 11 | acknowledged that your memory is foggy from that day, correct? |
| 12 | A.  Yes. |
| 13 | Q.  And you've acknowledged that from almost the beginning? |
| 14 | A.  Yes. |
| 15 | Q.  As early as February of 2021, you acknowledged that your |
| 16 | recollection of that day's events is foggy, right? |
| 17 | A.  Yes. |
| 18 | Q.  When you were on direct examination yesterday, speaking |
| 19 | with the Government, they asked you to estimate the weight of |
| 20 | each of these bicycle racks? |
| 21 | A.  Yes. |
| 22 | Q.  Do you recall that? |
| 23 | And your answer yesterday on direct examination was that |
| 24 | you estimated each rack as between 25 and 30 pounds, correct? |
| 25 | A.  I think that's a good guess. |

Lively - CROSS

1    Q.  When you met with the Government previously, however, your
2    estimate for the weight of each one of those racks was about
3    20 pounds.  Do you remember that?
4    A.  I don't remember saying that, no.
5    Q.  So when Mr. Woodward was asking you some questions
6    yesterday, he asked you about a prep session that you had with
7    the Government.  Do you recall that?
8    A.  Yes.
9    Q.  I'm not talking about the one from last week.  I'm talking
10   about one from some months earlier.
11   A.  Okay.
12   Q.  Right.  And if I told you that that was an interview that
13   you had with the Government in February, specifically on
14   February 8 of 2023, this year, would that sound correct?
15   A.  Sure.  I don't remember the specific date, I'm sorry.
16   Q.  But you do recall that it was earlier this year, correct?
17   A.  I remember having an interview but I don't know when it
18   was.  I'm sorry.
19   Q.  All right.  And you recall that it was by a video
20   conference of some sort, right?
21   A.  I do remember having a video conference, yes.
22   Q.  You recall that Agent Curcio was one of the participants in
23   that video conference?
24   A.  I believe he could have been, I'm sorry.
25   Q.  You definitely remember that Mr. Mirabelli was one of the

Lively - CROSS

1    participants in the video conference, correct?

2    A.  Yes.

3    Q.  Do you remember if Mr. Brunwin was also there?

4    A.  I'm sorry, it's February and it was a Zoom meeting.  I

5    wasn't really paying attention to the faces.

6    Q.  Okay.  Just lastly, Mr. Marshall.  Do you remember if he

7    was present for that?

8    A.  I don't.

9    Q.  So your testimony for us here today is that you're not

10   certain that when you spoke to them during that video

11   conference that you estimated the weight to be 20 pounds?

12   A.  Yeah, I don't remember having a conversation.

13   Q.  All right.  We'll come back to that later.

14       Now I'm going to direct your attention to the point in time

15   once the racks were down at the Peace Circle and the flood of

16   crowds were going through.

17   A.  Okay.

18   Q.  Okay.  From that point, you and your officers went from the

19   Peace Circle where you had been stationed further towards the

20   Capitol, specifically to the -- I believe it was the Lower West

21   Terrace; is that correct?

22   A.  Yes.

23   Q.  And that was you and the other officers who had been on

24   that line, correct?

25   A.  Yes.

Lively - CROSS

1  Q.  And that included Officer Edwards, right?

2  A.  Yes.

3  Q.  Then once you got to that area, the crowd of people was

4  just rushing in at that point; isn't that true, Sergeant?

5  A.  Yes.

6  Q.  At that point, that's when, in your words, the real melee

7  started, correct?

8  A.  Yes.

9  Q.  I am going to now direct your attention to what has already

10 been admitted as Government's Exhibit 308.  I've got the audio

11 turned off.  And specifically, I will be playing from the

12 46-second mark to the 1:03 mark.

13     And let me confirm that I've got my speed set to -- yes,

14 I've got it set to quarter speed.  Okay, Sergeant?

15 A.  Yes, ma'am.

16 Q.  I'm going the play this clip and I may stop it as we go

17 along.

18         MS. HALIM:  As we're doing this, can I ask that the

19 audio be taken off for this part.

20         DEPUTY CLERK:  You're going to have to do it --

21         MS. HALIM:  There we go.  Thank you.  Sorry about

22 that.

23 BY MS. HALIM:

24 Q.  Specifically, Officer, I'm going to ask you as we watch

25 this clip to pay attention to this individual.

Lively - CROSS

1    A.   Okay.

2    Q.   Who has the black jacket and the blue jeans and, I'm not

3    sure if you can see it there, but a pair of black boots.   Okay?

4    A.   Yes, ma'am.

5        (Video played.)

6    Q.   All right.   At this point I have paused the video and we

7    are at the 50-second mark.   Do you see that?

8    A.   Yes.

9    Q.   Do you see that the individual that we were looking at with

10   the black jacket -- and it's the gray hat, the blue jeans --

11   and Officer Cruz are locked together, correct?

12   A.   Yes.

13   Q.   So where I started this was the 46-second mark, right?

14   A.   Yes.

15   Q.   So four seconds elapsed?

16   A.   Yes.

17   Q.   Would you agree with me?   Okay.

18       Keep playing that.

19       (Video played.)

20   Q.   That's you, sir, with the blue surgical mask on, correct?

21   A.   Yes.

22   Q.   Reaching over to where we see Officer Cruz and the person

23   in the black jacket still interlocked in virtually the same

24   position, correct?

25   A.   Yes.

Lively - CROSS

1          (Video played.)

2     Q.   And I pause it there.  We're at the 52-second mark there.

3     Do you see that, Sergeant?

4     A.   Yes.

5     Q.   Now you see an individual from the crowd in a different

6     black jacket?

7     A.   Yes.

8     Q.   Pulling or has his hands on the original individual in the

9     black jacket that we were focusing on, correct?

10    A.   Yes.

11         (Video played.)

12    Q.   And I've paused it at the 53-second mark just to ask a

13    question, Sergeant.  You can see the entire time we're watching

14    this play that those racks continue to move forward and

15    backwards, correct?

16    A.   Yes.

17    Q.   Because although we can't see it necessarily in this

18    portion of the video, we know from all of the other videos that

19    there's a huge crowd of people that is pushing their weight

20    forward, correct?

21    A.   Yes.

22    Q.   And the entire time that this is going on we know that

23    there is a length of rack to the left that people continue to

24    push and pull, correct?

25    A.   Yes.

Lively - CROSS

1      (Video played.)

2    Q.  Here we are, I paused it at the 56-second mark.  The

3    individual in the black jacket that we were initially paying

4    attention to is still there, still in virtually the same

5    position with Officer Cruz in that interlocked position,

6    correct?

7    A.  Yes.

8    Q.  And you're right there behind where you've got the blue

9    surgical mask on, correct?

10   A.  Yes.

11     (Video played.)

12   Q.  I paused it a hair of a second too late.  I'm at the

13   57-second mark.  But the bike rack at that point was tilted so

14   far that it was at least at a -- around a 45-degree angle with

15   the ground, correct?

16   A.  Yes.

17     (Video played.)

18   Q.  And the view here, I paused it at the one-minute mark.

19   It's hard to see but you can see the huddle of people is still

20   in that same position, correct?

21   A.  Yes.

22     (Video played.)

23   Q.  And we saw that was -- remind me the officer's name who

24   threw the punch?

25   A.  Officer Shawn Lowman.

Lively - CROSS

1    Q.  Shawn Lowman.  That's what we just saw there, right, Shawn

2    Lowman?

3    A.  Yes.

4    Q.  That's at the 1:01 mark.  And we're just going to play

5    another second.

6        (Video played.)

7    Q.  There I paused it at the 1:03 mark, and we can see that the

8    original individual we were looking at with the gray hat and

9    the black jacket, his body is leaned forward, but you have his

10   hands on his back, correct?

11   A.  I have one hand on his -- it shows that I have one hand on

12   his arm.

13   Q.  All right.  Thank you.  Now what I'd like to do, Sergeant,

14   is I'm going to show you a series of clips -- or not clips,

15   still shots.

16   A.  Okay.

17   Q.  That are taken from the video that we just watched, which

18   was marked Government's Exhibit 308 and is admitted in

19   evidence.

20           MS. HALIM:  I have marked this for identification,

21   Your Honor, as Randolph 1.

22           THE COURT:  Okay.

23   BY MS. HALIM:

24   Q.  Sergeant, you see that on the screen, correct?

25   A.  Randolph 1, yes.

Lively - CROSS

1   Q.  Do you see in the bottom left of this screenshot the

2   counter is at the 48-second mark?

3   A.  Yes.

4   Q.  You see that individual that we've been focusing on this

5   entire time with the blue jeans and black jacket, correct?

6   A.  Yes.

7   Q.  Do you see that his right arm is extended out as if towards

8   the railing?

9   A.  Yes.

10  Q.  The stair railing that's there in the image, correct?

11  A.  Yes.

12  Q.  And you can see that he's got a black glove that has an

13  orange stripe near the wristband; is that correct?

14  A.  Yes.

15  Q.  You can see that that individual's right leg is crooked

16  backwards at the knee, correct?

17  A.  Yes.

18  Q.  And it appears to be right on top of the bike rack; is that

19  correct?

20  A.  Yes.  Yes.

21       MS. HALIM:  Your Honor, I move for the admission of

22  Randolph 1.

23       THE COURT:  Any objection from the Government?

24       MR. MIRABELLI:  No objection, Your Honor.

25       THE COURT:  Any objection from any or all defendants?

Lively - CROSS

 1   Okay.  It's admitted.

 2        (Defense Exhibit DR1 received in evidence.)

 3           MS. HALIM:  Thank you.

 4   BY MS. HALIM:

 5   Q.  I am now going to pull up -- I don't know why I can't get

 6   this to go away.  My apologies.

 7        I am now going to pull up what I have marked as

 8   Randolph 1.2.  Do you see that?

 9   A.  Yes.

10   Q.  And do you see that that's at the 49-second mark?

11   A.  Yes.

12   Q.  You recognize that to be a screenshot of the video that we

13   just watched, which was Government's Exhibit 308?

14   A.  Yes.

15           MS. HALIM:  Your Honor, at this time I move the

16   admission of Randolph 1.2.

17           MR. MIRABELLI:  Your Honor, we wouldn't object to any

18   stills derived from this video.

19           THE COURT:  Okay.  Any objection from any or all

20   defendants?  Okay.  It's admitted.

21        (Defense Exhibit DR1.2 received in evidence.)

22           MS. HALIM:  Thank you, Your Honor.

23   BY MS. HALIM:

24   Q.  Now we are going to again focus on the individual with the

25   black jacket and the gray hat.  Now you can see that his right

Lively - CROSS

1    arm is down -- is still extended but it's down lower at a

2    perhaps 45-degree angle; is that correct?

3    A.  Yes.

4    Q.  And you can see a hand right there, correct?

5    A.  I guess it could be a hand.  I can't tell you for certainty

6    if it is his hand.

7    Q.  It looks like a hand that's in a black glove, correct?

8    A.  It could, yes.

9    Q.  That -- what looks like a hand that's in a black glove, it

10   would be the left arm of the individual, correct?

11   A.  Right.

12   Q.  It is raised in the air above shoulder height, correct?

13   A.  Yes.

14   Q.  And you can see right to the left of that, that's Officer

15   Cruz, correct?

16   A.  Yes.

17          MS. HALIM:  And for the record, I just indicated U.S.

18   Capitol Police officer in the uniform that is just to the left

19   center of the frame, for the record, wearing a cap and a black

20   mask.

21   BY MS. HALIM:

22   Q.  And you see there that Officer Cruz's left arm is extended,

23   correct?

24   A.  Yes.

25   Q.  I'm now going to direct your attention to Randolph 1.3.

Lively - CROSS

1          MS. HALIM:  And assuming there is, likewise, no

2    objections, I move for the evidence of Randolph 1.3, which is a

3    clip at the 49-second mark.

4          THE COURT:  Okay.  It's admitted.

5          MS. HALIM:  Thank you.

6     (Defense Exhibit DR1.3 received in evidence.)

7    BY MS. HALIM:

8    Q.  Sergeant, can you see that?

9    A.  Yes.

10   Q.  Now, in this clip -- bear with me one moment, please.

11        In this clip that's at the 49-second mark of Government's

12   Exhibit 308, the individual in the black jacket and the blue

13   jeans, can you see his left foot that's on the ground?

14   A.  Yes.

15   Q.  Do you see that his left foot, it looks like his ankle has

16   been rolled?

17   A.  Yes.

18   Q.  And only part of the shoe is touching the ground?

19   A.  Yes.

20   Q.  And you see that his right leg is lifted?

21   A.  Yes.

22   Q.  His knee is raised up, correct?

23   A.  Yes.

24   Q.  And you can see that his right foot is not on the ground?

25   A.  Yes.

Lively - CROSS

1    Q.  And you can see that his right arm is extended behind him?

2    A.  Yes.

3    Q.  And you can see that his left arm is extended out in the

4    direction of Officer Cruz but slightly behind his shoulder, the

5    individual in the black coat?

6    A.  Yes.

7    Q.  His left arm is behind his left shoulder, correct?

8    A.  Yes.

9    Q.  I'm going to direct your attention now to what I have

10   marked as Randolph 1.4.

11        MS. HALIM:  I move for the admission of Randolph 1.4,

12   which is also from the 49-second mark still shot from

13   Government's Exhibit 308.

14        THE COURT:  It's admitted.

15      (Defense Exhibit DR1.4 received in evidence.)

16   BY MS. HALIM:

17   Q.  Do you see, Sergeant, that the individual with the blue

18   jeans and black jacket, it appears that his left leg is not on

19   the ground at all?

20   A.  Yes.

21   Q.  It appears that his right foot is either not on the ground

22   at all or it's on that first step, correct?

23   A.  Yes, it appears to be on the step.

24   Q.  You can see that Officer Cruz, both of his hands are on

25   that individual, correct?

Lively - CROSS

1   A.  It appears so.

2   Q.  And you're just behind and in the image to the left of

3   Officer Cruz with the blue surgical mask, correct?

4   A.  Yes.

5   Q.  And your left arm is extended, correct?

6   A.  Yes.

7   Q.  Thank you.

8       Now I will direct your attention to Randolph 1.5.

9           MS. HALIM:  Your Honor, I move for the admission of

10  Randolph 1.5 which is the 50-second mark still shot from

11  Government's Exhibit 308.

12          THE COURT:  Admitted.

13      (Defense Exhibit DR1.5 received in evidence.)

14  BY MS. HALIM:

15  Q.  What we see here, Sergeant, is Officer Cruz, the individual

16  in the black jacket and the blue jeans, interlocked as I've

17  described it before, correct?

18  A.  Yes.

19  Q.  You see the fence is tilted at an almost 45-degree angle

20  towards the stairs behind, correct?

21  A.  Yes.

22  Q.  And the tilt of that is touch -- it appears to be touching

23  both Officer Cruz and the individual in the black jacket with

24  the blue jeans, right?

25  A.  It does.

Lively - CROSS

1    Q.  And then we see that there's another individual in a black

2    sweatshirt with a skull that's on the back, correct?

3    A.  Yes.

4    Q.  And camouflage pants, right?

5    A.  Yes.

6    Q.  That person appears to be pushing the rack forward,

7    correct?

8    A.  Yes.

9    Q.  And this is just before the moment -- it appears just

10   before the moment when you were going to put your hands on the

11   individual in the black jacket and the blue jeans, correct?

12   A.  Yes.

13   Q.  And that's at the 50-second mark.

14        I direct your attention now to Randolph 1.6.

15             MS. HALIM:  Your Honor, I move the admission of 1.6,

16   which is the 51-second mark of Government's Exhibit 308.

17             THE COURT:  Admitted.

18        (Defense Exhibit DR1.6 received in evidence.)

19   BY MS. HALIM:

20   Q.  Sergeant, do you see that?

21   A.  Yes.

22   Q.  This is just a second or perhaps even a fraction of the

23   second after the last image we viewed, correct?

24   A.  Yes.

25   Q.  And there you can see that Officer Cruz and the individual

Lively - CROSS

1    in the blue jeans and the black jacket are still in that same

2    interlocked position, right?

3    A.  Yes.

4    Q.  And you have grabbed onto either the clothing or the person

5    of that individual with the black jacket and the blue jeans?

6    A.  Yes.

7    Q.  I'll take this opportunity now to ask you, when we watched

8    the slow-motion version of a handful of seconds from

9    Exhibit 308, when you saw that individual's hands with the

10   black jacket and the blue jeans, his hands were open, correct?

11   A.  I would have to -- can we see it again?

12   Q.  We can watch it again.  I'll circle back to that.  But let

13   me ask you this and see if you remember this:  You never saw

14   his hands in a fist?

15   A.  I don't remember that, no.

16   Q.  You don't recall ever seeing his hands balled up in a fist,

17   correct?

18   A.  No, I don't.

19   Q.  We'll watch the clip again later.

20   A.  Thank you.

21   Q.  We're on 1.6, right?

22       Again, you can see that the bike racks are tilted at an

23   angle towards the stairs behind the bike racks, but maybe not

24   as severe an angle as in the previous images, correct?

25   A.  Yes.

Lively - CROSS

1   Q.   Now, I'd like to turn your attention to Randolph 1.7.

2         MS. HALIM:   Your Honor, I move for the admission of

3   Randolph 1.7, which is a clip at the 52-second mark of

4   Government's Exhibit 308.

5         THE COURT:   Admitted.

6   (Defense Exhibit DR1.7 received in evidence.)

7   BY MS. HALIM:

8   Q.   In this clip, Sergeant, we can see that not much has

9   changed in terms of you, Officer Cruz and the individual in the

10  blue jeans and the black jacket, correct?

11  A.   Correct.

12  Q.   This is when we start to see an individual on the other

13  side of the rack, in what appears to be reaching an arm out

14  towards the individual, right?

15  A.   Yes.

16  Q.   The individual with the black jacket and the blue jeans?

17  A.   Yes.

18  Q.   Direct your attention now to Randolph 1.8.

19        MS. HALIM:   Your Honor, I move for the admission of

20  1.8, which is the 52-second mark of Government's Exhibit 308.

21        THE COURT:   Admitted.

22  (Defense Exhibit DR1.8 received in evidence.)

23  BY MS. HALIM:

24  Q.   In this clip, Sergeant, we can't see your face, correct?

25  A.   Correct.

Lively - CROSS

1   Q.   But that hand that we see that is gripping near the neck or

2   head area of the individual in the black jacket, that's your

3   hand, correct?

4   A.   I believe so, yes.

5   Q.   And now the individual on the other side that's dressed in

6   all black appears to be much closer, grabbed on to the

7   individual with the black jacket and the blue jeans, correct?

8   A.   Yes.

9   Q.   Direct your attention to Randolph 1.9.

10           MS. HALIM:   I move for the admission of Randolph 1.9,

11  which is the 53-second mark of Government's Exhibit 308.

12           THE COURT:   Admitted.

13      (Defense Exhibit DR1.9 received in evidence.)

14  BY MS. HALIM:

15  Q.   Sergeant, the angle has changed slightly, and it appears

16  that you and Officer Cruz are sort of pushing that individual

17  towards the bike rack.  Would you agree with that?

18  A.   Yes.

19  Q.   Okay.  I will now direct your attention to Randolph 1.10,

20  which is a still shot at the 1:01 mark of Government's

21  Exhibit 308.

22           MS. HALIM:   And I move the admission of that, Your

23  Honor.

24           THE COURT:   Admitted.

25      (Defense Exhibit DR1.10 received in evidence.)

Lively - CROSS

```
 1  BY MS. HALIM:
 2  Q.  Sergeant, you can see there, the individual in the black
 3  jacket and the blue jeans has his back towards the bike rack,
 4  correct?
 5  A.  Yes.
 6  Q.  His head is -- he's bent at the waist, so that his head is
 7  moving forward, correct?
 8  A.  Yes.
 9  Q.  And Officer Cruz definitely still has a hold on him,
10  correct?
11  A.  Yes.
12  Q.  Do you know if you do too still?
13  A.  I don't know.
14  Q.  And now behind the rack, there are at least 50 people --
15  would you agree that there are at least 50 people that are
16  behind that?
17  A.  Yes.
18  Q.  And it appears that they are individually or collectively
19  still pushing those racks forward, correct?
20  A.  Yes.
21  Q.  So that we can see that the rack is tilted at maybe not
22  quite a 45-degree angle, and we know that that would be an
23  angle pointing towards the stairs, correct?
24  A.  Yes.
25  Q.  Direct your attention to Randolph 1.11, which is a still
```

Lively - CROSS

1   shot, again, from the 1:01 mark, Government's Exhibit 308.

2           MS. HALIM:  I move its admission, Your Honor.

3           Will 1.11 be admitted?

4           THE COURT:  Admitted.

5           MS. HALIM:  Thank you, Your Honor.

6       (Defense Exhibit DR1.11 received in evidence.)

7   BY MS. HALIM:

8   Q.  In this clip, Sergeant, you can see that the individual

9   with the black jacket and the blue jeans, even though you can't

10  see him here, looks like he's got his left hand on his head; is

11  that correct?

12  A.  Yes.

13  Q.  Thank you.  Direct your attention to Randolph 1.12, which

14  is a clip, again, from the 1:01 mark of Government's

15  Exhibit 308.

16          MS. HALIM:  And I move for the admission of

17  Randolph 1.12 at this time.

18          THE COURT:  Admitted.

19      (Defense Exhibit DR1.12 received in evidence.)

20  BY MS. HALIM:

21  Q.  In this clip, you can see that that individual we've been

22  focusing on the entire time now looks to have both hands on top

23  of his hand, correct?

24  A.  I can only see the right hand.

25  Q.  So he's got his right hand on his head, correct?

1    A.  Right.

2    Q.  And you would agree with me that in the image we saw before

3    he had his left hand on his head?  I'll pull that back up.

4    A.  Yes.

5    Q.  So this is 1.11, and we see his left hand is on top of his

6    head, correct?

7    A.  Yes.

8    Q.  And then we'll go forward to 1.12, and now we can see his

9    right hand on top of his head, correct?

10   A.  Yes.

11   Q.  And for the record, there is what appears to be a black

12   glove with an orange stripe at the wrist.  Do you see that,

13   Sergeant?

14   A.  Yes.

15   Q.  Lastly, I direct your attention to Randolph 1.13.  Do you

16   see that?

17   A.  Yes.

18   Q.  That is at the 1:03 mark of Government's Exhibit 308.

19          MS. HALIM:  And at this time, Your Honor, I move for

20   the admission of Randolph 1.13.

21          THE COURT:  Admitted.

22      (Defense Exhibit DR1.13 received in evidence.)

23   BY MS. HALIM:

24   Q.  Here, Sergeant, you can see -- do you see that leg there in

25   blue jeans?

Lively - CROSS

1    A.  Yes.

2    Q.  For the record, the leg is on the first step and all you

3    can see is the -- what appears to be a left leg in blue jeans;

4    is that correct, Sergeant?

5    A.  That's correct.

6    Q.  All right.  Thank you.

7        Now what we will do is we will go back to Government's

8    Exhibit 308.  Bear with me one moment while I navigate to it.

9           MS. HALIM:  Could I have just my computer for a

10   moment, Ms. Franklin.  I'm so sorry.

11           The Court's indulgence, please.

12           THE COURT:  Sure.

13           MS. HALIM:  Okay.  Now we can publish it.  Thank you,

14   I appreciate that.

15   BY MS. HALIM:

16   Q.  Okay, Sergeant.  So I've started it at the -- or I've got

17   it teed up at the 46-second mark of Government's Exhibit 308.

18   A.  Yes.

19   Q.  And we're going to watch this.  I'll reduce the speed to

20   half speed rather than quarter.  But what I am specifically

21   looking for is if at any time you see the individual in the

22   black jacket with the blue jeans have a fist.

23   A.  Yes, ma'am.

24       (Video played.)

25   Q.  Right there at the 49-second mark, his hand was open,

Lively - CROSS

1  correct?

2  A.  Correct.

3      (Video played.)

4  Q.  Hand on the right is open, correct?

5  A.  Correct.

6      (Video played.)

7  Q.  And at this point, he's now -- he has two hands on Officer

8  Cruz and Officer Cruz has two hands on him, correct?

9  A.  Yes.

10 Q.  And as we know from the rest of this video, they never

11 disentangle from this position until after the one-minute mark,

12 correct?

13 A.  Correct.

14 Q.  At any point during those four seconds, did you see his

15 hands in any position other than an open position?

16 A.  No.

17 Q.  Thank you.

18      MS. HALIM:  If I could have just one moment, Your

19 Honor.

20      THE COURT:  Sure.

21      MS. HALIM:  I have no further questions.  Thank you.

22      THE COURT:  Cross-examination for Mr. Blythe.

23      MR. BRENNWALD:  No questions, Your Honor.

24      THE COURT:  Any redirect?

25      MR. MIRABELLI:  Yes, Your Honor.

Lively - RECROSS

1          MS. ROSEN:  Your Honor, if I may ask the Court, I

2    don't know how procedurally this works, but Mr. Johnson would

3    have a small bit of redirect based on counsel's

4    cross-examination, also.

5          THE COURT:  A recross?

6          MS. ROSEN:  I'm sorry, we would have a recross based

7    on the direction that the cross went in the last witness.

8          THE COURT:  Okay.  I will let you ask a question if

9    it's directly related to what was just said.  I think it's

10   probably best if I let the Government go last, so you can

11   respond.  Okay.

                        RECROSS-EXAMINATION

13   BY MS. ROSEN:

14   Q.  Sergeant Lively, you were just shown a lot of stills on

15   cross-examination, correct?

16   A.  Yes, ma'am.

17   Q.  And you were basing your understanding of what happened in

18   the situation based off of the actual still?

19   A.  Correct.

20   Q.  What I'm going to do now is show you the moving pictures

21   and see if it changes some of your answers.

22   A.  Okay.

23          MS. ROSEN:  We may have a technical problem, I

24   apologize.

25          May we have a moment, Your Honor?

Lively - RECROSS

```
 1              THE COURT:  Sure.
 2       (Off-the-record discussion.)
 3  BY MS. ROSEN:
 4  Q.  You see this image on the screen from Government's
 5  Exhibit 308, correct?
 6  A.  Yes.
 7  Q.  And you see the man in the black jacket jumping over the
 8  fence, correct?
 9  A.  Yes.
10  Q.  And you were asked about the man in the black sweatshirt
11  with writing on the back and his movements with the fence,
12  correct?
13  A.  Correct.
14              MS. ROSEN:  Now if we could play that clip.
15       (Video played.)
16              MS. ROSEN:  Pause -- I'm sorry, if we could play that
17  clip again.
18       (Video played.)
19              MS. ROSEN:  Pause.
20  BY MS. ROSEN:
21  Q.  So do you see a man in the left-hand corner in all black,
22  not the man with writing on his sweatshirt, pushing the fence
23  forward?
24  A.  The one with like the black hat and white --
25  Q.  Correct.
```

Lively - RECROSS

1   A.   The black-and-white hat.

2   Q.   Further to the left on my screen.

3   A.   Yes.

4   Q.   And you see the man with the sweatshirt, he remains at all

5   times with his hands on the fence, correct?

6   A.   Yes.

7          MS. ROSEN:   Now, if we can go back and play that clip

8   one more time.   A little further back.

9      (Video played.)

10          MS. ROSEN:   Thank you.

11  BY MS. ROSEN:

12  Q.   Now, isn't it true that the man wearing the black

13  sweatshirt with white writing on the back, he initially is

14  pulling the fence back?

15  A.   He pulls the bottom back, yes.

16  Q.   And the fence that he's touching only goes forward after

17  another protester pushes the fence forward.   Would you like to

18  watch the clip again?

19  A.   Yes, please, can we watch it again?

20     (Video played.)

21  Q.   And then, again, after the fence is pushed forward, he

22  tries to pull the fence back again?

23  A.   Yeah, so when me pulls the bottom, his left hand is on the

24  top pushing it forward towards Officer Cruz and the individual

25  Officer Cruz is wrestling with.

Lively - RECROSS

1    Q.  Can we go back to the clip?

2    A.  Sure.

3    Q.  We're starting here.  The person in the sweatshirt has a

4    hand on the bottom and a hand on the top?

5    A.  Correct.

6            MS. ROSEN:  Now, if we could play for like

7    two seconds.

8        (Video played.)

9            MS. ROSEN:  Pause.

10   BY MS. ROSEN:

11   Q.  He's still pulling the fence back at this point, correct?

12   A.  Yes.

13   Q.  That's after the man in the black jacket jumped over?

14   A.  Yes.

15           MS. ROSEN:  If you could play for two more seconds.

16       (Video played.)

17           MS. ROSEN:  Pause.

18   BY MS. ROSEN:

19   Q.  In that clip, do you not see a person on the left-hand

20   side, who's not the man in the sweatshirt, physically pushing

21   the fence forward?

22   A.  Right.  He and him both have their hand on the top, pushing

23   forward.

24   Q.  I agree they both have their hands on the top.  My question

25   is:  Do you see a man on the left-hand side pushing forward?

Lively - RECROSS

1    A.  Yes.

2    Q.  I agree the video shows that the man in the sweatshirt, his

3    hands remain on the fence, correct?

4    A.  Yes.

5              MS. ROSEN:  May I have a moment, Your Honor?

6              THE COURT:  Sure.

7              MS. ROSEN:  No further questions, Your Honor.

8              THE COURT:  We're going to take our lunch break in

9    about four minutes.  Do you want to wait until after lunch to

10   do the redirect or do you want to start now?

11             MR. MIRABELLI:  That's fine, Your Honor.

12             THE COURT:  All right.  You're almost done.  We'll be

13   back at 1:30.  Please don't discuss your testimony.

14        (A recess was taken at 12:27 PM)

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns                Date: October 25, 2023

Stacy Johns, RPR
Official Court Reporter

BY MR. FEITEL: [5]
36/4 48/14 50/11 51/4
53/3
BY MR. WOODWARD:
[14] 6/8 6/17 7/17 10/10
13/7 13/18 21/15 23/1
25/21 29/5 31/9 34/10
34/19 35/9
BY MS. HALIM: [18]
73/7 76/23 80/23 82/4
82/23 83/21 84/7 85/16
86/14 87/19 89/7 89/23
90/14 91/1 92/7 92/20
93/23 94/15
BY MS. ROSEN: [28]
55/20 56/11 56/16
57/14 58/4 59/2 59/16
60/1 60/12 60/21 61/11
62/8 63/2 63/12 63/19
64/3 64/16 65/23 67/4
67/11 67/20 69/9 96/13
97/3 97/20 98/11 99/10
99/18
DEPUTY CLERK: [9]
5/2 5/15 6/14 31/6 31/8
34/2 34/5 34/7 76/20
MR. BRENNWALD: [2]
5/16 95/23
MR. FEITEL: [15]
19/21 48/6 48/11 50/7
50/10 50/22 51/3 51/20
51/24 52/9 52/11 52/16
52/20 53/1 55/6
MR. MIRABELLI: [14]
16/16 17/8 21/2 22/20
32/3 32/5 32/12 33/10
48/10 52/22 81/24
82/17 95/25 100/11
MR. WOODWARD:
[34] 5/11 5/13 6/6 6/15
9/20 9/22 10/2 13/5
13/16 16/22 19/15 20/8
21/8 21/14 22/18 25/19
31/3 31/7 32/4 32/6
32/14 32/18 32/21 33/2
33/6 33/16 33/18 34/4
34/6 34/8 34/17 35/3
35/8 35/24
MS. FOSTER: [1] 5/7
MS. HALIM: [29] 7/7
7/12 73/2 73/6 76/18
76/21 80/20 81/21 82/3
82/15 82/22 83/17 84/1
84/5 85/11 86/9 87/15
89/2 89/19 90/10 90/22
92/2 92/5 92/16 93/19
94/9 94/13 95/18 95/21
MS. ROSEN: [65]
17/16 17/19 18/17 19/1
19/19 21/6 22/22 33/12
33/14 33/17 33/20
33/24 55/16 56/7 56/15
57/11 57/13 58/1 58/3
59/1 59/11 59/15 59/25
60/8 60/11 60/18 60/20
61/4 61/6 61/10 62/4
62/24 63/1 63/7 63/10

63/17 63/23 64/2 64/9
64/15 65/8 65/11 65/18
65/20 65/22 67/1 67/10
67/16 67/19 69/7 72/22
96/1 96/6 96/23 97/14
97/16 97/19 98/7 98/10
99/6 99/9 99/15 99/17
100/5 100/7
THE COURT: [74] 5/5
5/8 5/12 5/24 6/4 7/10
7/16 9/18 9/21 10/1
16/20 16/25 17/15
17/18 18/5 18/24 19/20
20/9 21/3 21/7 21/12
22/15 22/19 22/21
22/23 32/16 32/20 33/1
33/4 33/9 33/11 33/13
33/22 33/25 36/1 51/23
52/8 52/10 52/18 52/21
52/23 55/11 55/17 65/9
65/12 65/17 65/19
72/24 73/5 80/22 81/23
81/25 82/19 84/4 85/14
86/12 87/17 89/5 89/21
90/12 90/24 92/4 92/18
93/21 94/12 95/20
95/22 95/24 96/5 96/8
97/1 100/6 100/8
100/12
THE WITNESS: [1] 6/3

/

/s [1] 101/8

0

0537 [1] 1/3
0819 [1] 2/10
089BWF337628 [1]
52/2

1

1.10 [1] 90/19
1.11 [3] 91/25 92/3 93/5
1.12 [3] 92/13 92/17
93/8
1.13 [2] 93/15 93/20
1.2 [2] 82/8 82/16
1.3 [2] 83/25 84/2
1.4 [2] 85/10 85/11
1.5 [2] 86/8 86/10
1.6 [3] 87/14 87/15
88/21
1.7 [2] 89/1 89/3
1.8 [2] 89/18 89/20
1.9 [2] 90/9 90/10
10 seconds [2] 16/17
17/9
10-second [1] 62/5
10:00 [1] 1/5
11 [1] 68/20
11:30 [1] 55/13
11:30 as [1] 55/18
11:32 [1] 65/16
11:41 [1] 65/13
12 minutes [1] 33/18
12:27 [1] 100/14
12:50 [1] 10/13
1300 [1] 2/6

13:36 [1] 34/18
13th [1] 1/19
14 minutes [1] 33/19
14:17 [1] 35/3
15 seconds [2] 23/19
63/11
15 years [1] 43/21
1505 [1] 2/6
1650 [1] 2/9
19129 [1] 2/12
1:01 [2] 80/4 92/1
1:01 mark [2] 90/20
92/14
1:03 [3] 60/9 76/12
80/7
1:03 mark [1] 93/18
1:05 on [1] 11/14
1:07 [1] 69/7
1:08 [1] 28/19
1:10 [1] 11/24
1:14 [1] 23/7
1:15 [2] 23/13 29/2
1:21-0537 [1] 1/3
1:25 [1] 29/6
1:26 [2] 48/5 48/12
1:29 [1] 16/2
1:30 [1] 100/13
1:32 [2] 23/2 23/18
1:34 [1] 23/4
1:46 [1] 25/5
1:47 [1] 56/8
1:50 [1] 56/8
1:55 p.m [2] 25/23 26/3
1:57 [1] 48/12
1:59 [3] 3/12 21/17
22/24

2

20 pounds [2] 74/3
75/11
200 [1] 28/14
20001 [3] 1/16 2/3 2/22
20003 [1] 2/15
20008 [1] 2/6
202-255-6637 [1] 2/7
202-815-4028 [1] 1/16
202-996-7447 [1] 2/4
2021 [4] 32/22 35/19
72/10 73/15
2023 [3] 1/5 74/14
101/8
213-894-4242 [1] 1/20
215-300-3229 [1] 2/13
22 [1] 3/12
22314 [1] 2/10
23 [1] 63/8
25 [3] 1/5 73/24 101/8
25th [1] 35/14
26 [1] 61/14
2:34 [2] 52/6 52/17
2:53 [1] 30/2

3

30 [1] 9/24
30 pounds [1] 73/24
300 [1] 28/16
301-928-7727 [1] 2/16
302 [9] 6/16 7/1 9/25

11:36 [1] 34/18
13th [1] 1/19
14 minutes [1] 33/19
14:17 [1] 35/3
15 seconds [2] 23/19
63/11
15 years [1] 43/21

69/7 71/11
305 [1] 3/12 13/5 16/3
16/21 18/2 18/6 18/12
20/11 21/9 21/17 22/24
24/11
306 [4] 22/14 23/3 24/9
24/11
308 [18] 76/10 80/18
82/13 84/12 85/13
86/11 87/16 88/9 89/4
89/20 90/11 90/21 92/1
92/15 93/18 94/8 94/17
97/5
308B [2] 25/17 25/19
309 [4] 25/20 26/20
30/24 59/12
310 [2] 5/10 62/5
311 [6] 5/14 31/4 32/3
32/4 32/7 32/8
312 [1] 1/19
314 [3] 32/9 32/11
33/16
3229 [1] 2/13
33 [2] 64/7 64/12
331 [2] 48/5 48/12
332 [1] 50/6
333 [1] 2/21
3580 [1] 2/12
3:12 [1] 30/24
3:31 [1] 56/7

4

400 [1] 2/3
4028 [1] 1/16
403 [1] 18/20
4242 [1] 1/20
44 [1] 59/12
44 seconds [1] 26/20
45 seconds [1] 11/10
45-degree [4] 79/14
83/2 86/19 91/22
46 seconds [2] 50/6
50/8
46-second [3] 76/12
77/13 94/17
48-second [1] 81/2
49 [1] 10/24
49-second [5] 82/10
84/3 84/11 85/12 94/25

5

50 [2] 91/14 91/15
50-second [3] 77/7
86/10 87/13
500 [1] 2/9
51-second [1] 87/16
52-second [3] 78/2
89/3 89/20
53-second [2] 78/12
90/11
537 [1] 5/3
56-second [1] 79/2
57-second [1] 79/13

6

6-725 [1] 1/15
601 [1] 1/15
619-546-6735 [1] 1/23

11/11 11/14 63/7 67/17
69/7 71/11
6293 [1] 1/22
6637 [1] 2/7
6735 [1] 1/23
6:59 [2] 21/22 22/15
6th [17] 7/25 15/3 16/6
19/11 23/11 24/1 24/4
25/1 26/16 36/9 37/7
37/14 38/3 47/7 47/23
71/23 72/12

7

703-600-0819 [1] 2/10
725 [1] 1/15
7447 [1] 2/4
75 years [1] 5/19
7727 [1] 2/16

8

880 [1] 1/22
8807 [1] 1/22
8th [1] 49/8

9

90012 [1] 1/19
913 [1] 33/14
92101-8807 [1] 1/22
922 [1] 2/15

A

a.m [1] 1/5
ability [1] 61/7
able [1] 28/23
about [47] 5/9 6/12 8/2
8/8 11/4 14/12 14/16
18/10 20/5 24/24 25/18
27/1 27/12 31/10 31/13
31/16 35/10 35/13
38/21 39/3 41/4 41/12
42/5 42/15 43/6 45/2
46/25 58/21 59/12
60/13 62/20 67/21
68/16 68/17 68/23 69/4
69/10 69/11 69/19
70/24 74/2 74/6 74/9
74/10 76/21 97/10
100/9
above [3] 48/21 83/12
101/5
above-entitled [1]
101/5
accurate [13] 6/22
12/23 15/23 24/14
24/18 43/3 43/8 43/10
43/19 43/24 44/11
44/18 101/4
acknowledged [3]
73/11 73/13 73/15
across [2] 29/18 57/18
action [2] 12 38/4
actively [1] 49/5
activity [1] 30/25
actual [1] 96/18
actually [11] 17/8 7/24
15/2 16/5 28/10 35/12
44/20 55/12 63/10 66/6
70/17
addition [1] 49/3
additional [2] 21/10
31/3

**A**

admissibility [3] 18/1 19/11 21/9
admission [14] 19/16 21/10 81/21 82/16 85/11 86/9 87/15 89/2 89/19 90/10 90/22 92/2 92/16 93/20
admit [13] 3/11 16/20 16/22 17/1 17/10 19/13 22/16 31/3 32/14 32/17 50/3 52/18 52/20
admitted [27] 5/14 16/17 16/18 17/8 17/13 19/17 22/16 32/7 32/10 33/25 52/24 76/10 80/18 82/1 82/20 84/4 85/14 86/12 87/17 89/5 89/21 90/12 90/24 92/3 92/4 92/18 93/21
admitting [3] 20/17 32/12 33/3
advance [2] 21/22 24/11
advice [2] 52/12 55/8
after [19] 9/12 18/14 29/23 37/17 38/3 38/4 39/9 39/10 54/2 56/21 68/24 68/25 69/4 87/23 95/11 98/16 98/21 99/13 100/9
after-action [1] 38/4
again [27] 8/15 11/10 14/11 15/6 15/15 16/2 16/15 21/16 29/13 30/1 30/24 57/11 58/23 60/8 68/22 82/24 88/11 88/12 88/19 88/22 92/1 92/14 97/17 98/18 98/19 98/21 98/22
against [8] 17/22 19/17 20/4 28/20 47/17 48/1 57/15 59/21
Agent [1] 74/22
agents [1] 70/4
ago [2] 54/21 69/22
agree [19] 9/12 12/2 12/4 28/11 29/7 29/17 34/25 35/5 54/8 56/24 58/5 58/18 65/7 77/17 90/17 91/15 93/2 99/24 100/2
ahead [3] 13/9 13/14 13/22
aided [1] 2/24
air [1] 83/12
al [1] 5/4
Alexandra [1] 1/21
Alexandria [2] 2/10 5/19
all [38] 5/4 5/4 9/20 11/21 13/10 14/20 18/14 19/17 21/7 21/16 25/1 26/19 29/18 31/17 33/25 34/11 37/19 40/15 45/9 45/13 60/16 66/16 68/8 74/19 75/13 77/6 78/18 80/13 81/25

almost [4] 42/22 73/13 86/19 100/12
along [2] 23/19 76/17
already [4] 18/24 21/13 69/18 76/9
also [11] 10/2 18/18 27/5 39/13 48/20 48/23 70/20 72/1 75/3 85/12 96/4
altercation [1] 11/21 12/20 68/23 69/10
although [2] 71/8 78/17
always [1] 46/9
am [5] 65/16 76/9 82/5 82/7 94/20
AMERICA [2] 1/2 5/3
Angel [1] 2/11
Angeles [1] 1/19
angle [13] 57/3 57/5 57/6 58/13 58/15 79/14 83/2 86/19 88/23 88/24 90/15 91/22 91/23
angles [1] 58/22
ankle [1] 84/15
another [8] 29/24 50/5 50/25 51/20 54/12 80/5 87/1 98/17
answer [3] 42/22 46/22 73/23
answered [1] 41/24
answers [1] 96/21
any [61] 10/12 10/17 12/10 12/12 12/18 13/19 13/21 14/9 15/9 15/11 15/13 16/3 16/5 18/7 20/20 21/1 21/3 21/3 21/20 22/19 22/21 23/7 24/9 24/21 25/9 25/12 25/25 26/2 26/7 26/11 26/13 26/15 28/22 33/9 33/11 35/22 37/4 37/7 37/19 39/23 41/12 42/3 42/19 45/1 45/5 45/15 49/23 52/21 52/23 52/23 68/13 81/23 81/25 81/25 82/17 82/19 82/19 94/21 95/14 95/15 95/24
anybody [2] 15/19 49/23
anymore [1] 58/11
anyone [2] 41/20 42/12
anything [5] 25/15 50/24 51/15 53/10 72/6
apart [4] 9/2 9/4 9/14 9/23
apologies [1] 82/6
apologize [4] 10/4 16/16 64/11 96/24
apparatus [2] 38/11 47/14
apparent [1] 39/24
appeal [2] 18/18 20/24

appear [3] 29/14 47/17 48/18
APPEARANCES [2] 1/13 2/1
appears [20] 14/23 21/18 29/17 34/25 35/6 48/21 81/18 85/18 85/21 85/23 86/1 86/22 87/6 87/9 89/13 90/6 90/15 91/18 93/11 94/3
appreciate [2] 51/24 94/14
approach [1] 63/20
approaching [1] 68/2
approximately [1] 7/2
apt [1] 54/3
are [65] 5/4 5/5 7/19 9/6 9/8 11/21 14/4 14/21 17/15 19/13 20/3 20/6 20/12 21/1 21/9 21/18 21/24 23/3 23/19 25/12 29/7 29/21 34/7 34/8 37/21 40/25 41/1 43/14 43/23 44/17 47/9 47/12 47/17 48/25 49/4 49/4 52/18 52/18 56/4 56/19 56/24 58/7 58/11 58/22 59/5 59/8 64/6 65/17 66/9 66/12 69/4 70/15 77/7 77/11 79/2 80/17 82/24 85/24 88/1 88/22 90/16 91/14 91/15 91/15 91/18
area [7] 7/5 7/20 11/5 44/13 66/2 76/3 90/2
aren't [2] 7/8 29/8
arm [11] 9/22 80/12 81/7 83/1 83/10 83/22 85/1 85/3 85/7 86/5 89/13
arms [3] 22/12 49/12 49/24
Army [1] 35/1
around [3] 9/16 10/13 79/14
arrest [4] 16/13 21/19 30/21 55/1
arrow [1] 11/19
articles [1] 11/4
as [53] 7/6 12/19 13/12 13/22 15/23 17/21 18/2 18/3 18/11 19/5 19/8 19/11 19/17 21/25 30/10 32/8 32/24 33/21 33/21 36/18 38/4 38/9 40/2 49/16 49/17 55/4 55/18 56/14 56/17 57/2 57/10 57/20 58/5 58/8 60/13 62/20 64/24 67/5 73/15 73/15 73/24 76/10 76/16 76/18 76/24 80/21 81/7 82/7 85/10 86/16 88/24 88/24 95/10

asked [24] 6/18 6/21 9/15 10/11 12/1 25/18 30/6 31/10 31/13 31/16 34/12 35/10 38/21 42/14 42/19 43/2 43/7 45/2 45/5 45/8 72/17 73/19 74/6 97/10
asking [3] 69/10 73/10 74/5
aspect [1] 46/6
asserting [1] 20/1
assistance [2] 5/14 35/1
assuming [2] 52/5 84/1
attached [3] 27/9 27/9 27/10 27/12 27/19 27/21 27/23
attacked [1] 51/9
attackers [1] 51/10
attacking [2] 51/12 54/20
attempt [1] 49/12
attempted [1] 49/10
attempting [3] 54/19 66/13 66/14
attention [18] 30/25 51/13 75/5 75/14 76/9 76/25 79/4 83/25 85/9 86/8 87/14 89/1 89/18 90/9 90/19 91/25 92/13 93/15
attorneys [4] 1/15 1/18 1/21 39/17
audience [1] 16/19
audio [2] 76/10 76/19
authenticate [3] 6/19 34/12 72/3
Avenue [2] 2/6 2/15 2/21 30/4 56/18 56/20
aware [5] 7/6 31/19 31/23 31/24 40/25
away [5] 25/22 30/19 53/11 54/24 82/6

**B**

back [48] 13/6 14/21 16/14 18/21 23/6 25/8 25/10 28/24 29/11 29/15 37/2 48/19 49/5 53/7 56/7 56/25 57/2 57/3 57/11 58/10 58/23 59/17 61/6 61/7 63/15 64/4 65/13 66/13 66/14 67/5 67/16 75/13 80/10 87/2 88/12 91/3 93/3 94/7 97/11 98/7 98/8 98/13 98/14 98/15 98/22 99/1 99/11 100/13
background [2] 19/3 63/14
backpack [3] 8/3 10/8 14/12
backs [1] 61/23
backwards [3] 11/6 78/15 81/16
balled [1] 88/16

bankruptcy [1] 2/21
barricade [10] 23/20 26/25 28/21 29/8 29/11 29/17 67/24 68/3 68/6 68/11
barricades [1] 25/10
barriers [3] 47/17 64/24 65/2
base [2] 12/25 27/7
based [6] 10/13 10/14 12/24 96/3 96/6 96/18
basing [2] 44/12 96/17
batons [4] 46/15 46/20 46/23 46/24
be [68] 5/17 10/25 13/9 14/23 16/18 17/2 17/4 17/13 18/16 18/18 22/5 22/7 22/9 22/12 22/13 23/20 26/9 28/15 28/17 29/15 29/17 31/2 32/18 32/22 33/2 33/6 33/21 34/25 37/9 38/11 41/5 41/24 42/3 44/14 45/15 45/21 47/11 48/4 48/6 48/11 48/18 48/21 52/16 53/10 54/3 62/20 64/4 65/13 67/25 71/14 72/14 75/11 76/11 76/19 81/18 82/12 83/5 83/10 85/23 86/22 87/6 89/13 90/6 91/22 92/3 93/11 94/3 100/12
beanie [1] 48/16
bear [4] 6/15 36/15 84/10 94/8
became [1] 19/8
because [14] 17/4 29/20 29/21 33/2 38/18 39/25 40/3 43/10 43/20 43/22 45/15 49/16 71/12 78/17
become [1] 57/21
been [28] 9/15 12/1 19/6 20/25 23/22 25/9 26/25 27/5 30/6 31/20 36/14 38/8 39/17 40/22 43/6 49/3 49/25 50/3 50/4 51/18 69/24 74/24 75/19 75/23 76/10 81/4 84/16 92/21
before [16] 1/11 5/18 18/14 22/15 31/19 34/14 38/24 38/24 40/22 42/14 43/7 53/15 86/17 87/9 87/10 93/2
began [1] 49/12
begin [4] 6/16 25/6 55/23 57/20
beginning [3] 19/10 67/16 73/13
behalf [1] 17/19
behind [14] 24/24 53/24 61/21 62/16 66/2 79/8 85/15 85/4 85/7 86/2 86/20 88/23 91/14 91/16
being [22] 6/9 11/5 12/12 12/13 13/21 14/2

**B**

being... **[16]** 15/11 17/5 17/9 18/2 20/15 31/10 43/10 44/13 45/2 45/8 51/9 56/17 59/7 62/12 62/14 71/4
belief **[1]** 24/14
believe **[21]** 5/9 7/4 7/20 9/1 16/13 16/16 21/24 25/20 32/7 35/20 36/20 38/7 46/18 46/19 52/3 56/8 60/2 73/10 74/24 75/20 90/4
believe's **[1]** 26/22
BENCH **[1]** 1/10
BENJAMIN **[1]** 1/7
bent **[1]** 91/6
best **[1]** 96/10
better **[2]** 48/12 62/20
between **[8]** 47/14 48/8 63/15 63/22 64/18 64/18 64/20 73/24
Beyond **[1]** 71/4
bicycle **[3]** 23/20 26/25 73/20
big **[2]** 53/20 53/20
bike **[40]** 7/4 9/2 9/4 9/6 9/14 9/24 27/11 27/12 27/21 47/2 47/13 47/17 47/19 48/1 48/19 48/25 49/5 49/10 49/17 50/1 53/25 56/14 56/17 56/22 57/15 57/20 58/5 58/8 58/20 62/11 66/7 67/24 68/3 68/11 79/13 81/18 88/22 88/23 90/17 91/3
bit **[5]** 6/25 27/25 61/7 67/1 96/3
black **[48]** 45/9 45/9 48/16 48/16 61/19 61/25 68/8 69/13 77/2 77/3 77/10 77/23 78/6 78/9 79/3 80/9 81/5 81/12 82/25 83/7 83/9 83/19 84/12 85/5 85/18 86/16 86/23 87/1 87/11 88/1 88/5 88/10 89/10 89/16 90/2 90/6 90/7 91/2 92/9 93/11 94/22 97/7 97/10 97/21 97/24 98/1 98/12 99/13
bless **[1]** 6/13
blue **[27]** 11/20 14/12 28/20 28/23 61/21 77/2 77/10 77/20 79/8 81/5 84/12 85/17 86/3 86/16 86/24 87/11 88/1 88/5 88/10 89/10 89/16 90/7 91/3 92/9 93/25 94/3 94/22
blurry **[1]** 23/5
BLYTHE **[3]** 1/7 2/14 95/22
body **[4]** 48/19 57/7 70/15 80/9
body-worn **[1]** 70/15
boots **[1]** 77/3

both **[7]** 61/23 69/14 85/24 86/23 92/22 99/22 99/24
bottom **[5]** 25/22 81/1 98/15 98/23 99/4
bound **[1]** 9/6
BRAND **[1]** 2/2
breach **[1]** 10/15
breached **[1]** 68/24
break **[6]** 55/13 55/14 55/18 65/12 66/6 100/8
Brennwald **[2]** 2/14 2/14
brief **[2]** 35/8 37/3
bring **[4]** 5/8 13/6 48/10 48/11
broadcasting **[1]** 48/7
broke **[1]** 32/10
brought **[1]** 5/19
Brunwin **[2]** 1/17 75/3
buckle **[2]** 47/20 47/21
buckling **[1]** 29/18
building **[1]** 25/8
buildings **[1]** 44/17
bullet **[1]** 31/21
bullets **[1]** 22/9
bus **[1]** 38/15
busy **[1]** 6/10

**C**

CA **[2]** 1/19 1/22
call **[4]** 5/17 5/22 27/15 41/2
called **[1]** 45/21
cam **[1]** 70/15
came **[10]** 10/20 13/24 24/9 26/11 39/20 39/22 39/24 40/7 54/2 54/3
camouflage **[1]** 87/4
can **[72]** 5/8 7/16 7/18 10/25 12/25 14/8 17/2 18/12 18/13 20/19 20/20 25/22 31/7 33/2 33/23 37/8 43/23 44/15 50/10 51/22 52/3 52/6 52/8 55/13 55/14 57/11 59/13 59/25 60/18 61/6 61/25 63/1 63/17 65/8 65/11 67/10 68/15 69/5 76/18 77/3 78/13 79/19 80/7 81/12 81/15 82/25 83/4 83/14 84/8 84/13 84/24 85/1 85/3 85/24 87/25 88/11 88/12 88/22 89/8 91/2 91/21 92/8 92/21 92/24 93/8 93/24 94/3 94/13 96/10 98/7 98/19 99/1
can't **[9]** 33/13 37/3 46/9 58/21 78/17 82/5 83/5 89/24 92/9
cannot **[1]** 44/18
cap **[1]** 83/19
capacity **[2]** 18/3 41/6
Capitol **[15]** 25/8 38/1 38/19 39/25 40/2 43/21 43/22 44/8 46/3 46/12 62/14 62/16 70/17

73/20 83/18
captions **[1]** 40/16
capturing **[1]** 25/15
Caroline **[1]** 30/12
case **[18]** 5/3 5/18 17/11 19/7 19/16 19/17 38/22 39/13 40/9 41/8 41/11 41/18 41/21 42/4 42/5 44/23 46/15 52/4
Case 21-537 **[1]** 5/3
cases **[7]** 39/14 39/18 39/19 39/23 39/24 69/24 70/1
categories **[1]** 70/10
category **[2]** 71/1 71/14
CCTV **[3]** 39/25 40/2 70/17
cell **[4]** 8/11 16/9 25/14 39/20
center **[3]** 59/3 60/22 83/19
certain **[3]** 24/3 26/15 75/10
certainly **[1]** 16/23
certainty **[1]** 83/5
certify **[1]** 101/3
chain **[1]** 71/9
changed **[2]** 89/9 90/15
changes **[1]** 96/21
CHASE **[1]** 1/7
cheek **[1]** 31/24
Christopher **[1]** 1/17
ciphered **[1]** 19/6
circle **[15]** 14/6 24/15 35/22 42/1 45/3 45/20 46/25 47/24 49/19 55/23 56/17 72/18 75/15 75/19 88/12
circumstance **[1]** 46/8
clarification **[1]** 66/22
cleanest **[1]** 20/23
cleans **[1]** 23/2
clear **[1]** 10/3
client **[3]** 5/18 5/18 17/22
clients **[1]** 20/4
clip **[35]** 18/20 32/23 33/7 41/16 41/16 56/24 57/11 57/24 58/1 60/22 60/25 61/4 61/12 61/14 64/7 64/12 67/5 76/16 76/25 84/3 84/10 84/11 88/19 89/3 89/8 89/24 92/8 92/14 92/21 97/14 97/17 98/7 98/18 99/1 99/19
clips **[10]** 13/9 18/13 18/15 20/12 20/25 21/4 32/10 70/6 80/14 80/14
close **[2]** 18/14 72/12
closed **[1]** 66/2
closer **[2]** 57/7 90/6
closest **[2]** 57/5 58/19
clothing **[1]** 88/4
co **[1]** 55/6
co-counsel **[1]** 55/6
coat **[1]** 85/5
COBB **[1]** 1/11

colleague **[1]** 42/14
colleagues **[3]** 25/6 46/17 46/22
collectively **[1]** 91/18
COLUMBIA **[1]** 1/1
come **[9]** 5/25 18/21 21/13 31/25 36/23 50/14 50/16 56/21 75/13
coming **[4]** 5/13 17/21 38/24 38/25
communications **[1]** 38/18
complained **[1]** 38/8
completely **[2]** 7/12 32/3
completeness **[2]** 21/11 31/4
complicate **[1]** 34/18
computer **[2]** 2/24 94/9
computer-aided **[1]** 2/24
Con't **[1]** 3/4
concern **[1]** 20/22
conduct **[1]** 17/23
conference **[5]** 74/20 74/21 74/23 75/1 75/11 44/23 76/13
confirm **[4]** 6/21 20/17 44/23 76/13
confusing **[1]** 57/10
conjecture **[1]** 44/14
connect **[1]** 36/7
connection **[1]** 39/13
consciousness **[4]** 36/19 36/20 36/22 37/1
consider **[1]** 18/7
considerable **[1]** 53/22
considered **[1]** 17/13
considering **[1]** 20/18
conspiracy **[1]** 19/16
Constitution **[1]** 2/21
consult **[1]** 55/6
Cont'd **[1]** 6/7
content **[1]** 10/18
contents **[2]** 20/6 39/8 42/15
continue **[9]** 7/16 19/10 21/7 21/9 60/18 61/4 65/20 78/14 78/23
CONTINUED **[2]** 2/1 4/1
control **[2]** 5/21 54/23
conversation **[1]** 75/12
conversations **[1]** 17/21
Cop **[2]** 26/5 26/7
copious **[1]** 33/21
corner **[3]** 67/23 71/15 97/21
correct **[179]** 6/21 7/1 8/18 10/6 13/6 14/4 19/3 21/13 22/13 23/15 25/10 26/15 28/15 28/17 31/25 40/17 50/3 50/4 50/25 51/3 56/7 56/9 56/15 56/19 57/13 58/1 59/11 59/12 59/15

59/23 60/8 60/11 61/4 62/4 62/24 63/8 64/13 65/20 67/1 67/16 69/7 70/24 73/2 74/24 83/5 83/8 94/9 95/18 97/14 97/16 99/6 99/15
couldn't **[14]** 7/24 12/22 14/1 15/2 16/5 23/10 24/3 24/6 36/21 47/11 71/8 71/19 71/25 72/1
counsel **[10]** 5/4 17/24 18/19 19/13 20/4 20/20 21/3 52/23 55/6 72/9
counsel's **[3]** 18/22 20/22 96/3
count **[1]** 68/17
counter **[1]** 81/2
couple **[3]** 14/8 39/4 50/25
course **[2]** 40/4 40/25
court **[16]** 1/1 2/20 7/2 8/19 17/14 18/8 19/3 33/7 38/24 38/25 39/1 47/4 52/14 70/8 96/1 101/9
Court's **[6]** 5/14 16/23 32/6 35/8 72/22 94/11
Courthouse **[1]** 1/18
courtroom **[1]** 5/17
crawled **[1]** 37/2
criminal **[2]** 1/2 5/3
crooked **[1]** 81/15
cross **[18]** 5/6 6/7 17/25 36/1 36/3 55/5 55/11 55/19 56/12 60/13 68/23 69/19 72/24 73/1 95/22 96/4 96/7 96/15
cross-examination **[17]** 5/6 6/7 17/25 36/1 36/3 55/5 55/11 55/19 56/12 60/13 68/23 69/19 72/24 73/1 95/22 96/4 96/15
crowd **[11]** 14/21 15/18 22/6 23/8 23/23 28/12 29/13 31/20 76/3 78/5 78/19
crowds **[1]** 75/16
crush **[1]** 49/11
Cruz **[35]** 8/17 9/13 9/22 11/17 12/2 12/3 42/8 51/9 54/20 54/22 55/3 63/15 63/22 66/4 66/6 66/18 66/19 66/24 77/11 77/22 79/5 83/15 85/4 85/24 86/3 86/15 86/23 87/25 89/9 90/16 91/9 95/8 95/8 98/24 98/25
Cruz's **[1]** 83/22
Cts **[1]** 2/21
Curcio **[1]** 74/22
current **[1]** 41/1
cut **[1]** 13/21

**D**

**David [1]** 8/17
**Davidson [1]** 68/13
**day [22]** 1/10 6/10 11/4
12/24 15/3 15/24 17/4
18/14 24/15 24/19 27/6
35/22 37/15 42/12
43/10 50/1 50/1 63/3
67/13 69/20 72/4 73/11
**day's [1]** 73/16
**days [2]** 5/20 41/14
**DC [6]** 1/8 1/16 2/3 2/6
2/15 2/22
**dcd.uscourts.gov [1]**
2/22
**deep [1]** 41/2
**deescalate [1]** 51/8
**defendant's [1]** 39/20
**defendants [5]** 1/8 5/4
19/18 81/25 82/20
**defense [25]** 3/2 3/11
17/11 20/20 21/3 22/24
34/1 52/8 52/9 52/17
52/23 52/25 82/2 82/21
84/6 85/15 86/13 87/18
89/6 89/22 90/13 90/25
92/6 92/19 93/22
**defensive [1]** 45/21
**define [2]** 37/8 44/15
**defined [1]** 64/24
**definitely [2]** 74/25
91/9
**Deft [5]** 2/2 2/5 2/8 2/11
2/14
**degree [4]** 79/14 83/2
86/19 91/22
**deliberating [1]** 18/6
**delivered [1]** 53/22
**demonstrative [1]** 18/2
**depending [1]** 46/9
**depends [1]** 46/8
**depict [1]** 31/13
**depicted [4]** 10/6 10/8
14/5 21/17
**depicting [1]** 34/12
**depiction [4]** 6/22
15/23 24/15 24/18
**derived [1]** 82/18
**describe [2]** 8/19 27/8
**described [1]** 86/17
**descriptor [1]** 54/3
**determine [1]** 33/22
**DG1 [3]** 3/14 52/10
52/25
**did [47]** 5/14 9/17
12/25 20/16 25/5 27/25
28/19 35/22 35/23
36/23 37/1 37/5 38/7
38/15 38/25 39/7 39/13
39/23 40/20 41/11
41/18 41/19 41/20
41/24 42/2 42/7 45/1
45/12 45/24 45/24
46/15 46/15 46/16
46/17 46/18 46/16
46/19 49/25 50/23 51/5
51/11 51/15 51/16
52/12 69/23 72/10

**didn't [8]** 19/1 37/4
38/17 42/23 42/25
45/15 46/22 51/13
**Diego [1]** 1/22
**different [9]** 19/21
39/16 39/18 40/15
42/15 43/11 47/12
70/10 78/5
**diffuse [3]** 46/7 46/9
46/13
**direct [21]** 30/25 43/2
45/3 67/21 68/22 69/18
70/23 73/18 73/23
75/14 76/9 83/25 85/9
86/8 87/14 89/18 90/9
90/19 91/25 92/13
93/15
**directed [1]** 54/15
**direction [2]** 85/4 96/7
**directly [2]** 11/20 96/9
**disagree [1]** 35/18
**discovery [1]** 52/4
**discrete [3]** 17/1 20/19
20/21
**discuss [2]** 65/14
100/13
**discussed [1]** 70/10
**discussing [1]** 53/15
**discussion [2]** 48/8
97/2
**disentangle [1]** 95/11
**disperse [1]** 22/6
**displayed [1]** 7/13
**displaying [1]** 7/11
**DISTRICT [4]** 1/1 1/1
1/11 2/21
**do [118]**
**document [1]** 35/11
**does [13]** 8/21 17/5
19/17 25/24 35/16
41/15 43/7 48/7 48/18
48/20 48/22 50/20
86/25
**doesn't [3]** 46/3 48/6
52/6
**doing [5]** 20/4 30/15
48/18 48/23 76/18
**DOJ [1]** 1/21
**don't [52]** 9/19 9/20
10/17 10/20 10/21
13/21 13/24 16/22
18/22 25/1 27/23 28/17
28/17 31/22 35/15
35/20 36/20 36/21 37/2
37/24 39/18 39/22
40/11 40/13 40/14
40/19 40/22 40/24 41/8
41/9 41/13 46/18 46/19
47/11 51/13 51/17
53/21 54/8 64/8 64/9
74/4 74/15 74/17 75/8
75/12 82/5 88/15 88/16
88/18 91/13 96/2
100/13
**done [3]** 7/9 55/9
100/12
**down [19]** 19/6 23/19

25/6 27/7 28/9 30/11
36/23 36/24 50/16 54/2
54/3 54/5 54/9 56/21
61/1 66/1 75/15 83/1
83/1
**dozens [1]** 29/7
**DR1 [2]** 3/15 82/2
**DR1.10 [2]** 3/24 90/25
**DR1.11 [2]** 3/25 92/6
**DR1.12 [2]** 4/2 92/19
**DR1.13 [2]** 4/3 93/22
**DR1.2 [2]** 3/16 82/21
**DR1.3 [2]** 3/17 84/6
**DR1.4 [2]** 3/18 85/15
**DR1.5 [2]** 3/19 86/13
**DR1.6 [2]** 3/20 87/18
**DR1.7 [2]** 3/21 89/6
**DR1.8 [2]** 3/22 89/22
**DR1.9 [2]** 3/23 90/13
**draw [1]** 7/18
**drawn [1]** 11/19
**dressed [1]** 90/5
**drive [1]** 51/10
**driven [1]** 27/16
**DS1 [5]** 3/13 33/2 33/4
34/1 34/2
**ducking [1]** 66/1
**during [9]** 20/13 36/8
36/12 52/4 56/12 70/6
72/17 75/10 95/14
**duties [2]** 40/4 40/25

**E**

**each [4]** 39/8 73/20
73/24 74/2
**earlier [3]** 10/11 74/10
74/16
**early [3]** 41/13 44/23
73/15
**easiest [1]** 18/10
**eastern [1]** 25/23
**EDVA [1]** 2/9
**Edwards [4]** 12/5
30/12 42/10 76/1
**efficient [1]** 18/6 18/16
**effort [1]** 51/7
**eight [2]** 10/8 68/17
**eight seconds [1]** 10/8
**either [6]** 22/12 31/20
36/23 46/17 85/21 88/4
**elapsed [1]** 77/15
**elements [1]** 71/22
**Eleven [1]** 68/21
**else [4]** 41/20 42/12
49/3 69/16
**end [3]** 17/3 18/13 55/4
**ended [1]** 33/3
**enforcement [1]** 40/4
**ensure [1]** 37/16
**entered [1]** 19/2
**enters [1]** 18/3
**entire [9]** 16/21 16/23
32/13 32/14 33/21
78/13 78/22 81/5 92/22
**entirety [1]** 18/24 33/5
33/6
**entitled [1]** 101/5
**erase [1]** 50/23

**essentially [1]** 20/15
**establish [1]** 17/24
**estimate [2]** 73/19 74/2
**estimated [2]** 73/24
75/11
**et [1]** 5/4
**even [6]** 10/20 13/12
18/13 48/12 87/22 92/9
**events [16]** 24/15
24/18 36/8 36/12 37/15
38/3 41/12 41/18 41/25
42/25 45/2 51/21 53/25
71/9 72/14 73/16
**ever [4]** 39/23 39/23
40/20 88/16
**every [5]** 17/1 17/6
18/11 42/22 71/8
**everyone [2]** 5/5 49/3
**everything [2]** 37/17
71/19
**evidence [33]** 17/12
17/12 17/22 18/3 18/12
18/12 18/14 20/3 20/12
22/16 22/25 25/19
25/20 32/8 34/1 42/16
43/6 52/25 80/19 82/2
82/21 84/2 84/6 85/15
86/13 87/18 89/6 89/22
90/13 90/25 92/6 92/19
93/22
**exactly [2]** 10/12 10/18
**examination [25]** 5/6
6/7 17/25 36/1 36/3
43/2 45/3 55/5 55/11
55/19 56/12 60/13
67/21 68/22 68/23
69/19 70/23 72/24 73/1
73/18 73/23 95/22 96/4
96/12 96/15
**example [1]** 39/21
**excerpted [1]** 15/11
**excuse [1]** 49/9
**exhibit [75]** 5/9 5/10
5/14 6/14 6/16 7/1 9/25
11/11 11/14 13/5 16/3
18/2 18/19 19/4 19/5
19/16 21/10 21/17
22/14 22/24 23/3 24/9
24/11 25/17 25/20
30/24 31/4 32/25 33/3
33/14 34/1 34/3 48/5
50/6 52/1 52/9 52/17
52/25 59/12 59/20 62/5
63/7 69/5 71/11 76/10
80/18 82/2 82/13 82/21
84/6 84/12 85/13 85/15
86/11 86/13 87/16
87/18 88/9 89/4 89/6
89/20 89/22 90/11
90/13 90/21 90/25 92/1
92/6 92/15 92/19 93/18
93/22 94/8 94/17 97/5
**Exhibit 1 [1]** 52/17
**Exhibit 302 [7]** 6/16 7/1
9/25 11/11 11/14 63/7
71/11
**Exhibit 305 [3]** 13/5
16/3 21/17

**Exhibit 306 [4]** 22/14
23/3 24/9 24/11
**Exhibit 308 [18]** 76/10
80/18 82/13 84/12
85/13 86/11 87/16 88/9
89/4 89/20 90/11 90/21
92/1 92/15 93/18 94/8
94/17 97/5
**Exhibit 308B [1]** 25/17
**Exhibit 309 [3]** 25/20
30/24 59/12
**Exhibit 310 [2]** 5/10
62/5
**Exhibit 311 [2]** 5/14
31/4
**Exhibit 331 [1]** 48/5
**Exhibit 332 [1]** 50/6
**EXHIBITS [2]** 3/11 4/1
**expect [1]** 72/14
**expert [1]** 41/4
**explore [1]** 6/25
**extended [6]** 81/7 83/1
83/22 85/1 85/3 86/5
**extent [1]** 19/22
**eye [1]** 47/13

**F**

**face [3]** 51/7 51/11
89/24
**faces [1]** 75/5
**facing [2]** 58/8 62/14
63/3 63/5
**fact [15]** 12/15 12/23
20/6 23/10 24/4 24/17
26/2 26/16 31/23 35/21
36/18 57/23 61/25
71/12 71/23
**fair [7]** 6/22 15/23
24/14 24/18 43/3 44/18
64/17
**fairly [2]** 50/3 51/25
**fake [1]** 41/2
**family [1]** 41/16
**far [5]** 21/1 21/4 48/25
50/14 79/14
**farthest [1]** 57/6
**fast [2]** 54/6 54/10
**fatigues [1]** 61/16
**FBI [3]** 35/13 35/21
44/24
**February [4]** 73/15
74/13 74/14 75/4
**February 8 [1]** 74/14
**federal [2]** 1/18 70/4
**Feitel [3]** 2/5 2/5 48/8
**fell [1]** 36/23
**fellow [1]** 38/12
**felt [1]** 38/17
**fence [31]** 56/25 57/2
57/2 59/7 59/21 60/22
62/12 62/14 62/16 63/3
63/3 63/5 64/4 66/3
66/9 66/12 66/18 67/12
86/19 97/8 97/11 97/22
98/5 98/14 98/16 98/17
98/21 98/22 99/11
99/21 100/3
**fences [2]** 47/10 66/7

**F**

**fencing [9]** 9/6 27/3 27/9 27/14 27/14 27/19 47/8 64/18 65/2

**fresh [1]** 72/14

**front [10]** 1/22 11/7 11/20 53/10 58/15 58/18 58/20 62/1 65/2 65/4

**further [8]** 35/24 63/6 72/23 75/19 95/21 98/2 98/8 100/7

**Fifth [1]** 2/3

**figure [1]** 33/7

**filed [1]** 38/3

**fine [5]** 17/9 17/12 37/18 55/17 100/11

**finger [1]** 7/18

**first [8]** 26/19 39/7 46/6 46/13 62/18 68/2 85/22 94/2

**firsthand [1]** 13/1

**fist [6]** 8/23 9/3 9/13 88/14 88/16 94/22

**fists [1]** 49/12

**five [4]** 17/6 18/11 46/21 46/24

**five seconds [2]** 17/6 18/11

**flag [1]** 24/24

**flight [1]** 36/24

**flood [1]** 75/15

**Floor [1]** 1/19

**flush [3]** 57/15 57/21 58/11

**flying [1]** 54/3

**focus [2]** 45/18 82/24

**focusing [3]** 78/9 81/4 92/22

**foggy [3]** 69/19 73/11 73/16

**fold [1]** 47/19

**folks [1]** 14/8

**follow [1]** 52/11

**followed [1]** 52/2

**foot [4]** 84/13 84/15 84/24 85/21

**footage [2]** 19/11 70/17

**force [9]** 46/3 46/6 46/12 49/9 49/13 49/18 53/22 67/9 67/12

**forefront [1]** 68/18

**foregoing [1]** 101/3

**foreground [4]** 8/5 28/5 68/5 68/10

**formed [1]** 29/24

**forth [1]** 64/5

**forward [16]** 30/10 78/14 78/20 80/9 87/6 91/7 91/19 93/8 97/23 98/16 98/17 98/21 98/24 99/21 99/23 99/25

**Foster [1]** 1/21

**found [1]** 40/18

**foundation [1]** 17/25

**four [3]** 77/15 95/14 100/9

**four minutes [1]** 100/9

**four seconds [1]** 95/14

**FPD [1]** 2/9

**FPD-EDVA [1]** 2/9

**fraction [1]** 87/22

**frame [2]** 13/9 83/19

**framework [1]** 19/22

**Franklin [1]** 6/15 31/5

**G**

**gain [1]** 54/23

**gas [2]** 36/12 36/16

**gear [2]** 38/9 38/11

**general [2]** 71/9 71/12

**gentleman [7]** 9/15 31/11 31/20 34/13 34/20 35/1 35/5

**gestures [1]** 8/18

**get [9]** 5/14 5/22 17/11 19/12 52/6 55/2 55/17 65/9 82/5

**gets [1]** 63/6

**getting [4]** 5/17 50/2 58/10 62/18

**give [4]** 19/3 33/1 36/7 52/8

**given [2]** 19/15 20/22

**glove [4]** 81/12 83/7 83/9 93/12

**go [24]** 7/14 14/8 16/14 23/6 25/22 56/7 57/2 57/11 58/23 59/11 59/12 61/6 61/7 62/16 67/16 69/7 76/16 76/21 82/6 93/8 94/7 96/10 98/7 99/1

**gods [1]** 6/13

**goes [2]** 17/25 98/16

**going [55]** 5/20 6/16 8/15 8/18 11/12 17/6 18/7 18/8 18/15 18/18 18/23 19/12 20/10 20/10 20/14 20/15 28/9 29/2 29/3 29/6 30/1 30/2 30/2 30/14 34/17 48/4 50/7 52/5 52/11 52/20 54/6 54/12 55/8 55/12 61/1 62/18 72/9 75/14 75/16 76/9 76/16 76/20 76/24 78/22 80/4 80/14 82/5 82/7 82/24 83/25 85/9 87/10 94/19 96/20 100/8

**good [11]** 5/5 6/1 6/9 36/5 36/6 55/21 55/22 65/10 73/8 73/9 73/25

**got [13]** 19/5 19/8 25/25 41/16 76/3 76/10 76/13 76/14 79/8 81/12 92/10 92/25 94/16

**government [28]** 6/18 17/21 18/21 19/2 19/7 19/24 20/3 20/16 20/19 21/1 25/17 32/10 32/24 40/23 41/11 43/2 45/8 45/12 52/2 52/5 52/21 69/24 73/19 74/1 74/7

**Government's [42]** 3/12 5/10 6/16 7/1 9/24 11/10 11/14 13/5 16/2 21/17 22/14 23/3 24/9 24/11 25/17 25/20 26/20 30/24 34/3 48/5 50/6 59/11 62/4 63/7 71/11 76/10 80/18 82/13 84/11 85/13 86/11 87/16 89/4 89/20 90/11 90/20 92/1 92/14 93/18 94/7 94/17 97/4

**grabbed [3]** 49/10 88/4 90/6

**grabbing [1]** 64/6

**graciously [1]** 41/20

**GRANT [5]** 1/6 2/5 36/2 52/9 52/16

**grass [1]** 7/5

**gratuitous [1]** 54/18

**gray [3]** 77/10 80/8 82/25

**great [2]** 5/12 48/11

**green [8]** 27/14 27/15 27/17 47/8 48/15 60/2 64/18 65/2

**gripping [2]** 61/25 90/1

**ground [8]** 27/10 27/16 79/15 84/13 84/18 84/24 85/19 85/21

**grounds [4]** 19/2 43/21 43/22 56/4

**guess [7]** 10/14 17/8 18/5 44/16 67/23 73/25 83/5

**guessing [1]** 18/22

**gun [2]** 22/7 22/9

**guy [1]** 53/22

**guys [1]** 66/12

**H**

**had [28]** 17/19 18/19 31/20 31/24 31/25 32/24 35/11 36/14 37/7 37/9 37/12 38/8 38/15 40/22 41/13 41/15 43/18 45/16 46/1 49/17 56/21 59/20 71/9 74/6 74/13 75/19 75/23 93/3

**hair [1]** 79/12

**half [4]** 13/6 29/3 30/1 94/20

**Halim [1]** 2/11

**hand [35]** 8/18 10/7 12/7 12/15 14/24 21/25 50/14 60/25 67/24 68/17 80/11 80/11 83/4 83/5 83/6 83/7 83/9 90/1 90/3 92/10 92/23 92/24 92/25 93/3 93/5 93/9 94/25 95/4 97/21 98/23 99/4 99/4 99/19 99/22 99/25

**handful [1]** 88/8

**hands [17]** 12/6 61/23 78/8 80/10 85/24 87/10 88/9 88/10 88/14 88/16

**happen [2]** 13/12 51/15

**happened [6]** 29/10 41/8 43/14 49/19 71/12 96/17

**happening [8]** 12/19 15/9 16/12 25/10 27/8 62/10 71/20 72/1

**happens [3]** 5/21 28/2 47/16

**hard [3]** 38/9 38/11 79/19

**Harley [1]** 68/13

**has [19]** 12/6 16/18 17/13 21/4 46/3 61/23 65/2 76/9 77/2 78/8 81/12 84/15 89/8 90/15 91/3 91/9 95/7 95/8 99/3

**hat [22]** 7/22 8/8 9/15 9/16 10/5 10/23 10/25 11/6 11/25 30/3 31/11 34/13 34/20 34/21 35/5 45/18 61/16 77/10 80/8 82/25 97/24 98/1

**have [82]** 5/17 7/8 10/11 10/12 10/17 11/25 12/18 13/19 13/21 14/8 14/20 18/1 19/6 19/19 20/11 20/15 20/25 21/20 22/3 23/18 23/22 25/9 27/5 31/25 32/12 33/20 33/22 37/6 37/7 37/9 37/12 37/14 37/19 38/15 38/17 40/6 40/17 41/6 42/3 44/20 45/24 49/25 50/3 50/4 51/18 51/20 52/6 54/8 55/2 55/4 55/16 61/7 64/8 64/18 65/14 71/11 72/3 72/6 73/2 74/24 76/20 77/6 80/9 80/11 80/11 80/20 82/7 85/9 88/4 88/11 92/22 94/9 94/22 95/18 95/21 96/3 96/6 96/23 96/25 99/22 99/24 100/5

**having [5]** 33/7 33/7 74/17 74/21 75/12

**he [47]** 7/24 8/21 9/17 12/2 12/6 17/1 17/6 30/11 30/16 31/22 31/23 31/24 34/25 48/18 50/20 50/21 51/9 51/11 51/16 51/18 53/17 53/18 53/19 53/20 53/20 53/24 54/1 54/2 54/3 54/5 54/6 54/9 54/12 54/12 54/16 54/23 54/24 74/6 74/24 75/6 93/3 95/7 98/4 98/13 98/15 98/21 99/22

**he's [17]** 5/13 8/23 9/3 11/7 12/4 17/6 30/15 30/19 30/21 48/20 81/12 91/6 92/10 92/25

**head [10]** 48/21 66/23 90/2 91/6 91/6 92/10 92/25 93/3 93/6 93/9

**headache [1]** 37/10

**headed [1]** 25/8

**hear [2]** 33/13 72/1

**heard [1]** 41/4

**Hearing [1]** 52/24

**height [1]** 83/12

**helmet [3]** 14/23 15/3 28/5

**helmets [1]** 38/11

**help [2]** 52/13 54/19

**her [7]** 5/18 5/19 5/20 8/9 12/6 30/16 60/5

**here [56]** 6/9 7/1 7/8 8/2 8/8 8/16 8/18 10/23 11/1 11/15 11/21 11/25 12/7 12/15 13/9 14/5 14/6 14/9 14/21 14/23 15/6 15/18 16/2 16/12 18/16 21/17 21/23 23/7 23/8 23/19 24/17 24/21 26/21 26/25 27/8 27/17 28/5 28/11 29/6 29/13 35/5 36/7 42/15 47/4 50/12 60/14 63/10 65/11 67/19 75/9 79/2 79/18 86/15 92/10 93/24 99/3

**Here's [1]** 20/10

**him [20]** 10/24 11/3 11/4 11/5 11/9 11/20 24/24 28/24 54/14 51/7 53/7 55/3 61/18 61/25 62/1 85/1 91/9 92/10 95/8 99/22

**hinge [1]** 47/13

**his [67]** 8/18 8/23 9/3 9/13 9/16 9/16 9/22 12/6 19/16 20/4 20/6 22/12 28/7 31/13 31/24 48/19 48/21 48/22 53/24 66/23 73/8 80/9 80/9 80/10 80/11 80/12 81/7 82/25 83/6 84/13 84/15 84/15 84/20 84/22 84/24 85/1 85/3 85/4 85/7 85/7 85/18 85/21 85/24 88/18 88/14 88/16 91/3 91/6 91/6 92/10 92/10 92/10 92/23 92/25 92/25 93/3 93/3 93/5 93/5 93/8 93/8 93/9 94/25 95/14 97/11 97/22 98/5 98/23 100/2

**hit [2]** 50/2 58/21

**hits [1]** 53/18

**hold [2]** 31/8 91/9

**holding [11]** 8/11 8/23 9/3 9/22 12/2 12/4 22/1 24/24 25/14 31/14 66/12

**holds [1]** 9/13

**Honor [50]** 5/2 5/7 5/16 6/6 7/7 9/20 16/16 17/8 17/16 18/17 19/21 21/22

**H**

Honor... **[38]** 21/6 22/18 32/19 33/24 35/24 51/20 52/1 52/3 52/16 52/22 53/1 55/7 65/18 72/23 73/3 73/4 80/21 81/21 81/24 82/15 82/17 82/22 86/9 87/15 89/2 89/19 90/23 92/2 92/5 93/19 95/19 95/23 95/25 96/1 96/25 100/5 100/7 100/11
Honor's **[1]** 51/24
HONORABLE **[1]** 1/11
hood **[1]** 28/7
hook **[1]** 47/13
hour **[2]** 18/9 19/5
hour-long **[2]** 18/9 19/5
how **[25]** 8/2 8/8 11/3 13/14 14/12 14/16 15/6 24/24 25/25 27/25 37/23 39/3 39/5 39/10 39/16 40/13 40/18 43/18 44/10 50/23 51/7 53/20 68/16 70/24 96/2
however **[1]** 74/1
huddle **[1]** 79/19
huge **[1]** 78/19
huh **[1]** 6/10
hundred **[1]** 28/11
hundreds **[2]** 23/22 29/13
Hutton **[1]** 1/14

**I**

I'd **[7]** 13/8 26/19 30/25 31/3 50/5 80/13 89/1
I'll **[11]** 5/22 14/6 16/2 48/4 50/8 52/9 55/4 88/7 88/12 93/3 94/19
I'm **[82]** 5/21 5/21 6/16 7/4 7/7 7/20 8/15 8/18 9/18 11/12 14/6 14/23 16/25 18/5 18/6 18/7 18/8 18/10 18/14 18/15 18/22 22/2 22/3 23/5 25/5 28/4 28/9 29/2 29/2 29/6 30/1 30/1 30/2 30/14 31/6 33/18 34/8 34/17 34/18 37/22 38/22 41/4 44/12 50/7 50/23 52/5 52/11 52/20 53/9 55/9 56/8 56/19 58/7 61/6 63/5 63/14 64/20 65/4 67/6 67/13 69/1 69/4 69/10 69/23 74/9 74/9 74/15 74/18 74/24 75/4 75/14 76/16 76/24 77/2 79/12 80/14 83/25 85/9 94/10 96/6 96/20 97/16
I've **[14]** 11/4 11/19 14/11 21/12 39/17 41/4 43/20 76/10 76/13 76/14 78/12 86/16 94/16 94/16
idea **[14]** 10/12 12/10 13/19 13/21 15/9 24/9

25/23 26/7 28/2 40/6 55/2 55/4 71/9 71/12
identification **[1]** 80/20
identified **[2]** 49/3 71/22
identify **[6]** 9/15 10/6 12/1 30/6 32/16 33/4
image **[6]** 67/21 81/10 86/2 87/23 93/2 97/4
images **[1]** 88/24
immediately **[3]** 34/14 39/7 48/22
impeachment **[2]** 19/25 20/5
Inaudible **[1]** 33/12
inauguration **[1]** 43/11
incident **[2]** 21/20 31/19
inclined **[2]** 66/19 66/23
include **[1]** 42/8
included **[1]** 76/1
including **[1]** 29/15
independent **[5]** 21/20 26/2 39/12 41/10 42/25
independently **[1]** 10/17
Indian **[1]** 2/12
indicated **[2]** 14/11 83/17
indicating **[1]** 14/24
indicia **[1]** 40/3
individual **[64]** 7/22 8/2 9/1 9/4 9/14 9/23 10/5 10/7 10/23 11/1 11/5 11/22 11/25 12/7 16/13 21/18 24/21 24/24 25/14 28/5 28/7 28/19 28/20 30/3 30/4 30/6 30/10 35/6 45/18 54/19 54/23 54/24 76/25 77/9 78/5 78/8 79/3 80/8 81/4 82/24 83/10 84/12 85/5 85/17 85/25 86/15 86/23 87/1 87/11 87/25 88/5 89/9 89/12 89/14 89/16 90/2 90/5 90/7 90/16 91/2 92/8 92/21 94/21 98/24
individual's **[2]** 81/15 88/9
individually **[1]** 91/18
individuals **[16]** 15/13 15/18 16/3 16/5 16/9 23/8 23/23 23/25 24/3 25/1 25/12 26/13 26/16 28/11 44/11 49/17
indulgence **[5]** 16/23 32/7 35/8 72/22 94/11
informal **[1]** 17/20
inhalation **[1]** 37/17
initially **[4]** 32/8 32/9 79/3 98/13
injured **[1]** 36/8
injuries **[1]** 37/5
Inside **[1]** 32/21
instance **[4]** 19/2 46/13 49/15 71/11

insufficient **[1]** 98/6
interfering **[1]** 54/25
interlocked **[4]** 77/23 79/5 86/16 88/2
interrupt **[2]** 7/8 9/18
interruption **[2]** 7/9 7/15
intervening **[2]** 23/18 23/19
interview **[4]** 72/10 72/17 74/12 74/17
interviewed **[1]** 44/24
introduced **[1]** 42/16
introducing **[1]** 19/23
involve **[1]** 41/18
involved **[6]** 11/21 12/19 41/20 53/25 69/3 69/13
Inwards **[1]** 47/21
irrelevant **[1]** 17/23
is **[202]**
isn't **[2]** 76/4 98/12
issue **[2]** 20/14 20/23
issues **[1]** 19/13
it **[177]**
it's **[43]** 6/10 7/14 7/14 8/17 9/12 13/14 13/22 16/18 17/18 19/17 19/24 20/5 20/9 22/2 22/5 23/5 27/12 27/23 29/21 33/25 34/4 40/3 46/14 48/4 51/24 52/24 56/2 56/20 64/11 64/22 66/19 68/20 75/4 77/10 79/19 82/1 82/20 83/1 84/4 85/14 85/22 96/9 96/9
its **[5]** 18/3 18/24 33/5 33/6 92/2
itself **[1]** 20/9

**J**

jacket **[33]** 9/16 11/6 28/20 35/1 45/19 48/16 68/8 77/2 77/10 77/23 78/6 78/9 79/3 80/9 81/5 82/25 84/12 85/18 86/16 86/23 87/11 88/1 88/5 88/10 89/10 89/16 90/2 90/7 91/3 92/9 94/22 97/7 99/13
jail **[1]** 5/19
JAMES **[1]** 1/6
January **[23]** 7/25 15/3 16/6 19/11 23/11 24/1 24/4 25/1 26/16 35/14 35/16 35/19 36/9 37/7 37/14 38/3 45/20 47/7 47/23 49/8 71/23 72/10 72/12
January 25th **[1]** 35/14
January 25th of **[1]** 72/10
January 6th **[17]** 7/25 15/3 16/6 19/11 23/11 24/1 24/4 25/1 26/16 36/9 37/7 37/14 38/3 47/7 47/23 71/23 72/12

January 6th at **[1]** 45/20
January 8th **[1]** 49/8
JASON **[1]** 1/7
jean **[3]** 11/6 45/19 68/8
jeans **[19]** 77/2 77/10 81/5 84/13 85/18 86/16 86/24 87/11 88/1 88/5 88/10 89/10 89/16 90/7 91/3 92/9 93/25 94/3 94/22
Jefferson **[2]** 26/22 26/23
JIA **[1]** 1/11
Johns **[5]** 2/20 2/22 101/3 101/8 101/9
JOHNSON **[5]** 1/6 2/8 17/19 55/11 96/2
Joseph **[1]** 1/14
JUDGE **[3]** 1/11 5/17 5/23
jumbled **[1]** 20/15
jump **[1]** 13/9
jumped **[2]** 27/25 99/13
jumping **[3]** 13/14 15/7 97/7
just **[60]** 5/22 6/1 6/25 7/10 7/21 8/5 8/18 9/12 10/14 11/12 11/19 13/6 16/18 17/4 17/13 18/10 18/15 20/11 23/15 27/25 29/10 30/14 31/5 31/19 32/16 33/23 34/4 34/5 39/25 40/1 41/24 44/23 50/8 50/25 52/18 54/21 55/2 55/6 58/10 62/5 67/19 69/5 73/2 75/6 76/4 78/12 80/1 80/4 80/17 82/13 83/17 83/18 86/2 87/9 87/9 87/22 94/9 95/18 96/9 96/14

**K**

keep **[5]** 63/17 63/25 64/13 65/8 77/18
kind **[3]** 38/3 54/18 66/1
King **[1]** 2/9
knee **[2]** 81/16 84/22
knew **[1]** 39/25
knocked **[1]** 37/3
know **[49]** 5/21 5/22 6/10 10/13 10/20 13/20 13/24 16/22 18/22 22/5 23/20 27/23 28/17 28/17 31/22 35/15 37/23 37/24 39/18 39/20 39/22 40/11 40/15 40/18 40/22 41/8 43/19 44/10 47/9 47/11 47/12 49/16 50/20 51/13 51/15 51/17 53/20 62/15 65/9 72/6 74/17 78/18 78/22 82/5 91/12 91/13 91/22 95/10 96/2

knowing **[3]** 43/10 43/20 44/20
knowledge **[10]** 12/24 14/20 15/11 24/21 25/12 25/14 26/2 26/11 31/25 43/22
Kotelly **[1]** 5/23
Kotelly's **[1]** 5/17
Kyle **[1]** 1/14

**L**

lack **[1]** 51/25
landmarks **[1]** 43/11
Lane **[1]** 2/12
larger **[1]** 52/3
last **[5]** 72/9 74/9 87/23 96/7 96/10
lastly **[1]** 75/6 93/15
late **[1]** 79/12
later **[5]** 11/24 36/14 50/1 75/13 88/19
Lauren **[1]** 2/8
law **[3]** 2/2 2/5 40/4
lawyers **[2]** 40/3 43/6
layout **[1]** 43/21
leaned **[1]** 80/9
learned **[1]** 35/12
least **[4]** 28/13 79/14 91/14 91/15
left **[53]** 6/12 12/15 12/19 14/12 14/14 14/16 14/18 14/24 26/5 27/22 48/25 49/2 57/23 58/6 58/8 59/5 59/19 60/25 62/15 62/17 62/20 63/5 63/5 66/20 67/6 67/6 67/12 67/13 68/5 68/17 78/23 81/1 83/10 83/14 83/18 83/22 84/13 84/15 85/3 85/7 85/7 85/18 86/2 86/5 92/10 93/3 93/5 94/3 97/21 98/2 98/23 99/19 99/25
left-hand **[6]** 12/15 14/24 60/25 97/21 99/19 99/25
leg **[6]** 81/15 84/20 85/18 93/24 94/2 94/3
legal **[1]** 6/19
length **[1]** 78/23
less **[8]** 19/8 19/8 21/24 22/2 22/4 22/5 22/7 22/9
let **[15]** 5/22 23/2 23/6 23/7 40/25 50/22 51/5 51/21 52/6 57/5 65/9 76/13 88/12 96/8 96/10
Let's **[7]** 16/14 50/22 53/13 58/23 63/7 63/10 65/12
lethal **[6]** 21/24 22/2 22/4 22/6 22/7 22/10
letting **[1]** 5/22
lifted **[1]** 84/20
lifting **[1]** 49/5
light **[1]** 11/20
like **[30]** 6/25 13/8

**L**

like... [28] 13/19 13/22 19/2 26/19 30/25 31/3 44/1 44/14 47/6 50/5 53/6 53/17 53/24 54/6 54/12 54/21 57/24 67/25 71/11 80/13 83/7 83/9 84/15 89/1 92/10 97/24 98/17 99/6
likewise [1] 84/1
limines [1] 17/20
limit [1] 17/10
limited [2] 19/1 19/25
line [9] 29/18 29/24 42/12 48/25 63/20 68/24 68/25 69/1 75/24
list [1] 33/14
lists [2] 19/4 19/5
literally [1] 11/7
little [5] 6/25 27/25 61/7 67/1 98/8
LIVELY [26] 3/3 6/9 10/4 10/5 10/11 12/16 13/8 21/16 31/10 34/11 35/10 36/8 37/25 38/21 45/20 48/15 50/12 52/19 53/4 55/21 59/17 62/9 63/13 66/1 73/8 96/14
LLP [1] 2/14
location [2] 43/20 44/7
locations [2] 44/12 44/13
locked [1] 77/11
logo [1] 26/5
long [7] 17/21 18/9 19/5 19/11 19/14 32/21 50/1
longer [3] 17/10 57/21 67/1
look [11] 18/7 18/15 41/11 41/24 47/6 48/20 48/22 50/5 51/11 60/25 64/21
looked [3] 54/6 54/12 54/21
looking [7] 22/1 26/25 62/15 71/17 77/9 80/8 94/21
looks [8] 53/6 53/17 53/24 83/7 83/9 84/15 92/10 92/22
Los [1] 1/19
lose [1] 37/1
loss [1] 37/19
lost [4] 36/18 36/20 36/21 37/23
lot [8] 38/21 39/17 43/6 47/23 48/1 49/21 70/23 96/14
lower [5] 31/1 31/11 49/16 75/20 83/1
Lowman [6] 50/19 51/5 51/15 79/25 80/1 80/2
LP [1] 2/2
lunch [2] 100/8 100/9
lungs [1] 37/17

**M**

ma'am [6] 6/3 55/24 76/15 77/4 94/23 96/16
made [7] 35/11 40/4 40/11 40/13 40/15 49/8 71/22
make [8] 10/2 17/5 20/23 25/22 33/23 34/5 47/9 57/5
makes [1] 44/17
making [1] 49/13
man [6] 56/21 59/20 60/2 61/16 61/18 62/1 97/7 97/10 97/21 97/22 98/4 98/12 99/13 99/20 99/25 100/2
manage [1] 51/22
manipulated [2] 40/22 41/2
manned [1] 68/3
manner [4] 8/25 9/3 9/13 9/23
many [7] 29/15 39/3 39/5 39/10 39/16 40/13 68/16
mark [31] 7/18 62/6 76/12 76/12 77/7 77/13 78/2 78/12 79/7 79/13 79/18 80/4 80/7 81/2 82/10 84/3 84/11 85/12 86/10 87/13 87/16 89/3 89/20 90/11 90/20 92/1 92/14 93/18 94/17 94/25 95/11
marked [7] 3/12 22/24 52/2 80/18 80/20 82/7 85/10
Markell [2] 26/22 26/23
marker [24] 3/12 9/24 10/6 10/8 10/24 11/10 11/14 11/24 14/11 16/2 16/14 21/17 21/22 22/15 22/24 23/2 23/3 23/13 23/18 26/20 28/4 29/2 30/2 35/3
Marshall [2] 1/14 75/6
mask [7] 11/20 28/23 45/9 77/20 79/9 83/20 86/3
mass [1] 60/14
matched [1] 72/7
matter [2] 51/16 101/5
matters [2] 20/1 41/1
may [9] 5/17 5/22 33/21 73/4 76/16 96/1 96/23 96/25 100/5
maybe [6] 28/14 28/16 36/15 43/6 88/23 91/21
me [43] 5/21 6/13 6/15 7/7 8/7 19/15 20/18 23/2 23/6 23/7 23/15 23/17 31/5 36/7 40/1 40/25 41/13 41/16 44/15 44/17 49/9 50/22 51/5 51/21 52/6 54/8 55/14 56/24 57/5 58/5 58/10 58/20 58/21 64/8 66/3 76/13 77/17 79/23

**M** (cont.)

84/10 88/13 93/2 94/8 98/23
mean [4] 19/17 41/15 43/7 58/10
Meaning [1] 57/18
means [1] 41/1
media [1] 43/12
medical [3] 37/4 37/14 37/16
meet [1] 70/1
meeting [2] 35/21 75/4
meetings [2] 39/17 70/6
melee [1] 76/6
member [1] 41/16
members [1] 21/24
memory [7] 14/9 37/19 37/23 42/25 50/1 69/19 73/11
men [1] 68/5
mens' [1] 61/23
mere [1] 11/24
met [1] 74/1
metal [2] 27/15 27/17
mid [2] 55/13 65/12
mid-morning [1] 55/13 65/12
middle [1] 59/7
might [6] 19/21 22/12 26/9 42/3 49/25 71/14
mind [6] 9/19 9/20 45/6 45/10 45/13 72/15
Minus [1] 47/8
minute [13] 16/17 17/9 23/6 28/4 29/2 30/2 32/23 56/8 60/8 61/14 64/7 79/18 95/11
minutes [6] 16/14 33/17 33/18 33/19 65/13 100/9
Mirabelli [2] 1/14 74/25
mistaken [3] 49/25 50/3 50/4
misunderstood [1] 20/7
mitigated [1] 18/20
model [1] 47/10
moment [13] 6/15 46/25 52/6 58/20 73/2 84/10 87/9 87/10 94/8 94/10 95/18 96/25 100/5
monitors [1] 7/8
months [1] 74/10
Moran [1] 67/2
more [9] 10/25 17/12 19/5 19/8 36/16 58/23 62/24 98/8 99/15
morning [12] 1/10 5/5 6/1 6/9 36/5 36/6 55/13 55/21 55/22 65/12 73/8 73/9
most [3] 18/5 19/6 72/14
motion [1] 88/8
move [17] 18/12 22/15 52/20 78/14 81/21 82/15 84/2 85/11 86/9

84/10 66/13 93/2 94/8 98/23
87/13 89/2 89/19 90/9 90/10 90/22 92/2 92/16 93/19
moved [1] 8/7
movements [1] 97/11
moving [8] 8/6 18/11 18/19 22/14 22/16 52/18 91/7 96/20
MPD [1] 70/13
Mr [1] 6/4
Mr. [24] 6/14 9/18 16/20 17/15 17/19 19/23 20/4 21/4 32/3 34/2 36/2 48/8 48/9 52/11 55/11 60/13 67/2 72/25 74/5 74/25 75/3 75/6 95/22 96/2
Mr. Blythe [1] 95/22
Mr. Brunwin [1] 75/3
Mr. Feitel [1] 48/8
Mr. Grant [1] 36/2
Mr. Johnson [3] 17/19 55/11 96/2
Mr. Marshall [1] 75/6
Mr. Mirabelli [1] 74/25
Mr. Moran [1] 67/2
Mr. Randolph [1] 72/25
Mr. Samsel's [1] 20/4
Mr. Woodward [11] 6/14 9/18 16/20 17/15 19/23 21/4 32/3 34/2 48/9 60/13 74/5
Mr. Woodward's [1] 52/11
Ms [1] 65/9
Ms. [5] 6/15 31/5 55/12 73/10 94/10
Ms. Franklin [3] 6/15 31/5 94/10
Ms. Rosen [2] 55/12 73/10
much [5] 36/15 50/10 55/10 89/8 90/6
multiple [3] 12/1 29/21 30/6
my [23] 5/18 12/24 20/2 20/11 31/7 33/20 37/17 41/24 42/14 43/7 45/18 46/11 46/22 46/22 49/12 55/6 58/8 59/19 76/13 82/6 94/9 98/2 99/24
myself [4] 14/6 43/9 43/9 43/10

**N**

name [3] 8/15 52/9 79/23
navigate [1] 94/8
near [2] 81/13 90/1
necessarily [2] 19/17 78/17
neck [2] 6/10 90/1
need [1] 5/20 17/1 33/1
never [3] 33/3 88/13 95/10
new [1] 32/18
news [3] 11/4 32/21 41/17

next [7] 50/20 59/19 60/2 60/5 61/18 66/4 66/18
nice [1] 52/13
night [1] 72/9
nine [3] 14/11 68/17 68/17
no [107]
none [4] 38/14 46/24 52/24 54/15
normally [1] 56/2
Northwest [1] 2/3
not [75] 7/10 7/11 8/1 10/6 11/9 12/3 12/25 13/10 15/21 16/25 18/7 18/8 18/15 19/16 19/17 19/24 19/25 20/5 20/8 20/9 20/9 21/6 21/8 22/2 22/3 25/19 26/1 28/9 29/20 30/21 32/8 32/14 33/7 33/21 35/22 35/23 37/6 38/8 38/15 40/12 41/4 41/19 41/22 42/2 42/7 43/17 45/1 45/12 45/24 46/15 46/16 46/17 46/21 49/25 50/23 50/23 51/25 52/12 53/9 58/11 65/14 68/15 74/9 75/9 77/2 80/14 84/24 85/18 85/21 88/23 89/8 91/21 97/22 99/19 99/20
note [1] 13/8
notes [1] 33/21
nothing [1] 7/13
notice [1] 45/16
now [68] 7/12 7/14 7/14 8/5 10/23 11/14 16/19 17/18 23/6 24/7 25/5 26/19 28/9 28/19 29/2 29/8 29/23 30/19 30/25 31/19 33/2 40/13 45/20 48/21 50/10 55/14 56/7 58/1 59/11 59/23 60/22 61/12 61/14 62/4 63/3 64/22 68/1 71/25 75/14 76/9 78/5 80/13 82/5 82/7 82/24 82/25 83/25 84/10 85/9 86/8 87/14 88/7 89/1 89/18 90/5 90/19 91/14 92/22 93/8 94/7 94/13 95/7 96/20 97/14 98/7 98/12 99/6 100/10
number [9] 6/19 15/18 33/1 33/14 52/8 68/10 69/24 70/10 70/20
numbers [1] 52/3
numerous [1] 19/5
NW [3] 1/15 2/6 2/21

**O**

oath [2] 6/2 43/8
object [8] 18/4 19/1 19/10 20/19 20/21 21/9 72/18 82/17
objected [2] 17/19

**objected... [1]** 18/24
**objection [24]** 18/1
18/25 19/19 20/17
20/20 21/2 21/3 22/19
22/20 22/21 22/22
32/12 33/9 33/10 33/11
33/20 33/23 52/21
52/22 52/23 81/23
81/24 81/25 82/19
**objections [5]** 18/20
18/21 19/8 21/1 84/2
**objective [1]** 20/5
**objects [2]** 43/23 44/7
**obliged [1]** 51/18
**observe [1]** 30/14
**obtained [1]** 40/23
**obvious [3]** 30/17
30/21 37/9
**obviously [6]** 18/18
56/14 65/24 69/22 70/1
72/12
**occurred [4]** 10/15
15/24 24/15 24/18
**occurring [2]** 10/12
10/18
**occurs [1]** 9/24
**October [2]** 1/5 101/8
**off [16]** 6/12 7/4 7/9
7/12 12/19 12/25 44/12
48/8 50/23 51/10 54/22
55/3 76/11 76/19 96/18
97/2
**offer [1]** 55/8
**offering [1]** 52/13
**Office [5]** 1/15 1/18
1/21 2/5 2/9
**officer [64]** 8/16 8/17
9/12 9/13 9/22 11/17
11/19 11/20 12/2 12/3
12/4 21/25 26/21 28/23
29/11 30/12 35/6 42/8
42/10 50/12 50/18
50/19 51/5 51/9 51/12
51/15 53/15 53/25
60/3 63/15 63/15 63/22
63/22 66/4 66/6 66/18
66/19 66/24 76/1 76/24
77/11 77/22 79/5 79/25
83/14 83/18 83/22 85/4
85/24 86/3 86/15 86/23
87/25 89/9 90/16 91/9
95/7 95/8 98/24 98/25
**officer's [1]** 79/23
**officers [10]** 21/18
29/23 38/12 42/3 45/21
45/24 56/21 59/5 75/18
75/23
**Official [2]** 2/20 101/9
**Oh [3]** 50/7 68/20 69/23
**Okay [59]** 5/8 5/12 5/24
7/6 7/10 8/2 9/10 9/21
11/24 13/4 17/15 19/20
20/10 21/7 22/23 28/9
32/16 32/20 33/1 33/22
34/15 36/1 46/24 48/6
49/20 51/23 54/7 55/11
56/6 58/24 59/10 61/19
62/3 62/23 63/17 63/20
65/7 65/17 67/9 74/11
75/6 75/17 75/18 76/14
77/1 77/3 77/17 80/16
80/22 82/1 82/19 82/20
84/4 90/19 94/13 94/16
96/8 96/11 96/22
**old [1]** 5/19
**older [1]** 52/13
**once [5]** 16/25 21/16
60/16 75/15 76/3
**one [41]** 6/15 10/25
16/17 17/9 28/4 29/10
29/20 31/8 39/11 40/15
49/8 51/13 52/4 53/19
55/7 58/15 58/21 58/23
62/24 64/2 65/2 66/20
68/8 68/8 69/16 71/1
73/2 74/2 74/9 74/10
74/22 74/25 79/18
80/11 80/11 84/10 94/8
95/11 95/18 97/24 98/8
**one minute [2]** 16/17
17/9
**one-minute [1]** 79/18
95/11
**ones [5]** 37/9 40/1 47/4
47/6 58/22
**online [1]** 41/11
**only [7]** 17/5 32/10
37/16 58/21 84/18
92/24 98/16
**open [6]** 56/2 56/4
88/10 94/25 95/4 95/15
**opportunity [1]** 88/7
**opposed [1]** 18/11
**orange [2]** 81/13 93/12
**original [2]** 78/8 80/8
**originally [1]** 33/15
**other [23]** 19/13 19/18
38/11 39/14 39/16
39/19 39/24 40/1 40/6
42/3 44/7 44/20 58/16
58/19 58/21 59/5 68/10
71/22 75/23 78/18
89/12 90/5 95/15
**otherwise [2]** 17/6
19/24
**our [10]** 17/11 17/22
19/7 20/4 21/24 30/25
55/12 55/18 65/12
100/8
**out [20]** 5/23 8/23 9/3
13/21 33/7 37/3 45/5
45/9 45/12 45/24 46/15
46/20 46/23 46/24 47/6
57/7 67/23 81/7 85/3
89/13
**outwards [1]** 47/21
**over [14]** 6/10 7/20 8/6
8/7 12/15 27/21 49/2
50/12 66/3 69/22 72/9
77/22 97/7 99/13
**overcomplicate [1]**
21/8
**overnight [1]** 35/12
**oversees [1]** 70/18

**P**

**p.m [2]** 25/23 26/3
**PA [1]** 2/12
**PAGE [1]** 3/2
**paintball [2]** 22/7 31/20
**pair [1]** 77/3
**pants [1]** 87/4
**pardon [2]** 7/7 7/9
**part [5]** 19/6 20/3 67/25
76/19 84/18
**participants [2]** 74/22
75/1
**particular [6]** 40/9
41/18 41/21 42/19
45/16 45/16
**particularized [1]** 19/9
**parts [2]** 20/2 20/18
**path [1]** 55/25
**patience [2]** 34/11
51/24
**patted [1]** 30/16
**PAUL [1]** 1/6
**pause [29]** 16/2 23/7
29/2 29/6 30/2 52/15
56/15 57/13 58/3 59/1
59/15 59/25 60/11
60/20 61/6 61/10 63/1
63/10 64/2 64/15 65/11
65/22 67/10 67/19 78/2
97/16 97/19 99/9 99/17
**paused [8]** 26/20 28/19
77/6 78/12 79/2 79/12
79/18 80/7
**pausing [5]** 25/5 28/4
30/24 34/17 34/18
**pay [2]** 51/13 76/25
**paying [2]** 75/5 79/3
**Peace [13]** 24/15 35/22
42/1 45/2 45/20 46/25
47/23 49/19 55/23
56/17 72/18 75/15
75/19
**Pennsylvania [6]** 2/6
2/15 25/6 30/4 56/18
56/20
**people [24]** 14/20 29/7
29/13 29/21 40/13 41/5
44/10 44/13 47/23
48/25 49/4 55/25 60/14
64/6 68/10 68/16 68/18
69/13 76/3 78/19 78/23
79/19 91/14 91/15
**perfect [1]** 56/8
**perhaps [2]** 83/2 87/22
**person [43]** 8/3 12/12
14/9 14/12 14/14 14/16
14/18 14/23 14/24 15/2
15/21 29/10 29/20
40/15 42/19 42/22
42/23 44/19 45/5 45/9
45/15 48/15 48/22
50/15 51/11 51/12
52/14 53/9 53/10 53/11
53/18 54/15 54/19
54/21 55/1 61/21 61/23
71/8 77/22 87/6 88/4
99/3 99/19
**personnel [1]** 38/18

**persons [1]** 69/5
**perspective [1]** 50/15
**ph [2]** 26/22 50/19
**Philadelphia [1]** 2/12
**phone [2]** 8/11 25/14
**phones [2]** 16/9 39/20
**photo [2]** 64/21 65/24
**photograph [1]** 12/8
**phrase [1]** 6/19
**physical [5]** 43/23 44/7
44/12 44/13 67/6
**physically [6]** 61/25
71/2 71/4 71/5 71/19
99/20
**picking [1]** 48/20
**picture [1]** 64/21
**pictures [1]** 96/20
**piece [4]** 20/19 48/4
50/5 51/20
**pieces [1]** 20/21
**pink [1]** 8/8
**place [5]** 37/15 41/25
44/18 68/23 69/22
**placing [2]** 16/13 21/18
**plaid [1]** 59/20
**Plaintiff [2]** 1/3 1/14
**plan [2]** 55/2 55/4
**plastic [1]** 27/14
**play [37]** 8/15 13/6
13/10 13/12 23/2 23/6
29/3 30/1 30/10 48/12
50/8 50/22 50/25 51/21
52/5 53/13 56/9 57/11
58/1 58/23 59/13 59/23
60/8 60/18 61/4 62/5
62/24 63/8 67/1 76/16
78/14 80/4 97/14 97/16
98/7 99/6 99/15
**played [78]** 8/14 8/20
9/11 10/22 11/13 13/11
15/5 15/17 16/1 16/8
17/4 17/9 18/11 18/15
19/24 20/3 20/13 20/25
21/4 23/14 25/4 26/18
27/24 28/18 29/1 29/4
29/22 30/9 30/13 30/18
30/23 34/9 34/16 34/24
35/4 48/13 50/9 51/2
53/2 53/14 56/10 57/12
58/2 58/25 59/14 59/24
60/10 60/19 61/5 61/9
62/7 62/25 63/9 63/18
64/1 64/14 65/21 67/3
67/18 69/8 77/5 77/19
78/1 78/11 79/1 79/11
79/17 79/22 80/6 94/24
95/3 95/6 97/15 97/18
98/9 98/20 99/8 99/16
**playing [10]** 13/16
33/17 33/18 63/17
63/25 64/13 65/8 65/20
76/11 77/18
**plays [2]** 17/1 17/6
**please [8]** 8/19 31/5
57/9 64/13 84/10 94/11
98/19 100/13
**PM [1]** 100/14
**point [24]** 7/3 17/16

**pointed [1]** 67/23
**pointing [3]** 57/6 57/7
91/23
**pole [2]** 27/15 27/17
**police [9]** 29/24 38/1
38/19 40/2 46/3 46/12
54/25 70/17 83/18
**Police's [1]** 39/25
**policy [5]** 46/3 46/6
46/11
**poor [1]** 38/18
**portion [5]** 12/22 22/17
31/3 34/2 78/18
**portions [7]** 17/1 17/10
17/11 18/7 19/23 21/10
32/10
**pose [1]** 45/15
**position [10]** 45/22
63/22 77/24 79/5 79/5
79/20 88/2 95/11 95/15
95/15
**possible [1]** 46/14
**potent [1]** 36/16
**potential [1]** 42/4
**pounds [3]** 73/24 74/3
75/11
**precisely [2]** 14/1 24/6
**preference [1]** 55/16
**prep [1]** 74/6
**preparation [2]** 38/6
51/25
**preparations [1]** 38/1
**prepare [1]** 70/1
**present [15]** 5/4 12/12
16/6 20/14 23/10 24/4
26/16 43/17 44/25 71/2
71/4 71/5 71/7 72/4
75/7
**presented [1]** 46/8
**preserved [1]** 18/25
**pretty [4]** 37/22 53/20
54/6 54/10
**previous [2]** 59/20
88/24
**previously [5]** 3/12
22/24 23/22 32/24 74/1
**probably [3]** 20/22
20/23 96/10
**problem [2]** 7/16 96/23
**problems [2]** 37/10
37/12
**procedurally [1]** 96/2
**proceed [1]** 73/4
**proceedings [2]** 2/24
52/15 101/4
**process [1]** 17/20
**produced [4]** 2/24
32/24 52/1 52/4
**projectile [1]** 31/21
**prosecution [1]** 40/9
**prosecutors [3]** 40/18
41/11 70/2

**20/6** 25/5 25/9 43/18
49/16 51/9 57/23 62/11
63/20 64/4 64/17 65/10
66/9 75/14 75/18 76/4
76/6 77/6 79/13 95/7
95/14 99/11

**P**

**protect** [1] 38/11
**protester** [1] 98/17
**protesters** [6] 49/10
56/24 57/20 66/9 68/2
68/24
**provided** [4] 32/8 32/9
38/8 38/14
**public** [2] 17/5 56/2
**publish** [1] 94/13
**published** [3] 16/17
16/18 17/2
**pull** [11] 53/7 53/11
54/22 62/4 63/7 69/5
78/24 82/5 82/7 93/3
98/22
**pulling** [3] 78/8 98/14
99/11
**pulls** [2] 98/15 98/23
**punch** [5] 50/21 53/19
53/22 54/12 79/24
**punched** [1] 51/11
**punching** [2] 49/23
51/7
**purported** [1] 31/13
**purpose** [2] 18/22
19/25
**purposes** [1] 22/6
**push** [10] 28/20 28/23
48/19 57/20 57/23 58/5
58/6 66/13 66/14 78/24
**pushed** [14] 29/10
29/11 36/24 47/17
56/17 58/10 62/12
62/14 62/18 63/4 63/6
64/4 67/5 98/21
**pushes** [1] 98/17
**pushing** [22] 29/7
29/15 29/20 29/21 48/1
49/5 56/25 57/2 59/21
60/16 66/9 66/16 67/12
78/19 87/6 90/16 91/19
97/22 98/24 99/20
99/22 99/25
**put** [5] 20/16 20/19
38/16 40/15 87/10

**Q**

**quarter** [2] 76/14 94/20
**Queen** [1] 2/12
**question** [9] 5/9 41/24
43/4 43/7 46/11 46/22
78/13 96/8 99/24
**questions** [10] 35/25
38/21 42/14 42/17
72/23 73/10 74/5 95/21
95/23 100/7
**quite** [1] 91/22

**R**

**rack** [20] 27/11 27/21
54/1 56/22 57/20 58/20
62/12 67/24 68/3 68/11
73/24 78/23 79/13
81/18 87/6 89/13 90/17
91/3 91/14 91/21
**racks** [30] 7/4 9/2 9/4
9/6 9/14 9/24 27/12

47/2 47/13 47/17 47/19
48/1 48/19 49/1 49/5
49/10 49/17 50/2 56/14
56/17 57/15 58/5 58/8
73/20 74/2 75/15 78/14
88/22 88/23 91/19
**railing** [2] 81/8 81/10
**raised** [5] 59/7 60/23
66/18 83/12 84/22
**ran** [2] 54/5 54/9
**RANDOLPH** [26] 1/7
2/11 72/25 80/21 80/25
81/22 82/8 82/16 83/25
84/2 85/10 85/11 86/8
86/10 87/14 89/1 89/3
89/18 90/9 90/10 90/19
91/25 92/13 92/17
93/15 93/20
**Randolph 1** [1] 81/22
**Randolph 1.10** [1]
90/19
**Randolph 1.12** [1]
92/13 92/17
**Randolph 1.13** [1]
93/15
**Randolph 1.2** [1] 82/8
**Randolph 1.3** [1] 84/2
**Randolph 1.4** [1] 85/11
**Randolph 1.5** [1] 86/10
**Randolph 1.7** [1] 89/3
**Randolph 1.9** [2] 90/9
90/10
**rather** [1] 94/20
**reach** [1] 62/5
**reaching** [2] 77/22
89/13
**ready** [7] 5/5 6/4 34/7
34/8 65/17 65/19 73/5
**real** [1] 76/6
**really** [6] 14/20 17/25
53/9 53/17 58/21 75/5
**realtime** [1] 13/12
**reason** [3] 35/18 38/17
45/16
**recall** [17] 8/9 8/11
16/9 23/25 25/1 31/17
35/13 39/7 43/14 69/11
72/9 73/22 74/7 74/16
74/19 74/22 88/16
**receive** [1] 18/14
**received** [17] 19/4
22/25 34/1 52/25 82/2
82/21 84/6 85/15 86/13
87/18 89/6 89/22 90/13
90/25 92/6 92/19 93/22
**recess** [2] 65/16
100/14
**recognize** [21] 11/1
11/3 15/19 16/3 23/4
23/7 26/13 26/19 26/21
28/4 30/3 30/10 34/20
42/19 42/23 42/25
56/14 62/9 65/24 70/24
82/12
**recollection** [6] 12/12
12/18 21/20 35/12 43/9
73/16
**recommendation** [1]

20/11
**record** [15] 5/2 10/3
17/3 18/18 20/3 20/14
20/17 20/20 48/8 64/11
83/17 83/19 93/11 94/2
97/2
**recorded** [3] 2/24
12/13 14/2
**recording** [2] 8/12 16/9
**recross** [3] 96/5 96/6
96/12
**RECROSS-EXAMINATI
ON** [1] 96/12
**red** [14] 9/15 10/8
10/23 10/25 11/6 11/25
28/7 30/3 31/11 34/13
34/20 34/21 35/5 45/18
**redirect** [3] 95/24 96/3
100/10
**reduce** [1] 94/19
**refer** [1] 38/9
**referred** [1] 38/4
**referring** [2] 9/19 33/15
**refresh** [1] 35/11
**regards** [1] 72/18
**regular** [1] 36/16
**related** [1] 96/9
**relevance** [1] 18/20
**relevant** [3] 17/11
17/12 19/7
**reliability** [1] 40/3
**relive** [1] 41/13
**remain** [1] 100/3
**remains** [1] 98/4
**remember** [36] 7/21
8/3 8/15 10/23 11/5
11/8 14/25 15/13 31/10
35/15 36/20 36/21 37/2
38/22 39/3 39/16 39/19
42/16 43/3 45/2 45/8
45/12 49/13 71/8 71/17
74/3 74/4 74/15 74/17
74/21 74/25 75/3 75/6
75/12 88/13 88/15
**remembering** [1] 11/9
**remind** [3] 7/1 65/14
79/23
**reminding** [1] 6/1
**removes** [1] 9/16
**rendering** [1] 34/25
**repeat** [1] 56/19
**repeatedly** [1] 9/16
**rephrase** [1] 57/8
**report** [4] 38/4 49/9
49/14 51/16
**reported** [2] 2/20 36/14
**Reporter** [2] 2/20 101/9
**represent** [1] 34/13
**representation** [1]
44/18
**resolved** [2] 5/10 5/11
**respect** [8] 18/12 20/12
20/25 21/4 43/13 43/17
46/12 47/2
**respond** [1] 96/11
**rest** [3] 50/22 53/13
95/10
**result** [1] 36/18

**resume** [3] 5/6 6/5
55/14
**retreating** [1] 25/6
**retrospect** [1] 54/18
**returned** [1] 29/23
**review** [1] 17/3
**reviewed** [1] 24/11
**reviewing** [1] 10/13
**Richman** [1] 2/8
**right** [92] 7/4 7/12 10/7
10/8 11/9 12/7 14/6
16/19 17/4 18/25 21/7
21/14 21/16 21/25
23/17 24/7 27/17 28/7
29/8 33/25 34/11 35/16
40/9 42/14 45/22 48/23
49/22 50/14 53/10
56/15 57/5 57/22 58/8
59/1 59/19 60/5 62/11
62/18 62/18 62/20 63/4
63/6 63/10 64/22 65/11
65/22 66/4 66/18 66/20
66/22 67/6 67/13 67/19
67/24 67/25 70/25
73/16 74/12 74/19
74/20 75/13 76/1 77/6
77/13 79/8 80/1 80/13
81/7 81/15 81/18 82/25
83/4 83/11 83/14 84/20
84/24 85/1 85/21 86/24
87/4 88/2 88/21 89/14
92/24 92/25 93/1 93/9
94/6 94/25 95/4 99/22
100/12
**right-hand** [5] 10/7
12/7 21/25 50/14 67/24
**riot** [1] 31/14
**RMG** [1] 32/21
**Robert** [2] 2/5 2/5
**ROBERTSON** [1] 2/14
**rolled** [1] 84/16
**Room** [1] 1/22
**Rosen** [4] 2/8 55/12
65/9 73/10
**Roth** [3] 60/3 63/15
63/23
**roughly** [11] 7/19 9/24
13/17 13/17 14/4 23/22
28/11 32/23 33/18
33/19 35/16
**rounds** [1] 52/4
**row** [1] 5/20
**RPR** [2] 2/20 101/9
**rubber** [2] 22/9 31/21
**rule** [2] 21/11 31/4
**rushing** [1] 76/4
**RUSSELL** [1] 1/6
**RYAN** [2] 1/5 5/3

**S**

**said** [8] 6/22 21/13
36/18 54/21 57/10 72/6
72/20 96/9
**same** [7] 32/8 47/9
48/23 77/23 79/4 79/20
88/1
**SAMSEL** [5] 1/5 2/2 5/4
17/24 18/19

**Samsel's** [3] 18/22
19/16 20/4
**San** [1] 1/22
**saw** [11] 8/5 29/10 39/7
39/16 39/19 50/14
79/23 80/1 88/9 88/13
93/2
**say** [17] 12/22 16/5
20/11 23/10 36/11 39/6
40/3 40/25 41/15 43/23
44/21 46/19 50/7 51/5
51/25 57/5 64/17
**saying** [4] 36/20 36/21
36/21 74/4
**says** [2] 25/23 49/18
**scaffolding** [3] 43/12
44/3 44/5
**scene** [7] 14/5 15/23
34/14 62/9 71/5 71/7
72/7
**screen** [23] 7/19 10/7
10/9 12/8 12/16 14/24
31/7 52/7 58/9 59/3
59/19 61/7 61/8 64/22
66/20 66/21 66/22 67/6
67/13 69/14 80/24 97/4
98/2
**screenshot** [3] 67/25
81/1 82/12
**SE** [1] 2/15
**second** [37] 31/8 36/7
37/3 54/21 55/7 56/9
59/12 59/25 62/5 64/2
64/7 64/11 71/14 76/12
77/7 77/13 78/2 78/12
79/2 79/12 79/13 80/5
81/2 82/10 84/3 84/11
85/12 86/10 87/13
87/16 87/22 87/23 89/3
89/20 90/11 94/17
94/25
**seconds** [21] 10/6 10/8
11/10 11/24 13/17
16/17 17/6 17/9 18/11
23/19 26/20 50/6 50/8
51/1 63/8 63/11 77/15
88/8 95/14 99/7 99/15
**see** [123]
**seeing** [8] 8/11 16/9
17/5 39/9 39/10 43/9
44/17 88/16
**seek** [2] 16/24 37/4
**seeking** [4] 19/13
21/10 32/17 32/22
**seem** [2] 19/15 48/6
**seems** [4] 13/8 53/10
53/20 54/18
**seen** [10] 11/4 49/4
49/21 59/20 70/8 70/11
70/13 70/17 70/20
71/15
**self** [1] 51/16
**self-report** [1] 51/16
**send** [2] 41/20 41/22
**sense** [1] 17/6
**sent** [3] 41/13 41/15
41/16
**separate** [3] 34/4 35/6

**S**

**separate... [1]** 64/24
**sergeant [52]** 3/3 5/6 6/9 6/18 10/4 10/5 10/11 12/16 13/8 21/5 35/10 36/5 36/8 36/24 37/25 38/21 45/20 48/15 50/12 52/19 53/4 55/10 55/21 59/17 62/9 63/13 65/14 66/1 73/8 76/4 76/14 78/3 78/13 80/13 80/24 84/8 85/17 86/15 87/20 89/8 89/24 90/15 91/2 92/8 93/13 93/24 94/4 94/16 96/14
**series [1]** 80/14
**session [2]** 1/10 74/6
**set [4]** 64/22 73/2 76/13 76/14
**severe [1]** 88/24
**Shawn [4]** 50/19 79/25 80/1 80/1
**she [2]** 8/11 28/23
**shield [1]** 31/14
**shirt [2]** 59/20 60/2
**shoe [1]** 84/18
**shoots [1]** 22/9
**shorthand [1]** 2/24
**shot [11]** 31/20 31/22 31/23 68/16 68/18 71/2 71/4 85/12 86/10 90/20 92/1
**shots [1]** 80/15
**should [3]** 10/2 10/11 57/8
**shoulder [4]** 30/16 83/12 85/4 85/7
**show [4]** 6/12 48/4 80/14 96/20
**showed [2]** 18/21 35/11
**showing [1]** 52/19
**shown [8]** 38/24 39/1 39/12 40/1 41/10 56/12 70/6 96/14
**shows [5]** 12/25 17/22 51/21 80/11 100/2
**side [20]** 10/7 10/9 12/7 12/15 14/24 21/25 50/14 58/15 58/18 58/19 60/25 62/18 63/5 63/6 63/6 67/24 89/13 90/5 99/20 99/25
**sidewalk [1]** 57/16
**sign [1]** 66/2
**significant [1]** 31/16
**Similar [1]** 70/8
**since [4]** 16/18 37/7 37/10 37/14
**single [2]** 15/21 42/22
**sir [22]** 5/25 6/11 7/21 11/15 15/15 15/16 27/18 29/6 29/17 29/23 30/3 31/19 34/25 35/21 36/22 37/8 37/11 37/13 37/24 42/6 44/15 77/20
**site [1]** 41/17

**situation [4]** 46/7 46/10 46/13 96/18
**six [3]** 10/6 10/6 13/17
**six seconds [2]** 10/6 13/17
**skipping [3]** 13/19 13/22 15/6
**skull [1]** 87/2
**slightly [2]** 85/4 90/15
**slope [1]** 61/1
**slow [2]** 28/9 88/8
**slow-motion [1]** 88/8
**small [2]** 50/5 96/3
**snow [8]** 9/6 27/3 27/9 27/14 27/14 27/19 47/8 65/2
**so [83]** 5/21 7/1 7/7 7/9 7/18 7/21 7/24 8/8 9/3 12/22 13/16 14/8 14/20 16/14 16/16 16/17 17/15 18/10 18/18 18/25 19/2 20/2 20/25 21/1 21/3 22/7 22/15 23/6 23/18 23/19 25/9 27/19 30/25 31/1 32/9 32/18 33/4 33/7 35/20 39/18 43/13 43/22 44/20 45/24 46/11 46/22 48/15 49/3 49/8 49/21 49/25 50/3 50/10 51/9 52/13 52/16 53/15 57/13 58/21 62/9 63/5 63/20 64/4 64/21 67/9 68/18 68/20 68/22 74/5 75/9 77/13 77/15 79/13 86/1 90/4 91/6 91/21 92/25 93/5 94/10 94/16 96/10 97/21 98/23
**some [17]** 6/12 19/3 31/21 36/10 36/11 37/9 39/25 40/3 41/13 41/15 42/14 49/4 73/10 74/5 74/10 74/20 96/21
**somebody [1]** 51/7
**someone [4]** 14/11 53/6 54/22 55/8
**Someone's [1]** 52/13
**something [5]** 32/22 32/22 36/15 36/15 46/9
**something's [1]** 58/15
**sorry [26]** 7/7 7/14 9/18 23/5 31/6 32/6 50/7 56/8 56/19 57/9 58/7 61/6 62/15 67/6 67/13 69/1 69/4 69/23 74/15 74/18 74/24 75/4 76/21 94/10 96/6 97/16
**sort [7]** 5/23 15/6 47/9 47/13 48/16 74/20 90/16
**sought [2]** 37/14 37/16
**sound [3]** 34/6 35/16 74/14
**sounded [1]** 57/10
**sounds [2]** 72/3 72/4
**sources [1]** 70/21
**speaking [3]** 35/13 35/18 73/18

**specific [7]** 10/25 20/12 23/25 33/4 49/15 51/13 74/15
**specifically [9]** 6/21 11/9 18/8 72/17 74/13 75/20 76/11 76/24 94/20
**speed [8]** 11/12 13/6 29/3 30/1 76/13 76/14 94/19 94/20
**spent [1]** 70/23
**splice [1]** 18/13
**spoke [5]** 35/15 60/13 67/21 68/22 75/10
**spoken [1]** 42/3
**spray [1]** 36/15
**Spring [1]** 1/19
**Stacy [5]** 2/20 2/22 101/3 101/8 101/9
**stage [2]** 24/22 43/11
**stair [1]** 81/10
**stairs [11]** 14/7 36/24 37/2 63/6 64/18 64/20 64/22 66/16 86/20 88/23 91/23
**staked [1]** 27/10
**stanchion [4]** 27/10 27/15 27/19 27/21
**standing [10]** 7/2 7/19 11/7 14/9 14/21 24/21 64/17 64/20 65/4 66/6
**Stanley [1]** 2/2
**start [6]** 23/7 33/8 55/13 57/15 89/12 100/10
**started [5]** 19/4 55/17 76/7 77/13 94/16
**starting [1]** 99/3
**starts [1]** 64/4
**state [4]** 30/17 30/21 37/25 41/1
**statement [3]** 20/10 49/13 49/18
**statements [3]** 35/10 35/13 49/8
**STATES [5]** 1/1 1/2 1/11 1/15 5/3
**stationed [1]** 75/19
**stenotype [1]** 2/24
**step [3]** 85/22 85/23 94/2
**STEPHEN [2]** 1/7 2/14
**steps [5]** 44/1 50/16 54/4 54/5 54/9
**stick [1]** 45/12
**sticks [2]** 58/15 58/18
**still [17]** 6/1 77/23 79/4 79/4 79/19 80/15 83/1 85/12 86/10 88/1 90/20 91/9 91/12 91/19 91/25 96/18 99/11
**stills [2]** 82/18 96/14
**stood [2]** 42/15 63/3
**stop [12]** 9/1 9/4 9/13 9/23 23/15 23/17 33/8 49/12 50/8 50/10 51/3 76/16
**stopped [1]** 23/18

**Stopping [1]** 85/16
**Storming [1]** 32/22
**straight [2]** 57/18 62/16
**Street [5]** 1/15 1/19 1/22 2/3 2/9
**strike [1]** 49/11
**string [1]** 52/3
**stripe [2]** 81/13 93/12
**structures [1]** 71/22
**stuck [2]** 45/5 45/9
**subjected [2]** 36/11 36/14
**substantive [2]** 17/22 18/3
**suffered [1]** 37/19
**Suite [2]** 1/15 2/9
**supervisory [1]** 38/18
**suppose [1]** 10/2
**sure [19]** 16/25 20/23 22/2 34/5 35/17 37/21 37/22 38/22 41/24 57/5 57/25 62/22 74/15 77/3 94/12 95/20 97/1 99/2 100/6
**surely [2]** 42/16 46/11
**surgical [3]** 77/20 79/9 86/3
**sustained [2]** 36/10 36/11
**sweatshirt [14]** 34/21 61/18 61/19 61/21 62/1 68/14 87/2 97/10 97/22 98/4 98/13 99/3 99/20 100/2
**symptoms [2]** 37/7 37/8
**system [1]** 34/6

**T**

**take [14]** 31/7 45/16 46/15 46/20 46/23 50/5 54/24 55/12 55/14 55/18 63/22 65/12 88/7 100/8
**taken [4]** 65/16 76/19 80/17 100/14
**taking [4]** 9/14 9/23 12/8 50/15
**talk [1]** 58/21
**talked [1]** 62/20
**talking [7]** 27/1 30/11 46/25 69/4 70/24 74/9 74/9
**TATE [1]** 1/6
**team [1]** 21/24
**tear [3]** 9/1 36/12 36/16
**tearing [1]** 9/4
**technical [1]** 96/23
**technology [3]** 6/13 41/1 41/2
**teed [1]** 94/17
**tell [13]** 7/24 14/1 14/4 15/2 23/15 24/3 24/6 26/15 37/3 47/11 50/8 55/14 83/5
**telling [1]** 45/12
**tells [1]** 64/8

**temporary [1]** 44/5
**tempted [1]** 53/9
**ten [1]** 65/13
**ten minutes [1]** 65/13
**terms [2]** 17/2 89/9
**Terrace [5]** 29/24 31/1 31/11 49/16 75/21
**terrain [2]** 44/7 44/21
**testified [3]** 24/17 31/1 69/18
**testify [5]** 5/18 5/20 43/8 43/19
**testifying [1]** 69/11
**testimony [5]** 31/17 39/13 65/15 75/9 100/13
**than [10]** 21/24 22/2 22/4 22/5 22/7 22/9 44/20 63/6 94/20 95/15
**thank [41]** 5/24 6/6 10/1 12/4 33/24 34/11 35/24 36/1 50/10 53/1 55/10 59/10 59/13 60/5 60/7 61/3 62/3 63/1 65/15 66/14 66/22 67/9 67/15 68/21 69/6 72/24 73/6 76/21 80/13 82/3 82/22 84/5 86/7 88/20 92/5 92/13 94/6 94/13 95/17 95/21 98/10
**Thanks [1]** 6/9
**that [386]**
**that's [63]** 8/24 10/16 12/3 13/16 14/5 14/22 15/9 16/7 17/12 19/12 20/8 20/14 20/22 22/16 23/12 23/17 24/5 24/8 25/11 25/13 27/15 27/17 30/4 30/12 32/2 35/23 36/17 40/8 40/9 42/9 42/11 42/24 43/14 43/14 49/3 53/15 55/25 56/8 58/20 58/21 59/17 64/7 64/21 72/8 73/25 76/6 77/20 80/1 80/4 81/10 82/10 83/7 83/9 83/14 84/11 84/13 87/2 87/13 90/2 90/5 94/5 99/13 100/11
**their [25]** 14/12 14/14 14/16 14/18 40/4 49/12 61/23 78/19 99/22 99/24
**them [29]** 18/13 18/14 29/11 29/15 35/15 35/18 38/15 38/16 38/22 39/3 39/8 40/13 40/15 40/16 40/18 44/24 45/17 46/20 47/14 48/1 48/20 49/5 49/11 49/12 61/21 64/19 68/13 71/20 75/10
**then [22]** 5/22 11/9 17/2 18/3 18/21 20/5 22/14 27/14 32/9 36/14 37/1 49/10 53/9 55/14 55/17 68/10 68/22

Case 1:21-cr-00537-JMC Document 316 Filed 11/06/23 Page 112 of 113

**T**

**then... [5]** 71/14 76/3 87/1 93/8 98/21
**theoretical [1]** 19/22
**there [54]** 5/9 7/14 7/24 8/21 10/14 13/8 21/1 23/17 25/25 27/25 28/21 29/7 29/8 30/15 36/23 36/25 38/6 40/2 41/1 44/19 44/24 47/6 47/12 47/23 47/25 49/4 49/16 49/17 56/15 59/1 65/22 71/1 71/12 75/3 76/21 77/3 78/2 78/2 78/23 79/4 79/8 80/1 80/7 81/10 83/4 83/22 84/1 87/25 91/2 91/14 91/15 93/11 93/24 94/25
**there's [10]** 18/18 20/17 20/23 28/11 60/14 60/25 64/24 71/14 78/19 87/1
**these [16]** 14/8 14/20 15/13 16/3 19/13 19/23 20/6 25/12 37/4 40/11 41/12 47/9 48/25 49/5 51/21 73/20
**they [36]** 5/19 5/21 6/21 17/12 19/5 22/3 23/10 38/15 39/20 39/22 40/6 40/17 40/22 40/23 41/2 41/22 41/22 43/19 46/5 46/18 46/19 46/19 47/6 47/11 47/20 47/21 57/20 57/23 58/5 58/6 58/11 58/22 73/19 91/18 95/10 99/24
**they're [14]** 5/20 16/13 20/1 25/15 48/21 49/2 57/2 57/15 57/18 58/10 58/11 58/13 60/16 66/16
**thing [4]** 7/9 37/16 51/14 64/8
**things [1]** 34/18
**think [21]** 7/18 8/5 14/4 16/18 17/2 17/13 17/16 17/24 18/5 18/17 19/6 19/12 20/15 33/2 33/20 44/17 45/18 71/1 71/23 73/25 96/9
**think's [1]** 20/22
**thinking [2]** 18/10 20/2
**thinks [1]** 19/7
**this [168]**
**those [30]** 16/5 18/21 20/18 21/18 21/24 22/12 23/25 24/3 25/1 26/16 35/12 41/13 41/23 42/17 44/12 44/13 46/21 46/24 61/23 70/1 70/6 70/15 70/24 71/7 71/17 71/19 74/2 78/14 91/19 95/14
**though [1]** 92/9
**thought [2]** 36/15 55/8
**threat [1]** 45/16

**threatening [4]** 8/25 9/3 9/13 9/23
**three [4]** 19/4 39/6 64/24 69/22
**three years [1]** 69/22
**threw [3]** 53/19 53/24 79/24
**through [6]** 14/8 17/20 17/20 17/25 18/23 75/16
**throughout [2]** 19/3 19/4
**throw [1]** 54/12
**throws [1]** 50/21
**thrust [1]** 42/17
**tied [2]** 9/8 27/5
**tilt [1]** 86/22
**tilted [4]** 79/13 86/19 88/22 91/21
**time [31]** 10/12 10/18 12/18 14/1 14/9 17/1 17/6 18/11 23/3 24/6 25/23 33/23 36/23 38/15 38/17 39/11 49/11 58/23 62/24 70/23 72/12 75/14 78/13 78/22 81/5 82/15 92/17 92/22 93/19 94/21 98/8
**times [8]** 12/1 30/7 39/3 39/4 39/6 39/10 39/11 98/5
**timestamp [3]** 17/2 64/9 64/10
**timestamps [5]** 9/19 17/4 20/16 32/16 33/5
**TIMOTHY [1]** 3/3
**titled [1]** 32/21
**today [7]** 5/18 5/20 6/10 38/24 47/4 70/8 75/9
**Todd [1]** 2/8
**together [4]** 9/8 27/5 47/13 77/11
**told [5]** 35/21 41/22 44/24 49/9 74/12
**too [2]** 79/12 91/12
**took [6]** 37/15 41/25 45/21 46/24 68/23 69/22
**top [9]** 26/5 81/18 92/22 93/5 93/9 98/24 99/4 99/22 99/24
**total [1]** 68/18
**totally [2]** 32/18 34/4
**touch [2]** 53/9 86/22
**touching [4]** 50/24 84/18 86/22 98/16
**toward [1]** 11/19
**towards [25]** 25/8 48/19 57/23 58/6 59/3 59/5 59/7 66/9 66/16 66/19 66/23 66/24 67/5 67/12 67/13 68/5 75/19 81/7 86/20 88/23 89/14 90/17 91/3 91/23 98/24
**tower [1]** 43/12
**trained [1]** 22/3

**TRANSCRIPT [2]** 1/10 2/24
**transcription [2]** 2/24 101/4
**treatment [3]** 37/4 37/14 37/16
**trial [4]** 1/10 5/21 20/13 24/12
**tries [1]** 98/22
**true [2]** 76/4 98/12
**truth [2]** 20/1 20/5
**try [5]** 19/21 29/6 46/6 46/9 46/12
**trying [14]** 9/1 17/10 17/24 18/5 18/16 51/10 51/25 53/6 53/10 54/22 54/23 54/24 55/1 55/2
**turn [2]** 9/16 89/1
**turned [2]** 7/12 76/11
**turning [1]** 7/10
**tussling [2]** 53/6 54/16
**two [16]** 5/20 7/8 16/14 39/6 39/11 41/5 64/18 64/20 68/5 68/18 69/3 69/13 95/7 95/8 99/7 99/15
**two days [1]** 5/20
**two minutes [1]** 16/14
**two seconds [1]** 99/7

**U**

**U.S [6]** 1/18 1/21 2/21 39/17 46/3 83/17
**under [7]** 6/1 16/13 21/11 21/18 30/21 31/4 43/8
**understand [4]** 18/17 21/12 40/2 41/5
**understanding [1]** 96/17
**understood [1]** 27/5
**uneducated [1]** 27/12
**unhappy [1]** 37/25
**uniform [1]** 83/18
**uninitiated [1]** 39/5
**UNITED [5]** 1/1 1/2 1/11 1/15 5/3
**unknown [1]** 70/20
**Unless [1]** 20/7
**unreliable [1]** 20/7
**until [3]** 62/5 95/11 100/9
**up [31]** 5/19 5/25 11/12 22/3 23/3 36/7 37/2 42/15 45/21 48/1 48/10 48/12 48/20 49/5 49/15 52/6 52/7 55/25 62/4 62/19 63/7 63/22 66/12 69/5 73/2 82/5 82/7 84/22 88/16 93/3 94/17
**upper [1]** 67/25
**us [20]** 7/24 14/1 14/4 15/2 17/13 24/3 24/6 26/15 27/8 32/9 32/9 32/24 41/5 48/10 48/19 49/11 54/24 62/16 65/9 75/9
**use [7]** 22/5 46/3 46/6

**used [6]** 17/5 18/2 18/8 20/12 49/25 72/18
**useful [1]** 55/8
**using [2]** 21/12 48/19
**usual [1]** 55/18

**V**

**VA [1]** 2/10
**vantage [3]** 25/9 43/18 62/11
**variations [1]** 47/12
**verify [1]** 57/24
**verifying [1]** 10/17
**vernacular [1]** 53/17
**version [1]** 88/8
**versus [1]** 5/3
**very [4]** 23/5 50/1 55/10 72/12
**video [163]**
**videos [39]** 17/21 18/1 18/9 19/5 19/8 19/14 20/6 38/22 38/25 39/7 39/12 39/13 39/16 39/19 40/6 40/11 41/3 41/10 41/12 41/20 41/25 42/15 43/3 43/13 43/17 44/21 47/16 70/6 70/11 70/13 70/20 70/24 71/1 71/7 71/14 71/17 71/19 71/25 78/18
**view [1]** 79/18
**viewed [2]** 39/3 87/23
**viewing [1]** 40/1
**virtually [2]** 77/23 79/4
**vision [1]** 37/12
**vs [1]** 1/4

**W**

**wails [1]** 53/17
**waist [1]** 91/6
**wait [1]** 100/9
**waiting [1]** 5/16
**walk [1]** 55/25
**walking [3]** 30/19 68/5 68/11
**walkway [4]** 25/7 30/5 56/18 56/20
**walkways [1]** 64/24
**want [14]** 16/20 16/22 17/12 32/14 33/5 44/23 48/10 51/21 55/6 55/13 55/15 55/23 100/9 100/10
**wanted [2]** 17/10 34/5
**was [111]**
**Washington [6]** 1/8 1/16 2/3 2/6 2/15 2/22
**wasn't [2]** 53/25 75/5
**watch [11]** 8/18 16/14 18/9 26/5 26/7 76/24 88/12 88/19 94/19 98/18 98/19
**watched [6]** 13/2 47/16 67/5 80/17 82/13 88/7
**watching [2]** 23/22 78/13

**way [10]** 10/17 18/6 18/10 20/2 20/18 20/20 20/23 44/20 72/3 72/6
**we [139]**
**we'd [1]** 32/22
**we'll [8]** 16/23 23/7 55/17 65/13 75/13 88/19 93/8 100/12
**we're [22]** 5/2 5/16 17/9 17/10 19/12 20/10 20/10 26/25 33/7 46/25 55/12 55/17 61/14 62/15 76/18 78/2 78/13 80/4 88/21 94/19 99/3 100/8
**we've [7]** 7/9 17/8 26/25 70/8 70/10 81/4 92/21
**weapon [7]** 22/2 22/2 22/4 22/7 22/10 22/12 72/18
**weapon/object [1]** 72/18
**weapons [4]** 35/22 44/25 45/24 46/1
**wearing [11]** 11/19 14/12 14/23 15/3 28/23 45/9 61/21 68/8 68/13 83/19 98/12
**week [1]** 74/9
**weight [5]** 53/24 73/19 74/2 75/11 78/19
**welcome [1]** 41/22
**well [11]** 19/1 28/9 30/17 32/6 32/16 34/17 36/11 37/9 49/16 49/17 54/19
**went [2]** 75/18 96/7
**were [71]** 10/14 12/19 16/5 18/20 19/24 23/10 24/4 26/16 31/13 31/16 31/23 33/15 34/12 35/18 36/8 36/11 36/23 37/25 38/14 38/15 38/21 38/24 38/25 39/12 39/25 40/1 40/23 41/10 41/22 41/22 42/14 42/16 42/19 43/2 43/3 43/17 43/19 44/24 44/24 45/5 47/6 47/23 47/25 48/1 53/15 54/15 54/23 55/1 55/1 56/12 58/8 67/5 68/2 71/1 71/4 71/7 71/12 72/4 72/17 73/18 75/15 75/16 77/9 78/9 79/3 80/8 87/10 88/10 96/14 96/17 97/10
**weren't [2]** 18/8 18/15
**West [5]** 29/23 31/1 31/11 49/16 75/20
**what [81]** 5/21 6/14 8/21 10/12 10/18 12/18 12/25 14/1 15/11 17/3 17/5 17/24 18/10 18/22 19/6 20/7 20/10 20/16 21/12 21/16 21/22 21/25 22/2 22/4 22/5

## W

**what... [56]** 23/20 24/6 24/17 25/10 25/15 26/7 27/8 27/8 27/13 27/15 29/10 30/15 31/13 31/22 33/14 33/17 37/8 38/8 41/2 41/15 43/7 43/14 44/17 44/20 45/21 46/8 46/9 47/16 48/18 49/18 50/20 55/2 55/4 55/14 58/7 58/22 64/8 70/8 71/12 71/25 72/1 76/9 80/1 80/13 82/7 83/9 85/9 86/15 89/13 93/11 94/3 94/7 94/20 96/9 96/17 96/20

**what's [4]** 13/21 16/12 17/3 38/3

**when [40]** 9/19 10/14 10/15 12/12 17/22 18/6 20/4 23/2 23/15 29/10 34/8 36/23 39/7 39/19 41/15 43/2 43/8 46/19 47/16 47/17 50/8 56/4 57/15 58/15 62/14 65/9 68/2 72/14 73/10 73/18 74/1 74/5 74/17 75/10 76/6 87/10 88/7 88/9 89/12 98/23

**whenever [3]** 6/4 65/19 73/5

**where [29]** 6/12 7/2 7/19 10/20 13/24 14/4 19/12 24/9 25/9 26/11 31/25 33/8 39/22 39/24 40/6 43/13 43/14 43/20 56/9 59/7 63/3 71/1 71/7 71/14 71/25 75/19 77/13 77/22 79/8

**whether [17]** 7/24 12/22 15/2 16/5 23/10 24/3 26/2 26/15 26/15 39/20 40/22 41/8 42/19 43/3 45/5 45/8 47/9

**which [19]** 10/25 31/1 32/23 34/3 43/17 43/18 49/11 80/17 82/13 84/2 85/12 86/10 87/16 89/3 89/20 90/11 90/20 91/25 92/13

**while [3]** 5/13 5/16 94/8

**white [5]** 34/21 45/9 97/24 98/1 98/13

**who [12]** 12/10 25/12 25/14 40/11 42/3 42/12 49/4 50/18 59/20 75/23 77/2 79/23

**who's [3]** 5/18 54/20 99/20

**whoever [1]** 50/15

**whole [5]** 18/23 19/12 20/6 32/4 69/19

**wholesale [1]** 19/13

**whom [1]** 30/11

**why [6]** 13/19 15/9 26/9 28/2 31/16 82/5

**wide [1]** 19/11

**will [12]** 5/15 6/13 32/23 33/6 33/6 76/11 86/8 90/19 92/3 94/7 94/7 96/8

**without [1]** 8/1

**witness [4]** 5/8 19/25 69/24 96/7

**witnesses [2]** 3/2 42/4

**woman [1]** 8/8

**won't [2]** 32/23 33/20

**wooden [1]** 14/6

**woods [1]** 6/10

**Woodward [15]** 2/2 2/2 6/4 6/14 9/18 16/20 17/15 19/23 21/4 32/3 34/2 48/9 60/13 72/9 74/5

**Woodward's [1]** 52/11

**woolen [1]** 48/16

**words [1]** 76/6

**work [2]** 50/23 52/12

**worked [1]** 43/21

**working [3]** 7/8 17/17 17/18

**works [1]** 96/2

**world [1]** 43/18

**worn [1]** 70/15

**would [58]** 6/25 7/21 9/12 12/1 12/4 16/22 17/3 17/4 18/3 19/10 19/15 19/19 22/7 22/9 28/11 29/7 29/17 31/2 32/18 34/25 35/5 37/9 37/23 38/11 39/6 40/3 40/6 41/5 42/8 43/18 44/10 44/14 45/15 45/21 48/11 48/11 51/18 52/16 54/3 56/24 57/24 58/5 58/18 62/20 67/25 72/6 72/14 74/14 77/17 83/10 88/11 90/17 91/15 91/22 93/2 96/2 96/6 98/17

**wouldn't [3]** 13/20 25/9 82/17

**wound [2]** 31/24 31/25

**wrapped [1]** 27/3

**wrestling [1]** 98/25

**wrist [1]** 93/12

**wristband [1]** 81/13

**writing [3]** 97/11 97/22 98/13

**wrote [2]** 38/6 49/9

## Y

**yeah [14]** 20/8 23/6 27/7 44/16 49/2 49/6 54/9 56/20 57/25 63/14 64/6 66/3 75/12 98/23

**year [2]** 74/14 74/16

**years [3]** 5/19 43/21 69/22

**yes [327]**

**yesterday [13]** 6/12 6/18 24/17 25/18 33/3 34/12 35/10 38/25 70/23 71/17 73/18 73/23 74/6

**yet [3]** 27/6 28/9 94/12

**you [515]**

**you'll [2]** 13/9 33/4

**you're [30]** 6/1 6/4 7/2 7/6 9/19 12/15 20/15 21/12 21/25 22/16 31/19 32/17 33/17 46/8 53/6 53/6 59/3 60/5 62/21 64/17 65/19 66/4 66/14 70/6 73/5 75/9 76/20 79/8 86/2 100/12

**you've [17]** 9/15 12/1 13/2 18/24 30/6 43/6 49/4 49/21 69/18 69/24 70/11 70/13 70/17 70/20 72/3 73/13 79/8

**you-all [2]** 11/21 66/16

**your [110]**

**yourself [9]** 23/4 23/16 41/12 41/25 43/13 49/23 53/4 61/12 67/23

## Z

**zero [2]** 13/16 13/17

**zip [2]** 9/8 27/5

**Zoom [1]** 75/4