### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF  AMERICA,                    Criminal Action
                                              No. 1:21-0537
                      Plaintiff,

        vs.
                                              October 25, 2023
RYAN SAMSEL - 1,                              1:34 p.m.
JAMES TATE GRANT - 2,
PAUL RUSSELL JOHNSON - 3,
STEPHEN CHASE RANDOLPH - 4,
JASON BENJAMIN BLYTHE - 5,

                      Defendants.            Washington, DC
_____

#### *** AFTERNOON SESSION ***
TRANSCRIPT OF BENCH TRIAL - DAY 3
#### BEFORE THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For Plaintiff:**            **Kyle Mirabelli**
                             **Joseph Hutton Marshall**
                               United States Attorneys Office
                               601 D Street NW, Suite 6-725
                               Washington, DC  20001
                               202-815-4028

                             **Christopher Brunwin**
                               U.S. Attorneys Office
                               Federal Courthouse
                               312 N. Spring Street, 13th Floor
                               Los Angeles, CA 90012
                               213-894-4242

                             **Alexandra Foster**
                               DOJ - U.S. Attorneys Office
                               880 Front Street, Room 6293
                               San Diego, CA  92101-8807
                               619-546-6735

APPEARANCES CONTINUED:

**For Deft. Samsel:**         **Stanley Woodward**
                             BRAND WOODWARD LAW, LP
                             400 Fifth Street, Northwest
                             Washington, DC 20001
                             202-996-7447


**For Deft. Grant:**         **Robert A. Feitel**
                             LAW OFFICE OF ROBERT FEITEL
                             1300 Pennsylvania Avenue NW, #1505
                             Washington, DC 20008
                             202-255-6637


**For Deft. Johnson:**       **Lauren Rosen**
                             **Todd M. Richman**
                             OFFICE OF FPD-EDVA
                             1650 King Street, Suite 500
                             Alexandria, VA 22314
                             703-600-0819


**For Deft. Randolph:**      **Angel Halim**
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             215-300-3229


**For Deft. Blythe:**        **Stephen Brennwald**
                             BRENNWALD & ROBERTSON, LLP
                             922 Pennsylvania Avenue, SE
                             Washington, DC 20003
                             301-928-7727




**Reported By:**             **Lorraine T. Herman, RPR, CRC**
                             Official Court Reporter
                             U.S. District & Bankruptcy Cts.
                             333 Constitution Avenue, NW
                             Washington, DC 20001
                             lorraine_herman@dcd.uscourts.go


**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

<u>**I N D E X**</u>

| <u>**WITNESS**</u> | <u>**PAGE**</u> |
|---|---|
| TIMOTHY LIVELY | |
|     Redirect Examination by Mr. Marshall | 4 |
| CAROLINE EDWARDS | |
|     Direct Examination by Ms. Foster | 22 |
|     Cross-Examination by Mr. Woodward | 67 |
| DAVID CRUZ | |
|     Direct Examination by Mr. Mirabelli | 100 |

<u>**E X H I B I T S**</u>

| <u>**EXHIBIT**</u> | | <u>**PAGE**</u> |
|---|---|---|
| Government's No. 303 | Admitted into Evidence | 135 |
| Government's No. 318 | Admitted into Evidence | 135 |
| Government's No. 319 | Admitted into Evidence | 135 |
| Government's No. 320 | Admitted into Evidence | 135 |
| Government's No. 324 | Admitted into Evidence | 135 |
| Government's No. 325 | Admitted into Evidence | 135 |
| Government's No. 327 | Admitted into Evidence | 135 |
| Government's No. 334 | Admitted into Evidence | 135 |
| Government's No. 335 | Admitted into Evidence | 135 |
| Government's No. 337 | Admitted into Evidence | 135 |
| Government's No. 339 | Admitted into Evidence | 135 |

1 **P R O C E E D I N G S**

2 (The morning session reporter was Stacy Johns.)

3 **REDIRECT EXAMINATION OF TIMOTHY LIVELY**

4 **THE COURT:**  Welcome back, everyone.  You can

5 resume and you're still under oath.

6 **THE WITNESS:**  Yes, ma'am.

7 **MR. MARSHALL:**  Thank you, Your Honor.

8 BY MR. MARSHALL:

9 **Q.**   Sergeant Lively, what does it mean to breach a

10 police line?

11 **A.**   To breach a police line means to go beyond the

12 established line.

13 **Q.**   Does breaching require knocking over bike racks?

14 **A.**   No.

15 **Q.**   Can you describe what you saw the man in the red

16 hat do to the bike racks at the curb of the Peace Circle?

17 **A.**   I believe he lifted them up and removed them and

18 then just pushed it out of the way.

19 **Q.**   Have you separated bike racks before?

20 **A.**   Yes.

21 **Q.**   Can you do it without knocking over bike racks?

22 **A.**   Yes.

23 You were asked several times during direct and

24 cross about the crowd size.  At the Peace Circle at the time

25 of the breach, as the crowd moved towards you on

**LIVELY - Redirect by Mr. Marshall**

1    Pennsylvania Walkway, what would you estimate the crowd size

2    to be?

3        **A.**   Upwards to 500 people.

4        **Q.**   How is it that the person in the red hat with the

5    denim jacket sticks out to you from that day among 500

6    people?

7        **A.**   He was the first one that I remember coming

8    through the bike racks at Peace Circle and then just

9    his -- how he acted when we were up at the second set of

10   bike racks with the green snow fencing.

11       **Q.**   Sergeant Lively, can you indulge me and close your

12   eyes?

13       **A.**   [Complied]

14       **Q.**   Can you tell the Court what everyone in the

15   courtroom is wearing today?

16           **MR. FEITEL:**   Objection, Your Honor.  This is not

17   the --

18           **THE COURT:**   Overruled.  Overruled.

19           **THE WITNESS:**   No.

20   **BY MR. MARSHALL:**

21       **Q.**   Can you open your eyes?

22       **A.**   Sure.

23       **Q.**   Why couldn't you do that?

24       **A.**   I don't have a photographic memory.

25       **Q.**   Does that mean you didn't see those people?

                    **LIVELY - Redirect by Mr. Marshall**

1      **A.**   No.

2      **Q.**   I'll show you Government's Exhibit 14 -- I'm

3  sorry, 314.

4           **DEPUTY CLERK:**  You said 314?

5           **MR. MARSHALL:**  Yes, ma'am.

6  BY MR. MARSHALL:

7      **Q.**   At zero seconds here, do you recognize anyone?

8      **A.**   Yes, the individual that I identified at

9  Pennsylvania Walkway with the red hat and the denim jacket

10  without the denim jacket on.

11           **MR. MARSHALL:**  Can you just let it play and pause

12  at about 8 seconds?

13      (Video played.)

14           **MR. MARSHALL:**  Can you go back one second?

15           **MS. HAYMAN:**  [Complied]

16           **MR. MARSHALL:**  I want to direct your attention to

17  this person right here.

18           **MR. WOODWARD:**  Can we just confirm with the Court

19  that you have this as having been admitted?

20           **DEPUTY CLERK:**  I do have it admitted.

21           **THE COURT:**  314?

22           **DEPUTY CLERK:**  Yes.

23           **THE COURT:**  You can continue.

24  BY MR. MARSHALL:

25      **Q.**   Just directing your attention to that person, does

                 **LIVELY - Redirect by Mr. Marshall**

1    that appear to be a Capitol Police officer?

2        A.   Yes.

3        Q.   To the left of that officer or further south on

4    the West Plaza, is that where the individual rioter was hit

5    with the less-than-lethal round you've described?

6        A.   It was in that general vicinity, yes.

7            MR. MARSHALL:  Let's clear this and let it play

8    until about 14 seconds.

9            MS. HAYMAN:  [Complied]

10           THE COURT:  Can you go back to 14?  Sorry.  Just

11   let it play.

12           MS. HAYMAN:  [Complied]

13   BY MR. MARSHALL:

14       Q.   Do you see yourself at 15 seconds?

15       A.   Yes.

16       Q.   And where do you see yourself?

17       A.   [Indicated]

18       Q.   For the record, the witness has circled the top

19   portion of someone's head with a Capitol Police ball cap on

20   the left side of the screen; is that accurate?

21       A.   Yes.

22       Q.   I want to direct your attention to this.

23   [Indicated]  What does that say?

24       A.   RMGNEWS.

25           MR. MARSHALL:  Could you just let it play until 16

                    **LIVELY - Redirect by Mr. Marshall**

1    seconds?

2            **MS. HAYMAN:**  [Complied]

3    **BY MR. MARSHALL:**

4        **Q.**   Are you able to tell who that is?

5        **A.**   I believe it's the individual that was at the

6    Pennsylvania Avenue Walkway with the denim jacket and the

7    red hat.

8        **Q.**   Does he appear to still be in a similar location?

9        **A.**   Yes.

10           **MR. MARSHALL:**  Could you pull up Government's

11   Exhibit 313, and this has not been admitted.

12           **DEPUTY CLERK:**  No, it hasn't.

13           **MR. MARSHALL:**  And go to 6 seconds, please.

14           **MS. HAYMAN:**  [Complied]

15   **BY MR. MARSHALL:**

16       **Q.**   Circling an individual on the left, does that

17   appear to be the same Capitol Police officer from

18   Government's Exhibit 314?

19       **A.**   Yes.

20       **Q.**   Is this the similar location as was depicted in

21   Government's Exhibit 314?

22       **A.**   Yes.

23       **Q.**   Okay.  Do you recognize anyone else in this frame?

24       **A.**   The individual identified at Pennsylvania Avenue

25   Walkway with the denim jacket and the red hat.

                   **LIVELY - Redirect by Mr. Marshall**

1    **Q.**   And how can you tell?

2    **A.**   Based on the sweatshirt -- the white sweatshirt

3    and the black shirt and the red hat.

4        **MR. MARSHALL:**  Your Honor, I'd offer Government's

5    Exhibit 313 into evidence.

6        **MR. WOODWARD:**  Yes, Your Honor.  We object.

7        **THE COURT:**  Same objection that we've been

8    discussing?

9        **MR. WOODWARD:**  No, Your Honor.  When we look at

10   Exhibit 314, we see a line of police officers all of whom

11   are wearing identical helmets, and we see an individual with

12   a red hat.  It is a completely blurry picture.  We can't

13   even make out the infamous Make America Great Again slogan.

14       This witness simply can't authenticate two

15   different videos based on information that is spurious at

16   best and claim that this video is what it purports to be

17   based on the prior video.  And so we just don't have a

18   foundation here.

19       And I'm loathed to admit that we're reopening this

20   to some sort of either voir dire or recross.  I'm not sure

21   why we're here.

22       **MR. MARSHALL:**  May I respond, Your Honor?

23       **THE COURT:**  Yes.

24       Maybe we can have the Sergeant just step out

25   because I think this is a good time for me to address

**LIVELY - Redirect by Mr. Marshall**

1     ECF-304.

2             Thank you, Sergeant.

3         (Witness steps down.)

4             **THE COURT:**  Go ahead.

5             **MR. MARSHALL:**  Yes, Your Honor.  So, I was going

6     to point out that Mr. Woodward offered -- I'm sorry, Defense

7     Exhibit No. 1, which was a continuation of a different

8     section of Government's Exhibit 311, I believe, that was

9     essentially the same video with the RMGNEWS logo under the

10    rule of completeness.

11            Here, you know, that was to characterize or give

12    context to Mr. Samsel's actions on that section of the

13    Southwest Plaza.  Here, this is another moment in time from

14    that same area.  We've connected up, you know, people that

15    were clearly there at the same time.  And I think this, you

16    know, any objection at this point, I think, really just goes

17    to weight.

18            **THE COURT:**  Okay.  I will admit it over objection,

19    and I do want to deal with ECF-304 before we have the

20    Sergeant come in, which was the government's motion to

21    reconsider.  I had not thought that I had ruled definitively

22    one way or the other.

23            To the extent that anything I said could be

24    characterized as a ruling, I would grant the motion.  I'm

25    just going to put my findings about it on the record.  I

**LIVELY - Redirect by Mr. Marshall**

1    think it's fair for the parties to know what's coming in.

2              So this is in regard to third-party videos

3    generally.  For those videos where this sergeant was

4    present, I've already ruled that those have been

5    sufficiently authenticated.  He was there.  He was in the

6    videos.  He observed what happened, and I think the

7    arguments that have been presented go to weight.

8              For the category of videos or stills from videos

9    where this officer was not physically present, I did read

10   the government's motion.  I've considered it.  And, again,

11   authentication is a low bar.

12             What we have and what the record's established so

13   far is that this witness was at the Capitol on January 6.

14   He's worked there for 15 years.  He was present for the

15   events that we're talking about in the case.  He identified

16   unique markers that were connected to Inaugural events that

17   were in place on January 6 but not present year round.

18             He testified that he had not observed a crowd of

19   this size on another day and that January 6 was the day

20   where officers set up the bike racks that we've been talking

21   to.  He's identified those racks in formation in some of the

22   videos that he wasn't physically present for.

23             He is aware that MPD officers were called and

24   formed a line in a particular position and a specific

25   formation he was familiar with and identified that line in

                    **LIVELY - Redirect by Mr. Marshall**

1    some of these videos.  And he has identified specific people

2    that he saw on that day, specifically the person in the red

3    hat that he recalls seeing that day in some of these other

4    videos, as well as some testimony, and the government has

5    proffered more is coming where they will be comparing these

6    videos to stipulated body cam footage.

7         So I think, given the low bar, that there is

8    enough in the record for me to make the conclusion that, for

9    purposes of authentication, these videos are what the

10   government purports them to be, and that is, videos taken on

11   January 6th at the Capitol.

12        Now, whether I should give these videos any weight

13   or what weight I should give them are arguments that I will

14   consider.  And the defense has had an opportunity to

15   cross-examine on these matters.  But I think, for the low

16   bar of authentication, I am satisfied that a factfinder

17   could conclude that these videos were taken at the Capitol

18   on January 6, not some other day and not some other

19   location.  And I think, for the low bar, that that's

20   satisfied.

21        So if you want to finish redirect and then, to the

22   extent that there were exhibits that you hadn't moved in, if

23   you want to move those in so the record is clearer, again, I

24   will hear arguments about weight at the appropriate time,

25   but that's my ruling with respect to these third-party

**LIVELY - Redirect by Mr. Marshall**

1     videos.

2              **MR. MARSHALL:**  Thank you, Your Honor.

3              **THE COURT:**  All right.  So are we ready to bring

4     the Sergeant back in?  Okay.

5              **MR. WOODWARD:**  Your Honor, I would just note for

6     the record our concern that the government is filing a

7     seven-page motion at 11:00 on the second day of trial,

8     again, disregarding the Court's order that Motions in Limine

9     be filed by a date certain.

10             The Court has now made a ruling on that motion.

11    It is replete with case citations, and not a single defense

12    counsel present has had the opportunity to respond to that

13    filing.

14             **THE COURT:**  I understand that.  I would give you

15    the opportunity to respond.  I was prepared to make this

16    ruling before the motion came in having considered our

17    discussion yesterday.

18             I actually missed the motion until I was getting

19    caught up after we broke just now.  So I wanted to loop in

20    to close the record.  I actually didn't consider that I even

21    made a ruling with respect to this, because I thought the

22    government was suggesting that it would seek to move in

23    these exhibits through another witness.  So, you know, if

24    you want to be heard on that, that was going to be my ruling

25    regardless.

                    **LIVELY - Redirect by Mr. Marshall**

1           I did look at one of the cases the government

2    cited, the *Home Quest* case, only because it contained a

3    specific quotation about authentication where some other

4    person who was present at the time without the person

5    present at the time it was taken.  But, you know, we've been

6    discussing these matters for a couple days now, and that was

7    going to be my ruling.

8           But, you know, if you want time to respond, I'll

9    give it to you and you can ask me to reconsider the ruling I

10   just made.  But I think everyone's had sufficient time to

11   flesh out this issue.

12           **MR. WOODWARD:**  Understood, Your Honor.

13           **THE COURT:**  Okay.  Thank you.

14       (Witness steps up.)

15           **THE COURT:**  You can continue.

16           **MR. MARSHALL:**  Thank you, Your Honor.

17   **BY MR. MARSHALL:**

18       **Q.**   So just to reorient you to where we were, I think

19   we left off your testimony was that you recognized the

20   individual in the red Make America Great Again hat?

21       **A.**   Yes.

22       **Q.**   And that's the person from the Peace Circle

23   Walkway?

24       **A.**   Peace Circle/Pennsylvania Avenue walkway, yes.

25           **MR. MARSHALL:**  If we can just play this 313 from 6

                     **LIVELY - Redirect by Mr. Marshall**

1    seconds.

2              MS. HAYMAN:

3              MR. MARSHALL:  If you can bring up Government's

4    Exhibit 332.

5              MR. WOODWARD:  Your Honor, if I could quickly make

6    another objection for the record --

7              THE COURT:  Sure.

8              MR. WOODWARD:  -- which is that, with respect to

9    those 311, 312, 313 and 314, it's not at all clear in what

10   order those videos occur.  So while they all do appear to be

11   from the same video, we don't know when they're occurring,

12   what timeframe they are, how much time has been excerpted

13   from in between those clips.  Period.

14             THE COURT:  Okay.

15             You can continue.

16             MR. MARSHALL:  Could you go to 35 seconds, please?

17             MS. HAYMAN:  [Complied]

18   BY MR. MARSHALL:

19        Q.   You were asked by Mr. Feitel about a statement you

20   made on January 8th.  I believe that's in the after-action

21   report; is that correct?  Do you remember that, being asked

22   about that statement, not that you remember the statement?

23        A.   Yes.  Yes.

24        Q.   And in that statement, you were told that you said

25   the crowd lifted bike racks and attempted to crush you and

                 **LIVELY - Redirect by Mr. Marshall**

1       your officers or something to that effect?

2              **A.**   Yes.

3              **Q.**   Was what this moment?

4              **A.**   Yes.

5              **Q.**   What was the force like of this bike rack when it

6       was at face level being pushed at you?

7              **A.**   I was driven back.  The force was my -- I was

8       trying to move forward.  My momentum was just driven back.

9                     **MR. MARSHALL:**  Can you pull up -- I'm sorry.  Just

10      let this play through.

11             (Video continued playing.)

12                    **MR. MARSHALL:**  Can you pause?

13                    **MS. HAYMAN:**  [Complied]

14      **BY MR. MARSHALL:**

15             **Q.**   So I'm pausing at 51 seconds.  You were asked

16      about Officer Loman's actions on January 6 at the

17      Pennsylvania Avenue Walkway.  Correct?

18             **A.**   Yes.

19             **Q.**   At this moment in your experience in the civil

20      disturbance unit, would this be considered a civil

21      disturbance?

22             **A.**   Yes.

23                    **MS. HALIM:**  Objection, Your Honor.  Based on

24      conclusion.

25                    **THE COURT:**  Overruled.

                      **LIVELY - Redirect by Mr. Marshall**

BY MR. MARSHALL:

    **Q.**   What's the risk of Officer Cruz being pulled into a crowd of this size?

    **A.**   He could be incapacitated.  He could have his weapons removed.

        **MR. WOODWARD:**  Objection.  Calls for speculation.

        **THE COURT:**  Overruled.

        **MS. ROSEN:**  Objection.  Asked and answered.  This testimony came out directly on direct.

        **THE COURT:**  I assume that this is following up -- there was a line of questions about the appropriateness of the officers' response and various de-escalation tactics. I'm assuming that that's what you're following up on now?

        **MR. MARSHALL:**  Yes, Your Honor.

        **THE COURT:**  Yeah, okay.  So overruled.

BY MR. MARSHALL:

    **Q.**   You were asked by Ms. Rosen on cross at great length about the angle of the bike racks.  Do you remember that?

    **A.**   Yes.

        **MR. MARSHALL:**  Can you please pull up Government's Exhibit 331 at 1:45?

        **MS. HAYMAN:**  [Complied]

        **MR. MARSHALL:**  Could you go back to about 1:40 and let it play a little bit?

        **LIVELY - Redirect by Mr. Marshall**

 1          **MS. HAYMAN:**  (Complied.)

 2          **MR. MARSHALL:**  Pause it.

 3          **MS. HAYMAN:**  [Complied]

 4  **BY MR. MARSHALL:**

 5      **Q.**   So pausing at a minute, 59, was this -- you were

 6  asked on cross about the right side of the bike racks, from

 7  the crowd's perspective, moving at an angle.  Correct?

 8      **A.**   Yes.

 9      **Q.**   Why was it that the right side moved farther than

10  the left?

11      **A.**   I'd imagine that the force that was on that side

12  was greater --

13          **MR. FEITEL:**  Objection, Your Honor.  I think the

14  response I imagine -- I think an answer that starts off "I

15  imagine" is conjecture.

16          **THE COURT:**  Sustained.  Sustained.

17          **MR. MARSHALL:**  Can you pull up Government's

18  Exhibit 308?

19          **MS. HAYMAN:**  [Complied]

20          **MR. MARSHALL:**  I'm sorry.  Can you go to 308A?

21  Pause it.  Can you turn off the sound please just in slow

22  motion.

23          **MS. HAYMAN:**  [Complied]

24  **BY MR. MARSHALL:**

25      **Q.**   You were shown a number of stills from

                    **LIVELY - Redirect by Mr. Marshall**

1  Government's Exhibit 308 by Ms. Halim.  Correct?

2       **A.**   Yes.

3       **Q.**   You were shown maybe, was it about 13 images?

4       **A.**   I believe it was 13.

5       **Q.**   And that covered a span of 15 seconds?

6       **A.**   Yes.

7            **MR. MARSHALL:**  So I want to go to -- or let this

8  play and then pause at 37 seconds.

9            **MS. HAYMAN:**  [Complied]

10  **BY MR. MARSHALL:**

11      **Q.**   What is happening in this video at this point in

12  time?

13      **A.**   The barricade has been basically pushed back to

14  the stairs by the two individuals, the one in the jeans with

15  the black jacket and then the individual with the red hat

16  and the black shirt with the white jacket that had the jean

17  jacket earlier.  And Officer Edwards is the one on the right

18  being driven back towards the stairs.

19            **MR. MARSHALL:**  Can you let this play until 50

20  seconds?

21            **MS. HAYMAN:**  [Complied]

22  **BY MR. MARSHALL:**

23      **Q.**   The person in the jeans, what did that individual

24  just appear to do?

25      **A.**   Jumped over the bike racks, breached the police

                    **LIVELY - Redirect by Mr. Marshall**

1      line.

2           **Q.**   I want to direct your attention to that

3      individual's right.  Besides Officer Edwards on the ground,

4      which who I'm circling below the person in the red hat's

5      arm, the white arm that he's got extended, that's in the

6      bottom right corner of the screen?

7           **A.**   Yes.

8                **MR. WOODWARD:**  Objection.  Leading.

9                **THE COURT:**  Sustained.

10     BY MR. MARSHALL:

11          **Q.**   Are any officers to his right?

12          **A.**   Yes, Officer Caroline Edwards in the bottom of the

13     screen.

14          **Q.**   Besides Officer Edwards?

15          **A.**   To his right?

16          **Q.**   Right.  In this image, are any officers to that

17     individual's right?

18          **A.**   Not that I see in this video.

19               **MR. MARSHALL:**  Can you just let it play for a few

20     seconds?

21               **MS. HAYMAN:**  [Complied]

22               **MR. MARSHALL:**  Can you pause?

23               **MS. HAYMAN:**  [Complied]

24     BY MR. MARSHALL:

25          **Q.**   What direction did that individual just turn?

                    **LIVELY - Redirect by Mr. Marshall**

1          **A.**    He turned to his left towards Officer Cruz.

2          **Q.**    When you were asked about seeing weapons at the

3     Peace Circle, what did you mean when you said you saw no

4     weapons?

5          **A.**    I took it as guns, knives, of that type.

6              **MR. MARSHALL:**  No further questions.

7              **THE COURT:**  Okay.

8              Is this witness excused?  For the government, is

9     he excused?

10             **MR. MARSHALL:**  Yes, Your Honor.

11             **THE COURT:**  Okay.  For defense?

12             **MS. ROSEN:**  Yes, on behalf of Paul Johnson.

13             **THE COURT:**  Mr. Johnson, okay.

14             Does anyone disagree that he's excused?

15        [No response]

16             Okay.  You are excused.  Thank you.

17             **THE WITNESS:**  Thank you, Your Honor.

18        (Witness steps down.)

19             **THE COURT:**  Okay, government, you can call your

20    next witness.

21             **MS. FOSTER:**  Your Honor, at this time, the United

22    States calls Caroline Edwards to the stand.

23             **THE COURT:**  Okay.

24             **DEPUTY CLERK:**  Officer Edwards, please raise your

25    right hand.

                    **LIVELY - Redirect by Mr. Marshall**

1          Do you solemnly swear or affirm that the testimony

2     you will give in the case now on trial will be the truth,

3     the whole truth and nothing but the truth?

4          **THE WITNESS:**  I do.

5          **DEPUTY CLERK:**  Thank you, ma'am.  You may be

6     seated.

7          <u>**DIRECT EXAMINATION OF CAROLINE EDWARDS**</u>

8     **BY MS. FOSTER:**

9     **Q.**   Good afternoon, Sergeant Edwards.

10    **A.**   Good afternoon.

11    **Q.**   Could you please spell your first and last name

12    for the court reporter?

13    **A.**   Yes.  So that's Caroline Edwards; C-a-r-o-l-i-n-e,

14    E-d-w-a-r-d-s.

15    **Q.**   And are you an officer or a sergeant at this

16    point?

17    **A.**   I am now a sergeant.

18    **Q.**   All right.  So, Sergeant Edwards, are you

19    employed?

20    **A.**   Yes, ma'am.

21    **Q.**   How are you employed?

22    **A.**   I am employed with the United States Capitol

23    Police.

24    **Q.**   How long have you been with the United States

25    Capitol Police?

**EDWARDS - Direct by Ms. Foster**

1       **A.**    Just a little under seven years now.

2       **Q.**    So were you employed with the United States

3    Capitol Police back on January 6, 2021?

4       **A.**    Yes, ma'am.

5       **Q.**    At that time, were you a sergeant or an officer?

6       **A.**    I was an officer.

7       **Q.**    As an officer, what was your job back on

8    January 6, 2021?

9       **A.**    So I was on the first responders unit, which their

10   job is to be outside of the Capitol on Capitol grounds

11   surrounding the Capitol building itself.  I was on third

12   shift.  So my hours were 3 p.m. to 11 p.m.  And I was also

13   on the Civil Disturbance Unit, which is what I was working

14   that day on January 6th.

15      **Q.**    What is your understanding of what the Civil

16   Disturbance Unit does?

17      **A.**    So the Civil Disturbance Unit works protests,

18   riots, crowd control.  Anything that involves, like, a large

19   crowd of people who -- anything from exercising First

20   Amendment to -- up and to full-scale riots.

21      **Q.**    On January 6, 2021, what time did you show up to

22   work?

23      **A.**    I believe -- I can't recall the exact time.  I

24   want to say that I showed up -- I know I showed up early,

25   around either 9 or 10 a.m. that morning, maybe even earlier.

1      Q.   You indicated that your shift was, I think you

2  said started at 3 p.m. typically; is that correct?

3      A.   Yes, ma'am.

4      Q.   Why did you show up at 8 a.m. when your shift

5  wasn't supposed to start until 3?

6      A.   So I was hit on to be there for the -- what they

7  were referring to as the rally on the Mall, the Trump rally.

8  So I was there to be crowd control.

9           They had kind of told us that our day was going to

10 consist of breaking up fights between protestors and

11 counter-protests and just making sure that no -- none --

12 like no protestors came onto the West Front where they had

13 blocked the entire area off for construction.

14     Q.   On January 6, 2021, what area were you patrolling?

15     A.   I was patrolling the West Front.

16     Q.   Okay.  And --

17        MS. FOSTER:  Actually, if we could just pull up

18 Exhibit 15.

19        MS. HAYMAN:  [Complied]

20 BY MS. FOSTER:

21     Q.   You indicate the West Front.  Do you see this

22 exhibit that's in front of you.  It's previously been

23 admitted and it's identified as Government's Exhibit 15?

24     A.   Yes, ma'am.

25     Q.   When you say you were patrolling the West Front,

**EDWARDS - Direct by Ms. Foster**

1    can you just mark on the screen what you're talking about?

2         A.   Um, so I'll show -- like -- so this is from this

3    walkway to here to this walkway -- the entire thing is kind

4    of the West Front, but that's kind of the area of

5    responsibility that we had.

6         I believe the entire -- I know this panel right

7    here was completely blocked off by bike racks.  And I want

8    to say the bike racks ascended out even further to, like,

9    around.

10        Q.   All right.  If I could ask you to stop there

11   because I need to explain what you just did for the record.

12   Okay?

13        A.   Sure.

14        Q.   When you are identifying the West Front, you

15   created kind of a circle around a walkway that heads towards

16   the U.S. Capitol and then across what appears to be a large

17   stage, and then down the next, kind of, darkened line.  And

18   then the end of the circle rejoins the beginning, where it's

19   at the front of that walkway; is that fair?

20        A.   That's fair.

21        Q.   And you identified with an X the area that you

22   were talking about in terms of the West Front; is that fair?

23        A.   That's fair.

24        Q.   And then the last thing you did was you created a

25   line that basically encircles the U.S. Capitol building from

**EDWARDS - Direct by Ms. Foster**

1    what appears to be a road, and you indicated that that was

2    the restricted perimeter; is that fair?

3        A.   Yes, ma'am.  Yeah, and then it loops back around.

4    So we had blocked off quite a lot of real estate that day

5    around the Capitol building itself.

6        Q.   Got it.  And when you're talking about real

7    estate, are you talking about the U.S. Capitol grounds or

8    are you talking about something else?

9        A.   The U.S. Capitol grounds.

10       Q.   And specifically, what area were you supposed to

11   patrol on the morning of January 6, 2021?

12       A.   So I was put -- me and another officer at the

13   start of the day were put here on this little, I guess,

14   riser.  I guess it was kind of like a riser constructed to

15   help pedestrians across for the Inauguration.

16            We were put on that podium to ensure that no one

17   jumped the fences, that nobody -- you know, that we were the

18   line of defense and we would switch on and off.

19       Q.   Let me just stop you there.

20       A.   Sure.

21       Q.   You have circled on Government's Exhibit 15 what

22   appears to be a kind of raised area along that walkway

23   between the circle and the U.S. Capitol building; is that

24   fair?

25       A.   Yes.

                    **EDWARDS - Direct by Ms. Foster**

1    Q.   Okay.  And you indicated that you were patrolling

2    this area with another officer.  Who was that other officer?

3    A.   Officer Nicole Roth.

4    Q.   You also indicated or it sounds like you were

5    starting to talk about your schedule?

6    A.   Yes.

7    Q.   Initially that morning, what was your schedule for

8    patrolling that area?

9    A.   So we were doing what's called, like, hour on/hour

10   off.  So we would have another officer -- another pair of

11   officers who would -- after an hour of patrol, we would

12   exchange places and then we would go on break for an hour.

13   Q.   Got it.  At that time, who was the sergeant in

14   charge of your group of officers?

15   A.   Sergeant Timothy Lively.

16   Q.   And we've talked a little bit about this area, but

17   the location where those risers are that you were

18   patrolling, that walkway, is that identified with a specific

19   name?

20   A.   It's called Pennsylvania Avenue walkway.

21   Q.   You also were talking about a schedule of one hour

22   on, one hour off.  Did that schedule come to an end at some

23   point?

24   A.   It did.  A group --

25   Q.   Wait.  Let me just ask you just to go, so we go

EDWARDS - Direct by Ms. Foster

```
 1    step by step?
 2         A.   All right.
 3         Q.   Approximately what time was it when that schedule
 4    changed?
 5         A.   It was approximately around 12:30, I want to say,
 6    like, noon or 12:30.
 7         Q.   Got it.  So when you say 12:30, you mean
 8    12:30 p.m. or a.m.?
 9         A.   P.M.
10         Q.   And why did that schedule change around
11    12:30 p.m.?
12         A.   A large group started approaching the Pennsylvania
13    Avenue Walkway.  It was -- so if I can mark here.  This
14    circle is called Peace Circle.  They started rallying inside
15    of Peace Circle.
16         Q.   So let me just stop you there --
17         A.   Sure.
18         Q.   So I can explain what it is that you just did.
19         A.   Sure.
20         Q.   On Exhibit 15, you just circled an area that is at
21    the foreground of the image.  And it appears to be a
22    roundabout that is at the front end of the Pennsylvania
23    Avenue Walkway; is that fair?
24         A.   That's fair.
25         Q.   Okay.  And you indicated that there were a large
```

**EDWARDS - Direct by Ms. Foster**

1    number of people that were amassing there.  When you say a

2    large number of people initially, about how many people was

3    that?

4        **A.**   I want to say it was about anywhere from about 80

5    to 100 people.

6        **Q.**   And given that there were a large number of people

7    amassing at the Peace Circle, what is it that you did?

8        **A.**   So we were ordered by Sergeant Timothy Lively to

9    respond back that all breaks were suspended and to respond

10   back to our posts to ensure that we had a larger number of

11   people.  There were only around 30 officers at the time on

12   the West Front.  So he just wanted more numbers to handle

13   the crowd.

14       **Q.**   When you responded, what were you wearing?

15       **A.**   Uniform of the day.  Just my regular uniform.

16       **Q.**   Is that similar to the clothes that you're wearing

17   today?

18       **A.**   Similar, more like Sergeant Lively's uniform

19   'cause it's the outside uniform.  This is more of an inside

20   officer's uniform but, yes.

21       **Q.**   Did you have any additional padding, any

22   additional gear on you?

23       **A.**   No, ma'am, just my winter jacket.

24       **MS. FOSTER:**  If I could ask you to pull up

25   Government's Exhibit 201.

**EDWARDS - Direct by Ms. Foster**

1          **MS. HAYMAN:**   [Complied]

2          **MS. FOSTER:**   And if we could just play the first

3    five seconds.

4          (Video played.)

5    **BY MS. FOSTER:**

6      **Q.**   Sergeant Edwards, do you see yourself in this

7    video?

8      **A.**   Yes, ma'am.

9      **Q.**   Where are you?

10     **A.**   The way we're facing, I'm on the far right.  I am

11   turned sideways at the moment talking to Officer Roth and

12   Officer Cruz.

13     **Q.**   If you could just circle yourself on this so that

14   we can all be clear as to which one you are?

15     **A.**   [Complied]

16     **Q.**   Got it.  So you have circled the person on the

17   riser to the far right who looks like she is turned; is that

18   fair?

19     **A.**   Yes.

20     **Q.**   And about what time is it that this image is

21   taken?

22     **A.**   It is around 12:30, 12 -- I don't know if the

23   timing is right.

24     **Q.**   Sorry.  I don't know if you can see it, but on

25   this image that I have, it says 12:40:06.  Is that what it

                    **EDWARDS - Direct by Ms. Foster**

1    says on yours?

2         **A.**   Yes, that seems about right.

3         **Q.**   And if you can see here, this doesn't appear to be

4    a fairly large crowd.  Did the size of the crowd increase?

5         **A.**   Yes.

6         **Q.**   Could you hear what the crowd was saying at that

7    point at 12:40?  Were they saying anything?

8         **A.**   I don't remember hearing anything from this

9    particular crowd.  There was a crowd coming down First

10   Street, that was to the left of this crowd, chanting, pardon

11   my French, but "Fuck Antifa."

12        **Q.**   Did that crowd that was walking down First Street,

13   where did they go?

14        **A.**   They joined up with the first crowd.

15        **Q.**   And did they end up at the Peace Circle as well?

16        **A.**   Yes, ma'am.

17             **MS. FOSTER:**  Elizabeth, if you could pull up

18   Government's Exhibit 340.

19             **MS. HAYMAN:**  [Complied]

20             **MS. FOSTER:**  And if you would play the first about

21   7 seconds.

22        (Video played.)

23   **BY MS. FOSTER:**

24        **Q.**   From what you can tell, is this before or after

25   the group that came to join the first group joined.  Does

**EDWARDS - Direct by Ms. Foster**

1    that make sense?

2         A.   It does.  I am not sure.  The second group had --

3    they all had matching beanies.  And I don't see any of those

4    beanies right here.

5         Q.   Let me ask it this way.  Does this group appear to

6    be larger than the group that had originally amassed in

7    front of the Peace Circle at 12:40 p.m.?

8         A.   Yes.

9         Q.   And do you see yourself in this image stopped at

10   07 seconds?

11        A.   I do.

12        Q.   Where are you here in this image?

13        A.   Right here.  [Indicated]

14        Q.   All right.  It appears you have circled yourself.

15   You are on the far right, in this image, fourth police

16   officer across the line; is that fair?

17        A.   Fair.

18        Q.   At some point in this video at 07 seconds, do

19   members of the crowd come across through the first

20   barricade?

21        A.   I'm sorry.  Can you repeat the question?

22        Q.   Sure.  I should step back a second.  Between you

23   and this crowd, how many bike rack barricades are there?

24        A.   There are two.  There is one immediately at the

25   bottom of the stairs -- well, not immediately at the bottom

**EDWARDS - Direct by Ms. Foster**

1    of the stairs, a little, a few feet in front of the bottom

2    of the stairs that I am standing on.  And then there's one

3    at Peace Circle.

4        Q.   These individuals that we see in the foreground on

5    Government's Exhibit 340, where are they as compared to that

6    bike rack you were talking about at Peace Circle?

7        A.   They are behind it currently.

8        Q.   At some point, did those individuals who were

9    behind that bike rack come across towards the bike rack

10   where you are standing?

11       A.   Yes.  An individual who looked to be the leader

12   said something along the lines of, Can we come up there?

13   And we all shook our head, no.  And then that's when they

14   started.  It was -- I think he turned to some people and

15   started talking, and that's when several individuals started

16   tearing down the first row of bike racks.

17           **MR. WOODWARD:**  Objection, Your Honor.

18           **THE COURT:**  Basis?

19           **MR. WOODWARD:**  We just move to strike "looked to

20   be the leader" as that is calling for speculation.

21           **THE COURT:**  Okay, sustained.

22   BY MS. FOSTER:

23       Q.   The individual that said, Can we come up there,

24   how could you hear that?

25       A.   He was holding a megaphone.

**EDWARDS - Direct by Ms. Foster**

1      **Q.**   And was he speaking into that megaphone?

2      **A.**   Yes, ma'am.

3      **Q.**   Okay.  Do you remember what that individual looked

4      like?

5      **A.**   He was, I would say, around five foot, eight, five

6      foot, nine.  He had a beard.  He had a beanie on.  He had a

7      flannel shirt on.  And he was holding a megaphone with a

8      bunch of stickers, it looked like, on it.

9      **Q.**   After that individual that said, Can we come up

10     there, was that the same person who entered first through

11     the barricades?

12     **A.**   No.

13     **Q.**   Were there other people who entered through the

14     barricades?

15     **A.**   Yes.

16     **Q.**   Once they entered through that first barricade,

17     where did they go?

18     **A.**   They went up to the line of bike racks that were

19     near the bottom of our stairs.

20        **MS. FOSTER:**  Elizabeth, if you could skip to 2

21     minutes and 53 seconds and play it to 3 minutes and 15

22     seconds.

23        (Video continued playing.)

24     BY MS. FOSTER:

25     **Q.**   What happened in the video?

                    **EDWARDS - Direct by Ms. Foster**

1   **A.**   So individuals tore down the bike rack and then

2   they started heading towards us.

3   **MS. FOSTER:**  Elizabeth, if you would pull up

4   Exhibit 302 and play the first 15 seconds.

5   **MS. HAYMAN:**  [Complied]

6   **MS. FOSTER:**  Sorry.  Can you back it up just a

7   little bit?

8   **MS. HAYMAN:**  [Complied]

9   **MS. FOSTER:**  Thank you.

10  **BY MS. FOSTER:**

11  **Q.**   Sergeant Edwards, do you see yourself on

12  Exhibit 302 at 00:14 seconds?

13  **A.**   Yes, ma'am.  I'm the far right officer, right

14  here.  [Indicated]

15  **Q.**   All right.  You have circled the person with a

16  beanie hat that is -- I should say, you've circled the

17  officer with a beanie hat that is on the far right of this

18  image; is that fair?

19  **A.**   Yes.

20  **Q.**   If you could explain to us where you are standing

21  as compared to where the protestors are standing?

22  **A.**   I am standing behind the bike racks.  It's a layer

23  of bike rack and snow fencing.  They are all zip-tied

24  together, and I'm standing behind it and there's several

25  signs that say "Area Closed".

                    **EDWARDS - Direct by Ms. Foster**

1    **Q.**   And those signs that say "Area Closed", where are

2    they located?

3    **A.**   On the front of the bike rack.

4    **Q.**   These first protestors that arrived at those

5    barricades, do they start pushing on those bike racks?

6            **MR. WOODWARD:**  Objection.  Leading.

7            **THE COURT:**  Sustained.  You can rephrase.

8    **BY MS. FOSTER:**

9    **Q.**   Those protestors that arrive at those bike racks,

10   what do they do?

11   **A.**   Um, they start pushing on the bike racks.

12   **Q.**   How soon after they get there do they start

13   pushing?

14   **A.**   So they say a couple of -- they say -- they talk

15   to some of the officers.  I'm assuming myself included.  I

16   don't recall anything that was said to me at the time.

17           You know, they start jawing at the officers there.

18   And then, once their numbers kind of get up, they put their

19   hands on the bike racks and they start pushing.

20   **Q.**   You indicated that you don't remember that -- you

21   don't remember exactly what people said to you.  Do you

22   remember specifically what any of these protestors said?

23           **MR. WOODWARD:**  Objection.  Calls for hearsay.

24           **THE COURT:**  Overruled.

25           **THE WITNESS:**  At one point, I had heard someone in

                **EDWARDS - Direct by Ms. Foster**

1     the crowd state that their problem wasn't with us.  Their

2     problem -- you know, why are you standing in our way?

3     Something like that.

4              **MR. WOODWARD:**  Objection.  Move to strike.

5     Hearsay.

6              **MS. FOSTER:**  Your Honor, it's not for the truth of

7     the matter asserted.  It is just to set the scene for what

8     happens next.

9              **THE COURT:**  I mean, is she going to testify as to

10    what she did in response to that statement?

11             **MS. FOSTER:**  No.

12             **THE COURT:**  Okay.  Then sustained.

13    **BY MS. FOSTER:**

14       **Q.**   Do you remember whether the officers, including

15    yourself, were saying anything back to these protestors?

16       **A.**   No, ma'am.

17       **Q.**   Do you remember viewing a video of the -- this

18    event, namely the protesters pushing and pulling on the

19    barricades, and then watching a slowed-down version of that

20    same video?

21       **A.**   I did, yes, ma'am.

22             **MS. FOSTER:**  Elizabeth, if you could pull up

23    Exhibit 308A and play it to 6 seconds, and if you could turn

24    the volume off.  Perfect.

25             **MS. HAYMAN:**  [Complied]

                    **EDWARDS - Direct by Ms. Foster**

BY MS. FOSTER:

Q.   Do you see yourself in this image?

A.   Yes, I'm the officer in the beanie.

Q.   Okay.  So are you on the right-hand side of this image?

A.   Yes.

Q.   What are you doing?

A.   I am holding onto the bike rack.

Q.   Why are you holding onto the bike rack?

A.   Because they are pushing on it.

Q.   And where are you holding onto the bike rack?

A.   At first, I hold on to -- 'cause I had two bike racks on either side, so I'm holding on like this.  And then, when more people come up and start to push, I link my arms and I tried to, like, hold the bike rack to the best of my ability upward.

Q.   You indicated that you were holding the bike rack like this.  Can we just -- can you explain, when you say "like this", what you mean?

A.   With my hands, like, separated, one on each bike rack 'cause I was kind of between two bike racks, so I had one on each bike rack.  And then I -- after more people started pushing on it, I linked my arms together to get a better hold on both of the bike racks.

Q.   Why did you hold onto two bike racks instead of

EDWARDS - Direct by Ms. Foster

1    one?

2    **A.**    There were -- there was no one next to me so --

3    **Q.**    So?

4    **A.**    I had to in order to try to keep it upright.

5         **MS. FOSTER:**  If you could play to 12 seconds on

6    this video.

7         (Video played.)

8    **BY MS. FOSTER:**

9    **Q.**    Do you see yourself here?

10   **A.**    Yes, ma'am.

11   **Q.**    Where are you?

12   **A.**    I am in the beanie.

13   **Q.**    Okay.  So are you basically front and center in

14   this image at 00:12 seconds?

15   **A.**    Yes, ma'am.

16   **Q.**    Do you see the man with the gray hat?

17   **A.**    I do.

18   **Q.**    When is he doing?

19   **A.**    He's pushing on the bike rack.

20   **Q.**    And what are you doing?

21   **A.**    Trying to keep it upright by pushing back.

22   **Q.**    Why are you trying to keep it upright by pushing

23   back?

24   **A.**    It's -- at that point, it was an unauthorized

25   area.  No one was -- it's a construction zone so no one was

**EDWARDS - Direct by Ms. Foster**

1    allowed in that area.  So I'm just trying to keep people

2    from coming in that area.

3         Q.   Got it.

4              MS. FOSTER:  If you could play till 19 seconds.

5              MS. HAYMAN:   [Complied]

6    BY MS. FOSTER:

7         Q.   Is there somebody else that is pushing against the

8    bike racks in front of you beyond the man with the gray hat?

9         A.   Yes.

10        Q.   Who is that?

11        A.   The man with the red halt.

12        Q.   And had you noticed that man with the red hat

13   before?

14        A.   I had.  I had an interaction with him later on

15   that day.

16        Q.   Right.  But before this moment at 19 seconds, had

17   you noticed that man with the red hat?

18        A.   No, not really.

19        Q.   It appears to me that you're looking to your

20   right; is that fair?

21        A.   Yes.

22        Q.   Why are you looking to your right?

23        A.   To look at -- to just, I guess, check on my other

24   officers, the line.

25        Q.   And why are you doing that?  Why are you checking

                    EDWARDS - Direct by Ms. Foster

1    on the line?

2         **A.**    Just, you know, making sure that the other

3    officers are okay, that they're -- you know, that we were

4    holding the line, essentially.

5              **MS. FOSTER:**  If you could play it to 28 seconds.

6              **MS. HAYMAN:**  [Complied]

7    **BY MS. FOSTER:**

8         **Q.**    At this point at 00:28 seconds, where is that

9    barricade?

10        **A.**    It is up around my face.

11        **Q.**    Why is that?  Why is that barricade up around your

12   face?

13        **A.**    People, when they couldn't push it down, they

14   started lifting it up.

15        **Q.**    You said "they".  Were you picking it up?

16        **A.**    No, ma'am.

17        **Q.**    Who was picking it up?

18        **A.**    The rioters on the other side.

19             **MS. FOSTER:**  If I could ask you to play it to 37

20   seconds.

21             **MR. WOODWARD:**  Your Honor, could we ask her to

22   clarify the other side of the line or the other side of the

23   bike rack?

24             **THE COURT:**  Sure.  Would you mind clarifying?

25             **THE WITNESS:**  Not at all.  The other side of the

                    **EDWARDS - Direct by Ms. Foster**

1    bike rack.

2              **THE COURT:**  Thank you.

3              **THE WITNESS:**  Yes, of course.

4         (Video continued playing.)

5    **BY MS. FOSTER:**

6    **Q.**   We are stopped at 37 seconds.  What just happened?

7    **A.**   So the bike rack came down.  It started folding

8    in, and the bike rack came down and hit my face right around

9    here.  [Indicated]  I started stumbling backwards because

10   they were continuing to push on it, and I lost my footing as

11   the bike rack is coming in.

12             And then, as I'm falling, I hit my jaw on the

13   metal handrail behind me.  At that point is when I go

14   unconscious but I landed with my head on the stairs.

15   **Q.**   Let's unpack that a little bit.  You said that the

16   initial hit from the bike barricade and you put your hand

17   towards your cheek.  Can you just, for the record, explain

18   where you just put your hand?

19   **A.**   So, it was -- because I had been leaning forward

20   to try to keep the bike rack upright, it started coming up

21   on top of me.  I kind of -- I turned my head towards the

22   right and the bike rack started folding in between the two

23   bike racks, so it started folding in, and I felt it hit my

24   left cheek and, like, I kind of startled -- it startled me.

25   It made me step back and then I started -- that's when I

**EDWARDS - Direct by Ms. Foster**

1    kind of started to lose my footing and --

2        Q.   So let me now ask you, at the time that that bike

3    barricade hit your cheek, from what you could see, who was

4    pushing on that bike barricade.

5        A.   I can see in the video.  I couldn't really tell at

6    all.  I was just really focused on the bike rack at the

7    time.

8             In the video, it seems that red hat and the guy in

9    the black or gray hoody is pushing on the bike racks.

10       Q.   Okay.  And when those two individuals are pushing

11   on the bike racks, you indicated that, first, the bike rack

12   hit your cheek and then where did you go?

13       A.   I then started stumbling backwards and my foot --

14   I started falling.  You know, I guess I just hit the right

15   side of my jaw on the metal handrail.  And the last thing

16   that I really remember at that time was hearing that loud

17   clang of my jaw hitting the metal handrail.

18       Q.   And you talk about a metal handrail.  Can you see

19   that metal handrail in government's exhibit at 00:37

20   seconds?

21       A.   Yes.

22       Q.   Where is it?

23       A.   It's right here.  [Indicated]

24       Q.   And you have drawn a line on a handrail that

25   appears to be basically right next to your head; is that

**EDWARDS - Direct by Ms. Foster**

1    fair?

2         **A.**   Yes.  Yes, ma'am.

3         **Q.**   It appears at this point that you let go of the

4    barricade.  Why did you let go of the barricade?

5         **A.**   I stumbled backwards.

6         **Q.**   And what caused you to stumble backwards?

7         **A.**   It was a combination of the people pushing on the

8    bike racks plus something hitting my face.

9         **MS. FOSTER:**  Elizabeth, if you could go frame by

10   frame until we hit 38 seconds.

11        **MS. HAYMAN:**  [Complied]

12   **BY MS. FOSTER:**

13        **Q.**   Do you see yourself in this image here?

14        **A.**   Yes, ma'am.

15        **Q.**   And what is happening at this point at 00:38

16   seconds?

17        **A.**   I believe my jaw is hitting the metal bike rack.

18        **Q.**   And why do you -- beyond the fact that you

19   testified to it, why do you believe that that's what's

20   happening?

21        **A.**   It's what's on the video.  It's what I am seeing.

22        **Q.**   Where are your feet at this point?

23        **A.**   Mostly off the ground.

24        **MS. FOSTER:**  And then, Elizabeth, if you could go

25   frame by frame until 00:40 seconds.

                    **EDWARDS - Direct by Ms. Foster**

1          **MS. HAYMAN:**  [Complied]

2     **BY MS. FOSTER:**

3          **Q.**   Sergeant Edwards, what did we just watch?

4          **A.**   We just watched me falling unconscious.

5          **Q.**   Can you tell where the back of your head goes?

6          **A.**   It goes onto the step behind me.

7          **Q.**   When you say it goes onto the steps, does it go

8     onto the steps softly and easily or does it go onto it more

9     forcefully?

10         **A.**   It goes onto it more forcefully.

11         **Q.**   And just so we're clear, do you remember the back

12    of your head actually hitting the stairs?

13         **A.**   No, ma'am.

14         **Q.**   And why don't you remember that?

15         **A.**   I was unconscious at this point.

16         **MS. FOSTER:**  Elizabeth, if you could play it to 1

17    minute and 12 seconds.

18         **MS. HAYMAN:**  [Complied]

19    **BY MS. FOSTER:**

20         **Q.**   What is the next thing that you remember?

21         **A.**   I remember being on my feet.

22         **Q.**   Do you remember somebody picking you up or do you

23    just remember physically being on your feet?

24         **A.**   I really just remember being on my feet.

25         **Q.**   And at that point, once you were on your feet, how

                    **EDWARDS - Direct by Ms. Foster**

1    did you feel?

2         **A.**   I was incredibly confused.  I didn't quite

3    understand where I was or what had really happened to me.  I

4    wasn't really focused.  I couldn't really focus on anything.

5    I was dazed, I guess, is the correct word.

6         **Q.**   What was going through your mind, if anything?

7         **A.**   Nothing that I can remember.  The next thing I

8    really truly remember was one of my friends saying, We have

9    to go.

10        **Q.**   So let's pause for a second.  You said, One of

11   your friends.  Was that one of these two individuals that

12   you see in the screen or was it somebody else?

13        **A.**   No, an officer came to get me from, like -- I

14   guess help me up and grab me.  An officer came to grab me.

15   And I know it was him that said it because, like, I kind of

16   was able to focus back in on his face once he said, like, We

17   have to go.  Like, I think something just kind of --

18   survival -- I can't even describe it.

19            It was adrenaline, survival, whatever you want to

20   call it, that just kind of clicked on when he said, We've

21   got to go and I just focused right in.

22        **Q.**   Okay.

23        **MS. FOSTER:**  Let's just play this video until

24   1:36, please.

25        **MS. HAYMAN:**   [Complied]

                    **EDWARDS - Direct by Ms. Foster**

1          **MS. FOSTER:**  Actually, can you play just a little

2     farther.  It's not helpful.  You can stop.

3          **MS. HAYMAN:**  [Complied]

4     BY MS. FOSTER:

5          **Q.**   You said, One of your friends and he was a fellow

6     officer.  Do you remember who that was?

7          **A.**   Officer Stakenburg.

8          **Q.**   When we paused, it appeared that you were looking

9     over to your right to the rest of the officers in this area

10    that is now featured on the screen.  Do you remember looking

11    at any of that?

12         **A.**   Yes, I do.  I remember seeing a fight breaking out

13    between a protestor and Officer Cruz.

14         **Q.**   And what were you thinking at that point?

15         **A.**   I was just not really able to respond at that

16    moment.  I was so dazed.  I remember watching it thinking

17    that I should really do something but, you know, it was

18    just -- I was incredibly confused at that moment.

19         **MS. FOSTER:**  If we could play this video to the

20    end.

21         **MS. HAYMAN:**  [Complied]

22    BY MS. FOSTER:

23         **Q.**   So throughout that last couple seconds of that

24    clip you seem to be just standing there.  What's going

25    through your mind as you are standing there?

                    **EDWARDS - Direct by Ms. Foster**

1       **A.**   I don't remember a whole lot being able to work

2    with my mind, to be honest with you.  I just was -- like,

3    the lights were on but no one was home if you...

4       **Q.**   At the end of that clip you appear to turn around

5    and start moving.  Where do you go?

6       **A.**   I head towards the -- it's called the Lower West

7    Terrace area.  It's like, a concrete area.  I just -- and

8    it's in front of the Inaugural Stage.

9       **Q.**   Why do you go there?

10      **A.**   Just to form another line and to keep people back.

11   I was, at that point -- maybe not this particular point, but

12   I believed that they were trying to get to the Inaugural

13   Stage and tear it down.  That's what I thought was

14   happening.

15      **Q.**   You indicated earlier in your testimony that you

16   interacted with the guy with the red baseball hat again.  Do

17   you remember that testimony?

18      **A.**   I do, yes.

19      **MS. FOSTER:**  Elizabeth, if I could ask you to pull

20   up Exhibit 309 and skip to 2 minutes and 47 seconds and then

21   play it to 2:55, please.

22      **MS. HAYMAN:**  [Complied]

23   **BY MS. FOSTER:**

24      **Q.**   Do you see yourself here in this image at

25   2 minutes and 55 seconds?

**EDWARDS - Direct by Ms. Foster**

1      **A.**   Yes, I am talking to the man in the red hat.

2      **Q.**   Okay.  And why are you talking to the man in the

3   red hat?

4      **A.**   He came to give me my beanie back, my winter hat

5   that I had on.

6      **Q.**   And did he say anything to you?

7      **A.**   He did.  He kept telling me that he was the one

8   who picked me up off the ground.

9          **MS. FOSTER:**  If you could play it to 3 minutes and

10   7 seconds, please.

11          **MS. HAYMAN:**  [Complied]

12   **BY MS. FOSTER:**

13      **Q.**   When he said that he was the person that picked

14   you up, did you respond?

15      **A.**   I don't remember what all I said, but it was

16   essentially just kind of placating, like, Yeah, okay thanks,

17   and took my beanie back.

18      **Q.**   And you said "placating".  Why were you placating?

19      **A.**   He was very insistent and just almost like he was

20   just trying to convince me of something.

21          **MR. WOODWARD:**  Objection, Your Honor.

22          **THE COURT:**  Overruled.

23   **BY MS. FOSTER:**

24      **Q.**   Did the man with the red hat, did he put his hand

25   on your shoulder?

**EDWARDS - Direct by Ms. Foster**

1      **A.**   He did.

2      **Q.**   How did you feel about that?

3      **A.**   Uncomfortable.

4      **Q.**   Why?

5      **A.**   I just -- I felt uncomfortable when he was telling

6      me that he was the one who picked me up, and I couldn't --

7      again, to me, it felt like he was just trying to convince me

8      of something.  It was just what he kept saying over and over

9      and over again.  I'm the one who picked you up.  Remember?

10     I'm the one who picked you up.

11     **Q.**   Did you lose your radio that day?

12     **A.**   I did not.

13     **Q.**   I'm sorry.  Did you lose your radio at Peace

14     Circle during this event that we've just been talking about?

15     **A.**   I did not.

16     **Q.**   Let's talk a little bit about the rest of your

17     day.  After you found yourself here at the Lower West

18     Terrace, what did you do once you were there at the Lower

19     West Terrace?

20     **A.**   I continued to, as the protesters would -- we

21     would form lines to try to keep the -- to try to hold them

22     back.  We were vastly outnumbered and, still, at that point

23     MPD hadn't responded at this time, and so we were still

24     trying to hold this crowd back.  They would break our line,

25     break through our line and we'd try to re-form it.  And we

**EDWARDS - Direct by Ms. Foster**

1    would try -- we tried to form a line using bike racks and

2    anything we could.

3         **Q.**   And did that work?

4         **A.**   No, ma'am.

5         **Q.**   Did there come a time when you left the Lower West

6    Terrace?

7         **A.**   I did.  I was sprayed with chemical spray at one

8    point and then, around the same time, I also -- a tear gas

9    bomb or CS gas was let off and so I wandered into that as

10   well.  So the effects of both of those chemicals made me

11   start coughing and gagging.

12        **Q.**   And did that cause you to then leave the Lower

13   West Terrace and go somewhere else?

14        **A.**   It did, yes.

15        **Q.**   Where did you go?

16        **A.**   I went up the Lower West Terrace stairs.  I was

17   assisted by my husband to go up the Lower West Terrace

18   stairs, where I then, inside, sat down and received oxygen.

19        **Q.**   You said inside.  Inside where?

20        **A.**   Inside the Lower West Terrace door that's -- so

21   inside the Capitol.  I had gotten inside.

22        **Q.**   You said you were assisted by your husband.  Is

23   your husband also a U.S. Capitol Police officer?

24        **A.**   Yes, ma'am.

25        **Q.**   Once you got inside the Capitol building, what

**EDWARDS - Direct by Ms. Foster**

1    happened?

2        **A.**    I received oxygen from our HazMat team to clear

3    the chemicals out of my system or assist clearing the

4    chemicals out of my system as best possible.  And I received

5    water on my eyes to help clear the chemical spray out of my

6    eyes, and then my husband took me through the Capitol to our

7    police headquarters.

8        **Q.**    Why?  Why did he take you there, to your

9    knowledge?

10       **A.**    Someone came to him and said, Is she okay?  And he

11   said, Yeah, she got sprayed.  And they said, No, she got hit

12   earlier pretty badly.  And so, after they said that, he

13   decided he was going to get me -- try to get me an

14   ambulance.  So he brought me to police headquarters.

15       **Q.**    How far is police headquarters from the

16   U.S. Capitol building?

17       **A.**    It's probably about four city blocks.

18       **Q.**    Did you get to police headquarters?

19       **A.**    I did.  Yes, ma'am.

20       **Q.**    What happened once you got to police headquarters?

21       **A.**    I went into the bathroom and threw up twice.

22       **Q.**    You indicated that you had been gassed when you

23   were at the Capitol.  Do you remember that testimony?

24       **A.**    Yes, ma'am.

25       **Q.**    Had you been gassed before?

                    **EDWARDS - Direct by Ms. Foster**

1      **A.**   Not -- I had not been CS gassed.  I had been

2   sprayed with chemical spray before.  But I had not been CS

3   gassed before January 6.

4      **Q.**   Got it.  When you were chemical sprayed, did you

5   throw up?

6      **A.**   No, ma'am.

7      **Q.**   After you threw up, what happened?

8      **A.**   I came out.  I could feel, at that point, my jaw

9   and my neck were beginning to throb a little bit.  And so I

10  asked for an ice pack.  I didn't realize my husband was

11  trying to put me in an ambulance.

12          And so they found an ice pack, I think just a bag

13  of ice somewhere.  And they said -- D.C. Fire said -- I

14  guess told him that no ambulances were able to respond due

15  to the crowd.

16     **Q.**   Let me ask you, when you said you put an ice bag,

17  where did you put it on your body?

18     **A.**   I put it on my chin cause my chin had definitely

19  started to throb by this point.

20     **Q.**   Why was your chin throbbing, to your knowledge?

21     **A.**   It was swollen.  It was -- you know, I had just

22  assumed that was what happened.  I got hit on the chin.

23     **Q.**   Let me ask it more specifically?

24     **A.**   Sure.

25     **Q.**   When did you get hit on the chin?

**EDWARDS - Direct by Ms. Foster**

1      **A.**   When I stumbled and fell onto the metal handrail.

2      **Q.**   So was that part of what we have just been viewing

3  here?

4      **A.**   Yes, ma'am.

5      **Q.**   After you put the ice pack on, it sounds like no

6  ambulance was available; is that fair?

7      **A.**   Fair.

8      **Q.**   So what happened -- where did you go after you had

9  your ice pack on your face?

10      **A.**   Well, I heard the shots-fired call come out over

11  the radio.  No one knew who had fired -- you know, we didn't

12  know if an officer was shot.  We didn't know who it was.  So

13  at that time, I threw away the ice bag and I ran back

14  towards the Capitol.

15      **Q.**   Once you threw away the ice bag and ran towards

16  the Capitol, what happened to you after that?

17      **A.**   I was -- I was in the evacuation route.  I was

18  along the evacuation route at the Capitol, and I started

19  assisting staffers to get out of the Capitol.  I assisted in

20  their evacuation.

21      **Q.**   And at this point, how are you feeling?

22      **A.**   I feel -- I'm going to work.  At that point, I

23  just had a job.  I had jobs to do.  I didn't stop, really,

24  to think about how I felt or what -- you know, because there

25  was so much to do.  I knew that I was hurting but it just

**EDWARDS - Direct by Ms. Foster**

1  wasn't a factor.

2      **Q.**   After you helped staffers out, where did you go?

3      **A.**   A rioter had breached the evacuation route, and a

4  call came out for that.  So I responded to the area, and I

5  handcuffed the individual and took him to prisoner

6  processing.

7      **Q.**   You've talked about calls coming out.  Where are

8  they coming out from?

9      **A.**   Everywhere.

10     **Q.**   I'm sorry.  I should rephrase that.  Did you have

11  a radio on you?

12     **A.**   I did.  Yes, ma'am.

13     **Q.**   Was that a U.S. Capitol Police radio or a

14  different radio?

15     **A.**   A U.S. Capitol police radio.

16     **Q.**   And so when you're talking about calls coming out,

17  is that coming out of U.S. Capitol police radio?

18     **A.**   Yes, ma'am.

19     **Q.**   So when you took the individual back to prisoner

20  processing, where was that?

21     **A.**   That was back at headquarters.

22     **Q.**   Okay.  And what happened once you took this

23  individual back to prisoner processing?

24     **A.**   At that point, I started feeling very groggy, a

25  little dizzy.  I thought maybe it was just due to everything

**EDWARDS - Direct by Ms. Foster**

1    that had happened.  I wasn't quite sure what was happening.

2    At one point, I asked an officer at prisoner processing

3    where the computers were.  And I had been there many times

4    before.

5         **Q.**   So let me ask it this way.  Did it seem odd to

6    that person you were asking where the computers were?

7         **A.**   Yes, Officer Turner stated --

8         **Q.**   And why was that odd?

9         **A.**   Officer Turner stated --

10        **Q.**   No, I'm asking you why -- for you, why would it be

11   strange for you to be asking another officer where the

12   computers are?

13        **A.**   I had been there many times before.

14        **Q.**   Had you used the computers there many times

15   before?

16        **A.**   Yes, ma'am.

17        **Q.**   Did you know where the computers were?

18        **A.**   Yes, ma'am.

19        **Q.**   All right.  But at this point, you were asking

20   somebody elsewhere where the computers were; is that

21   correct?

22        **A.**   Yes, ma'am.

23        **Q.**   Okay.  And then what happened to you?

24        **A.**   I -- he told me -- he pointed out where the

25   computers were.  I sat down.  I started trying to put my

                    **EDWARDS - Direct by Ms. Foster**

1    user name and password into the computer.  And I just

2    remember the screen just -- there were like -- it was like

3    there were two of them.

4          It was just -- my sight was -- my vision was

5    blurry.  I couldn't figure out what my password was.  I just

6    remembered feeling exhausted, feeling dizzy, feeling -- I

7    don't really know.  It just -- it was -- my vision was

8    blurry, and I then remember kind of waking up slumped over

9    in my chair with my face next to the keyboard in a cold

10   sweat.  And I was, like, I think I just passed out.

11        **Q.**   Do you know about how long you were out?

12        **A.**   I don't.  I want to say it was just seconds

13   because nobody came and checked on me but --

14        **Q.**   Okay.  So after you came to, what happened?

15        **A.**   I went to the captain that was working prisoner

16   processing and I said, I think something is wrong.  And he

17   asked me if I was having a panic attacked.  I said, I don't

18   believe so.

19        He then asked me if I had gotten hit.  He said

20   your face looks crooked.  It looks like you've been hit.

21   Did you get hit?  And I said, Yes, I know my face hurts.

22   And he then started asking me questions.  I don't know what

23   he asked me.  And I must have said something wrong because

24   he then called for an ambulance.

25        **Q.**   And how were you feeling at that point as you were

                    **EDWARDS - Direct by Ms. Foster**

1    talking to the captain?

2         **A.**   I felt -- I felt just completely out of it.  I

3    felt dizzy, and then I felt pain along my jaw and my head,

4    but I had kind of assumed, like, maybe that was just due to

5    all the things that had gone on that day.  Like, I was

6    feeling like a dull ache at that point.

7         **Q.**   And where on your head was the dull ache?

8         **A.**   So the dull ache was back here on my neck and then

9    the jaw line and then my face was all red and puffy right

10   here along my cheekbone.

11        **Q.**   Were all of those locations on your head that had

12   been hit when you were falling down as we just viewed?

13        **A.**   Yes, ma'am.

14        **Q.**   Did an ambulance respond to headquarters?

15        **A.**   They did.

16        **Q.**   And where did they take you?

17        **A.**   They took me to -- I believe it was Adventist

18   Hospital.  I want to say -- they took me to somewhere in

19   Silver Spring, Maryland, because all of the hospitals were

20   full in D.C.

21        **Q.**   And when you got to the hospital in Silver Spring,

22   Maryland, what happened once you were there?

23        **A.**   It took them a while -- they had to get a CAT scan

24   ready.  So they put me in a collar like one of those neck

25   collars to hold my head straight.  And then they wanted to

                    **EDWARDS - Direct by Ms. Foster**

1   put -- they did just a -- like, I guess, like a tertiary

2   exam, like, just to see, like, if I was functioning

3   basically.  And then they gave me a CAT scan, and then they

4   took me back to my room.

5       Q.   Can I just ask you, how long did you wait until

6   you got the CAT scan?

7       A.   About two hours.

8       Q.   How were you feeling during that two-hour period

9   of time?

10       A.   The pain that came on while I was in the hospital

11   was absolutely excruciating.  I was -- I had to clamp my

12   mouth shut to try to keep from, like, either screaming,

13   throwing up or crying.  It was just horrible.

14           It felt like somebody was taking my head and

15   trying to, like, tear it apart.  I can't describe to you the

16   pain that was, like, emanating from the back of my head.

17       Q.   You put your hands up and put them into fists, put

18   them next to each other and then pulled your hands apart.

19   Is that how you -- when you were testifying, is that how

20   your head felt?

21       A.   That's how my head felt, like somebody was doing

22   that to the back of my head.

23       Q.   When you say the back of your head, is that the

24   location that hit when you hit the stairwell?

25       A.   Yes.  I believe so.  I was blacked out at that

**EDWARDS - Direct by Ms. Foster**

1  point but --

2       **Q.**   Why do you believe so?

3       **A.**   Due to, you know, the videos.  Due to that's where

4  I landed, like, that's where, you know, witnesses -- there

5  were many witnesses who saw me get knocked unconscious.

6       **Q.**   Let me ask it a different way.  Did anything else

7  hit you in the head on January 6, 2021?

8       **A.**   No, ma'am.

9       **Q.**   After you were taken back to a room, what happened

10  to you?

11       **A.**   I then told the sergeant who had gone with me,

12  under no -- like, under no uncertain terms, that I needed

13  medication.  I needed something, anything to make the pain

14  go away.

15       **Q.**   Did they get you something?

16       **A.**   They did.  They got me -- they put something

17  intravenously, and then they also gave me oral medication.

18  I'm not entirely sure what the cocktail was, but it helped.

19       **Q.**   Okay.  How long did you stay in the hospital?

20       **A.**   I stayed until about 2 a.m. that night.

21       **Q.**   By 2 a.m. that night, do you mean 2 a.m. on

22  January 7th, 2021?

23       **A.**   Yes, ma'am.

24       **Q.**   Where did you go after you were released from the

25  hospital?

**EDWARDS - Direct by Ms. Foster**

1     **A.**   A sergeant drove me back to the Capitol in which

2     case I met up with my husband and then he drove me home.

3     **Q.**   About what time did you get home if you can

4     remember?

5     **A.**   Probably some time around 3, 3:30 a.m.

6     **Q.**   And once you got home, what did you do?

7     **A.**   I -- my husband forced me to take a shower due to

8     all of the chemicals and all the stuff that we had been

9     through that day.  But he -- and then I just went to bed.  I

10    remember going to bed with just wet hair, so not even being

11    able to keep my eyes open.

12    **Q.**   Did you open your eyes later on on January 7th?

13    **A.**   I did, yes, ma'am.

14    **Q.**   How were you feeling?

15    **A.**   I felt like I was hit by a truck.  I felt

16    absolutely awful.  And I remember going to the bathroom -- I

17    needed to go to the bathroom.  And I stood up and the next

18    thing I remember I was waking up sitting next to my bed in a

19    puddle of my own urine.

20    **Q.**   About how long were you feeling that way?

21    **A.**   I felt that bad for a couple -- I would say about

22    two or three weeks.  It took a couple of months -- I would

23    say until about April or so, after physical therapy.  It

24    took that until I could like regain most of my balance and

25    being able to drive a car.

**EDWARDS - Direct by Ms. Foster**

1      Q.   So just so we're clear, between January 6, 2021

2    and April of 2021, could you get out of bed?

3      A.   I could -- I would walk around 30 minutes, and

4    then I'd get bouts of vertigo and vomit.

5      Q.   What about could you drive a car?

6      A.   No, ma'am.

7      Q.   Could you walk your dogs?

8      A.   No, ma'am.

9      Q.   Could you feed yourself?

10     A.   Microwave dinners, yes.

11     Q.   And then, come April of 2021, what allowed you to

12   then be automobile to, let's say, drive a car?

13     A.   Well, it was after physical therapy and then my

14   neurologist told me that, in order to start getting better,

15   I would have to start taking medication.  She said I would

16   not be -- my process was going so slow because I was very

17   hesitant to receive medication.

18     Q.   So prior to January 6, 2021, were you taking any

19   types of medication?

20     A.   No, ma'am.

21     Q.   And between January 6, 2021 and this time in April

22   2021, were you taking medication?

23     A.   Yes, ma'am.

24     Q.   And what medication were you taking during that

25   period of time?

1     **A.**    I was taking --

2     **Q.**    I should ask -- none of us are doctors.  Right?

3     **A.**    Right.

4     **Q.**    What were you taking medication for, pain, or were

5     you taking medication to make yourself better and capable?

6     What was your goal in your taking this medication?

7     **A.**    So the medication that Dr. Price put me on was

8     two-fold.  It helped with the dizzy spells, as well as it

9     helped with mood swings that I was -- that was occurring due

10    to the -- I believe she called it post-concussion syndrome.

11         **MS. HALIM:**  Objection.  Your Honor, I move to

12    strike the last portion of Ms. Edwards' testimony about what

13    the doctor diagnosed her with as hearsay and as expert

14    testimony.

15         **THE COURT:**  Okay.  Sustained.

16    **BY MS. FOSTER:**

17    **Q.**    After April of 2021, did you start taking

18    additional medication?

19    **A.**    I did.  I've tried quite a few things, a lot of

20    treatments to treat my migraines which I have ongoing

21    migraines.  Ubrelvy.  At one point, we tried an injectable

22    medication that I had to inject into my thigh monthly.

23         I was on gabapentin for a little bit to try to

24    help with the nerve pain and damage that occurred in my

25    neck.

**EDWARDS - Direct by Ms. Foster**

1      **Q.**   Did any of these medications work?

2      **A.**   They've definitely helped.  I still have almost no

3   sick leave left.  I've used all of my leave dealing with my

4   migraines and --

5      **Q.**   Do you still suffer from migraines?

6      **A.**   Yes, ma'am.

7      **Q.**   Let's talk about work.  Were you able to come back

8   to being a U.S. Capitol Police officer?

9      **A.**   I was, yes, ma'am.

10      **Q.**   When were you able to come back to the office?

11      **A.**   About after a year and a half of being off.  Well,

12   so coming back to the office, I was on light duty, which is

13   desk duty.  I was on desk duty.  I started in May of 2021.

14      **Q.**   So four months, January, February, March, April,

15   May, four to five months after the event, you started on

16   light duty; is that correct?

17      **A.**   Yes, ma'am.

18      **Q.**   And about how long were you -- and what does light

19   duty -- what does that mean?

20      **A.**   It's just essentially sitting at a desk and

21   answering phones for the Capitol detail office.

22      **Q.**   How did you feel about that?

23      **A.**   Demoralized.  It was -- I mean for a year --

24      **MS. ROSEN:**   Your Honor, at this point, we'd object

25   as to relevance and cumulative.

**EDWARDS - Direct by Ms. Foster**

1          **THE COURT:**  Overruled.

2          **THE WITNESS:**  It was a year and a half of me not

3    being a police officer, not being able to do my job.  My job

4    is not to answer phones.  It's to be a police officer.

5    **BY MS. FOSTER:**

6         **Q.**   So after a year and a half, were you able to go

7    back to regular duty as a U.S. Capitol Police officer?

8         **A.**   Yes.

9         **Q.**   And just so I'm doing the math, does that get us

10   to June of 2022; is that about right or is it --

11        **A.**   Yeah, end of June, like, beginning of July.

12        **Q.**   Of 2022?

13        **A.**   Of 2022, yes, ma'am.

14        **Q.**   And why did it take so long to get from light duty

15   back to full duty?

16        **A.**   In November of 2021, I suffered an episode where I

17   was going in and out of consciousness at work.  I was at the

18   desk, and I started going in and out of consciousness.  And

19   they had to call an ambulance, and I was wheeled out in a

20   gurney.

21             And after that, there was some hesitancy to bring

22   me back to duty, not only by the doctors but by my, you

23   know, by my coworkers.

24        **Q.**   Had anything like this, the going unconscious like

25   you describe in November of 2021, had that happened to you

                     **EDWARDS - Direct by Ms. Foster**

1    prior to January 6, 2021?

2        **A.**   No, ma'am.

3        **Q.**   And how do you feel today?

4        **A.**   Um, I definitely have been -- I've definitely been

5    working at healing, you know, I'm managing my migraines.

6    There are certain foods I don't eat.  There are things I

7    don't do.  If I'm looking at a computer, I always have blue

8    light glasses on.

9            I make sure -- like, I'm very strict about trying

10   to manage these migraines that I now have -- I would say a

11   bad month I would have about one a week and, on a good

12   month, I'd have one a month.

13       **Q.**   And those migraines that you suffer from either

14   once a week or once a month, how long do they last?

15       **A.**   Usually, I would say, if it's a minor one, it will

16   last around four hours.  If it's a major one, it can -- I

17   can be symptomatic for up to two days.

18       **Q.**   If you have -- during these migraines, can you do

19   anything?

20       **A.**   No, ma'am.

21       **Q.**   What -- where do you go?  What do you do?

22       **A.**   I'm pretty much in bed.  I'm bed-ridden.

23       **Q.**   Did you suffer from those migraines prior to

24   January 6, 2021?

25       **A.**   No, ma'am.  The most I had ever had -- I had some

**EDWARDS - Direct by Ms. Foster**

1   sports-induced migraines.  I had -- you know, every time I

2   got my -- if I were exercising and I didn't -- I was

3   dehydrated or I didn't do enough, I could get migraines, but

4   that was once before, once or twice before the 6th, so not

5   regularly or at all.

6        Q.   So just so we're clear, you said the 6th, once or

7   twice before January 6th of 2021; is that fair?

8        A.   That's fair, yes, ma'am.

9            MS. FOSTER:  I have nothing further.  Thank you,

10  Sergeant Edwards.

11           THE WITNESS:  Thank you.

12           THE COURT:  All right.  Cross-examination for

13  Mr. Samsel.

14           **CROSS-EXAMINATION OF CAROLINE EDWARDS**

15  BY MR. WOODWARD:

16       Q.   Good afternoon, Sergeant Edwards.

17       A.   Good afternoon.

18       Q.   I'm so sorry for everything that you endured that

19  day.

20       A.   Thank you, sir.  I appreciate that.

21       Q.   And I appreciate your speaking out not just today

22  but, obviously, you spoke -- you testified at a January 6

23  Committee hearing and gave a deposition to the January 6

24  Committee.  Correct?

25       A.   That is correct.

                **EDWARDS - Cross by Mr. Woodward**

1      **Q.**   And you've written an op-ed published in *The New*
2  *York Times*.  Correct?

3      **A.**   Correct.

4      **Q.**   And so clearly, the events of that day have left
5  an impression on you; is that fair to say?

6      **A.**   That's fair.

7      **Q.**   Continue to leave an impression on you?

8      **A.**   That is fair, yeah.

9      **Q.**   I'd like to go back and start with some of the
10  video that the government played for you.

11              **DEPUTY CLERK:**  Is it on your laptop?

12              **MR. WOODWARD:**  Yes, ma'am.

13              **DEPUTY CLERK:**  Okay.

14              **MR. WOODWARD:**  So I'll begin with Government's
15  Exhibit 308A.

16      (Video played.)

17  **BY MR. WOODWARD:**

18      **Q.**   Sergeant, the -- it is sergeant, yes?

19      **A.**   Yes.

20      **Q.**   Forgive me.

21              Sergeant, the prosecutor asked you about this
22  particular clip, and you described the gentleman with the
23  gray beanie and identified the gentleman with the red hat.
24  Do you remember that?

25      **A.**   Yes.

**EDWARDS - Cross by Mr. Woodward**

1     **Q.**    Okay.  And I think the prosecutor asked you, sort

2     of, what the gentleman in the red hat was doing.  And I

3     believe she asked you if he was pushing the barricade.  Do

4     you recall that?

5     **A.**    Yes, I recall her asking -- to the video if they

6     were pushing the barricade.

7     **Q.**    Well, fair enough.  I mean, do you remember the

8     gentleman with the red hat from that day?

9     **A.**    Just when he came up to me later on.

10    **Q.**    You did not recall him being at the barricade?

11    **A.**    No, sir.

12    **Q.**    In fact, as we look at this still image, he's not

13    in front of you, is he?

14    **A.**    No, sir.

15    **Q.**    And the prosecutor asked you if your gaze on your

16    eyesight is -- what it's directed at, and your testimony was

17    that you're looking at your fellow officers?

18    **A.**    Correct.

19    **Q.**    Not that you were looking at the gentleman with

20    the red hat?

21    **A.**    Correct.

22    **Q.**    And, in fact, the gentleman with the red hat is

23    off to your right here a bit?

24    **A.**    Correct.

25    **Q.**    Not immediately in front of you, to state the

**EDWARDS - Cross by Mr. Woodward**

1    obvious?

2         **A.**    Correct.

3         **Q.**    And do you recall, Sergeant, that, in fact, in

4    this vicinity there were hundreds of protestors at this

5    time?

6         **A.**    I recall -- I do not recall the amount of people,

7    but I do recall that there were many people in this

8    vicinity, yes.

9         **Q.**    Well, let's just set the scene.

10            **MR. WOODWARD:**  Government's Exhibit 309.

11   **BY MR. WOODWARD:**

12        **Q.**    And if you'd watch with us, Sergeant, we'll see a

13   view here of the line.  Do you see yourself -- well, I guess

14   you don't see yourself in this, do you?

15        **A.**    No, sir.

16        **Q.**    Do you recognize Sergeant Lively?

17        **A.**    I do, yes, sir.

18        **Q.**    And you would agree that you are beyond Sergeant

19   Lively?

20        **A.**    Yes, sir.

21        **Q.**    And then so would you agree that there are

22   literally hundreds of -- we'll just call them people

23   standing on the other side of the barricade from where you

24   are?

25        **A.**    There are certainly a lot.

                    **EDWARDS - Cross by Mr. Woodward**

1      Q.   Yeah.  Okay.  So then, reverting back to

2   Government's 308A.  And I'm advancing to 19 seconds on the

3   counter and pausing at 21 seconds on the counter.

4           It's easy to miss, Sergeant, but I would ask you

5   to look very closely at the right hand of the gentleman in

6   the red hat.  Do you see his hand there?

7      A.   Yes.

8      Q.   And is he grasping the barricade?

9      A.   His right hand, at this time, is not grasping the

10  barricade.

11     Q.   It's not grasping the barricade?

12          **MR. WOODWARD:**  And let's play forward.

13  **BY MR. WOODWARD:**

14     Q.   Do you see that, Sergeant?

15     A.   Yes.

16     Q.   He let's go of the barricade.

17     A.   I see that.

18     Q.   And as we watch, the barricade will, as you

19  testified, be pushed forward?

20     A.   Yes.

21     Q.   Now, Sergeant, this is all happening in real time,

22  of course.  You are living in the middle of what's about to

23  become a riot and this is three years ago.  You agree with

24  all of that?

25     A.   I do.

                **EDWARDS - Cross by Mr. Woodward**

1  **Q.**   And so asking you to testify about the events of

2  January 6, 2021 is really calling upon quite the memory

3  given the circumstances?

4  **A.**   [No response]

5  **Q.**   So if we could just watch this again.

6  (Video played.)

7  The barricade is being pushed and pulled.

8  Correct?

9  **A.**   Correct.

10  **Q.**   We see the gentleman in the red hat with his hands

11  on the barricade?

12  **A.**   And his foot, yes.

13  **Q.**   He let's go of the barricade?

14  **A.**   Right.

15  **Q.**   The barricade --

16  **A.**   It looks like he's back on it now.

17  **Q.**   It does look like he's back on it now, doesn't it?

18  **A.**   Yes.

19  **Q.**   And in fact, when the video cuts away, he's right

20  there?

21  **A.**   Right.

22  **Q.**   And you see him pause -- we're at marker 45?

23  **A.**   I do.

24  **Q.**   He's rushing to the right there, marker 51.

25  (Video played.)

**EDWARDS - Cross by Mr. Woodward**

1    BY MR. WOODWARD:

2        Q.   And just there, Sergeant, as we get to marker 1

3    minute and 20 seconds, you don't dispute that the man in the

4    red hat helps pick you up?

5        A.   No.  I don't really know who picked me up at that

6    time, but the video does show that he helps pick me up, yes.

7        Q.   And you don't recall that at the time because you

8    had suffered -- you had been hit in the head?

9        A.   Correct.

10       Q.   And you suffered some amount of unconsciousness?

11       A.   Correct.

12       Q.   And as you watch this video carefully today,

13   Sergeant Edwards, you can't be sure that the man in the red

14   hat is, in fact, pushing that barricade as opposed to trying

15   to pull it away from you?

16       A.   In this video, yes, I cannot be sure.

17       Q.   You also talk about how the man in the red hat

18   approaches you on the West Terrace.  Do you recall that?

19       A.   Yes.

20       Q.   Here, we see that interaction which you described

21   as making you uncomfortable.  Correct?

22       A.   Correct.

23       Q.   That gentleman is not attacking you?

24       A.   No.

25       Q.   You don't recall him saying anything threatening

**EDWARDS - Cross by Mr. Woodward**

1    to you?

2        **A.**    No.

3        **Q.**    He walks away after returning your hat.  Correct?

4        **A.**    Correct.

5        **Q.**    And to state the obvious, you don't make any

6    effort to arrest him, do you?

7        **A.**    No.

8        **Q.**    But you did arrest at least one other person that

9    day?

10       **A.**    Correct.

11       **Q.**    Not the gentleman in the red hat?

12       **A.**    I had no reason to at the time.  He -- I was

13   not -- I was unconscious at the time of -- and didn't -- I

14   had no idea who pushed -- myself, I had no idea who pushed

15   the barricade until these videos came out.  I wouldn't have

16   any reason to arrest him given the information I had at the

17   time.

18       **Q.**    Now, following the events of that day, you

19   testified that you had been sprayed with chemical spray?

20       **A.**    Correct.

21       **Q.**    You don't know what kind of chemical spray?

22       **A.**    I believe the FBI has identified it.  I believe it

23   was capsicum gel.

24       **Q.**    Capsicum gel?

25       **A.**    Correct.

**EDWARDS - Cross by Mr. Woodward**

1      Q.    Okay.  And that's not a spray that you or your

2   officers carry?

3      A.    I believe we carry the water based.  It's either

4   the water-based version or we do carry the capsicum gel.  I

5   don't recall, but we do carry it at -- its the Scoville

6   level.

7      Q.    Had you been sprayed with the particular type of

8   spray with which you were sprayed on January 6 before

9   January 6?

10      A.    At the same capsicum level, yes.  At the same heat

11   level, yes.

12      Q.    But not the specific spray from January 6?

13      A.    No, this was -- the gel was designed to stay on

14   the eyes longer.

15      Q.    Okay.  By the end of the day, you had been taken

16   to the emergency room?

17      A.    Correct.

18      Q.    And that was White Marsh maybe?

19      A.    White Oak Medical Center, that's it.

20      Q.    White Oak Medical Center.

21      A.    I believe we went to Adventist first, and they

22   told us that they were a COVID ward.  And so I got sent to

23   White Oak instead, yes, I believe.

24      Q.    At the White Oak Medical Center you recounted the

25   events of the day?

**EDWARDS - Cross by Mr. Woodward**

1        **A.**   Vaguely, yes.

2        **Q.**   Including that you had been sprayed with chemical

3   spray?

4        **A.**   Correct.

5        **Q.**   And, in fact, the physicians there could not rule

6   out the fact that chemical spray might be causing the

7   symptoms with which you presented?

8        **A.**   They did not comment whether or not I was injured

9   by chemical spray.  Correct.

10       **Q.**   Well, my question was slightly different.

11       **A.**   Okay.

12       **Q.**   They couldn't rule out whether the symptoms that

13   you were experiencing were caused by the chemical spray?

14       **A.**   I don't believe they even thought that for a

15   second, that it was the chemical spray that caused my

16   injuries.  I don't believe that came into question.

17       **Q.**   Now, the prosecutor asked you if you had ever

18   vomited after being sprayed with chemical spray before.  Do

19   you remember that?

20       **A.**   Correct.

21       **Q.**   And you said that you hadn't?

22       **A.**   I had not.

23       **Q.**   But you also hadn't ever been sprayed with this

24   particular type of chemical spray before?

25       **A.**   Correct.  After January 6th, we have been sprayed

**EDWARDS - Cross by Mr. Woodward**

1    with both CS gas and the chemical spray, and I have not

2    vomited either time.

3         Q.   So after January 6, you have been sprayed with the

4    particular type of spray with which you were sprayed on

5    January 6?

6         A.   Correct.

7         Q.   Okay.  And where is that documented, Sergeant?

8         A.   It would be in the CDU -- we train.  So it would

9    be within the CDU training that we -- cause it was Sabre Red

10   capsicum spray that we were sprayed with.

11        Q.   And do you recall roughly what timeframe that

12   might have happened?

13        A.   When during training or during -- it was probably

14   within 30 minutes of each other.

15        Q.   I'm sorry.  When since January 6, 2021?

16        A.   Oh, this occurred probably two months ago.

17        Q.   So two months ago you endured, for lack of a

18   better word, chemical spray?

19        A.   Correct.

20        Q.   Okay.  And have you had any migraines in the last

21   two months?

22        A.   I have.

23        Q.   Okay.  Now after being discharged from White Oak,

24   you returned home?

25        A.   Correct.

**EDWARDS - Cross by Mr. Woodward**

1    Q.   And I think I heard you say that you returned to

2    the Capitol first?

3    A.   Correct.

4    Q.   And then home, so a bit of an opposite direction

5    there?

6    A.   My husband wanted to drive me home.

7    Q.   Okay.  And the next day, you suffered from

8    additional or further symptoms?

9    A.   Correct.

10   Q.   Including blacking out for some period of time?

11   A.   Correct.

12   Q.   And you were encouraged to seek additional medical

13   treatment?

14   A.   Correct.  I went to the ER.

15   Q.   And which ER did you go to?

16   A.   Anne Arundel Medical Center.

17   Q.   Why did you go to the Anne Arundel Medical Center?

18   A.   Because I lived in Annapolis.

19   Q.   How long were you there?

20   A.   I was there for, I would say, around four hours.

21   Q.   And you received a CT scan there, did you not?

22   A.   Correct.

23   Q.   And that scan did not report any abnormal results.

24   Correct?

25   A.   Correct.

**EDWARDS - Cross by Mr. Woodward**

1     Q.   After you -- I'm not sure you were ever -- after

2     you left Anne Arundel, did you have an occasion to return to

3     Anne Arundel in the coming days?

4     A.   I believe I did.  I want to say I possibly went

5     once more.  I can't recall.

6     Q.   Did you --

7     A.   I did have blackout episodes after that, yes.

8     Q.   Did you seek further medical treatment after the

9     8th of January?

10    A.   I did, yes.

11    Q.   Where did you do that?

12    A.   I went to the Annapolis Neurology Associates.

13    Q.   Why did you do go there?

14    A.   Because I was continuing to have concussive

15    symptoms.

16    Q.   Had anyone referred you specifically to the

17    Annapolis Neurology Associates?

18    A.   The Anne Arundel Medical Center.

19    Q.   And what treatment did you receive at Annapolis

20    Neurology Associates?

21    A.   Continuing medical treatment to treat migraines,

22    as well as get referred to my physical therapist and they

23    ran some additional tests as well.

24    Q.   In fact, you had a CT scan at Annapolis Neurology

25    Associates on January 21st?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**   Okay.

2      **Q.**   And that CT scan came back as normal, did it not?

3      **A.**   Correct.

4      **Q.**   You also had an MRI on January 21st.  Correct?

5      **A.**   Correct.

6      **Q.**   And that MRI was described as unremarkable?

7      **A.**   Correct.

8      **Q.**   So on January 21st, you've had a CT scan, multiple

9   CT scans and an MRI, both of which do not show anything

10  unusual or worrying.  Correct?

11     **A.**   Unless it was a brain bleed, it's not going to

12  show up on a CT scan.

13     **Q.**   So let me ask the question again.  You've had

14  multiple CT scans and an MRI, neither of which show anything

15  worrying.  Correct?

16     **A.**   They would not show a concussion, no.  Worrying,

17  as far as brain bleed or brain bruise, no.  Concussions do

18  not show up on either one of those scans.

19     **Q.**   Well, you're not a doctor, are you?

20     **A.**   No.  Well, yeah, you can ask the -- wait till the

21  testimony of Dr. Price.

22     **Q.**   Okay.  So just to confirm, multiple CT scans and

23  an MRI and nothing worrying?

24     **A.**   No.

25     **Q.**   All right.  Now at this point, you have asked for

**EDWARDS - Cross by Mr. Woodward**

1    time off of work, have you not?

2        **A.**    Correct.

3        **Q.**    And how much time did you ask for off of work?

4        **A.**    I haven't -- I would say over the past few years,

5    I have asked for conservatively over a hundred or so hours

6    of work off of work.

7            **THE COURT:**  Mr. Woodward, I hate to interrupt, but

8    we need to take our afternoon break, so let me know when you

9    get to a good stopping point.

10           **MR. WOODWARD:**  I'm happy to stop.  I saw the court

11   reporter signal as well.

12           **THE COURT:**  Okay.

13           All right.  Sergeant, if you'd mind just waiting

14   outside, we're going to take about a 10-minute break.  And

15   then I'm going to close the loop with the lawyers on a quick

16   matter.

17           (Witness stepped down.)

18           **THE COURT:**  Okay, there were two objections.  I

19   think one was made on behalf of Mr. Samsel where the witness

20   had indicated that the person in the red hat appeared to be

21   trying to convince her of something.

22           On reflection, I'm going to strike that.  I

23   thought the witness was going to testify about something

24   that that person specifically said, and that didn't come

25   out.  So I'll belatedly sustain that objection.

           **EDWARDS - Cross by Mr. Woodward**

 1          Similarly, I believe, on behalf of Mr. Johnson,

 2   there was an objection to the Sergeant's testimony about how

 3   she felt about not going back to work.  Again, I thought

 4   that she was going to talk about more physical symptoms.

 5          Her kind of emotional symptoms or emotional

 6   reactions to not returning back to work I don't think is

 7   relevant.  But everything else she said about her physical

 8   symptoms and the fact that she couldn't go back to work is.

 9   So I will sustain that objection.

10          Okay.  Ten minutes and we'll be back.

11          (Recess at 3:36 p.m. until 3:48 p.m.)

12    xxx

13          **MS. FOSTER:**  Your Honor, are we ready to resume or

14   are we waiting on someone?

15          **THE COURT:**  Oh, I thought we were waiting on

16   somebody.  Thank you.

17   **BY MR. WOODWARD:**

18      **Q.**   Sergeant Edwards, before we broke, you had

19   mentioned Dr. Price.  Now, Dr. Price is your treating

20   physician.  Correct?

21      **A.**   Correct.

22      **Q.**   And she is at the Annapolis Neurology Center?

23      **A.**   Associates.

24      **Q.**   Associates sounds right.

25      **A.**   Right.

               **EDWARDS - Cross by Mr. Woodward**

1     Q.   But she's not the first physician that you were

2     treating with following the events of January 6?

3     A.   I believe I saw -- I went to the ER twice.  I saw

4     Dr. Price.  I went to a daily care physician.  I'm not sure

5     which one you're referring to.  I don't recall -- I went to

6     a lot of doctors.

7     Q.   Well, in the span of just one week, you sought an

8     opinion from at least three different facilities.  First, at

9     White Oak Medical Center on January 6, second at Anne

10    Arundel on January 8th.  Correct?

11    A.   Correct.

12    Q.   And then, thirdly, at Annapolis Neurology on

13    January 12th.  Correct?

14    A.   Correct.

15    Q.   Okay.  And so at three different facilities in the

16    span of a week, multiple CT scans and, again, an MRI, none

17    of these medical facilities are telling you that you have

18    any demonstrable brain injury.  Correct?

19    A.   They are saying I have a concussion.  They are

20    saying that I do not have a brain bleed or a bruise.

21    Q.   Now, on January 21st, in a visit with Dr. Price,

22    you reported that your symptoms had improved, including

23    specifically that your headaches and dizziness had improved,

24    did you not?

25    A.   Correct.

**EDWARDS - Cross by Mr. Woodward**

1      **Q.**   And there's a discussion about your returning to

2   work, isn't there?

3      **A.**   Correct.

4      **Q.**   Did you want to return to work on January 12th?

5      **A.**   I did.

6      **Q.**   Did you want to return to work in your full-time

7   capacity on January 12th?

8      **A.**   I did.

9      **Q.**   Was it recommended that you return to work in your

10   full-time capacity on January 12th?

11      (Discussion off the record between Mr. Woodward and

12   Court Reporter.)

13   **BY MR. WOODWARD:**

14      **Q.**   Did you want to return to work in a part-time or

15   desk duty, I think is how you described it?

16      **A.**   No.

17      **Q.**   Okay.

18         Now, on February 16th, you again met with

19   Dr. Price.  Correct?

20      **A.**   Correct.

21      **Q.**   And now, after having been advised not to return

22   to full-time duty, you're reporting a sharp pain in your

23   right ear.  Do you recall that?

24      **A.**   Correct.

25      **Q.**   And you note that that has been ongoing for two

**EDWARDS - Cross by Mr. Woodward**

1    weeks now.  Correct?

2         **A.**    Correct.

3         **Q.**    And as a result, Dr. Price refers you to an ENT.

4    Correct?

5         **A.**    Correct.

6         **Q.**    You also report that you are experiencing

7    significant mood swings.  Correct?

8         **A.**    Correct.

9         **Q.**    And that Dr. Price felt as though you would

10   benefit from a psychiatry evaluation?

11        **A.**    Correct.

12        **Q.**    Dr. Price suggests that you come back in three

13   weeks or sooner as necessary.  Correct?

14        **A.**    Correct.

15        **Q.**    But you don't come back sooner, do you?

16        **A.**    No.  I don't recall but I'm assuming, no.

17        **Q.**    You come back on March 9th, 2021; isn't that

18   right?

19        **A.**    I guess so.  Yes.

20        **Q.**    And by March 9th, 2021, had you sought an

21   appointment with an ENT?

22        **A.**    I know that I went to Johns Hopkins ENT at some

23   point.

24        **Q.**    Johns Hopkins, ENT?

25        **A.**    Correct.

**EDWARDS - Cross by Mr. Woodward**

1      **Q.**   Okay.

2          Had you sought any treatment by a psychiatrist by

3  that point?

4      **A.**   No.  I had two psychologists.

5      **Q.**   And you received treatment from the psychologists

6  on or before March 9th, 2021?

7      **A.**   Correct.

8      **Q.**   Sergeant Edwards, in preparation for your

9  testimony today, did you meet with the prosecutors?

10      **A.**   Yes.

11      **Q.**   How many times?

12      **A.**   Once.

13      **Q.**   When about was that?

14      **A.**   A week ago.

15      **Q.**   And did they go over your medical records with

16  you?

17      **A.**   No.

18      **Q.**   They didn't ask you anything about any medical

19  treatment that you had received?

20      **A.**   They asked me about medical treatment I received

21  after the 6th with another incident that happened, but not

22  before the 6th -- I'm sorry.  After the 6th but not before

23  the other incident where I got a concussion, another

24  concussion.

25      **Q.**   You have suffered a separate concussion?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**    Correct.

2      **Q.**    And when did that occur?

3      **A.**    A couple of months ago, four months ago.

4   Something.

5      **Q.**    And the prosecutors asked you about that?

6      **A.**    Yes.

7      **Q.**    And what are the circumstances of that concussion?

8      **A.**    I was helping a friend show her goats, and a goat

9   did not want to be showed.  And it tripped me and I fell on

10  my head.

11     **Q.**    I'm sorry.

12     **A.**    It's okay.

13     **Q.**    So you met with the prosecutors about a week ago?

14     **A.**    Correct.

15     **Q.**    Do you know how it is they came to be in

16  possession of your medical records, Sergeant?

17     **A.**    I gave my medical records to the FBI a while ago.

18  And then they talked to Dr. Price, who said that there were

19  additional -- there was an additional event, and I gave them

20  access to those medical records as well.

21     **Q.**    And would that have included your Johns Hopkins'

22  medical records?

23     **A.**    I believe so.  If I did not include that, that was

24  not intentional.

25     **Q.**    And your psychology records?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**   There were no psychology records.  I can give

2   those to you.  I mean, you can talk to my psychologist.

3   It's not intentional keeping evidence.  I just --

4      **Q.**   And did you see Dr. Price in connection with the

5   goat incident?

6      **A.**   I did, yes.

7      **Q.**   Okay.

8          Now, with respect to -- going back to 2021, it is

9   March of 2021.  You have seen Dr. Price several times now.

10   She has recommended that you get treatment from an ENT.  I

11   understand your testimony to be that you did that at Johns

12   Hopkins.  Correct?

13      **A.**   Correct.

14      **Q.**   And the folks at Johns Hopkins advised you that

15   you had suffered some burning.  Correct?

16      **A.**   Correct.

17      **Q.**   And that that probably was the result of being

18   sprayed with chemical spray?

19      **A.**   Correct.

20      **Q.**   You also communicated with Dr. Price about your

21   level of comfort in returning to work in March of 2021.  Do

22   you recall that?

23      **A.**   Correct.  Yes.

24      **Q.**   And I assume that you still did not want to be on

25   desk duty in March of 2021?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**    I did not, no.

2      **Q.**    In fact, it's fair to say you never wanted or want

3    to be on desk duty?

4      **A.**    Correct.

5      **Q.**    You next visit with Dr. Price in April of 2021 and

6    at that time you report that your symptoms have improved and

7    you resumed driving.  Correct?

8      **A.**    Correct.

9      **Q.**    And that was true?

10      **A.**    It was true.

11      **Q.**    And you also report that you are going to physical

12    therapy twice a week and that this is helpful to you?

13      **A.**    Correct.

14      **Q.**    So overall, by April of 2021, your symptoms have

15    improved?

16      **A.**    Correct.

17      **Q.**    And Dr. Price notes that your improvement is

18    reassuring and, in April, she is supportive of you returning

19    to work, is she not?

20      **A.**    She is, yes.

21      **Q.**    Moreover, by April of 2021, she no longer wants to

22    see you as regularly?

23      **A.**    Correct.

24      **Q.**    Your next appointment isn't scheduled until the

25    end of June, 2021?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**   Correct.

2      **Q.**   Or roughly two months later?

3      **A.**   Yes.

4      **Q.**   When you return in June, however, your symptoms

5  have returned?

6      **A.**   They have continued, correct.

7      **Q.**   They continued between April and June?

8      **A.**   My migraines continued.  Correct.

9      **Q.**   Between April and June?

10     **A.**   Yes.

11     **Q.**   And yet you did not seek an appointment with

12 Dr. Price between April and June.  Correct?

13     **A.**   She had given me treatment for the migraines, yes.

14     **Q.**   You did not communicate with Dr. Price at any time

15 between April and June of 2021.  Correct?

16     **A.**   Correct.

17     **Q.**   In June of 2021, you are also now experiencing

18 lightheadedness and chest pain per your report.  Correct?

19     **A.**   Correct.

20     **Q.**   And as a result, you undergo a number of

21 additional tests.  Correct?

22     **A.**   Correct.

23     **Q.**   An EKG?

24     **A.**   Correct.

25     **Q.**   And an EEG?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**    Yes.

2      **Q.**    Neither of which show any serious medical

3   concerns?

4      **A.**    Correct.

5      **Q.**    And to reiterate, this is the first time you ever

6   report chest pain.  Correct?

7      **A.**    Correct.

8      **Q.**    And you have not changed your view on a lack of

9   desire for desk duty.  Correct?

10     **A.**    Correct.  I know that, at some point, with my

11  blacking-out episodes, that's when we decided to -- 'cause

12  she asked me if I had chest pains during exercise, and I

13  said, yes, I did, but I couldn't tell if that was due to

14  exercise, you know, getting back into fitness or anything

15  like that.  But I still was blacking out so she ordered

16  cardiology tests to see if it was a heart problem and it

17  became negative.

18     **Q.**    There was no heart problem?

19     **A.**    No, sir.

20     **Q.**    Remind me, again, when was it that you were

21  required to begin reporting back to the Capitol?

22     **A.**    I was not required to report back.  They gave me

23  as much time as I wanted but I came back in May.

24     **Q.**    They advised you that you could never return and

25  they would continue to pay you?

**EDWARDS - Cross by Mr. Woodward**

1     **A.**    They advised me that I could take as much time as
2  I medically needed.
3     **Q.**    And they would continue to pay you indefinitely?
4     **A.**    I would be on what's called -- it's through the
5  Department of Labor but it's a continuation of pay, yes.
6     **Q.**    So you could have stayed home indefinitely and
7  received a paycheck?
8     **A.**    Correct.
9     **Q.**    Ultimately, when did you choose to return to work?
10    **A.**    May.
11    **Q.**    Of 2021?
12    **A.**    Correct.
13    **Q.**    On desk duty?
14    **A.**    Correct.
15    **Q.**    How long did you stay on desk duty?
16    **A.**    Until June of 2022.
17    **Q.**    For over a year?
18    **A.**    Correct.
19    **Q.**    After your appointment with Dr. Price in June of
20  2021, when was the next time you recall seeing her?
21    **A.**    I don't recall.
22    **Q.**    Potentially not until the incident with the goat?
23    **A.**    From June of 2021 until -- no, I saw her -- I
24  remember roughly she wanted to see me every three months
25  after I continued to improve.

**EDWARDS - Cross by Mr. Woodward**

1      **Q.**   Well, would you be surprised to learn that we

2    don't have any medical records for you after June of 2021?

3      **A.**   Again, it's -- I asked for medical records.

4    Whatever is there is what Dr. Price gave you.  I can show

5    you the billing statements if you would like.  I can enter

6    those in.  I promise you.

7      **Q.**   I have no doubt, Sergeant, and I don't mean to

8    make light of this?

9      **A.**   I know.

10      **Q.**   This is all incredibly difficult.  I imagine

11    you're suffering in ways that are more than physical.  Am I

12    right?

13      **A.**   I'm sure.

14      **Q.**   There are emotional struggles that come with

15    having survived the events of January 6?

16      **A.**   Yes.

17      **Q.**   Indeed, one of your friends died that day, didn't

18    he?

19      **A.**   Yes.

20      **Q.**   You were friends with Officer Brian Sicknick?

21      **A.**   Correct.

22      **Q.**   You worked with him?

23      **A.**   Yes.

24      **Q.**   Saw him that day --

25              **MS. FOSTER:**  Objection, Your Honor.  This is

**EDWARDS - Cross by Mr. Woodward**

1    beyond the scope and relevance.

2             **THE COURT:**  Overruled.

3    **BY MR. WOODWARD:**

4        **Q.**   I won't push the issue, Officer.  That must have

5    been difficult?

6        **A.**   Correct.

7        **Q.**   And emotionally this has been difficult in other

8    ways, hasn't it?

9        **A.**   Correct.

10       **Q.**   Difficult at home?

11       **A.**   Yes.

12       **Q.**   And you've talked about that publicly, haven't

13   you?

14       **A.**   Yes.

15       **Q.**   Also, I want to ask you about that op-ed that you

16   wrote.

17       **A.**   Okay.

18       **Q.**   Do you recall that?

19       **A.**   Yes.

20       **Q.**   What was the impetus for writing that op-ed?

21       **A.**   It was talked to me as it was told that they were

22   going to write about my experience with testifying and the

23   strength of Capitol Police and the resiliency of Capitol

24   Police officers.

25             The editing came off a little bit more victimized

**EDWARDS - Cross by Mr. Woodward**

1    than I would like it, but we are strong and resilient.  I

2    would say that.

3        **Q.**   Do you recall the concluding paragraph of that

4    op-ed?

5        **A.**   No.

6        **Q.**   Do you recall writing about how you sincerely hope

7    that any law enforcement officer knows that in a crisis your

8    phone is always on?

9        **A.**   Yes.

10       **Q.**   What did you mean by that?

11       **A.**   I am a peer support counselor for the Capitol

12   Police.  And I know that many Capitol Police officers have

13   suffered episodes after -- and many law enforcement officers

14   have suffered throughout the years, you know, due to

15   everything that's gone on in the world.

16           So I just wanted officers to know that, if they

17   felt any kind of crisis or, you know, any kind of, you know,

18   emotional thoughts that they needed to express to someone,

19   that I would be willing to help them out.  I am also a

20   national peer support counselor for the Wounded Blue, and I

21   work with wounded officers for that reason.

22       **Q.**   So including if anyone was thinking about hurting

23   themselves?

24       **A.**   Correct.

25       **Q.**   Because living with the trauma of that day is

**EDWARDS - Cross by Mr. Woodward**

1    incredibly difficult?

2         **A.**    Yes.

3         **Q.**    You talked about that in your op-ed too about how

4    the crowd noise in the committee room reminded you of what

5    it was like to be there that day?

6         **A.**    Correct.

7         **Q.**    And how it was almost overwhelming so as to

8    prevent you from testifying?

9         **A.**    Correct.

10        **Q.**    Sergeant Edwards, is it fair to say that you have

11   lived with an incredible amount of stress these last few

12   years?

13        **A.**    Sure.  I believe we all have.

14        **Q.**    Thinking about the events of that day?

15        **A.**    Sure.

16        **Q.**    And you wouldn't disagree, I assume, that stress

17   also takes its toll on the body and manifests itself

18   physically?

19        **A.**    Sure.

20        **Q.**    Causes migraines?

21        **A.**    I am not a doctor.  I can't speak to what

22   stress -- how stress manifests itself in the body.

23        **Q.**    All right.  I'll return your attention to

24   Government's Exhibit 309.  Earlier you testified that you

25   didn't quite remember how you were picked up; is that right?

**EDWARDS - Cross by Mr. Woodward**

1      **A.**   Correct.

2      **Q.**   That you've watched the video?

3      **A.**   Yes.

4      **Q.**   That you've seen the gentleman in the red hat pick

5   you up?

6      **A.**   Correct.

7      **Q.**   I'm going to play Government's Exhibit 309 at 1

8   minute and 30 seconds at half speed.  That's you, isn't it,

9   Officer?

10      **A.**   There is nothing on the screen.

11      **Q.**   Well, that's not going to --

12          **MR. WOODWARD:**  Ms. Franklin?

13          **DEPUTY CLERK:**  Is that on your laptop?

14          **MR. WOODWARD:**  It is on my laptop.

15      (Discussion off the record between Deputy Clerk and

16   Mr. Woodward.)

17              **DEPUTY CLERK:**  Okay.  All right.

18          **MR. WOODWARD:**  All right.

19   **BY MR. WOODWARD:**

20      **Q.**   Now at 1 minute, 31 seconds, playing at half

21   speed.

22      (Video played.)

23          You saw the gentleman in the red hat lift you up?

24      **A.**   Yes.  In the video, yes.

25      **Q.**   You don't recall what if anything he said to you?

**EDWARDS - Cross by Mr. Woodward**

1          **A.**    I don't recall anything.

2          **Q.**    Anything at all?

3          **A.**    Not really, no.

4          **Q.**    Now, Sergeant Edwards, earlier you testified that,

5     to watch a screen, you have to wear special glasses?

6          **A.**    Correct.

7          **Q.**    You're not doing that today, are you?

8          **A.**    I don't have to wear them, but I choose to wear

9     them if I'm looking at a screen for too long, like, if I'm

10    typing.

11              **MR. WOODWARD:**  Thank you.

12              **THE COURT:**  Okay.  Cross-examination on behalf of

13    Mr. Grant.

14              **MR. FEITEL:**  I have no questions, Your Honor.

15              **THE COURT:**  Okay.

16              On behalf of Mr. Johnson?

17              **MS. ROSEN:**  No cross-examination for Mr. Johnson.

18              **THE COURT:**  Okay.

19              Mr. Randolph?

20              **MS. HALIM:**  No questions on behalf of

21    Mr. Randolph.  Thank you, Your Honor.

22              **THE COURT:**  And Mr. Blythe?

23              **MR. BRENNWALD:**  No questions, Your Honor.

24              **THE COURT:**  Any redirect?

25              **MS. FOSTER:**  No, Your Honor.  No redirect.

                    **EDWARDS - Cross by Mr. Woodward**

1          **THE COURT:**  Okay.  Is this witness excused?

2          **MS. FOSTER:**  From our end, yes.

3          **THE COURT:**  Can we excuse Sergeant Edwards?

4     (No response.)

5          Okay.  You're excused.  Thank you.

6          **THE WITNESS:**  Thank you.

7     (Witness steps down.)

8          **THE COURT:**  The government can call its next

9     witness.

10         **MR. MIRABELLI:**  Thank you, Your Honor.  The

11    government calls David Cruz of the United States Capitol

12    Police.

13         **THE COURT:**  Okay.

14         **DEPUTY CLERK:**  Officer Cruz, raise your right

15    hand, please.

16         Do you solemnly swear or affirm that the testimony

17    you give the Court in the case now on trial will be the

18    truth, the whole truth and nothing but the truth?

19         **THE WITNESS:**  I do.

20         **DEPUTY CLERK:**  You may be seated, sir.

21         **THE COURT:**  Good afternoon.

22         **THE WITNESS:**  Good afternoon.

23         **THE COURT:**  You can begin whenever you're ready.

24         **MR. MIRABELLI:**  Thank you, Your Honor.

25         **THE WITNESS:**  I'm ready.

               **EDWARDS - Cross by Mr. Woodward**

1    **DIRECT EXAMINATION OF DAVID CRUZ**

2    BY MR. MIRABELLI:

3        **Q.**   Good afternoon.

4        **A.**   Good afternoon.

5        **Q.**   Could you start by just stating your name and

6    spelling your last name for the Court?

7        **A.**   It's David Cruz, the last name is C-r-u-z.

8        **Q.**   Where do you work?

9        **A.**   I work for the United States Capitol Police.

10       **Q.**   What's your current title there?

11       **A.**   Police officer.

12       **Q.**   Do you have a current assignment within the

13   Capitol Police?

14       **A.**   Yeah.  I am currently assigned to the Special

15   Operations Division, Section 2 as a patrol officer.

16       **Q.**   And can you explain your responsibilities in that

17   role?

18       **A.**   I'm just responsible for patrolling the

19   U.S. Capitol grounds and then an extended jurisdiction area

20   that we share with the Metropolitan Police Department.

21       **Q.**   And how far does that area around Capitol grounds

22   extend?

23       **A.**   It extends a few blocks out in all directions,

24   north, south, east and west.

25       **Q.**   How long have you been with the Capitol Police?

**CRUZ - Direct by Mr. Mirabelli**

1      **A.**   Eight years.

2      **Q.**   Have you held other positions that are based on

3  Capitol grounds?

4      **A.**   Yeah, prior to special operations division, I was

5  assigned to the first responders unit.

6      **Q.**   Were you at work on January 6, 2021?

7      **A.**   Yes.

8      **Q.**   What was your position at that time?

9      **A.**   So I was -- one of my collateral duty assignments

10  while on the first responders unit was also with the civil

11  disturbance unit and that's what I was assigned to on that

12  day.

13      **Q.**   So primary role at the time was first responders

14  unit?

15      **A.**   Correct.

16      **Q.**   And can you tell us what that entails?

17      **A.**   Just responsible for the physical security of the

18  exterior of the Capitol.

19      **Q.**   And your secondary unit that day, what were the

20  details of that assignment?

21      **A.**   So you had a civil disturbance unit, just

22  basically just deal with exactly what it is, civil

23  disturbances.  It could be large crowds.  It's a CDU hard

24  platoon was my assignment for the day.

25      **Q.**   You said "hard platoon".  Does that refer to the

**CRUZ - Direct by Mr. Mirabelli**

1    equipment you wear?

2        **A.**   Yes.

3        **Q.**   What equipment were you in that day?

4        **A.**   I was just in my uniform of the day.

5        **Q.**   Why wouldn't you have been in, I guess, you know,

6    hard gear for a civil disturbance?

7        **A.**   Just depended on whatever intel or whatever the

8    department decides.  For crowd control, sometimes they will

9    determine whether or not we need to be in hard gear.

10       **Q.**   What was your understanding of why you were being

11   deployed that day?

12       **A.**   We were told there was going to be large crowds,

13   and that's why we were deployed in case we were needed to

14   assist with those crowds.

15       **Q.**   So as part of your assignment of the first

16   responders and as part of the CDU, have you received

17   training within civil disturbance work?

18       **A.**   I'm sorry.  Could you repeat that?  I couldn't

19   hear the last part of what you said.

20       **Q.**   Sorry about that.  Have you received training

21   within civil disturbance work?

22       **A.**   Yes.

23       **Q.**   Is maintaining officers' safety an important part

24   of that work?

25       **A.**   Yes.

**CRUZ - Direct by Mr. Mirabelli**

1      **Q.**    How important would you say?

2      **A.**    It's crucial.

3      **Q.**    What sort of, I guess, tactics or practices are

4      you trained in to that end?

5              **MS. HALIM:**  Your Honor.

6              **THE COURT:**  Yes.

7              **MS. HALIM:**  Pardon the interruption.  I can't hear

8      Mr. Marshall's [sic] questions.

9              **THE COURT:**  Okay.

10             **MR. MIRABELLI:**  Sorry about that.  I'll speak a

11     little closer to the microphone.

12             **MS. HALIM:**  Thank you.

13             **THE COURT:**  Do we have a lapel mic for him?  Can

14     we borrow one of your microphones?  Yeah, let's just do

15     that.

16             **MR. MIRABELLI:**  I can just stand a little closer

17     to the microphone.  Sorry about that.

18             **THE COURT:**  That's okay.  We'll get an extra one.

19             **MR. MIRABELLI:**  Thank you.  Okay.  How is this?

20             **THE COURT:**  Is that better?

21     **BY MR. MIRABELLI:**

22     **Q.**    So, Officer Cruz, you were explaining to us a bit

23     about the tactics and practices that you were trained in as

24     part of civil disturbance work that are relevant to

25     officers' safety?

                    **CRUZ - Direct by Mr. Mirabelli**

1    **A.**   Yeah.  So basically, um, forming like a line and

2    making sure that you have contact with the person to your

3    left and to your right, and maintaining that line is an

4    important aspect of, you know, CDU training.

5    **Q.**   Why is forming a line important?

6    **A.**   You just don't want to get separated from other

7    officers and possibly pulled into a crowd.

8    **Q.**   Had you responded to civil disturbances in the

9    past with the Capitol Police?

10    **A.**   Yes.

11    **Q.**   Had you seen that as a risk factor at those civil

12    disturbances?

13    **A.**   Yes.

14    **Q.**   Based on your training, are bike racks ever a

15    component in a typical civil disturbance response?

16    **A.**   Yes.

17    **Q.**   How are those used?

18    **A.**   They're just used as a barrier, as a fence, as a

19    perimeter.  They also help establish a police line.

20    **Q.**   Were bike racks used in anticipation of January 6

21    on Capitol grounds?

22    **A.**   Yes.

23    **Q.**   And you said you were just in the -- your typical

24    police uniform; is that correct?

25    **A.**   Correct.

**CRUZ - Direct by Mr. Mirabelli**

1    **Q.**    So is there a reason why you wouldn't use your

2    hard gear just out of an abundance of caution?  Is there any

3    advantage to being in plain clothes in a civil disturbance

4    context?

5    **A.**    It just depends on the crowd, but that's a

6    decision that's usually made by, like, CDU commanders.

7    **Q.**    What time did you begin work that day on

8    January 6th?

9    **A.**    I don't recall the exact time, but I believe it

10    was approximately 8 a.m., somewhere in that timeframe.

11    **Q.**    Okay.  Where were you first stationed?

12    **A.**    On the West Front of the U.S. Capitol on the Peace

13    Circle side.

14    **Q.**    And what was your understanding of why you were

15    stationed there.

16    **A.**    We were expecting large crowds to come protest the

17    results of the election, and we were just told to man that

18    perimeter along the bike rack.

19    **Q.**    So you started work at 8.  When would you say you

20    got out to that West Front area?

21    **A.**    Shortly after roll call, maybe within an hour or

22    so.

23    **Q.**    Okay.  Were you on any -- what was the schedule?

24    Do you have any breaks during the morning, anything like

25    that?

**CRUZ - Direct by Mr. Mirabelli**

1      **A.**   So we were supposed to do, like, a rotation, but

2   we actually never got to take a break.  We did have a break

3   rotation set up but just didn't get to it.

4      **Q.**   What time was the break rotation cut off, if you

5   recall at all?

6      **A.**   I don't recall the exact hour but it was -- the

7   breaks were called off when the first explosive device was

8   located at the RNC.

9      **Q.**   Was Capitol grounds open or closed to the public

10  that day?

11     **A.**   It was closed.

12     **Q.**   What was done, I guess, to indicate to the public

13  that the grounds were closed?

14     **A.**   So it was a combination of the bike racks, there

15  were signs that were put up saying that the area was closed,

16  and then officers were manning the perimeter bike racks to

17  enforce that the area was closed to the public.

18         **MR. MIRABELLI:**  Can I now pull up Government's

19  Exhibit 003 -- I'm sorry, 005.

20         **DEPUTY CLERK:**  What was the exhibit, Counsel?

21         **MR. MIRABELLI:**  005.

22     **MS. HAYMAN:**  [Complied]

23  **BY MR. MIRABELLI:**

24     **Q.**   Officer Cruz, do you recognize this?

25     **A.**   Yes.

                    **CRUZ - Direct by Mr. Mirabelli**

1       **Q.**   Ignoring the red line, what are we looking at?

2       **A.**   It's an overhead view of the U.S. Capitol grounds.

3       **Q.**   Do you recognize approximately where you would

4 have been stationed that day?

5       **A.**   Yes.

6       **Q.**   Would you mind just circling that area for us?

7       **A.**   Do you have like a -- just with my finger?

8       **Q.**   Yeah.

9       **A.**   Okay.  [Indicated]

10       **MR. MIRABELLI:**  Let the record reflect that the

11 witness has circled the grassy area just to the right of the

12 Peace Circle.

13 **BY MR. MIRABELLI:**

14       **Q.**   Did there come a time when you saw members of the

15 crowd gather in that area?

16       **A.**   Yes.

17       **Q.**   Approximately what time did you say you began

18 seeing members of the public around that area?

19       **A.**   I remember when -- I remember there was a group in

20 the Union Square area that was gathered watching, like, the

21 speech on a big screen.  But when the breaks were canceled,

22 when the first device was detected, the RNC, and we

23 responded back out to that area, I noticed the side of the

24 crowd had grown considerably.

25       **Q.**   So where were you when that explosive device was

**CRUZ - Direct by Mr. Mirabelli**

1    reported?

2         A.   I had started to walk in for a break rotation

3    and -- so I made it to the Terrace level of the Capitol and

4    then we were ordered to respond back out.

5         Q.   So you were told to walk back out to where you

6    were before?

7         A.   Correct.

8         Q.   You said Union Square area, is this reflected on

9    this map?

10        A.   Yes.

11        Q.   Would you mind circling that?

12        A.   [Complied]

13             MR. MIRABELLI:  Let the record reflect that the

14   witness has circled the body of water on the left side of

15   Government's Exhibit 5.

16   **BY MR. MIRABELLI:**

17        Q.   At any point, did you see members of the public

18   gather in the Peace Circle area?

19        A.   Yes.

20        Q.   Do you recall approximately what time that would

21   have been?

22        A.   It was within minutes of me returning back from,

23   you know, when breaks were canceled.

24             MR. MIRABELLI:  Can we now pull up Government's

25   Exhibit 201 and just you can pause it at the beginning.

                    **CRUZ - Direct by Mr. Mirabelli**

1          **MS. HAYMAN:**   [Complied]

2     **BY MR. MIRABELLI:**

3          **Q.**   Officer Cruz, do you recognize what's shown here?

4          **A.**   Yes.

5          **Q.**   Is this on Capitol grounds?

6          **A.**   Yes.

7          **Q.**   Where is this?

8          **A.**   This is Peace Circle leading up to the

9     Pennsylvania Avenue Walkway.

10         **Q.**   Do you recognize anyone here?

11         **A.**   I'm sorry?

12         **Q.**   Do you recognize anyone here?

13         **A.**   Yes.  I am standing in the middle of five officers

14    there.  I'm directly in the muddle.

15         **MR. MIRABELLI:**   Let the record reflect that the

16    witness has identified the tallest individual in the line of

17    five Capitol Police officers.

18    **BY MR. MIRABELLI:**

19         **Q.**   And I apologize, do you recognize the individuals

20    standing with you there?

21         **A.**   Yes.  Directly to my -- what would be my left in

22    the photo was Nicole Roth, Caroline Edwards and then, to my

23    right, would have been Officer Elizabeth Cobb and

24    Officer Melissa Blackledge.

25         **Q.**   And what are you standing on here in this frame?

                    **CRUZ - Direct by Mr. Mirabelli**

1          **A.**    It's like a temporary stairs or like a platform

2     that's constructed for the Inauguration.

3          **Q.**    And is that where you were originally stationed as

4     part of your assignment that day?

5          **A.**    I was originally stationed just north of that.

6          **Q.**    So that would have been, looking at the screen, on

7     the left side of that screen, that grassy area?

8          **A.**    Correct.

9          **Q.**    What made you move over here?

10         **A.**    I noticed the crowd gathering in that area.  So I

11    just repositioned myself to that area, that walkway.

12         **Q.**    Now, is it just these people pictured here?  Were

13    there other people that aren't shown in this picture?  Was

14    this the crowd you were responding to?

15         **A.**    I recall seeing more people along First Street,

16    Pennsylvania Avenue and Union Square area.

17         **MR. MIRABELLI:**  Can we now jump ahead to 12

18    minutes and 30 seconds in the video?

19         **MS. HAYMAN:**  [Complied]

20    **BY MR. MIRABELLI:**

21         **Q.**    Does this look like the crowd you were referring

22    to?

23         **A.**    Yes.

24         **Q.**    Are there any barriers between that crowd and

25    where you're standing?

                    **CRUZ - Direct by Mr. Mirabelli**

1      **A.**    There is two sets of bike racks.

2      **Q.**    Can you just draw a line where those two bike

3   racks are if you can tell on the screen?

4      **A.**    [Complied]

5      **Q.**    Is the crowd making any noise at all at this

6   point?

7      **A.**    Yeah.  There were several chants.  It was loud.

8   But, yeah, a lot of chanting.  There was people with

9   megaphones.  The audible noise was considerably louder at

10   this point.

11      **Q.**    Do you recall any of the chanting at all?

12      **A.**    I don't recall like specific chants.  I just

13   remember it sounded like chanting and, you know, it was

14   pretty loud.

15      **Q.**    How would you describe the crowd at this point in

16   time?

17      **A.**    It felt pretty rowdy.  Kind of felt like a

18   football game if you describe that, like a --

19      **Q.**    Can you just read the text at the top left of the

20   screen here?

21      **A.**    It's Wednesday, January 6, 2021 at 12:52 and 30

22   seconds p.m.

23      **Q.**    So looking at the screen and just based on your

24   recollection, what you were doing at this time, to your

25   knowledge, had there been any breaches of the restricted

**CRUZ - Direct by Mr. Mirabelli**

1    perimeter at this point?

2         **A.**   At this point, to my knowledge, no.

3         **Q.**   Are you aware of any, like, fencing or signage

4    that had been removed at this point?

5         **A.**   Not to my knowledge.

6         **Q.**   Other than that potential explosive device that

7    you referenced, which was, I know, not on Capitol grounds,

8    are you aware of any security threats within the restricted

9    perimeter?

10        **A.**   No.

11        **Q.**   And up until this point, had you actually seen

12   anyone cross or attempt to cross that -- either line of

13   fencing that was between you and the crowd?

14        **A.**   Up to this point, no.

15        **Q.**   Did any -- did you see anyone eventually cross it

16   that day?

17        **A.**   Yes.

18        **Q.**   Do you recall specifically what happened there?

19        **A.**   Yeah, there was an individual who stepped up to

20   the bike racks and opened the bike racks, the first set of

21   bike racks in Peace Circle.

22             **MR. MIRABELLI:**  Can we play this for about a

23   minute?

24         (Video played.)

25

**CRUZ - Direct by Mr. Mirabelli**

1    BY MR. MIRABELLI:

2         **Q.**   Officer Cruz, I'd ask that you direct your

3    attention to yourself in this frame, the person you

4    identified previously as yourself.

5         (Video continued playing.)

6              **MR. MIRABELLI:**  Can you pause it there briefly?

7              **MS. HAYMAN:**  [Complied]

8    BY MR. MIRABELLI:

9         **Q.**   What did you just do there?

10        **A.**   That was the point at which I observed the bike

11   racks being opened, and I kind of motioned.  And then we all

12   walked over towards this next set of bike racks that we have

13   set up.

14        **Q.**   Why did you do that?

15        **A.**   Why did I reposition myself?

16        **Q.**   Yeah.

17        **A.**   Because when I saw the bike racks being separated,

18   I knew that the crowd was going to come up.  So I tried to

19   reinforce that line.

20             **MR. MIRABELLI:**  Can we go to Government's

21   Exhibit 340 at the outset?

22             **MS. HAYMAN:**  [Complied]

23             **MR. MIRABELLI:**  You can just pause it here.

24   BY MR. MIRABELLI:

25

                    **CRUZ - Direct by Mr. Mirabelli**

1    **BY MR. MIRABELLI:**

2        **Q.**   Do you recognize this?

3        **A.**   Yes.

4        **Q.**   Where is this?

5        **A.**   This is also the Peace Circle area.

6            **MR. MIRABELLI:**  Can we jump to 2 minutes and 30

7    seconds?

8            **MS. HAYMAN:**  [Complied]

9            **MR. MIRABELLI:**  And can we just play it for five

10   seconds here?

11       (Video played.)

12           **MR. MIRABELLI:**  You can pause it.

13   **BY MR. MIRABELLI:**

14       **Q.**   Do you recognize this?

15       **A.**   Yes.

16       **Q.**   This appears to be that same area around the Peace

17   Circle?

18       **A.**   Correct.

19       **Q.**   Do you see yourself in this video?

20       **A.**   I do.

21       **Q.**   Can you circle yourself?

22       **A.**   [Complied]

23           **MR. MIRABELLI:**  Can you play this video now from

24   3:30?

25           **MS. HAYMAN:**  [Complied]

**CRUZ - Direct by Mr. Mirabelli**

1              I'm sorry.

2              **MR. MIRABELLI:**  All right.  Can you play the video

3    just from its current moment at 2 minutes and 36 seconds?

4              **MS. HAYMAN:**  [Complied]

5              **MR. MIRABELLI:**  You can pause it there at 3

6    minutes and 9 seconds.

7              **MS. HAYMAN:**  [Complied]

8    **BY MR. MIRABELLI:**

9         **Q.**   Do you recall this moment?

10        **A.**   Yes.

11        **Q.**   What do you recall just in terms of noise from the

12   crowd?

13        **A.**   Once those bike racks were opened, it just picked

14   up.  It was just a lot more noise.

15        **Q.**   Is this sound in this video consistent with what

16   you heard?

17        **A.**   It is.

18        **Q.**   Do you recall seeing anyone in particular crossing

19   that barricade?  Anyone stand out to you?

20        **A.**   Yeah, the individual who opened the bike racks.

21             **MR. MIRABELLI:**  Can we now go to Government's

22   Exhibit 2 and pause it at the outset -- or 302.  My

23   apologies.

24             **MS. HAYMAN:**  [Complied]

25             **MR. MIRABELLI:**  Can we play this to just 3 seconds

                    **CRUZ - Direct by Mr. Mirabelli**

1    and stop it?

2         (Video played.)

3    **BY MR. MIRABELLI:**

4         **Q.**    Do you recognize anyone here?

5         **A.**    Yes.

6         **Q.**    You reference seeing an individual at first cross

7    the first line of barricades.  Do you see that person in

8    this shot?

9         **A.**    Yes.

10        **Q.**    Can you circle him?

11        **A.**    [Complied]

12        **Q.**    And can you just briefly describe what he's

13   wearing here?

14        **A.**    He's wearing a red hat and jean jacket and sweat

15   pants.

16            **MR. MIRABELLI:**  Ms. Hayman, can you now play the

17   video to 15 seconds?

18            **MS. HAYMAN:**   [Complied]

19   **BY MR. MIRABELLI:**

20        **Q.**    Officer Cruz, you testified earlier that some of

21   the barriers established around the Capitol grounds to mark

22   they were closed were bicycle racks; is that right?

23        **A.**    Yes.

24        **Q.**    Are they joined together in any way?

25        **A.**    Yeah, they have, like, the actual bike racks are

                    **CRUZ - Direct by Mr. Mirabelli**

1    locked together by a -- it's like a hook.  It's the way the

2    bike rack is designed, and then they were also zip-tied to

3    kind of reinforce that.

4        Q.   Why are they joined together in that way?

5        A.   It just makes them more secure.  They're harder to

6    move.  They become heavier when they're joined together.

7    It's just much more difficult to move them when they are

8    interlocked as opposed to just single bike racks.

9        Q.   How would you estimate -- or how much would you

10   estimate each one of these bike racks weighs?

11       A.   I'd say approximately 50 pounds.

12       Q.   So do you recall this particular moment?

13       A.   Yes.

14       Q.   Do you see yourself in this video?

15       A.   Yes.

16       Q.   Do you recognize any of the other officers shown

17   in this video?

18       A.   Yes.

19       Q.   Do you recognize this officer?

20       A.   That's Officer Caroline Edwards.

21           MR. MIRABELLI:  Let the record reflect that, at 15

22   seconds, Officer Cruz identified the right-most officer as

23   Officer Edwards.

24   BY MR. MIRABELLI:

25       Q.   How about this officer?

                    **CRUZ - Direct by Mr. Mirabelli**

1      **A.**    That's Sergeant Tim Lively.

2              **MR. MIRABELLI:**  Officer Cruz has identified the

3      officer second from the left as Tim Lively.

4      **BY MR. MIRABELLI:**

5      **Q.**    How about this officer?

6      **A.**    That's Officer Nikki Roth.

7              **MR. MIRABELLI:**  Officer Cruz has identified the

8      left-most officer as Nikki Roth?

9              **THE WITNESS:**  Correct or Nicole Roth.

10     **BY MR. MIRABELLI:**

11     **Q.**    Nicole Roth.

12             Do you recall hearing any of the rioters say

13     anything when they approached the barriers?

14     **A.**    The gentleman in the red hat, he basically just

15     came up and -- something to the effect of wanted to be let

16     in or, like, why are we standing there, something to that

17     nature.

18     **Q.**    Do you recall anything about his demeanor when he

19     approached?

20     **A.**    When he approached, he was calm, you know, just

21     conversational.

22     **Q.**    Do you recall saying anything back to him?

23     **A.**    I remember him talking about being let in and just

24     saying -- telling him, No, it was closed.

25     **Q.**    Why were you speaking back to him?

                    **CRUZ - Direct by Mr. Mirabelli**

1      **A.**   Just, like I said, it was conversational.  He just

2   asked a question and I just answered it.

3           **MR. MIRABELLI:**  Okay.  Can we play to 33 seconds?

4           **MS. HAYMAN:**  [Complied]

5   **BY MR. MIRABELLI:**

6      **Q.**   Can you describe what we just saw there?

7      **A.**   Yeah.  Basically, the crowd started to pull on the

8   bike racks.

9      **Q.**   How did you respond to that?

10     **A.**   I responded by grabbing onto the bike racks and,

11   if the crowd wasn't going to let go of the bike racks, I was

12   getting ready to, basically, strike the hands.

13          **MR. MIRABELLI:**  Let the record reflect that

14   Officer Cruz raised his hand to a fist when answering.

15          **MR. MIRABELLI:**  Can we play now to 46 seconds?

16          **MS. HAYMAN:**  [Complied]

17   **BY MR. MIRABELLI:**

18     **Q.**   Do you recall, this individual in the red hat and

19   formerly in the jean jacket, did his demeanor change at any

20   point while he was at the police line?

21          **MR. WOODWARD:**  Objection.  Calls for speculation.

22          **THE COURT:**  He can testify as to his demeanor.

23   Overruled.

24          **THE WITNESS:**  It changed.  He got -- became more

25   upset, if you will.  More agitated.

                 **CRUZ - Direct by Mr. Mirabelli**

1      **BY MR. MIRABELLI:**

2           **Q.**   When was that?

3           **A.**   After pulling back on the bike racks and when I

4      raised my fist.

5           **Q.**   Do you recall him saying anything else or

6      overhearing anything else?

7           **A.**   I remember him -- the only thing I recall him

8      saying to me was that he was a Marine.  I believe he said

9      more than once that he was a Marine.

10          **MR. MIRABELLI:**  Can we play now to 57 seconds?

11          (Video continued playing.)

12     **BY MR. MIRABELLI:**

13          **Q.**   Officer Cruz, can you describe what's happening

14     here?

15          **A.**   Yeah.  At this moment is when the crowd started

16     pushing on the bike racks, and they actually were able to

17     lift the bike racks up off the ground.  And they just

18     started pushing -- pushing us backwards.

19          **Q.**   Did you exert any effort trying to lift those bike

20     racks off the ground?

21          **A.**   No.  I was just trying to hold them.  But once

22     they came up off the ground, I knew they were coming back.

23          **Q.**   So at this point, what are you trying to do in

24     this frame?

25          **A.**   So at this point, I was just trying to basically

**CRUZ - Direct by Mr. Mirabelli**

1    hang on and not get run over.  I didn't want to fall and

2    then, you know, have the crowd -- you know, I didn't want to

3    get trampled.

4            I was also cognizant of the fact that there were

5    stairs behind me.  So I was trying to -- I didn't want to

6    get pinned against the stairs.  So basically just trying to

7    hang on but not fall or get pinned on those stairs.

8        Q.   Are you trying to push back at all on the bike

9    rack at this point?

10       A.   At this point, no.  We were just basically

11   getting -- you know, we were just getting rushed.

12       Q.   You testified previously that you're familiar with

13   bike racks being used in the civil disturbance context; is

14   that correct?

15       A.   Yes.

16       Q.   Had you ever seen a crowd in a civil disturbance

17   breach past a bike rack barrier?

18       A.   Yes.

19       Q.   What about when police are manning those bike rack

20   barriers?

21       A.   Not in this manner.

22       Q.   What do you mean?

23       A.   So in the academy, when we were -- well, it -- I

24   can't recall if it's in academy training or CDU basic

25   training, but in training there was a video of a group who

**CRUZ - Direct by Mr. Mirabelli**

1    came up on Capitol grounds.  There were bike racks but they

2    actually, they pulled them away from the officers.  They

3    didn't push them towards the officers or rush the officers.

4    They were actually able to pull the bike racks away.

5            So they didn't injure any officers or attempt to

6    injure any officers.  It was literally pulling them away

7    from the officers.  And at one time, I also remember a group

8    coming up.  It was prior to 2020.  It might have been, I

9    can't recall, 2016 or 2017.  I was working that night and --

10           **MR. WOODWARD:**  I'm sorry, Your Honor.  I object to

11   relevance.

12           **THE COURT:**  Okay.  I'm going to sustain.

13           Maybe ask your next question or get to where

14   you're going.  You had asked the question about whether the

15   witness had ever seen a breach in this manner.  Maybe just

16   redirect him to that.

17           **MR. MIRABELLI:**  Fair enough, Your Honor.

18   **BY MR. MIRABELLI:**

19     **Q.**   Officer Cruz, why do you say that this was a

20   different manner than what you had seen in the past?

21     **A.**   Because the bike racks were -- it's almost as if

22   they were being used against us.  We were -- we could have

23   gotten pinned up against those stairs.  We could have got

24   trampled.

25           **MR. FEITEL:**  Your Honor, I object.  I think this

               **CRUZ - Direct by Mr. Mirabelli**

1    is speculative to say the least.

2           THE COURT:  Isn't he describing what happened on

3    the scene?

4           MR. FEITEL:  No, he's describing what could have

5    happened.  I think he said "we could have" and then he

6    proceeded after I stood up.

7           THE COURT:  He can testify about that.  Overruled.

8    BY MR. MIRABELLI:

9       Q.   Officer Cruz, how did it feel when the individuals

10   pushed on this bike rack towards you?

11      A.   I was concerned about my safety at this point.

12   Like I said I just didn't want to get pinned.  I didn't want

13   to get trampled.  So I was just concerned about my safety.

14          MR. MIRABELLI:  Can we play now to just the

15   one-minute mark?

16          (Video continued playing.)

17          MR. MIRABELLI:  Can we go frame by frame just a

18   little bit further?

19          MS. HAYMAN:  [Complied]

20          MR. MIRABELLI:  And you can stop there.

21          MS. HAYMAN:  [Complied]

22   BY MR. MIRABELLI:

23      Q.   What just happened there?

24      A.   The bike racks basically got stopped up against

25   the recalling that was attached to the stairs.

                     **CRUZ - Direct by Mr. Mirabelli**

1      Q.   And where are you positioned now?

2      A.   Between the bike racks and the -- like, the

3   stairs.

4      Q.   Are you standing?

5      A.   Yes.  I believe I was caught up on the stairs.

6      Q.   Did that cause any pain?

7      A.   I don't remember, at the time, if I felt pain in

8   that moment or not.

9      Q.   So how far would you estimate the bikes [sic]

10   moved backwards at this moment?

11     A.   Maybe like a car length, 15 or 20 feet, if I had

12   to guess.

13     Q.   Where did the bike rack, I guess, make contact

14   with your body as you fell back on the stairs?

15     A.   It was my lower body.

16     Q.   Did you suffer any injuries on January 6th?

17     A.   I did.

18     Q.   Any bruising?

19     A.   Yes.  I had bruising on my body, specifically,

20   lower body but I had bruising on my upper body as well.

21         MR. BRENNWALD:  Your Honor, I am going to object

22   to questions that are general as to whether he was injured

23   that day.  Are we talking about the fencing area where our

24   clients are charged?  Are we talking about other incidents

25   involving other people?

**CRUZ - Direct by Mr. Mirabelli**

1          **THE COURT:**  If you want to clarify what you're

2    talking about.

3    **BY MR. MIRABELLI:**

4        **Q.**    Officer Cruz, are you able to attribute that

5    bruising to this incident?

6        **A.**    I also -- I don't know when I sustained those

7    injuries.  It was a long day.  I don't know when I sustained

8    them.

9        **Q.**    How many times would you estimate you were

10   assaulted that day?

11          **MS. HALIM:**  Objection.

12          **THE COURT:**  Overruled.

13   **BY MR. MIRABELLI:**

14       **Q.**    You can answer the question.

15       **A.**    Multiple times.

16       **Q.**    More or less than 10?

17       **A.**    Close to 10.  Multiple times I was assaulted with

18   pepper spray, chemical sprays and things like that.

19       **Q.**    Thank you.  So as you fall back against the

20   staircase, what do you attempt to do next?

21       **A.**    I just try to kind of regain my balance and

22   reassess the situation.

23          **MR. MIRABELLI:**  Can we play now to 1 minute and

24   15?

25          (Video continued playing.)

                  **CRUZ - Direct by Mr. Mirabelli**

1    BY MR. MIRABELLI:

2         Q.   Do you see yourself in this frame?

3         A.   Yes.

4              MR. MIRABELLI:  Can we actually go back to about

5    1 minute and 5 seconds?

6              MS. HAYMAN:  [Complied]

7    BY MR. MIRABELLI:

8         Q.   I've now circled an individual in the middle of

9    the frame wearing a black jacket.  Do you see that

10   individual?

11        A.   Yes.

12        Q.   Do you recall him?

13        A.   Yes.

14        Q.   What do you recall about him?

15        A.   I just remember, as soon as I got up from the bike

16   racks, he came straight towards me and basically grabbed on

17   to me.

18        Q.   When did you first notice him?

19        A.   As soon as I basically turned from the bike racks

20   to regain my balance, just coming right at me.

21        Q.   Did you see him come over the bike racks?

22        A.   Yes.  It looks like he -- I can't remember if he

23   came over or around but I remember him on our side and just

24   coming right at me.

25        Q.   Did he intentionally come at you?

                    **CRUZ - Direct by Mr. Mirabelli**

1       **A.**   Yes.

2               **MS. HALIM:**  Objection.  Your Honor, I am objecting

3       to the terminology.  Things like assault --

4               **THE COURT:**  Intentional?

5               **MS. HALIM:**  -- intentional, those are legal

6       conclusions.  Those are things for the ultimate trier of

7       fact to determine.  It's inappropriate for the government to

8       ask if somebody acted intentionally.  That's what we're here

9       for.

10              **THE COURT:**  I'll sustain with respect to

11      "intentionally."  I think "assault", I'm not considering it

12      to be a legal term of art but just a lay terminology for

13      assault.  So you can continue.

14              **MR. MIRABELLI:**  If you're standing next to someone

15      and they trip into, would you consider that to be an

16      assault?

17              **MR. WOODWARD:**  Objection.

18              **THE COURT:**  Sustained.

19      **BY MR. MIRABELLI:**

20      **Q.**   Do you think it's possible he accidentally

21      approached you?

22              **MR. WOODWARD:**  Objection.

23              **MS. HALIM:**  Objection.

24              **THE COURT:**  Sustained.  Just ask him to describe

25      what happened.

                    **CRUZ - Direct by Mr. Mirabelli**

1    BY MR. MIRABELLI:

2       **Q.**   Can you describe him approaching and making

3    contact with you?

4       **A.**   He just came right at me.  He moved swiftly and

5    came directly towards me and then that's when I attempted to

6    lock onto him.

7       **Q.**   Why did you do that?

8       **A.**   Because he was coming grabbing at me.

9          **MR. MIRABELLI:**  Can we now go to Government's

10   Exhibit 308?

11         **MS. HAYMAN:**  [Complied]

12         **MR. MIRABELLI:**  And you can jump ahead and start

13   at 27 seconds.

14      (Video played.)

15         **MR. MIRABELLI:**  You can pause it there.

16         **MS. HAYMAN:**  [Complied]

17   BY MR. MIRABELLI:

18      **Q.**   It was about at this moment you said you began

19   grappling with him?

20      **A.**   Yes.  Correct.

21      **Q.**   What was he doing?

22      **A.**   I just remember he grabbed ahold of me, and I

23   basically, with my left hand, like, clenched like his head,

24   if you will.

25      **Q.**   Do you see Officer Tim Lively in this frame?

                **CRUZ - Direct by Mr. Mirabelli**

1    **A.**   Yes.

2    **Q.**   Do you recall him in this moment?

3    **A.**   I don't recall him --

4         **MR. MIRABELLI:**  Can you now play to just till,

5    like, a minute and 8 seconds.

6         **MS. HAYMAN:**  [Complied]

7         **MR. MIRABELLI:**  Can we back up to about 58 seconds

8    there?

9         **MS. HAYMAN:**  [Complied]

10        **MR. MIRABELLI:**  A little bit further back.  Sorry.

11        **MS. HAYMAN:**  [Complied]

12        **MR. MIRABELLI:**  Can you play briefly from here?

13        (Video continued playing.)

14        **MR. MIRABELLI:**  Can you pause?

15        **MS. HAYMAN:**  [Complied]

16   **BY MR. MIRABELLI:**

17   **Q.**   Do you see yourself in this frame?

18   **A.**   Yes.

19   **Q.**   Can you circle where you would be?

20   **A.**   [Complied]

21   **Q.**   Do you recall what's happening here in this

22   moment?

23   **A.**   Yeah.  I just felt myself getting pushed like down

24   and I was trying to break free.

25   **Q.**   Who else is involved in this altercation right

                  **CRUZ - Direct by Mr. Mirabelli**

1    here at this point?

2        **A.**   It was Tim Lively but I didn't know that at the

3    time.

4        **Q.**   At the time --

5        **A.**   I just felt like I was -- I didn't want to get

6    like pulled into the crowd; that's why I was trying to break

7    free.

8        **Q.**   Why were you worried about that in particular?

9        **A.**   Just past practices, training.  There's been

10   events where officers have been pulled into crowds, and just

11   for my own safety and the safety of my other officers, I

12   just didn't want to be in that situation.

13       **Q.**   Were you still trying to grapple onto the

14   individual who had approached you?

15       **A.**   At this point, I recall, like, I was trying to,

16   basically, break free and get him off of me.

17       **Q.**   Was that person still -- what were they doing with

18   respect to you?

19       **A.**   Grasping me.

20           **MR. FEITEL:**  I didn't hear the question.

21           **THE COURT:**  Can you repeat the question?

22           **MR. MIRABELLI:**  Yeah.

23   **BY MR. MIRABELLI:**

24       **Q.**   What was that person you were in contact with

25   doing with respect to you?

                    **CRUZ - Direct by Mr. Mirabelli**

1      **A.**    They had a pretty good hold of me.  They were

2    still grabbing onto me.

3      **Q.**    They were still trying to hold onto you at that

4    moment?

5          **MR. MIRABELLI:**  Can you play now to just a minute

6    and 5 seconds?

7        (Video continued playing.)

8          **MR. MIRABELLI:**  You can pause there.

9          **MS. HAYMAN:**  [Complied]

10   **BY MR. MIRABELLI:**

11     **Q.**    Can you see yourself in this frame?

12     **A.**    Yes, right here.  [Complied]

13     **Q.**    And so are you now separated from the individual?

14     **A.**    Yes.

15     **Q.**    How did you separate yourself?

16     **A.**    Myself and -- I assume Tim Lively helped.  At the

17   time, I remember possibly -- I remember throwing, like, a

18   punch to try to get myself free.

19         **MR. MIRABELLI:**  Can you go now to just 1 minute

20   and 20 seconds?

21         **MS. HAYMAN:**  [Complied]

22         **MR. MIRABELLI:**  I apologize.  Can you go back to 1

23   minute and 8 seconds and just play briefly from there.

24       (Video continued playing.)

25           You can pause it.

**CRUZ - Direct by Mr. Mirabelli**

1          **MS. HAYMAN:**   [Complied]

2     **BY MR. MIRABELLI:**

3          **Q.**   So once you are able to break free, what did you

4     see from the crowd?

5          **A.**   I saw the crowd getting behind us, and I was

6     trying to reorient myself.  So I saw the crowd going up the

7     Pennsylvania Avenue Walkway.  So I knew we had to get back

8     and establish a new police line.

9          **Q.**   Was there any effort to hold the line there at the

10    Peace Circle area at that point?

11         **A.**   At that point, the line had been broken, so that's

12    why we were just trying to get back and establish a new

13    line.

14         **Q.**   And I want to just go to one brief moment there

15    before you retreat.

16         **MR. MIRABELLI:**   If we can go back one last time to

17    around the one-minute mark.  Can we play this in slow

18    motion, if possible?

19         (Video replayed in slow motion.)

20         Pause there.

21         **MS. HAYMAN:**   [Complied]

22    **BY MR. MIRABELLI:**

23         **Q.**   Do you see your right arm here, Officer Cruz?

24         **A.**   Yes.

25         **Q.**   What are you doing here?

                        **CRUZ - Direct by Mr. Mirabelli**

1      **A.**    It looks like I was probably reaching for my

2   baton.

3           **MR. MIRABELLI:**  Can we play just a few more

4   seconds here?

5      (Video continued playing.)

6           **MR. MIRABELLI:**  And pause.

7           **MS. HAYMAN:**   [Complied]

8   **BY MR. MIRABELLI:**

9      **Q.**    Do you see your right arm here?

10     **A.**    Yes.

11     **Q.**    What are you doing here?

12     **A.**    It looks like I'm reholstering the baton.

13     **Q.**    Do you recall your thought process in that moment?

14     **A.**    I don't recall my thought process, but we're

15  trained to, you know, you reassess the situation.  If I

16  wasn't being assaulted at that point, then I'd reholster my

17  baton.

18          **MR. MIRABELLI:**  Your Honor, I'd say I have about

19  15 to 20 minutes of testimony left.

20          **THE COURT:**  Okay.  We can break for the day.

21          **MR. MIRABELLI:**  Thank you.

22          **THE COURT:**  Okay.  Thank you.  We're resuming

23  tomorrow at 10 and please don't discuss your testimony.

24          **THE WITNESS:**  Thank you.

25          (Witness stepped down from the stand.)

                 **CRUZ - Direct by Mr. Mirabelli**

1          **MR. MARSHALL:**  Your Honor, are we going to have a

2     moment for housekeeping matters?

3          **THE COURT:**  Today, right now?  Yes.  We can do

4     that now.

5          **MR. MARSHALL:**  Is that okay?

6          **THE COURT:**  Yeah.  Okay.  Come on up.

7          **MR. MARSHALL:**  Thank you.

8          **THE COURT:**  Okay.  Sorry.

9          **MR. MARSHALL:**  Is everyone here?

10          **THE COURT:**  Just give us a minute to get set up.

11          Just let me know whenever you're ready.  I won't

12     keep us long.  We've got one minute.

13          Okay.  Are we ready?

14          **MR. MARSHALL:**  Yes, Your Honor.  I am.  Do you

15     want me to wait for Mr. Samsel?

16          **THE COURT:**  Mr. Samsel, why don't you have a seat.

17     We have one more housekeeping matter.

18          Okay.  Go ahead.

19          **MR. MARSHALL:**  I have actually a few items.  We

20     reached a stipulation with counsel for Mr. Samsel.  It was

21     already reached but we actually finalized it.  I just wanted

22     to move that into evidence 1204A through D.

23          **THE COURT:**  Okay.

24          **MR. MARSHALL:**  And so in light of the Court's

25     ruling on the foundation laid through the -- through

**CRUZ - Direct by Mr. Mirabelli**

1    Officer Tim Lively, we'd like to move into evidence

2    Government's Exhibit 303, 318, 319, 320, 324, 325, 327, 334,

3    335, 337, and 339.

4          **THE COURT:**  And those were all shown to

5    Sergeant Lively while he was testifying?

6          **MR. MARSHALL:**  Yes, Your Honor.

7          **THE COURT:**  Okay.  And again, the defense has

8    lodged its objection but I will admit those exhibits.

9          **MR. MIRABELLI:**  Thank you, Your Honor.

10        (Government's Exhibits 303, 318, 319, 320, 324, 325,

11   327, 334, 335, 337 and 339 were admitted.)

12         **MR. RICHMAN:**  Your Honor mentioned that we could

13   still file a written response to the government's pleading

14   if we wish and we may do so.

15         **THE COURT:**  You can file a written response or you

16   can tell me orally.  And I'll give you overnight to do it.

17   We can take it up in the morning if you'd like to respond.

18         **MR. RICHMAN:**  Understood.  Thank you, Your Honor.

19         **THE COURT:**  Okay.

20         **MR. MARSHALL:**  So one last thing that -- I don't

21   know if Your Honor's in a position to rule this afternoon.

22   But so there's been ongoing discussions about another

23   stipulation for the testimony of Daniel Schwager from the

24   United States Senate.

25         **THE COURT:**  Okay.

                **CRUZ - Direct by Mr. Mirabelli**

1        **MR. MARSHALL:**  So it's my understanding that

2   counsel for at least two of the defendants, I believe

3   counsel for Randolph and counsel for Johnson, have

4   objections to an exhibit that comes with his testimony

5   that's so intertwined that we can't redact it out.  And it's

6   the compilation video, and I think it's just the kind of 403

7   objection that has been raised, I believe, in Motions In

8   Limine or pretrial filings.

9        So I believe that counsel for Randolph and

10   Johnson, we're just kind of waiting to see what the ruling

11   is on that.  And depending on the ruling on that exhibit --

12   if it was going to come in through his testimony, they're

13   willing to stipulate to the testimony of Daniel Schwager and

14   then we would just put it into the stipulation that they

15   objected to the exhibit.

16        **THE COURT:**  Okay.

17        Is this the same -- I had ruled in response to

18   their Motion in Limine.  Is this the same compilation video

19   that I had --

20        **MR. MARSHALL:**  So that's, I think, where we were

21   all a little uncertain about the Court's ruling.  There was

22   a compilation video related to the United States Capitol

23   Police CCTV that been admitted and shown through

24   Lieutenant McCree.  Then there was a compilation video of

25   the interior of the Senate and House that's combined with

**CRUZ - Direct by Mr. Mirabelli**

1    Congressional Record which was offered through the

2    government's pretrial motions.

3              **THE COURT:**  Okay.

4              **MR. MARSHALL:**  Or I think you took judicial notice

5    of it.

6              So I guess -- and I don't want to speak for them,

7    so I mean, if it's easier for you guys to raise your

8    objection it might be --

9              **THE COURT:**  Was this the subject of your Motion In

10   Limine?

11             **MS. ROSEN:**  It was the subject of our Motion In

12   Limine and we made the same arguments that we made for the

13   Capitol Police montage, although different because of the

14   materials shown as the Senate montage.  It was my

15   understanding from our pretrial conference that the Court

16   had preliminarily denied our motion and said we could

17   re-raise it at trial.

18             **THE COURT:**  Okay.  Can I look at the exhibit and

19   then I'll be prepared to rule?

20             **MR. MARSHALL:**  Yes, Your Honor.  So that would be

21   what the government submitted to the Court as far as

22   exhibits.  I believe -- let me just get you the right

23   number.

24             **THE COURT:**  And, Ms. Rosen, is your objection just

25   to relevance?

**CRUZ - Direct by Mr. Mirabelli**

1        **MS. ROSEN:**  It was to portions of the video being

2   irrelevant at 401, 402 and 403.  We are cognizant that this

3   is a bench trial.  We were actually willing to reach a

4   written stipulation as to the facts needed from this

5   witness, but other parties preferred this different type.

6   But we have maintained our objection to these compilation

7   videos as a whole.

8        **THE COURT:**  With respect to this video, what

9   specific information do you think would be irrelevant or

10  prejudicial that's in the video?

11       **MS. ROSEN:**  There are parts of the video where

12  people in various Houses are reacting to protestors inside

13  the building who are about to, I think, breach those

14  chambers, which we posited was totally irrelevant to the

15  charges at issue.  We are cognizant that this is a bench

16  trial and that the Court could, of course, just ignore those

17  portions.

18       **THE COURT:**  Okay.  I mean if that's the nature of

19  the objection, then I'm prepared to admit it.

20       **MS. ROSEN:**  I think -- sorry.

21       **THE COURT:**  Oh.

22       **MS. HALIM:**  I have an additional basis and I join

23  everything and echo everything that Ms. Rosen just said.

24       But in addition to that, it's an improper summary

25  under Rule 1006 of the Rules of Evidence.

**CRUZ - Direct by Mr. Mirabelli**

1           **THE COURT:**  Okay.

2           **MS. HALIM:**  This is a coddling together of a

3    variety of sources.  And this -- not just the exhibit that

4    the government intends to use with Schwager's testimony, but

5    also Exhibit 101, which is the Capitol Police CCTV camera

6    montage.

7           So I would add to Ms. Rosen's argument that it's

8    also an improper summary.

9           **THE COURT:**  Okay.  Can someone send to my chambers

10   the two videos at issue?

11          **MR. MARSHALL:**  Your Honor, I believe we sent --

12          **THE COURT:**  All of the exhibits?  I have them?

13          **MR. MARSHALL:**  -- all the exhibits and it would be

14   1202F.  You already ruled on the other video --

15          **THE COURT:**  Yes.

16          **MR. MIRABELLI:**  -- which was admitted through

17   McCree, so 1202F is the only outstanding compilation that

18   needs a ruling before we can potentially reach a stipulation

19   on that testimony.

20          **THE COURT:**  Okay.  And I already have all of the

21   videos?

22          **MR. MARSHALL:**  I believe so.  We're happy to send

23   it to you again just so that's easier.

24          **THE COURT:**  Can you just send it just by itself to

25   chamber's email account just I don't miss anything?

                    **CRUZ - Direct by Mr. Mirabelli**

1       **MR. MIRABELLI:**  Of course.  I don't know if it

2   will go through over email --

3              **THE COURT:**  So USAfx --

4              **MR. MARSHALL:**  We can send it individually to

5   chambers USAfx.

6              **THE COURT:**  Okay.

7              **MR. FEITEL:**  Your Honor, can we know who the next

8   witnesses are going to be?

9              **THE COURT:**  Sure.  Who is up next after

10  Officer Cruz?

11             **MR. MARSHALL:**  So I believe it is, after

12  Officer Cruz, it will be Sergeant Luke Foskett of the

13  Metropolitan Police Department.  It will be FBI Special

14  Agent James Farris and potentially -- I don't know the exact

15  order just kind of depending on how we're able to get the

16  witnesses here tomorrow, Capitol David Augustine of the

17  Metropolitan Police Department.

18             **THE COURT:**  Okay.  Great.

19             **MR. MIRABELLI:**  Thank you.

20             **THE COURT:**  Great.  I will look at that as soon as

21  I find it.  Yes.

22             **MR. WOODWARD:**  Hi, Your Honor.

23             **THE COURT:**  Hi.

24             **MR. WOODWARD:**  We would move to strike the

25  testimony of Sergeant Edwards.

                    **CRUZ - Direct by Mr. Mirabelli**

1          **THE COURT:**  In its entirety?

2          **MR. WOODWARD:**  In its entirety, Your Honor.  It

3    was apparent through her testimony that there is additional

4    Brady materials that the government has failed to produce to

5    us.  We did not receive any medical records related to the

6    Johns Hopkins --

7          **THE COURT:**  The ENT?

8          **MR. WOODWARD:**  Exactly.

9          The only medical records we received end in June

10   of 2021.  She testified that she was treated approximately

11   three months thereafter by Dr. Price who is a witness on the

12   government's witness list, and we did not receive medical

13   records between April -- excuse me, June of 2021 and present

14   day.

15         In addition, Your Honor will recall that she

16   testified that she has recently suffered a concussion and

17   that she discussed that with the government, something that

18   was not disclosed to us before she testified today.  At this

19   point in the trial, the only remedy, short of a mistrial, is

20   to strike her testimony.

21         It simply is not something that they can cure by

22   providing us with the medical records now.  It's impossible

23   to say how those additional medical records would have

24   shaped our trial defense, and we're three days in, multiple

25   witnesses in and only learning, after she takes the stand,

**CRUZ - Direct by Mr. Mirabelli**

1    that there are medical records that go directly to one of

2    the elements of the offense with which Mr. Samsel and others

3    are charged and we don't have those records.

4           So respectfully, we're asking the Court to strike

5    Edwards' testimony in its entirety.

6           **THE COURT:**  All right.  Obviously, I have to let

7    the staff go at 5.  It's 5:08.  I'm not going to be able to

8    hear all of the arguments related to this.  So we'll take it

9    up tomorrow morning.

10          Let me ask, with respect to these other medical

11   records, it didn't sound like these are records that you

12   have.

13          **MR. MARSHALL:**  We got them and we turned them over

14   about a week and a half ago, including the records about the

15   concussion that she received in 2023.

16          **THE COURT:**  Okay.

17          **MR. MARSHALL:**  That was our *Jencks* production

18   number two so I am a little confused by this.

19          **THE COURT:**  Okay.

20          **MR. MARSHALL:**  I don't think we ever got the ear,

21   nose and throat records from Johns Hopkins.

22          **THE COURT:**  Okay.  I'll take this up in the

23   morning.  Why don't you confirm, first, Mr. Woodward,

24   whether or not you were provided with those medical records

25   and then we can talk in the morning.

**CRUZ - Direct by Mr. Mirabelli**

1          The ENT, she went there what timeframe?  I can't

2     recall.

3          **MR. WOODWARD:**  She didn't recall either.

4          **THE COURT:**  Okay.

5          She seemed to suggest that she -- again, we'll

6     take this up in the morning.  I recall her saying that she,

7     if she didn't provide them, it wasn't intentional.  Are you

8     able to just inquire of her whether or not she has the

9     records for the ENT?

10          **MR. MARSHALL:**  We can certainly ask, Your Honor.

11          **THE COURT:**  Okay.

12          **MR. MARSHALL:**  I do note -- I mean, I think that

13     was related to chemical burns that are unrelated to the head

14     trauma.

15          **THE COURT:**  That's what I thought that was the

16     burning in her ears and she was referred to the ENT.

17     Nonetheless, I think, if she has them and can provide them,

18     this will take the speculation out of what might be in them.

19          **MR. MARSHALL:**  We'll ask.

20          **THE COURT:**  Okay.  All right.  And then we'll deal

21     with this in the morning.  All right.  Thank you.

22          (Proceedings concluded at 5:10 p.m.)

23

24

25

**CRUZ - Direct by Mr. Mirabelli**

1                        **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court Reporter,**

4       certify that the foregoing is a true and correct transcript

5       of the record of proceedings in the above-entitled matter.

6

7

8

9       ___October 25, 2023___     ___/s/   Lorraine T. Herman___
10               **DATE**                  **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    **CRUZ - Direct by Mr. Mirabelli**

**BY MR. MARSHALL:**
**[18]** 4/8 5/20 6/6 6/24
7/13 8/3 8/15 14/17
15/18 16/14 17/1 17/16
18/4 18/24 19/10 19/22
20/10 20/24
**BY MR. MIRABELLI:**
**[39]** 100/2 103/21
106/23 107/13 108/16
109/2 109/18 110/20
112/25 113/8 113/24
113/25 114/13 115/8
116/3 116/19 117/24
118/4 118/10 119/5
119/17 120/1 120/12
122/18 123/8 123/22
125/3 125/13 126/1
126/7 127/19 128/1
128/17 129/16 130/23
131/10 132/2 132/22
133/8
**BY MR. WOODWARD:**
**[9]** 67/15 68/17 70/11
71/13 73/1 82/17 84/13
94/3 97/19
**BY MS. FOSTER: [24]**
22/8 24/20 30/5 31/23
33/22 34/24 35/10 36/8
37/13 38/1 39/8 40/6
41/7 42/5 44/12 45/2
45/19 47/4 47/22 48/23
49/12 49/23 63/16 65/5
**DEPUTY CLERK: [13]**
6/4 6/20 6/22 8/12
21/24 22/5 68/11 68/13
97/13 97/17 99/14
99/20 106/20
**MR. BRENNWALD:**
**[2]** 98/23 124/21
**MR. FEITEL: [7]** 5/16
18/13 98/14 122/25
123/4 130/20 140/7
**MR. MARSHALL: [55]**
4/7 6/5 6/11 6/14 6/16
7/7 7/25 8/10 8/13 9/4
9/22 10/5 13/2 14/16
14/25 15/3 15/16 16/9
16/12 17/14 17/21
17/24 18/2 18/17 18/20
19/7 19/19 20/19 20/22
21/6 21/10 134/1 134/5
134/7 134/9 134/14
134/19 134/24 135/6

35/20 136/11 136/20
137/4 137/20 139/11
139/13 139/22 140/4
140/11 142/13 142/17
142/20 143/10 143/12
143/19
**MR. MIRABELLI: [61]**
99/10 99/24 103/10
103/16 103/19 106/18
106/21 107/10 108/13
108/24 109/15 110/17
112/22 113/6 113/20
113/23 114/6 114/9
114/12 114/23 115/2
115/5 115/21 115/25
116/16 117/21 118/2
118/7 119/3 119/13
119/15 120/10 122/17
123/14 123/17 123/20
125/23 126/4 127/14
128/9 128/12 128/15
129/4 129/7 129/10
129/12 129/14 130/22
131/5 131/8 131/19
131/22 132/16 133/3
133/6 133/18 133/21
135/9 139/16 140/1
140/19
**MR. RICHMAN: [2]**
135/12 135/18
**MR. WOODWARD:**
**[34]** 6/18 9/6 9/9 13/5
14/12 15/5 15/8 17/6
20/8 33/17 33/19 36/6
36/23 37/4 41/21 49/21
68/12 68/14 70/10
71/12 81/10 97/12
97/14 97/18 98/11
119/21 122/10 127/17
127/22 140/22 140/24
141/2 141/8 143/3
**MS. FOSTER: [30]**
21/21 24/17 29/24 30/2
31/17 31/20 34/20 35/3
35/6 35/9 37/6 37/11
37/22 39/5 40/4 41/5
41/19 44/9 44/24 45/16
46/23 47/1 47/19 48/19
49/9 67/9 82/13 93/25
98/25 99/2
**MS. HALIM: [12]** 16/23
63/11 98/20 103/5
103/7 103/12 125/11
127/2 127/5 127/23

**MS. HAYMAN: [60]**
6/15 7/9 7/12 8/2 8/14
15/2 15/17 16/13 17/23
18/1 18/3 18/19 18/23
19/9 19/21 20/21 20/23
24/19 30/1 31/19 35/5
35/8 37/25 40/5 41/6
44/11 45/1 45/18 46/25
47/3 47/21 48/22 49/11
106/22 109/1 110/19
113/7 113/22 114/8
114/25 115/4 115/7
115/24 116/18 119/4
119/16 123/19 123/21
126/6 128/11 128/16
129/6 129/9 129/11
129/15 131/9 131/21
132/1 132/21 133/7
**MS. ROSEN: [8]** 17/8
21/12 64/24 98/17
137/11 138/1 138/11
138/20
**THE COURT: [113]** 4/4
5/18 6/21 6/23 7/10 9/7
9/23 10/4 10/18 13/3
13/14 14/13 14/15 15/7
15/14 16/25 17/7 17/10
17/15 18/16 20/9 21/7
21/11 21/13 21/19
21/23 33/18 33/21 36/7
36/24 37/9 37/12 41/24
42/2 49/22 63/15 65/1
67/12 81/7 81/12 81/18
82/15 94/2 98/12 98/15
98/18 98/22 98/24 99/1
99/3 99/8 99/13 99/21
99/23 103/6 103/9
103/13 103/18 103/20
119/22 122/12 123/2
123/7 125/1 125/12
127/4 127/10 127/18
127/24 130/21 133/20
133/22 134/3 134/6
134/8 134/10 134/16
134/23 135/4 135/7
135/15 135/19 135/25
136/16 137/3 137/9
137/18 137/24 138/8
138/18 138/21 139/1
139/9 139/12 139/15
139/20 139/24 140/3
140/6 140/9 140/18
140/20 140/23 141/1

142/6 142/16
142/19 142/22 143/4
143/11 143/15 143/20
**THE WITNESS: [16]**
4/6 5/19 21/17 22/4
36/25 41/25 42/3 65/2
67/11 99/6 99/19 99/22
99/25 118/9 119/24
133/24

**'**

**'cause [4]** 29/19 38/12
38/21 91/11

**/**

**/s [1]** 144/9

**0**

**003 [1]** 106/19
**005 [2]** 106/19 106/21
**00:12 [1]** 39/14
**00:14 [1]** 35/12
**00:28 [1]** 41/8
**00:37 [1]** 43/19
**00:38 [1]** 44/15
**00:40 [1]** 44/25
**0537 [1]** 1/3
**07 [2]** 32/10 32/18
**0819 [1]** 2/10

**1**

**1 minute [1]** 126/5
**10 [3]** 125/16 125/17
133/23
**10 a.m [1]** 23/25
**10-minute [1]** 81/14
**100 [1]** 29/5
**1006 [1]** 138/25
**101 [1]** 139/5
**11 p.m [1]** 23/12
**11:00 [1]** 13/7
**12 [4]** 30/22 39/5 45/17
110/17
**1202F [2]** 139/14
139/17
**1204A [1]** 134/22
**12:30 [4]** 28/5 28/6
28/7 30/22
**12:30 p.m [2]** 28/8
28/11
**12:40 [1]** 31/7
**12:40 p.m [1]** 32/7
**12:40:06 [1]** 30/25
**12:52 [1]** 111/21
**12th [4]** 83/13 84/4

**1**

**12th... [2]** 84/7 84/10
**13 [2]** 19/3 19/4
**1300 [1]** 2/6
**13th [1]** 1/19
**14 [3]** 6/2 7/8 7/10
**15 [14]** 7/14 11/14 19/5
24/18 24/23 26/21
28/20 34/21 35/4
116/17 117/21 124/11
125/24 133/19
**1505 [1]** 2/6
**16 [1]** 7/25
**1650 [1]** 2/9
**16th [1]** 84/18
**19 [3]** 40/4 40/16 71/2
**19129 [1]** 2/12
**1:21-0537 [1]** 1/3
**1:34 [1]** 1/5
**1:36 [1]** 46/24
**1:40 [1]** 17/24
**1:45 [1]** 17/22

**2**

**2 minutes [1]** 48/25
**20 [4]** 73/3 124/11
131/20 133/19
**20001 [3]** 1/16 2/3 2/22
**20003 [1]** 2/15
**20008 [1]** 2/6
**201 [2]** 29/25 108/25
**2016 [1]** 122/9
**2017 [1]** 122/9
**202-255-6637 [1]** 2/7
**202-815-4028 [1]** 1/16
**202-996-7447 [1]** 2/4
**2020 [1]** 122/8
**2021 [43]** 23/3 23/8
23/21 24/14 26/11 60/7
60/22 62/1 62/2 62/11
62/18 62/21 62/22
63/17 64/13 65/16
65/25 66/1 66/24 67/7
72/2 77/15 85/17 85/20
86/6 88/8 88/9 88/21
88/25 89/5 89/14 89/21
89/25 90/15 90/17
92/11 92/20 92/23 93/2
101/6 111/21 141/10
141/13
**2022 [4]** 65/10 65/12
65/13 92/16
**2023 [3]** 1/5 142/15
144/9

**21st [1]** 1/3
**213-894-4242 [1]** 1/20
**215-300-3229 [1]** 2/13
**21st [4]** 79/25 80/4
80/8 83/21
**22314 [1]** 2/10
**25 [2]** 1/5 144/9
**27 [1]** 128/13
**28 [1]** 41/5
**2:55 [1]** 48/21

**3**

**3 p.m [2]** 23/12 24/2
**30 [7]** 29/11 62/3 77/14
97/8 110/18 111/21
114/6
**301-928-7727 [1]** 2/16
**302 [3]** 35/4 35/12
115/22
**303 [2]** 135/2 135/10
**304 [2]** 10/1 10/19
**308 [3]** 18/18 19/1
128/10
**308A [4]** 18/20 37/23
68/15 71/2
**309 [4]** 48/20 70/10
96/24 97/7
**31 [1]** 97/20
**311 [2]** 10/8 15/9
**312 [2]** 1/19 15/9
**313 [4]** 8/11 9/5 14/25
15/9
**314 [7]** 6/3 6/4 6/21
8/18 8/21 9/10 15/9
**318 [2]** 135/2 135/10
**319 [2]** 135/2 135/10
**320 [2]** 135/2 135/10
**3229 [1]** 2/13
**324 [2]** 135/2 135/10
**325 [2]** 135/2 135/10
**327 [2]** 135/2 135/11
**33 [1]** 119/3
**331 [1]** 17/22
**332 [1]** 15/4
**333 [1]** 2/21
**334 [2]** 135/2 135/11
**335 [2]** 135/3 135/11
**337 [2]** 135/3 135/11
**339 [2]** 135/3 135/11
**340 [3]** 31/18 33/5
113/21
**35 [1]** 15/16
**3580 [1]** 2/12
**36 [1]** 115/3

**37 [3]** 19/8 41/19 42/8
**38 [1]** 44/10
**3:30 [1]** 114/24
**3:30 a.m [1]** 61/5
**3:36 [1]** 82/11
**3:48 [1]** 82/11

**4**

**400 [1]** 2/3
**401 [1]** 138/2
**402 [1]** 138/2
**4028 [1]** 1/16
**403 [2]** 136/6 138/2
**4242 [1]** 1/20
**45 [1]** 72/22
**46 [1]** 119/15
**47 [1]** 48/20

**5**

**50 [2]** 19/19 117/11
**500 [3]** 2/9 5/3 5/5
**51 [2]** 16/15 72/24
**53 [1]** 34/21
**55 [1]** 48/25
**57 [1]** 120/10
**58 [1]** 129/7
**59 [1]** 18/5
**5:08 [1]** 142/7
**5:10 [1]** 143/22

**6**

**6-725 [1]** 1/15
**601 [1]** 1/15
**619-546-6735 [1]** 1/23
**6293 [1]** 1/22
**6637 [1]** 2/7
**6735 [1]** 1/23
**6th [11]** 12/11 23/14
67/4 67/6 67/7 76/25
86/21 86/22 86/22
105/8 124/16

**7**

**703-600-0819 [1]** 2/10
**725 [1]** 1/15
**7447 [1]** 2/4
**7727 [1]** 2/16
**7th [2]** 60/22 61/12

**8**

**8 a.m [2]** 24/4 105/10
**80 [1]** 29/4
**880 [1]** 1/22
**8807 [1]** 1/22
**8th [3]** 15/20 79/9

**9**

**90012 [1]** 1/19
**92101-8807 [1]** 1/22
**922 [1]** 2/15
**9th [3]** 85/17 85/20
86/6

**A**

**a.m [8]** 23/25 24/4 28/8
60/20 60/21 60/21 61/5
105/10
**ability [1]** 38/16
**able [18]** 8/4 46/16
47/15 48/1 53/14 61/1
61/25 64/7 64/10 65/3
65/6 120/16 122/4
125/4 132/3 140/15
142/7 143/8
**abnormal [1]** 78/23
**about [108]** 4/24 6/12
7/8 10/25 11/15 12/24
14/3 15/19 15/22 16/16
17/11 17/18 17/24 18/6
19/3 21/2 25/1 25/22
26/6 26/7 26/8 27/5
27/16 27/21 29/2 29/4
29/4 30/20 31/2 31/20
33/6 43/18 50/2 50/14
50/16 52/17 54/24 55/7
55/16 57/11 59/7 60/20
61/3 61/20 61/21 61/23
62/5 63/12 64/7 64/11
64/18 64/22 65/10 66/9
66/11 68/21 71/22 72/1
73/17 81/14 81/23 82/2
82/3 82/4 82/7 84/1
86/13 86/18 86/20 87/5
87/13 88/20 94/12
94/15 94/22 95/6 95/22
96/3 96/3 96/14 102/20
103/10 103/17 103/23
112/22 117/25 118/5
118/18 118/23 121/19
122/14 123/7 123/11
123/13 124/23 124/24
125/2 126/4 126/14
128/18 129/7 130/8
133/18 135/22 136/21
138/13 142/14 142/14
**above [1]** 144/5
**above-entitled [1]**
144/5

**A**

**absolutely [2]** 59/11 61/16
**abundance [1]** 105/2
**academy [2]** 121/23 121/24
**access [1]** 87/20
**accidentally [1]** 127/20
**account [1]** 139/25
**accurate [1]** 7/20
**ache [3]** 58/6 58/7 58/8
**across [5]** 25/16 26/15 32/16 32/19 33/9
**acted [2]** 5/9 127/8
**action [2]** 1/2 15/20
**actions [2]** 10/12 16/16
**actual [1]** 116/25
**actually [14]** 13/18 13/20 24/17 45/12 47/1 106/2 112/11 120/16 122/2 122/4 126/4 134/19 134/21 138/3
**add [1]** 139/7
**addition [2]** 138/24 141/15
**additional [12]** 29/21 29/22 63/18 78/8 78/12 79/23 87/19 87/19 90/21 138/22 141/3 141/23
**address [1]** 9/25
**admit [4]** 9/19 10/18 135/8 138/19
**admitted [18]** 3/13 3/13 3/14 3/14 3/15 3/15 3/16 3/16 3/17 3/17 3/18 6/19 6/20 8/11 24/23 135/11 136/23 139/16
**adrenaline [1]** 46/19
**advancing [1]** 71/2
**advantage [1]** 105/3
**Adventist [2]** 58/17 75/21
**advised [4]** 84/21 88/14 91/24 92/1
**affirm [2]** 22/1 99/16
**after [46]** 13/19 15/20 27/11 31/24 34/9 36/12 38/22 50/17 52/12 53/7 54/5 54/8 54/16 55/2 57/14 60/9 60/24 61/23

62/15 63/1 63/4 64/11 64/15 65/6 65/21 74/3 76/18 76/25 77/3 77/23 79/1 79/1 79/7 79/8 84/21 86/21 86/22 92/19 92/25 93/2 95/13 105/21 120/3 123/6 140/9 140/11 141/25
**after-action [1]** 15/20
**afternoon [11]** 1/10 22/9 22/10 67/16 67/17 81/8 99/21 99/22 100/3 100/4 135/21
**again [18]** 9/13 11/10 12/23 13/8 14/20 48/16 50/7 50/9 72/5 80/13 82/3 83/16 84/18 91/20 93/3 135/7 139/23 143/5
**against [6]** 40/7 121/6 122/22 122/23 123/24 125/19
**Agent [1]** 140/14
**Agent James [1]** 140/14
**agitated [1]** 119/25
**ago [9]** 71/23 77/16 77/17 86/14 87/3 87/3 87/13 87/17 142/14
**agree [3]** 70/18 70/21 71/23
**ahead [4]** 10/4 110/17 128/12 134/18
**ahold [1]** 128/22
**aided [2]** 2/24
**Alexandra [1]** 1/21
**Alexandria [1]** 2/10
**all [53]** 9/10 13/3 15/9 15/10 22/18 25/10 28/2 29/9 30/14 32/3 32/14 33/13 35/15 35/23 41/25 43/6 49/15 56/19 58/5 58/9 58/11 58/19 61/8 61/8 64/3 67/5 67/12 71/21 71/24 80/25 81/13 93/10 96/13 96/23 97/17 97/18 98/2 100/23 106/5 111/5 111/11 113/11 115/2 121/8 135/4 136/21 139/12 139/13 139/20 142/6 142/8 143/20 143/21
**allowed [2]** 40/1 62/11

62/13 63/1 63/4 64/11
96/7 122/21
**along [7]** 26/22 33/12 54/18 58/3 58/10 105/18 110/15
**already [4]** 11/4 134/21 139/14 139/20
**also [25]** 23/12 27/4 27/21 51/8 51/23 60/17 73/17 76/23 80/4 85/6 88/20 89/11 90/17 94/15 95/19 96/17 101/10 104/19 114/5 117/2 121/4 122/7 125/6 139/5 139/8
**altercation [1]** 129/25
**although [1]** 137/13
**always [2]** 66/7 95/8
**am [21]** 12/16 22/17 22/22 30/10 32/2 33/2 35/22 38/8 39/12 44/21 49/1 93/11 95/11 95/19 96/21 100/14 109/13 124/21 127/2 134/14 142/18
**amassed [1]** 32/6
**amassing [2]** 29/1 29/7
**ambulance [6]** 52/14 53/11 54/6 57/24 58/14 65/19
**ambulances [1]** 53/14
**Amendment [1]** 23/20
**AMERICA [3]** 1/2 9/13 14/20
**among [1]** 5/5
**amount [3]** 70/6 73/10 96/11
**Angel [1]** 2/11
**Angeles [1]** 1/19
**angle [2]** 17/18 18/7
**Annapolis [7]** 78/18 79/12 79/17 79/19 79/24 82/22 83/12
**Anne [6]** 78/16 78/17 79/2 79/3 79/18 83/9
**another [13]** 10/13 11/19 13/23 15/6 26/12 27/2 27/10 27/10 48/10 56/11 86/21 86/23 135/22
**answer [3]** 18/14 65/4 125/14
**answered [2]** 17/8

**answering [2]** 64/21 119/14
**anticipation [1]** 104/20
**Antifa [1]** 31/11
**any [48]** 10/16 12/12 20/11 20/16 29/21 29/21 32/3 36/22 47/11 62/18 64/1 74/5 74/16 77/20 78/23 83/18 86/2 86/18 90/14 91/2 93/2 95/7 95/17 95/17 98/24 105/2 105/23 105/24 108/17 110/24 111/5 111/11 111/25 112/3 112/8 112/15 116/24 117/16 118/12 119/19 120/19 122/5 122/6 124/6 124/16 124/18 132/9 141/5
**anyone [12]** 6/7 8/23 21/14 79/16 95/22 109/10 109/12 112/12 112/15 115/18 115/19 116/4
**anything [30]** 10/23 23/18 23/19 31/7 31/8 36/16 37/15 46/4 46/6 49/6 51/2 60/6 60/13 65/24 66/19 73/25 80/9 80/14 86/18 91/14 97/25 98/1 98/2 105/24 118/13 118/18 118/22 120/5 120/6 139/25
**anywhere [1]** 29/4
**apart [2]** 59/15 59/18
**apologies [1]** 115/23
**apologize [2]** 109/19 131/22
**apparent [1]** 141/3
**appear [8]** 7/1 8/8 8/17 15/10 19/24 31/3 32/5 48/4
**APPEARANCES [2]** 1/13 2/1
**appeared [2]** 47/8 81/20
**appears [9]** 25/16 26/1 26/22 28/21 32/14 40/19 43/25 44/3 114/16
**appointment [4]** 85/21 89/24 90/11 92/19

# A

appreciate [2] 67/20 67/21
approached [5] 118/13 118/19 118/20 127/21 130/14
approaches [1] 73/18
approaching [2] 28/12 128/2
appropriate [1] 12/24
appropriateness [1] 17/11
approximately [8] 28/3 28/5 105/10 107/3 107/17 108/20 117/11 141/10
April [15] 61/23 62/2 62/11 62/21 63/17 64/14 89/5 89/14 89/18 89/21 90/7 90/9 90/12 90/15 141/13
are [118] 8/4 9/11 12/9 12/13 13/3 15/12 20/11 20/16 21/16 22/15 22/18 22/21 25/14 26/7 26/8 27/17 30/9 30/14 32/12 32/15 32/23 32/24 33/5 33/7 33/10 35/20 35/21 35/23 36/1 37/2 38/4 38/7 38/9 38/10 38/11 39/11 39/13 39/20 39/22 40/22 40/25 40/25 41/3 42/6 43/10 44/22 47/25 49/2 54/21 55/7 56/12 63/2 66/6 66/6 70/18 70/21 70/24 70/25 71/22 80/19 82/13 82/14 83/17 83/19 83/19 85/6 87/7 89/11 90/17 93/11 93/14 95/1 98/7 101/2 103/3 103/24 104/14 104/17 107/1 109/25 110/24 111/3 112/3 112/8 116/24 116/25 117/4 117/7 118/16 120/23 121/8 121/19 124/1 124/4 124/22 124/23 124/24 124/24 125/4 127/5 127/6 131/13 132/3 132/25 133/11 134/1 134/13 138/2 138/11 138/12 138/13

38/15 140/8 142/1 142/3 142/11 143/7 143/13
area [41] 10/14 24/13 24/14 25/4 25/21 26/10 26/22 27/2 27/8 27/16 28/20 35/25 36/1 39/25 40/1 40/2 47/9 48/7 48/7 55/4 100/19 100/21 105/20 106/15 106/17 107/6 107/11 107/15 107/18 107/20 107/23 108/8 108/18 110/7 110/10 110/11 110/16 114/5 114/16 124/23 132/10
aren't [1] 110/13
argument [1] 139/7
arguments [5] 11/7 12/13 12/24 137/12 142/8
arm [4] 20/5 20/5 132/23 133/9
arms [2] 38/15 38/23
around [25] 23/25 25/9 25/15 26/3 26/5 28/5 28/10 29/11 30/22 34/5 41/10 41/11 42/8 48/4 51/8 61/5 62/3 66/16 78/20 100/21 107/18 114/16 116/21 126/23 132/17
arrest [3] 74/6 74/8 74/16
arrive [1] 36/9
arrived [1] 36/4
art [1] 127/12
Arundel [6] 78/16 78/17 79/2 79/3 79/18 83/10
as [88] 4/25 6/19 8/20 10/24 12/4 12/4 21/5 23/7 24/7 24/23 30/14 31/15 33/5 33/20 35/21 37/9 42/10 42/12 47/25 50/20 51/9 52/4 57/25 58/12 63/8 63/8 63/13 63/13 64/25 65/7 69/12 71/18 71/18 73/2 73/12 73/14 73/21 79/22 79/22 79/23 80/2 80/6 80/17 80/17 81/11 85/3 85/9 85/13 87/20 89/22 90/20 91/23 91/23 92/1

92/1 94/2 96/17 100/15 102/15 102/16 103/23 104/11 104/18 104/18 104/18 110/3 113/4 117/8 117/22 118/3 118/8 119/22 122/21 124/14 124/20 124/22 125/19 126/15 126/15 126/19 126/19 137/14 137/21 137/21 138/4 138/7 140/20 140/20
ascended [1] 25/8
ask [28] 14/9 25/10 27/25 29/24 32/5 41/19 41/21 43/2 48/19 53/16 53/23 56/5 59/5 60/6 63/2 71/4 80/13 80/20 81/3 86/18 94/15 113/2 122/13 127/8 127/24 142/10 143/10 143/19
asked [26] 4/23 15/19 15/21 16/15 17/8 17/17 18/6 21/2 53/10 56/2 57/17 57/19 57/23 68/21 69/1 69/3 69/15 76/17 80/25 81/5 86/20 87/5 91/12 93/3 119/2 122/14
asking [8] 56/6 56/10 56/11 56/19 57/22 69/5 72/1 142/4
aspect [1] 104/4
assault [4] 127/3 127/11 127/13 127/16
assaulted [3] 125/10 125/17 133/16
asserted [1] 37/7
assigned [3] 100/14 101/5 101/11
assignment [5] 100/12 101/20 101/24 102/15 110/4
assignments [1] 101/9
assist [2] 52/3 102/14
assisted [3] 51/17 51/22 54/19
assisting [1] 54/19
Associates [6] 79/12 79/17 79/20 79/25 82/23 82/24
assume [4] 17/10 88/24 96/16 131/16
assumed [2] 53/22 58/4

assuming [3] 17/13 36/15 85/16
attached [1] 123/25
attacked [1] 57/17
attacking [1] 73/23
attempt [3] 112/12 122/5 125/20
attempted [2] 15/25 128/5
attention [6] 6/16 6/25 7/22 20/2 96/23 113/3
Attorneys [3] 1/15 1/18 1/21
attribute [1] 125/4
audible [1] 111/9
Augustine [1] 140/16
authenticate [1] 9/14
authenticated [1] 11/5
authentication [4] 11/11 12/9 12/16 14/3
automobile [1] 62/12
available [1] 54/6
Avenue [13] 2/6 2/15 2/21 8/6 8/24 14/24 16/17 27/20 28/13 28/23 109/9 110/16 132/7
aware [3] 11/23 112/3 112/8
away [9] 54/13 54/15 60/14 72/19 73/15 74/3 122/2 122/4 122/6
awful [1] 61/16

# B

back [80] 4/4 6/14 7/10 13/4 16/7 16/8 17/24 19/13 19/18 23/3 23/7 26/3 29/9 29/10 32/22 35/6 37/15 39/21 39/23 42/25 45/5 45/11 46/16 48/10 49/4 49/17 50/22 50/24 54/13 55/19 55/21 55/23 58/8 59/4 59/16 59/22 59/23 60/9 61/1 64/7 64/10 64/12 65/7 65/15 65/22 68/9 71/1 72/16 72/17 80/2 82/3 82/6 82/8 82/10 85/12 85/15 85/17 88/8 91/14 91/21 91/22 91/23 107/23 108/4 108/5 108/22 118/22 118/25 120/3 120/22

Case 1:21-cr-00537-JMC Document 317 Filed 11/06/23 Page 149 of 173

# B

back... **[10]** 121/8 124/14 125/19 126/4 129/7 129/10 131/22 132/7 132/12 132/16
**backwards [6]** 42/9 43/13 44/5 44/6 120/18 124/10
**bad [2]** 61/21 66/11
**badly [1]** 52/12
**bag [4]** 53/12 53/16 54/13 54/15
**balance [3]** 61/24 125/21 126/20
**ball [1]** 7/19
**Bankruptcy [1]** 2/21
**bar [4]** 11/11 12/7 12/16 12/19
**barricade [26]** 19/13 32/20 34/16 41/9 41/11 42/16 43/3 43/4 44/4 44/4 69/3 69/6 69/10 70/23 71/8 71/10 71/11 71/16 71/18 72/7 72/11 72/13 72/15 73/14 74/15 115/19
**barricades [6]** 32/23 34/11 34/14 36/5 37/19 116/7
**barrier [2]** 104/18 121/17
**barriers [4]** 110/24 116/21 118/13 121/20
**baseball [1]** 48/16
**based [9]** 9/2 9/15 9/17 16/23 75/3 75/4 101/2 104/14 111/23
**basic [1]** 121/24
**basically [18]** 19/13 25/25 39/13 43/25 59/3 101/22 104/1 118/14 119/7 119/12 120/25 121/6 121/10 123/24 126/16 126/19 128/23 130/16
**basis [2]** 33/18 138/22
**bathroom [3]** 52/21 61/16 61/17
**baton [3]** 133/2 133/12 133/17
**be [77]** 5/2 7/1 8/8 8/17 9/16 10/23 12/5 12/10 13/9 13/24 13/24 14/7 15/10 16/20 17/4 22/2

22/5 23/10 24/6 24/8 25/16 26/1 26/22 28/21 30/14 31/3 32/6 33/11 33/20 43/25 47/24 48/2 56/10 56/11 62/12 62/16 65/4 66/17 71/19 73/13 73/16 76/6 77/8 77/9 81/20 82/10 87/9 87/15 88/11 88/24 89/3 92/4 93/1 95/19 96/5 99/17 99/20 101/23 102/9 102/12 109/21 114/16 118/15 127/12 127/15 129/19 130/12 137/8 137/19 137/20 138/9 139/13 140/8 140/12 140/13 142/7 143/18
**beanie [8]** 34/6 35/16 35/17 38/3 39/12 49/4 49/17 68/23
**beanies [2]** 32/3 32/4
**beard [1]** 34/6
**became [2]** 91/17 119/24
**because [21]** 9/25 13/21 14/2 25/11 38/10 42/9 42/19 46/15 54/24 57/13 57/23 58/19 62/16 73/7 78/18 79/14 95/25 113/17 122/21 128/8 137/13
**become [2]** 71/23 117/6
**bed [6]** 61/9 61/10 61/18 62/2 66/22 66/22
**bed-ridden [1]** 66/22
**been [53]** 6/19 8/11 9/7 11/4 11/7 11/20 14/5 15/12 19/13 22/24 24/22 42/19 50/14 52/22 52/25 53/1 53/1 53/2 54/2 56/3 56/13 57/20 58/12 61/8 66/4 66/4 73/8 74/19 75/7 75/15 76/2 76/23 76/25 77/3 84/21 84/25 94/5 94/7 100/25 102/5 107/4 108/21 109/23 110/6 111/25 112/4 122/8 130/9 130/10 132/11 135/22 136/7 136/23
**before [27]** 1/11 4/19

10/19 13/16 31/24 40/13 40/16 52/25 53/2 53/3 56/4 56/13 56/15 67/4 67/4 67/7 75/8 76/18 76/24 82/18 86/6 86/22 86/22 108/6 132/15 139/18 141/18
**began [2]** 107/17 128/18
**begin [4]** 68/14 91/21 99/23 105/7
**beginning [4]** 25/18 53/9 65/11 108/25
**behalf [6]** 21/12 81/19 82/1 98/12 98/16 98/20
**behind [8]** 33/7 33/9 35/22 35/24 42/13 45/6 121/5 132/5
**being [28]** 15/21 16/6 17/2 19/18 45/21 45/23 45/24 48/1 61/10 61/25 64/8 64/11 65/3 65/3 69/10 72/7 76/18 77/23 88/17 102/10 105/3 113/11 113/17 118/23 121/13 122/22 133/16 138/1
**belatedly [1]** 81/25
**believe [37]** 4/17 8/5 10/8 15/20 19/4 23/23 25/6 44/17 44/19 57/18 58/17 59/25 60/2 63/10 69/3 74/22 74/22 75/3 75/21 75/23 76/14 76/16 79/4 82/1 83/3 87/23 96/13 105/9 120/8 124/5 136/2 136/7 136/9 137/22 139/11 139/22 140/11
**believed [1]** 48/12
**below [1]** 20/4
**bench [3]** 1/10 138/3 138/15
**benefit [1]** 85/10
**BENJAMIN [1]** 1/7
**Besides [2]** 20/3 20/14
**best [3]** 9/16 38/15 52/4
**better [5]** 38/24 62/14 63/5 77/18 103/20
**between [19]** 15/13 24/10 26/23 32/22 38/21 42/22 47/13 62/1 62/21 84/11 90/7 90/9

90/12 90/15 97/15 110/24 112/13 124/2 141/13
**beyond [5]** 4/11 40/8 44/18 70/18 94/1
**bicycle [1]** 116/22
**big [1]** 107/21
**bike [99]** 4/13 4/16 4/19 4/21 5/8 5/10 11/20 15/25 16/5 17/18 18/6 19/25 25/7 25/8 32/23 33/6 33/9 33/9 33/16 34/18 35/1 35/22 35/23 36/3 36/5 36/9 36/11 36/19 38/8 38/9 38/11 38/12 38/15 38/17 38/20 38/21 38/22 38/24 38/25 39/19 40/8 41/23 42/1 42/7 42/8 42/11 42/16 42/20 42/22 42/23 43/2 43/4 43/6 43/9 43/11 43/11 44/8 44/17 51/1 104/14 104/20 105/18 106/14 106/16 111/1 111/2 112/20 112/20 112/21 113/10 113/12 113/17 115/13 115/20 116/25 117/2 117/8 117/10 119/8 119/10 119/11 120/3 120/16 120/17 120/19 121/8 121/13 121/17 121/19 122/1 122/4 122/21 123/10 123/24 124/2 124/13 126/15 126/19 126/21
**bikes [1]** 124/9
**billing [1]** 93/5
**bit [13]** 17/25 27/16 35/7 42/15 50/16 53/9 63/23 69/23 78/4 94/25 103/22 123/18 129/10
**black [5]** 9/3 19/15 19/16 43/9 126/9
**blacked [1]** 59/25
**blacking [3]** 78/10 91/11 91/15
**blacking-out [1]** 91/11
**Blackledge [1]** 109/24
**blackout [1]** 79/7
**bleed [3]** 80/11 80/17 83/20
**blocked [3]** 24/13 25/7

**B**

blocked... **[1]** 26/4
blocks **[2]** 52/17 100/23
blue **[2]** 66/7 95/20
blurry **[3]** 9/12 57/5 57/8
BLYTHE **[3]** 1/7 2/14 98/22
body **[10]** 12/6 53/17 96/17 96/22 108/14 124/14 124/15 124/19 124/20 124/20
bomb **[1]** 51/9
borrow **[1]** 103/14
both **[4]** 38/24 51/10 77/1 80/9
bottom **[6]** 20/6 20/12 32/25 32/25 33/1 34/19
bouts **[1]** 62/4
Brady **[1]** 141/4
brain **[5]** 80/11 80/17 80/17 83/18 83/20
BRAND **[1]** 2/2
breach **[6]** 4/9 4/11 4/25 121/17 122/15 138/13
breached **[2]** 19/25 55/3
breaches **[1]** 111/25
breaching **[1]** 4/13
break **[14]** 27/12 50/24 50/25 81/8 81/14 106/2 106/2 106/4 108/2 129/24 130/6 130/16 132/3 133/20
breaking **[2]** 24/10 47/12
breaks **[5]** 29/9 105/24 106/7 107/21 108/23
Brennwald **[2]** 2/14 2/14
Brian **[1]** 93/20
brief **[1]** 132/14
briefly **[4]** 113/6 116/12 129/12 131/23
bring **[3]** 13/3 15/3 65/21
broke **[2]** 13/19 82/18
broken **[1]** 132/11
brought **[1]** 52/14
bruise **[2]** 80/17 83/20
bruising **[4]** 124/18 124/19 124/20 125/5

Brunwin **[1]** 4/17
building **[7]** 23/11 25/25 26/5 26/23 51/25 52/16 138/13
bunch **[1]** 34/8
burning **[2]** 88/15 143/16
burns **[1]** 143/13

**C**

C-a-r-o-l-i-n-e **[1]** 22/13
C-r-u-z **[1]** 100/7
CA **[2]** 1/19 1/22
call **[8]** 21/19 46/20 54/10 55/4 65/19 70/22 99/8 105/21
called **[9]** 11/23 27/9 27/20 28/14 48/6 57/24 63/10 92/4 106/7
calling **[2]** 33/20 72/2
calls **[7]** 17/6 21/22 36/23 55/7 55/16 99/11 119/21
calm **[1]** 118/20
cam **[1]** 12/6
came **[29]** 13/16 17/9 24/12 31/25 42/7 42/8 46/13 46/14 49/4 52/10 53/8 55/4 57/13 57/14 59/10 69/9 74/15 76/16 80/2 87/15 91/23 94/25 118/15 120/22 122/1 126/16 126/23 128/4 128/5
camera **[1]** 139/5
can **[138]** 4/4 4/15 4/21 5/11 5/14 5/21 6/11 6/14 6/18 6/23 7/10 9/1 9/24 14/9 14/15 14/25 15/3 15/15 16/9 16/12 17/21 18/17 18/20 18/21 19/19 20/19 20/22 21/19 25/1 28/13 28/18 30/14 30/24 31/3 31/24 32/21 33/12 33/23 34/9 35/6 36/7 38/18 38/18 42/17 43/5 43/18 45/5 46/7 47/1 47/2 59/5 61/3 66/16 66/17 66/18 80/20 88/1 88/2 93/4 93/5 99/3 99/8 99/23 100/16 101/16 103/13 103/16

106/16 108/24 108/25 110/17 111/2 111/3 111/19 112/22 113/6 113/20 113/23 114/6 114/9 114/12 114/21 114/23 115/2 115/5 115/21 115/25 116/10 116/12 116/16 119/3 119/6 119/15 119/22 120/10 120/13 123/7 123/14 123/17 123/20 125/14 125/23 126/4 127/13 128/2 128/9 128/12 128/15 129/4 129/7 129/12 129/14 129/19 130/21 131/5 131/8 131/11 131/19 131/22 131/25 132/16 132/17 133/3 133/20 134/3 135/15 135/16 135/17 137/18 139/9 139/18 139/24 140/4 140/7 141/21 142/25 143/10 143/17
can't **[14]** 9/12 9/14 23/23 46/18 59/15 73/13 79/5 96/21 103/7 121/24 122/9 126/22 136/5 143/1
canceled **[2]** 107/21 108/23
cannot **[1]** 73/16
cap **[1]** 7/19
capable **[1]** 63/5
capacity **[2]** 84/7 84/10
Capitol **[64]** 7/1 7/19 8/17 11/13 12/11 12/17 22/22 22/25 23/3 23/10 23/10 23/11 25/16 25/25 26/5 26/7 26/9 26/23 51/21 51/23 51/25 52/6 52/16 52/23 54/14 54/16 54/18 54/19 55/13 55/15 55/17 61/1 64/8 64/21 65/7 78/2 91/21 94/23 94/23 95/11 95/12 99/11 100/9 100/13 100/19 100/21 100/25 101/3 101/18 104/9 104/21 105/12 106/9 107/2 108/3 109/5 109/17 112/7 116/21

122/1 136/22 137/13 139/5 140/16
capsicum **[5]** 74/23 74/24 75/4 75/10 77/10
captain **[2]** 57/15 58/1
car **[4]** 61/25 62/5 62/12 124/11
cardiology **[1]** 91/16
care **[1]** 83/4
carefully **[1]** 73/12
Caroline **[7]** 20/12 21/22 22/7 22/13 67/14 109/22 117/20
carry **[4]** 75/2 75/3 75/4 75/5
case **[7]** 11/15 13/11 14/2 22/2 61/2 99/17 102/13
cases **[1]** 14/1
CAT **[3]** 58/23 59/3 59/6
category **[1]** 11/8
caught **[2]** 13/19 124/5
cause **[4]** 51/12 53/18 77/9 124/6
caused **[3]** 44/6 76/13 76/15
Causes **[1]** 96/20
causing **[1]** 76/6
caution **[1]** 105/2
CCTV **[2]** 136/23 139/5
CDU **[7]** 77/8 77/9 101/23 102/16 104/4 105/6 121/24
center **[9]** 39/13 75/19 75/20 75/24 78/16 78/17 79/18 82/22 83/9
certain **[2]** 13/9 66/6
certainly **[2]** 70/25 143/10
certify **[1]** 144/4
chair **[1]** 57/9
chamber's **[1]** 139/25
chambers **[3]** 138/14 139/9 140/5
change **[2]** 28/10 119/19
changed **[3]** 28/4 91/8 119/24
chanting **[4]** 31/10 111/8 111/11 111/13
chants **[2]** 111/7 111/12
characterize **[1]** 10/11

**C**

characterized [1] 10/24
charge [1] 27/14
charged [2] 124/24 142/3
charges [1] 138/15
CHASE [1] 1/7
check [1] 40/23
checked [1] 57/13
checking [1] 40/25
cheek [4] 42/17 42/24 43/3 43/12
cheekbone [1] 58/10
chemical [18] 51/7 52/5 53/2 53/4 74/19 74/21 76/2 76/6 76/9 76/13 76/15 76/18 76/24 77/1 77/18 88/18 125/18 143/13
chemicals [4] 51/10 52/3 52/4 61/8
chest [3] 90/18 91/6 91/12
chin [5] 53/18 53/18 53/20 53/22 53/25
choose [2] 92/9 98/8
Christopher [1] 1/17
circle [30] 4/16 4/24 5/8 14/22 14/24 21/3 25/15 25/18 26/23 28/14 28/14 28/15 29/7 30/13 31/15 32/7 33/3 33/6 50/14 105/13 107/12 108/18 109/8 112/21 114/5 114/17 114/21 116/10 129/19 132/10
Circle/Pennsylvania [1] 14/24
circled [10] 7/18 26/21 28/20 30/16 32/14 35/15 35/16 107/11 108/14 126/8
circling [4] 8/16 20/4 107/6 108/11
circumstances [2] 72/3 87/7
citations [1] 13/11
cited [1] 14/2
city [1] 52/17
civil [18] 16/19 16/20 23/13 23/15 23/17 101/10 101/21 101/22

103/24 104/8 104/11 104/15 105/3 121/13 121/16
claim [1] 9/16
clamp [1] 59/11
clang [1] 43/17
clarify [2] 41/22 125/1
clarifying [1] 41/24
clear [8] 7/7 15/9 30/14 45/11 52/2 52/5 62/1 67/6
clearer [1] 12/23
clearing [1] 52/3
clearly [2] 10/15 68/4
clenched [1] 128/23
Clerk [1] 97/15
clicked [1] 46/20
clients [1] 124/24
clip [3] 47/24 48/4 68/22
clips [1] 15/13
close [4] 5/11 13/20 81/15 125/17
closed [9] 35/25 36/1 106/9 106/11 106/13 106/15 106/17 116/22 118/24
closely [1] 71/5
closer [2] 103/11 103/16
clothes [2] 29/16 105/3
COBB [2] 1/11 109/23
cocktail [1] 60/18
coddling [1] 139/2
cognizant [3] 121/4 138/2 138/15
cold [1] 57/9
collar [1] 58/24
collars [1] 58/25
collateral [1] 101/9
COLUMBIA [1] 1/1
combination [2] 44/7 106/14
combined [1] 136/25
come [25] 10/20 27/22 32/19 33/9 33/12 33/23 34/9 38/14 51/5 54/10 62/11 64/7 64/10 81/24 85/12 85/15 85/17 93/14 105/16 107/14 113/18 126/21 126/25 134/6 136/12

comes [1] 136/4
comfort [1] 88/21
coming [18] 5/7 11/1 12/5 31/9 40/2 42/11 42/20 55/7 55/8 55/16 55/17 64/12 79/3 120/22 122/8 126/20 126/24 128/8
commanders [1] 105/6
comment [1] 76/8
committee [3] 67/23 67/24 96/4
communicate [1] 90/14
communicated [1] 88/20
compared [2] 33/5 35/21
comparing [1] 12/5
compilation [6] 136/6 136/18 136/22 136/24 138/6 139/17
completely [3] 9/12 25/7 58/2
completeness [1] 10/10
Complied [67] 5/13 6/15 7/9 7/12 8/2 8/14 15/17 16/13 17/23 18/1 18/3 18/19 18/23 19/9 19/21 20/21 20/23 24/19 30/1 30/15 31/19 35/5 35/8 37/25 40/5 41/6 44/11 45/1 45/18 46/25 47/3 47/21 48/22 49/11 106/22 108/12 109/1 110/19 111/4 113/7 113/22 114/8 114/22 114/25 115/4 115/7 115/24 116/11 116/18 119/4 119/16 123/19 123/21 126/6 128/11 128/16 129/6 129/9 129/11 129/15 129/20 131/9 131/12 131/21 132/1 132/21 133/7
component [1] 104/15
computer [3] 2/24 57/1 66/7
computer-aided [1] 2/24
computers [7] 56/3

56/6 56/12 56/14 56/17 56/20 56/25
concern [1] 13/6
concerned [2] 123/11 123/13
concerns [1] 91/3
conclude [1] 12/17
concluded [1] 143/22
concluding [1] 95/3
conclusion [2] 12/8 16/24
conclusions [1] 127/6
concrete [1] 48/7
concussion [9] 63/10 80/16 83/19 86/23 86/24 86/25 87/7 141/16 142/15
Concussions [1] 80/17
concussive [1] 79/14
conference [1] 137/15
confirm [3] 6/18 80/22 142/23
confused [3] 46/2 47/18 142/18
Congressional [1] 137/1
conjecture [1] 18/15
connected [2] 10/14 11/16
connection [1] 88/4
consciousness [2] 65/17 65/18
conservatively [1] 81/5
consider [3] 12/14 13/20 127/15
considerably [2] 107/24 111/9
considered [3] 11/10 13/16 16/20
considering [1] 127/11
consist [1] 24/10
consistent [1] 115/15
Constitution [1] 2/21
constructed [2] 26/14 110/2
construction [2] 24/13 39/25
contact [4] 104/2 124/13 128/3 130/24
contained [1] 14/2
context [3] 10/12

## C

**context...** [2] 105/4
121/13
**continuation** [2] 10/7
92/5
**continue** [7] 6/23
14/15 15/15 68/7 91/25
92/3 127/13
**continued** [17] 2/1
16/11 34/23 42/4 50/20
90/6 90/7 90/8 92/25
113/5 120/11 123/16
125/25 129/13 131/7
131/24 133/5
**continuing** [3] 42/10
79/14 79/21
**control** [3] 23/18 24/8
102/8
**conversational** [2]
118/21 119/1
**convince** [3] 49/20
50/7 81/21
**corner** [1] 20/6
**correct** [125] 15/21
16/17 18/7 19/1 24/2
46/5 56/21 64/16 67/24
67/25 68/2 68/3 69/18
69/21 69/24 70/2 72/8
72/9 73/9 73/11 73/21
73/22 74/3 74/4 74/10
74/20 74/25 75/17 76/4
76/9 76/20 76/25 77/6
77/19 77/25 78/3 78/9
78/11 78/14 78/22
78/24 78/25 80/3 80/4
80/5 80/7 80/10 80/15
81/2 82/20 82/21 83/10
83/11 83/13 83/14
83/18 83/25 84/3 84/19
84/20 84/24 85/1 85/2
85/4 85/5 85/7 85/8
85/11 85/13 85/14
85/25 86/7 87/1 87/14
88/12 88/13 88/15
88/16 88/19 88/23 89/4
89/7 89/8 89/13 89/16
89/23 90/1 90/6 90/8
90/12 90/15 90/16
90/18 90/19 90/21
90/22 90/24 91/4 91/6
91/7 91/9 91/10 92/8
92/12 92/14 92/18
93/21 94/6 94/9 95/24
96/6 96/9 97/1 97/6

98/8 101/10 104/24
104/25 108/7 110/8
114/18 118/9 121/14
128/20 144/4
**coughing** [1] 51/11
**could** [58] 7/25 8/10
10/23 12/17 15/5 15/16
17/4 17/4 17/24 22/11
24/17 25/10 29/24 30/2
30/13 31/6 31/17 33/24
34/20 35/20 37/22
37/23 39/5 40/4 41/5
41/19 41/21 43/3 44/9
44/24 45/16 47/19
48/19 49/9 51/2 53/8
61/24 62/2 62/3 62/5
62/7 62/9 67/3 72/5
76/5 91/24 92/1 92/6
100/5 101/23 102/18
122/22 122/23 123/4
123/5 135/12 137/16
138/16
**couldn't** [10] 5/23
41/13 43/5 46/4 50/6
57/5 76/12 82/8 91/13
102/18
**counsel** [7] 13/12
106/20 134/20 136/2
136/3 136/3 136/9
**counselor** [2] 95/11
95/20
**counter** [3] 24/11 71/3
71/3
**counter-protests** [1]
24/11
**couple** [6] 14/6 36/14
47/23 61/21 61/22 87/3
**course** [4] 42/3 71/22
138/16 140/1
**court** [15] 1/1 2/20
5/14 6/18 13/10 22/12
81/10 84/12 99/17
100/6 137/15 137/21
138/16 142/4 144/3
**Court's** [3] 13/8
134/24 136/21
**Courthouse** [1] 1/18
**courtroom** [1] 5/15
**covered** [1] 19/5
**COVID** [1] 75/22
**coworkers** [1] 65/23
**CRC** [1] 2/20
**created** [2] 25/15
25/24

**Criminal** [1] 1/2
**crisis** [2] 95/7 95/17
**crooked** [1] 57/20
**cross** [13] 3/6 4/24
12/15 17/17 18/6 67/12
67/14 98/12 98/17
112/12 112/12 112/15
116/6
**cross-examination** [5]
3/6 67/12 67/14 98/12
98/17
**cross-examine** [1]
12/15
**crossing** [1] 115/18
**crowd** [47] 4/24 4/25
5/1 11/18 15/25 17/3
23/18 23/19 24/8 29/13
31/4 31/4 31/6 31/9
31/9 31/10 31/12 31/14
32/19 32/23 37/1 50/24
53/15 96/4 102/8 104/7
105/5 107/15 107/24
110/10 110/14 110/21
110/24 111/5 111/15
112/13 113/18 115/12
119/7 119/11 120/15
121/2 121/16 130/6
132/4 132/5 132/6
**crowd's** [1] 18/7
**crowds** [5] 101/23
102/12 102/14 105/16
130/10
**crucial** [1] 103/2
**crush** [1] 15/25
**Cruz** [24] 17/2 21/1
30/12 47/13 99/11
99/14 100/1 100/7
103/22 106/24 109/3
113/2 116/20 117/22
118/2 118/7 119/14
120/13 122/19 123/9
125/4 132/23 140/10
140/12
**crying** [1] 59/13
**CS** [4] 51/9 53/1 53/2
77/1
**CT** [9] 78/21 79/24
80/2 80/8 80/9 80/12
80/14 80/22 83/16
**Cts** [1] 2/21
**cumulative** [1] 64/25
**curb** [1] 4/16
**cure** [1] 141/21
**current** [3] 100/10

100/14 115/3
**currently** [2] 33/7
100/14
**cut** [1] 106/4
**cuts** [1] 72/19

## D

**D.C** [2] 53/13 58/20
**daily** [1] 83/4
**damage** [1] 63/24
**Daniel** [2] 135/23
136/13
**darkened** [1] 25/17
**date** [2] 13/9 144/9
**David** [4] 99/11 100/1
100/7 140/16
**day** [47] 1/10 5/5 11/19
11/19 12/2 12/3 12/18
13/7 23/14 24/9 26/4
26/13 29/15 40/15
50/11 50/17 58/5 61/9
67/19 68/4 69/8 74/9
74/18 75/15 75/25 78/7
93/17 93/24 95/25 96/5
96/14 101/12 101/19
101/24 102/3 102/4
102/11 105/7 106/10
107/4 110/4 112/16
124/23 125/7 125/10
133/20 141/14
**days** [4] 14/6 66/17
79/3 141/24
**dazed** [2] 46/5 47/16
**DC** [6] 1/8 1/16 2/3 2/6
2/15 2/22
**dcd.uscourts.go** [1]
2/22
**de** [1] 17/12
**de-escalation** [1]
17/12
**deal** [3] 10/19 101/22
143/20
**dealing** [1] 64/3
**decided** [2] 52/13
91/11
**decides** [1] 102/8
**decision** [1] 105/6
**defendants** [2] 1/8
136/2
**defense** [7] 10/6 12/14
13/11 21/11 26/18
135/7 141/24
**definitely** [4] 53/18
64/2 66/4 66/4

# D

**definitively [1]** 10/21
**Deft [5]** 2/2 2/5 2/8 2/11 2/14
**dehydrated [1]** 67/3
**demeanor [3]** 118/18 119/19 119/22
**demonstrable [1]** 83/18
**Demoralized [1]** 64/23
**denied [1]** 137/16
**denim [5]** 5/5 6/9 6/10 8/6 8/25
**department [5]** 92/5 100/20 102/8 140/13 140/17
**depended [1]** 102/7
**depending [2]** 136/11 140/15
**depends [1]** 105/5
**depicted [1]** 8/20
**deployed [2]** 102/11 102/13
**deposition [1]** 67/23
**Deputy [1]** 97/15
**describe [11]** 4/15 46/18 59/15 65/25 111/15 111/18 116/12 119/6 120/13 127/24 128/2
**described [5]** 7/5 68/22 73/20 80/6 84/15
**describing [2]** 123/2 123/4
**designed [2]** 75/13 117/2
**desire [1]** 91/9
**desk [10]** 64/13 64/13 64/20 65/18 84/15 88/25 89/3 91/9 92/13 92/15
**detail [1]** 64/21
**details [1]** 101/20
**detected [1]** 107/22
**determine [2]** 102/9 127/7
**device [4]** 106/7 107/22 107/25 112/6
**diagnosed [1]** 63/13
**did [145]**
**didn't [29]** 5/25 13/20 46/2 53/10 54/11 54/12 54/23 67/2 67/3 74/13 81/24 86/18 93/17

96/25 106/3 121/1 121/2 121/5 122/3 122/5 123/12 123/12 130/2 130/5 130/12 130/20 142/11 143/3 143/7
**died [1]** 93/17
**Diego [1]** 1/22
**different [10]** 9/15 10/7 55/14 60/6 76/10 83/8 83/15 122/20 137/13 138/5
**difficult [6]** 93/10 94/5 94/7 94/10 96/1 117/7
**dinners [1]** 62/10
**dire [1]** 9/20
**direct [10]** 3/6 3/9 4/23 6/16 7/22 17/9 20/2 22/7 100/1 113/2
**directed [1]** 69/16
**directing [1]** 6/25
**direction [2]** 20/25 78/4
**directions [1]** 100/23
**directly [5]** 17/9 109/14 109/21 128/5 142/1
**disagree [2]** 21/14 96/16
**discharged [1]** 77/23
**disclosed [1]** 141/18
**discuss [1]** 133/23
**discussed [1]** 141/17
**discussing [2]** 9/8 14/6
**discussion [4]** 13/17 84/1 84/11 97/15
**discussions [1]** 135/22
**dispute [1]** 73/3
**disregarding [1]** 13/8
**DISTRICT [4]** 1/1 1/1 1/11 2/21
**disturbance [15]** 16/20 16/21 23/13 23/16 23/17 101/11 101/21 102/6 102/17 102/21 103/24 104/15 105/3 121/13 121/16
**disturbances [3]** 101/23 104/8 104/12
**division [2]** 100/15 101/4
**dizziness [1]** 83/23

**dizzy [4]** 55/25 57/6 58/3 63/8
**do [160]**
**doctor [3]** 63/13 80/19 96/21
**doctors [3]** 63/2 65/22 83/6
**documented [1]** 77/7
**does [22]** 4/9 4/13 5/25 6/25 7/23 8/8 8/16 21/14 23/16 31/25 32/2 32/5 45/7 45/8 64/18 64/19 65/9 72/17 73/6 100/21 101/25 110/21
**doesn't [2]** 31/3 72/17
**dogs [1]** 62/7
**doing [15]** 27/9 38/7 39/18 39/20 40/25 59/21 65/9 69/2 98/7 111/24 128/21 130/17 130/25 132/25 133/11
**DOJ [1]** 1/21
**don't [58]** 5/24 9/17 15/11 30/22 30/24 31/8 32/3 36/16 36/20 36/21 45/14 48/1 49/15 57/7 57/12 57/17 57/22 66/6 66/7 70/14 73/3 73/5 73/7 73/25 74/5 74/21 75/5 76/14 76/16 82/6 83/5 85/15 85/16 92/21 93/2 93/7 97/25 98/1 98/8 104/6 105/9 106/6 111/12 124/7 125/6 125/7 129/3 133/14 133/23 134/16 135/20 137/6 139/25 140/1 140/14 142/3 142/20 142/23
**done [1]** 106/12
**door [1]** 51/20
**doubt [1]** 93/7
**down [19]** 10/3 21/18 25/17 31/9 31/12 33/16 35/1 37/19 41/13 42/7 42/8 48/13 51/18 56/25 58/12 81/17 99/7 129/23 133/25
**Dr. [21]** 63/7 80/21 82/19 82/19 83/4 83/21 84/19 85/3 85/9 85/12 87/18 88/4 88/9 88/20 89/5 89/17 90/12 90/14 92/19 93/4 141/11

**Dr. Price [21]** 63/7 80/21 82/19 82/19 83/4 83/21 84/19 85/3 85/9 85/12 87/18 88/4 88/9 88/20 89/5 89/17 90/12 90/14 92/19 93/4 141/11
**draw [1]** 111/2
**drawn [1]** 43/24
**drive [4]** 61/25 62/5 62/12 78/6
**driven [3]** 16/7 16/8 19/18
**driving [1]** 89/7
**drove [2]** 61/1 61/2
**due [9]** 53/14 55/25 58/4 60/3 60/3 61/7 63/9 91/13 95/14
**dull [3]** 58/6 58/7 58/8
**during [9]** 4/23 50/14 59/8 62/24 66/18 77/13 77/13 91/12 105/24
**duty [17]** 64/12 64/13 64/13 64/16 64/19 65/7 65/14 65/15 65/22 84/15 84/22 88/25 89/3 91/9 92/13 92/15 101/9

# E

**E-d-w-a-r-d-s [1]** 22/14
**each [5]** 38/20 38/22 59/18 77/14 117/10
**ear [2]** 84/23 142/20
**earlier [7]** 19/17 23/25 48/15 52/12 96/24 98/4 116/20
**early [1]** 23/24
**ears [1]** 143/16
**easier [2]** 137/7 139/23
**easily [1]** 45/8
**east [1]** 100/24
**easy [1]** 71/4
**eat [1]** 66/6
**ECF [2]** 10/1 10/19
**ECF-304 [2]** 10/1 10/19
**echo [1]** 138/23
**ed [5]** 68/1 94/15 94/20 95/4 96/3
**editing [1]** 94/25
**EDVA [1]** 2/9
**Edwards [26]** 19/17

**E**

**Edwards... [25]** 20/3 20/12 20/14 21/22 21/24 22/7 22/9 22/13 22/18 30/6 35/11 45/3 67/10 67/14 67/16 73/13 82/18 86/8 96/10 98/4 99/3 109/22 117/20 117/23 140/25
**Edwards' [2]** 63/12 142/5
**EEG [1]** 90/25
**effect [2]** 16/1 118/15
**effects [1]** 51/10
**effort [3]** 74/6 120/19 132/9
**eight [2]** 34/5 101/1
**either [10]** 9/20 23/25 38/13 59/12 66/13 75/3 77/2 80/18 112/12 143/3
**EKG [1]** 90/23
**election [1]** 105/17
**elements [1]** 142/2
**Elizabeth [9]** 31/17 34/20 35/3 37/22 44/9 44/24 45/16 48/19 109/23
**else [10]** 8/23 26/8 40/7 46/12 51/13 60/6 82/7 120/5 120/6 129/25
**elsewhere [1]** 56/20
**email [2]** 139/25 140/2
**emanating [1]** 59/16
**emergency [1]** 75/16
**emotional [4]** 82/5 82/5 93/14 95/18
**emotionally [1]** 94/7
**employed [4]** 22/19 22/21 22/22 23/2
**encircles [1]** 25/25
**encouraged [1]** 78/12
**end [12]** 25/18 27/22 28/22 31/15 47/20 48/4 65/11 75/15 89/25 99/2 103/4 141/9
**endured [2]** 67/18 77/17
**enforce [1]** 106/17
**enforcement [2]** 95/7 95/13
**enough [4]** 12/8 67/3 69/7 122/17

**ensure [2]** 29/16 29/10
**ENT [9]** 85/3 85/21 85/22 85/24 88/10 141/7 143/1 143/9 143/16
**entails [1]** 101/16
**enter [1]** 93/5
**entered [3]** 34/10 34/13 34/16
**entire [3]** 24/13 25/3 25/6
**entirely [1]** 60/18
**entirety [3]** 141/1 141/2 142/5
**entitled [1]** 144/5
**episode [1]** 65/16
**episodes [3]** 79/7 91/11 95/13
**equipment [2]** 102/1 102/3
**ER [3]** 78/14 78/15 83/3
**escalation [1]** 17/12
**essentially [4]** 10/9 41/4 49/16 64/20
**establish [3]** 104/19 132/8 132/12
**established [3]** 4/12 11/12 116/21
**estate [2]** 26/4 26/7
**estimate [5]** 5/1 117/9 117/10 124/9 125/9
**evacuation [4]** 54/17 54/18 54/20 55/3
**evaluation [1]** 85/10
**even [7]** 9/13 13/20 23/25 25/8 46/18 61/10 76/14
**event [4]** 37/18 50/14 64/15 87/19
**events [10]** 11/15 11/16 68/4 72/1 74/18 75/25 83/2 93/15 96/14 130/10
**eventually [1]** 112/15
**ever [9]** 66/25 76/17 76/23 79/1 91/5 104/14 121/16 122/15 142/20
**every [2]** 67/1 92/24
**everyone [3]** 4/4 5/14 134/9
**everyone's [1]** 14/10
**everything [6]** 55/25 67/18 82/7 95/15

**Everywhere [1]** 55/9
**evidence [16]** 3/13 3/13 3/14 3/14 3/15 3/15 3/16 3/16 3/17 3/17 3/18 9/5 88/3 134/22 135/1 138/25
**exact [4]** 23/23 105/9 106/6 140/14
**exactly [2]** 36/21 101/22 141/8
**exam [1]** 59/2
**examination [11]** 3/4 3/6 3/6 3/9 4/3 22/7 67/12 67/14 98/12 98/17 100/1
**examine [1]** 12/15
**excerpted [1]** 15/12
**exchange [1]** 27/12
**excruciating [1]** 59/11
**excuse [2]** 99/3 141/13
**excused [6]** 21/8 21/9 21/14 21/16 99/1 99/5
**exercise [2]** 91/12 91/14
**exercising [2]** 23/19 67/2
**exert [1]** 120/19
**exhausted [1]** 57/6
**exhibit [44]** 3/12 6/2 8/11 8/18 8/21 9/5 9/10 10/7 10/8 15/4 17/22 18/18 19/1 24/18 24/22 24/23 26/21 28/20 29/25 31/18 33/5 35/4 35/12 37/23 43/19 48/20 68/15 70/10 96/24 97/7 106/19 106/20 108/15 108/25 113/21 115/22 128/10 135/2 136/4 136/11 136/15 137/18 139/3 139/5
**Exhibit 302 [1]** 35/12
**Exhibit 340 [1]** 113/21
**exhibits [7]** 12/22 13/23 135/8 135/10 137/22 139/12 139/13
**expecting [1]** 105/16
**experience [2]** 16/19 94/22
**experiencing [3]** 76/13 85/6 90/17
**expert [1]** 63/13

**explain [6]** 25/11 28/18 35/20 38/18 42/17 100/16
**explaining [1]** 103/22
**explosive [2]** 106/7 107/25 112/6
**express [1]** 95/18
**extend [1]** 100/22
**extended [2]** 20/5 100/19
**extends [1]** 100/23
**extent [2]** 10/23 12/22
**exterior [1]** 101/18
**extra [1]** 103/18
**eyes [7]** 5/12 5/21 52/5 52/6 61/11 61/12 75/14
**eyesight [1]** 69/16

**F**

**face [11]** 16/6 41/10 41/12 42/8 44/8 46/16 54/9 57/9 57/20 57/21 58/9
**facilities [3]** 83/8 83/15 83/17
**facing [1]** 30/10
**fact [13]** 44/18 69/12 69/22 70/3 72/19 73/14 76/5 76/6 79/24 82/8 89/2 121/4 127/7
**factfinder [1]** 12/16
**factor [2]** 55/1 104/11
**facts [1]** 138/4
**failed [1]** 141/4
**fair [26]** 11/1 25/19 25/20 25/22 25/23 26/2 26/24 28/23 28/24 30/18 32/16 32/17 35/18 40/20 44/1 54/6 54/7 67/7 67/8 68/5 68/6 68/8 69/7 89/2 96/10 122/17
**fairly [1]** 31/4
**fall [3]** 121/1 121/7 125/19
**falling [4]** 42/12 43/14 45/4 58/12
**familiar [2]** 11/25 121/12
**far [11]** 11/13 30/10 30/17 32/15 35/13 35/17 52/15 80/17 100/21 124/9 137/21
**Farris [1]** 140/14

**farther [2]** 18/9 47/2
**FBI [3]** 74/22 87/17 140/13
**featured [1]** 47/10
**February [2]** 64/14 84/18
**Federal [1]** 1/18
**feed [1]** 62/9
**feel [7]** 46/1 50/2 53/8 54/22 64/22 66/3 123/9
**feeling [10]** 54/21 55/24 57/6 57/6 57/6 57/25 58/6 59/8 61/14 61/20
**feet [7]** 33/1 44/22 45/21 45/23 45/24 45/25 124/11
**Feitel [3]** 2/5 2/5 15/19
**fell [3]** 54/1 87/9 124/14
**fellow [2]** 47/5 69/17
**felt [22]** 42/23 50/5 50/7 54/24 58/2 58/2 58/3 58/3 59/14 59/20 59/21 61/15 61/15 61/21 82/3 85/9 95/17 111/17 111/17 124/7 129/23 130/5
**fence [1]** 104/18
**fences [1]** 26/17
**fencing [5]** 5/10 35/23 112/3 112/13 124/23
**few [8]** 20/19 33/1 63/19 81/4 96/11 100/23 133/3 134/19
**Fifth [1]** 2/3
**fight [1]** 47/12
**fights [1]** 24/10
**figure [1]** 57/5
**file [2]** 135/13 135/15
**filed [1]** 13/9
**filing [2]** 13/6 13/13
**filings [1]** 136/8
**finalized [1]** 134/21
**find [1]** 140/21
**findings [1]** 10/25
**finger [1]** 107/7
**finish [1]** 12/21
**Fire [1]** 53/13
**fired [2]** 54/10 54/11
**first [36]** 5/7 22/11 23/9 23/19 30/2 31/9 31/12 31/14 31/20

31/25 32/19 33/16 34/10 34/16 35/4 36/4 38/12 43/11 75/21 78/2 83/1 83/8 91/5 101/5 101/10 101/11 102/15 105/11 106/7 107/22 110/15 112/20 116/6 116/7 126/18 142/23
**fist [2]** 119/14 120/4
**fists [1]** 59/17
**fitness [1]** 91/14
**five [7]** 30/3 34/5 34/5 64/15 109/13 109/17 114/9
**flannel [1]** 34/7
**flesh [1]** 14/11
**Floor [1]** 1/19
**focus [2]** 46/4 46/16
**focused [3]** 43/6 46/4 46/21
**fold [1]** 63/8
**folding [3]** 42/7 42/22 42/23
**folks [1]** 88/14
**following [4]** 17/10 17/13 74/18 83/2
**foods [1]** 66/6
**foot [4]** 34/5 34/6 43/13 72/12
**footage [1]** 12/6
**football [1]** 111/18
**footing [2]** 42/10 43/1
**force [3]** 16/5 16/7 18/11
**forced [1]** 61/7
**forcefully [2]** 45/9 45/10
**foregoing [1]** 144/4
**foreground [2]** 28/21 33/4
**Forgive [1]** 68/20
**form [4]** 48/10 50/21 50/25 51/1
**formation [2]** 11/21 11/25
**formed [1]** 11/24
**formerly [1]** 119/19
**forming [2]** 104/1 104/5
**forward [4]** 16/8 42/19 71/12 71/19
**Foskett [1]** 140/12
**Foster [2]** 1/21 3/6
**found [2]** 50/17 53/12

**foundation [2]** 78/ 134/25
**four [6]** 52/17 64/14 64/15 66/16 78/20 87/3
**fourth [1]** 32/15
**FPD [1]** 2/9
**FPD-EDVA [1]** 2/9
**frame [15]** 8/23 44/9 44/10 44/25 44/25 109/25 113/3 120/24 123/17 123/17 126/2 126/9 128/25 129/17 131/11
**Franklin [1]** 97/12
**free [5]** 129/24 130/7 130/16 131/18 132/3
**French [1]** 31/11
**friend [1]** 87/8
**friends [5]** 46/8 46/11 47/5 93/17 93/20
**front [22]** 1/22 24/12 24/15 24/21 24/22 24/25 25/4 25/14 25/19 25/22 28/22 29/12 32/7 33/1 36/3 39/13 40/8 48/8 69/13 69/25 105/12 105/20
**Fuck [1]** 31/11
**full [6]** 23/20 58/20 65/15 84/6 84/10 84/22
**full-scale [1]** 23/20
**full-time [3]** 84/6 84/10 84/22
**functioning [1]** 59/2
**further [8]** 7/3 21/6 25/8 67/9 78/8 79/8 123/18 129/10

**G**

**gabapentin [1]** 63/23
**gagging [1]** 51/11
**game [3]** 111/18
**gas [3]** 51/8 51/9 77/1
**gassed [4]** 52/22 52/25 53/1 53/3
**gather [2]** 107/15 108/18
**gathered [1]** 107/20
**gathering [1]** 110/10
**gave [7]** 59/3 60/17 67/23 87/17 87/19 91/22 93/4
**gaze [1]** 69/15
**gear [4]** 29/22 102/6

102/9 105/2
**gel [4]** 74/23 74/23 75/4 75/13
**general [2]** 7/6 124/22
**generally [1]** 11/3
**gentleman [13]** 68/22 68/23 69/2 69/8 69/19 69/22 71/5 72/10 73/23 74/11 97/4 97/23 118/14
**get [42]** 36/12 36/18 38/23 46/13 48/12 52/13 52/13 52/18 53/25 54/19 57/21 58/23 60/5 60/15 61/3 62/2 62/4 65/9 65/14 67/3 73/2 79/22 81/9 88/10 103/18 104/6 106/3 121/1 121/3 121/6 121/7 122/13 123/12 123/13 130/5 130/16 131/18 132/7 132/12 134/10 137/22 140/15
**getting [8]** 13/18 62/14 91/14 119/12 121/11 121/11 129/23 132/5
**give [11]** 10/11 12/12 12/13 13/14 14/9 22/2 49/4 88/1 99/17 134/10 135/16
**given [5]** 12/7 29/6 72/3 74/16 90/13
**glasses [2]** 66/8 98/5
**go [60]** 4/11 6/14 7/10 8/13 10/4 11/7 15/16 17/24 18/20 19/7 27/12 27/25 27/25 31/13 34/17 42/13 43/12 44/3 44/4 44/9 44/24 45/7 45/8 46/9 46/17 46/21 48/5 48/9 51/13 51/15 51/17 54/8 55/2 60/14 60/24 61/17 65/6 66/21 68/9 71/16 72/13 78/15 78/17 79/13 82/8 86/15 113/20 115/21 119/11 123/17 126/4 128/9 131/19 131/22 132/14 132/16 134/18 140/2 142/1 142/7
**goal [1]** 63/6
**goat [3]** 87/8 88/5 92/22

**G**

goats [1] 87/8
goes [5] 10/16 45/5 45/6 45/7 45/10
going [39] 10/5 10/25 13/24 14/7 24/9 37/9 46/6 47/24 52/13 54/22 61/10 61/16 62/16 65/17 65/18 65/24 80/11 81/14 81/15 81/22 81/23 82/3 82/4 88/8 89/11 94/22 97/7 97/11 102/12 113/18 119/11 122/12 122/14 124/21 132/6 134/1 136/12 140/8 142/7
gone [3] 58/5 60/11 95/15
good [12] 9/25 22/9 22/10 66/11 67/16 67/17 81/9 99/21 99/22 100/3 100/4 131/1
got [29] 20/5 26/6 27/13 28/7 30/16 40/3 46/21 51/25 52/11 52/11 52/20 53/4 53/22 58/21 59/6 60/16 61/6 67/2 75/22 86/23 105/20 106/2 119/24 122/23 123/24 126/15 134/12 142/13 142/20
gotten [3] 51/21 57/19 122/23
government [15] 12/4 12/10 13/6 13/22 14/1 21/8 21/19 68/10 99/8 99/11 127/7 137/21 139/4 141/4 141/17
government's [34] 6/2 8/10 8/18 8/21 9/4 10/8 10/20 11/10 15/3 17/21 18/17 19/1 24/23 26/21 29/25 31/18 33/5 43/19 68/14 70/10 71/2 96/24 97/7 106/18 108/15 108/24 113/20 115/21 128/9 135/2 135/10 135/13 137/2 141/12
grab [2] 46/14 46/14
grabbed [2] 126/16 128/22
grabbing [3] 119/10 128/8 131/2
grant [4] 1/6 2/5 10/24

98/16
grapple [1] 130/13
grappling [1] 128/19
grasping [4] 71/8 71/9 71/11 130/19
grassy [2] 107/11 110/7
gray [4] 39/16 40/8 43/9 68/23
great [5] 9/13 14/20 17/17 140/18 140/20
greater [1] 18/12
green [1] 5/10
groggy [1] 55/24
ground [6] 20/3 44/23 49/8 120/17 120/20 120/22
grounds [14] 23/10 26/7 26/9 100/19 100/21 101/3 104/21 106/9 106/13 107/2 109/5 112/7 116/21 122/1
group [11] 27/14 27/24 28/12 31/25 31/25 32/2 32/5 32/6 107/19 121/25 122/7
grown [1] 107/24
guess [16] 26/13 26/14 40/23 43/14 46/5 46/14 53/14 59/1 70/13 85/19 102/5 103/3 106/24 124/12 124/13 137/6
guns [1] 21/5
gurney [1] 65/20
guy [2] 43/8 48/16
guys [1] 137/7

**H**

had [113] 10/21 10/21 11/18 12/14 13/12 14/10 19/16 24/9 24/12 25/5 26/4 29/10 32/2 32/3 32/6 34/6 34/6 34/6 36/25 38/12 38/21 39/4 40/12 40/14 40/14 40/16 42/19 46/3 49/5 51/21 52/22 52/25 53/1 53/1 53/2 53/18 53/21 54/8 54/11 54/23 54/23 55/3 56/1 56/3 56/13 56/14 57/19 58/4 58/5 58/11 58/23 59/11

60/11 61/9 63/22 63/99
65/24 65/25 66/25
66/25 66/25 67/1 73/8
73/8 74/12 74/14 74/14
74/16 74/19 75/7 75/15
76/2 76/17 76/22 77/20
79/16 79/24 80/4 80/8
80/13 81/20 82/18
83/22 83/23 85/20 86/2
86/4 86/19 88/15 90/13
91/12 101/21 104/8
104/11 107/24 108/2
111/25 112/4 112/11
121/16 122/14 122/15
122/20 124/11 124/19
124/20 130/14 131/1
132/7 132/11 136/17
136/19 137/16
hadn't [4] 12/22 50/23 76/21 76/23
hair [1] 61/10
half [6] 64/11 65/2 65/6 97/8 97/20 142/14
Halim [2] 2/11 19/1
halt [1] 40/11
hand [11] 21/25 38/4 42/16 42/18 49/24 71/5 71/6 71/9 99/15 119/14 128/23
handcuffed [1] 55/5
handle [1] 29/12
handrail [7] 42/13 43/15 43/17 43/18 43/19 43/24 54/1
hands [6] 36/19 38/20 59/17 59/18 72/10 119/12
hang [2] 121/1 121/7
happened [24] 11/6 34/25 42/6 46/3 52/1 52/20 53/7 53/22 54/8 54/16 55/22 56/1 56/23 57/14 58/22 60/9 65/25 77/12 86/21 112/18 123/2 123/5 123/23 127/25
happening [8] 19/11 44/15 44/20 48/14 56/1 71/21 120/13 129/21
happens [1] 37/8
happy [2] 81/10 139/22
hard [5] 101/23 101/25 102/6 102/9 105/2

harder [1] 117/5
has [24] 7/18 8/11 12/1 12/4 12/14 13/10 13/12 15/12 19/13 74/22 84/25 88/10 94/7 107/11 108/14 109/16 118/2 118/7 135/7 136/7 141/4 141/16 143/8 143/17
hasn't [2] 8/12 94/8
hat [40] 4/16 5/4 6/9 8/7 8/25 9/3 9/12 12/3 14/20 19/15 35/16 35/17 39/16 40/8 40/12 40/17 43/8 48/16 49/1 49/3 49/4 49/24 68/23 69/2 69/8 69/20 69/22 71/6 72/10 73/4 73/14 73/17 74/3 74/11 81/20 97/4 97/23 116/14 118/14 119/18
hat's [1] 20/4
hate [1] 81/7
have [109] 4/19 5/24 6/19 6/20 9/17 9/24 10/19 11/4 11/7 11/12 17/4 22/24 26/21 27/10 29/21 30/16 30/25 32/14 35/15 43/24 46/8 46/17 54/2 55/10 57/23 62/15 63/20 64/2 66/4 66/7 66/10 66/11 66/12 66/18 67/9 68/4 74/15 76/25 77/1 77/3 77/12 77/20 77/22 79/2 79/7 79/14 80/25 81/1 81/5 83/17 83/19 83/20 86/25 87/21 88/9 89/6 89/14 90/5 90/6 91/8 92/6 93/2 93/7 94/4 95/12 95/14 96/10 96/13 98/5 98/8 98/14 100/12 100/25 101/2 102/5 102/16 102/20 103/13 104/2 105/24 106/2 107/4 107/7 108/21 109/23 110/6 113/12 116/25 121/2 122/8 122/22 122/23 123/4 123/5 130/10 133/18 134/1 134/16 134/17 134/19 136/3 138/6 138/22 139/12 139/20 141/23 142/3

# H

**have... [2]** 142/6 142/12

**haven't [2]** 81/4 94/12

**having [5]** 6/19 13/16 57/17 84/21 93/15

**Hayman [1]** 116/14

**HazMat [1]** 52/2

**he [102]** 4/17 5/7 5/9 8/8 11/5 11/5 11/6 11/14 11/15 11/18 11/18 11/22 11/23 11/25 12/1 12/2 12/3 17/4 17/4 21/1 21/9 29/12 33/14 33/25 34/1 34/5 34/6 34/6 34/6 34/7 39/18 46/16 46/20 47/5 49/4 49/6 49/7 49/7 49/7 49/13 49/13 49/19 49/19 49/24 50/1 50/5 50/6 50/7 50/8 52/8 52/10 52/12 52/13 52/14 56/24 56/24 57/16 57/19 57/19 57/22 57/23 57/24 61/2 61/9 69/3 69/9 69/13 71/8 71/16 72/13 73/6 74/3 74/12 93/18 97/25 118/14 118/18 118/20 118/20 119/1 119/20 119/22 119/24 120/8 120/8 120/9 123/2 123/5 123/5 123/7 124/22 126/16 126/22 126/22 126/25 127/20 128/4 128/4 128/8 128/21 128/22 135/5

**he's [13]** 11/14 11/21 20/5 21/14 39/19 69/12 72/16 72/17 72/19 72/24 116/12 116/14 123/4

**head [23]** 7/19 33/13 42/14 42/21 43/25 45/5 45/12 48/6 58/3 58/7 58/11 58/25 59/14 59/16 59/20 59/21 59/22 59/23 60/7 73/8 87/10 128/23 143/13

**headaches [1]** 83/23

**heading [1]** 35/2

**headquarters [7]** 52/7 52/14 52/15 52/18 52/20 55/21 58/14

**heads [1]** 25/15

**healing [1]** 66/5

**hear [7]** 12/24 31/6 33/24 102/19 103/7 130/20 142/8

**heard [5]** 13/24 36/25 54/10 78/1 115/16

**hearing [4]** 31/8 43/16 67/23 118/12

**hearsay [3]** 36/23 37/5 63/13

**heart [2]** 91/16 91/18

**heat [1]** 75/10

**heavier [1]** 117/6

**held [1]** 101/2

**helmets [1]** 9/11

**help [6]** 26/15 46/14 52/5 63/24 95/19 104/19

**helped [6]** 55/2 60/18 63/8 63/9 64/2 131/16

**helpful [2]** 47/2 89/12

**helping [1]** 87/8

**helps [2]** 73/4 73/6

**her [14]** 41/21 63/13 69/5 81/21 82/5 82/7 87/8 92/20 92/23 141/3 141/20 143/6 143/8 143/16

**here [51]** 6/7 6/17 9/18 9/21 10/11 10/13 25/3 25/7 26/13 28/13 31/3 32/4 32/12 32/13 35/14 39/9 42/9 43/23 44/13 48/24 50/17 54/3 58/8 58/10 69/23 70/13 73/20 109/3 109/10 109/12 109/25 110/9 110/12 111/20 113/23 114/10 116/4 116/13 120/14 127/8 129/12 129/21 130/1 131/12 132/23 132/25 133/4 133/9 133/11 134/9 140/16

**herman [5]** 2/20 2/22 144/3 144/9 144/9

**hesitancy [1]** 65/21

**hesitant [1]** 62/17

**Hi [2]** 140/22 140/23

**him [34]** 40/14 46/15 52/10 53/14 55/5 69/10 72/22 73/25 74/6 74/16 93/22 93/24 103/13

**his [18]** 5/9 17/4 20/11 20/15 21/1 46/16 49/24 71/6 71/9 72/10 72/12 118/18 119/14 119/19 119/22 128/23 136/4 136/12

**his -- how [1]** 5/9

**hit [22]** 7/4 24/6 42/8 42/12 42/16 42/23 43/3 43/12 43/14 44/10 52/11 53/22 53/25 57/19 57/20 57/21 58/12 59/24 59/24 60/7 61/15 73/8

**hitting [4]** 43/17 44/8 44/17 45/12

**hold [11]** 38/12 38/15 38/24 38/25 50/21 50/24 58/25 120/21 131/1 131/3 132/9

**holding [8]** 33/25 34/7 38/8 38/9 38/11 38/13 38/17 41/4

**home [10]** 14/2 48/3 61/2 61/3 61/6 77/24 78/4 78/6 92/6 94/10

**honest [1]** 48/2

**Honor [52]** 4/7 5/16 9/4 9/6 9/9 9/22 10/5 13/2 13/5 14/12 14/16 15/5 16/23 17/14 18/13 21/10 21/17 21/21 33/17 37/6 41/21 49/21 63/11 64/24 82/13 93/25 98/14 98/21 98/23 98/25 99/10 99/24 103/5 122/10 122/17 122/25 124/21 127/2 133/18 134/1 134/14 135/6 135/9 135/12 135/18 137/20 139/11 140/7 140/22 141/2 141/15 143/10

**Honor's [1]** 135/21

**HONORABLE [1]** 1/11

**hoody [1]** 43/9

**hook [1]** 117/1

**hope [1]** 95/6

**Hopkins [6]** 85/22 85/24 88/12 88/14 141/6 142/21

**Hopkins' [1]** 87/21

**horrible [1]** 59/13

**hospital [5]** 58/18 58/21 59/10 60/19 60/25

**hospitals [1]** 58/19

**hour [9]** 27/9 27/9 27/11 27/12 27/21 27/22 59/8 105/21 106/6

**hours [5]** 23/12 59/7 66/16 78/20 81/5

**House [1]** 136/25

**housekeeping [2]** 134/2 134/17

**Houses [1]** 138/12

**how [59]** 5/4 5/9 9/1 15/12 22/21 22/24 29/2 32/23 33/24 36/12 45/25 50/2 52/15 54/21 54/24 57/11 57/25 59/5 59/8 59/19 59/19 59/21 60/19 61/14 61/20 64/18 64/22 66/3 66/14 73/17 78/19 81/3 82/2 84/15 86/11 87/15 92/15 95/6 96/3 96/7 96/22 96/25 100/21 100/25 103/1 103/19 104/17 111/15 117/9 117/9 117/25 118/5 119/9 123/9 124/9 125/9 131/15 140/15 141/23

**however [1]** 90/4

**hundred [1]** 81/5

**hundreds [2]** 70/4 70/22

**hurting [2]** 54/25 95/22

**hurts [1]** 57/21

**husband [8]** 51/17 51/22 51/23 52/6 53/10 61/2 61/7 78/6

**Hutton [1]** 1/14

# I

**I'd [9]** 9/4 18/11 62/4 66/12 68/9 113/2 117/11 133/16 133/18

**I**

**I'll [11]** 6/2 14/8 25/2 68/14 81/25 96/23 103/10 127/10 135/16 137/19 142/22

**I'm [60]** 6/2 9/19 9/20 10/6 10/24 16/9 16/15 17/13 18/20 20/4 30/10 32/21 35/13 35/24 36/15 38/3 38/13 40/1 42/12 50/9 50/10 50/13 54/22 55/10 56/10 60/18 65/9 66/5 66/7 66/9 66/22 66/22 67/18 71/2 77/15 79/1 81/10 81/15 81/22 83/4 85/16 86/22 87/11 93/13 97/7 98/9 98/9 99/25 100/18 102/18 106/19 109/11 109/14 115/1 122/10 122/12 127/11 133/12 138/19 142/7

**I've [6]** 11/4 11/10 63/19 64/3 66/4 126/8

**ice [8]** 53/10 53/12 53/13 53/16 54/5 54/9 54/13 54/15

**idea [2]** 74/14 74/14

**identical [1]** 9/11

**identified [16]** 6/8 8/24 11/15 11/21 11/25 12/1 24/23 25/21 27/18 68/23 74/22 109/16 113/4 117/22 118/2 118/7

**identifying [1]** 25/14

**ignore [1]** 138/16

**Ignoring [1]** 107/1

**image [14]** 20/16 28/21 30/20 30/25 32/9 32/12 32/15 35/18 38/2 38/5 39/14 44/13 48/24 69/12

**images [1]** 19/3

**imagine [4]** 18/11 18/14 18/15 93/10

**immediately [3]** 32/24 32/25 69/25

**impetus [1]** 94/20

**important [4]** 102/23 103/1 104/4 104/5

**impossible [1]** 141/22

**impression [2]** 68/5 68/7

**improper [2]** 138/24 139/8

**improve [1]** 92/25

**improved [4]** 83/22 83/23 89/6 89/15

**improvement [1]** 89/17

**inappropriate [1]** 127/7

**Inaugural [3]** 11/16 48/8 48/12

**Inauguration [2]** 26/15 110/2

**incapacitated [1]** 17/4

**incident [5]** 86/21 86/23 88/5 92/22 125/5

**incidents [1]** 124/24

**include [1]** 87/23

**included [2]** 36/15 87/21

**including [6]** 37/14 76/2 78/10 83/22 95/22 142/14

**increase [1]** 31/4

**incredible [1]** 96/11

**incredibly [4]** 46/2 47/18 93/10 96/1

**Indeed [1]** 93/17

**indefinitely [2]** 92/3 92/6

**Indian [1]** 2/12

**indicate [2]** 24/21 106/12

**indicated [18]** 7/17 7/23 24/1 26/1 27/1 27/4 28/25 32/13 35/14 36/20 38/17 42/9 43/11 43/23 48/15 52/22 81/20 107/9

**individual [26]** 6/8 7/4 8/5 8/16 8/24 9/11 14/20 19/15 19/23 20/25 33/11 33/23 34/3 34/9 55/5 55/19 55/23 109/16 112/19 115/20 116/6 119/18 126/8 126/10 130/14 131/13

**individual's [2]** 20/3 20/17

**individually [1]** 140/4

**individuals [9]** 19/14 33/4 33/8 33/15 35/1 43/10 46/11 109/19 123/9

**improper [2]** 138/24 139/8

**I**

**I'll [11]** 6/2 14/8 25/2 68/14 81/25 96/23 103/10 127/10 135/16 137/19 142/22

**I'm [60]** 6/2 9/19 9/20 10/6 10/24 16/9 16/15 17/13 18/20 20/4 30/10 32/21 35/13 35/24 36/15 38/3 38/13 40/1 42/12 50/9 50/10 50/13 54/22 55/10 56/10 60/18 65/9 66/5 66/7 66/9 66/22 66/22 67/18 71/2 77/15 79/1 81/10 81/15 81/22 83/4 85/16 86/22 87/11 93/13 97/7 98/9 98/9 99/25 100/18 102/18 106/19 109/11 109/14 115/1 122/10 122/12 127/11 133/12 138/19 142/7

**I've [6]** 11/4 11/10 63/19 64/3 66/4 126/8

**ice [8]** 53/10 53/12 53/13 53/16 54/5 54/9 54/13 54/15

**idea [2]** 74/14 74/14

**identical [1]** 9/11

**identified [16]** 6/8 8/24 11/15 11/21 11/25 12/1 24/23 25/21 27/18 68/23 74/22 109/16 113/4 117/22 118/2 118/7

**identifying [1]** 25/14

**ignore [1]** 138/16

**Ignoring [1]** 107/1

**image [14]** 20/16 28/21 30/20 30/25 32/9 32/12 32/15 35/18 38/2 38/5 39/14 44/13 48/24 69/12

**images [1]** 19/3

**imagine [4]** 18/11 18/14 18/15 93/10

**immediately [3]** 32/24 32/25 69/25

**impetus [1]** 94/20

**important [4]** 102/23 103/1 104/4 104/5

**impossible [1]** 141/22

**impression [2]** 68/5 68/7

**improper [2]** 138/24 139/8

**improve [1]** 92/25

**improved [4]** 83/22 83/23 89/6 89/15

**improvement [1]** 89/17

**inappropriate [1]** 127/7

**Inaugural [3]** 11/16 48/8 48/12

**Inauguration [2]** 26/15 110/2

**incapacitated [1]** 17/4

**incident [5]** 86/21 86/23 88/5 92/22 125/5

**incidents [1]** 124/24

**include [1]** 87/23

**included [2]** 36/15 87/21

**including [6]** 37/14 76/2 78/10 83/22 95/22 142/14

**increase [1]** 31/4

**incredible [1]** 96/11

**incredibly [4]** 46/2 47/18 93/10 96/1

**Indeed [1]** 93/17

**indefinitely [2]** 92/3 92/6

**Indian [1]** 2/12

**indicate [2]** 24/21 106/12

**indicated [18]** 7/17 7/23 24/1 26/1 27/1 27/4 28/25 32/13 35/14 36/20 38/17 42/9 43/11 43/23 48/15 52/22 81/20 107/9

**individual [26]** 6/8 7/4 8/5 8/16 8/24 9/11 14/20 19/15 19/23 20/25 33/11 33/23 34/3 34/9 55/5 55/19 55/23 109/16 112/19 115/20 116/6 119/18 126/8 126/10 130/14 131/13

**individual's [2]** 20/3 20/17

**individually [1]** 140/4

**individuals [9]** 19/14 33/4 33/8 33/15 35/1 43/10 46/11 109/19 123/9

**induced [1]** 6/21

**indulge [1]** 5/11

**infamous [1]** 9/13

**information [3]** 9/15 74/16 138/9

**initial [1]** 42/16

**initially [2]** 27/7 29/2

**inject [1]** 63/22

**injectable [1]** 63/21

**injure [2]** 122/5 122/6

**injured [2]** 76/8 124/22

**injuries [3]** 76/16 124/16 125/7

**injury [1]** 83/18

**inquire [1]** 143/8

**inside [10]** 28/14 29/19 51/18 51/19 51/19 51/20 51/21 51/21 51/25 138/12

**insistent [1]** 49/19

**instead [2]** 38/25 75/23

**intel [1]** 102/7

**intends [1]** 139/4

**intentional [5]** 87/24 88/3 127/4 127/5 143/7

**intentionally [3]** 126/25 127/8 127/11

**interacted [1]** 48/16

**interaction [2]** 40/14 73/20

**interior [1]** 136/25

**interlocked [1]** 117/8

**interrupt [1]** 81/7

**interruption [1]** 103/7

**intertwined [1]** 136/5

**intravenously [1]** 60/17

**involved [1]** 129/25

**involves [1]** 23/18

**involving [1]** 124/20

**irrelevant [3]** 138/2 138/9 138/14

**is [188]**

**isn't [5]** 84/2 85/17 89/24 97/8 123/2

**issue [4]** 14/11 94/4 138/15 139/10

**it [267]**

**it's [56]** 8/5 11/1 15/9 24/22 24/23 25/18 27/20 29/19 35/22 37/6 39/24 39/25 43/23 44/21 44/21 47/2 48/6

**J**

**jacket [12]** 5/5 6/9 6/10 8/6 8/25 19/15 19/16 19/17 29/23 116/14 119/19 126/9

**JAMES [2]** 1/6 140/14

**January [52]** 11/13 11/17 11/19 12/11 12/18 15/20 16/16 23/3 23/8 23/14 23/21 24/14 26/11 53/3 60/7 60/22 61/12 62/1 62/18 62/21 64/14 66/1 66/24 67/7 67/22 67/23 72/2 75/8 75/9 75/12 76/25 77/3 77/5 77/15 79/9 79/25 80/4 80/8 83/2 83/9 83/10 83/13 83/21 84/4 84/7 84/10 93/15 101/6 104/20 105/8 111/21 124/16

**January 6 [13]** 23/8 23/21 24/14 26/11 60/7 62/18 62/21 66/1 66/24 72/2 77/15 101/6 111/21

**January 6th [2]** 67/7 105/8

**January 7th [1]** 60/22

**JASON [1]** 1/7

**jaw [7]** 42/12 43/15 43/17 44/17 53/8 58/3 58/9

**jawing [1]** 36/17

**jean [3]** 19/16 116/14

**I [87]** 4/8 6/52/17 64/20 65/4 66/15 66/16 69/16 71/4 71/11 75/3 80/11 87/12 88/3 89/2 92/4 92/5 93/3 100/7 101/23 103/2 107/2 110/1 111/21 117/1 117/1 117/7 121/24 122/21 127/7 127/20 136/1 136/5 136/6 137/7 138/24 139/7 141/22 142/7

**items [1]** 134/19

**its [8]** 75/5 96/17 99/8 115/3 135/8 141/1 141/2 142/5

**itself [5]** 23/11 26/5 96/17 96/22 139/24

## J

jean... [1] 119/19
jeans [2] 19/14 19/23
Jencks [1] 142/17
JIA [1] 1/11
job [5] 23/7 23/10 54/23 65/3 65/3
jobs [1] 54/23
Johns [8] 4/2 85/22 85/24 87/21 88/11 88/14 141/6 142/21
JOHNSON [9] 1/6 2/8 21/12 21/13 82/1 98/16 98/17 136/3 136/10
join [2] 31/25 138/22
joined [5] 31/14 31/25 116/24 117/4 117/6
Joseph [1] 1/14
JUDGE [1] 1/11
judicial [1] 137/4
July [1] 65/11
jump [3] 110/17 114/6 128/12
jumped [2] 19/25 26/17
June [15] 65/10 65/11 89/25 90/4 90/7 90/9 90/12 90/15 90/17 92/16 92/19 92/23 93/2 141/9 141/13
jurisdiction [1] 100/19
just [205]

## K

keep [10] 39/4 39/21 39/22 40/1 42/20 48/10 50/21 59/12 61/11 134/12
keeping [1] 88/3
kept [2] 49/7 50/8
keyboard [1] 57/9
kind [29] 24/9 25/3 25/4 25/15 25/17 26/14 26/22 36/18 38/21 42/21 42/24 43/1 46/15 46/17 46/20 49/16 57/8 58/4 74/21 82/5 95/17 95/17 111/17 113/11 117/3 125/21 136/6 136/10 140/15
King [1] 2/9
knew [5] 54/11 54/25 113/18 120/22 132/7
knives [1] 21/5

knocked [1] 60/8
knocking [2] 4/13 4/21
know [66] 10/11 10/14 10/16 11/1 13/23 14/5 14/8 15/11 23/24 25/6 26/17 30/22 30/24 36/17 37/2 41/2 41/3 43/14 46/15 47/17 53/21 54/11 54/12 54/12 54/24 56/17 57/7 57/11 57/21 57/22 60/3 60/4 65/23 66/5 67/1 73/5 74/21 81/8 85/22 87/15 91/10 91/14 93/9 95/12 95/14 95/16 95/17 95/17 102/5 104/4 108/23 111/13 112/7 118/20 121/2 121/2 121/11 125/6 125/7 130/2 133/15 134/11 135/21 140/1 140/7 140/14
knowledge [5] 52/9 53/20 111/25 112/2 112/5
knows [1] 95/7
Kyle [1] 1/14

## L

Labor [1] 92/5
lack [2] 77/17 91/8
laid [1] 134/25
landed [2] 42/14 60/4
Lane [1] 2/12
lapel [1] 103/13
laptop [3] 68/11 97/13 97/14
large [10] 23/18 25/16 28/12 28/25 29/2 29/6 31/4 101/23 102/12 105/16
larger [2] 29/10 32/6
last [14] 22/11 25/24 43/15 47/23 63/12 66/14 66/16 77/20 96/11 100/6 100/7 102/19 132/16 135/20
later [4] 40/14 61/12 69/9 90/2
Lauren [1] 2/8
law [4] 2/2 2/5 95/7 95/13
lawyers [1] 81/15
lay [1] 127/12

layer [1] 58/23
leader [2] 33/11 33/20
leading [3] 20/8 36/6 109/8
leaning [1] 42/19
learn [1] 93/1
learning [1] 141/25
least [4] 74/8 83/8 123/1 136/2
leave [4] 51/12 64/3 64/3 68/7
left [21] 7/3 7/20 8/16 14/19 18/10 21/1 31/10 42/24 51/5 64/3 68/4 79/2 104/3 108/14 109/21 110/7 111/19 118/3 118/8 128/23 133/19
left-most [1] 118/8
legal [2] 127/5 127/12
length [2] 17/18 124/11
less [2] 7/5 125/16
less-than-lethal [1] 7/5
let [35] 6/11 7/7 7/11 7/25 16/10 17/25 19/7 19/19 20/19 26/19 27/25 28/16 32/5 43/2 44/3 44/4 51/9 53/16 53/23 56/5 60/6 80/13 81/8 107/10 108/13 109/15 117/21 118/15 118/23 119/11 119/13 134/11 137/22 142/6 142/10
let's [12] 7/7 42/15 46/10 46/23 50/16 62/12 64/7 70/9 71/12 71/16 72/13 103/14
lethal [1] 7/5
level [6] 16/6 75/6 75/10 75/11 88/21 108/3
Lieutenant [1] 136/24
Lieutenant McCree [1] 136/24
lift [3] 97/23 120/17 120/19
lifted [2] 4/17 15/25
lifting [1] 41/14
light [7] 64/12 64/16 64/18 65/14 66/8 93/8 134/24

lightheadedness [1] 90/18
lights [1] 48/3
like [100] 16/5 23/18 24/12 25/2 25/8 26/14 27/4 27/9 28/6 29/18 30/17 34/4 34/8 37/3 38/13 38/15 38/18 38/19 38/20 42/24 46/13 46/15 46/16 46/17 48/2 48/7 49/16 49/19 50/7 54/5 57/2 57/2 57/10 57/20 58/4 58/5 58/6 58/24 59/1 59/1 59/2 59/2 59/12 59/14 59/15 59/16 59/21 60/4 60/12 61/15 61/24 65/11 65/24 65/24 66/9 68/9 72/16 72/17 91/15 93/5 95/1 96/5 98/9 104/1 105/6 105/24 106/1 107/7 107/20 110/1 110/1 110/21 111/12 111/13 111/17 111/18 112/3 116/25 117/1 118/16 119/1 123/12 124/2 124/11 125/18 126/22 127/3 128/23 128/23 129/5 129/23 130/5 130/6 130/15 131/17 133/1 133/12 135/1 135/17 142/11
Limine [5] 13/8 136/8 136/18 137/10 137/12
line [39] 4/10 4/11 4/12 9/10 11/24 11/25 17/11 20/1 25/17 25/25 26/18 32/16 34/18 40/24 41/1 41/4 41/22 43/24 48/10 50/24 50/25 51/1 58/9 70/13 104/1 104/3 104/5 104/19 107/1 109/16 111/2 112/12 113/19 116/7 119/20 132/8 132/9 132/11 132/13
lines [2] 33/12 50/21
link [1] 38/14
linked [1] 38/23
list [1] 141/12
literally [2] 70/22 122/6
little [19] 17/25 23/1

## L

little... **[17]** 26/13 27/16 33/1 35/7 42/15 47/1 50/16 53/9 55/25 63/23 94/25 103/11 103/16 123/18 129/10 136/21 142/18
lived **[2]** 78/18 96/11
LIVELY **[15]** 3/3 4/3 4/9 5/11 27/15 29/8 70/16 70/19 118/1 118/3 128/25 130/2 131/16 135/1 135/5
Lively's **[1]** 29/18
living **[2]** 71/22 95/25
LLP **[1]** 2/14
loathed **[1]** 9/19
located **[2]** 36/2 106/8
location **[5]** 8/8 8/20 12/19 27/17 59/24
locations **[1]** 58/11
lock **[1]** 128/6
locked **[1]** 117/1
lodged **[1]** 135/8
logo **[1]** 10/9
Loman's **[1]** 16/16
long **[14]** 22/24 57/11 59/5 60/19 61/20 64/18 65/14 66/14 78/19 92/15 98/9 100/25 125/7 134/12
longer **[2]** 75/14 89/21
look **[9]** 9/9 14/1 40/23 69/12 71/5 72/17 110/21 137/18 140/20
looked **[4]** 33/11 33/19 34/3 34/8
looking **[11]** 40/19 40/22 47/8 47/10 66/7 69/17 69/19 98/9 107/1 110/6 111/23
looks **[7]** 30/17 57/20 57/20 72/16 126/22 133/1 133/12
loop **[2]** 13/19 81/15
loops **[1]** 26/3
lorraine **[5]** 2/20 2/22 144/3 144/9 144/9
Los **[1]** 1/19
lose **[3]** 43/1 50/11 50/13
lost **[1]** 42/10
lot **[7]** 26/4 48/1 63/19 70/25 83/6 111/8

loud **[3]** 43/16 111/7 111/14
louder **[1]** 111/9
low **[4]** 11/11 12/7 12/15 12/19
lower **[10]** 48/6 50/17 50/18 51/5 51/12 51/16 51/17 51/20 124/15 124/20
LP **[1]** 2/2
Luke **[1]** 140/12

## M

ma'am **[49]** 4/6 6/5 22/5 22/20 23/4 24/3 24/24 26/3 29/23 30/8 31/16 34/2 35/13 37/16 37/21 39/10 39/15 41/16 44/2 44/14 45/13 51/4 51/24 52/19 52/24 53/6 54/4 55/12 55/18 56/16 56/18 56/22 58/13 60/8 60/23 61/13 62/6 62/8 62/20 62/23 64/6 64/9 64/17 65/13 66/2 66/20 66/25 67/8 68/12
made **[12]** 13/10 13/21 14/10 15/20 42/25 51/10 81/19 105/6 108/3 110/9 137/12 137/12
maintained **[1]** 138/6
maintaining **[2]** 102/23 104/3
major **[1]** 66/16
make **[13]** 9/13 9/13 12/8 13/15 14/20 15/5 32/1 60/13 63/5 66/9 74/5 93/8 124/13
makes **[1]** 117/5
making **[6]** 24/11 41/2 73/21 104/2 111/5 128/2
Mall **[1]** 24/7
man **[13]** 4/15 39/16 40/8 40/11 40/12 40/17 49/1 49/2 49/24 73/3 73/13 73/17 105/17
manage **[1]** 66/10
managing **[1]** 66/5
manifests **[2]** 96/17 96/22

manner **[3]** 15/14 122/15 122/20
manning **[2]** 106/16 121/19
many **[11]** 29/2 32/23 56/3 56/13 56/14 60/5 70/7 86/11 95/12 95/13 125/9
map **[1]** 108/9
March **[7]** 64/14 85/17 85/20 86/6 88/9 88/21 88/25
Marine **[2]** 120/8 120/9
mark **[5]** 25/1 28/13 116/21 123/15 132/17
marker **[3]** 72/22 72/24 73/2
markers **[1]** 11/16
Marsh **[1]** 75/18
Marshall **[2]** 1/14 3/4
Marshall's **[1]** 103/8
Maryland **[2]** 58/19 58/22
matching **[1]** 32/3
materials **[2]** 137/14 141/4
math **[1]** 65/9
matter **[4]** 37/7 81/16 134/17 144/5
matters **[3]** 12/15 14/6 134/2
may **[8]** 9/22 22/5 64/13 64/15 91/23 92/10 99/20 135/14
maybe **[11]** 9/24 19/3 23/25 48/11 55/25 58/4 75/18 105/21 122/13 122/15 124/11
McCree **[2]** 136/24 139/17
me **[101]** 5/11 9/25 12/8 14/9 26/12 26/19 27/25 28/16 32/5 36/16 39/2 40/19 42/13 42/21 42/24 42/25 43/2 45/4 45/6 46/3 46/13 46/14 46/14 46/14 49/4 49/7 49/8 49/20 50/6 50/6 50/7 50/7 51/10 52/6 52/13 52/13 52/14 53/11 53/16 53/23 56/5 56/24 57/13 57/17 57/19 57/22 57/23 58/17 58/18 58/24 59/3

manner **[3]** 15/14 122/15 122/20
markers... 59/4 60/5 60/6 60/11 60/16 60/17 61/1 61/2 61/7 62/14 63/7 65/2 65/22 68/20 69/9 73/5 73/6 78/6 80/13 81/8 86/20 87/9 90/13 91/2 91/20 91/22 92/1 92/24 94/21 108/22 120/8 121/5 126/16 126/17 126/20 126/24 128/4 128/5 128/8 128/22 130/16 130/19 131/1 131/2 134/11 134/15 135/16 137/22 141/13 142/10
mean **[16]** 4/9 5/25 21/3 28/7 37/9 38/19 60/21 64/19 64/23 69/7 88/2 93/7 95/10 121/22 137/7 138/18
mean,l **[1]** 143/12
means **[1]** 4/11
medical **[29]** 75/19 75/20 75/24 78/12 78/16 78/17 79/8 79/16 79/21 83/9 83/17 86/15 86/18 86/20 87/16 87/17 87/20 87/22 91/2 93/2 93/3 141/5 141/9 141/12 141/22 141/23 142/1 142/10 142/24
medically **[1]** 92/2
medication **[13]** 60/13 60/17 62/15 62/17 62/19 62/22 62/24 63/4 63/5 63/6 63/7 63/18 63/22
medications **[1]** 64/1
meet **[1]** 86/9
megaphone **[3]** 33/25 34/1 34/7
megaphones **[1]** 111/9
Melissa **[1]** 109/24
members **[4]** 32/19 107/14 107/18 108/17
memory **[2]** 5/24 72/2
mentioned **[2]** 82/19 135/12
met **[3]** 61/2 84/18 87/13
metal **[7]** 42/13 43/15 43/17 43/18 43/19 44/17 54/1
Metropolitan **[3]**

# M

**Metropolitan... [3]**
100/20 140/13 140/17
**mic [1]** 103/13
**microphone [2]**
103/11 103/17
**microphones [1]**
103/14
**Microwave [1]** 62/10
**middle [3]** 71/22
109/13 126/8
**might [5]** 76/6 77/12
122/8 137/8 143/18
**migraines [16]** 63/20
63/21 64/4 64/5 66/5
66/10 66/13 66/18
66/23 67/1 67/3 77/20
79/21 90/8 90/13 96/20
**mind [7]** 41/24 46/6
47/25 48/2 81/13 107/6
108/11
**minor [1]** 66/15
**minute [17]** 18/5 45/17
73/3 81/14 97/8 97/20
112/23 123/15 125/23
126/5 129/5 131/5
131/19 131/23 132/17
134/10 134/12
**minutes [14]** 34/21
34/21 48/20 48/25 49/9
62/3 77/14 82/10
108/22 110/18 114/6
115/3 115/6 133/19
**Mirabelli [2]** 1/14 3/9
**miss [2]** 71/4 139/25
**missed [1]** 13/18
**mistrial [1]** 141/19
**moment [20]** 10/13
16/3 16/19 30/11 40/16
47/16 47/18 115/3
115/9 117/12 120/15
124/8 124/10 128/18
129/2 129/22 131/4
132/14 133/13 134/2
**momentum [1]** 16/8
**montage [3]** 137/13
137/14 139/6
**month [4]** 66/11 66/12
66/12 66/14
**monthly [1]** 63/22
**months [11]** 61/22
64/14 64/15 77/16
77/17 77/21 87/3 87/3
90/2 92/24 141/11

**mood [2]** 63/9 86/7
**more [23]** 12/5 29/12
29/18 29/19 38/14
38/22 45/8 45/10 53/23
79/5 82/4 93/11 94/25
110/15 115/14 117/5
117/7 119/24 119/25
120/9 125/16 133/3
134/17
**Moreover [1]** 89/21
**morning [11]** 4/2
23/25 26/11 27/7
105/24 135/17 142/9
142/23 142/25 143/6
143/21
**most [4]** 61/24 66/25
117/22 118/8
**Mostly [1]** 44/23
**motion [14]** 10/20
10/24 11/10 13/7 13/10
13/16 13/18 18/22
132/18 132/19 136/18
137/9 137/11 137/16
**motioned [1]** 113/11
**motions [3]** 13/8 136/7
137/2
**mouth [1]** 59/12
**move [12]** 12/23 13/22
16/8 33/19 37/4 63/11
110/9 117/6 117/7
134/22 135/1 140/24
**moved [5]** 4/25 12/22
18/9 124/10 128/4
**moving [2]** 18/7 48/5
**MPD [2]** 11/23 50/23
**Mr [5]** 3/4 3/6 3/9
21/13 84/11
**Mr. [20]** 10/6 10/12
15/19 67/13 81/7 81/19
82/1 97/16 98/13 98/16
98/17 98/19 98/21
98/22 103/8 134/15
134/16 134/20 142/2
142/23
**Mr. Blythe [1]** 98/22
**Mr. Feitel [1]** 15/19
**Mr. Grant [1]** 98/13
**Mr. Johnson [3]** 82/1
98/16 98/17
**Mr. Marshall's [1]**
103/8
**Mr. Randolph [2]**
98/19 98/21
**Mr. Samsel [6]** 67/13

87/19 134/16 134/18
134/20 142/2
**Mr. Samsel's [1]** 10/12
**Mr. Woodward [4]**
10/6 81/7 97/16 142/23
**MRI [6]** 80/4 80/6 80/9
80/14 80/23 83/16
**Ms [1]** 3/6
**Ms. [8]** 17/17 19/1
63/12 97/12 116/16
137/24 138/23 139/7
**Ms. Edwards' [1]**
63/12
**Ms. Franklin [1]** 97/12
**Ms. Halim [1]** 19/1
**Ms. Hayman [1]**
116/16
**Ms. Rosen [3]** 17/17
137/24 138/23
**Ms. Rosen's [1]** 139/7
**much [8]** 15/12 54/25
66/22 81/3 91/23 92/1
117/7 117/9
**muddle [1]** 109/14
**multiple [7]** 80/8 80/14
80/22 83/16 125/15
125/17 141/24
**must [2]** 57/23 94/4
**my [123]** 10/25 12/25
13/24 14/7 16/7 16/8
23/12 29/15 29/23
31/11 38/14 38/16
38/20 38/23 40/23
41/10 42/8 42/10 42/12
42/14 42/21 42/23 43/1
43/13 43/15 43/17 44/8
44/17 45/21 45/24 46/8
48/2 49/4 49/4 49/17
51/17 52/3 52/4 52/5
52/5 52/6 53/8 53/9
53/10 53/18 53/18
56/25 57/4 57/4 57/5
57/7 57/9 57/9 57/21
58/3 58/3 58/8 58/9
58/10 58/25 59/4 59/11
59/14 59/16 59/21
59/22 61/2 61/7 61/11
61/18 61/19 61/24
62/13 62/16 63/20
63/22 63/24 64/3 64/3
65/3 65/3 65/22 65/23
66/5 67/2 76/10 76/15
78/6 79/22 87/10 87/17
88/2 90/8 91/10 94/22

91/9 101/24
102/4 107/7 109/21
109/21 109/22 112/2
112/5 115/22 120/4
123/11 123/13 124/15
124/19 124/20 125/21
126/20 128/23 130/11
130/11 133/1 133/14
133/16 136/1 137/14
139/9
**myself [8]** 36/15 74/14
110/11 113/15 129/23
131/16 131/18 132/6

# N

**name [6]** 22/11 27/19
57/1 100/5 100/6 100/7
**namely [1]** 37/18
**national [1]** 95/20
**nature [2]** 118/17
138/18
**near [1]** 34/19
**necessary [1]** 85/13
**neck [4]** 53/9 58/8
58/24 63/25
**need [3]** 25/11 81/8
102/9
**needed [7]** 60/12
60/13 61/17 92/2 95/18
102/13 138/4
**needs [1]** 139/18
**negative [1]** 91/17
**neither [2]** 80/14 91/2
**nerve [1]** 63/24
**neurologist [1]** 62/14
**Neurology [6]** 79/12
79/17 79/20 79/24
82/22 83/12
**never [3]** 89/2 91/24
106/2
**new [3]** 68/1 132/8
132/12
**next [22]** 21/20 25/17
37/8 39/2 43/25 45/20
46/7 57/9 59/18 61/17
61/18 78/7 89/5 89/24
92/20 99/8 113/12
122/13 125/20 127/14
140/7 140/9
**Nicole [4]** 27/3 109/22
118/9 118/11
**night [3]** 60/20 60/21
122/9
**Nikki [2]** 118/6 118/8

**N**

nine [1] 34/6
no [87] 1/3 4/14 5/19
6/1 8/12 9/9 10/7 21/3
21/6 21/15 24/11 24/12
26/16 29/23 33/13
34/12 37/11 37/16 39/2
39/25 39/25 40/18
41/16 45/13 46/13 48/3
51/4 52/11 53/6 53/14
54/5 54/11 56/10 60/8
60/12 60/12 62/6 62/8
62/20 64/2 66/2 66/20
66/25 69/11 69/14
70/15 72/4 73/5 73/24
74/2 74/7 74/12 74/14
74/14 75/13 80/16
80/17 80/20 80/24
84/16 85/16 85/16 86/4
86/17 88/1 89/1 89/21
91/18 91/19 92/23 93/7
95/5 98/3 98/14 98/17
98/20 98/23 98/25
98/25 99/4 112/2
112/10 112/14 118/24
120/21 121/10 123/4
nobody [2] 26/17
57/13
noise [5] 96/4 111/5
111/9 115/11 115/14
none [3] 24/11 63/2
83/16
Nonetheless [1]
143/17
noon [1] 28/6
normal [1] 80/2
north [2] 100/24 110/5
Northwest [1] 2/3
nose [1] 142/21
not [103] 5/16 8/11
9/20 10/21 11/9 11/17
11/18 12/18 12/18
13/11 15/9 15/22 20/18
32/2 32/25 37/6 40/18
41/25 47/2 47/15 48/11
50/12 50/15 53/1 53/1
53/2 60/18 61/10 62/16
65/2 65/3 65/4 65/22
67/4 67/21 69/10 69/12
69/19 69/25 70/6 71/9
71/11 73/23 74/11
74/13 75/1 75/12 76/5
76/8 76/8 76/22 77/1
78/21 78/23 79/1 80/2

80/9 80/ 80/16 80/18
80/19 81/1 82/3 82/6
83/1 83/4 83/20 83/24
84/21 86/21 86/22 87/9
87/23 87/24 88/3 88/24
89/1 89/19 90/11 90/14
91/8 91/22 92/22 96/21
97/11 98/3 98/7 102/9
112/5 112/7 121/1
121/7 121/21 124/8
127/11 139/3 141/5
141/12 141/18 141/21
142/7 142/24 143/8
note [3] 13/5 84/25
143/12
notes [1] 89/17
nothing [6] 22/3 46/7
67/9 80/23 97/10 99/18
notice [2] 126/18
137/4
noticed [4] 40/12
40/17 107/23 110/10
November [2] 65/16
65/25
now [50] 12/12 13/10
13/19 14/6 17/13 22/2
22/17 23/1 43/2 47/10
66/10 71/21 72/16
72/17 74/18 76/17
77/23 80/25 82/19
83/21 84/18 84/21 85/1
88/8 88/9 90/17 97/20
98/4 99/17 106/18
108/24 110/12 110/17
114/23 115/21 116/16
119/15 120/10 123/14
124/1 125/23 126/8
128/9 129/4 131/5
131/13 131/19 134/3
134/4 141/22
number [8] 18/25 29/1
29/2 29/6 29/10 90/20
137/23 142/18
numbers [2] 29/12
36/18
NW [3] 1/15 2/6 2/21

**O**

Oak [6] 75/19 75/20
75/23 75/24 77/23 83/9
oath [1] 4/5
object [5] 9/6 64/24
122/10 122/25 124/21
objected [1] 136/15

objecting [1] 127/2
objection [32] 5/16 9/7
10/16 10/18 15/6 16/23
17/6 17/8 18/13 20/8
33/17 36/6 36/23 37/4
49/21 63/11 81/25 82/2
82/9 93/25 119/21
125/11 127/2 127/17
127/22 127/23 135/8
136/7 137/8 137/24
138/6 138/19
objections [2] 81/18
136/4
observed [3] 11/6
11/18 113/10
obvious [2] 70/1 74/5
obviously [2] 67/22
142/6
occasion [1] 79/2
occur [2] 15/10 87/2
occurred [2] 63/24
77/16
occurring [2] 15/11
63/9
October [2] 1/5 144/9
odd [2] 56/5 56/8
off [27] 14/19 18/14
18/21 24/13 25/7 26/4
26/18 27/10 27/22
37/24 44/23 49/8 51/9
64/11 69/23 81/1 81/3
81/6 84/11 94/25 97/15
106/4 106/7 120/17
120/20 120/22 130/16
offense [1] 142/2
offer [1] 9/4
offered [2] 10/6 137/1
office [8] 1/15 1/18
1/21 2/5 2/9 64/10
64/12 64/21
officer [78] 7/1 7/3
8/17 11/9 16/16 17/2
19/17 20/3 20/12 20/14
21/1 21/24 22/15 23/5
23/6 23/7 26/12 27/2
27/2 27/3 27/10 30/11
30/12 32/16 35/13
35/17 38/3 46/13 46/14
47/6 47/7 47/13 51/23
54/12 56/2 56/7 56/9
56/11 64/8 65/3 65/4
65/7 93/20 94/4 95/7
97/9 99/14 100/11
100/15 103/22 106/24

109/5 109/23 109/24
113/2 116/20 117/19
117/20 117/22 117/22
117/23 117/25 118/2
118/3 118/5 118/6
118/7 118/8 119/14
120/13 122/19 123/9
125/4 128/25 132/23
135/1 140/10 140/12
Officer Brian [1] 93/20
Officer Caroline [1]
20/12
Officer Caroline
Edwards [1] 117/20
Officer Cruz [19] 17/2
21/1 30/12 47/13 99/14
103/22 109/3 113/2
116/20 117/22 118/2
118/7 119/14 120/13
123/9 125/4 132/23
140/10 140/12
Officer Edwards [5]
19/17 20/3 20/14 21/24
117/23
Officer Elizabeth [1]
109/23
Officer Loman's [1]
16/16
Officer Melissa [1]
109/24
Officer Nicole [1] 27/3
Officer Nikki [1] 118/6
Officer Roth [1] 30/11
Officer Stakenburg [1]
47/7
Officer Tim [2] 128/25
135/1
Officer Turner [1] 56/7
officer's [1] 29/20
officers [35] 9/10
11/20 11/23 16/1 20/11
20/16 27/11 27/14
29/11 36/15 36/17
37/14 40/24 41/3 47/9
69/17 75/2 94/24 95/12
95/13 95/16 95/21
104/7 106/16 109/13
109/17 117/16 122/2
122/3 122/3 122/5
122/6 122/7 130/10
130/11
officers' [3] 17/12
102/23 103/25
Official [2] 2/20 144/3

**O**

**Oh [3]** 77/16 82/15
138/21
**okay [94]** 8/23 10/18
13/4 14/13 15/14 17/15
21/7 21/11 21/13 21/16
21/19 21/23 24/16
25/12 27/1 28/25 33/21
34/3 37/12 38/4 39/13
41/3 43/10 46/22 49/2
49/16 52/10 55/22
56/23 57/14 60/19
63/15 68/13 69/1 71/1
75/1 75/15 76/11 77/7
77/20 77/23 78/7 80/1
80/22 81/12 81/18
82/10 83/15 84/17 86/1
87/12 88/7 94/17 97/17
98/12 98/15 98/18 99/1
99/5 99/13 103/9
103/18 103/19 105/11
105/23 107/9 119/3
122/12 133/20 133/22
134/5 134/6 134/8
134/13 134/18 134/23
135/7 135/19 135/25
136/16 137/3 137/18
138/18 139/1 139/9
139/20 140/6 140/18
142/16 142/19 142/22
143/4 143/11 143/20
**once [22]** 34/16 36/18
45/25 46/16 50/18
51/25 52/20 54/15
55/22 58/22 61/6 66/14
66/14 67/4 67/4 67/6
79/5 86/12 115/13
120/9 120/21 132/3
**one [56]** 5/7 6/14
10/22 14/1 19/14 19/17
26/16 27/21 27/22
30/14 32/24 33/2 36/25
38/20 38/22 39/1 39/2
39/25 39/25 46/8 46/10
46/11 47/5 48/3 49/7
50/6 50/9 50/10 51/7
54/11 56/2 58/24 63/21
66/11 66/12 66/15
66/16 74/8 80/18 81/19
83/5 83/7 93/17 101/9
103/14 103/18 117/10
122/7 123/15 132/14
132/16 132/17 134/12
134/17 135/20 142/1

**one-minute [2]** 123/15
132/17
**ongoing [3]** 63/20
84/25 135/22
**only [8]** 14/2 29/11
65/22 120/7 139/17
141/9 141/19 141/25
**op [5]** 68/1 94/15
94/20 95/4 96/3
**op-ed [5]** 68/1 94/15
94/20 95/4 96/3
**open [4]** 5/21 61/11
61/12 106/9
**opened [4]** 112/20
113/11 115/13 115/20
**operations [2]** 100/15
101/4
**opinion [1]** 83/8
**opportunity [3]** 12/14
13/12 13/15
**opposed [2]** 73/14
117/8
**opposite [1]** 78/4
**oral [1]** 60/17
**orally [1]** 135/16
**order [5]** 13/8 15/10
39/4 62/14 140/15
**ordered [3]** 29/8 91/15
108/4
**originally [3]** 32/6
110/3 110/5
**other [30]** 10/22 12/3
12/18 12/18 14/3 27/2
34/13 40/23 41/2 41/18
41/22 41/22 41/25
59/18 70/23 74/8 77/14
86/23 94/7 101/2 104/6
110/13 112/6 117/16
124/24 124/25 130/11
138/5 139/14 142/10
**others [1]** 142/2
**our [21]** 13/6 13/16
24/9 29/10 33/13 34/19
37/2 50/24 50/25 52/2
52/6 81/8 99/2 124/23
126/23 137/11 137/15
137/16 138/6 141/24
142/17
**out [49]** 4/18 5/5 9/13
9/24 10/6 14/11 17/9
25/8 47/12 52/3 52/4
52/5 53/8 54/10 54/19
55/2 55/4 55/7 55/8
55/16 55/17 56/24 57/5

57/10 57/17 58/2 59/25
62/2 65/17 65/18 65/19
67/21 74/15 76/6 76/12
78/10 81/25 91/11
91/15 95/19 100/23
105/2 105/20 107/23
108/4 108/5 115/19
136/5 143/18
**outnumbered [1]**
50/22
**outset [2]** 113/21
115/22
**outside [3]** 23/10
29/19 81/14
**outstanding [1]**
139/17
**over [21]** 4/13 4/21
10/18 19/25 47/9 50/8
50/8 50/9 54/10 57/8
81/4 81/5 86/15 92/17
110/9 113/12 121/1
126/21 126/23 140/2
142/13
**overall [1]** 89/14
**overhead [1]** 107/2
**overhearing [1]** 120/6
**overnight [1]** 135/16
**overruled [12]** 5/18
5/18 16/25 17/7 17/13
36/24 49/22 65/1 94/2
119/23 123/7 125/12
**overwhelming [1]**
96/7
**own [2]** 61/19 130/11
**oxygen [2]** 51/18 52/2

**P**

**p.m [12]** 1/5 23/12
23/12 24/2 28/8 28/9
28/11 32/7 82/11 82/11
111/22 143/22
**PA [1]** 2/12
**pack [4]** 53/10 53/12
54/5 54/9
**padding [1]** 29/21
**page [3]** 3/2 3/12 13/7
**pain [11]** 58/3 59/10
59/16 60/2 63/4 63/24
84/22 90/18 91/6 124/6
124/7
**pains [1]** 91/12
**pair [1]** 27/10
**panel [1]** 25/6
**panic [1]** 57/17

**pants [1]** 116/15
**paragraph [1]** 95/3
**pardon [2]** 31/10 103/7
**part [8]** 54/2 84/14
102/15 102/16 102/19
102/23 103/24 110/4
**part-time [1]** 84/14
**particular [10]** 11/24
31/9 48/11 68/22 75/7
76/24 77/4 115/18
117/12 130/8
**parties [2]** 11/1 138/5
**parts [1]** 138/11
**party [2]** 11/2 12/25
**passed [1]** 57/10
**password [2]** 57/1
57/5
**past [5]** 81/4 104/9
121/17 122/20 130/9
**patrol [3]** 26/11 27/11
100/15
**patrolling [7]** 24/14
24/15 24/25 27/1 27/8
27/18 100/18
**PAUL [2]** 1/6 21/12
**Paul Johnson [1]**
21/12
**pause [20]** 6/11 16/12
18/2 18/21 19/8 20/22
46/10 72/22 108/25
113/6 113/23 114/12
115/5 115/22 128/15
129/14 131/8 131/25
132/20 133/6
**paused [1]** 47/8
**pausing [3]** 16/15 18/5
71/3
**pay [3]** 91/25 92/3 92/5
**paycheck [1]** 92/7
**Peace [22]** 4/16 4/24
5/8 14/22 14/24 21/3
28/14 28/15 29/7 31/15
32/7 33/3 33/6 50/13
105/12 107/12 108/18
109/8 112/21 114/5
114/16 132/10
**pedestrians [1]** 26/15
**peer [2]** 95/11 95/20
**Pennsylvania [14]** 2/6
2/15 5/1 6/9 8/6 8/24
14/24 16/17 27/20
28/12 28/22 109/16
110/16 132/7
**people [30]** 5/3 5/6

**people... [28]**  5/25
10/14 12/1 23/19 29/1
29/2 29/2 29/5 29/6
29/11 33/14 34/13
36/21 38/14 38/22 40/1
41/13 44/7 48/10 70/6
70/7 70/22 110/12
110/13 110/15 111/8
124/25 138/12
**pepper [1]**  125/18
**per [1]**  90/18
**Perfect [1]**  37/24
**perimeter [6]**  26/2
104/19 105/18 106/16
112/1 112/9
**period [4]**  15/13 59/8
62/25 78/10
**person [22]**  5/4 6/17
6/25 12/2 14/4 14/4
14/22 19/23 20/4 30/16
34/10 35/15 49/13 56/6
74/8 81/20 81/24 104/2
113/3 116/7 130/17
130/24
**perspective [1]**  18/7
**Philadelphia [1]**  2/12
**phone [1]**  95/8
**phones [2]**  64/21 65/4
**photo [1]**  109/22
**photographic [1]**  5/24
**physical [8]**  61/23
62/13 79/22 82/4 82/7
89/11 93/11 101/17
**physically [4]**  11/9
11/22 45/23 96/18
**physician [3]**  82/20
83/1 83/4
**physicians [1]**  76/5
**pick [3]**  73/4 73/6 97/4
**picked [8]**  49/8 49/13
50/6 50/9 50/10 73/5
96/25 115/13
**picking [3]**  41/15
41/17 45/22
**picture [2]**  9/12 110/13
**pictured [1]**  110/12
**pinned [4]**  121/6 121/7
122/23 123/12
**placating [3]**  49/16
49/18 49/18
**place [1]**  11/17
**places [1]**  27/12
**plain [1]**  105/3

**Plaintiff [2]**  1/3 1/14
**platform [1]**  110/1
**platoon [2]**  101/24
101/25
**play [44]**  6/11 7/7 7/11
7/25 14/25 16/10 17/25
19/8 19/19 20/19 30/2
31/20 34/21 35/4 37/23
39/5 40/4 41/5 41/19
45/16 46/23 47/1 47/19
48/21 49/9 71/12 97/7
112/22 114/9 114/23
115/2 115/25 116/16
119/3 119/15 120/10
123/14 125/23 129/4
129/12 131/5 131/23
132/17 133/3
**played [13]**  6/13 30/4
31/22 39/7 68/10 68/16
72/6 72/25 97/22
112/24 114/11 116/2
128/14
**playing [12]**  16/11
34/23 42/4 97/20 113/5
120/11 123/16 125/25
129/13 131/7 131/24
133/5
**Plaza [2]**  7/4 10/13
**pleading [1]**  135/13
**please [11]**  8/13 15/16
17/21 18/21 21/24
22/11 46/24 48/21
49/10 99/15 133/23
**plus [1]**  44/8
**podium [1]**  26/16
**point [61]**  10/6 10/16
19/11 22/16 27/23 31/7
32/18 33/8 36/25 39/24
41/8 42/13 44/3 44/15
44/22 45/15 45/25
47/14 48/11 48/11
50/22 51/8 53/8 53/19
54/21 54/22 55/24 56/2
56/19 57/25 58/6 60/1
63/21 64/24 80/25 81/9
85/23 86/3 91/10
108/17 111/6 111/10
111/15 112/1 112/2
112/4 112/11 112/14
113/10 119/20 120/23
120/25 121/9 121/10
123/11 130/1 130/15
132/10 132/11 133/16
141/19

**pointed [1]**  56/22
**police [46]**  4/10 4/11
7/1 7/19 8/17 9/10
19/25 22/23 22/25 23/3
32/15 51/23 52/7 52/14
52/15 52/18 52/20
55/13 55/15 55/17 64/8
65/3 65/4 65/7 94/23
94/24 95/12 95/12
99/12 100/9 100/11
100/13 100/20 100/25
104/9 104/19 104/24
109/17 119/20 121/19
132/8 136/23 137/13
139/5 140/13 140/17
**portion [2]**  7/19 63/12
**portions [2]**  138/1
138/17
**posited [1]**  138/14
**position [3]**  11/24
101/8 135/21
**positioned [1]**  124/1
**positions [1]**  101/2
**possession [1]**  87/16
**possible [3]**  52/4
127/20 132/18
**possibly [3]**  79/4
104/7 131/17
**post [1]**  63/10
**post-concussion [1]**
63/10
**posts [1]**  29/10
**potential [1]**  112/6
**potentially [3]**  92/22
139/18 140/14
**pounds [1]**  117/11
**practices [3]**  103/3
103/23 130/9
**preferred [1]**  138/5
**prejudicial [1]**  138/10
**preliminarily [1]**
137/16
**preparation [1]**  86/8
**prepared [3]**  13/15
137/19 138/19
**present [9]**  11/4 11/9
11/14 11/17 11/22
13/12 14/4 14/5 141/13
**presented [2]**  11/7
76/7
**pretrial [3]**  136/8 137/2
137/15
**pretty [5]**  52/12 66/22
111/14 111/17 131/1

**prevent [1]**  96/8
**previously [3]**  24/22
113/4 121/12
**Price [21]**  63/7 80/21
82/19 82/19 83/4 83/21
84/19 85/3 85/9 85/12
87/18 88/4 88/9 88/20
89/5 89/17 90/12 90/14
92/19 93/4 141/11
**primary [1]**  101/13
**prior [6]**  9/17 62/18
66/1 66/23 101/4 122/8
**prisoner [5]**  55/5
55/19 55/23 56/2 57/15
**probably [6]**  52/17
61/5 77/13 77/16 88/17
133/1
**problem [4]**  37/1 37/2
91/16 91/18
**proceeded [1]**  123/6
**proceedings [3]**  2/24
143/22 144/5
**process [3]**  62/16
133/13 133/14
**processing [5]**  55/6
55/20 55/23 56/2 57/16
**produce [1]**  141/4
**produced [1]**  2/24
**production [1]**  142/17
**proffered [1]**  12/5
**promise [1]**  93/6
**prosecutor [4]**  68/21
69/1 69/15 76/17
**prosecutors [3]**  86/9
87/5 87/13
**protest [1]**  105/16
**protesters [2]**  37/18
50/20
**protestor [1]**  47/13
**protestors [9]**  24/10
24/12 35/21 36/4 36/9
36/22 37/15 70/4
138/12
**protests [2]**  23/17
24/11
**provide [2]**  143/7
143/17
**provided [1]**  142/24
**providing [1]**  141/22
**psychiatrist [1]**  86/2
**psychiatry [1]**  85/10
**psychologist [1]**  88/2
**psychologists [2]**  86/4
86/5

**P**

psychology [2] 87/25 88/1
public [5] 106/9 106/12 106/17 107/18 108/17
publicly [1] 94/12
published [1] 68/1
puddle [1] 61/19
puffy [1] 58/9
pull [15] 8/10 16/9 17/21 18/17 24/17 29/24 31/17 35/3 37/22 48/19 73/15 106/18 108/24 119/7 122/4
pulled [7] 17/2 59/18 72/7 104/7 122/2 130/6 130/10
pulling [3] 37/18 120/3 122/6
punch [1] 131/18
purports [2] 9/16 12/10
purposes [1] 12/9
push [6] 38/14 41/13 42/10 94/4 121/8 122/3
pushed [9] 4/18 16/6 19/13 71/19 72/7 74/14 74/14 123/10 129/23
pushing [21] 36/5 36/11 36/13 36/19 37/18 38/10 38/23 39/19 39/21 39/22 40/7 43/4 43/9 43/10 44/7 69/3 69/6 73/14 120/16 120/18 120/18
put [23] 10/25 26/12 26/13 26/16 36/18 42/16 42/18 49/24 53/11 53/16 53/17 53/18 54/5 56/25 58/24 59/1 59/17 59/17 59/17 60/16 63/7 106/15 136/14

**Q**

Queen [1] 2/12
Quest [1] 14/2
question [10] 32/21 76/10 76/16 80/13 119/2 122/13 122/14 125/14 130/20 130/21
questions [8] 17/11 21/6 57/22 98/14 98/20

quick [1] 81/15
quickly [1] 15/5
quite [6] 26/4 46/2 56/1 63/19 72/2 96/25
quotation [1] 14/3

**R**

rack [33] 16/5 32/23 33/6 33/9 33/9 35/1 35/23 36/3 38/8 38/9 38/11 38/15 38/17 38/21 38/22 39/19 41/23 42/1 42/7 42/8 42/11 42/20 42/22 43/6 43/11 44/17 105/18 117/2 121/9 121/17 121/19 123/10 124/13
racks [65] 4/13 4/16 4/19 4/21 5/8 5/10 11/20 11/21 15/25 17/18 18/6 19/25 25/7 25/8 33/16 34/18 35/22 36/5 36/9 36/11 36/19 38/13 38/21 38/24 38/25 40/8 42/23 43/9 43/11 44/8 51/1 104/14 104/20 106/14 106/16 111/1 111/3 112/20 112/20 112/21 113/11 113/12 113/17 115/13 115/20 116/22 116/25 117/8 117/10 119/8 119/10 119/11 120/3 120/16 120/17 120/20 121/13 122/1 122/4 122/21 123/24 124/2 126/16 126/19 126/21
radio [8] 50/11 50/13 54/11 55/11 55/13 55/14 55/15 55/17
raise [4] 21/24 99/14 137/7 137/17
raised [4] 26/22 119/14 120/4 136/7
rally [2] 24/7 24/7
rallying [1] 28/14
ran [3] 54/13 54/15 79/23
RANDOLPH [6] 1/7 2/11 98/19 98/21 136/3 136/9
re [2] 50/25 137/17
re-form [1] 50/25

re-raise [1] 137/7
reach [2] 138/3 139/18
reached [2] 134/20 134/21
reaching [1] 133/1
reacting [1] 138/12
reactions [1] 82/6
read [2] 11/9 111/19
ready [8] 13/3 58/24 82/13 99/23 99/25 119/12 134/11 134/13
real [3] 26/4 26/6 71/21
realize [1] 53/10
really [17] 10/16 40/18 43/5 43/6 43/16 45/24 46/3 46/4 46/4 46/8 47/15 47/17 54/23 57/7 72/2 73/5 98/3
reason [4] 74/12 74/16 95/21 105/1
reassess [2] 125/22 133/15
reassuring [1] 89/18
recall [58] 23/23 36/16 69/4 69/5 69/10 70/3 70/6 70/6 70/7 73/7 73/18 73/25 75/5 77/11 79/5 83/5 84/23 85/16 88/22 92/20 92/21 94/18 95/3 95/6 97/25 98/1 105/9 106/5 106/6 108/20 110/15 111/11 111/12 112/18 115/9 115/11 115/18 117/12 118/12 118/18 118/22 119/18 120/5 120/7 121/24 122/9 126/12 126/14 129/2 129/3 129/21 130/15 133/13 133/14 141/15 143/2 143/3 143/6
recalling [1] 123/25
recalls [1] 12/3
receive [4] 62/17 79/19 141/5 141/12
received [12] 51/18 52/2 52/4 78/21 86/5 86/19 86/20 92/7 102/16 102/20 141/9 142/15
recently [1] 141/16
Recess [1] 82/11
recognize [14] 6/7

83/10/16 106/24 107/3 109/3 109/10 109/12 109/19 114/2 114/14 116/4 117/16 117/19
recognized [1] 14/19
recollection [1] 111/24
recommended [2] 84/9 88/10
reconsider [2] 10/21 14/9
record [18] 7/18 10/25 12/8 12/23 13/6 13/20 15/6 25/11 42/17 84/11 97/15 107/10 108/13 109/15 117/21 119/13 137/1 144/5
record's [1] 11/12
recorded [1] 2/24
records [22] 86/15 87/16 87/17 87/20 87/22 87/25 88/1 93/2 93/3 141/5 141/9 141/13 141/22 141/23 142/1 142/3 142/11 142/11 142/14 142/21 142/24 143/9
recounted [1] 75/24
recross [1] 9/20
red [39] 4/15 5/4 6/9 8/7 8/25 9/3 9/12 12/2 14/20 19/15 20/4 40/11 40/12 40/17 43/8 48/16 49/1 49/3 49/24 58/9 68/23 69/2 69/8 69/20 69/22 71/6 72/10 73/4 73/13 73/17 74/11 77/9 81/20 97/4 97/23 107/1 116/14 118/14 119/18
redact [1] 136/5
redirect [6] 3/4 4/3 12/21 98/24 98/25 122/16
refer [1] 101/25
reference [1] 116/6
referenced [1] 112/7
referred [3] 79/16 79/22 143/16
referring [3] 24/7 83/5 110/21
refers [1] 85/3
reflect [5] 107/10 108/13 109/15 117/21 119/13

# R

reflected [1] 108/8
reflection [1] 81/22
regain [3] 61/24
125/21 126/20
regard [1] 11/2
regardless [1] 13/25
regular [2] 29/15 65/7
regularly [2] 67/5
89/22
reholster [1] 133/16
reholstering [1]
133/12
reinforce [2] 113/19
117/3
reiterate [1] 91/5
rejoins [1] 25/18
related [4] 136/22
141/5 142/8 143/13
released [1] 60/24
relevance [4] 64/25
94/1 122/11 137/25
relevant [2] 82/7
103/24
remedy [1] 141/19
remember [54] 5/7
15/21 15/22 17/18 31/8
34/3 36/20 36/21 36/22
37/14 37/17 43/16
45/11 45/14 45/20
45/21 45/22 45/23
45/24 46/7 46/8 47/6
47/10 47/12 47/16 48/1
48/17 49/15 50/9 52/23
57/2 57/8 61/4 61/10
61/16 61/18 68/24 69/7
76/19 92/24 96/25
107/19 107/19 111/13
118/23 120/7 122/7
124/7 126/15 126/22
126/23 128/22 131/17
131/17
remembered [1] 57/6
Remind [1] 91/20
reminded [1] 96/4
removed [3] 4/17 17/5
112/4
reopening [1] 9/19
reorient [2] 14/18
132/6
repeat [3] 32/21
102/18 130/21
rephrase [2] 36/7
55/10

replayed [1] 132/19
replete [1] 13/11
report [8] 15/21 78/23
85/6 89/6 89/11 90/18
91/6 91/22
reported [3] 2/20
83/22 108/1
reporter [6] 2/20 4/2
22/12 81/11 84/12
144/3
reporting [2] 84/22
91/21
reposition [1] 113/15
repositioned [1]
110/11
require [1] 4/13
required [2] 91/21
91/22
resiliency [1] 94/23
resilient [1] 95/1
respect [9] 12/25
13/21 15/8 88/8 127/10
130/18 130/25 138/8
142/10
respectfully [1] 142/4
respond [13] 9/22
13/12 13/15 14/8 29/9
29/9 47/15 49/14 53/14
58/14 108/4 119/9
135/17
responded [6] 29/14
50/23 55/4 104/8
107/23 119/10
responders [5] 23/9
101/5 101/10 101/13
102/16
responding [1] 110/14
response [10] 17/12
18/14 21/15 37/10 72/4
99/4 104/15 135/13
135/15 136/17
responsibilities [1]
100/16
responsibility [1] 25/5
responsible [2] 100/18
101/17
rest [2] 47/9 50/16
restricted [3] 26/2
111/25 112/8
result [3] 85/3 88/17
90/20
results [2] 78/23
105/17
resume [2] 4/5 82/13

resumed [1] 89/7
resuming [1] 133/22
retreat [1] 132/15
return [10] 79/2 84/4
84/6 84/9 84/14 84/21
90/4 91/24 92/9 96/23
returned [3] 77/24
78/1 90/5
returning [6] 74/3 82/6
84/1 88/21 89/18
108/22
reverting [1] 71/1
Richman [1] 2/8
ridden [1] 66/22
right [82] 6/17 13/3
18/6 18/9 19/17 20/3
20/6 20/11 20/15 20/16
20/17 21/25 22/18 25/6
25/10 28/2 30/10 30/17
30/23 31/2 32/4 32/13
32/14 32/15 35/13
35/13 35/15 35/17 38/4
40/16 40/20 40/22 42/8
42/22 43/14 43/23
43/25 46/21 47/9 56/19
58/9 63/2 63/3 65/10
67/12 69/23 71/5 71/9
72/14 72/19 72/21
72/24 80/25 81/13
82/24 82/25 84/23
85/18 93/12 96/23
96/25 97/17 97/18
99/14 104/3 107/11
109/23 115/2 116/22
117/22 126/20 126/24
128/4 129/25 131/12
132/23 133/9 134/3
137/22 142/6 143/20
143/21
right-hand [1] 38/4
right-most [1] 117/22
riot [1] 71/23
rioter [2] 7/4 55/3
rioters [2] 41/18
118/12
riots [2] 23/18 23/20
riser [3] 26/14 26/14
30/17
risers [1] 27/17
risk [2] 17/2 104/11
RMGNEWS [2] 7/24
10/9
RNC [2] 106/8 107/22
road [1] 26/1

Robert [2] 2/5 2/5
ROBERTSON [1] 2/14
role [2] 100/17 101/13
roll [1] 105/21
room [5] 1/22 59/4
60/9 75/16 96/4
Rosen [4] 2/8 17/17
137/24 138/23
Rosen's [1] 139/7
rotation [4] 106/1
106/3 106/4 108/2
Roth [7] 27/3 30/11
109/22 118/6 118/8
118/9 118/11
roughly [3] 77/11 90/2
92/24
round [2] 7/5 11/17
roundabout [1] 28/22
route [3] 54/17 54/18
55/3
row [1] 33/16
rowdy [1] 111/17
RPR [1] 2/20
rule [6] 10/10 76/5
76/12 135/21 137/19
138/25
ruled [4] 10/21 11/4
136/17 139/14
Rules [1] 138/25
ruling [13] 10/24 12/25
13/10 13/16 13/21
13/24 14/7 14/9 134/25
136/10 136/11 136/21
139/18
run [1] 121/1
rush [1] 122/3
rushed [1] 121/11
rushing [1] 72/24
RUSSELL [1] 1/6
RYAN [1] 1/5

# S

Sabre [1] 77/9
safety [6] 102/23
103/25 123/11 123/13
130/11 130/11
said [54] 6/4 10/23
15/24 21/3 24/2 33/12
33/23 34/9 36/16 36/21
36/22 41/15 42/15
46/10 46/15 46/16
46/20 47/5 49/13 49/15
49/18 51/19 51/22
52/10 52/11 52/11

**S**

**said... [28]** 52/12 53/13 53/13 53/16 57/16 57/17 57/19 57/21 57/23 62/15 67/6 76/21 81/24 82/7 87/18 91/13 97/25 101/25 102/19 104/23 108/8 119/1 120/8 123/5 123/12 128/18 137/16 138/23

**same [15]** 8/17 9/7 10/9 10/14 10/15 15/11 34/10 37/20 51/8 75/10 75/10 114/16 136/17 136/18 137/12

**SAMSEL [8]** 1/5 2/2 67/13 81/19 134/15 134/16 134/20 142/2

**Samsel's [1]** 10/12

**San [1]** 1/22

**sat [2]** 51/18 56/25

**satisfied [2]** 12/16 12/20

**saw [15]** 4/15 12/2 21/3 60/5 81/10 83/3 83/3 92/23 93/24 97/23 107/14 113/17 119/6 132/5 132/6

**say [42]** 7/23 23/24 24/25 25/8 28/5 28/7 29/1 29/4 34/5 35/16 35/25 36/1 36/14 36/14 38/18 45/7 49/6 57/12 58/18 59/23 61/21 61/23 62/12 66/10 66/15 68/5 78/1 78/20 79/4 81/4 89/2 95/2 96/10 103/1 105/19 107/17 117/11 118/12 122/19 123/1 133/18 141/23

**saying [14]** 31/6 31/7 37/15 46/8 50/8 73/25 83/19 83/20 106/15 118/22 118/24 120/5 120/8 143/6

**says [2]** 30/25 31/1

**scale [1]** 23/20

**scan [9]** 58/23 59/3 59/6 78/21 78/23 79/24 80/2 80/8 80/12

**scans [5]** 80/9 80/14 80/18 80/22 83/16

**scene [3]** 37/7 70/9

**schedule [7]** 27/5 27/7 27/21 27/22 28/3 28/10 105/23

**scheduled [1]** 89/24

**Schwager [2]** 135/23 136/13

**Schwager's [1]** 139/4

**scope [1]** 94/1

**Scoville [1]** 75/5

**screaming [1]** 59/12

**screen [16]** 7/20 20/6 20/13 25/1 46/12 47/10 57/2 97/10 98/5 98/9 107/21 110/6 110/7 111/3 111/20 111/23

**SE [1]** 2/15

**seat [1]** 134/16

**seated [2]** 22/6 99/20

**second [9]** 5/9 6/14 13/7 32/2 32/22 46/10 76/15 83/9 118/3

**secondary [1]** 101/19

**seconds [65]** 6/7 6/12 7/8 7/14 8/1 8/13 15/1 15/16 16/15 19/5 19/8 19/20 20/20 30/3 31/21 32/10 32/18 34/21 34/22 35/4 35/12 37/23 39/5 39/14 40/4 40/16 41/5 41/8 41/20 42/6 43/20 44/10 44/16 44/25 45/17 47/23 48/20 48/25 49/10 57/12 71/2 71/3 73/3 97/8 97/20 110/18 111/22 114/7 114/10 115/3 115/6 115/25 116/17 117/22 119/3 119/15 120/10 126/5 128/13 129/5 129/7 131/6 131/20 131/23 133/4

**seconds p.m [1]** 111/22

**section [3]** 10/8 10/12 100/15

**secure [1]** 117/5

**security [2]** 101/17 112/8

**see [52]** 5/25 7/14 7/16 9/10 9/11 20/18 24/21 30/6 30/24 31/3 32/3 32/9 33/4 35/11 38/2

**seeing [9]** 12/3 21/2 44/21 47/12 92/20 107/18 110/15 115/18 116/6

**seek [4]** 13/22 78/12 79/8 90/11

**seem [2]** 47/24 56/5

**seemed [1]** 143/5

**seems [2]** 31/2 43/8

**seen [7]** 88/9 97/4 104/11 112/11 121/16 122/15 122/20

**Senate [3]** 135/24 136/25 137/14

**send [4]** 139/9 139/22 139/24 140/4

**sense [1]** 32/1

**sent [2]** 75/22 139/11

**separate [2]** 86/25 131/15

**separated [5]** 4/19 38/20 104/6 113/17 131/13

**sergeant [48]** 4/9 5/11 9/24 10/2 10/20 11/3 13/4 22/9 22/15 22/17 22/18 23/5 27/13 27/15 29/8 29/18 30/6 35/11 45/3 60/11 61/1 67/10 67/16 68/18 68/18 68/21 70/3 70/12 70/16 70/18 71/4 71/14 71/21 73/2 73/13 77/7 81/13 82/18 86/8 87/16 93/7 96/10 98/4 99/3 118/1 135/5 140/12 140/25

**Sergeant Lively [3]** 4/9 5/11 135/5

**Sergeant's [1]** 82/2

**serious [1]** 91/2

**session [2]** 1/10 4/2

**set [9]** 5/9 11/20 37/7 70/9 106/3 112/20

**sets [1]** 111/1

**seven [2]** 13/7 23/1

**seven-page [1]** 13/7

**several [5]** 4/23 33/15 35/24 88/9 111/7

**shaped [1]** 141/24

**share [1]** 100/20

**sharp [1]** 84/22

**she [40]** 30/17 37/9 37/10 52/10 52/11 52/11 62/15 63/10 69/3 82/3 82/4 82/7 82/8 82/22 88/10 89/18 89/19 89/20 89/21 90/13 91/12 91/15 92/24 141/10 141/10 141/15 141/16 141/17 141/18 141/25 142/15 143/1 143/3 143/5 143/5 143/6 143/7 143/8 143/16 143/17

**she's [1]** 83/1

**shift [3]** 23/12 24/1 24/4

**shirt [3]** 9/3 19/16 34/7

**shook [1]** 33/13

**short [1]** 141/19

**shorthand [1]** 2/24

**Shortly [1]** 105/21

**shot [2]** 54/12 116/8

**shots [1]** 54/10

**shots-fired [1]** 54/10

**should [7]** 12/12 12/13 32/22 35/16 47/17 55/10 63/2

**shoulder [1]** 49/25

**show [13]** 6/2 23/21 24/4 25/2 73/6 80/9 80/12 80/14 80/16 80/18 87/8 91/2 93/4

**showed [3]** 23/24 23/24 87/9

**shower [1]** 61/7

**shown [8]** 18/25 19/3 109/3 110/13 117/16 135/4 136/23 137/14

**shut [1]** 59/12

**sic [2]** 103/8 124/9

**sick [1]** 64/3

**Sicknick [1]** 93/20

**side [17]** 7/20 18/6 18/9 18/11 38/4 38/13 41/18 41/22 41/22

**S**

**side...** [8] 41/25 43/15 70/23 105/13 107/23 108/14 110/7 126/23
**sideways** [1] 30/11
**sight** [1] 57/4
**signage** [1] 112/3
**signal** [1] 81/11
**significant** [1] 85/7
**signs** [3] 35/25 36/1 106/15
**Silver** [2] 58/19 58/21
**similar** [4] 8/8 8/20 29/16 29/18
**Similarly** [1] 82/1
**simply** [2] 9/14 141/21
**since** [1] 77/15
**sincerely** [1] 95/6
**single** [2] 13/11 117/8
**sir** [8] 67/20 69/11 69/14 70/15 70/17 70/20 91/19 99/20
**sitting** [2] 61/18 64/20
**situation** [3] 125/22 130/12 133/15
**size** [5] 4/24 5/1 11/19 17/3 31/4
**skip** [2] 34/20 48/20
**slightly** [1] 76/10
**slogan** [1] 9/13
**slow** [4] 18/21 62/16 132/17 132/19
**slowed** [1] 37/19
**slowed-down** [1] 37/19
**slumped** [1] 57/8
**snow** [2] 5/10 35/23
**so** [177]
**softly** [1] 45/8
**solemnly** [2] 22/1 99/16
**some** [24] 9/20 11/21 12/1 12/3 12/4 12/18 12/18 14/3 27/22 32/18 33/8 33/14 36/15 61/5 65/21 66/25 68/9 73/10 78/10 79/23 85/22 88/15 91/10 116/20
**somebody** [8] 40/7 45/22 46/12 56/20 59/14 59/21 82/16 127/8
**someone** [6] 36/25 52/10 82/14 95/18

**someone's** [1] 7/19
**something** [21] 16/1 26/8 33/12 37/3 44/8 46/17 47/17 49/20 50/8 57/16 57/23 60/13 60/15 60/16 81/21 81/23 87/4 118/15 118/16 141/17 141/21
**sometimes** [1] 102/8
**somewhere** [4] 51/13 53/13 58/18 105/10
**soon** [4] 36/12 126/15 126/19 140/20
**sooner** [2] 85/13 85/15
**sorry** [25] 6/3 7/10 10/6 16/9 18/20 30/24 32/21 35/6 50/13 55/10 67/18 77/15 86/22 87/11 102/18 102/20 103/10 103/17 106/19 109/11 115/1 122/10 129/10 134/8 138/20
**sort** [3] 9/20 69/1 103/3
**sought** [3] 83/7 85/20 86/2
**sound** [3] 18/21 115/15 142/11
**sounded** [1] 111/13
**sounds** [3] 27/4 54/5 82/24
**sources** [1] 139/3
**south** [2] 7/3 100/24
**Southwest** [1] 10/13
**span** [2] 19/5 83/7 83/16
**speak** [3] 96/21 103/10 137/6
**speaking** [3] 34/1 67/21 118/25
**special** [4] 98/5 100/14 101/4 140/13
**specific** [7] 11/24 12/1 14/3 27/18 75/12 111/12 138/9
**specifically** [9] 12/2 26/10 36/22 53/23 79/16 81/24 83/23 112/18 124/19
**speculation** [4] 17/6 33/20 119/21 143/18
**speculative** [1] 123/1
**speech** [1] 107/21

**speed** [2] 67/8 97/23
**spell** [1] 22/11
**spelling** [1] 100/6
**spells** [1] 63/8
**spoke** [1] 67/22
**sports** [1] 67/1
**sports-induced** [1] 67/1
**spray** [21] 51/7 52/5 53/2 74/19 74/21 75/1 75/8 75/12 76/3 76/6 76/9 76/13 76/15 76/18 76/24 77/1 77/4 77/10 77/18 88/18 125/18
**sprayed** [15] 51/7 52/11 53/2 53/4 74/19 75/7 75/8 76/2 76/18 76/23 76/25 77/3 77/4 77/10 88/18
**sprays** [1] 125/18
**Spring** [3] 1/19 58/19 58/21
**spurious** [1] 9/15
**Square** [3] 107/20 108/8 110/16
**Stacy** [1] 4/2
**staff** [1] 142/7
**staffers** [2] 54/19 55/2
**stage** [3] 25/17 48/8 48/13
**staircase** [1] 125/20
**stairs** [19] 19/14 19/18 32/25 33/1 33/2 34/19 42/14 45/12 51/16 51/18 110/1 121/5 121/6 121/7 122/23 123/25 124/3 124/5 124/14
**stairwell** [1] 59/24
**Stakenburg** [1] 47/7
**stand** [5] 21/22 103/16 115/19 133/25 141/25
**standing** [17] 33/2 33/10 35/20 35/21 35/22 35/24 37/2 47/24 47/25 70/23 109/13 109/20 109/25 110/25 118/16 124/4 127/14
**Stanley** [1] 2/2
**start** [16] 24/5 26/13 36/5 36/11 36/12 36/17 36/19 38/14 48/5 51/11 62/14 62/15 63/17 68/9 100/5 128/12

**started** [31] 24/2 28/12 28/14 33/14 33/15 33/15 35/2 38/23 41/14 42/7 42/9 42/20 42/22 42/23 42/25 43/1 43/13 43/14 53/19 54/18 55/24 56/25 57/22 64/13 64/15 65/18 105/19 108/2 119/7 120/15 120/18
**starting** [1] 27/5
**startled** [2] 42/24 42/24
**starts** [1] 18/14
**state** [3] 37/1 69/25 74/5
**stated** [2] 56/7 56/9
**statement** [5] 15/19 15/22 15/22 15/24 37/10
**statements** [1] 93/5
**STATES** [12] 1/1 1/2 1/11 1/15 21/22 22/22 22/24 23/2 99/11 100/9 135/24 136/22
**stating** [1] 100/5
**stationed** [5] 105/11 105/15 107/4 110/3 110/5
**stay** [3] 60/19 75/13 92/15
**stayed** [2] 60/20 92/6
**stenotype** [1] 2/24
**step** [6] 9/24 28/1 28/1 32/22 42/25 45/6
**STEPHEN** [2] 1/7 2/14
**stepped** [3] 81/17 112/19 133/25
**steps** [6] 10/3 14/14 21/18 45/7 45/8 99/7
**stickers** [1] 34/8
**sticks** [1] 5/5
**still** [14] 4/5 8/8 50/22 50/23 64/2 64/5 69/12 88/24 91/15 130/13 130/17 131/2 131/3 135/13
**stills** [2] 11/8 18/25
**stipulate** [1] 136/13
**stipulated** [1] 12/6
**stipulation** [5] 134/20 135/23 136/14 138/4 139/18
**stood** [2] 61/17 123/6

S

stop [8] 25/10 26/19 28/16 47/2 54/23 81/10 116/1 123/20
stopped [3] 32/9 42/6 123/24
stopping [1] 81/9
straight [2] 58/25 126/16
strange [1] 56/11
Street [8] 1/15 1/19 1/22 2/3 2/9 31/10 31/12 110/15
strength [1] 94/23
stress [4] 96/11 96/16 96/22 96/22
strict [1] 66/9
strike [8] 33/19 37/4 63/12 81/22 119/12 140/24 141/20 142/4
strong [1] 95/1
struggles [1] 93/14
stuff [1] 61/8
stumble [1] 44/6
stumbled [2] 44/5 54/1
stumbling [2] 42/9 43/13
subject [2] 137/9 137/11
submitted [1] 137/21
suffer [4] 64/5 66/13 66/23 124/16
suffered [9] 65/16 73/8 73/10 78/7 86/25 88/15 95/13 95/14 141/16
suffering [1] 93/11
sufficient [1] 14/10
sufficiently [1] 11/5
suggest [1] 143/5
suggesting [1] 13/22
suggests [1] 85/12
Suite [2] 1/15 2/9
summary [2] 138/24 139/8
support [2] 95/11 95/20
supportive [1] 89/18
supposed [3] 24/5 26/10 106/1
sure [26] 5/22 9/20 15/7 24/11 25/13 26/20 28/17 28/19 32/2 32/22 41/2 41/24 53/24 56/1 60/18 66/9 73/13 73/16

79/16 83/4 93/13 96/13 96/15 96/19 104/2 140/9
surprised [1] 93/1
surrounding [1] 23/11
survival [2] 46/18 46/19
survived [1] 93/15
suspended [1] 29/9
sustain [4] 81/25 82/9 122/12 127/10
sustained [11] 18/16 18/16 20/9 33/21 36/7 37/12 63/15 125/6 125/7 127/18 127/24
swear [2] 22/1 99/16
sweat [2] 57/10 116/14
sweatshirt [2] 9/2 9/2
swiftly [1] 128/4
swings [2] 63/9 85/7
switch [1] 26/18
swollen [1] 53/21
symptomatic [1] 66/17
symptoms [11] 76/7 76/12 78/8 79/15 82/4 82/5 82/8 83/22 89/6 89/14 90/4
syndrome [1] 63/10
system [2] 52/3 52/4

T

tactics [3] 17/12 103/3 103/23
take [13] 52/8 58/16 61/7 65/14 81/8 81/14 92/1 106/2 135/17 142/8 142/22 143/6 143/18
taken [6] 12/10 12/17 14/5 30/21 60/9 75/15
takes [2] 96/17 141/25
taking [10] 59/14 62/15 62/18 62/22 62/24 63/1 63/4 63/5 63/6 63/17
talk [9] 27/5 36/14 43/18 50/16 64/7 73/17 82/4 88/2 142/25
talked [6] 27/16 55/7 87/18 94/12 94/21 96/3
talking [20] 11/15 11/20 25/1 25/22 26/6 26/7 26/8 27/21 30/11 33/6 33/15 49/1 49/2

50/14 56/10 58/1 118/23 124/23 124/24 125/2
tallest [1] 109/16
TATE [1] 1/6
team [1] 52/2
tear [3] 48/13 51/8 59/15
tearing [1] 33/16
tell [10] 5/14 8/4 9/1 31/24 43/5 45/5 91/13 101/16 111/3 135/16
telling [4] 49/7 50/5 83/17 118/24
temporary [1] 110/1
Ten [1] 82/10
term [1] 127/12
terminology [2] 127/3 127/12
terms [3] 25/22 60/12 115/11
Terrace [10] 48/7 50/18 50/19 51/6 51/13 51/16 51/17 51/20 73/18 108/3
tertiary [1] 59/1
testified [12] 11/18 44/19 67/22 71/19 74/19 96/24 98/4 116/20 121/12 141/10 141/16 141/18
testify [5] 37/9 72/1 81/23 119/22 123/7
testifying [4] 59/19 94/22 96/8 135/5
testimony [27] 12/4 14/19 17/9 22/1 48/15 48/17 52/23 63/12 63/14 69/16 80/21 82/2 86/9 88/11 99/16 133/19 133/23 135/23 136/4 136/12 136/13 139/4 139/19 140/25 141/3 141/20 142/5
tests [3] 79/23 90/21 91/16
text [1] 111/19
than [9] 7/5 18/9 32/6 93/11 95/1 112/6 120/9 122/20 125/16
Thank [31] 4/7 10/2 13/2 14/13 14/16 21/16 21/17 22/5 35/9 42/2 67/9 67/11 67/20 82/16

98/1 98/21 99/5 99/6 99/10 99/24 103/12 103/19 125/19 133/21 133/22 133/24 134/7 135/9 135/18 140/19 143/21
thanks [1] 49/16
that [625]
that's [49] 12/19 12/25 14/22 15/20 17/13 20/5 22/13 24/22 25/4 25/20 25/23 28/24 33/13 33/15 42/25 44/19 48/13 51/20 59/21 60/3 60/4 67/8 68/6 75/1 75/19 91/11 95/15 97/8 97/11 101/11 102/13 103/18 105/5 105/6 110/2 117/20 118/1 118/6 127/8 128/5 130/6 132/11 136/5 136/20 136/25 138/10 138/18 139/23 143/15
their [7] 23/9 36/18 36/18 37/1 37/1 54/20 136/18
them [29] 4/17 4/17 12/10 12/13 50/21 57/3 58/23 59/17 59/18 70/22 87/19 95/19 98/8 98/9 117/5 117/7 120/21 122/2 122/3 122/6 125/8 137/6 139/12 142/13 142/13 143/7 143/17 143/17 143/18
themselves [1] 95/23
then [71] 4/18 5/8 12/21 19/8 19/15 25/16 25/17 25/18 25/24 26/3 27/12 33/2 33/13 35/1 36/18 37/12 37/19 38/14 38/22 42/12 42/25 43/12 43/13 44/24 48/20 51/8 51/12 51/18 52/6 56/23 57/8 57/19 57/22 57/24 58/3 58/8 58/9 58/25 59/3 59/3 59/18 60/11 60/17 61/2 61/9 62/4 62/11 62/12 62/13 70/21 71/1 78/4 81/15 83/12 87/18 100/19 106/16 108/4 109/22 113/11 117/2

# T

**then...** **[10]** 121/2
123/5 128/5 133/16
136/14 136/24 137/19
138/19 142/25 143/20
**therapist** **[1]** 79/22
**therapy** **[3]** 61/23
62/13 89/12
**there** **[112]** 10/15 11/5
11/14 12/7 12/22 17/11
24/6 24/8 25/10 26/19
29/11 31/9 32/23 32/24
32/24 33/12 33/23
34/10 34/13 36/12
36/17 39/2 39/2 40/7
47/24 47/25 48/9 50/18
51/5 52/8 54/24 56/3
56/13 56/14 57/2 57/3
58/22 60/4 65/21 66/6
66/6 70/4 70/7 70/21
70/25 71/6 72/20 72/24
73/2 76/5 78/5 78/19
78/20 78/21 79/13
81/18 82/2 84/2 87/18
87/19 88/1 91/18 93/4
93/14 96/5 97/10
100/10 102/12 105/1
105/2 105/15 106/14
107/14 107/19 109/14
109/20 110/13 110/24
111/1 111/7 111/8
111/25 112/18 112/19
113/6 113/9 115/5
118/16 119/6 121/4
121/25 122/1 123/20
123/23 128/15 129/8
131/8 131/23 132/9
132/9 132/14 132/20
136/21 136/24 138/11
141/3 142/1 143/1
**there's** **[5]** 33/2 35/24
84/1 130/9 135/22
**thereafter** **[1]** 141/11
**these** **[26]** 12/1 12/3
12/5 12/9 12/12 12/15
12/17 12/25 13/23 14/6
33/4 36/4 36/22 37/15
46/11 64/1 66/10 66/18
74/15 83/17 96/11
110/12 117/10 138/6
142/10 142/11
**they** **[113]** 12/5 15/10
15/12 24/6 24/9 24/12

31/15 32/3 33/5 33/7
33/13 34/16 34/17
34/18 35/2 35/23 36/2
36/5 36/10 36/11 36/12
36/12 36/14 36/14
36/14 36/17 36/18
36/19 38/10 41/13
41/13 41/15 42/10
48/12 50/24 52/11
52/12 53/12 53/13 55/8
58/15 58/16 58/17
58/18 58/23 58/24
58/25 59/1 59/3 59/3
60/15 60/16 60/16
60/16 60/17 65/19
66/14 69/5 75/21 75/22
76/8 76/12 76/14 79/22
80/16 83/19 83/19
86/15 86/18 86/20
87/15 87/18 90/6 90/7
91/22 91/24 91/25 92/1
92/3 94/21 95/16 95/18
102/8 104/19 116/22
116/24 116/25 117/2
117/4 117/6 117/7
118/13 120/16 120/17
120/22 120/22 122/1
122/2 122/2 122/4
122/5 122/22 127/15
130/17 131/1 131/1
131/3 136/14 141/21
**they're** **[6]** 15/11 41/3
104/18 117/5 117/6
136/12
**They've** **[1]** 64/2
**thigh** **[1]** 63/22
**thing** **[8]** 25/3 25/24
43/15 45/20 46/7 61/18
120/7 135/20
**things** **[6]** 58/5 63/19
66/6 125/18 127/3
127/6
**think** **[37]** 9/25 10/15
10/16 11/1 11/6 12/7
12/15 12/19 14/10
14/18 18/13 18/14 24/1
33/14 46/17 53/12
54/24 57/10 57/16 69/1
78/1 81/19 82/6 84/15
122/25 123/5 127/11
127/20 136/6 136/20
137/4 138/9 138/13
138/20 142/20 143/12

**thinking** **[4]** 47/14
47/16 95/22 96/14
**third** **[3]** 11/2 12/25
23/11
**third-party** **[2]** 11/2
12/25
**thirdly** **[1]** 83/12
**this** **[208]**
**those** **[45]** 5/25 11/3
11/4 11/21 12/23 15/9
15/10 15/13 27/17 32/3
33/8 36/1 36/4 36/5
36/9 36/9 43/10 51/10
58/11 58/24 66/13
66/23 80/18 87/20 88/2
93/6 102/14 104/11
104/17 111/2 115/13
120/19 121/7 121/19
122/23 125/6 127/5
127/6 135/4 135/8
138/13 138/16 141/23
142/3 142/24
**though** **[1]** 85/9
**thought** **[11]** 10/21
13/21 48/13 55/25
76/14 81/23 82/3 82/15
133/13 133/14 143/15
**thoughts** **[1]** 95/18
**threatening** **[1]** 73/25
**threats** **[1]** 112/8
**three** **[8]** 61/22 71/23
83/8 83/15 85/12 92/24
141/11 141/24
**threw** **[4]** 52/21 53/7
54/13 54/15
**throat** **[1]** 142/21
**throb** **[2]** 53/9 53/19
**throbbing** **[1]** 53/20
**through** **[22]** 5/8 13/23
16/10 32/19 34/10
34/13 34/16 46/6 47/25
50/25 52/6 61/9 92/4
134/22 134/25 134/25
136/12 136/23 137/1
139/16 140/2 141/3
**throughout** **[2]** 47/23
95/14
**throw** **[1]** 53/5
**throwing** **[2]** 59/13
131/17
**tied** **[2]** 35/23 117/2
**till** **[3]** 40/4 80/20 129/4
**Tim** **[6]** 118/1 118/3

147/17
135/1
**time** **[71]** 4/24 9/25
10/13 10/15 12/24 14/4
14/5 14/8 14/10 15/12
19/12 21/21 23/5 23/21
23/23 27/13 28/3 29/11
30/20 36/16 43/2 43/7
43/16 50/23 51/5 51/8
54/13 59/9 61/3 61/5
62/21 62/25 67/1 70/5
71/9 71/21 73/6 73/7
74/12 74/13 74/17 77/2
78/10 81/1 81/3 84/6
84/10 84/14 84/22 89/6
90/14 91/5 91/23 92/1
92/20 101/8 101/13
105/7 105/9 106/4
107/14 107/17 108/20
111/16 111/24 122/7
124/7 130/3 130/4
131/17 132/16
**timeframe** **[4]** 15/12
77/11 105/10 143/1
**times** **[10]** 4/23 56/3
56/13 56/14 68/2 86/11
88/9 125/9 125/15
125/17
**timing** **[1]** 30/23
**TIMOTHY** **[4]** 3/3 4/3
27/15 29/8
**title** **[1]** 100/10
**today** **[9]** 5/15 29/17
66/3 67/21 73/12 86/9
98/7 134/3 141/18
**Todd** **[1]** 2/8
**together** **[7]** 35/24
38/23 116/24 117/1
117/4 117/6 139/2
**told** **[11]** 15/24 24/9
53/14 56/24 60/11
62/14 75/22 94/21
102/12 105/17 108/5
**toll** **[1]** 96/17
**tomorrow** **[3]** 133/23
140/16 142/9
**too** **[2]** 96/3 98/9
**took** **[13]** 21/5 49/17
52/6 55/5 55/19 55/22
58/17 58/18 58/23 59/4
61/22 61/24 137/4
**top** **[3]** 7/18 42/21
111/19
**tore** **[1]** 35/1

**T**

**totally** [1] 138/14
**towards** [16] 4/25 19/18 21/1 25/15 33/9 35/2 42/17 42/21 48/6 54/14 54/15 113/12 122/3 123/10 126/16 128/5
**train** [1] 77/8
**trained** [3] 103/4 103/23 133/15
**training** [10] 77/9 77/13 102/17 102/20 104/4 104/14 121/24 121/25 121/25 130/9
**trampled** [3] 121/3 122/24 123/13
**transcript** [3] 1/10 2/24 144/4
**transcription** [1] 2/24
**trauma** [2] 95/25 143/14
**treat** [2] 63/20 79/21
**treated** [1] 141/10
**treating** [2] 82/19 83/2
**treatment** [10] 78/13 79/8 79/19 79/21 86/2 86/5 86/19 86/20 88/10 90/13
**treatments** [1] 63/20
**trial** [9] 1/10 13/7 22/2 99/17 137/17 138/3 138/16 141/19 141/24
**tried** [5] 38/15 51/1 63/19 63/21 113/18
**trier** [1] 127/6
**trip** [1] 127/15
**tripped** [1] 87/9
**truck** [1] 61/15
**true** [3] 89/9 89/10 144/4
**truly** [1] 46/8
**Trump** [1] 24/7
**truth** [7] 22/2 22/3 22/3 37/6 99/18 99/18 99/18
**try** [11] 39/4 42/20 50/21 50/21 50/25 51/1 52/13 59/12 63/23 125/21 131/18
**trying** [28] 16/8 39/21 39/22 40/1 48/12 49/20 50/7 50/24 53/11 56/25 59/15 66/9 73/14 81/21 120/19 120/21 120/23

121/8 129/24 130/6 130/13 130/15 131/3 132/6 132/12
**turn** [4] 18/21 20/25 37/23 48/4
**turned** [7] 21/1 30/11 30/17 33/14 42/21 126/19 142/13
**Turner** [2] 56/7 56/9
**twice** [5] 52/21 67/4 67/7 83/3 89/12
**two** [27] 9/14 19/14 32/24 38/12 38/21 38/25 42/22 43/10 46/11 57/3 59/7 59/8 61/22 63/8 66/17 77/16 77/17 77/21 81/18 84/25 86/4 90/2 111/1 111/2 136/2 139/10 142/18
**two-fold** [1] 63/8
**two-hour** [1] 59/8
**type** [5] 21/5 75/7 76/24 77/4 138/5
**types** [1] 62/19
**typical** [2] 104/15 104/23
**typically** [1] 24/2
**typing** [1] 98/10

**U**

**U.S** [8] 1/18 1/21 2/21 25/25 51/23 55/13 64/8 65/7
**U.S.** [10] 25/16 26/7 26/9 26/23 52/16 55/15 55/17 100/19 105/12 107/2
**U.S. Capitol** [10] 25/16 26/7 26/9 26/23 52/16 55/15 55/17 100/19 105/12 107/2
**Ubrelvy** [1] 63/21
**ultimate** [1] 127/6
**Ultimately** [1] 92/9
**um** [4] 25/2 36/11 66/4 104/1
**unauthorized** [1] 39/24
**uncertain** [2] 60/12 136/21
**uncomfortable** [3] 50/3 50/5 73/21

**unconscious** [6] 42/14 45/4 45/15 60/5 65/24 74/13
**unconsciousness** [1] 73/10
**under** [6] 4/5 10/9 23/1 60/12 60/12 138/25
**undergo** [1] 90/20
**understand** [3] 13/14 46/3 88/11
**understanding** [5] 23/15 102/10 105/14 136/1 137/15
**Understood** [2] 14/12 135/18
**uniform** [7] 29/15 29/15 29/18 29/19 29/20 102/4 104/24
**Union** [3] 107/20 108/8 110/16
**unique** [1] 11/16
**unit** [11] 16/20 23/9 23/13 23/16 23/17 101/5 101/10 101/11 101/14 101/19 101/21
**UNITED** [12] 1/1 1/2 1/11 1/15 21/21 22/22 22/24 23/2 99/11 100/9 135/24 136/22
**Unless** [1] 80/11
**unpack** [1] 42/15
**unrelated** [1] 143/13
**unremarkable** [1] 80/6
**until** [19] 7/8 7/25 13/18 19/19 24/5 44/10 44/25 46/23 59/5 60/20 61/23 61/24 74/15 82/11 89/24 92/16 92/22 92/23 112/11
**unusual** [1] 80/10
**up** [98] 4/17 5/9 8/10 10/14 11/20 13/19 14/14 15/3 16/9 17/10 17/13 17/21 18/17 23/20 23/21 23/24 23/24 24/4 24/10 24/17 29/24 31/14 31/15 31/17 33/12 33/23 34/9 34/18 35/3 35/6 36/18 37/22 38/14 41/10 41/11 41/14 41/15 41/17 42/20 45/22 46/14 48/20 49/8 49/14 50/6 50/9 50/10 51/16

57/8 59/13 59/17 61/2 61/17 61/18 66/17 69/9 73/4 73/5 73/6 80/12 80/18 96/25 97/5 97/23 106/3 106/15 106/18 108/24 109/8 112/11 112/14 112/19 113/13 113/18 115/14 118/15 120/17 120/22 122/1 122/8 122/23 123/6 123/24 124/5 126/15 129/7 132/6 134/6 134/10 135/17 140/9 142/9 142/22 143/6
**upon** [1] 72/2
**upper** [1] 124/20
**upright** [4] 39/4 39/21 39/22 42/20
**upset** [1] 119/25
**upward** [1] 38/16
**Upwards** [1] 5/3
**urine** [1] 61/19
**us** [19] 24/9 35/2 35/20 37/1 63/2 65/9 70/12 75/22 101/16 103/22 107/6 120/18 122/22 132/5 134/10 134/12 141/5 141/18 141/22
**USAfx** [2] 140/3 140/5
**use** [2] 105/1 139/4
**used** [7] 56/14 64/3 104/17 104/18 104/20 121/13 122/22
**user** [1] 57/1
**using** [1] 51/1
**usually** [2] 66/15 105/6

**V**

**VA** [1] 2/10
**Vaguely** [1] 76/1
**variety** [1] 139/3
**various** [2] 17/12 138/12
**vastly** [1] 50/22
**version** [2] 37/19 75/4
**vertigo** [1] 62/4
**very** [5] 49/19 55/24 62/16 66/9 71/5
**vicinity** [3] 7/6 70/4 70/8
**victimized** [1] 94/25
**video** [67] 6/13 9/16

**V**

video... **[65]** 9/17 10/9
15/11 16/11 19/11
20/18 30/4 30/7 31/22
32/18 34/23 34/25
37/17 37/20 39/6 39/7
42/4 43/5 43/8 44/21
46/23 47/19 68/10
68/16 69/5 72/6 72/19
72/25 73/6 73/12 73/16
97/2 97/22 97/24
110/18 112/24 113/5
114/11 114/19 114/23
115/2 115/15 116/2
116/17 117/14 117/17
120/11 121/25 123/16
125/25 128/14 129/13
131/7 131/24 132/19
133/5 136/6 136/18
136/22 136/24 138/1
138/8 138/10 138/11
139/14
**videos [21]** 9/15 11/2
11/3 11/6 11/8 11/8
11/22 12/1 12/4 12/6
12/9 12/10 12/12 12/17
13/1 15/10 60/3 74/15
138/7 139/10 139/21
**view [3]** 70/13 91/8
107/2
**viewed [1]** 58/12
**viewing [2]** 37/17 54/2
**vision [2]** 57/4 57/7
**visit [2]** 83/21 89/5
**voir [1]** 9/20
**volume [1]** 37/24
**vomit [1]** 62/4
**vomited [2]** 76/18 77/2
**vs [1]** 1/4

**W**

**wait [4]** 27/25 59/5
80/20 134/15
**waiting [4]** 81/13
82/14 82/15 136/10
**waking [2]** 57/8 61/18
**walk [4]** 62/3 62/7
108/2 108/5
**walked [1]** 113/12
**walking [1]** 31/12
**walks [1]** 74/3
**walkway [19]** 5/1 6/9
8/6 8/25 14/23 14/24
16/17 25/3 25/3 25/15

25/19 26/22 27/18
27/20 28/13 28/23
109/9 110/11 132/7
**wandered [1]** 51/9
**want [36]** 6/16 7/22
10/19 12/21 12/23
13/24 14/8 19/7 20/2
23/24 25/7 28/5 29/4
46/19 57/12 58/18 79/4
84/4 84/6 84/14 87/9
88/24 89/2 94/15 104/6
121/1 121/2 121/5
123/12 123/12 125/1
130/5 130/12 132/14
134/15 137/6
**wanted [10]** 13/19
29/12 58/25 78/6 89/2
91/23 92/24 95/16
118/15 134/21
**wants [1]** 89/21
**ward [1]** 75/22
**was [332]**
**Washington [6]** 1/8
1/16 2/3 2/6 2/15 22/2
**wasn't [9]** 11/22 24/5
37/1 46/4 55/1 56/1
119/11 133/16 143/7
**watch [6]** 45/3 70/12
71/18 72/5 73/12 98/5
**watched [2]** 45/4 97/2
**watching [3]** 37/19
47/16 107/20
**water [4]** 52/5 75/3
75/4 108/14
**water-based [1]** 75/4
**way [11]** 4/18 10/22
30/10 32/5 37/2 56/5
60/6 61/20 116/24
117/1 117/4
**ways [2]** 93/11 94/8
**we [171]**
**we'd [3]** 50/25 64/24
135/1
**we'll [8]** 70/12 70/22
82/10 103/18 142/8
143/5 143/19 143/20
**we're [17]** 9/19 9/21
11/15 30/10 45/11 62/1
67/6 72/22 81/14 127/8
133/14 133/22 136/10
139/22 140/15 141/24
142/4
**we've [8]** 9/7 10/14
11/20 14/5 27/16 46/20

50/4 134/6
**weapons [3]** 17/5 21/2
21/4
**wear [4]** 98/5 98/8 98/8
102/1
**wearing [7]** 5/15 9/11
29/14 29/16 116/13
116/14 126/9
**Wednesday [1]** 111/21
**week [8]** 66/11 66/14
83/7 83/16 86/14 87/13
89/12 142/14
**weeks [3]** 61/22 85/1
85/13
**weighs [1]** 117/10
**weight [5]** 10/17 11/7
12/12 12/13 12/24
**Welcome [1]** 4/4
**well [23]** 12/4 31/15
32/25 51/10 54/10
62/13 63/8 64/11 69/7
70/9 70/13 76/10 79/22
79/23 80/19 80/20
81/11 83/7 87/20 93/1
97/11 121/23 124/20
**went [14]** 34/18 51/16
52/21 57/15 61/9 75/21
78/14 79/4 79/12 83/3
83/4 83/5 85/22 143/1
**were [183]**
**west [21]** 7/4 24/12
24/15 24/21 24/25 25/4
25/14 25/22 29/12 48/6
50/17 50/19 51/5 51/13
51/16 51/17 51/20
73/18 100/24 105/12
105/20
**wet [1]** 61/10
**what [159]**
**what's [12]** 11/1 17/2
27/9 44/19 44/21 47/24
71/22 92/4 100/10
109/3 120/13 129/21
**whatever [4]** 46/19
93/4 102/7 102/7
**wheeled [1]** 65/19
**when [79]** 5/9 9/9
15/11 16/5 21/2 21/3
24/4 24/25 25/14 26/6
28/3 28/7 29/1 29/14
33/13 33/15 38/14
38/18 39/18 41/13
42/13 42/25 43/10 45/7
46/20 47/8 49/13 50/5

51/25 52/22 53/4 53/16
53/25 54/1 55/16 55/19
58/12 58/21 59/19
59/23 59/24 64/10 69/9
72/19 77/13 77/15 81/8
86/13 87/2 90/4 91/11
91/20 92/9 92/20
105/19 106/7 107/14
107/19 107/21 107/22
107/25 108/23 113/17
117/6 117/7 118/13
118/18 118/20 119/14
120/2 120/3 120/15
121/19 121/23 123/9
125/6 125/7 126/18
128/5
**whenever [2]** 99/23
134/11
**where [74]** 7/4 7/16
11/3 11/9 11/20 12/5
14/3 14/18 24/12 25/18
27/17 30/9 31/13 32/12
33/5 33/10 34/17 35/20
35/21 36/1 38/11 39/11
41/8 42/18 43/12 43/22
44/22 45/5 46/3 48/5
51/15 51/18 51/19
53/17 54/8 55/2 55/7
55/20 56/3 56/6 56/11
56/17 56/20 56/24 58/7
58/16 60/3 60/4 60/24
65/16 66/21 70/23 77/7
79/11 81/19 86/23
100/8 105/11 107/3
107/25 108/5 109/7
110/3 110/25 111/2
114/4 122/13 124/1
124/13 124/23 129/19
130/10 136/20 138/11
**whether [9]** 12/12
37/14 76/8 76/12 102/9
122/14 124/22 142/24
143/8
**which [26]** 10/7 10/20
15/8 20/4 23/9 23/13
30/14 61/1 63/20 64/12
73/20 75/8 76/7 77/4
78/15 80/9 80/14 83/5
91/2 112/7 113/10
137/1 138/14 139/5
139/16 142/2
**while [7]** 15/10 58/23
59/10 87/17 101/10
119/20 135/5

## W

**white [10]** 9/2 19/16 20/5 75/18 75/19 75/20 75/23 75/24 77/23 83/9
**who [37]** 8/4 14/4 20/4 23/19 27/2 27/11 27/13 30/17 33/8 33/11 34/10 34/13 40/10 41/17 43/3 47/6 49/8 50/6 50/9 50/10 54/11 54/12 60/5 60/11 73/5 74/14 74/14 87/18 112/19 115/20 121/25 129/25 130/14 138/13 140/7 140/9 141/11
**whole [4]** 22/3 48/1 99/18 138/7
**whom [1]** 9/10
**why [50]** 5/23 9/11 18/9 24/4 28/10 37/2 38/9 38/25 39/22 40/22 40/25 40/25 41/11 41/11 44/4 44/18 44/19 45/14 48/9 49/2 49/18 50/4 52/8 52/8 53/20 56/8 56/10 56/10 60/2 65/14 78/17 79/13 102/5 102/10 102/13 104/5 105/1 105/14 113/14 113/15 117/4 118/16 118/25 122/19 128/7 130/6 130/8 132/12 134/16 142/23
**will [20]** 10/18 12/5 12/13 12/24 22/2 22/2 66/15 71/18 82/9 99/17 102/8 119/25 128/24 135/8 140/2 140/12 140/13 140/20 141/15 143/18
**willing [3]** 95/19 136/13 138/3
**winter [2]** 29/23 49/4
**wish [1]** 135/14
**within [8]** 77/9 77/14 100/12 102/17 102/21 105/21 108/22 112/8
**without [3]** 4/21 6/10 14/4
**witness [24]** 3/2 7/18 9/14 10/3 11/13 13/23 14/14 21/8 21/18 21/20 81/17 81/19 81/23 99/1 99/7 99/9 107/11

**witnesses [5]** 60/4 60/5 140/8 140/16 141/25
**won't [2]** 94/4 134/11
**Woodward [8]** 2/2 2/2 3/6 10/6 81/7 84/11 97/16 142/23
**word [2]** 46/5 77/18
**work [32]** 23/22 48/1 51/3 54/22 64/1 64/7 65/17 81/1 81/3 81/6 81/6 82/3 82/6 82/8 84/2 84/4 84/6 84/9 84/14 88/21 89/19 92/9 95/21 100/8 100/9 101/6 102/17 102/21 102/24 103/24 105/7 105/19
**worked [2]** 11/14 93/22
**working [4]** 23/13 57/15 66/5 122/9
**works [1]** 23/17
**world [1]** 95/15
**worried [1]** 130/8
**worrying [4]** 80/10 80/15 80/16 80/23
**would [69]** 5/1 10/24 13/5 13/14 13/22 16/20 26/18 27/10 27/11 27/11 27/12 31/20 34/5 35/3 41/24 50/20 50/21 50/24 51/1 56/10 61/21 61/22 62/3 62/15 62/15 66/10 66/11 66/15 70/18 70/21 71/4 77/8 77/8 78/20 80/16 81/4 85/9 87/21 91/25 92/3 92/4 93/1 93/5 95/1 95/2 95/19 103/1 105/19 107/3 107/6 108/11 108/20 109/21 109/23 110/6 111/15 117/9 117/9 124/9 125/9 127/15 129/19 136/14 137/20 138/9 139/7 139/13 140/24 141/23
**wouldn't [4]** 74/15 96/16 102/5 105/1
**wounded [2]** 95/20

**write [1]** 94/22
**writing [2]** 94/20 95/6
**written [4]** 68/1 135/13 135/15 138/4
**wrong [2]** 57/16 57/23
**wrote [1]** 94/16

## X

**xxx [1]** 82/12

## Y

**yeah [24]** 17/15 26/3 49/16 52/11 65/11 68/8 71/1 80/20 100/14 101/4 103/14 104/1 107/8 111/7 111/8 112/19 113/16 115/20 116/25 119/7 120/15 129/23 130/22 134/6
**year [6]** 11/17 64/11 64/23 65/2 65/6 92/17
**years [7]** 11/14 23/1 71/23 81/4 95/14 96/12 101/1
**yes [189]**
**yesterday [1]** 13/17
**yet [1]** 90/11
**York [1]** 68/2
**you [861]**
**you'd [3]** 70/12 81/13 135/17
**you're [21]** 4/5 17/13 25/1 26/6 29/16 40/19 55/16 69/17 80/19 83/5 84/22 93/11 98/7 99/5 99/23 110/25 121/12 122/14 125/1 127/14 134/11
**you've [10]** 7/5 35/16 55/7 57/20 68/1 80/8 80/13 94/12 97/2 97/4
**your [180]**
**Your Honor [47]** 4/7 5/16 9/4 9/9 9/22 10/5 13/2 13/5 14/12 14/16 15/5 16/23 17/14 18/13 21/10 21/17 21/21 33/17 37/6 41/21 49/21 63/11 64/24 93/25 98/14 98/23 99/10 99/24 103/5 122/10 122/17 122/25 124/21 127/2 133/18 134/1

134/14 135/6 135/12 135/18 137/20 139/11 140/7 140/22 141/2 141/15 143/10
**Your Honor's [1]** 135/21
**yours [1]** 31/1
**yourself [26]** 7/14 7/16 30/6 30/13 32/9 32/14 35/11 37/15 38/2 39/9 44/13 48/24 50/17 62/9 63/5 70/13 70/14 113/3 113/4 114/19 114/21 117/14 126/2 129/17 131/11 131/15

## Z

**zero [1]** 6/7
**zip [2]** 35/23 117/2
**zip-tied [2]** 35/23 117/2
**zone [1]** 39/25