**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES OF  AMERICA,              Criminal Action
                                        No. 1:21-0537
                 Plaintiff,

     vs.
                                        October 30, 2023
RYAN SAMSEL - 1,                        9:30 a.m.
JAMES TATE GRANT - 2,
PAUL RUSSELL JOHNSON - 3,
STEPHEN CHASE RANDOLPH - 4,
JASON BENJAMIN BLYTHE - 5,

                 Defendants.           Washington, DC
```
_____

TRANSCRIPT OF BENCH TRIAL - DAY **5**
**BEFORE THE HONORABLE JIA M. COBB**
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For Plaintiff:**                      **Kyle Mirabelli**
                                        **Joseph Hutton Marshall**
                                        United States Attorneys Office
                                        601 D Street NW, Suite 6-725
                                        Washington, DC  20001
                                        202-815-4028

                                        **Christopher Brunwin**
                                        U.S. Attorneys Office
                                        Federal Courthouse
                                        312 N. Spring Street, 13th Floor
                                        Los Angeles, CA 90012
                                        213-894-4242

                                        **Alexandra Foster**
                                        DOJ - U.S. Attorneys Office
                                        880 Front Street, Room 6293
                                        San Diego, CA  92101-8807
                                        619-546-6735

APPEARANCES CONTINUED:

For Deft. Samsel:          **Stanley Woodward**
                          BRAND WOODWARD LAW, LP
                          400 Fifth Street, Northwest
                          Washington, DC 20001
                          202-996-7447

For Deft. Grant:           **Robert A. Feitel**
                          LAW OFFICE OF ROBERT FEITEL
                          1300 Pennsylvania Avenue NW
                          Washington, DC 20008
                          202-255-6637

For Deft. Johnson:         **Lauren Rosen**
                          **Todd M. Richman**
                          OFFICE OF FPD-EDVA
                          1650 King Street, Suite 500
                          Alexandria, VA 22314
                          703-600-0819

For Deft. Randolph:        **Angel Halim**
                          3580 Indian Queen Lane
                          Philadelphia, PA 19129
                          215-300-3229

For Deft. Blythe:          **Stephen Brennwald**
                          BRENNWALD & ROBERTSON, LLP
                          922 Pennsylvania Avenue, SE
                          Washington, DC 20003
                          301-928-7727

Reported By:               **Stacy Johns, RPR**
                          Official Court Reporter
                          U.S. District & Bankruptcy Cts.
                          333 Constitution Avenue, NW
                          Washington, DC 20001
                          Stacy_Johns@dcd.uscourts.go

*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

# I N D E X

| GOVERNMENT WITNESSES | PAGE |
|---|---|
| OFFICER AUGUSTINE (Cont'd) | |
| Cross-Examination By Mr. Woodward | 14 |
| Redirect Examination By Mr. Mirabelli | 18 |
| SPECIAL AGENT CRAIG NOYES | |
| Direct Examination By Mr. Mirabelli | 20 |
| Cross-Examination By Mr. Feitel | 32 |
| SPECIAL AGENT KACY JONES | |
| Direct Examination By Mr. Brunwin | 60 |
| Cross-Examination By Mr. Halim | 76 |
| SPECIAL AGENT DESIRAE MALDONADO | |
| Direct Examination By Mr. Marshall | 92 |
| Cross-Examination By Ms. Rosen | 127 |
| SPECIAL AGENT STEWARD CURCIO | |
| Direct Examination By Ms. Foster | 133 |
| Cross-Examination By Mr. Woodward | 191 |

# E X H I B I T S

| GOVERNMENT EXHIBITS | ADMIT |
|---|---|
| 1102C, 1102D | 30 |
| 1102A, 1102B | 30 |
| 611 | 96 |
| 1105A, 1105B, 1105C, 1105D, 1105E, 1105F, 1105G, 1105H, 1105I, 1105J, 1105K, 1105L, 1105M, 1105N, 1105O, 1105P, | 101 |

```
                         INDEX (continued)


GOVERNMENT EXHIBITS                                        ADMIT
  1105Q

526                                                         126

408                                                         147

407                                                         150

503                                                         191

1201, 1201A, 1201B, 1201C, 1201D                            237

1203, 1203A, 1203B                                          237

1202, 1202A, 1202B, 1202C, 1202D, 1202E, 1202F, 1205        237
```

<b>P R O C E E D I N G S</b>

1

2     DEPUTY CLERK:  Your Honor, we're on the record in

3  criminal Case 21-537, United States of America versus Ryan

4  Samsel, et al.  All counsel and defendants are present.

5     THE COURT:  Okay.  Good morning.  Do we need to

6  address anything before calling the Government's witness?

7     MS. ROSEN:  Your Honor, we would -- sorry, so loud.

8  Lauren Rosen and Todd Richman on behalf of Mr. Johnson.  We

9  would like some clarity on the Court's scheduling for this

10  week, just because, obviously, our client is traveling from out

11  of town and paying to be here.  I didn't know if the Court was

12  planning to sit all days this week or not all days.  So if we

13  could just figure that out.

14     THE COURT:  So I think as of now, unless Mr. Woodward

15  tells me otherwise, we're not sitting Wednesday.

16     Is that right, Mr. Woodward?

17     MR. WOODWARD:  Yes, Your Honor.  Thank you.

18     THE COURT:  And then we're not sitting Friday,

19  consistent with our earlier agreement.

20     MS. ROSEN:  Thank you, Your Honor.

21     MR. FEITEL:  Your Honor, I don't want to stop this

22  morning's proceedings but I do object to any break in the

23  proceedings.  With all due respect, this case is in trial and I

24  can't imagine that in the hierarchy of Court's proceedings,

25  there's something that's more important.  So I do object.  I

1  have things scheduled for next week.  I'll be glad to address

2  this later but I do object.

3          THE COURT:  Let's see how far we go.  Because it looks

4  like the Government may wrap up its case, and this may not be a

5  live issue.  So let's proceed.

6          MS. HALIM:  Your Honor.  I also -- I emailed the

7  Chamber's account regarding some issues that I wanted to raise.

8  It pertains only to Special Agent Kacy Jones, which I don't

9  think -- I mean, we've still got one witness on the stand.  I

10  don't think she's going to be the very next witness.  But I do

11  want to make sure I have an opportunity to be heard on a few

12  different legal issues before she testifies.

13          And I join Mr. Feitel's objection with all deference

14  and due respect to my colleague that a break in this case

15  presents a hardship for me as well.

16          THE COURT:  Okay.  Let's see.  Do you want to deal

17  with the issues regarding Jones now, Ms. Halim, or do you want

18  to wait until right before the witness is called?

19          MS. HALIM:  I will defer to the Court.  I'm happy to

20  raise them now.  Also happy to wait until whenever she's going

21  to be called.  I'm not sure what the order of the Government's

22  witnesses are.

23          THE COURT:  Do you expect to get to that witness

24  today?

25          MR. BRUNWIN:  I think we definitely will get to that

1    witness today.  Let me just tee up what I think the issue is.

2    Maybe that will help the Court to decide whether --

3              MS. HALIM:  There's more than the Government is aware

4    of.  Let me just say that.

5              MR. BRUNWIN:  I'll speak to what I'm aware of and if

6    it's beyond that -- I think that the Government had

7    indicated -- told defense counsel that it was going to play --

8    there are several recordings by Mr. Randolph, recorded

9    interviews with Mr. Randolph.  The Government indicated that

10   it's going to play -- told defense counsel it's going to play

11   one of those.  I think defense counsel -- and I'm not speaking

12   for you, but wants to play all of them or much more than that,

13   under Rule 106.

14             The Government would object that there would be a

15   hearsay issue if defense counsel tries to offer additional

16   recordings.  But we can take that up later or now, as the Court

17   sees fit.

18             THE COURT:  Okay.  Ms. Halim, do you want to speak to

19   it?

20             Is there by any chance a transcript of the statements

21   or is it just -- okay.

22             MS. HALIM:  There is no transcript which is what made

23   it a time-consuming project to parse through the segments that

24   the Government proffered that they were going to move.

25             So yes, the Government has told me that there are two

exhibits that they intend to introduce through Special Agent

Jones, Exhibits 523 and 525.  And the Government has said with

respect to Exhibit 523 that they want to play -- it's a

21-minute recording in total, and the Government has said by

email that they wanted to play from the 14-minute mark through

the conclusion of that recording.

       And I would ask that under Rule 106, that in fairness

what ought to be considered is the first 14 minutes as well,

because this is an undercover recording where two agents pose

as a married couple, and they work very hard to bait

Mr. Randolph.  And those 14 minutes are incredibly important to

the context of what comes later in terms of what Mr. Randolph

then eventually shares with them.  So that's with respect to

Exhibit 523.

       As it pertains to Exhibit 525, that's a post-arrest

interview statement.  And the Government has given me three

different segments that they intend to play.  And I have

countered with the segments that I think ought to be considered

in fairness, pursuant to Rule 106, and I've emailed those to

the Government, and we can get into the weeds of all those but

there are a lot of couple minutes here, couple minutes there.

So I'll just for now say that I have told the Government which

sections I believe ought to be considered in fairness as well.

       I have three additional issues that I want to raise

before Agent Jones testifies.  In an email over the weekend,

1    the Government indicated that Agent Jones would be summarizing

2    portions of Mr. Randolph's statements, and I would object to

3    any agent's summary of a statement that we have in a verbatim

4    recording.

5          I also, to the extent the Government intends to have

6    the agent listen to portions of the statement and then look at

7    other video, for example, to compare what the video shows

8    versus what Mr. Randolph showed, I would object to any

9    commentary or narration of other Government exhibits,

10   particularly when I'm almost positive they are exhibits that

11   not only has the Court already seen those exhibits, because

12   they've been admitted, I think we've all seen them upwards of

13   five or six times at this point.

14         So I object to any agent's summary of an interview

15   that's recorded verbatim and I object to any commentary or

16   narration of other video evidence, particularly if it's already

17   in the record, because that would be cumulative.

18         Also, in reviewing Exhibit 525, it's not your typical

19   question/answer interview format.  It's a hybrid blend of a lot

20   of things.  There are questions posed and answers given but

21   there are also a large number of the agent just making

22   statements, testifying, saying things as though they are fact.

23         And I know the Court knows this but I just want to put

24   on the record that anything that the agent says, any

25   declarative statements, any factual representations that are

1    made, that those are not being considered for the truth.  But

2    just part and parcel of that recorded interview.

3          And then lastly I am going to ask for permission from

4    the Court to permit cross-examination of Agent Jones on the

5    fact that the other agent that was with her, Mr. Van Alstein

6    (ph) -- I'm not sure how to pronounce his name -- he was the

7    primary driver of the recorded conversation that is the subject

8    of Government's Exhibit 523.

9          And I'm going to ask the Court for permission to

10   cross-examine Agent Jones on the fact that Mr. Van Alstein now

11   has a pending indictment in the Eastern District of Kentucky, a

12   three-count indictment for firearms charges, for alleged

13   conduct that dates back to 2020, prior to the time of making

14   the undercover recorded statement of Mr. Randolph, which

15   occurred on April 13th of 2021.

16         And those are the issues I had to raise.

17         THE COURT:  Okay.

18         MR. RICHMAN:  Thank you, Your Honor.

19         THE COURT:  Go ahead.

20         MR. RICHMAN:  I don't know if Ms. Halim had anything

21   further.  Did you have anything else?

22         MS. HALIM:  Subject to questions from the Court or

23   rebuttal to whatever the Government is going to say.

24         MR. RICHMAN:  Your Honor, on behalf of Mr. Johnson --

25   because this relates to the same witness, so before the

1    Government responds I'd like to bring it up.  These, of course,

2    are all statements not on January 6th.  One is post-arrest and

3    one is pre-arrest but after the events.

4          There are some mentions in these statements of a

5    person that could be our client, Mr. Johnson.  I don't think --

6    contextually, I don't think it actually is but there's an

7    argument it could be.  We've been trying to get clarity from

8    the Government whether they think it can be entered as

9    substantive evidence against anybody other than Mr. Randolph.

10   If it were, we would absolutely object.

11         The Government seems to say they think they can get it

12   in.  I don't think there's any rule either under the hearsay

13   rules of confrontation where a defendant -- and this is not a

14   conspiracy case, of course.  So they're not co-conspirator

15   statements.  I don't think there's any rule where those

16   statements could be considered as substantive statements

17   against anybody other than Mr. Randolph.  So we would like to

18   be heard on that to the extent the Government claims that they

19   can be.

20         THE COURT:  Okay.  Does the Government intend to

21   introduce Mr. Randolph's statements against -- or have me

22   consider it against any other defendant other than

23   Mr. Randolph?

24         MR. BRUNWIN:  I'm going to say that we intend to offer

25   them against Mr. Randolph.  There are a number of statements

1    and there are different kinds of statements.  So there are

2    statements by Randolph where he is talking about some of the

3    things that a person -- he doesn't say Mr. Johnson, but a

4    person is saying into a megaphone.  Those clearly match up to

5    events on the scene.

6         So that kind of statement would not be hearsay because

7    it is more -- it's not offered for the truth of the matter

8    asserted at any level.  We talked about that with defense

9    counsel.  It would be, obviously, an admission as to

10   Mr. Randolph, but the fact that Johnson is making statements

11   into a megaphone, those aren't offered for the truth; they're

12   describing the events.

13        The description that -- and the descriptions that he

14   makes of a person, as we've said to defense counsel, those

15   match up to exhibits and evidence that the Court has seen

16   describing the actions that match up to Johnson.  So the

17   Government's response is the Government would not be offering

18   these for a hearsay purpose, and that the statements made by

19   Mr. Randolph are admissions as to Mr. Randolph.

20        And I can go back and talk about Ms. Halim's issues

21   with regard to the recordings, if we want to take that up now,

22   or if we want to hold on to that later.

23        THE COURT:  When are you planning to call Agent Jones?

24        MR. BRUNWIN:  I think she will be -- Augustine is on

25   the stand right now.  We will be calling a different witness

| | |
|---|---|
| 1 | after Mr. Augustine is finished.  And then Kacy Jones will |
| 2 | testify either as the second or third new witness today. |
| 3 | THE COURT:  Okay.  Let's plan to take this up right |
| 4 | before that testimony, and then we can wrap up this issue. |
| 5 | But do you want to be heard, Mr. Richman, on the |
| 6 | non-hearsay? |
| 7 | MR. RICHMAN:  I did want to respond to what the |
| 8 | Government just said. |
| 9 | THE COURT:  Yes. |
| 10 | MR. RICHMAN:  First of all, arguably the statements by |
| 11 | Mr. Johnson that might be described might not be offered for |
| 12 | the truth but the statement that Mr. Randolph saw a gentleman |
| 13 | using a megaphone and speaking into it is offered for the |
| 14 | truth.  And his statements -- he talks, for example, about him |
| 15 | having long, black hair, about him probably being an Antifa |
| 16 | person.  If he were testifying, I would confront him about that |
| 17 | and clarify that that's probably not Mr. Johnson because that |
| 18 | doesn't match the description, but I can't cross-examine him. |
| 19 | That's why it doesn't come in. |
| 20 | THE COURT:  Okay.  We will deal with that before Agent |
| 21 | Jones testifies. |
| 22 | Are we ready to have the witness resume the stand? |
| 23 | Can we bring the witness in. |
| 24 | DEPUTY CLERK:  Mr. Augustine, you're still under oath. |
| 25 | MR. WOODWARD:  Ms. Franklin, can I trouble you for the |

Augustine - CROSS

1    screen.
2                    DEPUTY CLERK:  Yes, you may.
3                         CROSS-EXAMINATION
4    BY MR. WOODWARD:
5    Q.  Officer Augustine, I appreciate you coming back.
6    A.  No problem.
7    Q.  This is Government's Exhibit 202.  I'm at marker nine on
8    the counter, and the CCTV video reflects that it is 1:57 p.m.
9        Officer, on Friday, do you recall being asked to identify a
10   gentleman in a red hat several times throughout your testimony?
11   A.  I do.
12   Q.  Would you show us again, sir, where is the gentleman in the
13   red hat that you were asked to identify?
14   A.  There are several red hats in this photograph.  The section
15   that we are looking at, and if I had to sit there and put it, I
16   would say right there, sir.
17   Q.  Okay.  Now, in preparation for your testimony on Friday you
18   met with the Government several times, correct?
19   A.  Once, sir.
20   Q.  When about was that?
21   A.  I don't recall the date.
22   Q.  Do you recall what year it was?
23   A.  It was 2023.
24   Q.  Do you recall roughly what month it was?
25   A.  It would have been either the end of September or beginning

Augustine - CROSS

1   of October.

2   Q.  And in your preparation with the Government, you were shown

3   this and other videos?

4   A.  I was shown several -- or a photograph and some videos,

5   yes.

6   Q.  And you were advised that they would ask you to identify

7   the gentleman in the red hat, correct?

8   A.  I don't recall the exact conversation of it being put that

9   way.

10  Q.  Well, the first time you heard about the gentleman in the

11  red hat was not when you were testifying, correct?

12  A.  Correct.

13  Q.  And so in that prep session there was some discussion about

14  a plank throw, wasn't there?

15  A.  Can you repeat, sir?

16  Q.  In that prep session, there was some discussion about a

17  plank throw?

18  A.  Are you referring to the thing that looked like a

19  two-by-four, the piece of wood?

20  Q.  Whatever it was, yes.

21  A.  Yes.

22  Q.  Do you know it was a two-by-four?

23  A.  I don't.  I'm just going off what I recall from seeing in

24  the pictures.

25  Q.  Do you know what material the object was made of?

Augustine - CROSS

1   A.  I don't know specific, but it looked like something

2   consistent with a two-by-four piece of wood.

3   Q.  A two-by-four.  Could it have been plastic, though?

4   A.  I don't know, sir.

5   Q.  You didn't see it hit any of your officers, correct?

6   A.  In the video we watched, no.

7   Q.  And to your knowledge, it didn't hit any of your officers,

8   correct?

9   A.  I don't know.

10  Q.  So what you do know is what you saw in the video that the

11  Government showed you in prep and when you were on the stand?

12  A.  Yes, sir.

13  Q.  At the time, you don't recall this incident, correct?

14  A.  At the time of the incident?

15  Q.  Yeah.

16  A.  It would be unfair for me to speculate.  But no, until I

17  saw that video I didn't recall that incident happening.

18  Q.  So until you saw the video played for you by the

19  Government, you did not recall that happening?

20  A.  I think that's fair.  But I don't know if that's the best

21  characterization of that.  There was a lot of things that

22  happened that day.

23  Q.  So, sir, would it surprise you to learn that, in fact, you

24  have not circled --

25  A.  It would not.

Augustine - CROSS

1    Q.  -- the gentleman in the red hat?

2    A.  No, it would not.

3    Q.  Because there's a lot of people there?

4    A.  Yes.  Like I said in my testimony, there's several red hats

5    in that photograph, and where I was was the approximate

6    location of when we watched that video.

7    Q.  I'm just going to play this forward a few seconds.

8         (Video played.)

9    Q.  Do you see now what it was you were asked to circle on

10   Friday?

11   A.  I do.  And I would also reference that when you have the

12   photo stopped, you actually cannot see the person that we were

13   describing actually have a red hat on.  It wasn't until you

14   play the video and the person turns that you see the redness of

15   the hat -- or at least I see the redness of the hat.

16   Q.  I see.  Among a sea of red hats?

17   A.  Yes, sir.  That is fair.

18   Q.  When you --

19        MR. WOODWARD:  The Court's brief indulgence.

20   BY MR. WOODWARD:

21   Q.  That individual that you circled, sir, do you recall any

22   other specific details about them?  For example, did they have

23   any facial hair?

24   A.  I don't understand the question.

25   Q.  Did the individual you circled for us on Friday, did that

1  person have any facial hair?

2  A.  I don't recall.

3  Q.  Were they allegedly throwing something with their left or

4  their right hand?

5  A.  I don't want to -- without watching the video, I couldn't

6  say for sure and I wouldn't want to speculate.

7  Q.  Do you recall the color of their skin, sir?

8  A.  It was a white male.

9  Q.  A white male, you're sure of that?

10  A.  The way it appeared in the video, it appeared to be a white

11  male.  But I do not know the demographics of that specific

12  person.

13  Q.  So everything that you're testifying about is coming

14  exclusively from the video that you watched?

15  A.  Yes, sir.

16      MR. WOODWARD:  Thank you, sir.

17      THE COURT:  Did anyone else have cross-examination for

18  the captain on the defense side?  Okay.  Any redirect?

19      MR. MIRABELLI:  Briefly, Your Honor.

20                    REDIRECT EXAMINATION

21  BY MR. MIRABELLI:

22  Q.  Captain Augustine, at around 1:57 p.m. or around 2:00 p.m.,

23  while you were on the West Front, what's going on at that time?

24  A.  A lot.  There's a lot of going on.  Obviously, you see from

25  the pictures there's a large crowd.  There's chaos that goes on

1   that subsides and then escalates, subsides and then escalates.
2   There was a lot of stuff.  I hate to use the word "stuff" but
3   there was a lot of stuff going on.
4   Q.  Specifically, some of that stuff, what were the police
5   doing to disperse the crowd?
6   A.  During that time -- I'm not sure about that specific time
7   but I will sit there and say, during that time of being on the
8   Capitol, the police have used a line to sit there and hold the
9   crowd back, which, obviously, we saw in the video was just one
10  instance of stuff being thrown.  We know that there was
11  chemical spray dispersed from the police and from the crowd.
12  And there was also announcements given to sit there and ask the
13  crowd to leave.
14  Q.  If you had to estimate, how many times do you think things
15  were thrown at you or your officers on January 6th?
16  A.  Again, I hate to use the word, but I would say a lot.
17  Q.  Do you recall any specific instances of things being thrown
18  at you?
19  A.  Without speculating, I sit there and I vaguely remember --
20  there was, again, a lot of things going on that day.  So to be
21  very specific on the times and how many things were thrown,
22  what was thrown, would be very difficult for me right now.
23  Q.  Okay.  But fair to say you recall things being thrown at
24  the line of officers?
25  A.  Yes.  There was even to one point I even asked an officer

Noyes- DIRECT

```
1   who did not have a helmet on the line that it would be safe for
2   them to go get a helmet because of that.
3   Q.  Because of items being thrown?
4   A.  Yes.
5            MR. MIRABELLI:  No further questions.
6            THE COURT:  Okay.  Is Captain excused for the defense
7   side?  Government?
8            Okay.  Thank you.
9            THE WITNESS:  Thank you.
10           THE COURT:  You can call your next witness.
11           MR. MIRABELLI:  Call Special Agent Craig Noyes for the
12  FBI.
13           DEPUTY CLERK:  Sir, please raise your right hand.
14                       SPECIAL AGENT CRAIG NOYES,
15  having been first duly sworn on oath, was examined and
16  testified as follows:
17                          DIRECT EXAMINATION
18           THE COURT:  Whenever you're ready.
19  BY MR. MIRABELLI:
20  Q.  Good morning.  Can you please introduce yourself to the
21  Court by stating your name, your position and also spelling
22  your last name for the court reporter?
23  A.  Yes.  My name is Craig Noyes, N-O-Y-E-S, and I'm a Special
24  Agent with the FBI.
25  Q.  As a Special Agent, what are some of your duties and
```

Noyes- DIRECT

1   responsibilities?

2   A.   I currently serve on the Joint Terrorism Task Force, and as

3   part of that I investigate violations of federal law involving

4   domestic terrorism.

5   Q.   What office do you work out of?

6   A.   I work in the Raleigh resident agency.

7   Q.   How did you become involved in this case?

8   A.   I became involved in this case after the Washington field

9   office notified our office in Raleigh of a tentative

10  identification on one of the unknown subjects, referred to as

11  AFO-50.

12  Q.   What does AFO-50 mean?

13  A.   After January 6th happened, there were numerous unknown

14  subjects that Washington field office was looking to identify.

15  And then in order to categorize who was who, they named them or

16  gave them a number and then the individual -- one individual

17  they were looking at was AFO-50, is how he was identified.

18  Q.   And how did -- or why did AFO-50 come to be assigned to the

19  Raleigh resident agency?

20  A.   The Washington field office received a tentative

21  identification that AFO-50 was James Grant, who was residing in

22  Holly Springs, North Carolina, which falls to my territory in

23  the Raleigh resident agency.

24  Q.   As part of your investigation did you review video footage

25  from the Capitol grounds on January 6th?

Noyes- DIRECT

```
1    A.  Yes, I did.

2    Q.  What did you do to further identify Mr. Grant?

3    A.  There was an interview conducted of an individual who had

4    interacted with Mr. Grant.  We issued and received some grand

5    jury subpoenas, and then I went out and physically surveilled

6    Mr. Grant to verify that he was the individual in those videos.

7    Q.  When you watched those videos did you learn what Mr. Grant

8    was wearing on January 6th?

9    A.  Yes, I did.

10   Q.  What was he wearing?

11   A.  He was wearing black Nike shoes.  He was wearing dark

12   sweatpants.  He was wearing a black jacket.  He was wearing a

13   skull gaiter mask.  And then he had a hat on that had a North

14   Carolina emblem on it.

15         MR. MIRABELLI:  Can you pull up, Ms. Hayman,

16   Government's Exhibit 308 and go to 2:08.

17         Do I need to press something?

18         DEPUTY CLERK:  No.  I'm pressing plaintiff's table.

19   It's just not moving?  It shows.

20         THE COURT:  I don't have a picture either.

21         DEPUTY CLERK:  Do you have it on your screen?

22         THE COURT:  No.

23         DEPUTY CLERK:  Okay.  Let's go back.

24         THE COURT:  Now I do.

25   BY MR. MIRABELLI:
```

Noyes- DIRECT

1  Q.  Do you recognize anyone at 2:08 in Government's
2  Exhibit 308?
3  A.  Yes, I do.
4  Q.  Who do you recognize?
5  A.  I recognize Mr. Grant.
6  Q.  Was this one of the images you used to identify Mr. Grant
7  around this time in your investigation as having been on the
8  Capitol grounds?
9  A.  Yes.
10 Q.  Did there come a time when you placed Mr. Grant under
11 arrest?
12 A.  Yes.
13 Q.  When was that?
14 A.  That was on October 14th, 2021.
15 Q.  During the arrest processing, approximately how much time
16 did you spend with him?
17 A.  I spent about two hours with him.
18 Q.  Was there anything notable about what he was wearing at the
19 time he was arrested?
20 A.  Yes.  When he came to meet with us he was wearing the shoes
21 that he was wearing on January 6th.  He was wearing the pants
22 that he was wearing on January 6th.  And he had the skull
23 gaiter mask.
24 Q.  Did you, during the arrest processing, become familiar with
25 the way Mr. Grant looked in person?

Noyes- DIRECT

1    A.   Yes.

2    Q.   If you saw Mr. Granted today would you recognize him?

3    A.   Yes, I would.

4    Q.   Do you see Mr. Grant in court today?

5    A.   Yes, I do.  The individual behind you, standing up.

6    Q.   Can you just indicate what that individual is wearing?

7    A.   Yes.  He's wearing a light blue collared shirt with a white

8    undershirt with black hair.

9         MR. MIRABELLI:  For the record, the witness has

10   identified the defendant.

11   BY MR. MIRABELLI:

12   Q.   During your investigation, did you become familiar with the

13   Capitol building and grounds?

14   A.   Yes, I did.  I had the opportunity to tour it on two

15   occasions.

16   Q.   And how did the tour come about?

17   A.   The tour came about in preparation for some of my other

18   investigations.

19        MR. MIRABELLI:  I want to go to Government's

20   Exhibit 332.  Approximately 22 seconds.

21     (Video played.)

22   BY MR. MIRABELLI:

23   Q.   Do you see Mr. Grant in this image?

24   A.   Yes, I do.

25   Q.   Where is he?

Noyes- DIRECT

1   A.   Am I able to touch screen?

2   Q.   Yes.

3   A.   He's the individual here wearing the black skull gaiter

4   mask and black-and-gray hat.

5        MR. MIRABELLI:  For the record, the witness has

6   circled the individual off to the center of the right of the

7   screen in all black with a skull mask on.

8        Could you just play from here from 22 seconds.

9   (Video played.)

10       MR. MIRABELLI:  Pausing at 1:46.

11  BY MR. MIRABELLI:

12  Q.   Do you see Mr. Grant, the defendant, here?

13  A.   Yes, I do.

14  Q.   Where do you see him?

15  A.   He's the individual here on the right with that same hat,

16  and now the skull gaiter mask is pulled down.  You can see his

17  face.

18  Q.   During your investigation were you able to get a clear

19  image of this moment?

20  A.   Yes.

21  Q.   Was this also one of the images you used to identify

22  Mr. Grant in your investigation?

23  A.   Yes.

24       MR. MIRABELLI:  Can you pull up Government's

25  Exhibit 302.

Noyes- DIRECT

1          (Video played.)

2          MR. FEITEL:  I object.  We agree that it's Mr. Grant.

3    I'm not sure why playing the videos is at all in furtherance of

4    this case.  I think it's a waste of time and irrelevant at this

5    point.

6          MR. MIRABELLI:  Your Honor, I mean, there's certain

7    moments in time that we have to identify Mr. Grant in that we

8    don't have a stipulation to the effect of Mr. Grant's identity.

9    I understand he's not contesting identity --

10          MR. FEITEL:  Now I'll stipulate.

11          MR. MIRABELLI:  Your Honor, I mean, I think I can

12    certainly streamline but there was also a ruling that we needed

13    to -- for Government's Exhibit 904 to come into evidence, we

14    needed to identify each individual defendant in the particular

15    order in which they were lined up.  We don't -- I think --

16          THE COURT:  Are you stipulating to Mr. Grant in that

17    photo with the name on top?

18          MR. FEITEL:  That would be yes.

19          THE COURT:  Okay.

20          MR. MIRABELLI:  There's also -- I can skip a few

21    exhibits, knowing that.  But there's another exhibit -- I'm not

22    sure -- Government's Exhibit 208, that I'd like the agent to

23    identify Mr. Grant in.  I'm not sure that Mr. Feitel would

24    stipulate to his identity in that either.

25          THE COURT:  You can get to the ones that you have

Noyes- DIRECT

1    questions about.  But if -- just to streamline, if Mr. Grant's

2    stipulating to his identity in several of these exhibits, that

3    might save some time with the Special Agent.

4              MR. MIRABELLI:  Just to be clear, he's stipulating to

5    his identity in 302, 904.

6              If we could pull up Government's Exhibit 208, and go

7    to 27 seconds.

8              (Video played.)

9    BY MR. MIRABELLI:

10   Q.  At 27 seconds, do you see Mr. Grant?  We can play it

11   forward a little bit.

12        (Video played.)

13   A.  Yeah, sorry.  It's a little Where's Waldo.  But yes, I do.

14   I see him.

15   Q.  Can you circle him?

16   A.  (Witness complies.)

17             MR. MIRABELLI:  For the record, the witness has

18   circled an individual with a light colored hat with a black

19   back portion of the hat with a white-and-black mask pulled up

20   over their face, slightly to the right center of the screen.

21   BY MR. MIRABELLI:

22   Q.  Is that fair?

23   A.  Yes.

24             MR. MIRABELLI:  If we can play from 27 seconds to

25   about 39 seconds.

Noyes- DIRECT

1       (Video played.)

2              MR. MIRABELLI:  And if we can go to --

3    BY MR. MIRABELLI:

4    Q.  Do you know the location of this on the Capitol grounds?

5    A.  This is the Lower West Terrace.

6              MR. MIRABELLI:  If we can go to Government's

7    Exhibit 330 at 50 seconds.

8    BY MR. MIRABELLI:

9    Q.  Do you see Mr. Grant here?

10   A.  I do.

11   Q.  Where is he?

12   A.  He's the individual that I just circled.

13             MR. MIRABELLI:  For the record, the witness has

14   circled an individual with a light colored, trucker-style hat

15   with a black rear portion, a yellow logo on the front of the

16   hat and a black-and-white skull mask with a black jacket on the

17   right of center of the screen.

18   BY MR. MIRABELLI:

19   Q.  Is that correct?

20   A.  That's correct.

21   Q.  Does this appear to be the same or similar location as what

22   was depicted in Government's Exhibit 208?

23   A.  Yes.

24   Q.  And as part of your investigation, did you learn where

25   Mr. Grant eventually went on the Capitol grounds?

Noyes- DIRECT

1    A.  Yes.

2           MR. MIRABELLI:  Your Honor -- actually, withdrawn.

3           Can you pull up Government's Exhibit 1102C and D.

4    BY MR. MIRABELLI:

5    Q.  Do you recognize Government's Exhibit 1102C and D?

6    A.  Yes, I do.

7    Q.  How do you recognize them?

8    A.  Those are two photos that were obtained from the extraction

9    from Mr. Grant's cell phone that was seized the day of his

10   arrest.

11   Q.  What's the process, just generally, about which the FBI

12   gets evidence from cell phones?

13   A.  Generally, when the FBI seizes a cell phone, it's provided

14   to a forensic examiner, a specialist that deals with cell

15   phones.  And that was done in this case.  And then the

16   extraction is provided to the case agent for review and for

17   relevant material.  And so I reviewed the extraction,

18   identified these two photos as relevant to our investigation.

19   Q.  Why did you identify them as relevant to your

20   investigation?

21   A.  Because they appear to depict Mr. Grant inside the U.S.

22   Capitol.

23   Q.  Do you know approximately where inside the U.S. Capitol it

24   depicts him?

25   A.  Government's Exhibit 1102D shows a room number, S140.

Noyes- DIRECT

```
1              MR. MIRABELLI:  Your Honor, I'd move to admit
2    Government's Exhibit 1102C and D.
3              THE COURT:  Any objection?
4              MR. FEITEL:  Without objection.
5              THE COURT:  Okay.  It's admitted.
6         (Government Exhibits 1102C, 1102D received in evidence.)
7    BY MR. MIRABELLI:
8    Q.  Did you obtain other evidence from Mr. Grant's phone?
9    A.  Yes.
10   Q.  Just generally, what was that?
11   A.  Generally, it was emails that were sent prior to
12   January 6th.
13             MR. MIRABELLI:  Can you pull up Government's
14   Exhibit 1102A and B.
15   BY MR. MIRABELLI:
16   Q.  So looking at 1102A and B, were these also seized from the
17   data that you reviewed from the defendant's phone, defendant
18   Grant?
19   A.  Yes.
20             MR. MIRABELLI:  Your Honor, I move to admit
21   Government's Exhibit 1102A and B.
22             MR. FEITEL:  Absolutely without objection.
23             THE COURT:  Okay.  It's admitted.
24        (Government Exhibits 1102A, 1102B received in evidence.)
25             MR. MIRABELLI:  Can you zoom in on 1102A?
```

Noyes- DIRECT

1    BY MR. MIRABELLI:

2    Q.  When was 1102A sent?

3    A.  The timestamp is January 1st, 2021, at 9:49:58 p.m. UTC.

4    Q.  Who was it sent from?

5    A.  It's from JTGrant2@ncsu.edu, identified as James Grant.

6    Q.  Who is it sent to?

7    A.  It's sent to David.Ralston@house.ga.gov.

8    Q.  Did you learn who that was during your investigation?

9    A.  Yes.  That was a Georgia State House representative at the

10   time.

11   Q.  What does the subject line say?

12   A.  The subject line is:  We saw the fraud.

13   Q.  Can you state what the body reads?

14   A.  The body reads:  Decertify or the nation is over and the

15   rule of law will break down.

16          MR. MIRABELLI:  Going to 1102B.

17   BY MR. MIRABELLI:

18   Q.  When was this sent?

19   A.  That was sent about a minute later, same day, January 1st,

20   2021, at 9:50:32 p.m. UTC.

21   Q.  From who?

22   A.  From same individual, JTGrant2@ncsu.edu, identified as

23   James Grant.

24   Q.  Who was it sent to?

25   A.  This was sent to Mike.Dugan@senate.ga.gov.

Noyes - CROSS

1    Q.  Did you learn who that was in your investigation?

2    A.  I did, yes.  That was a Georgia State Senate

3    representative.

4    Q.  What's the subject line here?

5    A.  We saw the fraud.

6    Q.  What does the body of the email read?

7    A.  The body reads:  Do something or this country is over.  We

8    will not be ruled by a China plant in an obvious fix.

9    Q.  Did you learn approximately what time Mr. Grant left the

10   U.S. Capitol?

11   A.  Yes.

12   Q.  And -- well, first, did you learn what time he entered at

13   approximately?

14   A.  Yes.  He entered into the U.S. Capitol at about 2:49 p.m.

15   Q.  What time approximately did he exit?

16   A.  At approximately 3:18 p.m.

17          MR. MIRABELLI:  One moment, Your Honor.

18          THE COURT:  Okay.

19          MR. MIRABELLI:  No further questions, Your Honor.

20          THE COURT:  Okay.  Cross-examination.

21          MR. FEITEL:  While I'm here.

22                    CROSS-EXAMINATION

23   BY MR. FEITEL:

24   Q.  Special Agent Noyes, good morning.

25   A.  Good morning.

Noyes - CROSS

1    Q.   How are you today?

2    A.   Good.   Thank you.

3    Q.   Good trip from North Carolina?

4    A.   Yes, sir.

5    Q.   Maybe no traffic, fortunately, on the weekends?

6    A.   There was traffic.   It's D.C.

7    Q.   So Special Agent Noyes, you participated in the arrest of

8    my client on the 14th of October of 2020, yes?

9    A.   2021.

10   Q.   I'm sorry, 2021.   Thank you.   Yes?

11   A.   Yes.

12   Q.   And do you recall that there was an action plan for how the

13   arrest would take place?

14   A.   Yes.   We don't call it that, but yes.

15   Q.   Do you call it an operation plan?

16   A.   An operations order, yes.

17   Q.   Did you participate in drafting the operation order?

18   A.   Yes.

19   Q.   Do you recall that the operation order said that if

20   Mr. Grant was not home and his family was not home, that the

21   FBI would use force to enter the residence?

22   A.   I don't specifically recall that, no, but it would not

23   surprise me at all.

24   Q.   Before you went to arrest my client, you said you did some

25   investigation about who he was.   Do you recall that?

Noyes - CROSS

1    A.  Yes.

2    Q.  And did you conduct surveillance at his house?

3    A.  Yes.

4    Q.  Saw his father outside one time mowing the lawn?

5    A.  Yes.

6    Q.  Were you aware that his father was a former United States

7    federal probation officer in New York?

8    A.  I don't recall what we knew about the father at that time.

9    We definitely later learned that.  But I don't remember when we

10   learned that.

11   Q.  And as part of the pre-operation plan, did you conduct an

12   investigation as to who else lived in the Grant residence?

13   A.  Yes.

14   Q.  Did you learn that he has a brother?

15   A.  Yes.

16   Q.  Do you learn that Mr. Grant's bother suffers from some

17   mental health issues?

18   A.  I was not aware of that.

19   Q.  So that's because your investigation wasn't so thorough?

20   A.  Our investigation was focused on Mr. Grant, not his brother

21   or family members.

22   Q.  Well, if you were going to execute a search warrant at his

23   home, wouldn't it have been prudent to have known who lived in

24   the house?

25   A.  And we did know, yes.

Noyes - CROSS

1   Q.  Except for some important details, I suppose.  If you don't
2   know, you don't know.
3      Do you recall that the day before the search warrant was
4   executed an email was sent out advising you that the
5   Government's position would be that Mr. Grant -- they would not
6   ask for him to be held without bond?
7   A.  Yes.
8   Q.  Did it occur to you ever that maybe you could have just
9   called Mr. Grant up and said, hey, you're going to be arrested,
10  do you want to voluntarily show up?
11  A.  That's essentially what we did, just with a ruse.  But yes,
12  he did just show up.  That's why we didn't then knock his door
13  down.
14  Q.  When you said that's essentially what you did, there was a
15  caveat, yes?
16  A.  Yes.
17  Q.  The caveat was that there was a ruse, correct?
18  A.  That's correct.
19  Q.  The North Carolina police asked Mr. Grant to come down to
20  the station house, yes?
21  A.  The Cary police department, yes.
22  Q.  The Cary, North Carolina, police department asked him to
23  come down?
24  A.  Yes.
25  Q.  And he did, yes?

Noyes - CROSS

1    A.   Yes.

2    Q.   Did it occur to you that maybe you could have just called

3    him up yourself and told him the FBI is looking for him, come

4    and surrender yourself?  Tell him the truth, that is?

5    A.   We could have arrested him that way.  There was also

6    concern that he could potentially then get rid of his phone and

7    get rid of his clothes if we give him a heads up that he's

8    under arrest.

9        So that was certainly an option but we felt we created an

10   operations plan that was extremely safe and that also was able

11   to not give him the opportunity to dispose of the clothes that

12   he was wearing that day.

13   Q.   Is it generally the FBI's view that everybody who's told

14   they're going to be arrested is going to go ahead and destroy

15   evidence?

16            MR. MIRABELLI:  Objection.

17            THE COURT:  Sustained.

18   BY MR. FEITEL:

19   Q.   You did conduct a search of Mr. Grant's house, correct?

20   A.   I personally didn't but our office did, yes.

21   Q.   About 11 law enforcement agents conducted the search,

22   correct?

23   A.   That sounds about right.

24   Q.   You said that when Mr. Grant came down to the station, he

25   was actually wearing some of the clothes that you believe he

Noyes - CROSS

1  was wearing on January 6th, yes?

2  A.  Yes.

3  Q.  So he didn't get rid of those?

4  A.  No.  But he also didn't know he was going to be arrested

5  that day, so yes.

6  Q.  And the other clothes were found in his house, correct?

7  A.  Yes.

8  Q.  A person who wants to destroy evidence can do so at any

9  time that they want between the event and the day of the

10  arrest, correct?

11  A.  Yes.

12  Q.  So Mr. Grant -- even though he didn't know you were coming

13  for him, he didn't go ahead and as a precaution destroy

14  evidence, correct?

15  A.  That's correct.

16  Q.  In fact, you found his phone as well, yes?

17  A.  Yes.

18  Q.  When you looked through his phone, you found a couple of

19  exhibits that the Government showed you here in Court, yes?

20  A.  Yes.

21  Q.  You found a photograph, I believe it's 1102, Government's

22  Exhibit 1102, of Mr. Grant sitting in a congressional office

23  somewhere inside of the Capitol, yes?

24  A.  Yes.

25  Q.  Did he look kind of calm in the video to you?

Noyes - CROSS

1    A.   In the photo?

2    Q.   In the photo rather, thank you.

3    A.   Yes.

4    Q.   You had the other exhibit that was showed to you,

5    Government's Exhibit 1102D, which shows him just inside the

6    corridor in front of the office building?

7    A.   Yes.

8    Q.   He looked calm in the photo, yes?

9    A.   Yes.

10   Q.   You didn't see any weapons in his hands, did you?

11   A.   No.

12   Q.   Did you search all through the video that you could find to

13   see if you could find Mr. Grant in and around the Capitol?

14   A.   I did.

15   Q.   Did you see any video of Mr. Grant with a weapon at the

16   time?

17   A.   I saw him pick up a fence and slam it into a Capitol Police

18   officer.

19   Q.   I appreciate that.  Other than that event, which has been

20   memorialized in video and for which the Judge will decide

21   whether it's a weapon or not, did you see my client with any

22   other weapons?

23   A.   Am I able to define what the weapon --

24   Q.   Let me be specific.  Did you see him with a firearm?

25   A.   No.

Noyes - CROSS

1   Q.   Did you see him with a knife?

2   A.   No.

3   Q.   Did you see him with a baseball bat?

4   A.   No.

5   Q.   Did you see him with anything else that was obviously

6   brought by him to the event to be used as a weapon?

7   A.   No.

8   Q.   In the photographs, is Mr. Grant wearing, I don't know,

9   knee pads, arm pads, anything else that looks like protective

10  devices?

11  A.   No.

12  Q.   Did you ever see any video during your search that showed

13  Mr. Grant trying to stop someone else outside the Capitol

14  building from breaking a window?

15  A.   I don't recall that.

16  Q.   Okay.  Now, you were asked some questions about matters

17  that were found on Mr. Grant's telephone during direct

18  examination.  Since it only took place a second ago, I'm sure

19  you remember those?

20  A.   Yes.

21  Q.   Did you search Mr. Grant's social media?

22  A.   We attempted to.

23  Q.   When you say you attempted to, does that mean you didn't

24  find anything that you thought was incriminating, despite

25  having looked?

Noyes - CROSS

1    A.   That's correct.

2    Q.   So you did, in fact, look, yes?

3    A.   We attempted to but there wasn't much to review.

4    Q.   Agent Noyes, perhaps I'm wrong about my understanding of

5    the English language.  When someone says they attempted to, it

6    means that they were unsuccessful.  You were successful in

7    conducting the search of social media, weren't you?

8    A.   Yes.

9    Q.   What were you unsuccessful about was finding anything that

10   incriminated Mr. Grant before the events of January 6th,

11   correct?

12   A.   That's correct.

13        MR. FEITEL:  Could we put Government's Exhibit

14   Number 1102E up, please -- no, 1102, F.  This is not in

15   evidence.  It's the email.  The emailed ones.  Thanks for

16   helping.

17        Okay.  So it's A, B, C and D -- so C and D.  Or do I

18   have to pull them out of my notes?

19        Okay.  A and B, the emails, please.

20   BY MR. FEITEL:

21   Q.   Do you remember being shown this email on direct

22   examination?

23   A.   Yes.

24   Q.   What's the name of the sender?

25   A.   The "from" line?

Noyes - CROSS

```
1    Q.   Yes, sir.

2    A.   Yep.  It's James Grant.

3    Q.   So Mr. Grant didn't make any effort to hide his identity

4    when he sent this email, did he?

5    A.   It does not appear so.

6    Q.   And the recipient is David Ralston, who you said was a

7    member of the Georgia House?

8    A.   Yes.

9    Q.   Did you speak to Mr. Ralston or anyone at his chambers or

10   office?

11   A.   No.

12   Q.   Do you know if they received the email?

13   A.   I don't.

14   Q.   So you didn't ask anyone if they viewed this as being

15   threatening, did you?

16   A.   No.

17   Q.   In fact, when you read it there's no threat contained in

18   this email, is there?

19   A.   There's no true threat, no.

20   Q.   There's no any threat?

21   A.   It depends on your interpretation of the rule of law will

22   break down.  But no, there's no true threat to that.  That the

23   nation is over.  The words are the words.

24   Q.   If you'd like to continue reading it to search for some

25   kind of implicit threat, go right ahead.  I've got plenty of
```

Noyes - CROSS

1    time.

2    A.   No.   The words are there.

3         MR. FEITEL:   Can I see the next exhibit please, the

4    next email.

5    BY MR. FEITEL:

6    Q.   This is an email from whom?

7    A.   Again, James Grant.

8    Q.   And it's to someone you identified as Michael Dugan, a

9    member of the Georgia Senate, correct?

10   A.   Yes.

11   Q.   Did you contact Mr. Dugan's office -- or Senator Dugan's

12   office to see if he received this email?

13   A.   No.

14   Q.   Did you check to see that there was actually a Michael

15   Dugan that was a member of the Georgia Senate?

16   A.   At the time there was, yes.

17   Q.   So you don't know if the email was received, correct?

18   A.   No, I don't.

19   Q.   I'm assuming you didn't contact Senator Dugan's chambers

20   either to see if they perceived this as being a threat?

21   A.   No.

22   Q.   This is email was also sent from Mr. Grant's personal

23   email, yes?

24   A.   His school email, yes.

25   Q.   He made no effort to hide his identity?

Noyes - CROSS

1    A.   That's correct.

2    Q.   This email wasn't deleted.  You found it on Mr. Grant's

3    computer -- telephone?

4    A.   On his phone.

5    Q.   When you looked, did Mr. Grant send emails to, like, maybe

6    50, 60 -- I don't know how many members there are of the

7    Georgia House and Senate.  Did he send emails to other people?

8    A.   No.  These were the leaders of the House and the Senate at

9    the time.

10   Q.   My question wasn't who these people were.  My question was:

11   Did he send emails to anyone else in the Georgia House of

12   Representatives or the Georgia Senate?

13   A.   Not that we found.

14   Q.   Did you locate any emails that he might have sent to

15   anybody else, any other federal members of Congress, for

16   example?

17   A.   No.

18   Q.   Now, I'm not sure about your history.  A lot of FBI agents

19   are lawyers before they become FBI agents.  Do you have that

20   unfortunate set of circumstances in your personal history?

21   A.   I do, yes, sir.

22   Q.   When you went to law school, did you learn about the First

23   Amendment that permits -- that guarantees the right, enshrines

24   the right of citizens to petition their government?

25   A.   Yes.

Noyes - CROSS

1    Q.  How are these two emails not anything other than a citizen
2    petitioning his government?
3           MR. MIRABELLI:  Objection, Your Honor.
4           THE COURT:  I'm going to sustain that.  You can
5    rephrase.
6           MR. FEITEL:  If I could have just a second, Your
7    Honor.
8           THE COURT:  Sure.
9           MR. FEITEL:  Agent Noyes, it was nice to meet you.
10   Thanks for coming from North Carolina.  Safe travels back.
11          THE WITNESS:  Thank you, sir.
12          MR. FEITEL:  Nothing further, Your Honor.
13          THE COURT:  No other cross from any other defendant?
14   Okay.
15          Redirect?
16          MR. MIRABELLI:  No, Your Honor.
17          THE COURT:  Thank you so much.  You're excused.
18          THE WITNESS:  Thank you, Your Honor.
19          THE COURT:  The Government can call its next witness.
20          MR. BRUNWIN:  Your Honor, at this time the Government
21   would call FBI Special Agent Kacy Jones.
22          THE COURT:  Okay.  Let's take up those issues now,
23   then.  Let me make sure I have the universe of issues that I
24   need to resolve.  So first is the matter of the clips that
25   Ms. Halim would like played to both statements for rule of

1    completeness.  And then there's the narration objection and

2    the -- I guess I'll call it the cross regarding the other

3    agent's indictment.  And then there's the issue for Mr. Johnson

4    about the admission of evidence against him.

5            Let's start with the rule of completeness.  What is

6    the Government's position about the 14 minutes or so that

7    Ms. Halim wants played to give context to the statements that

8    you want to introduce in this undercover conversation?

9            MR. BRUNWIN:  Just that I think they're irrelevant.

10   The Government, for the sake of -- what the Government intends

11   to do is play the recording, the undercover recording -- one of

12   the undercover recordings.  And the Government, as Ms. Halim

13   indicated, would start the recording.  The recording is

14   21 minutes and four seconds long.  The Government would start

15   the recording at approximately 14 minutes and then play through

16   about 20 minutes into the recording.

17           There's a lot of preamble leading up to that 14-minute

18   mark that is nothing going on, and then there's background

19   statements from the agents and conversation that doesn't appear

20   to be relevant or pertinent.  I understand that Ms. Halim wants

21   that played, pursuant to FRE106.  But there doesn't appear to

22   be any relevance to it and it's hearsay.

23           THE COURT:  Okay.  Ms. Halim.

24           MR. BRUNWIN:  I can talk about the other recordings as

25   well, but we can focus in on that one.

```
 1              THE COURT:  Yeah, let's take it one at a time.

 2              Ms. Halim, obviously, I haven't seen the recording

 3    yet.  The first 14 minutes, from your view, what is the

 4    relevance of that to what the Government wants to play, or how

 5    does it complete the excerpt the Government wants to play?

 6              MS. HALIM:  So that preamble as the Government

 7    characterizes it, is the agents working in their undercover

 8    capacity to ingratiate themselves to draw out statements from

 9    Mr. Randolph.  It's not nothing going on.  It's two undercover

10    agents working very hard, pretending to be whole different

11    human beings, telling stories, making up these whole personas

12    about how they used to live in the big, bad city and thank

13    goodness they're down in the country now, where Mr. Randolph

14    comes from, talking about guns, talking about -- they're really

15    working hard to get him to open up and talk to them.

16              And because the Government is relying on these

17    statements as admissions of Mr. Randolph, it is absolutely

18    appropriate and fair for the Court to consider how he started

19    talking in the first place.  It's 14 minutes of agents lying

20    and making up stories that gets Mr. Randolph to make those

21    admissions.

22              THE COURT:  I'm going to allow that part in.  I was

23    going to have to watch it anyway.  I think that if the

24    objection is just relevance, I think Ms. Halim has stated a

25    theory as to why it's relevant and why she might want to make
```

```
1   arguments about it.
2           With respect to hearsay, I'm not considering,
3   obviously, any of the statements for the truth.  Ms. Halim has
4   represented that the statements, in fact, aren't true.
5           So with respect to the -- is this the post-arrest
6   recorded interview where you want to introduce specific
7   snippets?
8           MS. HALIM:  That's correct.  And that's Government's
9   Exhibit 525.  Just for the record, if I could put on the
10  segments that I emailed to the Government and that I would ask
11  the Court to consider admitting pursuant to Rule 106.
12          THE COURT:  Okay.
13          MS. HALIM:  I'm going to ask for 1:34 to 1:45.  And I
14  can proffer to the Court that that's Mr. Randolph saying
15  something along the lines of:  I just woke up, I'm not a
16  morning person.
17          And the agent saying:  Well, this is how we make
18  arrests, sorry.
19          So that's not being offered for its truth.  It's just
20  to show the context that follows, that it's very early in the
21  morning, which is something that I'm sure the agent will attest
22  to anyway.
23          THE COURT:  Okay.
24          MS. HALIM:  The next segment I would ask be played
25  starts at the 3:43 mark and goes to the 9:12 mark.  And the
```

1  Government has proffered that it intends to admit from the

2  9:12 mark to the 16-minute mark.  So I'm really just asking for

3  the six minutes that lead up to what the Government was going

4  to play anyway, that that be included as well.  And it's all

5  part and parcel of the same conversation about getting to D.C.

6  and what's going on in D.C.

7        THE COURT:  So the part that the Government wants to

8  play from 9:12, it's about getting to D.C.?

9        MS. HALIM:  Well, the portion the Government wants to

10  play is about in D.C.  And what I'm asking for is that the

11  conversation starts, I believe, at 3:43.  It starts with

12  getting to D.C. and then picks up at the 9:12 mark.

13        MR. BRUNWIN:  Sorry.  We're talking about the

14  post-arrest interview now?

15        MS. HALIM:  We're talking about Government's

16  Exhibit 525.

17        MR. BRUNWIN:  Which is the post-arrest interview,

18  which the Government was not intending to play at all.

19        MS. HALIM:  I thought that was Exhibit 525.

20        MR. BRUNWIN:  525 is the post-arrest interview.  The

21  Government was not going to offer 525.

22        MS. HALIM:  What is the Government -- just 523?

23        MR. BRUNWIN:  Just 523.

24        MS. HALIM:  We've been emailing all weekend, Your

25  Honor.  Well, that's going to, I think, solve Mr. Johnson's

```
1    issue.
2             MR. BRUNWIN:  I can brush up on the plain meaning of
3    words in my email.
4             THE COURT:  Okay.  It's okay.  So your issue is
5    resolved because --
6             MS. HALIM:  Oh, it's not.
7             MR. RICHMAN:  No.  There's statements in both --
8             THE COURT:  In the undercover interview?
9             All right.  In terms of narration, Mr. Brunwin, you
10   don't anticipate having this witness go back to videos and --
11   to narrate for me anything, right?  I mean --
12            MR. BRUNWIN:  No, Your Honor.  As far as counsel's
13   statements about what the officer -- what Agent Jones would
14   say, the Government -- defense characterized it as a summary.
15   But the witness can say -- can ask the witness, do you recall
16   statements made by the defendant in these -- not -- in this
17   recording.  And she can testify that those are admissions.  She
18   can testify as to what she heard him saying.
19            THE COURT:  Okay.  Why don't we take up that objection
20   as they come up at trial.  It's kind of difficult without
21   context.
22            MR. BRUNWIN:  So we're clear on everything, since we
23   did exchange emails quite a bit.  But the Government is
24   intending to play one recording, which is 523.  That's the
25   undercover recording.
```

```
 1              THE COURT:  Are you going to ask this witness what was
 2     said during the post-arrest statements?
 3              MR. BRUNWIN:  No.  I'm not going to ask questions
 4     about the post-arrest interview or the jail calls.
 5              THE COURT:  Okay.  Let's close the loop -- go ahead.
 6              MS. HALIM:  There was the one other per my request to
 7     permit cross-exam of Agent Jones about her then partner's --
 8              THE COURT:  Yeah, that's what I want to ask you about.
 9     What is your theory -- if that person were here, I obviously
10     would let you get into that with the person.  What is your
11     theory as to why this agent's knowledge of that is relevant to
12     her own bias, credibility, et cetera, or to what happened
13     during the interview?
14              MS. HALIM:  Well, it's not relevant to Agent Jones.
15     It's relevant to the agent who is in Exhibit 523, doing the
16     lion's share of the talking, during a time period when he
17     allegedly was also engaging in criminal behavior.
18              THE COURT:  I understand that.  But then spin that out
19     for me.  He's not here.  So you're cross-examining her about
20     her knowledge of that.  What's the argument that flows in terms
21     of why that's relevant?
22              MS. HALIM:  I'll acknowledge that it's not relevant
23     for Agent Jones.  I guess, then, my request would be to
24     independently seek to admit that.  To have the Court take
25     judicial notice of the indictment, which spells out the time
```

```
1   periods of the alleged conduct.  Because I do think it's a
2   relevant fact for you as the fact finder to know.  And so I
3   would agree that Agent Jones is not the --
4           THE COURT:  Right.  So let's say I let it in.  Then
5   what's the argument you make in closing about that?  What's the
6   relevance?  Obviously, again, if that witness were testifying
7   it would go potentially to his credibility.  It could go
8   potentially to his motive to gain favor with the Government.
9   With him not testifying, what is the relevance in terms of what
10  I can use that information for properly?
11          MS. HALIM:  Well, the fact that the recording is
12  coming in, it's almost as though he is testifying.  Certainly,
13  his words are going to be part and parcel of this record.  And
14  I would argue to the Court that it is relevant that at that
15  same time frame that he is engaging in -- well, lying, lying,
16  making up stories, he's also allegedly, according to the
17  indictment that's pending, got his own criminal conduct going
18  on.  And that, but for that, Mr. Randolph may not have made
19  those admissions, which is going to be substantive evidence
20  used against him.
21          THE COURT:  But for what?  But for the --
22          MS. HALIM:  The ruse.
23          THE COURT:  The ruse?  Okay.
24          I don't think the Government would object -- you're
25  not contesting that there was a ruse.  I think that's what
```

```
 1   agents do.

 2              MR. BRUNWIN:  That's what undercover agents --

 3              THE COURT:  Yeah, so again --

 4              MR. BRUNWIN:  I don't think that -- to take up the

 5   point, it's not relevant to any issue at trial.  We're not

 6   talking about a witness on the stand.  There is no relevance to

 7   it.  We did make that disclosure to the defense, not because it

 8   was relevant but we made that disclosure.

 9              THE COURT:  Okay.

10              MR. BRUNWIN:  But it's not relevant to any issue at

11   trial.

12              THE COURT:  Okay.

13              MR. BRUNWIN:  The witness -- it's not a testifying

14   witness.

15              THE COURT:  Okay.  I don't see the relevance, but this

16   wouldn't be an issue -- if you were seeking to introduce it

17   independently, it wouldn't come up to your case anyway.  I'm

18   going to deny it for now.  If you can convince me that there's

19   some theory relevance or provide some authority, I'll

20   reconsider.  But I'll deny it at this time.

21              MS. HALIM:  Understood.  Thank you, Your Honor.

22              MR. RICHMAN:  Your Honor, I just wanted to address --

23   I don't think the Court has ruled on the issue about

24   admissibility against Mr. Johnson.

25              THE COURT:  No, I have not.  So in the undercover
```

1    conversation there are statements that Mr. Grant purportedly
2    makes where he describes someone with a megaphone.
3          MR. RICHMAN:  Correct.  He describes him as a person
4    with long, hippy hair, but he describes a person with a
5    megaphone and statements that person allegedly makes.  As I
6    said, the Government may not be admitting those statements for
7    the truth, those statements the person with the megaphone made,
8    but the fact that there was a person with a megaphone there,
9    that Mr. Grant saw him, that Mr. Grant heard it, all of that is
10   for the truth.
11         THE COURT:  Right.
12         MR. RICHMAN:  So it's one thing against Mr. Grant,
13   that's fine.  It's a statement of a party opponent --
14         MR. FEITEL:  Your Honor, I think people have become
15   confused about who, her, what and whom.  It's not Mr. Grant, I
16   don't think, that they're talking about.
17         MR. RICHMAN:  Excuse me.
18         THE COURT:  No.  It's Mr. Randolph.
19         MR. RICHMAN:  It's Mr. Randolph.  I apologize.
20         MR. FEITEL:  That's okay.
21         MR. RICHMAN:  Mr. Randolph.  Admissible against
22   Mr. Randolph, of course, because it's the statement of a party
23   opponent.  That doesn't make it admissible against Mr. Johnson.
24         THE COURT:  I'm sorry, Mr. Grant.  I think I
25   introduced that error.  Mr. Randolph.

```
1              So why is that admissible against Mr. Johnson?

2              MR. BRUNWIN:  Well, it's being offered as to

3    Mr. Randolph.  It's his statement.  It's describing the events.

4              THE COURT:  Sure.

5              MR. BRUNWIN:  And circumstantially, it does -- the

6    statements we would be offering that description as to -- as to

7    Mr. Randolph.  He does describe conduct by the defendant

8    Johnson.  So that's how it's being offered.

9              THE COURT:  Isn't that almost like him testifying --

10   if I'm taking it as the truth, I would be accepting one

11   co-defendant's statements against another.  And then they don't

12   have the opportunity to then ask Mr. Randolph questions about

13   that to test the credibility of that and to test whether he's

14   even talking about the same person.  I mean --

15             MR. BRUNWIN:  Right.  Again, the purpose we're

16   offering it for, there is the effect on the Johnson statement,

17   which we do intend to offer because it's pertinent as to

18   Mr. Randolph for its effect on the listener, in that he

19   describes -- it's at approximately 18 and a half minutes into

20   the recording.  He describes a person with a megaphone who says

21   why are there women on the front line, which matches up to some

22   of the evidence that the Court has heard of the defendant

23   Johnson actually saying -- and that's not being offered,

24   obviously, for the truth of the matter asserted.  The

25   Government will be arguing that it is relevant as to Randolph
```

1    for the effect on him.

2            THE COURT:  And what was that effect?

3            MR. BRUNWIN:  Well, his awareness of the purpose for

4    the attack, the intention for the attack on the Peace Circle

5    line.

6            THE COURT:  I'm happy to consider that against

7    Mr. Randolph.

8            MR. BRUNWIN:  Yes.

9            THE COURT:  But without drawing any conclusions as to

10   whether he's, in fact, describing Mr. Johnson.  Right?  It

11   doesn't sound like I need to accept those statements for the

12   truth or accept them against Mr. Johnson to get that purpose.

13           MR. BRUNWIN:  I may be talking past a little bit.

14           THE COURT:  Okay.

15           MR. BRUNWIN:  But the fact that he is talking about

16   Mr. Johnson, it does match Johnson, tends to corroborate what

17   he's saying as to him, if that makes sense.

18           He's accurately describing the scene is the point, is

19   one aspect of that statement.

20           THE COURT:  Sure.  And if he were denying being there,

21   that might be one thing.  But I don't understand -- I mean,

22   Ms. Halim can correct me if I'm incorrect.

23           MR. BRUNWIN:  I think it is very clear that he was

24   there but he also -- and the Government, in meeting its burden

25   of proof, it is an accurate description and it's -- part of the

1    reason it's accurate is because he's accurately describing

2    Mr. Johnson.

3              THE COURT:  Okay.  Mr. Richman, I'll hear from you.

4              MR. RICHMAN:  Your Honor, I think the Court has it

5    right.  Whatever inferences the Government wants to draw from

6    those statements relate to Mr. Randolph, effect on

7    Mr. Randolph, fine, if the Court finds that it establishes

8    that.

9              It's just none of it can be considered against

10   Mr. Johnson.  I think the Court has already said that.

11             THE COURT:  I think I agree with that.  It sounds like

12   much of what the Government wants to use it for, I can consider

13   for that purpose.  I'll certainly consider it for the affect on

14   Mr. Randolph.  I'll consider it that he's describing the scene.

15   It would cut against any identification issue.  But I don't

16   think it would be appropriate for me to then use that as

17   evidence against Mr. Randolph.

18             MS. ROSEN:  I apologize, Your Honor.  If we could just

19   seek one clarification.  I think -- and not to split hairs here

20   but I do this it's an incredibly important evidentiary issue.

21   To the extent the Government wants to use statements that

22   Mr. Randolph made during this undercover investigation well

23   after the date in question to show the effect Mr. Johnson had

24   on Mr. Randolph, that would be pure hearsay.  So that shouldn't

25   be substantive evidence.

1          THE COURT:  I'm not considering that it's Mr. Johnson.

2     I'm not taking that and assuming it's Mr. Johnson.  So I'm

3     taking it as he's describing what he observed but I'm not using

4     that as evidence against Mr. Johnson.

5          MS. ROSEN:  And the Government shouldn't be able to

6     either.

7          THE COURT:  I've said that they can't do that.

8          MS. ROSEN:  Thank you.

9          MR. BRUNWIN:  I'm trying to rapidly close this up

10     because I just don't think that what they're saying is

11     necessarily pertinent to Mr. Johnson.  It is -- Mr. Randolph

12     standing in an area and hearing statements, whether it's "stop

13     the steal" or whatever, this or that, is circumstantial

14     evidence of his intent and his state of mind on January 6th.

15          THE COURT:  Sure.  And I'll consider it.  But I think

16     it would be inappropriate, then, at closing for you to say:

17     And Mr. Johnson, as you heard from the statement Mr. Randolph

18     said, Mr. Johnson was there with a megaphone saying X, Y, Z.

19          MR. BRUNWIN:  And the Government will be arguing, as

20     to Mr. Johnson, that Mr. Johnson was actually saying those

21     things, so that's different, but that's not bringing the

22     statement in through Mr. Randolph's statement.

23          THE COURT:  Yes.  So are we on the same page?  I can

24     take what Mr. Randolph is saying about what he saw, what he

25     observed, why he did certain things, but I'm not using any of

1    that against Mr. Johnson, either to assume that he's talking

2    about Mr. Johnson or to use in any way as evidence against

3    Mr. Johnson.

4              MR. RICHMAN:  Right.  We agree.  Thank you.

5              THE COURT:  Anything else with respect to Agent Jones

6    that we need to --

7              MR. BRUNWIN:  Your Honor.

8              THE COURT:  Sure.

9              MR. BRUNWIN:  The mechanics of how we handle with the

10   recording that we play, I'm going to go ahead and do what the

11   Government had planned to do with the recording, and then if

12   Ms. Halim is going to play that additional portion that she

13   wants to play in her cross, or should I play it all at the same

14   time?

15             THE COURT:  I mean --

16             MR. BRUNWIN:  I don't want to use the phrase -- it's a

17   little tedious to hear people talking about nothing for several

18   minutes.

19             MS. HALIM:  The rule, Your Honor, Rule 106,

20   contemplates that if it's going to be played in fairness, that

21   it ought to be considered at the same time.

22             THE COURT:  That's fine.

23             MS. HALIM:  I will take the position the Government

24   should just play the 20-minute recording.

25             THE COURT:  We'll do it like that.

1          MR. BRUNWIN:  I'm going to warn everybody -- Ms. Halim

2    may disagree, but the first 14 minutes, there's not -- okay.

3          THE COURT:  If there's five minutes of them staring at

4    each other, I obviously don't want to play that.  But it's your

5    contention that in that 14 minutes they're talking to each

6    other.

7          MR. BRUNWIN:  So we're going to start at zero and

8    we're going to play straight through.

9          THE COURT:  Yes.  Okay.  Maybe we should take our

10   mid-morning break now, and then that way when we resume we can

11   just get to Agent Jones.

12         MR. BRENNWALD:  Your Honor, that sounds fine.  I just

13   want to let the Court know, I have a co-defendant status before

14   Judge Lamberth at 12:30.  It shouldn't take long at all.

15         THE COURT:  That's fine.  That's our lunch break.

16         MR. BRENNWALD:  Okay.

17         THE COURT:  All right.  10-minute break.

18      (A recess was taken at 10:47 AM)

19         MR. BRUNWIN:  Your Honor, Agent Jones is in the

20   courtroom.  She's here.

21         THE COURT:  Okay.  Are we ready?  We're ready.

22         MR. BRUNWIN:  The Government would call now call FBI

23   Special Agent Kacy Jones.

24         THE COURT:  Okay.  Come on up.

25

Jones - DIRECT

1                    SPECIAL AGENT KACY JONES,

2    having been first duly sworn on oath, was examined and

3    testified as follows:

4                         DIRECT EXAMINATION

5    BY MR. BRUNWIN:

6    Q.  Special Agent Jones, can you state your name for the record

7    and spell your last name, please?

8    A.  Kacy Jones.  Last name Jones, J-O-N-E-S.

9    Q.  How are you employed?

10   A.  I'm a Special Agent with the FBI, assigned to the

11   Louisville division, Lexington RA in Kentucky.

12   Q.  How long have you been a Special Agent for the Federal

13   Bureau of Investigation in Lexington, Kentucky?

14   A.  I started in 2008.  So just over 15 years.

15   Q.  What is your current assignment with the FBI?

16   A.  I'm assigned to the Lexington resident agency and I'm

17   assigned to the Joint Terrorism Task Force in Lexington.

18   Q.  And were you involved in the investigation of any of the

19   defendants in this case?

20   A.  Yes, I was.

21   Q.  Which defendant did you address?

22   A.  Mr. Stephen Randolph.

23   Q.  What was your role in the investigation?

24   A.  Upon receiving information from our Washington, D.C. field

25   office, we were assigned to continue our investigation in

Jones - DIRECT

1   Kentucky concerning Mr. Randolph's activities at the U.S.

2   Capitol on January 6, 2021.

3   Q.  What did you do with that information?

4   A.  Initially, the information that we had received from our

5   D.C. office was in late February 2021, where they were able to

6   use a facial recognition software, and ultimately traced it

7   back to an individual in Harrisburg, Kentucky, who they

8   believed to be the same person that was present at the Capitol

9   on January 6th.

10  Q.  Now, you, yourself, were not present at the Capitol on

11  January 6, 2021, were you?

12  A.  No, I was not.

13  Q.  In the course -- as part of your role in this

14  investigation, did you review footage, images, from

15  January 6, 2021?

16  A.  Yes, I did.

17  Q.  Of the Capitol?

18  A.  Yes.

19  Q.  And the riot at the Capitol?

20  A.  Yes.

21  Q.  And you are here to testify about the identification of

22  Mr. Randolph in this case; is that right?

23  A.  Yes.

24  Q.  And were you able to identify Mr. Randolph?

25  A.  Yes.

Jones - DIRECT

1   Q.  And how did you do that?

2   A.  Through various investigative methods.  As I stated before,

3   the information that our D.C. office provided us, as well as we

4   conducted our own physical surveillance in Kentucky at a

5   residence that Mr. Randolph was residing in.  We had also

6   followed him to his place of work, and we also conducted

7   recordings with Mr. Randolph.

8   Q.  So is it fair to say that you have physically observed

9   Mr. Randolph; is that right?

10  A.  Yes.

11  Q.  And you've spoken to him on occasion as well?

12  A.  Yes, I have.

13        MS. HALIM:  Objection to the leading, Your Honor.

14        THE COURT:  Sustained.

15        MR. BRUNWIN:  It's background information.

16  BY MR. BRUNWIN:

17  Q.  Can you just tell us what contacts you've had with

18  Mr. Randolph that have helped you with your identification of

19  him?

20  A.  I personally interviewed him on April 20th of 2021.  We had

21  an undercover conduct a recording of a conversation he or she

22  had with Mr. Randolph.

23  Q.  You indicated you have physically observed him?

24  A.  Yes.

25  Q.  And based on that information, are you able to recognize

Jones - DIRECT

1   him and recognize his voice?

2   A.  Yes.

3   Q.  I'd like you to look at -- I'm going to show you what's

4   been marked and admitted into evidence as Exhibit 302 in this

5   case.  And we're going to play some of that and I'm going to

6   ask you if you can identify any of the people shown in

7   Exhibit 302.

8       (Video played.)

9           MR. BRUNWIN:  And if we can, I'd like to move to about

10  53 seconds into Exhibit 302.

11          THE WITNESS:  I can see the backside of Mr. Randolph

12  in this.

13  BY MR. BRUNWIN:

14  Q.  And can you indicate where you see Mr. Randolph in this

15  video?  And you can use your touch screen in front of you to do

16  that.

17  A.  (Witness complies.)

18          MR. BRUNWIN:  And the record should reflect that the

19  witness has circled an imagine of an individual wearing what

20  appears to be a gray beanie, black jacket with a hood at just

21  about the center of the image in 302.

22          MS. HALIM:  Your Honor.

23          THE COURT:  Yes.

24          MS. HALIM:  We will stipulate that that is, in fact,

25  Mr. Randolph.  This person sitting right next to me is also, in

Jones - DIRECT

1    fact, Mr. Randolph.  Identity is not an issue in this case.

2             THE COURT:  Okay.  Great.

3             MR. BRUNWIN:  So I understand the stipulation is that

4    the person that the Government would identify in Exhibit 302 is

5    Mr. Randolph and that the person whom the witness would

6    identify as Mr. Randolph is the defendant Randolph in the

7    courtroom.

8             THE COURT:  Yes.

9             MR. BRUNWIN:  So I will void that line of questioning

10   and can indicate that the defense has stipulated that the

11   witness would identify the defendant Randolph.

12            THE COURT:  Okay.

13   BY MR. BRUNWIN:

14   Q.  And just so we've covered everything, Exhibit 302, we've

15   talked about.  The Government was also going to ask you to

16   identify the defendant, Mr. Randolph, in Exhibit 308B.

17            MR. BRUNWIN:  I assume the defendant also will

18   stipulate to the identification of the defendant Randolph in

19   Exhibit 308B as well?

20            MS. HALIM:  That's correct.

21            THE COURT:  Okay.

22   BY MR. BRUNWIN:

23   Q.  Now, identifications aside -- and I will come back to one

24   more later.  I can do it now.  I assume that if we can show you

25   Exhibit 327 --

Jones - DIRECT

```
 1            MR. BRUNWIN:  And I'll give the defense counsel a
 2     chance to --
 3            Can we play just a few seconds into this.
 4        (Video played.)
 5            MR. BRUNWIN:  And pause.  I was going to ask the
 6     witness to identify Mr. Randolph in this video.  If defense
 7     counsel will stipulate that the person at the center of the
 8     screen with his mouth open, wearing a gray hooded beanie is
 9     Mr. Randolph, defendant Randolph?
10            MS. HALIM:  Yes.
11            MR. BRUNWIN:  Then I won't do that either.  The record
12     should reflect that the defense counsel has stipulated that the
13     person in Exhibit 327 at the center of the screen shown at
14     approximately two seconds, wearing a gray beanie, black jacket,
15     with his mouth open in the center of the screen is the
16     defendant Randolph.
17            THE COURT:  Okay.
18     BY MR. BRUNWIN:
19     Q.  Special Agent Jones, you mention other things that you did
20     during the investigation of the defendant Randolph in this
21     matter.  I was going to specifically ask you, did you conduct
22     surveillance of the defendant?
23     A.  Yes.  There was multiple occasions where we conducted
24     physical surveillance.  Specifically on March 3rd, 2021, our
25     surveillance team observed Mr. Randolph going from his
```

Jones - DIRECT

1   residence to work and took pictures of him wearing what

2   appeared to be the same articles of clothing that he was

3   wearing on January 6th.

4   Q.  What other occasions did you conduct the surveillance of

5   the defendant Randolph?

6   A.  There was also on April 13th, 2021, I was in the area,

7   sitting across the street from the gas station, as one of our

8   undercover agents and another agent went inside the gas station

9   to speak with Mr. Randolph.

10  Q.  Can you describe for us what your role was in the

11  surveillance of the defendant on April 13th, 2021?

12  A.  I was simply outside, just conducting just that physical

13  surveillance.  And then at the conclusion of the meeting or the

14  recording, I took the recording device, took it back to the

15  office and downloaded it as evidence.

16  Q.  Let's back up a little bit.  Were there other officers who

17  participated in surveillance with you on April 13th, 2013?

18  A.  No.  It was just myself.

19  Q.  That -- you said that there was contact and a recording

20  made.  Did other officers participate in that --

21        MS. HALIM:  Objection to the leading, Your Honor.

22  Objection to leading.  The microphone was delayed.

23        THE COURT:  Overruled for that question.  You can

24  finish.

25  BY MR. BRUNWIN:

Jones - DIRECT

1    Q.  Did other officers participate in obtaining the recording?

2    A.  Yes.  There were two other agents.

3    Q.  What officers participated with you in the surveillance and

4    obtaining the recording at the defendant's job location?

5    A.  Special Agent Jamie Terry (ph) and another undercover

6    agent.

7    Q.  And you observed while they made contact with the

8    defendant; is that right?

9            MS. HALIM:  Objection to leading, Your Honor.

10           THE COURT:  Sustained.

11   BY MR. BRUNWIN:

12   Q.  How did the officers go about making contact with the

13   defendant?

14           MS. HALIM:  Objection.  Your Honor, could we be heard

15   outside the presence of the witness at this time?

16           THE COURT:  Sure.

17           I'm sorry.  Do you mind just taking a step outside and

18   we'll come back and get you.

19           THE WITNESS:  Yes, Your Honor.

20           THE COURT:  Thank you.

21           (Special Agent Jones leaves courtroom.)

22           MS. HALIM:  Your Honor, at all times I thought that

23   Agent Jones was the one posing as a wife in the undercover.  I

24   thought she was physically present when those statements were

25   being recorded of Mr. Randolph.  I had no idea that she wasn't

Jones - DIRECT

1   present.  I object on authenticity grounds.  I object to lines

2   of questioning that are clearly calling for hearsay

3   information.  She was outside and the other two agents are

4   inside in a gas station where Mr. Randolph was working as a

5   cashier that day.

6          So I'm going to object to Exhibit 523 on authenticity

7   grounds and I'm going to object to this line of questioning as

8   a lack of personal knowledge.  And the only way she could know

9   these things is through hearsay -- through hearsay.

10          MR. BRUNWIN:  Okay.

11          THE COURT:  Is she going to authenticate the -- I

12   assume the line of questioning he's about to do is to have her

13   authenticate that she took possession of the recording after.

14   I agree that she can't testify about what occurred in the

15   meeting that she wasn't present for.  But are you taking the

16   position that she can't authenticate the video recording if she

17   observed the contact and then took possession of the recording

18   after?

19          MR. BRUNWIN:  Maybe it's helpful if I describe exactly

20   what she did, which is indicated in the reports.  Is that she

21   is at the location, surveilling the meeting.  Two -- Agent

22   Terry and an undercover go into the recording and have contact

23   with the defendant and make a recording.  She surveils the

24   contact and obtains the recording after and listens to the

25   recording and authenticates his voice and the fact that that's

Jones - DIRECT

1    who they made contact with.

2          MS. HALIM:  She can't authenticate a voice she didn't

3    hear.  The only way she would know that that's the recording

4    that was actually made that lines up with what she was

5    observing from some great distance outside of the gas station,

6    while the three individuals that are at issue here are inside

7    the gas station, is because an agent told her this is the

8    recording that we made.  She wasn't there.  She wasn't present.

9    She can't authenticate Mr. Randolph's voice.  She wasn't

10   present.

11         MR. BRUNWIN:  She can authenticate his voice because

12   she has spoken to him and heard him speak.  She surveilled the

13   circumstances of an undercover and a Special Agent going into

14   the location and obtaining the recording with the only person

15   who is at that location.  And she will testify that she then

16   had the recording returned to her and she listened to the

17   recording, where she heard the defendant's voice and the

18   statements from the defendant.  And that's sufficient

19   authentication for the recording.

20         MS. HALIM:  She wouldn't have heard Mr. Randolph's

21   voice until his arrest a week later on the 20th.  So we're

22   talking about authenticating a recording she was not part of

23   making a week prior.

24         THE COURT:  I understand that.  But in terms of

25   authenticating the process by which the recording -- certainly,

Jones - DIRECT

1    now she recognizes Mr. Randolph.  So she can say, I've

2    conducted surveillance, I watched them go in.  I watched them

3    make contact with him.  I wasn't physically present but then

4    afterwards I obtained the recording.  I think that -- if she

5    says that, I think that's sufficient for authentication of the

6    recording.

7              I would agree, though, that she can't -- you're going

8    to play the recording.  She can't talk about what happened at

9    the meeting and be asked about statements that he made or

10   didn't make because --

11             MR. BRUNWIN:  She can testify -- having authenticated

12   the recording, recognizing his voice, she can testify as to

13   what statements she heard him saying in the recording.

14             THE COURT:  But that recording is going to be played

15   for me, correct?

16             MR. BRUNWIN:  Yes.

17             THE COURT:  So I can hear the recording.  Okay.  All

18   right.

19             MS. HALIM:  Thank you.

20             THE COURT:  I'll overrule that objection.  You can

21   bring Special Agent Jones back in.

22             Okay.  You can continue.

23             (Special Agent Jones resumes the stand.)

24   BY MR. BRUNWIN:

25   Q.  Special Agent Jones, I was going to ask you, did you

Jones - DIRECT

1    observe officers make contact with the defendant on April 13th,
2    2021?
3    A.  I could see that they went into the gas station.  Like I
4    said, I was sitting across the street.  So I could only see so
5    much into the gas station.
6    Q.  To your knowledge, was he -- they make -- did you observe
7    that that was his place of employment and they made contact
8    with an individual at his place of employment?
9    A.  Yes.  A vehicle that he had driven to and from work before
10   was observed parked out in the parking lot of the gas station.
11   Q.  That was the location -- was that the location where you
12   had observed him going to as his place of employment?
13   A.  Yes.
14   Q.  And the conversation that the undercover officer and the
15   Special Agent had with the defendant, was that conversation
16   recorded?
17   A.  Yes, it was.
18   Q.  And how was it recorded?
19   A.  By a small body-recording device that was kept on the UCE's
20   person.
21   Q.  And did you obtain --
22            MS. HALIM:  Your Honor, I renew my objection.
23            THE COURT:  Overruled.
24   BY MR. BRUNWIN:
25   Q.  Did you obtain the recording device with the recording

Jones - DIRECT

1    after the officers made contact with defendant Randolph?

2    A.   Yes.

3    Q.   What did you do with that recording?

4    A.   The recording was taken back to the Lexington resident

5    agency, where I downloaded it.

6    Q.   And did you listen to the recording?

7    A.   Yes, I did.

8    Q.   Did you recognize the defendant Randolph's voice -- were

9    you able to identify his voice on the recording?

10   A.   It was later -- at a later time -- that recording was on

11   April 13th.  During the interview that I conducted of

12   Mr. Randolph on April 20th, the voices sounded the same.  But

13   also, at the end of that recording, the UCE had asked him his

14   name and he introduced himself as Stephen.

15   Q.   So at some point in the recording, in addition to the other

16   indicia, the defendant self-identifies himself and provides his

17   name in the recording?

18          MS. HALIM:  Your Honor, objection to both leading

19   and --

20          THE COURT:  Sustained.

21          MR. BRUNWIN:  Okay.  We'll go through it.

22   BY MR. BRUNWIN:

23   Q.   Now, can you tell us what things you recall the defendant

24   Randolph to have said in the recordings?

25          MS. HALIM:  Objection --

Jones - DIRECT

```
 1              THE COURT:  Sustained.
 2              MS. HALIM:  Thank you.
 3              MR. BRUNWIN:  Let's go ahead and play -- I'm going to
 4    ask -- Exhibit 523.
 5    BY MR. BRUNWIN:
 6    Q.  And Special Agent Jones, did you review the recording of
 7    the interview before your testimony here today?
 8    A.  Of the UCE recording, yes.
 9    Q.  And Exhibit 523, do you know what Exhibit 523 is?
10    A.  I believe it's going to be the recording of the April 13th
11    conversation.
12              MR. BRUNWIN:  And at this time, I'm going to move into
13    evidence Exhibit 523 and ask to play it.
14    BY MR. BRUNWIN:
15    Q.  I'm going to ask you -- I'm going to play it a little bit.
16    We're going to start at the very beginning but I'm going to ask
17    you to tell us when you recognize Exhibit 523, the audio.
18    There's no visual.
19       (Audio played.)
20              MR. BRUNWIN:  You can pause there.
21              THE WITNESS:  This would be the preamble that the UCE
22    is doing before the meeting with Mr. Randolph.
23    Q.  And you recognize Exhibit 523 as the recording obtained on
24    April 13th, 2021?
25    A.  Yes.
```

Jones - DIRECT

```
1              MR. BRUNWIN:  And I would move into evidence
2    Exhibit 523 and ask to publish.
3              THE COURT:  Okay.  I know you have an objection.  Any
4    other objection?
5              MS. HALIM:  Same objections.
6              THE COURT:  Okay.  Overruled.
7         (Audio played.)
8    BY MR. BRUNWIN:
9    Q.  Special Agent Jones, we've listened to the whole recording,
10   Exhibit 523.  Did you recognize the defendant's voice,
11   listening to that recording again?
12   A.  Yes, I did.
13   Q.  At about 19:30 in the recording, a voice said:  Saw a lady
14   cop get slammed, suffered a concussion.  And described how her
15   head bounced off a handrail.  Did you recognize the voice of
16   the person who said that in the recording?
17             MS. HALIM:  Objection, Your Honor.  The recording
18   speaks for itself and is the best evidence.
19             THE COURT:  He's just asking if she recognizes the
20   voice of the person.  Overruled.
21             THE WITNESS:  Yes.
22   BY MR. BRUNWIN:
23   Q.  And whose voice was that?
24   A.  Mr. Randolph.
25   Q.  At about 15 minutes into the recording, there was a voice
```

Jones - DIRECT

1    that described barriers, said they had barriers set up and like

2    15 cops.  Did you recognize the voice of the person who made

3    that statement at about 15 minutes?

4    A.  Yes.  It was Mr. Randolph.

5    Q.  At about 17:07, a voice said:  It was F'ing fun.

6        Did you recognize that voice?

7    A.  Yes.  Mr. Randolph.

8    Q.  At 17:22, a voice described gallows.  Did you recognize

9    that voice?

10   A.  Yes.  Mr. Randolph, again.

11   Q.  And at about 20 minutes, a voice identified itself as

12   Stephen.  Did you recognize the voice that identified himself

13   as Stephen?

14   A.  Yes.  It was Mr. Randolph.

15   Q.  Now, during the course of this investigation did you also

16   participate in a search of the defendant's residence?

17   A.  Yes.  On April 20th, 2021.

18   Q.  And were items located at the search of the defendant's

19   residence?

20   A.  Yes.  There were four items of evidence that were taken

21   from the residence.  A black in color jacket, a gray Carhartt

22   beanie or toboggan, some dark in color boots and some black

23   gloves that have an orange coloring around the wrist area.

24   Q.  And did those items appear to be the items that are

25   depicted in Exhibits 302 and 308B in this case?

Jones - CROSS

1    A.  Yes.

2    Q.  And I believe Exhibit 327 as well; is that right?

3    A.  Yes.

4          MR. BRUNWIN:  No further questions at this time, Your

5    Honor.

6          THE COURT:  Okay.  Cross-examination?

7          MR. BRENNWALD:  Your Honor, I just need to step out

8    for one minute.  Mr. Feitel is going to stand in for me.  This

9    doesn't concern me but if I can step out one minute and keep

10   going.

11         THE COURT:  Okay.  You can step out, although I don't

12   think you can have a co-defendant's attorney stand in.

13         MR. BRENNWALD:  Well, this doesn't concern me at all.

14   So if you don't mind, I'll be right back.

15         THE COURT:  Okay.

16         MR. FEITEL:  I won't let anything bad happen to

17   Mr. Blythe on my informal watch.

18         MS. HALIM:  May I proceed, Your Honor?

19         THE COURT:  Yes.

20                      CROSS-EXAMINATION

21   BY MS. HALIM:

22   Q.  Good morning, Agent Jones.

23   A.  Good morning.

24   Q.  Let's pick up with the arrest, which you just testified

25   took place on April 20th, 2021, correct?

Jones - CROSS

1    A.   Yes, ma'am.

2    Q.   At that time, when you got to the home where Mr. Randolph

3    was living, it was very early in the morning, correct?

4    A.   Yes, it was.

5    Q.   In the 6:00 a.m. hour, right?

6    A.   Yes, ma'am.

7    Q.   In fact, he had been sleeping when you got there, correct?

8    A.   Yes, ma'am.

9    Q.   It was you and your team of folks that were there to arrest

10   him that woke him up, right?

11   A.   Yes, ma'am.

12   Q.   And when you first encountered him that morning, he was

13   still in his sleeping clothing, right?

14   A.   Yes, I believe so.

15   Q.   Basically, just a pair of shorts, right?

16   A.   Yes.

17   Q.   Other than that, he didn't have -- he didn't have shoes on,

18   right?

19   A.   I don't believe so.

20   Q.   Didn't even have a shirt on, correct?

21   A.   I can't remember what he came out wearing in the house, but

22   that would make sense if he was sleeping, yes.

23   Q.   And then you both arrested Mr. Randolph and searched the

24   home where he was living pretty much at the same time, correct?

25   A.   Yes, ma'am.

Jones - CROSS

1   Q.  And as you testified, you recovered in that home four

2   articles of clothing, right?

3   A.  Yes.

4   Q.  It was a jacket, pair of boots, pair of gloves and a gray

5   Carhartt beanie, correct?

6   A.  Yes, ma'am.

7   Q.  Those things were just in his home, right?

8   A.  Yes.

9   Q.  You didn't find them, for example, tied up in a garbage

10  bag, stuffed away in a dark corner of a closet, right?

11  A.  No.

12  Q.  You found them where you would find other items of his

13  clothing, correct?

14  A.  Yes.

15  Q.  You also interviewed Mr. Randolph after you formally

16  arrested him, meaning put the handcuffs on him, correct?

17  A.  Yes, ma'am.

18  Q.  And you read him his Miranda rights, correct?

19  A.  Yes.

20  Q.  And then he did voluntarily speak with you, didn't he?

21  A.  Yes, he did.

22  Q.  He signed the form when he was able, given the handcuffs,

23  right?

24  A.  Yes.

25  Q.  And then for the next more than an hour he freely and

Jones - CROSS

1   voluntarily spoke with you and answered the questions that you

2   had, correct?

3   A.   Yes, he did.

4   Q.   And at no point during the entirety of the interview with

5   you did he refuse to answer any questions, did he?

6   A.   He answered questions, yes.

7   Q.   At no point did he say, stop this, I'm not going to answer

8   any more questions?

9   A.   You're correct, yes.

10  Q.   That never happened.  He never said, you know what, stop

11  questioning me, I'm going to get a lawyer before we continue

12  this.  He never did that, right?

13  A.   Correct.

14  Q.   At all points during both the arrest and the search of his

15  home, he was cooperative with you, correct?

16  A.   Yes.

17  Q.   If you told him to move to the left, he moved to the left,

18  right?

19  A.   Yes, he did.

20  Q.   When you told him where to put his arms and his hands, he

21  put his arms and his hands where you directed him to, correct?

22  A.   Yes.  He was very cooperative.

23  Q.   And then after the interview, you had to drive to the

24  station where -- or to your office where you were going to be

25  processing him, correct?

Jones - CROSS

1    A.   Yes.   To the Woodford County jail.

2    Q.   And along on that ride, there were still periods of time

3    when he was still freely and voluntarily talking to you,

4    correct?

5    A.   Yes.

6    Q.   You were aware that the day that you arrested him was the

7    day after his girlfriend's grandmother had passed away,

8    correct?

9    A.   We actually did not know that until he told us, I believe

10   it was during the interview, that the grandmother had passed

11   away the day prior.

12   Q.   I wasn't suggesting that you knew that prior to showing up

13   at 6:00 a.m. in the morning.   But you have since learned that

14   that does, in fact, happen to be the day after his girlfriend's

15   grandmother died, right?

16   A.   Yes.

17   Q.   And he had been the caretaker for her?

18   A.   Yes.

19   Q.   And he was quite upset when he found out that he wasn't

20   going to be able to attend her funeral, correct?

21   A.   Yes, he was.

22   Q.   Agent, you -- I believe you indicated that you first became

23   involved in this case when you got information from the

24   Washington, D.C. field office in late February of 2021, right?

25   A.   Yes.

Jones - CROSS

1  Q.  And at that time, you were assigned to pick up the
2  investigation into Mr. Randolph personally, right?
3  A.  Yes.
4  Q.  And as part of the information that you got from the
5  Washington field office, I assume that videos from January 6th
6  were part of the information that they gave to you, correct?
7  A.  Yes.
8  Q.  And so you watched the videos of the person that the
9  Washington office wanted you to identify and investigate,
10  correct?
11  A.  Correct.
12  Q.  In watching those videos, you saw the individual that you
13  identified in the videos that had the gray Carhartt beanie,
14  right?
15  A.  Correct.
16  Q.  And the black jacket and the blue jeans and all that,
17  right?
18  A.  Yes.
19  Q.  You indicated that part of your investigation was
20  surveillance of Mr. Randolph, right?
21  A.  Correct.
22  Q.  You were able to track down where he was living, correct?
23  A.  Yes.
24  Q.  The home that he was living in, it wasn't registered or
25  titled to him, correct?

Jones - CROSS

1    A.  Correct.

2    Q.  He was living in a property owned by his girlfriend's

3    father; isn't that right?

4    A.  Yes.

5    Q.  But you were able to, through your investigation, track

6    down that that was the residence where he was living, right?

7    A.  Correct.

8    Q.  You surveilled him at that residence, correct?

9    A.  Correct.

10   Q.  You saw that he left that residence on a particular day and

11   drove to a Marathon gas station, right?

12   A.  Yes.

13   Q.  And you knew that that individual worked at that Marathon

14   gas station, correct?

15   A.  Correct.

16   Q.  And I think you indicated that it was on March 3rd of 2021,

17   one of the times you were doing surveillance, you actually saw

18   him leave the house with that very same gray Carhartt beanie,

19   correct?

20   A.  It was not myself but our surveillance team observed him

21   with that gray Carhartt beanie, yes.

22   Q.  And at that point, when you saw the individual that was

23   wearing what appeared to be the same thing as you saw in those

24   videos from January 6th, correct?

25   A.  Yes.

Jones - CROSS

1   Q.  What you did in your investigation was continue surveilling
2   him, right?
3   A.  Yes.
4   Q.  At no point did you serve him with a target letter, did
5   you?
6   A.  No.
7   Q.  At no point did you just approach him and ask him if he
8   would talk to you?
9   A.  We wanted to.
10  Q.  I'm just --
11  A.  No.
12  Q.  I'm just asking whether you did.
13  A.  No, we did not.
14  Q.  You did not.  What you did instead was what led up to the
15  recording that we just heard, which was send a couple of folks
16  in, FBI agents in an undercover capacity, to trick
17  Mr. Randolph, correct?
18  A.  We sent an undercover agent and another agent in to talk to
19  Mr. Randolph to see if he would talk about whether or not he
20  was present on January 6th.
21  Q.  But those agents didn't identify themselves as agents,
22  correct?
23  A.  No, they did not.
24  Q.  They didn't identify themselves as individuals that wanted
25  to ask him questions about what he was doing on January 6th in

Jones - CROSS

1    Washington, D.C., right?

2    A.   No, they did not.

3    Q.   You didn't -- at any point during your investigation you

4    didn't post any wanted notices in the community that he lived

5    in, did you?

6    A.   Not in the community, no.

7    Q.   You didn't post any online that he was wanted?

8    A.   No.

9    Q.   You have learned through the course of your investigation,

10   Agent, that Mr. Randolph traveled by himself to Washington,

11   D.C., correct?

12   A.   Correct.

13   Q.   That he borrowed a car to do so?

14   A.   Yes.

15   Q.   That he used his girlfriend's phone --

16   A.   Yes.

17   Q.   -- to go to D.C., right?

18   A.   Yes.

19   Q.   You knew that he actually shared that phone with her,

20   right?

21   A.   He told us that during the interview, yes.

22   Q.   He didn't have his own phone, did he?

23          MR. BRUNWIN:   I'm going to object, Your Honor, to the

24   extent that counsel is eliciting hearsay from the defendant's

25   statements.

Jones - CROSS

```
1              THE COURT:  Your response?
2              MS. HALIM:  My response is I'm asking the agent what
3    she learned as part of her investigation.
4              MR. BRUNWIN:  Which is hearsay --
5              THE COURT:  What would be the relevance of that?
6              MS. HALIM:  Of what she learned during her
7    investigation?
8              THE COURT:  Meaning, what's the argument you're going
9    to make regarding it?
10             MS. HALIM:  I understand.  I'll move on.
11             THE COURT:  Okay.  Sustained.
12   BY MS. HALIM:
13   Q.  Agent, when you searched -- actually, let me back up.
14   Strike that.
15       When you were investigating Mr. Randolph, you did not find
16   that he had any association or affiliation with any extremist
17   groups, right?
18   A.  Correct.
19   Q.  And that was something you were certainly looking for,
20   correct?
21   A.  Yes.
22   Q.  You didn't find any social media posts that Mr. Randolph
23   had authored that would be political in nature, correct?
24   A.  Correct.
25   Q.  You did not find any email messages, text messages that
```

Jones - CROSS

1   Mr. Randolph had authored that would be political in nature,
2   correct?
3   A.  Correct.
4   Q.  Certainly, you didn't find anything that would be in the
5   vein of an encrypted message or on some sort of encrypted
6   platform, correct?
7   A.  Correct.
8          MS. HALIM:  If I could just have one moment, Your
9   Honor.
10         THE COURT:  Sure.
11         MS. HALIM:  Thank you.  I don't have any further
12  questions.  Thank you.
13         THE COURT:  Any other defendant have any
14  cross-examination?  Okay.  Redirect?
15         MR. BRUNWIN:  Just that the Government would move to
16  strike the information elicited about information -- hearsay
17  information, hearsay statements that appear to be from the
18  defendant himself provided to the agents during the interview
19  that was elicited by defense counsel.
20         THE COURT:  Okay.
21         MS. HALIM:  I would object to -- or I oppose the
22  request to strike anything that was not the subject of a timely
23  objection.
24         THE COURT:  Okay.  I won't consider it.  I'll grant
25  that.

1          MR. BRUNWIN:  Nothing further.

2          THE COURT:  Nothing further?  Okay.

3          Thank you so much.

4          Do you want to bring in your next witness?

5          MR. MARSHALL:  Your Honor, the Government's next

6    witness that we're going to call is Special Agent Desirae

7    Maldonado, who relates to the investigation of Paul Johnson.

8    But there's just two issues I wanted to mention prior to

9    calling her into the courtroom.

10          THE COURT:  Okay.

11          MR. MARSHALL:  The first one, as we've seen with the

12   others, Mr. Johnson has agreed to stipulate to identity and to

13   not contest that.  So similar to the prior two witnesses, my

14   plan is just to show two videos, have Mr. Johnson identified,

15   and then at that time I would propose that that could be an

16   appropriate time for counsel to indicate that they're not

17   contesting identity, assuming that's still the case.

18          MS. ROSEN:  No objection to that, Your Honor.

19          MR. MARSHALL:  The one caveat I would mention to that

20   is given the disputes relating to the audio and third-party

21   video, in part indicated by Mr. Johnson's filing late last

22   week, we do plan to seek to elicit testimony from the case

23   agent, identifying Mr. Johnson's voice in these videos.  So

24   unfortunately, there are going to be several videos that I

25   believe will still need to be played during the case agent's

1    testimony.

2              The second one I wanted to mention is Government's

3    Exhibit 526, and this is the statements made by Mr. Johnson on

4    the evening of January 6th that were discussed during the

5    pretrial conference.

6              THE COURT:  Okay.

7              MR. MARSHALL:  So this is one that the Government

8    intends to authenticate through circumstantial indicia of

9    authenticity.  And so just before --

10             THE COURT:  This is the interview statement?

11             MR. MARSHALL:  That's correct.  That took place in

12   what appears to be off-Capitol grounds.  So I just wanted to

13   mention that in case the Court or counsel for Johnson, if this

14   was something we felt was better discussed in advance of and

15   outside the presence of the witness, I'm happy to proffer some

16   of the evidence that would go towards that.  Or we can wait to

17   see what's elicited and discuss it then.

18             THE COURT:  Okay.  I'll hear from Ms. Rosen.  I have

19   not ruled on the motion, but it sounds like Mr. Marshall is

20   suggesting that they're going to attempt to authenticate the

21   audio through this the witness, which would be relevant to the

22   motion.  If I determine they successfully do that, then I would

23   deny the motion.

24             MS. ROSEN:  Right.  We understand the Government,

25   obviously, has the opportunity to attempt to authenticate the

```
 1    audio.  But we also understand that the witness that they're
 2    going to call is only going to offer voice authentication
 3    and/or testimony about things they see in the video.  But the
 4    problem with that is that witness wasn't there.
 5              THE COURT:  Right.
 6              MS. ROSEN:  In any of the videos, I think, they plan
 7    to show.  So we are going to be continually objecting to the
 8    authentication of the video -- the audio portion.  Obviously,
 9    we are not continuing to object to the visual depictions, as we
10    noted in our motion at docket 305.
11              In terms of the YouTube video -- sorry if I have that
12    source wrong.  In terms of the interview video, we are
13    continuing to object to the authentication of that.  We would
14    also be objecting to the latter portion of that video on 401,
15    402, 403 and 404 grounds, as outlined in the motion to strike.
16    We understand the Court has denied the motion to strike on the
17    timeliness issue.  We still think there are relevance,
18    prejudicial and 404(b) issues as related to that, on top of the
19    authentication.
20              THE COURT:  Okay.  Well, I mean, I would need to see
21    the video in order to rule on that in any event.  So why don't
22    we proceed.  I'll give the Government the opportunity that it's
23    suggesting -- it's suggesting it can authenticate the audio.
24              Let me ask you this.  You're not suggesting that this
25    witness can't testify that based on her conversations with
```

1    Mr. Johnson that she recognizes his voice?  You're not

2    suggesting that that's --

3         MS. ROSEN:  We certainly understand under the rules of

4    evidence, a lay witness can attempt to authenticate a voice,

5    and we may cross-examine on that issue.  But I think the bigger

6    picture issue is -- and we actually just saw this in the past

7    witness's testimony -- this witness can't authenticate the

8    audio that it accurately represents what happened that day.

9    She can say, yes, that's Mr. Johnson's voice, but that does

10   nothing to say that that audio is what it purports to be.

11        The fact that it's his voice doesn't mean it was said

12   at that moment, that that's exactly what he said.  And they

13   have no witness who was present during those events to say,

14   yes, I heard him say something like that, to the extent of

15   that, or yes, those were the -- you know, that was what he was

16   saying in this area.

17        And we just saw the agent testify for Randolph, and

18   that agent could say I saw the agents go in, this was

19   procedure.  They came out.  I uploaded the audio right then.

20   There's some authentication of the process.  What we have for

21   Mr. Johnson is these third-party videos, which I don't think we

22   know the source of, we don't know if they were at all altered

23   or changed before they came into Government hands, and the best

24   the Government witness can do as a lay witness is say something

25   about how they believe it's Mr. Johnson's voice.  But that

1    doesn't mean that the audio is what it purports to be.

2          And I think the cases we cited in our motion talk

3    about the need to independently consider both images and audio

4    and the need for the audio, just like video, to accurately

5    represent what happened that day.  And that generally would

6    call for some type of process, someone witnessing the

7    conversations or someone like Agent Jones -- sorry, the name

8    slipped me for a minute -- who could say, I saw him go in with

9    his audio equipment.  I got it when they came back.  I uploaded

10   it.  Nothing's been altered.

11         THE COURT:  Okay.  So if we were in a jury trial, I

12   would have to view all this anyway.  So why don't we proceed

13   and I'll make a final ruling after the Government has laid its

14   attempted foundation.

15         MS. ROSEN:  Yes, Your Honor.

16         MR. MARSHALL:  Your Honor, just for clarification, the

17   Government's understanding is that the third-party video

18   exhibits previously offered and admitted by the Government were

19   admitted in full --

20         THE COURT:  Yes.

21         MR. MARSHALL:  -- and not on mute or something like

22   that.

23         THE COURT:  They're admitted.  But if for some reason

24   this witness doesn't do what you claim she's going to be able

25   to do, I would allow Ms. Rosen to reintroduce her motion about

Maldonado - DIRECT

1    the audio or make a final ruling on it.  She's also said that

2    parts of the interview are not relevant.  So again, that would

3    require me to listen to the video.  So I'm going to let you

4    proceed.  And then if I agree with anything that she's raised,

5    we can take it up.

6              MR. MARSHALL:  Understood, Your Honor.

7              THE COURT:  But yes, it's in evidence.

8              MR. MARSHALL:  In that case, the Government would now

9    call Special Agent Desirae Maldonado.

10             MS. ROSEN:  Just for clarity, Your Honor, does the

11   Court want me to continue to make simultaneous objections or

12   does the previous argument preserve the issue?

13             THE COURT:  For the videos?

14             MS. ROSEN:  Yes.

15             THE COURT:  You can rest on your objection.  I think

16   you've preserved it.

17                  SPECIAL AGENT DESIRAE MALDONADO,

18   having been first duly sworn on oath, was examined and

19   testified as follows:

20                      DIRECT EXAMINATION

21   BY MR. MARSHALL:

22   Q.  Could you please begin by just stating your name and

23   spelling your last name for the record?

24   A.  Yes, sir.  Desirae Maldonado, M-A-L-D-O-N-A-D-O.

25   Q.  Thank you.  Where do you work?

Maldonado - DIRECT

1    A.   I work for the FBI.

2    Q.   And what's your title there?

3    A.   I'm a Special Agent.

4    Q.   How long have you been a Special Agent with the FBI?

5    A.   I've been a Special Agent with the FBI since 2019.

6    Q.   What office are you currently located in?

7    A.   I am currently assigned to the Norfolk division, the

8    Newport News resident agency.

9    Q.   Any particular assignment within that resident agency?

10   A.   I currently work violent crimes against children but was

11   previously on the Joint Terrorism Task Force.

12   Q.   Have you also handled investigations involving individuals

13   alleged to have committed offenses near the U.S. Capitol on

14   January 6, 2021?

15   A.   Yes, sir.

16   Q.   Did one of these investigations involve an individual named

17   Paul Johnson?

18   A.   Yes, sir.

19   Q.   How did you come to be involved in that investigation?

20   A.   So we were receiving different information through a system

21   called Guardian, indicating if any of these individuals were

22   identified to reside in our area of responsibility.  And I

23   received this Guardian.

24   Q.   Could you just briefly tell us a little bit about what

25   Guardian is?

Maldonado - DIRECT

```
 1   A.   It's essentially like an intake complaint system.
 2   Q.   Were you the only Special Agent involved in this
 3   investigation?
 4   A.   No, I was not.
 5   Q.   What was your role in this investigation, generally?
 6   A.   My role was to assist in executing the search warrant and
 7   arrest warrant.
 8   Q.   And did you, in fact, eventually execute that arrest and
 9   that search warrant?
10   A.   Yes, sir, I did.
11   Q.   During that, did you interact with Mr. Johnson in person?
12   A.   Yes, sir, I did.
13   Q.   Can you describe that?
14   A.   Sure.  We interacted briefly while we -- after we had
15   executed the arrest warrant and tried to make sure he was
16   comfortable and his family was okay.  And then we transported
17   him to a local facility to attempt to interview him.
18   Q.   Did you remain in his presence at that facility?
19   A.   I did.
20   Q.   At any point during these interactions did you hear
21   Mr. Johnson speak?
22   A.   Yes, sir, I did.
23   Q.   How long would you estimate that you were in Mr. Johnson's
24   presence that day?
25   A.   I would say for about a couple of hours or so.
```

Maldonado - DIRECT

1            MR. MARSHALL:  I'd now like to briefly pull up

2       Government's Exhibit 611.

3       BY MR. MARSHALL:

4       Q.  And actually, before we do so, I'd just like to ask if you,

5       during the course of your investigation, reviewed photos or

6       video that appeared to show Mr. Johnson at the U.S. Capitol on

7       January 6th?

8       A.  Yes, sir, I did.

9       Q.  Can you describe generally what he was wearing that day?

10      A.  Yes, sir.  He was wearing camouflage pants, a black zip-up

11      hoody, a black hat with writing on it and he had a black

12      megaphone.

13           MR. MARSHALL:  Can we now pull up Government's

14      Exhibit 611.

15      BY MR. MARSHALL:

16      Q.  Do you recognize this person?

17      A.  Yes, sir, I do.

18      Q.  Who's that?

19      A.  That's Mr. Paul Johnson.

20           MR. MARSHALL:  Can we also go to Government's

21      Exhibit 319 at 25 seconds.

22      BY MR. MARSHALL:

23      Q.  Do you recognize anyone in this frame?

24      A.  Yes, sir, I do.

25      Q.  Who do you see?

Maldonado - DIRECT

1    A.  I see Mr. Johnson to the left side of the screen, with the

2    megaphone.

3           MR. MARSHALL:  For the record, the witness identified

4    what appears to be the only person in this frame holding a

5    megaphone.

6    BY MR. MARSHALL:

7    Q.  Do you recognize this person here in the courtroom today?

8    A.  Yes, sir, I do.

9    Q.  For the record, can you identify what they're wearing?

10   A.  I can only see his face.  In this courtroom?

11   Q.  Yes, that's correct.

12   A.  Yes, sir.  He's wearing a black suit with a black tie.

13          MS. ROSEN:  At this point, we will be willing to

14   stipulate to Mr. Johnson's identity and that he has been

15   identified in the courtroom today.

16          THE COURT:  Okay.

17          MR. MARSHALL:  Since I believe it was not yet admitted

18   into evidence, at this point the Government would offer

19   Government's Exhibit 611 into evidence.

20          MS. ROSEN:  No objection.

21          THE COURT:  Okay.  It's admitted.

22      (Government Exhibit 611 received in evidence.)

23   BY MR. MARSHALL:

24   Q.  Are you aware of an individual named Summer Johnson?

25   A.  Yes, sir.

Maldonado - DIRECT

```
1    Q.  Who's that?

2    A.  Mr. Johnson's wife.

3    Q.  How did you come to be familiar with this person?

4    A.  She was also identified in the video and footage that we

5    received in our Guardian lead.

6    Q.  Have you ever interacted with Ms. Johnson in person?

7    A.  I have, briefly.

8    Q.  When was that?

9    A.  The day that we executed the search warrant at her

10   residence.

11   Q.  Was Ms. Johnson's phone seized during the search?

12   A.  Her phone was not physically seized.

13   Q.  Was it handled at any time by law enforcement?

14   A.  It was.  Through courtesy, we decided to image her phone.

15   Although the search warrant did authorize us to seize the

16   phone, we did not physically take the phone.

17   Q.  Why was that?

18   A.  As a courtesy for her to keep the phone.

19   Q.  When you say image, can you briefly just describe what you

20   mean by that?

21   A.  So our CART personnel, who are our computer analysts,

22   they -- I'm not sure what the process is but essentially they

23   are able to image the exact phone in its state without

24   physically taking the phone and doing it back in our office.

25   Q.  And that produces an extraction of that phone, a digital
```

Maldonado - DIRECT

1    version, a copy of that phone?

2    A.  Yes, sir, that's correct.

3    Q.  And have you viewed that extraction before coming to court

4    today?

5    A.  I reviewed the items that were tagged in the extraction,

6    yes.

7    Q.  Have you reviewed Government's Exhibits 1105 and 1105A

8    through Q?

9    A.  I'm not sure what those are, sir.

10   Q.  I can pull those up.

11          MR. MARSHALL:  Can we go to -- can you pull up

12   Government's Exhibit 1105.

13          MS. ROSEN:  Your Honor, objection.  This was the

14   product of a motion in limine, and the Government agreed parts

15   of these were not going to be entered into evidence that are

16   currently unredacted on the screen.  So I would ask this be

17   taken down promptly.  They agreed things on this screen were

18   not relevant.

19          MR. MARSHALL:  We can take this down.  My apologies.

20          For the record, 1105 is not going to be admitted in

21   evidence, pursuant to our conversations.  But I apologize for

22   bringing it up on the screen just now.

23          Can we pull up Government's Exhibit 1105A.

24   BY MR. MARSHALL:

25   Q.  Do you recognize this?

Maldonado - DIRECT

1    A.  Yes, sir.

2    Q.  And in advance of your testimony today, have you reviewed

3    Government's Exhibits 1105A through Q?

4    A.  I've reviewed 1105A.  I'm not sure what the rest of the

5    letters are.

6    Q.  We can pull the rest of those up.  Do you recognize what

7    this is?

8    A.  Yes, sir.

9    Q.  What is this?

10   A.  This is in the format of a Cellebrite, but a text message

11   that is outgoing.

12   Q.  Do you recognize this as an excerpt from the extract taken

13   from Summer Johnson's phone?

14   A.  Yes, sir.

15          MR. MARSHALL:  Can I now pull up Government's

16   Exhibit -- I'm going to seek to admit these after going through

17   them.  So they should not be published to the public at this

18   time.

19          Can I now pull up Government's Exhibit 1105B.

20   BY MR. MARSHALL:

21   Q.  Do you recognize this?

22   A.  Yes, sir.

23   Q.  What are we looking at?

24   A.  That is another text message.  This is from the extraction

25   of Summer Johnson's cell phone.

Maldonado - DIRECT

```
 1            MR. MARSHALL:  Can we now go to Government's
 2   Exhibit 1105C.
 3            Can we now go to 1105D.
 4   BY MR. MARSHALL:
 5   Q.  Same question.  Do you recognize this and if so, what is
 6   it?
 7   A.  Another text extraction from Summer Johnson's phone.
 8            MR. MARSHALL:  Now 1105E.
 9   BY MR. MARSHALL:
10   Q.  Same question.  If you recognize this?  And if so what is
11   it?
12   A.  Another text extraction from Summer Johnson's phone.
13            MR. MARSHALL:  Can we now go to 1105F.
14   BY MR. MARSHALL:
15   Q.  Same question.  Do you recognize, and if so, what is it?
16   A.  This is another extraction from -- text extraction from
17   Summer Johnson's phone.
18            MR. MARSHALL:  Let's go to 1105M.
19   BY MR. MARSHALL:
20   Q.  Same question.  Do you recognize it, and if so, what is it?
21   A.  This is another text extraction from Summer Johnson's
22   phone.
23            MR. MARSHALL:  Two more.  The next is 1105N.
24   BY MR. MARSHALL:
25   Q.  Do you recognize this.  If so, what is it?
```

Maldonado - DIRECT

1    A.   Another text extraction from Summer Johnson's phone.

2              MR. MARSHALL:   Finally, 1105Q.

3    BY MR. MARSHALL:

4    Q.   Do you recognize this?   And if so, what is it?

5    A.   Multiple text extractions from Summer Johnson's phone.

6    Q.   Do all of these appear to be fair and accurate excerpts

7    from that extraction of Summer Johnson's phone?

8    A.   Yes, sir.

9              MR. MARSHALL:   Your Honor, the Government at this time

10   would offer Government's Exhibits 1105A through Q in evidence.

11             MS. ROSEN:   Your Honor, we don't object on

12   authenticity grounds.   We do renew, I think, our previously

13   denied in limine about the phone, generally.

14             THE COURT:   Okay.   Overruled.   It's admitted.

15             MR. WOODWARD:   Your Honor, just to clarify that these

16   are being admitted only as against Mr. Johnson and not against

17   Mr. Samsel.

18             THE COURT:   That's correct.

19      (Government Exhibits 1105A, 1105B, 1105C, 1105D, 1105E,

20   1105F, 1105G, 1105H, 1105I, 1105J, 1105K, 1105L, 1105M, 1105N,

21   1105O, 1105P, 1105Q received in evidence.)

22             MR. MARSHALL:   Can we now briefly go back to 1105A.

23   BY MR. MARSHALL:

24   Q.   By looking at this, can you tell who received this text

25   message?

Maldonado - DIRECT

1    A.   Yes, sir.  The 757 number that says "Boo Thang."

2    Q.   Do you recognize that phone number?

3    A.   I do.

4    Q.   How do you recognize it?

5    A.   That phone number was assigned to Mr. Johnson, which we

6    discovered through open source.

7    Q.   Can you describe the open source that indicated this phone

8    was associated with Mr. Johnson?

9    A.   Sure.  If you simply put that phone number into Google, his

10   tree service company comes up.

11   Q.   What's the name of that tree service, if you recall?

12   A.   I believe it's E&E.

13        MS. ROSEN:  Objection, Your Honor.  It's a line of

14   hearsay.  She's relating documents and search engines that are

15   not here in court.

16        THE COURT:  Okay.  I think she can describe how she

17   obtained the phone number as part of her investigation.

18        So you can continue.

19        MR. MARSHALL:  Can we now go to Government's

20   Exhibit 1105D.

21   BY MR. MARSHALL:

22   Q.   Can you tell, looking at this, who sent and received this

23   message?

24   A.   It looks like it's an incoming message from Boo Thang,

25   which would be Mr. Johnson, to Sissy and One Day.

Maldonado - DIRECT

1  Q.  Does this indicate the content of that message?

2  A.  Yes.  The body states --

3  Q.  Can you read the body of that message?

4  A.  Sure.

5      Fucking the Capitol up, yeah.

6  Q.  Does this indicate what time this message was sent?

7  A.  It does.

8  Q.  What time is that?

9  A.  January 6, 2021.  It appears 7:30 p.m. UTC.

10  Q.  What is UTC?

11  A.  Universal -- I'm not sure exactly what that stands for.

12  Universal -- I can't recall at the moment.

13  Q.  Are you aware of how that converts to Eastern Standard

14  Time?

15  A.  I am not.  That's where I usually use Google as my friend.

16  Q.  But you can tell looking at this that it's 7:30:10 p.m.

17  UTC?

18  A.  Correct, yes.

19        MR. MARSHALL:  Can we now go to Government's

20  Exhibit 1105E.

21  BY MR. MARSHALL:

22  Q.  Can you tell looking at this who this was sent and received

23  to?

24  A.  Yes.  It looks like it was from Mr. Johnson to Sissy and

25  One Day.

Maldonado - DIRECT

1    Q.   What was the consent of this message?

2    A.   The body states:  Just took over the Capitol.

3    Q.   And can you read the timestamp for this message?

4    A.   Sure.  January 6, 2021, 7:43:31 p.m., UTC.

5    Q.   During the course of your investigation, have you reviewed

6    photos and video footage from the area around the U.S. Capitol

7    taken on January 6, 2021?

8    A.   Yes, sir, I have.

9    Q.   Just in general terms, what were the sources of these

10   videos and photos?

11   A.   Through my investigation and through my understanding, it

12   was all open source available to the public.

13   Q.   What does open source generally mean?

14   A.   It's available to the public as well.

15   Q.   Is it always apparent who the photographer or videographer,

16   filmer is in these videos?

17   A.   Can you repeat the question?

18   Q.   Is it always apparent in watching who the photographer or,

19   like, filmer of these videos is?

20   A.   No.  I mean, if -- are you having about, like, the person

21   physically taking the video?

22   Q.   That's correct.

23   A.   No, it is not apparent.

24          MR. MARSHALL:  Can we go to Government's Exhibit 308

25   at 40 seconds.  Can we just play it briefly from there.

Maldonado - DIRECT

1              And for the Court and counsel for Mr. Johnson's

2      awareness, this is one of two videos that the Government

3      intends to play for the purpose of visually identifying

4      Mr. Johnson, and all others would be just audio.

5              MS. ROSEN:  We're not objecting to his identification

6      in these videos.  We're happy to stipulate.  But if the

7      Government wishes to play.

8              MR. MARSHALL:  We can just go then to Government's

9      Exhibit 304.

10             THE COURT:  Okay.

11             MR. MARSHALL:  And can we play this from the outset.

12         (Video played.)

13     BY MR. MARSHALL:

14     Q.  Do you recognize that person?

15     A.  Yes, sir.

16     Q.  Do you recognize that voice?

17     A.  Yes, sir.

18     Q.  Who is that?

19     A.  Mr. Johnson, Mr. Paul Johnson.

20             MR. MARSHALL:  Can we now go to Government's

21     Exhibit 309 and play that from the beginning.

22         (Video played.)

23             MR. MARSHALL:  You can pause there.

24     BY MR. MARSHALL:

25     Q.  Do you recognize any voices during that video?

Maldonado - DIRECT

1    A.  Yes, sir, I do.

2    Q.  Whose was that?

3    A.  Mr. Johnson.

4    Q.  Can you describe how you recognized it?  Is there anything

5    that made it distinguishable from other voices you could hear

6    during that video?

7    A.  Yes, sir.  He's using a megaphone.

8         MS. ROSEN:  We would object to this voice

9    identification, Your Honor.  During this video we couldn't even

10   tell -- I'm sorry, I couldn't even understand what voice this

11   witness was testifying about in that clip.

12        MR. MARSHALL:  We can go back and play it from the

13   beginning, and perhaps ask the witness to pause when she hears

14   a voice she recognizes.

15        THE COURT:  Okay.

16    (Video played.)

17        THE WITNESS:  That was Mr. Johnson.

18   BY MR. MARSHALL:

19   Q.  Thank you.

20        MR. MARSHALL:  Can we now go to Government's

21   Exhibit -- for the record, the video is paused at 12 seconds.

22   The statement was made approximately one second before that.

23        Can we now go to Government's Exhibit 302 and play

24   that from the beginning.

25            (Video played.)

Maldonado - DIRECT

1              MR. MARSHALL:  We can pause there.

2     BY MR. MARSHALL:

3     Q.  Do you recognize that voice?

4     A.  Yes, sir.

5     Q.  Whose voice was that?

6     A.  Mr. Johnson.

7              MR. MARSHALL:  Can we now go briefly to, let's see,

8     Government's Exhibit 304.  I believe we've already played this

9     one.  My apologies.  331.  Can we jump ahead just to 15 seconds

10    and play from there.

11         (Video played.)

12             MR. MARSHALL:  Can you pause there.

13    BY MR. MARSHALL:

14    Q.  Do you recognize that voice just speaking?

15    A.  Yes, sir.

16    Q.  Who was that?

17    A.  Mr. Johnson.

18             MR. MARSHALL:  Can we continue playing the video.

19         (Video played.)

20             MR. MARSHALL:  Can you pause there.

21    BY MR. MARSHALL:

22    Q.  There's a lot happening in that video but do you recognize

23    any voices in that one?

24    A.  I did.

25    Q.  Can you describe how you recognize that voice?

Maldonado - DIRECT

1   A.  The audio through the megaphone -- Mr. Johnson, that's how

2   I can hear him amplified over everyone else.

3   Q.  Was that part of the chanting or separate from that?

4   A.  I could hear him yelling, "1776."  Other people were

5   yelling that as well but I could hear the megaphone.

6          MR. MARSHALL:  Can we go down to Government's

7   Exhibit 340.  And you can start playing there at 30 seconds.

8      (Video played.)

9          MR. MARSHALL:  Can you pause there.

10  BY MR. MARSHALL:

11  Q.  Do you recognize that person?

12  A.  Yes, sir.

13  Q.  Do you recognize their voice?

14  A.  Yes, sir.

15  Q.  Who was that?

16  A.  Mr. Johnson.

17         MR. MARSHALL:  Can you jump now to 2:40 in this video.

18  And play from this point.

19     (Video played.)

20         MR. MARSHALL:  Actually, can we go back briefly to

21  2:40 and pause it there.

22  BY MR. MARSHALL:

23  Q.  Do you see Mr. Johnson in this video?

24  A.  I see the megaphone.

25  Q.  Can you circle that?

Maldonado - DIRECT

 1    A.  I'm sorry?

 2    Q.  You can touch your screen and draw on it.  Can you circle

 3    where that megaphone is?

 4    A.  Sure.

 5            MR. MARSHALL:  For the record, the witness has circled

 6    a black megaphone beneath a red, white and blue flag.

 7            And we can play it from here at 2:40.

 8       (Video played.)

 9            MR. MARSHALL:  We can pause there and go to

10    Government's Exhibit 339.

11            MR. BRENNWALD:  Your Honor, I have to be in front of

12    Judge Lamberth in four minutes.  I know that we're in trial.

13            THE COURT:  We'll be breaking for lunch in just a

14    minute.

15            MR. MARSHALL:  And I believe I have about five more

16    videos.  But I'm happy to pause at any time.

17            THE COURT:  We can break now, then, if you're at a

18    good stopping point.

19            MR. MARSHALL:  I think this is a good spot.

20            THE COURT:  All right.  We're going to be resuming

21    from lunch at 1:30.

22            Please don't discuss your testimony.  Thank you.

23       (A recess was taken at 12:26 PM)

24            THE COURT:  All right.  Are we ready?

25            MR. WOODWARD:  Yes, Your Honor.  Thank you.

Maldonado - DIRECT

1          MR. SAMSEL:  Thank you, Ms. Franklin.

2          MR. MARSHALL:  Ms. Hayman, can we start by returning

3    to Government's Exhibit 339.  You can play this video from the

4    beginning.

5       (Video played.)

6          MR. MARSHALL:  You can pause there.

7    BY MR. MARSHALL:

8    Q.  Agent Maldonado, do you recognize that voice?

9    A.  Yes, I do.

10   Q.  Who's voice is that?

11   A.  Mr. Johnson.

12         MR. MARSHALL:  Can we return briefly to Government's

13   Exhibit 304.  And you can play it from there.  And there's just

14   one question I intended to ask when we showed this exhibit

15   earlier.

16      (Video played.)

17         MR. MARSHALL:  You can pause it there.

18   BY MR. MARSHALL:

19   Q.  Do you recognize that voice?

20   A.  Yes, sir.

21   Q.  Whose voice is that?

22   A.  Mr. Johnson.

23   Q.  What's the object he's holding there?

24   A.  A black megaphone.

25   Q.  What are the objects that were recovered from Mr. Johnson's

Maldonado - DIRECT

1    home during the search warrant executed at his residence?

2    A.   I don't have a complete list in front of me.  But there

3    were some electronics, walkie-talkies, clothing items, the

4    megaphone, cameras, I believe.

5              MS. ROSEN:  Objection, Your Honor.

6              THE COURT:  Basis?

7              MS. ROSEN:  I think the witness was testifying about

8    things that were not supposed to be evidence at this trial.

9    But we can, I think, move on and strike that part.

10             MR. MARSHALL:  These objects are being testified to

11   for the purposes of authenticating this video and that they're

12   consistent with his appearance here in the video.  We're not

13   seeking to admit them into evidence as proof of his identity or

14   culpability in another context.  We're just using them to show

15   that his appearance here is consistent with objects he was in

16   possession of.

17             MS. ROSEN:  We have no objection to testimony that she

18   recovered a megaphone consistent with what she sees.

19             THE COURT:  Okay.

20             MR. MARSHALL:  And the agreement is a megaphone that's

21   consistent with the megaphone shown here?

22             MS. ROSEN:  That's fine.

23             MR. MARSHALL:  Okay.  Thank you.

24             THE COURT:  So I won't consider whatever other objects

25   that were taken that may have been a subject of a motion.  The

Maldonado - DIRECT

```
 1    megaphone, I'll consider.
 2              MR. MARSHALL:  Okay.  Thank you, Your Honor.
 3              Can we go to Government's Exhibit 320.  And you can
 4    play from the beginning here.
 5       (Video played.)
 6              MR. MARSHALL:  Pausing there.
 7    BY MR. MARSHALL:
 8    Q.  Do you recognize that voice?
 9    A.  Yes, sir.
10    Q.  Whose voice is that?
11    A.  Mr. Johnson's.
12    Q.  And what did he just say there?
13    A.  I'm sorry, you have to play that again for me, please.
14              MR. MARSHALL:  Can we play it one more time.
15              MS. ROSEN:  Objection, Your Honor, to what the witness
16    did or did not say.  This witness has no personal knowledge.
17    She wasn't there.  She's being offered as a lay witness on ID,
18    but the videos, obviously, can speak for themselves and she can
19    offer no further evidence than what's in the video.
20              THE COURT:  She can identify his voice but I don't
21    need her to give me her interpretation of what she thinks.
22              MR. MARSHALL:  Your Honor, in this specific instance
23    I'm asking for the content of what she's saying in order to
24    establish the authenticity of this and a later exhibit I'm
25    going to show.
```

Maldonado - DIRECT

```
 1              THE COURT:  I'll overrule it for that purpose and
 2    Ms. Rosen can move to strike if you don't link it up.
 3              MR. MARSHALL:  Thank you, Your Honor.
 4              Can we play this just one more time.
 5         (Video played.)
 6              MR. MARSHALL:  You can pause it there.
 7    BY MR. MARSHALL:
 8    Q.  Did you hear it that time?
 9    A.  I mean, it's pretty muffled.  I think he said:  It just
10    started.
11              MR. MARSHALL:  Can we play it one more time.
12              MS. ROSEN:  Objection, asked and answered.
13              THE COURT:  Overruled.
14         (Video played.)
15              MR. MARSHALL:  You can pause there.
16              THE WITNESS:  Yeah, I'm not able to make out exactly
17    what he's saying.  It's pretty muffled.
18    BY MR. MARSHALL:
19    Q.  Okay.  That's all right.
20              MR. MARSHALL:  Can we go now to Government's
21    Exhibit 334.  And you can start playing there at 30 seconds.
22         (Video played.)
23              MR. MARSHALL:  I'm sorry, can you actually go back to
24    the beginning.  I misread my notes here.
25         (Video played.)
```

Maldonado - DIRECT

1              MR. MARSHALL:  Pause there.

2    BY MR. MARSHALL:

3    Q.  Do you recognize that voice?

4    A.  Yes, sir.

5    Q.  Whose voice is that?

6    A.  Mr. Johnson.

7    Q.  The last few seconds that I just played there, does that

8    audio resemble any other audio you've heard today?

9    A.  Yes, sir, from the previous video.

10   Q.  Thank you.

11             MR. MARSHALL:  Can we jump to 50 seconds and play from

12   there.

13       (Video played.)

14             MR. MARSHALL:  Pausing there.

15   BY MR. MARSHALL:

16   Q.  Do you recognize that voice?

17   A.  Yes, sir.

18   Q.  Whose voice is that?

19   A.  Mr. Johnson.

20   Q.  Does that audio appear to be -- and do you recognize anyone

21   shown in this screen?

22   A.  Yes, sir.

23   Q.  Can you identify --

24   A.  Mr. Johnson is standing on the right hand with a megaphone

25   in his hand on the wall platform.

Maldonado - DIRECT

1    Q.  In this video, can you see his mouth moving?

2    A.  I'm sorry, can you repeat the question?

3    Q.  When this video is playing, can you see Mr. Johnson's jaw

4    moving?  We can play it if --

5    A.  If you can play it again, please.

6        (Video played.)

7    A.  Yes, sir, I do.

8    Q.  Does that movement appear consistent with the audio you

9    hear in that video?

10   A.  Yes, sir.

11       MR. MARSHALL:  Can we jump to 1:50.  And you can play

12   from there.

13       (Video played.)

14       MR. MARSHALL:  You can pause it there.

15   BY MR. MARSHALL:

16   Q.  Do you recognize that voice?

17   A.  Yes, sir.

18   Q.  Whose voice is that?

19   A.  Mr. Johnson.

20       MR. MARSHALL:  And second to last exhibit.  Can we go

21   to Government's Exhibit 337.  Here we can start playing at the

22   1:01:42 mark.

23       I'm sorry, the Court's indulgence.  I think I have the

24   wrong exhibit number here.

25       Pulling up Government's Exhibit 335.  And again,

Maldonado - DIRECT

1    jumping to the 1:01:40 mark.

2              And you can play briefly from there.

3        (Video played.)

4              MR. MARSHALL:  And you can pause it there.

5              MS. ROSEN:  Your Honor, I would object to this.  We

6    were notified of a different portion of this video being

7    entered into evidence via timestamps.  I haven't seen this yet.

8              MR. MARSHALL:  Your Honor, there's one portion that we

9    marked in our -- planned to offer into evidence.  We're fine

10   limiting it to that.  But there's some additional context

11   elsewhere in the video that I think authenticates the video.

12             MS. ROSEN:  This wasn't part of their exhibit list.  I

13   had no -- we can't -- they loaded us with hours and hours of

14   footage and I relied on --

15             THE COURT:  Let's just play the portion that is on the

16   exhibit list.

17             MR. MARSHALL:  Can we jump, then, to 1:21.  And you

18   can play from there.

19        (Video played.)

20             MR. MARSHALL:  Pausing there briefly.

21   BY MR. MARSHALL:

22   Q.  Do you recognize that voice?

23   A.  Yes, sir.

24   Q.  Whose voice is that?

25   A.  Mr. Johnson's.

Maldonado - DIRECT

1   Q.  Did that voice appear modified or modulated in any way or

2   amplified?

3   A.  It was through the megaphone.  I identified it through the

4   megaphone.

5   Q.  Did you at some point see Mr. Johnson in this video?

6   A.  Yes, sir.

7   Q.  What was he doing?

8   A.  I would need to watch that portion again.

9   Q.  Was he holding anything?

10  A.  The megaphone was in his hands.

11       MR. MARSHALL:  Can we continue playing.

12       (Video played.)

13       MR. MARSHALL:  Pausing at 1:22:06.

14  BY MR. MARSHALL:

15  Q.  Was that, again, Mr. Johnson?

16  A.  Yes, sir.

17       MR. MARSHALL:  You can keep playing.

18       (Video played.)

19       MR. MARSHALL:  Pausing here.

20  BY MR. MARSHALL:

21  Q.  Do you hear that voice?

22  A.  Yes, sir.

23  Q.  Was that Mr. Johnson as well?

24  A.  Yes, sir.

25       MR. MARSHALL:  You can continue playing.

Maldonado - DIRECT

1           (Video played.)

2                   MS. ROSEN:  Your Honor.

3                   THE COURT:  I'm sorry.  Can you pause it?  There may

4       be an objection.

5                   MS. ROSEN:  We could object to the speakers'

6       statements coming in as substantive evidence.  That would

7       obviously be hearsay.  And to the extent that the Government

8       intends to make any further identifications, we'd ask them to

9       do that.  But otherwise, this portion of the video is

10      irrelevant.

11                  THE COURT:  I'm not considering the other voices for

12      the truth.  You would agree that, or really for any purpose?

13                  MR. MARSHALL:  Yes, Your Honor.  That's correct.

14                  THE COURT:  Okay.

15                  MR. MARSHALL:  Can we continue playing just for

16      another minute.

17          (Video played.)

18                  MR. MARSHALL:  And at this time I'd like to pull up

19      Government's Exhibit 526.

20                  And Your Honor, I'd like to go ahead and play this

21      video, although it hasn't been offered for admission into

22      evidence yet.  So it shouldn't be published to the public.  But

23      just for the sake of authentication and questions that I'm

24      planning to ask, I'd ask that we play it at this time.

25                  THE COURT:  Okay.

Maldonado - DIRECT

```
 1        (Video played.)
 2             MR. MARSHALL:  Pausing here.
 3   BY MR. MARSHALL:
 4   Q.  Do you recognize this person?
 5   A.  Yes, sir.
 6   Q.  Who is this?
 7   A.  Mr. Johnson.
 8   Q.  How are you able to recognize him?
 9   A.  His voice, the same clothing that he was wearing earlier.
10   Q.  What particular clothing do you see that appears similar?
11   A.  The black flat-billed hat with the white writing on it.
12             MR. MARSHALL:  We can continue playing.
13        (Video played.)
14             MR. MARSHALL:  Pausing there.
15   BY MR. MARSHALL:
16   Q.  Did you hear a woman's voice just now?
17   A.  Yes, sir.
18   Q.  Do you recognize that voice?
19   A.  It appeared to be Summer Johnson.
20             MR. MARSHALL:  You can continue playing.
21        (Video played.)
22             MR. MARSHALL:  Pausing there.
23   BY MR. MARSHALL:
24   Q.  Do you recognize this person?
25   A.  Yes, sir.
```

Maldonado - DIRECT

```
1    Q.  Who's that?

2    A.  Summer Johnson.

3         MR. MARSHALL:  You can continue playing.

4    (Video played.)

5    BY MR. MARSHALL:

6    Q.  Do you know the source of this video?

7    A.  This was on YouTube.

8    Q.  Have you reviewed this YouTube video in advance of your

9    testimony today?

10   A.  Yes, sir.

11   Q.  Do you know who it was posted by?

12   A.  I cannot recall the name at this moment, not exactly.

13   Q.  Is there anything that would refresh your recollection?

14   A.  Yes, sir.  The page where the video was posted.

15        MR. MARSHALL:  Your Honor, I would request permission

16   to refresh the witness's recollection by showing her the

17   YouTube page.  I'm fine with either showing it on my computer

18   projected view or just to show her my computer screen by

19   walking over and showing it to her.

20        THE COURT:  Whatever is easier.  We can show her.

21        MR. MARSHALL:  Okay.

22        THE WITNESS:  Yes, sir.

23        MS. ROSEN:  Your Honor, can we see it?

24   BY MR. MARSHALL:

25   Q.  Agent Maldonado, did seeing that refresh your recollection?
```

Maldonado - DIRECT

1   A.  Yes, sir.

2   Q.  Did you see the name of the person who posted that video?

3   A.  Yes, sir.

4   Q.  What was their name?

5   A.  Millennial Millie.

6   Q.  Do you recall how many followers that account had, or

7   subscribers?

8   A.  I did not.

9          MS. ROSEN:  Objection, relevance.

10         MR. MARSHALL:  Your Honor, I think the number of

11  subscribers in this instance adds some weight to its

12  authenticity --

13         THE COURT:  Sustained.  I'll sustain that.

14  BY MR. MARSHALL:

15  Q.  Do you recall when this was posted?

16  A.  I believe it was live streamed on January 6, 2021.

17  Q.  Thank you.

18         MS. ROSEN:  Objection to strike lack of personal

19  knowledge.  Unless this witness was watching it live streamed

20  on January 6th, I don't know how she knows that.

21         MR. MARSHALL:  Your Honor, the Court is -- the finder

22  of fact is permitted to consider inadmissible evidence in

23  considering the authenticity of an exhibit.  And I would argue

24  that this information provides circumstantial indicia of

25  authenticity, seeing that this is publicly available on a

Maldonado - DIRECT

1    YouTube channel where you can see the date where it was posted.

2           THE COURT:  Overruled.

3           MR. MARSHALL:  I'd like to go now to what was

4    previously admitted as Government's Exhibit 1105Q.  And could

5    you zoom in on the first message of this exhibit.

6    BY MR. MARSHALL:

7    Q.  Do you recognize what this exhibit is?

8    A.  Yes, sir.

9    Q.  What's that?

10   A.  Text extractions from Summer Johnson's phone.

11   Q.  I'm now going to ask you to read some of the content in

12   this extraction.  Can you read this first message?

13   A.  Sure.  It's to Boo Thang, Mr. Johnson:  Should I book a

14   room?

15   Q.  And can you read the timestamp of when that was sent?

16   A.  Sure.  December 20th, 2020, 3:37:07 p.m. UTC plus zero.

17          MR. MARSHALL:  Can you pull up the next message.

18   BY MR. MARSHALL:

19   Q.  Can you read the content of this one?

20   A.  Yes, sir.  This is to Mr. Johnson.  Body says:  They are

21   selling out.

22          MR. MARSHALL:  Can we go to the next page, just to go

23   through these a little bit more quickly.

24          And are you able to zoom in on the first three

25   messages here.

Maldonado - DIRECT

1   BY MR. MARSHALL:

2   Q.  Can you read the content of these three messages?

3   A.  Sure.  Incoming from Mr. Johnson:  Sure, love.

4       Outgoing to Mr. Johnson:  In the night of the 5th or 6th.

5   Are you planning to roam the streets -- I believe there's a

6   typo there -- after the protest or both nights?

7       Incoming from Mr. Johnson:  Shit.  Prob both.

8           MR. MARSHALL:  Can you pull up the next three messages

9   or the bottom two on this page.

10  BY MR. MARSHALL:

11  Q.  Can you read these two?

12  A.  Sure.  To Mr. Johnson:  I wish we could afford Trump.  It's

13  900 a night, though.

14      From Mr. Johnson:  Look at Hilton Garden, 14th street.

15          MR. MARSHALL:  Can we now go to the next page.  Can

16  you pull up the first two on this.

17  BY MR. MARSHALL:

18  Q.  Can you read these two?

19  A.  Sure.  To Mr. Johnson:  No balcony.  JW Marriott is closer

20  but more money.  Want me to book Hilton?

21      From Mr. Johnson:  Hilton is where buddy's staying.

22      There's a typo.

23          MR. MARSHALL:  And then can you do the last two

24  messages.

25  BY MR. MARSHALL:

Maldonado - DIRECT

1   Q.  Can you read these?

2   A.  To Mr. Johnson:  Okay, done.

3       From Mr. Johnson:  Sweet.

4   Q.  Are you aware of what -- are you aware of a hotel named

5   Hilton Garden Inn in Washington, D.C.?

6   A.  Yes, sir.  There's a Hilton Garden Inn on 14th Street.

7   Q.  Do you know its address?

8   A.  I believe it's 815.

9           MR. MARSHALL:  Can we go back to Government's

10  Exhibit 526 and just pause at the beginning.

11          (Video played.)

12  BY MR. MARSHALL:

13  Q.  Do you know where this takes place?

14  A.  Yes, sir.

15  Q.  Where is that?

16  A.  Outside of the Hilton Garden Inn.

17  Q.  How do you know that?

18  A.  In reviewing the video, you can see the big sign right

19  above the front doors, which is what they're standing in front

20  of.

21          MR. MARSHALL:  Can we also go to just 1:09 and then

22  play just briefly.

23      (Video played.)

24          MR. MARSHALL:  Can we play just a second longer until

25  the --

Maldonado - DIRECT

```
1              (Video played.)
2              MR. MARSHALL:  If you can pause there.
3    BY MR. MARSHALL:
4    Q.   Do you see the placard to the left of that door?
5    A.   Yes, sir.
6    Q.   Can you read anything on that placard?
7    A.   It reads the numbers 815.
8              MR. MARSHALL:  Your Honor, at this time the Government
9    would move to admit Government's Exhibit 526 as evidence.
10             THE COURT:  Same objection?
11             MS. ROSEN:  Your Honor, same objection.  We would also
12   like to query about Jencks issues but we can wait until it's
13   our turn.
14             THE COURT:  Okay.  I'll overrule the objection and
15   allow it in, which relates to my ruling and would be my ruling
16   on the motion in limine.  I think that the Government has
17   established enough to authenticate the video, including audio,
18   including that this witness recognizes the voice, has placed
19   him outside of a hotel where the Government has introduced text
20   messages indicating that he was planning to stay, in similar
21   clothes.
22             I think all of these circumstances meet the low
23   threshold for authenticating the video, which would include any
24   statements that are made on the video.  So that's my ruling
25   with respect to that.
```

Maldonado - DIRECT

1              In terms of portions that you think are irrelevant, if
2      you would just object -- we can deal with that now or we can
3      wait until it's played.  You tell me how you want to handle it.
4              MS. ROSEN:  I think it's been played.
5              THE COURT:  Oh, that's all?
6              MS. ROSEN:  You can ask the Government.
7              MR. MARSHALL:  Yes, that is.
8              THE COURT:  I'm not considering any statements other
9      than those made by the person the Government is purporting to
10     be Mr. Johnson.  So if the objection is that there are other
11     speakers on the video, I'm not considering any of that.
12             MS. ROSEN:  We understand, Your Honor.  We'll rest on
13     the motion we previously filed.
14             THE COURT:  Okay.  It's admitted.  Are you intending
15     to play any other portions of this?
16             MR. MARSHALL:  No, Your Honor.  And the Court's
17     indulgence.
18         (Government Exhibit 526 received in evidence.)
19             MR. MARSHALL:  Your Honor, I believe that's all the
20     questions the Government has.  I would just like to clarify for
21     the record that the previously admitted 300 series videos that
22     were shown were previously authenticated for sound and audio,
23     and that those are already in evidence as substantive evidence.
24             THE COURT:  Yes.
25             MR. MARSHALL:  Thank you, Your Honor.  No further

Maldonado - CROSS

```
1    questions.
2              THE COURT:  Any cross-examination?
3              MS. ROSEN:  Yes, Your Honor.
4              If I could just have a moment with the Government.
5              THE COURT:  Sure.
6              MR. BRENNWALD:  Your Honor, may my client be excused
7    for one minute?
8              THE COURT:  Sure.
9              MR. BRENNWALD:  I'll waive his presence for this
10   purpose.
11             THE COURT:  Sure.
12                        CROSS-EXAMINATION
13   BY MS. ROSEN:
14   Q.  Good afternoon, Agent Maldonado.
15   A.  Good afternoon.
16   Q.  You spoke on the record about the search and arrest at
17   Mr. Johnson's house?
18   A.  Yes, ma'am.
19   Q.  That was April 13th, 2021?
20   A.  Yes, ma'am, I believe so.
21   Q.  About two and a half years ago?
22   A.  Yes, ma'am.
23   Q.  I think you got to the residence around 5:30 a.m.?
24   A.  I don't recall what --
25   Q.  Was it still dark out?
```

Maldonado - CROSS

1   A.   Yes, ma'am.

2   Q.   So it was very early in the morning?

3   A.   Yes, ma'am.

4   Q.   And you haven't talked to him in person since that day?

5   A.   That's correct.

6   Q.   On direct examination you reviewed text messages with the

7   Government between -- between, you said, Ms. Johnson and

8   Mr. Johnson?

9   A.   That's correct.

10   Q.   Regarding their plans to come to D.C. on January 6th?

11   A.   Yes, ma'am.

12   Q.   And they talked about bringing snacks?

13   A.   I would have to go back and review.

14   Q.   Would looking at the text messages refresh your

15   recollection?

16   A.   Yes, ma'am.

17         MS. ROSEN:   If the Government wouldn't mind pulling up

18   1105Q and publishing it to the witness.

19   BY MS. ROSEN:

20   Q.   If you could look up after you finish reading each page.

21         MS. ROSEN:   Next page, please.

22         Next page, please.

23         Next page, please.

24         Next page, please.

25   BY MS. ROSEN:

Maldonado - CROSS

1   Q.  So does looking at the phone extraction refresh your

2   recollection?

3   A.  Yes, ma'am.

4   Q.  And they did, in fact, talk about bringing snacks to the

5   protest, correct?

6   A.  Yes, ma'am.

7   Q.  They talked about bringing a cooler for the snacks?

8   A.  Yes, ma'am.

9   Q.  And they talked about what they would do if they couldn't

10  find a bathroom to use?

11  A.  Yes, ma'am.

12  Q.  And they even talked about using a sarong to hide

13  themselves if they needed to use the bathroom?

14  A.  Yes, ma'am.

15  Q.  Thank you.

16          MS. ROSEN:  Now, could I ask the Government to pull up

17  the videos without sound.

18  BY MS. ROSEN:

19  Q.  On direct examination the Government showed you a number of

20  videos of Mr. Johnson, correct?

21  A.  Yes, ma'am.

22  Q.  Through your investigation it's your testimony that those

23  videos took place on Capitol grounds?

24  A.  From the surroundings, yes, ma'am.

25          MS. ROSEN:  And if we could pull up Government's

Maldonado - CROSS

1    Exhibit 319.  And we can just pause it.

2    BY MS. ROSEN:

3    Q.  You would agree with me that this portion of the video

4    appears to be on the grassy area in front of the Lower West

5    Terrace, correct?

6    A.  I'm not familiar exactly with the geographical areas of the

7    Capitol grounds but it is on a grassy area in front of a

8    government building that appears to be the Capitol.

9         MS. ROSEN:  If we could pull up Government's

10   Exhibit 320 -- actually, 335.  I apologize.  Thank you.  And I

11   think it was around 1:23.  One hour, 23, I apologize, yes.  Not

12   one minute and 23.

13   BY MS. ROSEN:

14   Q.  Again, you were shown this clip on direct examination,

15   correct?

16   A.  Yes, ma'am.

17   Q.  This also appears to be in a grassy area?

18   A.  Yes, ma'am.

19   Q.  So you were one of the case agents investigating

20   Mr. Johnson?

21   A.  Yes, ma'am.

22   Q.  And the purpose of your investigation was to investigate

23   what he did at the Capitol or didn't do at the Capitol?

24   A.  My purpose was, since Mr. Johnson lived in our area, I was

25   helping to facilitate the search warrant and the arrest

Maldonado - CROSS

1   warrant.  So to identify where Mr. Johnson lived and to ensure
2   that he was still in our area of responsibility.
3   Q.  Before trial in this case, was part of your duties to
4   identify him in videos?
5   A.  Can you repeat the question?  I apologize.
6   Q.  Before today, was part of your investigative duties to
7   identify him in video evidence?
8   A.  Yes, ma'am.  Videos would get sent to me that have
9   identified him in those videos.
10  Q.  There was obviously a lot of video footage of the events
11  that took place on January 6th?
12  A.  Yes, ma'am.
13  Q.  Some of that video footage was CCTV camera footage?
14  A.  That's correct.
15  Q.  And some of it was body-worn camera?
16  A.  That's correct.
17  Q.  And some of it was third-party video?
18  A.  Yes, ma'am.
19  Q.  And there was a mountain of footage?
20  A.  Yes, ma'am.
21  Q.  Obviously, you were combing through that footage to
22  identify Mr. Johnson?
23  A.  I was not.
24  Q.  Another agent on the case was?
25  A.  I'm not sure who was combing through that footage, but I

Maldonado - CROSS

1   only received the footage that actually identified Mr. Johnson
2   in them.
3   Q.  So somebody within the FBI was combing through the footage
4   to try to ID Mr. Johnson?
5   A.  Yes, ma'am.
6   Q.  And you have to imagine that would have been thorough?
7   A.  Yes, ma'am.
8   Q.  And I think you were using facial recognition technology?
9   A.  I was not.
10  Q.  The FBI was.  The FBI was using facial recognition
11  technology?
12  A.  Yes, ma'am.
13  Q.  So every effort was made to find any possible videos of
14  Mr. Johnson?
15  A.  Yes, ma'am.
16          MS. ROSEN:  The Court's indulgence.
17          THE COURT:  Sure.
18          MS. ROSEN:  No further questions, Your Honor.
19          THE COURT:  Does any other defendant have
20  cross-examination?  Okay.  Any redirect?
21          MR. MARSHALL:  No, Your Honor.
22          THE COURT:  Thank you.  You can be excused.
23          All right.  You can call your next witness.
24          MS. FOSTER:  Your Honor, at this time the United
25  States would call Special Agent Stewart Curcio to the stand.

Curcio - DIRECT

```
1                    SPECIAL AGENT STEWART CURCIO,
2      having been first duly sworn on oath, was examined and
3      testified as follows:
4                         DIRECT EXAMINATION
5      BY MS. FOSTER:
6      Q.  Special Agent Curcio, good afternoon.
7      A.  Good afternoon, ma'am.
8      Q.  Could you please spell and state your first name for the
9      record?
10     A.  Stewart, S-T-E-W-A-R-T.
11     Q.  Last name?
12     A.  Curcio, C-U-R-C-I-O.
13     Q.  Thank you.  Are you employed?
14     A.  Yes, ma'am, I am.
15     Q.  How are you employed?
16     A.  I'm a Special Agent with the Federal Bureau of
17     Investigation.
18     Q.  How long have you been with the Federal Bureau of
19     Investigation?
20     A.  Since July of 2017.
21     Q.  So on January 6, 2021, were you working for the FBI?
22     A.  Yes, ma'am, I was.
23     Q.  What was your job at that time back in January 6, 2021?
24     A.  I was a Special Agent assigned to the Washington field
25     office, working on a violent crimes task force.  We
```

Curcio - DIRECT

1   investigated violent crime in D.C.

2   Q.  Did you respond to the Capitol on January 6, 2021?

3   A.  Yes, ma'am, I did.

4   Q.  Approximately, where were you on Capitol grounds on

5   January 6, 2021?

6   A.  We first entered by vehicle on the southern gate on the

7   plaza and then went into the building itself, I believe on the

8   House side or the south side of the building.

9   Q.  At any point during that day, were you on the West Terrace?

10  A.  No, ma'am, I was not.

11  Q.  After January 6, 2021, were you assigned to investigate the

12  assault of U.S. Capitol Police officer, now sergeant, Caroline

13  Edwards?

14  A.  Yes, ma'am, I was.

15  Q.  And was a BOLO generated for one of her assailants?

16  A.  Yes, ma'am, it was.

17  Q.  What's a BOLO?

18  A.  A BOLO is an acronym that stands for Be On the Lookout.

19  Q.  Was the BOLO for one of Caroline Edwards's assailant's BOLO

20  Number 51?

21  A.  Yes, ma'am, it was.

22  Q.  Did the FBI ultimately identify BOLO 51?

23  A.  Yes, ma'am, we did.

24  Q.  Who was identified as BOLO Number 51?

25  A.  Ryan Samsel.

Curcio - DIRECT

1  Q.  And based on that identification, did you seek and get an

2  arrest warrant?

3  A.  Yes, ma'am, I did.

4  Q.  When did you execute that arrest warrant?

5  A.  January 30th of 2021.

6  Q.  Approximately how many days after January 6, 2021, is

7  January 30th?

8  A.  Twenty-four, 26 days, somewhere in there.

9  Q.  And did Ryan Samsel speak to you upon his -- or after his

10 arrest?

11 A.  Yes, ma'am, he did.

12 Q.  And that was -- did you Mirandize him?

13 A.  Yes, ma'am.  He waived Miranda.

14 Q.  Did he tell you that he was on the Peace Circle on

15 January 6, 2021?

16 A.  Yes, ma'am, he did.

17 Q.  Did he also tell you he was on the West Front on

18 January 6, 2021?

19 A.  Yes, ma'am, he did.

20 Q.  About how long did you talk to Mr. Samsel when you

21 interviewed him?

22 A.  Approximately two hours.

23 Q.  Do you see Mr. Samsel in court here today?

24 A.  Yes, ma'am, I do.

25 Q.  Can you identify him by an item of clothing and where he is

Curcio - DIRECT

1    seated in the courtroom?

2    A.   He's wearing a peach-colored, long-sleeve sweater and is

3    standing behind you.

4         MS. FOSTER:  Will the record reflect an in-court

5    identification of Mr. Samsel.

6         THE COURT:  Okay.

7    BY MS. FOSTER:

8    Q.   Back when you interviewed him on January 30th, 2021, did he

9    tell you approximately how much he weighed?

10   A.   Yes, ma'am, he did.

11   Q.   How much did he tell you he weighed?

12   A.   Approximately 200 pounds.

13   Q.   How many videos of Ryan Samsel have you viewed from

14   January 6, 2021?

15   A.   Too many to count, ma'am.

16   Q.   About how many hours of video?

17   A.   Hundreds of hours.

18   Q.   And what was he wearing back on January 6, 2021?

19   A.   He was wearing a red Make America Great Again ball cap,

20   blue jean jacket.  Underneath that blue jean jacket was a black

21   T-shirt that had some semblance of an American flag with the

22   letters "Trump" on there.  And underneath the black T-shirt was

23   a long-sleeve, white shirt and light colored, white, or

24   cream-colored sweatpants.

25   Q.   During the day on January 6, 2021, did he take that jean

Curcio - DIRECT

1  jacket on and off?

2  A.  Yes, ma'am, he did, several times.

3  Q.  Were you here for the testimony of Sergeants Lively and

4  Edwards and Officer Cruz?

5  A.  Yes, ma'am, I was.

6  Q.  And I should clarify.  By here, were you in the courtroom?

7  A.  Yes, ma'am, I was.

8  Q.  Did you hear them testify?

9  A.  Yes, ma'am, I did.

10  Q.  Do you remember them talking about a man in a red hat, a

11  jean jacket and white sweatpants in the context of the videos

12  that have been admitted into evidence in this case?

13  A.  Yes, ma'am, I do.

14  Q.  Who was that person in the red hat, jean jacket and white

15  sweatpants?

16          MR. WOODWARD:  Objection, Your Honor.

17          THE COURT:  Basis?

18          MR. WOODWARD:  Lack of foundation.  The colloquy here

19  that we just witnessed talks about just a two-hour meeting, and

20  then the agent testified he watched hundreds of hours of

21  Mr. Samsel on January 6th.  Can't rely on video from

22  January 6th making identification of Mr. Samsel on January 6th.

23  So it needs to be further foundation of the agent's

24  investigation into who Mr. Samsel is preceding January 6th in

25  order for him to identify Mr. Samsel on January 6th.

Curcio - DIRECT

```
1              THE COURT:  You're asking him as he sits here today
2    who was the person in the red hat in the videos, correct?
3              MS. FOSTER:  Your Honor, I'm happy to go through --
4              THE COURT:  I understand --
5              MS. FOSTER:  -- the hours of video he watched.
6              THE COURT:  I'm just trying to understand your -- your
7    question is, as you sit in court today, the person that you
8    observed in the red hat is who.  That's your question, right?
9              MS. FOSTER:  Right.  My question is -- I just want to
10   make sure.  He was here for all of the testimony of U.S.
11   Capitol police officers and the sergeants.  I want to make sure
12   that when he watched that video, as they were identifying that
13   person as they identified with the red hat, jean jacket, white
14   sweatpants, who that person was based on his knowledge.
15             THE COURT:  Overruled.
16   BY MS. FOSTER:
17   Q.  So who was that person in the red hat, jean jacket and
18   white sweatpants that Sergeants Lively, Edwards and Officer
19   Cruz talked about?
20   A.  Ryan Samsel.
21   Q.  Showing you what's previously been marked as Government's
22   Exhibit 308B.
23             MS. FOSTER:  If I could ask you to skip to 12 seconds.
24   And if you could play that briefly.
25             (Video played.)
```

Curcio - DIRECT

```
1            MS. FOSTER:  Actually, let's just pause it there.
2    BY MS. FOSTER:
3    Q.  Do you see the identification where it says "Samsel" above
4    an individual with a red hat, black T-shirt, white undershirt
5    and white sweatpants?
6    A.  Yes, ma'am, I do.
7    Q.  Is that person correctly identified as Ryan Samsel?
8    A.  Yes, ma'am, he is.
9            MS. FOSTER:  If we could go to Government's
10   Exhibit 904.
11           MR. WOODWARD:  Your Honor, before we move on to that
12   exhibit, we do maintain our objection to the authenticity of
13   that exhibit.  The agent is not testifying as to how it's
14   created or how the -- identifying the individual who put it
15   there.
16           THE COURT:  Okay.  But he's testifying that the person
17   in the video is the person he recognized to be Mr. Samsel.
18   Okay.
19           MS. FOSTER:  If we could go to Government's
20   Exhibit 904.  Go to 00:59.
21   BY MS. FOSTER:
22   Q.  Do you see the same "Samsel" again on this video?
23   A.  Yes, ma'am, I do.
24   Q.  And does that name correctly identify the defendant, Ryan
25   Samsel?
```

Curcio - DIRECT

1    A.  Yes, ma'am, it does.

2    Q.  We've already heard a lot about the assaults on the Peace

3    Circle.  So I'm going to skip to the next chapter of

4    Mr. Samsel's day.  After Mr. Samsel got past the second

5    barricade, that manned barricade, where did he go?

6    A.  He continued up the Peace Avenue walkway to the west

7    terrace.

8    Q.  Were you here during the testimony of Sergeant Lively

9    talking about somebody grabbing a U.S. Capitol Police shield?

10   A.  Yes, ma'am, I was.

11   Q.  If I could show you what's been marked as Government's

12   Exhibit 314?

13          MS. FOSTER:  And if we could skip to 2:53 and pause

14   there.

15   BY MS. FOSTER:

16   Q.  Do you see the person in this frame identified as Ryan

17   Samsel?

18          MR. WOODWARD:  Objection, leading.

19          THE COURT:  Sustained.

20   BY MS. FOSTER:

21   Q.  Who do you see in this video?

22   A.  Is it finished loading?  Is this the video we want to see?

23   I don't know if it's --

24   Q.  I'm sorry, can you see an image on your screen right now?

25   A.  Yes, ma'am, I can.

Curcio - DIRECT

1   Q.  All right.  Do you see an individual on your screen that

2   has previously been discussed in this case?

3   A.  This individual here is Ryan Samsel.

4           MR. WOODWARD:  Objection, lack of foundation.

5           THE COURT:  Overruled.

6   BY MS. FOSTER:

7   Q.  Now, if you would please keep your eyes on Mr. Samsel.

8           MS. FOSTER:  If we could play until 3:10.

9           I'm so sorry, if we could go to 2:53.  And let me

10  clear.

11  BY MS. FOSTER:

12  Q.  Do you see Mr. Samsel in this image at 2:53?

13  A.  Yes, ma'am, I do.

14          MR. WOODWARD:  Objection, leading.

15          THE COURT:  She's just directing him to --

16          This is the same clip that he's already identified; is

17  that correct?

18          MS. FOSTER:  So we started at zero zero.  This is --

19          THE COURT:  The same video.  Yes, overruled.

20  BY MS. FOSTER:

21  Q.  Where is Mr. Samsel located?

22  A.  Here.

23          MS. FOSTER:  The witness has circled the individual

24  with the red baseball cap backwards that is in the middle of

25  this screen.

Curcio - DIRECT

```
 1   BY MS. FOSTER:
 2   Q.  What does Mr. Samsel appear to be doing in this image?
 3   A.  Posturing in front of police officers wearing protective
 4   gear.
 5   Q.  If you could please keep your eyes on Mr. Samsel.
 6          MS. FOSTER:  And we play until 3:10.
 7       (Video played.)
 8   BY MS. FOSTER:
 9   Q.  What did you see Mr. Samsel just do in that snippet?
10   A.  Mr. Samsel reached up and grabbed with his right hand --
11          THE COURT:  I'm sorry, sir.  What's the objection?
12          MR. WOODWARD:  The video speaks for itself, Your
13   Honor.  This agent was not present during these actions and so
14   it's improper for him to be narrating the video.
15          THE COURT:  I don't need him to narrate --
16          MS. FOSTER:  I understand, Your Honor.  It's just that
17   I'm going to then move into what the defendant told the agent
18   during the --
19          THE COURT:  That's fine.  Overruled then.
20   BY MS. FOSTER:
21   Q.  What did you see Mr. Samsel do in this video?
22   A.  Reaches up and grabs onto and pulls down a shield held by a
23   police officer.
24   Q.  When you interviewed Mr. Samsel on January 30th, 2021, did
25   he say anything about grabbing an officer's shield?
```

Curcio - DIRECT

1    A.   No, ma'am.

2    Q.   Did he indicate to you that he pushed and not pulled an

3    officer's shield?

4    A.   I don't remember.

5         MS. FOSTER:  All right.  If I could ask you to pull up

6    Government's Exhibit -- I think it's 501.  I'm doing this to

7    refresh the officer's -- the Agent's recollection.

8         If you could go up to 1:46:16 and play it until

9    1:46:24.

10       (Video played.)

11        MS. FOSTER:  You can pause it.  Thank you.

12   BY MS. FOSTER:

13   Q.   Does that refresh your recollection as to what Mr. Samsel

14   told you on your interview of the defendant on January 30th,

15   2021?

16   A.   Yes, ma'am, it does.

17   Q.   What did he tell you about the riot shield?

18   A.   Didn't pull on it.  He pushed on it.

19   Q.   Showing you what's previously been admitted as Government's

20   Exhibit 313.

21        MS. FOSTER:  If we could skip to 00:05.

22   BY MS. FOSTER:

23   Q.   Do you recognize anybody in this image?

24   A.   Yes, ma'am, I do.

25   Q.   Who do you recognize?

Curcio - DIRECT

1    A.   Ryan Samsel, still wearing the same clothing as before.

2              MR. WOODWARD:  Objection, lacks foundation.

3              THE COURT:  Overruled.

4    BY MS. FOSTER:

5    Q.   By still wearing the same clothing as before, is he wearing

6    a red baseball cap flipped backwards?

7    A.   Yes, ma'am, he is.

8              MS. FOSTER:  If you could play it to 23 seconds.

9        (Video played.)

10   BY MS. FOSTER:

11   Q.   As part of your job as an agent handling January 6th cases,

12   and then, as you indicated, handling violent crimes cases in

13   Washington, D.C., have you had occasion to watch the

14   Metropolitan Police Department body-worn cameras?

15   A.   Yes, ma'am, I have.

16   Q.   In your experience, are those body-worn cameras -- are the

17   times accurate?

18   A.   Yes, ma'am, they are.

19   Q.   And do they accurately reflect what's being captured on the

20   screen?

21   A.   I do not believe this is a body-worn camera.

22   Q.   Understood.

23   A.   But they do accurately depict what's in front of the camera

24   system, yes.

25   Q.   Got it.  Showing you what's been previously marked and

Curcio - DIRECT

1  admitted as Government's 409.  What are we looking at here?

2  A.  This is a body-worn camera.

3  Q.  And have you viewed Government's Exhibit 409 in

4  anticipation of your testimony here today?

5  A.  Yes, ma'am, I have.

6  Q.  Does it include a video of the -- or of Mr. Samsel at the

7  police line?

8  A.  Yes, ma'am, it does.

9       MS. FOSTER:  If we could skip to 00:49.

10  BY MS. FOSTER:

11  Q.  And what time is it at 00:49 on Government's Exhibit 409?

12  A.  The body-worn camera system displays it as 13:13:57, which

13  means 1:13:57 p.m.

14  Q.  Do you see Mr. Samsel in this image?

15  A.  Yes, ma'am, I do.

16  Q.  Could you please circle him?

17  A.  (Witness complies.)

18       MS. FOSTER:  Let the record reflect that the witness

19  has circled an individual with a red baseball cap flipped

20  backwards a little bit to the right of the screen.

21       THE COURT:  Okay.

22       MS. FOSTER:  And if you could now play it to 1:01.

23     (Video played.)

24  BY MS. FOSTER:

25  Q.  Can you see Mr. Samsel in this stopped image?

Curcio - DIRECT

1    A.   Yes, ma'am, I do.

2    Q.   Where is he?

3    A.   (Witness complies.)

4         MS. FOSTER:  Will the record reflect that the agent

5    has circled an individual whose back is turned to the camera

6    who is wearing a black T-shirt, white sleeves and it looks like

7    a red baseball hat.

8    BY MS. FOSTER:

9    Q.   What is Mr. Samsel doing?

10   A.   He's turning away from the camera.

11   Q.   Why?

12   A.   It appears that he's being sprayed with some sort of

13   chemical irritant.

14   Q.   Are you familiar with a moment in time when Mr. Samsel is

15   at the police line waving a flag?

16   A.   Yes, ma'am, I am.

17   Q.   Have you watched body-worn camera which reflects that

18   event?

19   A.   Yes, ma'am, I have.

20        MS. FOSTER:  If you could, Ms. Hayman, pull up

21   Exhibit 408.

22   BY MS. FOSTER:

23   Q.   Agent Curcio, is this a body-worn camera that you viewed in

24   anticipation of your testimony here today, and does it include

25   Mr. Samsel at the police line?

Curcio - DIRECT

1    A.  Yes, ma'am, it does.

2            MS. FOSTER:  I don't believe that this video has been

3    admitted yet.  So if I could move to admit Government's

4    Exhibit 408 into evidence.

5            THE COURT:  This has been stipulated to, right,

6    Mr. Woodward?

7            MR. WOODWARD:  Yes, Your Honor.

8            THE COURT:  Okay.  Admitted.

9        (Government Exhibit 408 received in evidence.)

10           MS. FOSTER:  Ms. Hayman, if you could play to 00:08.

11   BY MS. FOSTER:

12   Q.  Agent Curcio, do you recognize an individual in this image?

13   A.  Yes, ma'am, I do.

14   Q.  Who do you recognize?

15   A.  Ryan Samsel.

16   Q.  Where is he located on the screen?

17   A.  In the center screen, black T-shirt, white sleeves, red

18   ball cap.

19   Q.  What time is it on this body-worn camera?

20   A.  13:37:45 or 1:37 p.m.

21   Q.  What is he holding in his hand?

22   A.  White PVC pipe, I believe, which is a flagpole attached to

23   a flag.

24           MR. WOODWARD:  Objection.

25           THE COURT:  Basis?

Curcio - DIRECT

```
1              MR. WOODWARD:  I have two objections, Your Honor.
2    First, I'll object to the identification, based on a lack of
3    foundation.
4              THE COURT:  That's overruled.
5              MR. WOODWARD:  Thank you.  And then I'll move to
6    strike what Mr. Samsel is holding, based on speculation.
7              THE COURT:  Sustained.
8              MS. FOSTER:  If you would, Ms. Hayman, play to
9    39 seconds, please.
10        (Video played.)
11   BY MS. FOSTER:
12   Q.  In that video, did you see what the defendant, Mr. Samsel,
13   was holding?
14   A.  Yes, ma'am, I did.
15   Q.  What was he holding in his hand?
16   A.  Two things.  One is a flag attached to some sort of pole.
17   And also chewing gum.
18   Q.  And in his right hand in the flag, did you see what was on
19   that flag?
20   A.  Yes, ma'am.
21   Q.  What was on that flag?
22   A.  It appears to be a Rambo-style flag, depicting the former
23   President's face on the body of Rambo.
24   Q.  When you say the former president, who do you mean?
25   A.  President Trump.
```

Curcio - DIRECT

1    Q.  Have you seen that flag before?

2    A.  Yes, ma'am, I have.

3    Q.  Have you seen the defendant holding that flag before?

4    A.  Yes, ma'am, I have.

5    Q.  When did you see the defendant holding that flag before on

6    January 6, 2021?

7    A.  Other videos that I reviewed.

8    Q.  Does that include a video of the Peace Circle?

9    A.  Yes, ma'am, it does.

10   Q.  Could you hear what the defendant was saying?

11   A.  Yes, ma'am.

12   Q.  What was he saying?

13   A.  A number of times he references that he's a Marine, and is

14   this how you treat Marines that fight for your freedom, and

15   that he's fought for their freedom.

16   Q.  Did you also watch Exhibit 407?

17   A.  Yes, ma'am.

18   Q.  Is Exhibit 407 also body-worn camera that shows much the

19   same interaction at around the same time?

20   A.  Yes, ma'am, I believe so.

21          MS. FOSTER:  At this time, the United States would

22   move to admit into evidence Government's Exhibit 407.

23          THE COURT:  Any objection?

24          MR. WOODWARD:  Assuming that's body-worn camera, no.

25          THE COURT:  Okay.  It's admitted.

Curcio - DIRECT

```
1          (Government Exhibit 407 received in evidence.)
2     BY MS. FOSTER:
3     Q.  During your interview of the defendant, did he tell you
4     whether he had been a Marine?
5     A.  He referenced going to --
6               MR. WOODWARD:  Objection, Your Honor.
7               THE COURT:  Basis?
8               MR. WOODWARD:  Relevance.
9               THE COURT:  Overruled.
10              MR. WOODWARD:  I'm sorry, Your Honor.  Why is it
11    relevant that he said he was a Marine in his post-arrest
12    interview?
13              THE COURT:  Because he said he's -- apparently, the
14    person on the video has said it.  So I'm assuming they're
15    trying to lend credibility or further authenticate some of the
16    other videos where you can hear that being said.
17              MR. WOODWARD:  I'm not sure why it's relevant what he
18    says on January 6th either.
19              THE COURT:  Am I wrong that there are open-source
20    videos that make that statement?  There are open-source videos
21    where the person makes the same statement.  So they're asking
22    him about his statements at the post-arrest.
23              MR. WOODWARD:  Which the Court has already admitted
24    over my objection.
25              THE COURT:  Right.  That's the point.  They're trying
```

Curcio - DIRECT

1    to bolster it to tell me that I should credit those videos as

2    authentic, based on comparison to body-worn camera and

3    statements that Mr. Samsel made.

4              MR. WOODWARD:  Okay.

5              THE COURT:  Overruled.

6    BY MS. FOSTER:

7    Q.  During his interview, did the defendant tell you whether he

8    was a Marine?

9    A.  He referenced it by saying that he'd been to MEPS, yes,

10   ma'am.

11   Q.  What is MEPS?

12   A.  It's the Military Entrance Processing System that works for

13   a command that screens candidates or applicants interested in

14   enlisting or becoming a military member.

15   Q.  Was he ever actually a Marine?

16             MR. WOODWARD:  Objection, Your Honor.

17             THE COURT:  Basis?

18             MR. WOODWARD:  A, lack of foundation and B, that's

19   definitely not relevant and would not do anything to

20   authenticate or otherwise bolster the credibility of the videos

21   the Government is showing you.

22             THE COURT:  What's the relevance of whether, in fact,

23   he was actually a Marine?

24             MS. FOSTER:  I guess it depends on whether the

25   defendant testifies or not.  At this juncture, the United

Curcio - DIRECT

1   States would be seeking to get that matter into evidence.  And

2   I can circle back --

3           THE COURT:  I'll sustain that.  I don't think whether

4   he's, in fact, a Marine is relevant.  I was just considering it

5   for the reasons that I stated earlier.  So I'll sustain that

6   objection.

7           MS. FOSTER:  Understood, Your Honor.

8           Ms. Hayman, if we could go to Exhibit 411.  And if we

9   could go -- it's previously been admitted into evidence.  If we

10  could go to 5:08.

11  BY MS. FOSTER:

12  Q.  Do you see the defendant in this image at 5:08?

13  A.  Yes, ma'am, I do.

14  Q.  What time is it at this point?

15  A.  13:38:11 or 1:38 p.m.

16          MS. FOSTER:  If you would play from 5:08 to 5:47.

17      (Video played.)

18  BY MS. FOSTER:

19  Q.  What is he doing there?

20          MR. WOODWARD:  Objection, Your Honor.

21          THE COURT:  Again, I really don't need the narration

22  of the videos.  I'll sustain that, unless you're setting up for

23  another question.

24          MS. FOSTER:  Understood, Your Honor.

25          If we could go to Exhibit 307.  It's previously been

Curcio - DIRECT

1    admitted into evidence.  And if we could put it at 00:08.

2    BY MS. FOSTER:

3    Q.  What are we looking at here?

4    A.  I believe this is open-source video similar to the same

5    that we just watched from a different angle.

6    Q.  Do you see Mr. Samsel?

7    A.  Yes, ma'am, I do.

8    Q.  Where is he located in this video?

9    A.  The center screen.

10            MS. FOSTER:  The witness has circled an individual

11   with the red baseball hat, white sweatpants with what looks

12   like a pole in his hand.

13            THE COURT:  Okay.

14            MS. FOSTER:  If you would play it to 00:14.

15       (Video played.)

16            MS. FOSTER:  And then if you would skip to 00:48 and

17   play it to 1:23.

18       (Video played.)

19   BY MS. FOSTER:

20   Q.  Were you here when Captain Augustine testified, I guess, on

21   Thursday afternoon and again this morning?

22   A.  For most portions of his testimony, yes, ma'am.

23   Q.  Were you here when Captain Augustine testified about a man

24   with a red hat and a jean jacket throwing a two-by-four plank

25   at the police line?

Curcio - DIRECT

1    A.   Yes, ma'am.

2              MR. WOODWARD:  Objection.

3              THE COURT:  Basis?

4              MR. WOODWARD:  Misstates facts in evidence.  Captain

5    Augustine could not confirm it was a two-by-four.

6              THE COURT:  That's fine.

7              You can continue.

8    BY MS. FOSTER:

9    Q.   Based on your review of the body-worn camera and

10   open-source video, who was that person who walked to the

11   scaffolding, retrieved the two-by-four, and returned to the

12   West Front and threw it at officers?

13   A.   Ryan Samsel.

14   Q.   Did you also review a video where Mr. Samsel is throwing

15   something else at the police line?

16   A.   Yes, ma'am.

17             MS. FOSTER:  If we could pull up Government's

18   Exhibit 318.

19             MR. WOODWARD:  Before we do that, Your Honor,

20   objection for the record to lack of foundation and

21   identification.

22             THE COURT:  Okay.  Overruled.

23             (Video played.)

24   BY MS. FOSTER:

25   Q.   Were you shown this video in anticipation of your testimony

Curcio - DIRECT

1   here today?

2   A.   Yes, ma'am.

3   Q.   Did you see Mr. Samsel in this video?

4   A.   If I remember correctly, I see his right arm in this video.

5   Q.   Let's play it to 00:03 and stop.

6        (Video played.)

7   Q.   Do you see a police line that is in this video?

8   A.   Yes, ma'am, I do.

9   Q.   Where is that located?

10  A.   In the background of the video.

11          MS. FOSTER:  Will the record reflect that the witness

12  has drawn a line at barricades, and it looks like there are

13  police officers behind that barricade.  It's about two-thirds

14  of the way up the picture.

15          If you could play it to 00:04.

16       (Video played.)

17  BY MS. FOSTER:

18  Q.   Do you see an individual here in this image that you

19  recognize from having viewed January 6th videos?

20  A.   Yes, ma'am, I do.

21  Q.   Who do you recognize?

22  A.   Ryan Samsel.

23  Q.   And where do you recognize him in this video?

24  A.   In the center left portion of the video screen.

25  Q.   If you would just circle it for the record.

Curcio - DIRECT

1    A.  (Witness complies.)

2            MS. FOSTER:  Let the record reflect that the witness

3    has circled an individual with a red baseball hat and a jean

4    jacket.

5    BY MS. FOSTER:

6    Q.  Is that individual, Mr. Samsel, holding something in his

7    hand?

8    A.  Yes, ma'am.

9    Q.  Do you have some idea of what that is?

10   A.  Some sort of pipe or stick.  It's hard to tell but it is

11   black in color and curved towards the top.

12           MR. WOODWARD:  Your Honor, objection, move to strike,

13   speculation.  Your Honor, we also object that this video is not

14   relevant to any of the conduct charged as against Mr. Samsel.

15           THE COURT:  I'll overrule.

16           You can continue.

17           MS. FOSTER:  If you could play the video to 00:07.

18       (Video played.)

19   BY MS. FOSTER:

20   Q.  During your interview with Mr. Samsel on January 30th,

21   2021, did he tell you that he threw anything at officers on

22   that day, on January 6, 2021?

23   A.  I don't remember.

24           MS. FOSTER:  If I could ask to pull up 501G and play

25   that for the witness to refresh his recollection.

Curcio - DIRECT

1          (Video played.)

2     BY MS. FOSTER:

3     Q.   Does that refresh your recollection?

4     A.   Yes, ma'am, it does.

5     Q.   What did the defendant tell you about throwing anything at

6     cops?

7     A.   That he didn't throw nothing.

8     Q.   During your interview with Mr. Samsel, did he tell you that

9     he was with someone on January 6, 2021?

10    A.   Yes, ma'am, he did.

11    Q.   Who was that?

12    A.   Rachel.

13    Q.   Was that his girlfriend at the time?

14    A.   Yes, ma'am.

15    Q.   And about what time did Mr. Samsel tell you that he and his

16    girlfriend left the Capitol grounds?

17    A.   After an interaction with another individual on the West

18    Terrace, but I don't remember the exact time he may have

19    mentioned.

20          MS. FOSTER:   Ms. Hayman, if I could ask you to pull up

21    Government's Exhibit 501A and play from 42:05 to 42:13.

22          (Video played.)

23          MS. FOSTER:   Sorry, can I ask -- I'm sorry,

24    Government's Exhibit 501.   If we could pull it up and play

25    42:05 to 42:13.

Curcio - DIRECT

1        (Video played.)

2    BY MS. FOSTER:

3    Q.  Does that refresh your recollection as to when the

4    defendant said that he and his girl left?

5    A.  Yes, ma'am, it does.

6    Q.  Approximately what time did they leave?

7    A.  2:00 or 2:30, he said.

8    Q.  During your investigation into Mr. Samsel, did you also

9    view many still images of the defendant?

10   A.  Yes, ma'am, I did.

11   Q.  If I could show you what's previously been marked as

12   Government's Exhibit 627.  Then if I could show you what's

13   previously been marked as Government's Exhibit 628.

14       Do you recognize these images?

15   A.  Yes, ma'am, I do.

16   Q.  What are they images of?

17   A.  Ryan Samsel interacting with police officers on

18   January 6th.

19   Q.  On January 6th of 2021?

20   A.  Yes, ma'am, of 2021.

21          MS. FOSTER:  At this time, the United States would

22   move to admit Government's Exhibits 627 and 628.

23          THE COURT:  Any objection?

24          MR. WOODWARD:  Yes, Your Honor.  There's no foundation

25   for how these exhibits were created.

Curcio - DIRECT

```
 1              THE COURT:  These are stills of previously entered
 2    videos?
 3              MS. FOSTER:  That's correct, Your Honor.
 4              THE COURT:  Overruled.
 5    BY MS. FOSTER:
 6    Q.  Is Mr. Samsel circled in both 627 and 628?
 7    A.  Yes, ma'am, he is.
 8    Q.  Did you execute --
 9              MS. FOSTER:  I'm sorry, you can take this down.
10    BY MS. FOSTER:
11    Q.  Did you execute the search warrant on January 30th, 2021,
12    when you arrested Mr. Samsel?
13    A.  Yes, ma'am.
14    Q.  Did you seize any phones from the house pursuant to that
15    search warrant?
16    A.  Yes, ma'am, we did.
17    Q.  Was one of the phones that you seized identified as 1B10?
18    A.  That's correct.
19    Q.  When you interviewed Mr. Samsel, did he give you consent to
20    search that phone identified as 1B10?
21    A.  Yes, ma'am, he did.
22    Q.  What did he tell you about this phone identified as 1B10 at
23    the beginning of your interview with him?
24    A.  I believe he told me that that was a work phone.
25    Q.  Did he also tell you it was just for appointments?
```

Curcio - DIRECT

```
1   A.  Yes, ma'am.
2   Q.  And did he also tell you that that phone had a number but
3   he only used it for work?
4   A.  That's correct, yes, ma'am.
5   Q.  Did he tell you something later in the interview about that
6   same phone, 1B10?
7   A.  Yes, ma'am, he did.
8   Q.  What did he fell you?
9   A.  That he lied, and then gave me the correct phone number to
10  that phone.
11  Q.  Let's talk about that phone number.  Did the defendant also
12  tell you at the beginning of the interview that his phone
13  number ended in 9102?
14  A.  Yes, ma'am, he did.
15  Q.  Later in the interview did he tell you something else about
16  that phone number 9102?
17  A.  He did.  He told me that it was Rachel's phone number.
18  Q.  Who's Rachel?
19  A.  His girlfriend.
20  Q.  Did you submit that phone, 1B10, for extraction to
21  forensics?
22  A.  Yes, ma'am, I did.
23  Q.  Did they perform an extraction on that phone?
24  A.  Yes, ma'am, they did.
25  Q.  Did they provide you with that extraction?
```

Curcio - DIRECT

1    A.  Yes, ma'am, they did.

2    Q.  What did you do once you received the results of that

3    extraction?

4    A.  I reviewed the extraction results and then I marked

5    relevant items that were relevant for my investigation.

6    Q.  Were those relevant items marked as Government's Exhibits

7    1103A through 1103AA?

8    A.  Yes, ma'am.

9    Q.  So let's proceed chronologically by the date that the -- by

10   the date that's on the phones or when the messages were sent.

11           MS. FOSTER:  So let's pull up Government's

12   Exhibit 1103A, if you would.  Actually, this is quite visible.

13   BY MS. FOSTER:

14   Q.  So if you would tell us what we're looking at here.

15   A.  This is an excerpt from a report that we got from that

16   extraction, commonly referred to as a Cellebrite report, that

17   is basically a PDF document.  This is a zoomed-in portion of

18   that report that depicts instant message number 1, as it's

19   labeled on the top left of the screen.

20   Q.  Who is this instant message from?

21   A.  A number ending in 2865.

22   Q.  Who has that number ending in 2865?

23   A.  Ryan Samsel is also indicated by the owner in parentheses,

24   which would belong to the owner of that device.

25   Q.  I'm sorry.  By that device, what device are you talking

Curcio - DIRECT

1  about?

2  A.  1B10, the device we referenced earlier.

3  Q.  There's a timestamp on this.  What does that timestamp say?

4  A.  The timestamp says 1/6/2021, 10:57:56 a.m. UTC plus zero.

5  Q.  What's UTC plus zero?

6  A.  UTC is a term that refers to Universal Time Coordinated,

7  which is basically referred to as Zulu or Greenwich Mean Time.

8  It's a time zone on the planet.

9  Q.  How does that time zone on the planet compare to Eastern

10  Standard Time or our time here in Washington, D.C.?

11  A.  In January of 2021, it was five hours off from UTC or minus

12  five.

13  Q.  What time is it actually that this instant message was

14  sent?

15  A.  That would be 5:57 a.m.

16  Q.  And what does the body of the text say?

17  A.  Fucking democrates won in Georgia.  See you soon.

18  Q.  Based on your investigation of these January 6th cases,

19  what do you understand that this text is in reference to?

20  A.  I believe that that's in reference to the election results

21  in Georgia, and democrates is just a misspelling or a typo for

22  democrats.

23       MS. FOSTER:  If I could ask you to pull up

24  Government's Exhibit 1103O and 1103P, and put them next to each

25  other.

Curcio - DIRECT

1           MR. WOODWARD:  Your Honor, I have concerns about

2    reading from exhibits that are not in evidence.

3           THE COURT:  Did you want to admit these exhibits in

4    evidence?

5           MS. FOSTER:  Your Honor, I thought I already did admit

6    all of them into evidence, Exhibits 1103A through 1103AA.

7    Maybe I wasn't clear, but I meant to include --

8           THE COURT:  Ms. Franklin, do you have those as

9    admitted?  Just make sure.  I could have missed it.

10          DEPUTY CLERK:  No, Your Honor.

11          THE COURT:  I know you identified them.  Are you

12   moving them in now?

13          MS. FOSTER:  If I could move them into evidence.

14          MR. WOODWARD:  We object, Your Honor.  I think the

15   witness testified he did not actually perform the extraction of

16   the phone, and so the Government has not authenticated these

17   exhibits.

18          MS. FOSTER:  That's correct, Your Honor.  That being

19   said, we did seek a stipulation.  We got a certification under

20   802.14.  We provided it to defense counsel.  We indicated to

21   them that if they had a concern or an issue, that they should

22   let us know.

23          We sent this information over to everybody here,

24   including Mr. Woodward, on the stipulations of their phones

25   about two and a half weeks ago.  We heard nothing from

Curcio - DIRECT

1    Mr. Woodward.  So our understanding was that we would not need

2    to call the individual who did the extraction of the phone.

3              MR. WOODWARD:  Actually, I filed a motion to suppress

4    Mr. Samsel's phone, and there's been quite a bit of discussion

5    about forensic evidence in this case.  So it would not be

6    accurate to say that they have heard nothing from me.

7    Actually, just the opposite is true.  I've been quite vocal

8    about my concerns of forensic evidence in this case, and it was

9    I who heard nothing from the Government after I sent them

10   correspondence on February 27th, 2022, asking for additional

11   information about forensics in this case.

12             MS. FOSTER:  As the Court may well remember, the fight

13   was about the forensics of everybody else's phone and not the

14   defendant's phone.

15             THE COURT:  You don't have a stipulation from

16   Mr. Samsel about this?

17             MS. FOSTER:  We have a certification under 802.14,

18   which I am prepared to submit -- to mark as an exhibit and

19   submit to the Court that the extraction was done pursuant to

20   the requirements.  I'm happy to submit that.

21             THE COURT:  Would that satisfy --

22             MR. WOODWARD:  No, Your Honor.  The 802.14

23   certification does not authenticate the contents of the phone.

24   That -- I mean, the contents of the phone are not themselves

25   business records.  So while 802 certification gets us closer to

Curcio - DIRECT

1    authenticating those records, I had presumed either they

2    weren't going to admit the records and/or this agent was the

3    agent that performed the extraction.  And so there's clearly a

4    lack of communication, potentially on both sides, but certainly

5    there was no need for me to presume that the Government was not

6    going to authenticate the records they obtained from

7    Mr. Samsel's phones.

8            THE COURT:  So this witness can't authenticate these

9    records.  Do you agree with that?

10           MS. FOSTER:  I think what I agree with is that if the

11   defendant is not prepared to proceed under an 802.14, first

12   off, we would seek to admit these documents -- that link

13   through 802.14.  That being said, if the Court requires it of

14   us, we will get the forensic analyst here, who will talk about

15   how he plugged in the Cellebrite, dumped the phone and provided

16   that Cellebrite report to Agent Curcio.

17           THE COURT:  Okay.  I think that is what Mr. Woodward

18   is insisting on.

19           MS. FOSTER:  Understood.

20           THE COURT:  Which is his right.  I didn't mean that in

21   any judgmental way.

22           Can we move on from this?

23           MS. FOSTER:  Yes, Your Honor.

24           Your Honor, here's what I would ask.  I would ask to

25   be able to go through this with Agent Curcio, with the

Curcio - DIRECT

1   understanding that we will get the forensic analyst here as

2   quickly as we can to complete this.

3           THE COURT:  But if you get the forensic analyst here

4   and the records are authenticated, then they're in, and I don't

5   know that I need the agent to -- what is it you want him to do?

6   To just read them into the record?

7           MS. FOSTER:  For some of them.  For some of them.  For

8   some of them it is relevant, based upon statements that he made

9   to this agent on January 30th of 2021.

10          THE COURT:  Can you just ask him about the statements

11  that were made to him and we can deal with the records later?

12          MS. FOSTER:  Sure, Your Honor.  If you could just give

13  me a second.

14          THE COURT:  Okay.

15          MS. FOSTER:  Ms. Hayman, if I could ask you to pull up

16  Government's Exhibit 1103W.

17  BY MS. FOSTER:

18  Q.  What are we looking at here?

19  A.  Item number 220, which is identified as an instant message

20  from that same Cellebrite report we referenced earlier.

21  Q.  Is it -- it appears to me that it's from a Gmail address to

22  an individual.

23  A.  That's correct.  It's from Ryan Ryan 83 (ph), which are

24  spelled in two different ways, @gmail.  Again, attributed to

25  the owner of that device, I believe it to still be 1B10.  To a

Curcio - DIRECT

1    number ending in 9898, attributed to a contact named Zach
2    Strobele (ph).
3    Q.  What does Mr. Samsel tell Mr. Strobele on January 7th?
4    A.  The body of the message is:  I'm on cover of Time Mag.  I
5    was first one over the fence, bro.  Everybody followed me.  We
6    went nuts LOL.
7    Q.  When you interviewed the defendant, did Mr. Samsel admit to
8    opening up that first gate?
9    A.  No, ma'am.  He did not.
10   Q.  What did he tell you about being the first one over the
11   fence or opening up that first gate?
12   A.  He -- I'm paraphrasing -- basically didn't remember that
13   first gate at all.
14        MS. FOSTER:  If I could ask Ms. Hayman to pull up
15   Government's Exhibit 501J and just stop it at the beginning.
16   BY MS. FOSTER:
17   Q.  Is this a portion of the interview that you had with Ryan
18   Samsel?
19   A.  Yes, ma'am, it is.
20   Q.  Okay.
21        MS. FOSTER:  If I could ask you to play 501J.
22        MR. WOODWARD:  I'm not sure this is in evidence.
23        DEPUTY CLERK:  It's not.
24        MS. FOSTER:  I'm happy to put it in evidence.  I would
25   just like for the agent to hear it, so that I can ask him

Curcio - DIRECT

1    questions to admit it into evidence.

2              THE COURT:  She's about to admit it now.

3              MR. WOODWARD:  Then we have rules of completeness

4    objections.

5              THE COURT:  That's fine.  You can tell her what

6    portions or you can put in the portions that you'd like to put

7    in.

8              MR. WOODWARD:  I think if we're going to admit this

9    into evidence and then we're going to play any portion of it,

10   then we have the right to play the portions that we also want

11   to be --

12             THE COURT:  Sure.

13             MR. WOODWARD:  -- for purposes of completeness.

14             THE COURT:  I agree.

15             MR. WOODWARD:  So it's two hours long and we have a

16   number of clips that we would want to be included, if we're

17   going to admit any portion of his interview.

18             MS. FOSTER:  Your Honor, just so we're clear, I have

19   provided this -- this has been part of our exhibit list for

20   weeks now.  I have not heard any arguments about rule of

21   completeness.  I'm happy to work with Mr. Woodward to add

22   whatever sections he thinks would complete the record.

23             THE COURT:  Did you want to do it on cross?

24             MR. WOODWARD:  No.  The Government provided us with

25   exhibits when the Court ordered them to provide us with

Curcio - DIRECT

1    exhibits.  They then provided us with supplemental exhibits,

2    changed all the numbering for the exhibits that had been

3    provided, and now we're hearing today that they provided us

4    with exhibits that, in fact, were not admitted.

5            So it's been difficult to track the Government's case

6    in chief.  Nor do I think that there was any obligation by

7    defense counsel to tell the Government which portions of the

8    video that defense counsel was going to bring in if they sought

9    to admit any.  In fact, until just this very moment, they've

10   only been using the video for purposes of refreshing the

11   witness's recollection.

12           The bottom line is, it's a two-hour long video and,

13   yes, we have objections to the Court hearing just the portions

14   the Government has selected.  We think there are multiple

15   portions the Court should hear, if any of it is to be played,

16   as evidence in the case.

17           MS. FOSTER:  Mr. Woodward is welcome to tell me what

18   portions he thinks should be admitted.  I'm happy to consider

19   that.

20           THE COURT:  I agree with you.  If there are portions

21   that make the statements admitted incomplete or misleading or

22   provide further context, then yes, you're entitled to play

23   those.  Do you want to identify those clips?

24           MR. WOODWARD:  I think we might -- I have a

25   spreadsheet that I can provide the Government.

Curcio - DIRECT

```
1              THE COURT:  Should we continue with the direct, so you
2       know the universe of what they're trying to admit?
3              MR. WOODWARD:  They could tell me that.
4              MS. FOSTER:  Your Honor, it's on our exhibit list.
5       I'm not trying to be glib.  But it's there.  I'm happy to work
6       with Mr. Woodward if he'd like to send me the spreadsheet.  I
7       can't really look at it right now, but obviously I'm happy to
8       deal with it --
9              MR. WOODWARD:  It's still --
10             THE COURT:  How about this.  Let's take our afternoon
11      break now.  And you-all confer.  So, yes, you're right, you get
12      to put in complete portions.  I don't know that that means the
13      whole two hours.
14             MR. WOODWARD:  I don't want the whole two hours.
15             THE COURT:  So why don't you-all discuss.  And if
16      there's a dispute about anything, I'll resolve it when we get
17      back.  So let's come back at 3:10.
18         (A recess was taken at 2:58 PM)
19             MR. RICHMAN:  Your Honor, just briefly, I've had
20      something come up.  I may need to leave.  If Your Honor sees me
21      leaving, there's a second lawyer for Mr. Johnson.  So if I'm
22      leaving in the middle of questioning --
23             THE COURT:  Okay.  Thank you for letting me know.
24             Have we resolved this matter?
25             MR. WOODWARD:  Yes.
```

Curcio - DIRECT

1          MS. FOSTER:  I think so.

2          THE COURT:  Great.

3          MS. FOSTER:  If I could hand this up to the Court.

4    This is what's been marked as Government's Exhibit 1103BB.

5    That's the certification that I was referring to.  As the Court

6    will note, it's under 902.14.  The certification is concerning

7    certified data copied from an electronic device.

8          It's the Government's position that that's exactly

9    what happened here in this phone, that those items are

10   self-authenticating, that it goes towards 1B10, and that once

11   that data was extracted and downloaded, the Agent testified

12   that it was turned over to him, and that he then did the search

13   and pulled what we argue are the relevant documents.

14         So it is our position that this document should allow

15   for the United States to proceed as it seeks to do and not call

16   the forensic analyst.

17         THE COURT:  Mr. Woodward, what's your position?

18         MR. WOODWARD:  I think that it's pretty unusual for

19   the Government to use the certification for a cell phone.  I

20   think that when you're talking about a certified copy of

21   business records, like financial records, like bank records,

22   these certifications come into play.  But by their definition,

23   records from a cell phone are not business records.

24         MS. FOSTER:  And Your Honor, just so we're clear, this

25   is not under the business records self-authentication.  This is

Curcio - DIRECT

1    under 902.14.

2           THE COURT:  Certified data copied from an electronic

3    device, storage medium or file.

4           MS. FOSTER:  Correct.

5           THE COURT:  But that wouldn't permit me to admit a

6    declaration from a non-testifying individual.

7           MS. FOSTER:  Your Honor, it doesn't -- that's why we

8    didn't seek to admit it into evidence in the first place.  And

9    I don't know that the Court needs to admit it into evidence in

10   this case.  I'm just providing it to the Court so I can explain

11   what the United States did.

12          THE COURT:  Okay.

13          MS. FOSTER:  And the fact that it's our position that

14   that certification means that we don't need to call the

15   forensic analyst.  We need to call the individual that did the

16   review and pulled the relevant exhibits that would then be

17   admitted to the Court.

18          THE COURT:  Are you able to move forward and I can

19   take this under advisement?

20          MS. FOSTER:  Sure, Your Honor.  The only -- if the

21   Court seeks for us to call the forensic analyst, we would just

22   need to make sure that we get him here and get him ready to go.

23   So that's the only potential hitch.  I think that the

24   defendants know this but this would be the last witness for the

25   Government.

Curcio - DIRECT

1              THE COURT:  You're on your last witness now?

2              MS. FOSTER:  Correct, Your Honor.

3              MR. WOODWARD:  The Government represented that the

4    analyst was here or in the city.  Assuming that's true, then we

5    wouldn't object to the Government proceeding sort of on the

6    condition that the analyst is going to authenticate the

7    records, and were the Court not to conclude that the analyst

8    had authenticated the records, then the Court can disregard his

9    testimony.  So we don't have any expectation that the analyst

10   won't be able to authenticate the records.

11             THE COURT:  But you want to bring that person here for

12   cross?

13             MR. WOODWARD:  We do, Your Honor.  This case has

14   become for us about forensic extractions.  So there's a record

15   we'd like to make.

16             THE COURT:  Okay.  We're getting close to the end of

17   the day.  Can the person be here in the morning to testify and

18   for cross-examination?

19             MS. FOSTER:  Just a second.

20             Your Honor, I think in the abundance of caution, if

21   the Court is not prepared to accept the 902.14 certification,

22   and we think that it should, but if it is not it would make

23   sense to call him tomorrow morning.  My colleague makes a good

24   point, which is that if we were to call him, we would have to

25   figure out his Jencks.  There's just things that need to happen

Curcio - DIRECT

1   before we put him on the stand.

2          THE COURT:  Why don't you plan for him to come in the

3   morning.  He can be the first witness tomorrow.  And as

4   Mr. Woodward said, he's comfortable with you proceeding as

5   planned with this witness, subject to this person being

6   available to testify in the morning.

7          Is that correct, Mr. Woodward?

8          MR. WOODWARD:  Yes, ma'am.

9          THE COURT:  Okay.

10          MS. FOSTER:  Understood, Your Honor.  I guess what I

11   would ask is if the Court were to decide that the 902.14

12   certification sufficed, if it could just let us know and then

13   we would not bring him in tomorrow morning.

14          THE COURT:  Yes.

15          MS. FOSTER:  Thank you, Your Honor.

16          Your Honor, should we recall Agent Curcio?

17          THE COURT:  Yes.

18          (Witness takes the stand.)

19          MS. FOSTER:  Ms. Hayman, if we could pull 1103A back

20   up, please.

21          I don't know if this is showing up on anybody else's

22   screen.

23          Thank you.

24   BY MS. FOSTER:

25   Q.  Can you see 1103A on your screen now, Agent Curcio?

Curcio - DIRECT

1    A.   Yes, ma'am, I do.

2    Q.   You explained what UTC was.  Did Mr. Samsel explain to you

3    who Dave Strohecker (ph) was?

4    A.   Yes, he did.

5    Q.   Who was that?

6    A.   Basically, a mentor of his that he's met through

7    Mr. Strohecker's son.

8    Q.   Did the defendant indicate to you whether Mr. Strohecker

9    was in Washington, D.C. on January 6th to protest the election

10   or not?

11   A.   He said they never actually saw him there but they did plan

12   to meet there but were unable to do so.

13   Q.   When you say there, what do you mean by there?

14   A.   In Washington, D.C. on January 6, 2021.

15        MS. FOSTER:  If I could ask you to pull up

16   Government's Exhibits 1103O and P.

17   BY MS. FOSTER:

18   Q.   Could you tell us what 1103O and P are?

19   A.   It says item number 24.  Categorized as an image or part of

20   one of the many images.  This is a photograph that was on the

21   device.  And on the left-hand side is an excerpt of the report

22   itself and on the right-hand side is a blown-up version or copy

23   of that picture.

24   Q.   Looking at the picture, which is 1103P, do you recognize

25   where that picture was taken?

Curcio - DIRECT

1    A.   Yes, ma'am, I do.

2    Q.   Where was the picture taken?

3    A.   Inside the restricted area on the West Terrace of the U.S.

4    Capitol building.

5    Q.   Looking at the capture time on 1103O, can you tell when

6    that picture was taken?

7    A.   The capture time is in the center bottom portion of the

8    left-hand side of the screen.  And it says 1/6/2021,

9    1:04:44 p.m.

10        MS. FOSTER:  If I could ask you to pull up 1103Q.

11   BY MS. FOSTER:

12   Q.   Looking at 1103Q, can you tell us what the source is of

13   this exchange?

14   A.   The source or the number that it came from would be Ryan.

15   In parentheses (owner) is the owner of the device that it came

16   from.

17   Q.   Under "source" on this document, what does it says?

18   A.   I'm sorry, Signal.

19   Q.   What is Signal, if you know?

20   A.   I believe Signal to be a messaging app or application.

21   Q.   Does this also appear to be a message -- what does this

22   appear to be a message from whom to whom?

23   A.   From Ryan to Dave Strohecker, and potentially another Ryan

24   Ryan CC'd or also sent the message, but Dave Strohecker with a

25   number ending in 6342.

Curcio - DIRECT

1  Q.  What does Ryan tell Dave Strohecker?

2  A.  I got through the front line.

3       MS. FOSTER:  If we could go to Government's 1103R.

4  BY MS. FOSTER:

5  Q.  What is 1103R?

6  A.  Item Number 41, an instant message.

7  Q.  What does -- sorry, what is the source, again, of this

8  exchange?

9  A.  The same messaging app, Signal.

10 Q.  Who is communicating with whom?

11 A.  From Ryan, again, the owner of the device, to Dave

12 Strohecker, number ending in 6342.

13 Q.  What does Ryan tell Dave Strohecker?

14 A.  Dude, no shit.  I started it.

15      MS. FOSTER:  If we could go to 1103S.

16 BY MS. FOSTER:

17 Q.  What are we looking at on 1103S?

18 A.  You said S, as in Sam?

19 Q.  Correct, yes.

20 A.  Item number 44, instant message.  Again, the same messaging

21 app, Signal.  From Ryan to Dave Strohecker.

22 Q.  What day was this message sent?

23 A.  It was January 6th or 1/6/2021, at 9:12:58 p.m. UTC.  Which

24 you would subtract five from that.  So that should be

25 4:12:58 p.m. eastern time.

Curcio - DIRECT

1   Q.  What does Ryan tell Dave Strohecker?

2   A.  I broke through.  Got hit with gas a few times but worth it

3   LOL.

4          MS. FOSTER:  If we could pull up Government's

5   Exhibit 1103C.

6   BY MS. FOSTER:

7   Q.  What is Government's Exhibit 1103C?

8   A.  C is Item Number 2, an instant message.

9   Q.  From whom to whom?

10  A.  From the owner of the device, number ending in 2865, to,

11  again, Dave Strohecker, ending in 6342.

12  Q.  Is there an attachment to this exhibit?

13  A.  Yes, ma'am.  It is a photograph.

14         MS. FOSTER:  If we could go to Government's

15  Exhibits 1103D and E.

16  BY MS. FOSTER:

17  Q.  1103D, what are we looking at here?

18  A.  That is a picture of five white adult males posing for a

19  photograph together.

20  Q.  Do you see Mr. Samsel in this picture?

21  A.  Yes, ma'am, I do.

22  Q.  Can you explain what -- how you would identify him in this

23  image?

24  A.  He is wearing a red "Make America Great Again" ball cap,

25  blue jean jacket, with the black T-shirt and the white hoody,

Curcio - DIRECT

1    long sleeve, and the light colored sweatpants.

2    Q.   Where is he standing?

3    A.   They are sitting well within the restricted area of the

4    U.S. Capitol, next to the media tower that you can see on the

5    left-hand side of the picture, just behind the five gentlemen.

6              MS. FOSTER:  If you could pull up 1103E.

7    BY MS. FOSTER:

8    Q.   What is 1103E?

9    A.   It's Item Number 3, instant message, from, again, that same

10   owner, 2865, to Dave Strohecker, ending in 6342.

11   Q.   Is that Dave Strohecker the same person who got the initial

12   attachment with the image?

13   A.   Yes, ma'am.

14   Q.   What is the body of this?

15   A.   Me and my Marine boys.

16             MS. FOSTER:  If you would pull up 1103F.

17   BY MS. FOSTER:

18   Q.   What is 1103F?

19   A.   Item Number 5, instant message.  Again, from that 2865

20   owner number to Dave Strohecker, 6342.

21   Q.   What is the date?

22   A.   The date is 1/6/2021 at 10:41:29 p.m. UTC.  So again, you

23   minus five.  That's 5:41 p.m. eastern.

24   Q.   Are there any attachments to this document?

25   A.   Yes, ma'am, there are two.

Curcio - DIRECT

```
 1            MS. FOSTER:  If I could ask you to pull up
 2   Government's Exhibits G and H together.
 3   BY MS. FOSTER:
 4   Q.  What are these documents?
 5   A.  These are, I believe, two screenshots from the New York
 6   Times.
 7   Q.  Were they the attachments to that 1103F text?
 8   A.  Yes, ma'am.  They are the two attachments from the message
 9   we just saw previously.
10            MS. FOSTER:  If we could pull up 1103I.
11   BY MS. FOSTER:
12   Q.  What is 1103I?
13   A.  Item Number 6, an instant message, from that same owner,
14   2865 number, to Dave Strohecker, ending in 6342.
15   Q.  Was this sent on or around the same time as that attachment
16   with the two images?
17   A.  Yes, ma'am, approximately the same time.
18   Q.  What does the owner say to Dave Strohecker?
19   A.  Me on news breaking through the line.
20            MS. FOSTER:  If I could ask you to pull up 1103J.
21   BY MS. FOSTER:
22   Q.  What do we see on 1103J?
23   A.  That is Item Number 7, instant message from 2865, the owner
24   number, to Dave Strohecker, 6342, on 1/6/2021 at 10:44:09 UTC,
25   which is 5:44 p.m. eastern.
```

Curcio - DIRECT

1  Q.  Is there an attachment?

2  A.  Yes, ma'am, there is.

3       MS. FOSTER:  If we could go to 1103G and H together.

4  BY MS. FOSTER:

5  Q.  Looking at 1103G and H -- I'm so sorry.  I think I got

6  myself confused.

7       MS. FOSTER:  Sorry, if we could look at 1103L.

8  BY MS. FOSTER:

9  Q.  What is 1103L?

10 A.  Number 8, instant message from the owner number, 2865, to

11 Dave Strohecker, 6342, on 1/6/2021 at 5:44 p.m. eastern.

12 Q.  What does owner tell Dave Strohecker at that time?

13 A.  Red hat.

14      MS. FOSTER:  If we could pull up 1103K.

15 BY MS. FOSTER:

16 Q.  Was that the attachment that was sent at around the same

17 time as that text that said "red hat"?

18 A.  Yes, ma'am.

19 Q.  Do you see somebody in this image with a red hat on?

20 A.  Yes, I do.

21 Q.  Could you identify where that red hat is in this image?

22 A.  On the right quadrant of the photograph.

23      MS. FOSTER:  Record will reflect the witness circled

24 an individual with his red hat backwards, with his right arm

25 outraised wearing a white shirt.

Curcio - DIRECT

1          If you could pull up Government's Exhibit 1103T.  If
2    we could zoom in on that top portion.
3          Actually, if you could zoom in on the bottom portion,
4    it's probably a little bit clearer.
5    BY MS. FOSTER:
6    Q.  On 1103 -- perfect.  On 1103T, can you see what we're
7    looking at here?
8    A.  I believe that's Item 53, instant message from the 2865
9    owner number to Joe Barbershop, ending in 5345.
10   Q.  Did the defendant indicate to you what he did as a job when
11   you interviewed him on January 30th?
12   A.  Yes, ma'am, he did.
13   Q.  What did he tell you he did?
14   A.  He said he was employed as a barber.
15   Q.  What does the owner send to -- say to Joe Barbershop on
16   January 7th?
17   A.  The timestamp is 1/7/2021 at 12:10:26 UTC.  The body says:
18   Me with the red hat breaking through the lines, Joe.  Me and my
19   Marines made it inside Capitol, bro.  Fuck em.  The two on my
20   left are my big, gay Marines LOL.  Really, though, on my way
21   home I'll show you some videos, bro.  I'll be at work tomorrow.
22   Have a good night.  I was first ones to break door down LOL.
23          MS. FOSTER:  You can pull that down.
24          If I could ask you to pull up 1103U and V.
25   BY MS. FOSTER:

Curcio - DIRECT

1   Q.  Did 1103T include two attachments?

2   A.  I believe it does but if I could see it again I could

3   confirm that, sorry.

4       Yes, ma'am, it does.

5           MS. FOSTER:  So if we could go back to 1103U and V.

6   BY MS. FOSTER:

7   Q.  Were these two attachments, 1103U and V, were they attached

8   to that text on 1103T?

9   A.  Yes, ma'am, they were.

10          MS. FOSTER:  If we could go to 1103M.

11  BY MS. FOSTER:

12  Q.  What are we looking at here?  What's 1103M?

13  A.  Item 15, which is an image.

14  Q.  Can you tell when that image was taken based on the capture

15  time?

16  A.  Yes, ma'am.  The metadata capture time indicates 1/6/2021

17  at 10:20:54 a.m.

18          MS. FOSTER:  If we could go to 1103N.

19  BY MS. FOSTER:

20  Q.  What is 1103N?

21  A.  I believe that's an enlarged copy of the embedded image

22  that was on that message.

23  Q.  I'm sorry, that was on that image.  Is that your testimony?

24  A.  Yes, ma'am.

25          MS. FOSTER:  If we could look at 1103W.

Curcio - DIRECT

1   BY MS. FOSTER:

2   Q.   What is 1103W?

3   A.   Item 220, instant message.  From, this time, an email

4   address associated with the owner of the device.  That's

5   RyanRyan83@gmail.com to Zach Strobele, to a number ending in

6   9898.

7   Q.   What is the timestamp for that --

8   A.   1/7/2021 at 11:36:16 p.m. UTC.  Again, you have to subtract

9   five for eastern.

10  Q.   I believe you've read this text message before.  When you

11  interviewed the defendant, did he admit to opening up that

12  first gate?

13  A.   The first gate, no, ma'am.

14  Q.   What did he tell you about that first gate?

15  A.   He largely dismissed it.  Didn't really remember it.  Or

16  stepped over it, I think is what he eventually said.

17       MS. FOSTER:  Showing you what's previously been marked

18  as Government's 1103X, Y, Z.  Let's just go with Government's

19  Exhibit 1103X.

20  BY MS. FOSTER:

21  Q.   What are we looking at here?

22  A.   Item 275, instant message from owner, 2865, to Rachel,

23  ending in 9102.

24  Q.   What does that message say?

25  A.   This is all over internet.

Curcio - DIRECT

1  Q.  What is the date and time of that message?

2  A.  It is 1/23/2021 at 8:14:05 UTC.  So, again, you have to

3  subtract five for eastern time.

4        MS. FOSTER:  If I could ask you to pull up

5  Government's Exhibit 1103Y.

6  BY MS. FOSTER:

7  Q.  What is 1103Y?

8  A.  Item 276, instant message from the owner number, 2865, to

9  Rachel, the number ending in 9102.

10 Q.  Was that instant message sent at approximately the same

11 time as that text that says:  This is all over the internet?

12 A.  Yes, ma'am, it was, approximately.

13       MS. FOSTER:  If I could ask you to pull up 1103Z.

14 BY MS. FOSTER:

15 Q.  What is 1103Z?

16 A.  That's an enlarged copy of the embedded image that was on

17 the message.

18 Q.  Do you recognize these images from 1103Z?

19 A.  Yes, ma'am, I do.

20 Q.  What are they?

21 A.  If I'm not mistaken, the top left and the top half of the

22 left-hand picture -- actually, the bottom left on the top half

23 is, if I'm not mistaken, the BOLO 51 photo that the FBI had

24 published online.  And the others were pictures that other

25 open-source individuals were finding in available video that

Curcio - DIRECT

1    was online, and then posting additional images of that same

2    individual on their own website.

3    Q.  If I could show you what's been previously marked as

4    1103AA.  What is 1103AA?

5    A.  It's Item 279, instant message from the owner number, 2865,

6    to Rachel, ending in 9102.

7    Q.  What does the owner say to Rachel at that time?

8    A.  Come pick me up now.  That was me helping that cop.

9         MS. FOSTER:  If I could ask you to pull up 1103B.

10   BY MS. FOSTER:

11   Q.  What is 1103B?

12   A.  This is a video that we got from the phone extraction.

13        MS. FOSTER:  Understanding that it is subject to

14   linking it up, the United States would move into evidence

15   1103B.

16        MR. WOODWARD:  Subject to laying the foundation for

17   the -- that the video actually came --

18        THE COURT:  I'll say it it's conditionally admitted

19   subject to discussions about the 902.14 issue.

20   BY MS. FOSTER:

21   Q.  Agent Curcio, was this video taken from 1B10, the

22   defendant's phone?

23   A.  Yes, ma'am, it was.

24        MS. FOSTER:  At this time, the United States would

25   move to admit into evidence Government's Exhibit 1103B.

Curcio - DIRECT

```
 1              If you would please play it, Ms. Hayman.
 2         (Video played.)
 3    BY MS. FOSTER:
 4    Q.  Do you recognize who those individuals were who were in
 5    that video?
 6    A.  Yes, ma'am, I do.
 7    Q.  Who are those individuals?
 8    A.  Ryan Samsel and his girlfriend Rachel.
 9    Q.  While the defendant was incarcerated, did the defendant
10    have a series of interviews with different bloggers?
11    A.  Yes, ma'am, he did.
12              MS. FOSTER:  Pulling up what's been marked as
13    Government's Exhibit 503.  If you could pause it there.
14    BY MS. FOSTER:
15    Q.  Did you have occasion to listen to this blog radio call?
16    A.  Yes, ma'am, I did.
17    Q.  And is this one of the calls where the defendant was
18    speaking to a blogger?
19    A.  Yes, ma'am, it was.
20    Q.  And how do you know that it was the defendant speaking to a
21    blogger?
22    A.  A couple different ways.  I recognize the voice from having
23    interviewed and met this subject, and also I received a report
24    with the information about this interview from a government
25    agency.
```

Curcio - DIRECT

1   Q.  And is -- who is depicted on the screen right now?

2   A.  Ryan Samsel.

3   Q.  And at the beginning of this call, does the blogger

4   identify the individual he's talking to as:  Ryan Samsel,

5   thanks for calling?

6   A.  Yes, ma'am, he does.

7           MS. FOSTER:  If I could ask you to fast-forward to

8   1:09.

9           MR. WOODWARD:  I'm sorry, Your Honor, is there further

10  authentication that's going to occur on this?

11          MS. FOSTER:  I was going to move to admit Government's

12  Exhibit 503, but just the portion 1:09 to 1:30.

13          MR. WOODWARD:  We object.  We don't think the

14  Government has laid a foundation.  We don't know where this

15  came from.  Having the agent testify he recognizes the voice

16  does not authenticate a recording -- an interview -- so I

17  imagine there are two voices -- of Mr. Samsel.

18          THE COURT:  This is an audio interview?

19          MS. FOSTER:  It's an audio interview of the

20  individual, who says "Ryan Samsel" at the beginning of the

21  interview, as the agent testified.  The defendant is on the

22  screen here.  I'm happy to get into detail as to how it is that

23  we have received this information.

24          THE COURT:  Okay.  If this witness can answer the

25  question, just to close to loop, you can ask those questions.

Curcio - DIRECT

```
1              MS. FOSTER:  Sure.
2     BY MS. FOSTER:
3     Q.  How did you get this information, Agent Curcio, about the
4     defendant having phone calls with bloggers?
5     A.  I received an intelligence report from the Bureau of
6     Prisons from an investigator employed by the Bureau of Prisons,
7     who notified me that there was an ongoing investigation, that
8     basically informed me that some interviews were taking place
9     and the individual participating in the interviews were Ryan
10    Samsel, and there were provided 13 different links to different
11    interviews of different sorts, audio and some audio and video,
12    contained in that intelligence report of interviews that had
13    been done that they were now aware of, they discovered through
14    their investigation.
15    Q.  And did you listen to those 13 interviews?
16    A.  Yes, ma'am.
17    Q.  Did you recognize the voice on all 13 interviews?
18    A.  Yes, ma'am, I did.
19    Q.  Who was the voice?
20    A.  Ryan Samsel.
21    Q.  And on this one, specifically on Government's Exhibit 503,
22    is there an opening where the blogger says:  Ryan Samsel,
23    thanks for calling?
24    A.  Yes, ma'am.
25              MS. FOSTER:  At this time, the United States would
```

Curcio - DIRECT

1    move into evidence Government's Exhibit 503, solely as 1:09 to

2    1:30.

3            THE COURT:  Same objection?

4            MR. WOODWARD:  Yes, Your Honor.  Again, the fact that

5    he was referred a link from, arguably, a reliable source does

6    not authenticate the material that was linked to.  And so if we

7    don't have any testimony about how this audio recording

8    occurred or where it came from or when it was created, then we

9    don't have a sufficient foundation for the authenticity of the

10    recording, period.

11            THE COURT:  Okay.  Overruled.  Why don't you play it

12    for Special Agent and see if he can recognize the voice or

13    anything else that might authenticate it further.  Overruled.

14            MS. FOSTER:  Sure.  Actually, can you start it from

15    the beginning.  Thank you.

16            MR. WOODWARD:  Sorry, Your Honor, is the beginning

17    going to be in evidence or not?

18            MS. FOSTER:  I'm putting it in in an attempt to

19    authenticate it, so that the Court feels comfortable with it.

20            THE COURT:  You can play the clip that you were

21    intending to play.

22            MS. FOSTER:  Sure.

23            If we could move it to 1:09, please, and play it to

24    1:30.

25        (Video played.)

Curcio - CROSS

```
 1    BY MS. FOSTER:
 2    Q.  Do you recognize that voice?
 3    A.  Yes, ma'am, I do.
 4    Q.  Who is speaking in that clip?
 5    A.  Ryan Samsel.
 6            MS. FOSTER:  United States moves into evidence
 7    Government's Exhibit 503.
 8            THE COURT:  Okay.  It's admitted over objection.
 9        (Government Exhibit 503 received in evidence.)
10            MS. FOSTER:  We have no further questions of this
11    witness.
12            I guess we would move to admit Government's
13    Exhibit 1103A through 1103AA, with the understanding that,
14    obviously, that is subject to additional rulings.
15            THE COURT:  Okay.
16            Cross-examination.
17            MR. WOODWARD:  Yes, Your Honor.  The Court's
18    indulgence.
19                         CROSS-EXAMINATION
20    BY MR. WOODWARD:
21    Q.  Good afternoon, Special Agent Curcio.
22    A.  Good afternoon, sir.
23    Q.  We have never met before, sir; is that correct?
24    A.  Not before -- we have once before, yes, sir.
25    Q.  What were the circumstances of that meeting?
```

Curcio - CROSS

1   A.   I delivered some discovery items to your home, I think, if

2   I'm not mistaken.

3   Q.   You, in fact, delivered the --

4   A.   Yes, sir.

5   Q.   -- forensic extraction of Mr. Samsel's phone on an SD card,

6   did you not?

7   A.   I did, sir.

8   Q.   Okay.  Agent Curcio, you testified you've been -- when did

9   you join the FBI?

10  A.   July of 2017.

11  Q.   And before January 6th, could you remind us what your

12  primary roles and responsibilities were with the FBI?

13  A.   Special Agent assigned to the violent crimes task force out

14  of the Washington field office.

15  Q.   Well, you didn't stop investigating crimes in the district

16  because the violence stopped obviously.  Have you been with the

17  January 6th task force since January 6th?

18  A.   I've never been assigned to a task force for January 6th.

19  Q.   Are you the case agent for this investigation?

20  A.   Yes, sir, I am.

21  Q.   Could you describe for us exactly what it means to be a

22  case agent?

23  A.   You are basically the manager and lead investigator of an

24  assigned case that's opened up within a squad that you're

25  assigned to, typically, within a series of violations that

Curcio - CROSS

1    you're assigned to investigate.

2    Q.  So you have been the manager and lead investigator for

3    Mr. Samsel's case; is that correct?

4    A.  Yes, sir.

5    Q.  And that's been the case since when?

6    A.  Since AFO -- or the BOLO 51 was published and assigned to

7    me.

8    Q.  Do you recall about when that was?

9    A.  If not on January 6th, shortly thereafter.

10   Q.  Okay.  As the case agent, it's safe to say you've worked

11   pretty closely with the federal prosecutors on this case,

12   correct?

13   A.  Yes, sir, I have.

14   Q.  The individuals at this table?

15   A.  And many others.

16   Q.  And many other prosecutors have been assigned to this case

17   over its lifetime; isn't that right?

18   A.  Yes, sir.

19   Q.  When you're conducting an investigation, presumably, you

20   and your team work together to gather evidence and formulate a

21   case theory, right?

22   A.  Correct, sir.

23   Q.  You did that here?

24   A.  Yes, sir.

25   Q.  And although you were working closely with the prosecutors,

Curcio - CROSS

1   in fact, sir, you work for the Federal Bureau of Investigation?

2   A.   Correct, sir.

3   Q.   And as an FBI agent, you receive training on how to conduct

4   an investigation, correct?

5   A.   Correct, sir.

6   Q.   What to do, what not to do, correct?

7   A.   Correct, sir.

8   Q.   What evidence to look for, correct?

9   A.   Correct, sir.

10  Q.   How to collect that and catalog it, correct?

11  A.   Yes, sir.

12  Q.   How to enter it into the FBI's database, correct?

13  A.   Yes, sir.

14  Q.   And so you're familiar with a Form 302, correct?

15  A.   I am, sir.

16  Q.   And when do you complete a Form 302?

17  A.   Matters that may in the future become testimonial in

18  nature.

19  Q.   And once you've completed a Form 302, what do you do with

20  it?

21  A.   You submit it for review and approval in your case file to

22  your supervisor.

23  Q.   Is there a time period within which you're to complete a

24  Form 302?

25  A.   I'm sure that there is.  I don't particularly remember the

Curcio - CROSS

1   exact time.

2   Q.  Generally speaking, you try to complete them soon in time

3   after the interview was conducted?

4   A.  Yes, sir.

5   Q.  Now, as an FBI agent, you would agree, would you not, that

6   your law enforcement tasks are different than, say,

7   Metropolitan Police Department officers, correct?

8   A.  Similar but they do differ, yes, sir.

9   Q.  You wouldn't pull somebody over for speeding, correct?

10  A.  That's correct.

11  Q.  And, in fact, your role is limited to investigating

12  violations of federal law, correct?

13  A.  Correct, sir.

14  Q.  You would agree that in your line of work it's important to

15  make sure that your investigations are accurate and foolproof?

16  A.  Accurate, yes, sir.

17  Q.  You don't look for holes in your theories?

18  A.  Yes, sir, I would.

19  Q.  And you don't look for plausible explanations for why

20  certain conduct occurred?

21  A.  Yes, sir, I would.

22  Q.  Or didn't occur, correct?

23  A.  What was your question, sir?

24  Q.  If something didn't happen, you wouldn't look into why that

25  didn't happen?

Curcio - CROSS

1   A.  Of course, yeah.

2   Q.  Now, when you're building an investigation, including this

3   one, you're starting from the ground up; isn't that right?

4   A.  Typically, yes, sir.

5   Q.  Okay.  And you're reviewing all sorts of evidence,

6   documents, videos, et cetera?

7   A.  Yes, sir.

8   Q.  This case was fairly video intensive, was it not?

9   A.  It was, yes, sir.

10  Q.  You are conducting interviews with potential witnesses,

11  correct?

12  A.  When they're available, yes.

13  Q.  And it wouldn't matter to you that there were hundreds of

14  people who witnessed a crime; you would attempt to interview

15  all of them, correct?

16  A.  Not all of them if there were hundreds, no.

17  Q.  Who would you attempt to interview?

18  A.  We would have to divide up that work, and I couldn't

19  possibly interview hundreds of people.  A team of agents or

20  other investigators would help interview as many people as

21  possible.

22  Q.  How many folks did you interview in connection with this

23  investigation?

24  A.  I don't remember exactly but definitely at least a dozen or

25  more.

Curcio - CROSS

1   Q.  At least a dozen or more individuals in connection with
2   this investigation?
3   A.  Yes, sir.
4   Q.  Over the last almost three years?
5   A.  Yes, sir.
6   Q.  Did you interview others who were present at the Peace
7   Circle on January 6, 2021?
8   A.  No.  I did not personally, no.
9   Q.  Did you interview anyone who was present at the Peace
10  Circle on January 6, 2021?
11  A.  Yes, sir.
12  Q.  How many people?
13  A.  Ryan Samsel.
14  Q.  So as the case agent for Mr. Samsel, the only person you
15  interviewed who was present at Peace Circle on January 6, 2021,
16  was Mr. Samsel?
17  A.  I assisted in interviewing witnesses, if that's what you're
18  referring to, that were also present on January 6th at Peace
19  Circle.
20  Q.  Okay.  So you're taking issue with my asking if you
21  interviewed others who were present at January 6th.  You're
22  saying that you assisted interviewing others?
23  A.  I'm not taking issue with your question, sir.  I'm just
24  trying to answer it accurately.  I interviewed Ryan Samsel and
25  other witnesses that were present on that day at that time,

Curcio - CROSS

1    yes, sir.

2    Q.  So you did, in fact, interview other individuals who were

3    present at Peace Circle on January 6, 2021?

4    A.  Yes, sir.

5    Q.  All right.  And did you draft any 302s following those

6    interviews?

7    A.  Yes, sir.

8    Q.  Now, this isn't the first investigation that you've worked

9    on that was voluminous in nature, was it?

10   A.  No, sir.

11   Q.  Violent crime in D.C. can often involve a pretty thick case

12   file?

13   A.  Yes, sir, that's correct.

14   Q.  And so the reason that you're drafting 302s after you

15   conduct an interview and then putting it into the FBI database

16   is to catalog all this information, correct?

17   A.  Yes, sir.

18   Q.  Organize it?

19   A.  Agreed.

20   Q.  Make it easy for you or your colleagues or your successors

21   to find information related to an investigation, correct?

22   A.  Yes, sir.

23   Q.  In this case, did you also review a fair amount of video

24   and photographic evidence?

25   A.  Yes, sir.

Curcio - CROSS

1   Q.  Some of which you obtained, as you testified, from

2   third-party sources, correct?

3   A.  Yes, sir.

4   Q.  And some of which you obtained directly from individuals

5   who were present on January 6th?

6   A.  No.  No, sir.

7   Q.  You reviewed no photographic or video evidence from anyone

8   present on January 6, 2021?

9   A.  That's incorrect.  I reviewed that material from the

10  subject's phones.

11  Q.  And when you say subject, could you be more precise,

12  please?

13  A.  Ryan Samsel, his girlfriend Rachel.

14  Q.  So the only video and photographic evidence obtained from

15  an individual present at or around the Capitol building on

16  January 6th came from Ryan Samsel or his girlfriend's phone?

17  A.  No, sir.

18  Q.  Okay.  What photographic or video evidence did you review

19  that did not come from Mr. Samsel or his girlfriend's phone?

20  A.  Open-source videos.  But you had earlier mentioned devices.

21  I didn't examine those devices.  They were from open-source,

22  body-worn camera, CCTV, systems of that nature.

23  Q.  Okay.  Now, when you reviewed the video and the

24  photographic evidence that you obtained from Mr. Samsel or his

25  girlfriend's phone, did you catalog that in the FBI database as

Curcio - CROSS

1   well?

2   A.  Yes, sir, I did.

3   Q.  How did you do that?

4   A.  We have a process that intakes evidence and a chain of

5   custody, of course.  Basically, once you create an evidence

6   item, it's then maintained both in our holdings and our

7   evidence rooms, if you will.

8   Q.  It's affiliated with a particular case file, correct?

9   A.  Yes, sir, it is.

10  Q.  And in this case, it was affiliated with at least one case

11  file associated with Mr. Samsel?

12  A.  At least one, yes, sir.

13  Q.  And how about was there a case file associated with his

14  girlfriend?

15  A.  Yes, sir, there was.

16  Q.  So was Mr. Samsel's phone associated with her case file?

17  A.  No, sir.  Mr. Samsel's case file had two, 1B10 and 11, and

18  then there was a third phone that eventually got split off from

19  his case file and then put into hers once her case file was

20  created sometime later.

21  Q.  So her phone ceased to be associated with his case file?

22  A.  Correct, sir.  It was migrated or moved over to hers.

23  Q.  All right.  Now, by January 30th of 2021, you were prepared

24  to affect an arrest of Mr. Samsel; is that right?

25  A.  Yes, sir, that's correct.

Curcio - CROSS

1   Q.  And that was based on the evidence that you had gathered in

2   this case?

3   A.  Yes, sir.

4   Q.  At that time, you did not have any evidence from

5   Mr. Samsel's phone, correct?

6   A.  That's correct.

7   Q.  So the only evidence that you had in Mr. Samsel's case was

8   the evidence you obtained from third-party videos?

9   A.  Yes, sir.  I believe at that time we also had access to the

10  body-worn video and potentially CCTV.  I just don't remember

11  exactly when that video was made available.

12  Q.  All right.  Well, let's break that down.  So with respect

13  to the third-party video, your testimony is that you did not

14  obtain any video from persons that were present on January 6th,

15  other than Mr. Samsel?

16  A.  When you say that, that, to me, means that I went and

17  obtained that device and facilitated the extraction of that

18  information from a device.  Otherwise, it would have come to me

19  from other sources.

20  Q.  And so you did not rely on any video obtained from a device

21  that was present on January 6th?

22  A.  I would assume, using my common sense, that open-source

23  videos were captured on some sort of device somewhere.  I

24  wouldn't know which device.

25  Q.  Well, let's separate out the open-source videos and I'll

Curcio - CROSS

1    come back and I'll ask you about those.  Okay?

2    A.  Yes, sir.

3    Q.  Did you rely on any evidence, photographic or video, that

4    you or any other member of the FBI obtained from a device that

5    was present on January 6, 2021?

6    A.  If we did, it would have been body-worn camera or CCTV, as

7    I recall.

8    Q.  So do you recall whether you relied on CCTV or body-worn

9    camera in seeking an arrest warrant for Mr. Samsel?

10            MS. FOSTER:  Objection, Your Honor.  What is the

11   relevance of this?

12            THE COURT:  Overruled.

13            THE WITNESS:  What I'm trying to say is I don't

14   remember exactly when some of these CCTV and body-worn camera

15   videos were available.  But we did use -- and you've excluded

16   the open-source from this conversation at this point.  So I

17   don't remember the timing is what I'm trying to explain to you.

18   BY MR. WOODWARD:

19   Q.  Well, are you aware of any body-worn camera that captured

20   the conduct at Peace Circle on January 6, 2021?

21   A.  At Peace Circle, no, sir.

22   Q.  Are you aware of any CCTV that captured the conduct on

23   January 6, 2021 at Peace Circle?

24   A.  Yes, sir.

25   Q.  The two angles that we've seen in this trial?

Curcio - CROSS

1  A.  And others.

2  Q.  And other CCTV footage captured the conduct at Peace Circle

3  that was not shown at this trial?

4  A.  There were a lot of cameras at the Capitol and I have,

5  throughout the course of the larger investigation, seen most of

6  them -- not most of them, a lot of them that captured that area

7  of the Capitol at that time.

8  Q.  Did you rely on any of that video in seeking an arrest

9  warrant for Mr. Samsel?

10  A.  No, sir, not primarily, no.

11  Q.  So other than the open-source video, do you recall relying

12  on video in seeking an arrest warrant for Mr. Samsel?

13  A.  Video, no, sir.

14  Q.  Photographs?

15  A.  I don't think so.

16  Q.  Did you obtain cell tower information for Mr. Samsel?

17  A.  I think at that time it was not yet available as far as

18  what was captured -- no, yes, we did have -- I'm trying to

19  think of the time we received but we did receive location data

20  from his devices, yes.

21  Q.  Because January 30th is pretty close in time to

22  January 6th?

23  A.  It is.  If I remember correctly, I think the date was maybe

24  January the 23rd, I don't remember, when we received some of

25  that data back, as far as the location of his devices.

Curcio - CROSS

1   Q.  And if you had relied on that that would be in your
2   affidavit accompanying the arrest warrant application?
3              MS. FOSTER:  Objection, Your Honor, relevance.
4              THE COURT:  What's your response, Mr. Woodward?
5              MR. WOODWARD:  Well, I think the sufficiency of the
6   investigation is perfectly relevant.
7              THE COURT:  Okay.  Overruled.
8   BY MR. WOODWARD:
9   Q.  If you had relied on cell tower data in seeking an arrest
10  warrant for Mr. Samsel, you would have included that
11  information in your affidavit accompanying the application for
12  the warrant?
13  A.  Every affidavit I've written, if I'm not mistaken, says
14  that these are facts, not all of them that are known to me at
15  the time when you write it.  So typically, it does not contain
16  all of the facts known to me at that point in the
17  investigation.
18  Q.  Sure.  But that's not my question.  If you had relied on
19  cell tower data, you would have included that in your
20  application?
21  A.  I wouldn't be -- but it's a hypothetical question.  I don't
22  remember exactly what I knew when I knew it.  The affidavit
23  would speak for itself and we can pull it up and review it to
24  help refresh my memory if that would assist in your line of
25  questioning.

Curcio - CROSS

1  Q.  No.  I'll move on.

2      Do you recall executing the search warrant on Mr. Samsel's

3  residence?

4  A.  Yes, sir, I do.

5  Q.  And it was early in the morning?

6  A.  Yes, sir.

7  Q.  You woke him up?

8  A.  I have no idea if he was already awake before we knocked on

9  the door.

10 Q.  He wasn't groggy when he came out of his house?

11 A.  I don't remember, sir.

12 Q.  And did you ask him if he would come down and speak with

13 you?

14 A.  I don't think that I had first contact with him.  After I

15 first saw him, he was already in custody with other officers

16 present.

17 Q.  Did he, in fact, come down to the local FBI office and

18 speak with you?

19 A.  No, sir.  He came to a local police department, if I

20 remember correctly.  One of the TFO's local agencies that was

21 working with us.

22 Q.  He did that voluntarily?

23 A.  No, sir.  He was under arrest at that time.

24 Q.  He was under arrest at the time of his interview?

25 A.  Yes, sir, he was.

Curcio - CROSS

1   Q.  Did he give a statement?

2   A.  He did.

3   Q.  Was -- did he give that statement voluntarily?

4   A.  He did, sir.

5   Q.  Did you Mirandize him?

6   A.  I did, sir.

7   Q.  Roughly, how long did he talk to you?

8   A.  Approximately, two hours over a series of two different

9   interactions.

10  Q.  Did he answer all of your questions?

11  A.  For the most part, yes, sir.

12  Q.  At any time did he tell you that he didn't want to talk to

13  you anymore?

14  A.  No, sir.  I remember reminding him that he was in charge of

15  the conversation, and it was a very cordial, open and honest

16  conversation.  And that he could stop the conversation at any

17  time.

18  Q.  At the end of that interview, did you take him into

19  custody?

20  A.  He was already in custody during the interview.  But we did

21  transport him to a different facility after the interview, yes.

22          MR. WOODWARD:  The Court's brief indulgence.

23          THE COURT:  Okay.

24  BY MR. WOODWARD:

25  Q.  Now, during the interview he asked you for some things.  Do

Curcio - CROSS

1   you remember that?

2   A.   Yes, sir.  I do remember.

3   Q.   He asked you for a can of chew?

4   A.   He did.  And coffee.

5   Q.   And he asked you for coffee.

6        Did you provide him with either of those things?

7   A.   Yes, sir.  Well, I did not.  The other task force officer

8   present is the one who provided those items.

9   Q.   The task force officer who also worked with the FBI?

10  A.   Yes, sir.

11  Q.   And during that interview you asked him about a number of

12  things you had come to learn in your investigation?

13  A.   Yes, sir, that's correct.

14  Q.   About people who were present at January 6th?

15           MS. FOSTER:  Objection.  This calls for hearsay.

16           THE COURT:  Overruled.

17           THE WITNESS:  The other individuals present came up

18  when I asked him if he recognized anyone through a series of

19  photographs, and potentially video as well.

20  BY MR. WOODWARD:

21  Q.   Why those photographs?

22  A.   It was relevant to our larger investigation.

23  Q.   So you were investigating others besides Mr. Samsel?

24  A.   I was not personally, no.

25  Q.   So when you say our investigation, you're referring to the

Curcio - CROSS

1    investigation of the FBI?

2    A.  Yes, sir.

3    Q.  All right.  And so you had been asked to show Mr. Samsel

4    photographs of individuals present at January 6th?

5    A.  Yes, sir.  As a part of our planning prior to the interview

6    and during the interview when I had stepped out, yes.

7    Q.  Did you know the identities of those individuals when you

8    asked Mr. Samsel about them?

9    A.  I don't remember exactly when I learned their identities at

10   the time.  I don't know that I knew all of them.  Maybe one or

11   two.  I don't remember.

12   Q.  Now, Mr. Samsel was charged not long after that interview,

13   was he not?

14   A.  He was charged via complaint prior, which is where the

15   arrest warrant came from, and then he was indicted later.

16   Q.  How much later?

17   A.  I don't remember.  It was shortly.  Weeks, potentially.

18   Maybe a month.  It has to be within 30 days, if I'm not

19   mistaken.

20   Q.  So it would surprise you to learn that he wasn't indicted

21   until September of that year?

22   A.  I have no idea of the timing, sir.

23          MS. FOSTER:  Objection, relevance.

24          THE COURT:  What's the relevance of the day he was

25   indicted?

Curcio - CROSS

```
 1              MR. WOODWARD:  I'm trying to assess the -- again, the
 2      sufficiency of the investigation and understand why it was that
 3      they were prepared to arrest him on January 30th but not indict
 4      him until December.
 5              THE COURT:  But this witness doesn't have anything to
 6      do with the date of the indictment.
 7              MR. WOODWARD:  Well, I phrased the question very
 8      specifically to understand whether he knew or not.  He doesn't,
 9      so I wasn't going to ask him anything more about this.
10              THE COURT:  Okay.  I'll sustain that and you can move
11      on to your next line.
12      BY MR. WOODWARD:
13      Q.  Following his arrest, you continued your investigation,
14      correct?
15      A.  Yes, sir, we did.
16      Q.  And following his arrest, did you review any video or
17      photographic evidence obtained from individuals present on
18      January 6th?
19      A.  Via open-source videos, we did, yes, sir.
20      Q.  Did you review any video or photographic evidence that was
21      not from an open-source video, from CCTV footage or from
22      body-worn camera?
23      A.  I don't think so, no, sir.
24      Q.  Did the FBI collect photographic and video evidence from
25      devices that were present on January 6, 2021?
```

Curcio - CROSS

1  A.  I would assume so, yes.

2  Q.  And if that data was collected, it would be processed,

3  correct?

4  A.  I assume so, yes, sir.

5  Q.  And it would be loaded into the FBI's database?

6  A.  Depending on the timing, yes.  Some took longer than

7  others.  It was a lot of video to be processed.

8  Q.  You would have access to that video, correct?

9  A.  Technically, yes.

10  Q.  Why technically?

11  A.  I wouldn't go fishing through the archives looking for

12  random videos of other subjects on January 6th.

13  Q.  You wouldn't be interested in knowing whether there was

14  additional video footage of Ryan Samsel on January 6th?

15  A.  I would, sir.

16  Q.  So did you go looking for any other video on January 6th of

17  Ryan Samsel?

18  A.  I did not go looking, no, sir.

19  Q.  What did you do?

20  A.  Continued to do my job.

21  Q.  How exactly did you do that in search of video obtained by

22  the FBI from devices present on January 6th?

23  A.  I did not search for any additional video.  Videos were

24  made available to me and made known to me.

25  Q.  How were they made available to you or made known to you?

Curcio - CROSS

1    A.   Throughout our different processes and systems, there's a

2    number of different ways that individuals involved in open and

3    ongoing investigations would be identified, and then that

4    information would be shared with the case agent, typically.

5    Q.   And was any of that video obtained from a device that was

6    present on January 6th?

7    A.   I would assume so because they were mostly open-source

8    videos.  But I did not further look in to where those videos

9    came from.  As I was made aware of them, I would observe them,

10   download them from the internet and then document those videos

11   in my case file.

12          MR. WOODWARD:  The Court's indulgence.  I need to talk

13   to the Government.

14          THE COURT:  Okay.

15      (Off-the-record discussion.)

16          MS. ROSEN:  Your Honor, can I briefly step out for a

17   moment?

18          THE COURT:  Sure.

19          MR. WOODWARD:  Your Honor, we need to approach.

20          THE COURT:  Okay.

21          MR. WOODWARD:  Not just asking the agent to step out.

22          THE COURT:  This is without any other defendants

23   hearing?

24          MR. WOODWARD:  I mean, I'm okay with that.  They may

25   not be.

Curcio - CROSS

1              THE COURT:  Okay.  You want to come to the bench and
2      then you guys have your headphones.  Should we do a trial run.
3              Are they going to be able to hear?  Should we do it at
4      the phones, Ms. Franklin, or are they going to be able to hear?
5          (Off-the-record discussion.)
6              MS. FOSTER:  Your Honor, I think what Mr. Woodward --
7      I think what we're clarifying is that what we're talking about
8      is there was an outdoor trace report for this defendant --
9              THE COURT:  We're off the --
10             MS. FOSTER:  I don't think we need the phone, if
11     that's what we're talking about.  I didn't understand when
12     Mr. Woodward approached and asked me about a CHS, which CHS he
13     was talking about.  But if that's what we're talking about is
14     that outdoor trace report that has links, I think we can talk
15     about it in open court.
16             THE COURT:  Okay.  Do you want me to have the agent
17     step out for a minute?
18             MR. WOODWARD:  I think that's probably best.
19             THE COURT:  Okay.  Can we just ask you to step out in
20     the hall and someone will get you as soon as we're done.
21         (Witness steps down.)
22             THE COURT:  Okay.  What's the issue?
23             MR. WOODWARD:  All right.  So to set the stage, in
24     discovery the Government produced certain confidential
25     human-source materials, which it designated as highly sensitive

Curcio - CROSS

1      under the protective order.  The protective order requires that
2      before disclosing the existence of those materials, even in
3      open court, I have to get the Government's permission.
4              THE COURT:  Which you now have.
5              MR. WOODWARD:  No.  The Government's response was, we
6      don't think it's relevant and so we're objecting on relevance,
7      and so we don't have to get to whether you can disclose in open
8      court.  Let's talk to the Judge about whether it's relevant,
9      and then we can cross how we disclose it.
10             THE COURT:  Okay.  So you want to tell me why it's
11     relevant now.
12             MR. WOODWARD:  So it's relevant because, as the Court
13     can imagine, I'm somewhat surprised to hear the lack of
14     investigation into video that the FBI could have looked at over
15     the last three years.  In fact, what I understand to have
16     happened is that there's this report -- they call it a trace
17     report; I'm not sure if that's a term of art or not -- that was
18     provided by a third party.  The Government identified the third
19     party as a confidential human source, and that third party
20     delineates a series of open-source videos that the third-party
21     claim depict Mr. Samsel.
22             As it happens, the third-party videos identified in
23     that report largely correlate with the video that the Court has
24     seen in this trial.
25             So at the risk of not burying the lead, it would seem

Curcio - CROSS

1     that the FBI's investigation of Mr. Samsel was conducted by

2     some random person whom I don't know the identity of and

3     converted into a criminal prosecution.

4          So in an hour exploring the sufficiency of the FBI's

5     investigation, I'd like to ask him about the report, confirm

6     that he reviewed it, and then, of course, I'll separately be

7     able to argue that the report and the links therein almost

8     exclusively correlate with the video that has been shown to

9     Your Honor in this trial.

10          THE COURT:  Why can't -- he wants to question the

11    witness about the sufficiency of the investigation.  Can he --

12    what's the problem with him asking this line of questioning?

13          MS. FOSTER:  My understanding is that what

14    Mr. Woodward wants to do is show the report to the witness and

15    ask the witness if he has reviewed this report as part of his

16    investigation.  My understanding is also that all of these are

17    third-party videos.  So I don't understand why we need to get

18    into the CHS, because the Government is, not surprisingly, very

19    sensitive about that information.

20          If Mr. Woodward wants to go through the videos that

21    are in this report and ask this witness if he has reviewed

22    these videos, he's welcome to do that.  What we would ask that

23    he not do is get into whatever was going on with the CHS or how

24    that individual found that information or -- all of those

25    details are not relevant to this witness.  And therefore, I

Curcio - CROSS

1   don't think that the defendant should be able to get into it.

2              THE COURT:  Is there anything sensitive that's going

3   to be -- what he's proffered to me doesn't seem to reveal

4   anything sensitive.  It's just asking this agent kind of what

5   information he relied upon in gathering whatever evidence that

6   you're presenting against Mr. Samsel.

7              You're not interested in asking about the identity of

8   this person, Mr. Woodward; is that correct?

9              MR. WOODWARD:  I would, actually, like to know that.

10             MS. FOSTER:  That's the problem.  What Mr. Woodward

11   can do, if he wants to show that report to the agent and ask

12   the agent whether he relied upon the report or whether those

13   are third-party videos, he can do that.

14             What is not relevant and what is highly problematic

15   for the United States is for Mr. Woodward to get into questions

16   about the CHS as to this witness in this case about Mr. Samsel.

17             MR. WOODWARD:  I think the first thing we should find

18   out is does he know the answers to the questions.

19             THE COURT:  Does he know who this third-party -- was

20   this an anonymous source?

21             MS. FOSTER:  I don't know if he knows.  But I don't

22   think that that's relevant.

23             MR. WOODWARD:  So first of all, this is becoming

24   increasingly troubling, even just based on the timing of

25   disclosure.  So the disclosure was only made to us in October.

Curcio - CROSS

1          MS. FOSTER:  I'm sorry, the disclosure about what are

2   we talking about here?

3          MR. WOODWARD:  The FD-1036 was disclosed to us in

4   October.

5          MS. FOSTER:  I'm sorry, October of what year?

6          MR. WOODWARD:  2023.

7          THE COURT:  Here's my concern.  I'm concerned about

8   shutting down a line of cross-examination about the sufficiency

9   of the investigation.  I think that's a pretty standard line of

10   cross-examination that Mr. Woodward should be able to explore.

11   So yes, he should be able to ask this witness about the

12   investigation, what he relied upon.

13          My understanding is this line of questioning is going

14   toward that the only open-source videos that this witness

15   obtained were through a third party.  You don't object to any

16   of that kind of broad discussion about the investigation?

17          MS. FOSTER:  Correct.

18          THE COURT:  So Mr. Woodward, yes, we're there in terms

19   of you being able to ask all those questions.  What else do you

20   want to ask this person that's beyond what I said?  You want to

21   know if he knows who the person is and if he talked to the

22   person?

23          MR. WOODWARD:  Evidently, on January 20th of 2023,

24   there was a submission to the FBI, documented in an FD-1036,

25   that includes a document that delineates the comings and goings

Curcio - CROSS

1    of the person alleged to be Mr. Samsel on January 6th,

2    including circles of Mr. Samsel's face.  Including identifying

3    the CCTV video footage that the Government claims depicts

4    Mr. Samsel throwing a plank.

5            It looks to me, based on the preliminary

6    cross-examination that the FBI's investigation rested, if not

7    entirely -- exclusively on this FD-1036 submission, and this is

8    what the Government is calling a trace report.

9            So I would like to know whether the agent spoke to the

10   author of this report and whether the agent did any due

11   diligence in verifying the video that was linked throughout the

12   report.

13           THE COURT:  Let me stop you there.

14           What's wrong with those two questions?

15           MS. FOSTER:  Just so we're clear, as has come out over

16   and over again, the defendant was arrested based upon a

17   complaint back in January of 2021.  So the idea that the

18   Government's case is based solely on something that was

19   provided to Mr. Woodward in January of 2023 is just not

20   accurate.

21           THE COURT:  Okay.

22           MS. FOSTER:  Mr. Woodward has asked multiple questions

23   of this witness about what investigation this witness did prior

24   to issuing the complaint.  He testified that he watched CCTV,

25   that he watched body-worn camera, that he watched third-party

Curcio - CROSS

1    videos.  And then I believe Mr. Woodward followed up with
2    additional questions about what it is that this agent did,
3    including reviewing the information about -- sorry, about
4    third-party videos.
5            He is welcome to ask questions about what this agent
6    did, in addition to what he's already asked.  What he can't do
7    is get into the identity of the CHS or anything that has
8    anything to do with the confidential human source because it's
9    just not relevant to this investigation.  This report that was
10   provided to the FBI agent, if we're talking about the same
11   report, it's all third-party videos.  There's no super secret
12   to this.  It's publicly available information.
13           THE COURT:  Okay.
14           MR. WOODWARD:  So as the Court is aware, we did not
15   receive any CCTV or body-worn camera footage until
16   February 24th of 2022.  I take issue, in fact, with the means
17   and manner in which it was produced in discovery.  That's the
18   subject of our motion that the Court has denied.
19           So while I appreciate that Agent Curcio testified that
20   he relied on CCTV and body-worn camera video footage, I suspect
21   that if we delve deeper on that it would turn out that he
22   either didn't review any in arresting Mr. Samsel, or if he did,
23   there was a Brady violation because it wasn't produced to us
24   for over a year.
25           Two, I would observe that it is entirely relevant

1   whether the agent spoke to the author of this report.  The fact

2   that the author of this report happens to be -- or excuse me.

3   The fact that the report happens to have public-source video

4   does not make the author of the report irrelevant.  For all we

5   know, it's a jilted ex-girlfriend of Mr. Samsel who's drafting

6   this report, and I think that would be relevant to

7   understanding what the FBI did to investigate his guilt or

8   innocence or what they didn't do.

9           So, again, not to bury a lead here, but the Court's

10  not going to be surprised to hear that we argue in summation

11  that they just didn't sufficiently investigate this case.

12          THE COURT:  I'm not going to shut you down from that

13  line of cross.  And I don't know what the witness's answer is.

14  It could be that he says he never talked to the person and then

15  we're arguing about a lot of nothing.  Can we proceed question

16  by question?  If you think it's objectionable beyond what I've

17  already ruled, that this is a proper line of cross, to raise

18  the objection.

19          And then in terms of if we get into an issue about the

20  identity, we can take that up tomorrow, and everyone provide me

21  with whatever authority supporting the position.  I don't think

22  it's irrelevant.  You might have other reasons that suggest it

23  shouldn't come in or be disclosed, but I can't say it's -- I

24  don't think relevance is the correct --

25          MR. WOODWARD:  I don't think so either.  It's just

Curcio - CROSS

1   whether we go under seal or whether we assign a pseudonym and
2   handle it that way.  To be sure, the Government has not
3   disclosed to defense counsel the identity of the human source.
4   So I don't know who it is.  I am -- period.  I don't know who
5   it is.
6          THE COURT:  Can we proceed with the line of question
7   to which you don't object to, which we've kind of fleshed out.
8   And then -- because we're almost towards the end of the day.
9   So we can wrap this up tomorrow.
10         MS. FOSTER:  Understood.
11         THE COURT:  Is that -- okay.  Let's bring the agent
12   back in.
13         MR. BRENNWALD:  Can I step out for one minute?  I'll
14   be right back.  I don't think you have to worry --
15         THE COURT:  Okay.
16         MR. WOODWARD:  You're not suggesting anything, Steve.
17         MR. BRENNWALD:  As compelling as it is, I'll be right
18   back.
19         (Witness takes the stand.)
20   BY MR. WOODWARD:
21   Q.  Apologies, Agent Curcio.  Thank you for your patience.
22       Just to confirm, you didn't speak to any member of the
23   prosecution team while you were out in the hallway, correct?
24   A.  No, sir.
25   Q.  So I want to back up just to make sure I understand the

Curcio - CROSS

1   full nature of your investigation in this case.  I want to talk

2   about the types of video and photographic evidence that you

3   reviewed.

4       So I understand you reviewed CCTV video footage, correct?

5   A.  Yes, sir.

6   Q.  You don't recall exactly when you reviewed CCTV video

7   footage in this case?

8   A.  Correct, sir.

9   Q.  Sometime after January 30th, probably?

10  A.  That would be my assumption, yes, sir.

11  Q.  I understand there's also body-worn camera, correct?

12  A.  Yes, sir.

13  Q.  But you're not aware of any body-worn camera that captures

14  the events at Peace Circle on January 6, 2021?

15  A.  That's correct.

16  Q.  So the only body-worn camera that you're aware of was

17  capturing events occurring with respect to Mr. Samsel on the

18  Lower West Terrace?

19  A.  That's correct, sir.

20  Q.  Then there is this open-source video that you're familiar

21  with, correct?

22  A.  Yes, sir.

23  Q.  That's going to include video that you obtained from

24  YouTube, correct?

25  A.  A lot of different sources, yes, sir.

Curcio - CROSS

1   Q.  Could you just share with us the various sources that you

2   obtained open-source video from?

3   A.  Too many to count.  But YouTube is definitely one of them.

4   Different things I've honestly never heard of before this

5   investigation that don't pop into my mind right now.  But

6   Rumble, Reddit.  I mean, I learned a lot about social media and

7   how people broadcast things through this investigation because

8   every channel you ever heard of and dozens more had video on

9   them somewhere.

10  Q.  And your testimony or your explanation was that video had

11  to come from somewhere?

12  A.  Yes, sir.

13  Q.  And your presumption is that it came from someone who was

14  present on January 6th?

15  A.  That would be my assumption.  When it was originally

16  recorded, yes.

17  Q.  When it was originally recorded.  Now, through the course

18  of your investigation, as you are reviewing this open-source

19  video, what efforts are you making to establish that the video

20  wasn't altered in any way?

21  A.  Comparing it to other angles of the similar or same events,

22  primarily.

23  Q.  So human eyes?

24  A.  Yes, sir.

25  Q.  You don't have any software that can tell us whether it's a

Curcio - CROSS

1  deepfake?

2  A.  Not that I have access to, no, sir.

3  Q.  Just to confirm, you're familiar with the concept of a

4  deepfake?

5  A.  Generally, yes, sir.

6  Q.  You're familiar with the concept that video can now be

7  created using artificial intelligence?

8  A.  That has been in very, very recent times but at the time on

9  January 2021, no discussion about that was ever made, to my

10 knowledge, and I didn't hear about it in the daily news or

11 current events.  I don't even know if it existed then.  I'm

12 sure it did in some circles but I have no idea.

13 Q.  Are you also familiar with the concept of metadata?

14 A.  Yes, sir.

15 Q.  The idea that photographs and videos sometimes have

16 metadata that provides information about the source of the

17 video?

18 A.  Yes, sir, sometimes.

19 Q.  The source of the photographs?

20 A.  Yes, sir.  Other timeless it's not available for various

21 different reasons that I'm not an expert on.

22 Q.  And did any of the third-party source video that you

23 reviewed in this case, did it have metadata that confirmed the

24 source of the video?

25 A.  Not that I would know of.  The only way I see metadata is

Curcio - CROSS

1    from an extraction device, primarily, or a device extraction is

2    typically when I see the metadata.  I don't typically go to the

3    properties of that video or what have you.  We have technical

4    people who do that.  So the assumption I have is by the time it

5    gets to me it's valid video.

6    Q.  Even when it's coming from a YouTube link?

7    A.  In that case, it would be different.  We've got holdings

8    that process all this data and what is referred to as

9    open-source facial comparison tools that go look for the

10   likeness of your subject, and it's the agent's job to verify

11   that is indeed, in fact, your subject or not or someone who

12   looks similar.

13   Q.  That seems different from what I'm asking.  If you received

14   a video via a YouTube link, would you not then go and see what

15   you could ascertain about the source of that video?

16   A.  The only source that I know of is the URL, the web address

17   that it comes from.

18   Q.  You don't look at the file and ascertain whether it itself

19   has metadata?

20   A.  I would assume that's possible.  I don't think I know how

21   to do that.

22   Q.  You didn't do it in this investigation?

23   A.  No, sir, not outside a video that came from a device that I

24   reviewed an extraction from.

25   Q.  So the only time -- just to make sure I understand.  The

Curcio - CROSS

```
1    only time that you were looking at video-source metadata is
2    when you received a forensic copy of a device?
3    A.   Yes, sir, I think it's correct.
4    Q.   From a CART examiner employed with the FBI?
5    A.   Not always employed with the FBI, no.
6    Q.   Yeah, I guess that's fair.  Because in this investigation
7    you utilized CART examiners or their equivalents from state and
8    local law enforcement as well.
9    A.   We did and in our investigation particularly, we did from
10   the U.S. Attorney's Office as well.
11   Q.   And that extraction, that is something called Cellebrite?
12   A.   That is one of two tools that do extractions on phones.
13   There's another one.  But in this case, it was Cellebrite data
14   that I had access to.
15   Q.   The other called GrayKey?
16   A.   GrayKey, yes, sir.
17   Q.   And GrayKey is a tool that is similar to Cellebrite,
18   correct?
19   A.   Similar, yes, sir.
20   Q.   The advantage it has is that it can get past most Apple
21   locks, if you will?
22   A.   Sounds reasonable.  I have no idea of the technical
23   specifications, the differences in the two systems.
24   Q.   But like Cellebrite, it's providing you with an extraction
25   report, correct?
```

Curcio - CROSS

1   A.  Yes, sir.

2   Q.  That extraction report, among other things, is going to

3   tell you the source of the video that you looked at?

4   A.  Yes, sir.  Most of the time it's just like we saw on the

5   screen.  It will be the capture of the metadata paragraph.

6   That's how I know what to call it.  It calls it metadata.

7   Q.  And that metadata paragraph is to important to you?

8   A.  Yes, sir.

9   Q.  Because it's important to you and the FBI that when you're

10  prosecuting somebody with a crime, that you get the right guy,

11  correct?

12  A.  Yes, sir.

13  Q.  Now, the Government asked you about a number of photographs

14  that you obtained from a -- forgive me, a 1B1?

15  A.  1B10 I think was the device we referred to earlier today.

16  Q.  What is a 1B10?

17  A.  1Bs are evidence items.  The first one would be 1B1 through

18  however many evidence items that you put into your case file.

19  Q.  So in every case file there's only one 1B10?

20  A.  Yes, sir.  Unique to that case file only.  Other cases

21  would have their own 1B10s, et cetera.

22  Q.  In Mr. Samsel's case file there was just the one 1B10?

23  A.  Yes, sir.

24  Q.  One of the exhibits that the Government has showed you was

25  defense Exhibit 11030 -- sorry, O.

Curcio - CROSS

```
1              MS. FOSTER:  Your Honor, I think we're talking about
2    Government's Exhibit 1103O.
3              MR. WOODWARD:  Thank you, Counsel.  I did mean
4    Government's Exhibit 1103O.
5              If Ms. Franklin would assist me in showing that to
6    everyone.
7    BY MR. WOODWARD:
8    Q.  Do you remember looking at this exhibit, Agent?
9    A.  It doesn't have the little exhibit number on the bottom of
10   it.  So I have no idea which exhibit number this is.  But this
11   is Item 24, an image.
12   Q.  All right.  Fair enough.
13             MR. WOODWARD:  Would the Government please assist me
14   in displaying for the agent Government's Exhibit 1103O.
15   BY MR. WOODWARD:
16   Q.  Do you remember showing us this exhibit?
17   A.  It was shown to me, yes, sir.
18   Q.  Describing this exhibit?
19   A.  Yes, sir.
20   Q.  Do you see the section down at the bottom here called
21   "metadata"?
22   A.  I do, sir.
23   Q.  It gives you a lot of information about the photograph,
24   does it not?
25   A.  It does, sir.
```

Curcio - CROSS

1    Q.   The make of the device that took the photograph?

2    A.   Yes, sir.

3    Q.   And the model of the device that took the photograph?

4    A.   Yes, sir.

5    Q.   And in this case, the model was an iPhone 7?

6    A.   It appears so, yes.

7    Q.   You also were asked about Exhibit 1103M.

8         MR. WOODWARD:  With the Government's assistance,

9    please.

10   BY MR. WOODWARD:

11   Q.   Do you see the camera that took the photograph referenced

12   here is an iPhone SE?

13   A.   Yes, sir, I do.

14   Q.   Second generation?

15   A.   That's what it says.

16   Q.   Pretty specific?

17   A.   It is.

18        MR. WOODWARD:  If we could go back to 1103O.

19        THE WITNESS:  They are different.

20   BY MR. WOODWARD:

21   Q.   That's an iPhone 7?

22   A.   Yes, sir.

23   Q.   So the photographs weren't taken by the same phone?

24   A.   I would presume not, no, sir.

25   Q.   So they didn't come from the same 1B10?

Curcio - CROSS

1  A.  I would have to go back and took a further look at the

2  items, the reports and confirm, but it look like those are

3  different, yes.

4      Now, that doesn't mean that they were not on the device.

5  They were taken and originally captured by different devices.

6  So that's a distinction worth noting.

7  Q.  You don't know that based on --

8  A.  I know that based on this report.

9  Q.  You know that they were taken by two different devices?

10 A.  Correct.  But they could still be taken by one device.  I

11 could send it to you and you could keep that picture, and then

12 I could recover that picture on your device.  And so it can be

13 taken by one device and recovered by a different one.  It's

14 possible.

15 Q.  The only way to know that is to have the forensic

16 extraction that you get from your CART examiner?

17 A.  I don't know if that's the only way.  But that would be the

18 way that I would do that in the course of a typical

19 investigation, yes.

20 Q.  Now, returning to the types of video and photographic

21 evidence that you looked at in this case, just to confirm, the

22 FBI did seize -- or collect, I should say, hundreds, if not

23 thousands, of devices that were present on January 6th,

24 correct?

25 A.  There were many.  I have no idea how many.

Curcio - CROSS

1   Q.  Some of which were seized pursuant to search warrant,

2   correct?

3   A.  I would assume so, yes.

4   Q.  Like Mr. Samsel's devices?

5   A.  Correct.

6   Q.  Some of those were voluntarily provided by individuals?

7   A.  Tipsters or whoever, yes, sir.

8   Q.  But the device would not have been provided by a tipster?

9   A.  It could.  I don't know why they would want to but it's

10  possible.

11  Q.  But somebody being investigated by the FBI might also have

12  voluntarily turned over their phone?

13  A.  They can consent to providing that information, yes, sir.

14  Q.  I think we heard testimony in this case about how the wife

15  of one of the defendants allowed their phone to be imaged by

16  the FBI?

17  A.  Yes.

18  Q.  Do you remember that?

19  A.  They had a search warrant.  They were trying to be

20  courteous as a courtesy, is what I remember hearing.  So they

21  expedited that process and allowed her to keep the phone, if I

22  remember correctly.

23  Q.  So how many of those devices did you review photographs and

24  video from in the course of your investigation of Mr. Samsel?

25  A.  In this particular case, I remember looking at three

Curcio - CROSS

1   devices.  The two phones from him and the one -- or Mr. Samsel
2   and the one phone from Ms. Rachel Genco.
3   Q.  All right.  Are you familiar, sir, with a Form FD-1023?
4   A.  Yes, sir.
5   Q.  What is that?
6   A.  Honestly, I don't remember.  It's not something I use every
7   day.
8           MR. WOODWARD:  All right.  Ms. Franklin, just the
9   witness, please.
10  BY MR. WOODWARD:
11  Q.  Do you recognize this document?
12  A.  This document is an FD-1036.
13  Q.  Oh, excuse me.  Are you familiar with the Form 1036?
14  A.  Not off the top of my head, no, sir.  I think I have a
15  recollection of a 1023 but I don't want to guess, sitting here.
16  Q.  Do you see that this document references an FD-1023?
17  A.  Yes, sir, it does, at the top.  Form type there.
18  Q.  Does that refresh your recollection of what an FD-1023 is?
19  A.  Yes, sir.  That's why I guess it to be a CHS reporting
20  document.
21  Q.  What is a CHS reporting document?
22  A.  Confidential human source.  So any time that an agent who
23  is managing or comes into contact with a confidential human
24  source, any conversations you have, you document that into a
25  1023 and then it goes into our holding, so it can be viewed, if

Curcio - CROSS

1   appropriate, by other investigators.

2   Q.  Are you aware of any materials received by a confidential

3   human source in this case?

4   A.  Vaguely, yes, sir.  I do remember some 1023s being in our

5   case file.  But a lot of folks have the ability to put things

6   in your case file.  I don't remember.  I don't think I authored

7   that 1023, but there were other form imports that were in my

8   case file that were in that type of a 1023, yes.

9   Q.  If somebody had entered a 1023 in your case file, would you

10  have reviewed that document?

11  A.  Yes, sir.  And I think I did.  I just don't exactly

12  remember what was on it.

13  Q.  Okay.  Do you recognize this document?

14  A.  There's no phone number on here but it looks to be a PDF of

15  some sort.

16  Q.  Well, would you have any reason to disagree that it was

17  attached to that FD-1023 that we looked at?

18  A.  No, sir, especially since the naming convention is very

19  consistent with how we name our files.  So I doubt anyone else

20  could just make that up.

21  Q.  I will 100 percent agree with you there, sir.

22  A.  Very detailed.

23  Q.  Do you recall reviewing this document in the course of your

24  investigation?

25  A.  Yes, sir.  I do think that I did see this at one point,

Curcio - CROSS

1    yes.

2    Q.  It contains a number of third-party video links, does it

3    not?

4    A.  I would believe so.  And that is what is indicated on the

5    screen in front of me, yes, sir.

6    Q.  Did you go to those third-party video links?

7    A.  Not all of them.  I would assume there's a lot.

8    Q.  So a document was provided to you that purported to contain

9    a link to photographs or video depicting Mr. Samsel, and your

10   testimony is that you didn't go look at that photograph or

11   video?

12   A.  I think I've been receiving similar things throughout the

13   entire two and a half years.  There's simply not enough time in

14   the day to look at everything that's sent to you, no.

15   Q.  Do you have any idea what the identity of this source is?

16          MS. FOSTER:  Objection, Your Honor.

17          MR. WOODWARD:  I think we can just start with "yes" or

18   "no."

19          THE COURT:  You can answer "yes" or "no" and then we

20   can go from there.

21          THE WITNESS:  It would be a confidential human source.

22   So by definition, I would not, no.

23   BY MR. WOODWARD:

24   Q.  So you didn't do any investigation into the accuracy or

25   veracity of the information contained in this report?

Curcio - CROSS

1    A.   I did not generate that report, no, sir.

2    Q.   That's not what I asked.  Did you do any investigation into

3    the accuracy or the identities -- excuse me, the accuracy or

4    the veracity of the information within the report?

5    A.   That would be not my job, sir.

6    Q.   So just to make sure I have this right, you didn't look at

7    any video or photographic evidence from any devices obtained by

8    the FBI, other than Mr. Samsel's devices and his girlfriend's

9    device, correct?

10   A.   That's a pretty broad statement.  So if I was shared a

11   video that came from a device, it's possible I was unaware of

12   the origins of where the video came from.  So I don't want to

13   make a sweeping statement of that sort, no.

14   Q.   You received tips like the one we've looked at here on the

15   screen, and you didn't necessarily look at that either?

16   A.   We received a lot of tips, sir.

17   Q.   And you just didn't look at everything?

18   A.   Well, I established probable cause, to go back to your

19   original question about the arrest, which does not require me

20   to consume everything on the planet that relates to Mr. Ryan

21   Samsel.

22            MR. WOODWARD:  The Court's brief indulgence.

23            THE COURT:  Sure.

24   BY MR. WOODWARD:

25   Q.   Agent Curcio, are you aware of -- are you aware of the fact

Curcio - CROSS

1    that Mr. Samsel has been assaulted while he was detained?

2              MS. FOSTER:  Objection, Your Honor, relevance.

3              THE COURT:  What's the relevance?

4              MR. WOODWARD:  The relevance would be -- it goes back

5    to this question -- I guess you sustained the objection about

6    the indictment date.  But the relevance has to do with what was

7    going on in the first year of this case.

8              THE COURT:  Sustained.

9    BY MR. WOODWARD:

10   Q.  Are you, Agent Curcio, aware of whether Mr. Samsel has had

11   any interaction with an organization called the Proud Boys?

12             MS. FOSTER:  Objection, Your Honor, relevance, beyond

13   the scope.

14             THE COURT:  What's the relevance?

15             MR. WOODWARD:  Your Honor, the relevance would be

16   Mr. Samsel was asked about it in his initial arrest, and so --

17             THE COURT:  That hasn't been brought up to me during

18   this trial.

19             MR. WOODWARD:  That's correct, Your Honor.

20             THE COURT:  Okay.  Sustained.

21             MR. WOODWARD:  No further questions.

22             THE COURT:  I have to leave a little bit before 5:00

23   today.  So do you have redirect?

24             MS. FOSTER:  I actually don't, Your Honor.

25             THE COURT:  Okay.  All right.  You can step down.

1           (Witness steps down.)

2                   THE COURT:  Okay.  So I have to leave a little bit

3       before 5:00 today.  So let's just wrap up some housekeeping

4       things, and then we can adjourn until 10:00 a.m. tomorrow.

5                   Were you going to come up?

6                   MR. MIRABELLI:  Yes, Your Honor.  Unless you have

7       things you want to raise before I speak.

8                   THE COURT:  What I wanted to do was to address the

9       trial procedures motion that was filed this morning, and then

10      close the loop on a couple of outstanding items.  Did you have

11      something to add to that list?

12                  MR. MIRABELLI:  Yes, Your Honor.  I just want to enter

13      some stipulations and other exhibits that go with the

14      stipulations into evidence.

15                  THE COURT:  Okay.  We can do that now.

16                  MR. MIRABELLI:  Government's Exhibit 1204 and 1204A,

17      B, C and D were stipulations for two trial transcripts and just

18      the authentication of CCTV and body-worn camera and the search

19      of the defendants' residences.

20                  THE COURT:  Okay.

21                  MR. MIRABELLI:  They come with trial transcript

22      testimony in Government's Exhibit 1201.

23                  THE COURT:  Okay.

24                  MR. MIRABELLI:  And there's exhibits that go with that

25      testimony, 1201A, B, C and D.  So I'd move 1201, 1201A through

1    D into evidence.

2           THE COURT:  And that's all subject of a stipulation?

3           MR. MIRABELLI:  Correct.

4           THE COURT:  Admitted.

5      (Government Exhibits 1201, 1201A, 1201B, 1201C, 1201D

6    received in evidence.)

7           MR. MIRABELLI:  Also subject to stipulation is 1203

8    and 1203A and B.  So I'd also move in 1203 and 1203A and B.

9           THE COURT:  Admitted.

10     (Government Exhibits 1203, 1203A, 1203B received in

11   evidence.)

12          MR. MIRABELLI:  Then we also came to a stipulation in

13   Government's Exhibit 1205 this morning, regarding the Senate

14   witness Daniel Schwager.  So I'd offer Government's

15   Exhibit 1205 into evidence.

16          And then also, we sent the Court this morning a

17   revised transcript for 1202.  So that -- the first batch of

18   exhibits that were sent, that was kind of -- part of the

19   stipulation was cutting out some of that transcript.  So we've

20   cut out that transcript and we're offering 1202 and then 1202A

21   through F as part of that testimony for Mr. Schwager.

22          THE COURT:  Okay.  Admitted.

23     (Government Exhibits 1202, 1202A, 1202B, 1202C, 1202D,

24   1202E, 1202F, 1205 received in evidence.)

25          MS. ROSEN:  Your Honor, just for the record, we had

1    objected to one of the exhibits.  We maintain our objection but

2    understand the Court admitted that piece of evidence, which is

3    why we agreed to the stipulation, but are not waiving that

4    objection, for the record.

5         THE COURT:  Sure.  Okay.  All right.  So let me just

6    see here.  Before we move on, actually, there's some other

7    housekeeping matters.

8         Mr. Woodward, you had moved to strike Agent Edwards's

9    testimony regarding the medical records.  And then I didn't

10   hear anything more about it other than that she didn't have the

11   ENT records, but that was not related to any purported injuries

12   that the Government is claiming that any defendants here

13   caused.  I know that there were some other matters that you had

14   thought had not been disclosed to you but that the Government

15   represented were.  Have we closed the loop on that?

16        MR. WOODWARD:  Just to make the record clear on this.

17        THE COURT:  Okay.

18        MR. WOODWARD:  The Government disclosed to us

19   additional medical records concerning Officer Edwards, as

20   Jencks, for a Dr. Price, who is a physician with the Annapolis

21   Neurology Associates that was referenced in Officer Edwards's

22   testimony.  They disclosed that Jencks to us at some point in

23   late October.  I want to say October 20ish.

24        Does anybody remember?  Nobody?

25        It was not the first one.  It was the subsequent --

1   maybe the 13th.  Anyway, October.

2          So our initial position would be that medical records

3   of a victim are not Jencks and that they're disclosure -- that

4   the Government's disclosure to us of medical records as Jencks

5   was insufficient, insofar as it's certainly Rule 16 but

6   arguably Brady.

7          And so we renew our motion to suppress Officer

8   Edwards's testimony -- or to strike her testimony on her

9   medical condition, given that we were not provided with her

10  medical records until -- I do think it was the 13th of October

11  but I'll double-check that.

12         Now, in fairness to the Government, they will -- I

13  would acknowledge to the Court that the Government disclosed

14  that they did not receive those records until October of this

15  month.  And, in fact, they disclosed to us a text message from

16  Agent Curcio, dated, I believe, September 29, in which Agent

17  Curcio is updating somebody, presumably the prosecutor, that he

18  is endeavoring to update their medical records.

19         So the full picture is that the Government did not

20  make any effort to obtain Officer Edwards's medical records

21  after April of -- excuse me, June of 2021.  And I suppose

22  that's the Government's prerogative.  And, of course, I could

23  have subpoenaed her medical records myself.  I'm sure the Court

24  would have signed a Rule 17 subpoena to that affect.

25         So I do maintain the request to strike, but the

```
 1   Government, evidently, waited not more than 14 days in
 2   providing the information because it did not have it prior to
 3   September 29th.  If I'm mistaken about that, I hope the
 4   Government will correct me, but that is what resulted from my
 5   discussion with the Government after her testimony.
 6            THE COURT:  Okay.  I'll deny the motion.
 7            And same with the Jencks issue.  I'm not sure that I
 8   ruled on that.  You wanted Officer or Lieutenant McCree's
 9   underlying videos.  I didn't receive any transcripts or
10   anything of any specific videos but I'm comfortable ruling on
11   that now.
12            MR. WOODWARD:  We'll withdraw, so you don't have to
13   rule.
14            THE COURT:  Okay.  All right.  So I think -- why don't
15   we address any trial procedures issues in the morning.  And
16   that way, if any defendant has any objection to the procedures,
17   that will give them time to review what was filed this morning.
18            MR. BRENNWALD:  Your Honor, I know you have to go.
19   I'm just checking.  The Government, I think, is going to rest
20   after this witness.
21            THE COURT:  Yes.
22            MR. BRENNWALD:  I just want to make sure we're not
23   expected to do closings tomorrow.  I don't think most people
24   are expecting that.
25            THE COURT:  No.  I don't think --
```

```
1              MR. BRENNWALD:  Is it fair to say even if we don't
2       take much of the day up, we're not going to get to closing?
3              THE COURT:  If that's the joint agreement of everyone,
4       I'm happy to not make you do closings tomorrow.
5              MR. BRENNWALD:  All right.  Thank you.
6              THE COURT:  One thing about the Government's motion
7       that I think we should just sort out now is I'm content and
8       happy to just continue an indictment order, unless the parties
9       have another proposal that they can agree on, in terms of
10      presenting any defense cases.  Is that fine?
11             MR. FEITEL:  (Inaudible) I would imagine there's going
12      to be a fight for the one spot, Your Honor.
13             THE COURT:  Okay.  Mr. Woodward, are you okay with
14      maintaining your spot at number 1?
15             MR. WOODWARD:  Candidly, I'll speak to Mr. Samsel
16      tonight, but I'm not sure that we'll be prepared to present our
17      defense case in chief tomorrow morning.
18             THE COURT:  Okay.
19             MR. WOODWARD:  So I'll let the Court and the
20      Government counsel -- I'll let everybody know where we are.  I
21      don't want to say more than that right now.
22             THE COURT:  Okay.  I will see everyone back here at
23      10:00 a.m.
24             MS. HALIM:  Can we briefly address whether or not
25      we're going to be in session on Wednesday and Thursday of this
```

1    week?

2          THE COURT:  Thursday, yes.  I know there's some

3    objections about Wednesday, but at this point I've already

4    agreed as a professional courtesy to make Mr. Samsel available.

5    And I don't think a one-day break is going to be that

6    prejudicial, or prejudicial at all, quite frankly.

7          MR. MIRABELLI:  Your Honor, just to be -- we object to

8    a delay in the trial and skipping the Wednesday.  I think other

9    defense counsel object.

10         THE COURT:  Okay.

11         MR. MIRABELLI:  And we have information that this is

12   no more than a scheduling conference in Florida.

13         THE COURT:  Oh, it's a scheduling conference?

14         MR. MIRABELLI:  The judge has said Mr. Woodward

15   doesn't have to be there.

16         THE COURT:  Then why did she email me and call me

17   personally?  How about this?  Can I reach out to the judge that

18   contacted me and said this was an emergency issue?

19         MR. WOODWARD:  Of course, you can, Your Honor.  But

20   it's not -- the Government's representation is just not true.

21         THE COURT:  Okay.  Yes, I was -- let me deal with

22   this.

23         MR. WOODWARD:  I can assure you that there is -- an

24   agent of the Government does not want me there on Wednesday,

25   and they're not in the courtroom now but they do work under the

1   same Attorney General.

2            THE COURT:  No, it's okay.  I don't even know what the

3   other conflict is.  I just got a call saying that there was --

4            MR. WOODWARD:  There is a hearing in Fort Pierce.

5            THE COURT:  And that it was a pressing matter and --

6            MR. WOODWARD:  It turns out that a scheduling

7   conference in that case is more than an insignificant issue.

8            THE COURT:  Let's see what I can work out tonight and

9   we'll deal with this tomorrow because I have to leave.

10           Thanks, everyone.

11       (Proceedings concluded at 4:53 PM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E


I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.



/s/ Stacy Johns                    Date: October 30, 2023

Stacy Johns, RPR
Official Court Reporter

BY MR. BRUNWIN:
**[15]** 60/5 62/16 63/13
64/13 64/22 65/18
66/25 67/11 70/24
71/24 72/22 73/5 73/14
74/8 74/22
BY MR. FEITEL: **[4]**
32/23 36/18 40/20 42/5
BY MR. MARSHALL:
**[50]** 92/21 95/3 95/15
95/22 96/6 96/23 98/24
99/20 100/4 100/9
100/14 100/19 100/24
101/3 101/23 102/21
103/21 105/13 105/24
106/18 107/2 107/13
107/21 108/10 108/22
110/7 110/18 112/7
113/7 113/18 114/2
117/14 117/20 119/3
119/15 119/23 120/5
120/24 121/14 122/6
122/18 123/1 123/10
123/17 123/25 124/12
125/3
BY MR. MIRABELLI:
**[16]** 18/21 20/19 22/25
24/11 24/22 25/11 27/9
27/21 28/3 28/8 28/18
29/4 30/7 30/15 31/1
31/17
BY MR. WOODWARD:
**[17]** 14/4 17/20 191/20
202/18 204/8 206/24
207/20 209/12 220/20
227/7 227/15 228/10
228/20 231/10 233/23
234/24 235/9
BY MS. FOSTER: **[71]**
133/5 136/7 138/16
139/2 139/21 140/15
140/20 141/6 141/11
141/20 142/1 142/8
142/20 143/12 143/22
144/4 144/10 145/10
145/24 146/8 146/22
147/11 148/11 150/2
151/6 152/11 152/18
153/2 153/19 154/8
154/24 155/17 156/5
156/19 157/2 158/2
159/5 159/10 161/13
166/17 167/16 174/24
175/17 176/11 177/4
177/16 178/6 178/16
179/7 179/17 180/3
180/11 180/21 181/4
181/8 181/15 182/5
182/25 183/6 183/11
183/19 184/1 184/20
185/6 185/14 186/10
186/20 187/3 187/14
189/2 191/1
BY MS. HALIM: **[2]**
76/21 85/12
BY MS. ROSEN: **[6]**

127/13 128/19 128/25
129/18 130/2 130/13
DEPUTY CLERK: **[9]**
5/2 13/24 14/2 20/13
22/18 22/21 22/23
163/10 167/23
MR. BRENNWALD:
**[13]** 59/12 59/16 76/7
76/13 109/11 127/6
127/9 220/13 220/17
240/18 240/22 241/1
241/5
MR. BRUNWIN: **[60]**
6/25 7/5 11/24 12/24
44/20 45/9 45/24 48/13
48/17 48/20 48/23 49/2
49/12 49/22 50/3 52/2
52/4 52/10 52/13 54/2
54/5 54/15 55/3 55/8
55/13 55/15 55/23 57/9
57/19 58/7 58/9 58/16
59/1 59/7 59/19 59/22
62/15 63/9 63/18 64/3
64/9 64/17 65/1 65/5
65/11 68/10 68/19
69/11 70/11 70/16
72/21 73/3 73/12 73/20
74/1 76/4 84/23 85/4
86/15 87/1
MR. FEITEL: **[16]** 5/21
26/2 26/10 26/18 30/4
30/22 32/21 40/13 42/3
44/6 44/9 44/12 53/14
53/20 76/16 241/11
MR. MARSHALL: **[108]**
87/5 87/11 87/19 88/7
88/11 91/16 91/21 92/6
92/8 95/1 95/13 95/20
96/3 96/17 98/11 98/19
99/15 100/1 100/8
100/13 100/18 100/23
101/2 101/9 101/22
102/19 103/19 104/24
105/8 105/11 105/20
105/23 106/12 106/20
107/1 107/7 107/12
107/18 107/20 108/6
108/9 108/17 108/20
108/9 109/9 109/15
109/19 110/2 110/6
110/12 110/17 111/10
111/20 111/23 112/2
112/6 112/14 112/22
113/3 113/6 113/11
113/15 113/20 113/23
114/1 114/11 114/14
115/11 115/14 115/20
116/4 116/8 116/17
116/20 117/11 117/13
117/17 117/19 117/25
118/13 118/15 118/18
119/2 119/12 119/14
119/20 119/22 120/3
120/15 120/21 121/10
121/21 122/3 122/17
122/22 123/8 123/15
123/23 124/9 124/21
124/24 125/2 125/8

207/7 208/16 208/19
126/25 132/21
MR. MIRABELLI: **[40]**
18/19 20/5 20/11 22/15
24/9 24/19 25/5 25/10
25/24 26/6 26/11 26/20
27/4 27/17 27/24 28/2
28/6 28/13 29/2 30/1
30/13 30/20 30/25
31/16 32/17 32/19
36/16 44/3 44/16 236/6
236/12 236/16 236/21
236/24 237/3 237/7
237/12 242/7 242/11
242/14
MR. RICHMAN: **[15]**
10/18 10/20 10/24 13/7
13/10 49/7 52/22 53/3
53/12 53/17 53/19
53/21 56/4 58/4 170/19
MR. SAMSEL: **[1]**
110/1
MR. WOODWARD:
**[99]** 5/17 13/25 17/19
18/16 101/15 109/25
137/16 137/18 139/11
140/18 141/4 141/14
142/12 144/2 147/7
147/24 148/1 148/5
149/24 150/6 150/8
150/10 150/17 150/23
151/4 151/16 151/18
152/20 154/2 154/4
154/19 156/12 158/24
163/1 163/14 164/3
164/22 167/22 168/3
168/8 168/13 168/15
168/24 169/24 170/3
170/9 170/14 170/25
171/18 173/3 173/13
174/8 186/16 188/9
188/13 190/4 190/16
191/17 204/5 206/22
209/1 209/7 211/12
211/19 211/21 211/24
212/18 212/23 213/5
213/12 215/9 215/17
215/23 216/3 216/6
216/23 218/14 219/25
220/16 227/3 227/13
228/8 228/18 231/8
233/17 234/22 235/4
235/15 235/19 235/21
238/16 238/18 240/12
241/15 241/19 242/19
242/23 243/4 243/6
MS. FOSTER: **[133]**
132/24 136/4 138/3
138/5 138/9 138/23
139/1 139/9 139/19
140/13 141/8 141/18
141/23 142/6 142/16
143/5 143/11 143/21
144/8 145/9 145/18
145/22 146/4 146/20
147/2 147/10 148/8
149/21 151/24 152/7
152/16 152/24 153/10

153/14 153/16 154/17
155/11 156/2 156/17
156/24 157/20 157/23
158/21 159/3 159/9
161/11 162/23 163/5
163/13 163/18 164/12
164/17 165/10 165/19
165/23 166/7 166/12
166/15 167/14 167/21
167/24 168/18 169/17
170/4 171/1 171/3
171/24 172/4 172/7
172/13 172/20 173/2
173/19 174/10 174/15
174/19 175/15 176/10
177/3 177/15 178/4
178/14 179/6 179/16
180/1 180/10 180/20
181/3 181/7 181/14
181/23 182/23 183/5
183/10 183/18 183/25
184/17 185/4 185/13
186/9 186/13 186/24
187/12 188/7 188/11
188/19 189/1 189/25
190/14 190/18 190/22
191/6 191/10 202/10
204/3 207/15 208/23
212/6 212/10 214/13
215/10 215/21 216/1
216/5 216/17 217/15
217/22 220/10 227/1
233/16 235/2 235/12
235/24
MS. HALIM: **[49]** 6/6
6/19 7/3 7/22 10/22
46/6 47/8 47/13 47/24
48/9 48/15 48/19 48/22
48/24 49/6 50/6 50/14
50/22 51/11 51/22
52/21 58/19 58/23
62/13 63/22 63/24
64/20 65/10 66/21 67/9
67/14 67/22 69/2 69/20
70/19 71/22 72/18
72/25 73/2 74/5 74/17
76/18 85/2 85/6 85/10
86/8 86/11 86/21
241/24
MS. ROSEN: **[46]** 5/7
5/20 56/18 57/5 57/8
87/18 88/24 89/6 90/3
91/15 92/10 92/14
96/13 96/20 98/13
101/11 102/13 105/5
106/8 111/5 111/7
111/17 111/22 112/15
113/12 116/5 116/12
118/2 118/5 120/23
121/9 121/18 125/11
126/4 126/6 126/12
127/3 128/17 128/21
129/16 129/25 130/9
132/16 132/18 211/16
237/25
THE COURT: **[320]**
THE WITNESS: **[14]**
20/9 44/11 44/18 63/11

67/19 73/21 74/21
106/17 113/16 120/22
202/13 207/17 228/19
233/21

/
/s **[1]** 244/8

0
00:03 **[1]** 155/5
00:04 **[1]** 155/15
00:05 **[1]** 143/21
00:07 **[1]** 156/17
00:08 **[2]** 147/10 153/1
00:14 **[1]** 153/14
00:48 **[1]** 153/16
00:49 **[2]** 145/9 145/11
00:59 **[1]** 139/20
0537 **[1]** 1/3
0819 **[2]** 2/10

1
1/23/2021 **[1]** 185/2
1/6/2021 **[5]** 162/4
176/8 177/23 180/24
183/16
1/6/2021 at **[2]** 179/22
181/11
1/7/2021 **[1]** 184/8
1/7/2021 at **[1]** 182/17
10-minute **[1]** 59/17
100 percent **[1]** 232/21
1023 **[9]** 231/3 231/15
231/16 231/18 231/25
232/7 232/8 232/9
232/17
1023s **[1]** 232/4
1036 **[5]** 216/3 216/24
217/7 231/12 231/13
106 **[5]** 7/13 8/7 8/19
47/11 58/19
10:00 a.m **[2]** 236/4
241/23
10:20:54 a.m **[1]**
183/17
10:41:29 p.m **[1]**
179/22
10:44:09 UTC **[1]**
180/24
10:47 **[1]** 59/18
10:57:56 a.m **[1]** 162/4
11 **[2]** 36/21 200/17
1102 **[3]** 37/21 37/22
40/14
1102A **[7]** 3/22 30/14
30/16 30/21 30/24
30/25 31/2
1102B **[3]** 3/22 30/24
31/16
1102C **[5]** 3/21 29/3
29/5 30/2 30/6
1102D **[4]** 3/21 29/25
30/6 38/5
1102E **[1]** 40/14
1103 **[1]** 182/6
1103A **[6]** 161/7 161/12
163/6 174/19 174/25

**1**

**1103A... [1]** 191/13
**1103AA [5]** 161/7 163/6 186/4 186/4 191/13
**1103B [4]** 186/9 186/11 186/15 186/25
**1103BB [1]** 171/4
**1103C [2]** 178/5 178/7
**1103D [2]** 178/15 178/17
**1103E [2]** 179/6 179/8
**1103F [3]** 179/16 179/18 180/7
**1103G [2]** 181/3 181/5
**1103I [2]** 180/10 180/12
**1103J [2]** 180/20 180/22
**1103K [1]** 181/14
**1103L [2]** 181/17 181/9
**1103M [3]** 183/10 183/12 228/7
**1103N [2]** 183/18 183/20
**1103O [8]** 162/24 175/16 175/18 176/5 227/2 227/4 227/14 228/18
**1103P [2]** 162/24 175/24
**1103Q [2]** 176/10 176/12
**1103R [2]** 177/3 177/5
**1103S [2]** 177/15 177/17
**1103T [4]** 182/1 182/6 183/1 183/8
**1103U [3]** 182/24 183/5 183/7
**1103W [3]** 166/16 183/25 184/2
**1103X [2]** 184/18 184/19
**1103Y [2]** 185/5 185/7
**1103Z [3]** 185/13 185/15 185/18
**1105 [3]** 98/7 98/12 98/20
**1105A [8]** 3/24 98/7 98/23 99/3 99/4 101/10 101/19 101/22
**1105B [3]** 3/24 99/19 101/19
**1105C [3]** 3/24 100/2 101/19
**1105D [4]** 3/24 100/3 101/19 102/20
**1105E [4]** 3/24 100/8 101/19 103/20
**1105F [3]** 3/24 100/13 101/20
**1105G [2]** 3/24 101/20
**1105H [2]** 3/24 101/20
**1105I [2]** 3/25 101/20
**1105J [2]** 3/25 101/20
**1105K [2]** 3/25 101/20
**1105L [2]** 3/25 101/20
**1105M [3]** 3/25 100/18 101/20

**1105N [3]** 3/25 100/23 101/20
**1105O [2]** 3/25 101/21
**1105P [2]** 3/25 101/21
**1105Q [5]** 4/4 101/2 101/21 122/4 128/18
**11:36:16 p.m. UTC [1]** 184/8
**12 seconds [2]** 106/21 138/23
**1201 [4]** 4/9 236/22 236/25 237/5
**1201A [4]** 4/9 236/25 236/25 237/5
**1201B [2]** 4/9 237/5
**1201C [2]** 4/9 237/5
**1201D [2]** 4/9 237/5
**1202 [4]** 4/11 237/17 237/20 237/23
**1202A [3]** 4/11 237/20 237/23
**1202B [2]** 4/11 237/23
**1202C [2]** 4/11 237/23
**1202D [2]** 4/11 237/23
**1202E [2]** 4/11 237/24
**1202F [2]** 4/11 237/24
**1203 [4]** 4/10 237/7 237/8 237/10
**1203A [4]** 4/10 237/8 237/8 237/10
**1203B [2]** 4/10 237/10
**1204 [1]** 236/16
**1204A [1]** 236/16
**1205 [4]** 4/11 237/13 237/15 237/24
**127 [1]** 3/14
**12:10:26 UTC [1]** 182/17
**12:26 [1]** 109/23
**12:30 [1]** 59/14
**13 [3]** 189/10 189/15 189/17
**1300 [1]** 2/6
**133 [1]** 3/16
**13:13:57 [1]** 145/12
**13:37:45 or [1]** 147/20
**13:38:11 or [1]** 152/15
**13th [10]** 1/18 66/6 66/11 66/17 71/1 72/11 73/10 73/24 127/19 239/1
**13th of [1]** 239/10
**14 [1]** 3/4
**14 days [1]** 240/1
**14 minutes [8]** 8/8 8/11 45/6 45/15 46/3 46/19 59/2 59/5
**14-minute [2]** 8/5 45/17
**14th [1]** 23/14
**14th of [1]** 33/8
**14th street [2]** 123/14 124/6
**15 [3]** 75/2 75/3 183/13
**15 minutes [1]** 74/25
**15 seconds [1]** 107/9
**15 years [1]** 60/14
**16 [1]** 239/5
**16-minute [1]** 48/2

**1650 [1]** 2/9
**17 [1]** 239/24
**1776 [1]** 108/4
**17:07 [1]** 75/5
**17:22 [1]** 75/8
**18 [1]** 54/19
**191 [1]** 3/17
**19129 [1]** 2/12
**19:30 [1]** 74/13
**1:01 [1]** 145/22
**1:01:40 [1]** 116/1
**1:01:42 [1]** 115/22
**1:04:44 p.m [1]** 176/9
**1:09 [5]** 124/21 188/8 188/12 190/1 190/23
**1:13:57 p.m [1]** 145/13
**1:21 [1]** 116/17
**1:21-0537 [1]** 1/3
**1:22:06 [1]** 117/13
**1:23 [2]** 130/11 153/17
**1:30 [4]** 109/21 188/12 190/2 190/24
**1:34 [1]** 47/13
**1:37 p.m [1]** 147/20
**1:38 p.m [1]** 152/15
**1:45 [1]** 47/13
**1:46 [1]** 25/10
**1:46:16 [1]** 143/8
**1:46:24 [1]** 143/9
**1:50 [1]** 115/11
**1:57 [1]** 18/22
**1:57 p.m [1]** 14/8
**1B1 [2]** 226/14 226/17
**1B10 [15]** 159/17 159/20 159/22 160/6 160/20 162/2 166/25 171/10 186/21 200/17 226/15 226/16 226/19 226/22 228/25
**1B10s [1]** 226/21
**1Bs [1]** 226/17
**1st [2]** 31/3 31/19

**2**

**20 [1]** 3/7
**20 minutes [2]** 45/16 75/1
**20-minute [1]** 58/24
**200 [1]** 136/12
**20001 [3]** 1/15 2/3 2/22
**20003 [1]** 2/15
**20008 [1]** 2/6
**2008 [1]** 60/14
**2013 [1]** 66/17
**2017 [2]** 133/20 192/10
**2019 [1]** 93/5
**202 [1]** 14/7
**202-255-6637 [1]** 2/7
**202-815-4028 [1]** 1/16
**202-996-7447 [1]** 2/4
**2020 [3]** 10/13 33/8 122/16
**2021 [72]** 10/15 23/14 31/3 31/20 33/9 33/10 61/2 61/5 61/11 61/15 62/20 65/24 66/6 66/11 71/2 73/24 75/17 76/25 80/24 82/16 93/14

**103/9 104/19 104/7** 121/16 127/19 133/21 133/23 134/2 134/5 134/11 135/5 135/6 135/15 135/18 136/8 136/14 136/18 136/25 142/24 143/15 149/6 156/21 156/22 157/9 158/19 158/20 159/11 162/4 162/11 166/9 175/14 176/8 177/23 180/24 183/16 184/8 185/2 197/7 197/10 197/15 198/3 199/8 200/23 202/5 202/20 202/23 209/25 217/17 221/14 223/9 239/21
**2022 [2]** 164/10 218/16
**2023 [6]** 1/5 14/23 216/6 216/23 217/19 244/8
**208 [3]** 26/22 27/6 28/22
**20ish [1]** 238/23
**20th [5]** 69/21 72/12 75/17 76/25 122/16
**21 minutes [1]** 45/14
**21-minute [1]** 8/4
**213-894-4242 [1]** 1/19
**215-300-3229 [1]** 2/13
**22 seconds [2]** 24/20 25/8
**220 [2]** 166/19 184/3
**22314 [1]** 2/10
**23 [2]** 130/11 130/12
**23 seconds [1]** 144/8
**23rd [1]** 203/24
**24 [2]** 175/19 227/11
**25 seconds [1]** 95/21
**26 [1]** 135/8
**27 [1]** 27/10
**27 seconds [2]** 27/7 27/24
**275 [1]** 184/22
**276 [1]** 185/8
**279 [1]** 186/5
**27th [1]** 164/10
**2865 [12]** 161/21 161/22 178/10 179/10 179/19 180/14 180/23 181/10 182/8 184/22 185/8 186/5
**29 [1]** 239/16
**29th [1]** 240/3
**2:00 [1]** 18/22
**2:00 or [1]** 158/7
**2:08 [2]** 22/16 23/1
**2:30 [1]** 158/7
**2:40 [2]** 108/21 109/7
**2:40 in [1]** 108/17
**2:49 p.m [1]** 32/14
**2:53 [3]** 140/13 141/9 141/12
**2:58 [1]** 170/18

**3**

**30 [2]** 1/5 244/8
**30 days [1]** 208/18

**30 seconds [2]** 108/7 113/21
**300 [1]** 126/21
**301-928-7727 [1]** 2/16
**302 [14]** 25/25 27/5 63/4 63/7 63/10 63/21 64/4 64/14 75/25 106/23 194/14 194/16 194/19 194/24
**302s [2]** 198/5 198/14
**304 [3]** 105/9 107/8 110/13
**305 [1]** 89/10
**307 [1]** 152/25
**308 [3]** 22/16 23/2 104/24
**308B [4]** 64/16 64/19 75/25 138/22
**309 [1]** 105/21
**30th [10]** 135/5 135/7 136/8 142/24 143/14 156/20 159/11 182/11 209/3 221/9
**312 [1]** 1/18
**313 [1]** 143/20
**314 [1]** 140/12
**318 [1]** 154/18
**319 [2]** 95/21 130/1
**32 [1]** 3/8
**320 [2]** 112/3 130/10
**3229 [1]** 2/13
**327 [3]** 64/25 65/13 76/2
**330 [1]** 28/7
**331 [1]** 107/9
**332 [1]** 24/20
**333 [1]** 2/21
**334 [1]** 113/21
**335 [2]** 115/25 130/10
**337 [1]** 115/21
**339 [2]** 109/10 110/3
**340 [1]** 108/7
**3580 [1]** 2/12
**39 seconds [2]** 27/25 148/9
**3:10 [3]** 141/8 142/6 170/17
**3:18 p.m [1]** 32/16
**3:37:07 p.m [1]** 122/16
**3:43 [2]** 47/25 48/11
**3rd [2]** 65/24 82/16

**4**

**40 seconds [1]** 104/25
**400 [1]** 2/3
**401 [1]** 89/14
**402 [1]** 89/15
**4028 [1]** 1/16
**403 [1]** 89/15
**404 [2]** 89/15 89/18
**407 [5]** 4/7 149/16 149/18 149/22 150/1
**408 [4]** 4/6 146/21 147/4 147/9
**409 [3]** 145/1 145/3 145/11
**41 [1]** 177/6
**411 [1]** 152/8

**4**

**4242 [1]** 1/19
**42:05 [2]** 157/21
157/25
**42:13 [2]** 157/21
157/25
**44 [1]** 177/20
**4:12:58 p.m [1]** 177/25
**4:53 [1]** 243/11

**5**

**50 [6]** 21/11 21/12
21/17 21/18 21/21 43/6
**50 seconds [2]** 28/7
114/11
**500 [1]** 2/9
**501 [2]** 143/6 157/24
**501A [1]** 157/21
**501G [1]** 156/24
**501J [2]** 167/15 167/21
**503 [7]** 4/8 187/13
188/12 189/21 190/1
191/7 191/9
**51 [5]** 134/20 134/22
134/24 185/23 193/6
**523 [17]** 8/2 8/3 8/14
10/8 48/22 48/23 49/24
50/15 68/6 73/4 73/9
73/9 73/13 73/17 73/23
74/2 74/10
**525 [8]** 8/2 8/15 9/18
47/9 48/16 48/19 48/20
48/21
**526 [6]** 4/5 88/3 118/19
124/10 125/9 126/18
**53 [1]** 182/8
**53 seconds [1]** 63/10
**5345 [1]** 182/9
**537 [1]** 5/3
**5:00 [2]** 235/22 236/3
**5:08 [3]** 152/10 152/12
152/16
**5:30 a.m [1]** 127/23
**5:41 p.m [1]** 179/23
**5:44 p.m [2]** 180/25
181/11
**5:47 [1]** 152/16
**5:57 a.m [1]** 162/15
**5th [1]** 123/4

**6**

**6-725 [1]** 1/15
**60 [2]** 3/10 43/6
**601 [1]** 1/15
**611 [5]** 3/23 95/2 95/14
96/19 96/22
**619-546-6735 [1]** 1/22
**627 [3]** 158/12 158/22
159/6
**628 [3]** 158/13 158/22
159/6
**6293 [1]** 1/21
**6342 [8]** 176/25 177/12
178/11 179/10 179/20
180/14 180/24 181/11
**6637 [1]** 2/7
**6735 [1]** 1/22
**6:00 a.m [2]** 77/5 80/13

**6th [55]** 1/12 19/15
21/13 21/25 22/8 23/21
23/22 30/12 37/1 40/10
57/14 61/9 66/3 81/5
82/24 83/20 83/25 88/4
95/7 121/20 123/4
128/10 131/11 137/21
137/22 137/22 137/24
137/25 144/11 150/18
155/19 158/18 158/19
162/18 175/9 177/23
192/11 192/17 192/17
192/18 193/9 197/18
197/21 199/5 199/16
201/14 201/21 203/22
207/14 208/4 209/18
210/12 210/14 210/16
210/22 211/6 217/1
222/14 229/23

**7**

**703-600-0819 [1]** 2/10
**725 [1]** 1/15
**7447 [1]** 2/4
**757 [1]** 102/1
**76 [1]** 3/11
**7727 [1]** 2/16
**7:30 p.m [1]** 103/9
**7:30:10 p.m [1]** 103/16
**7:43:31 p.m [1]** 104/4
**7th [2]** 167/3 182/16

**8**

**802 [1]** 164/25
**802.14 [5]** 163/20
164/17 164/22 165/11
165/13
**815 [2]** 124/8 125/7
**83 [1]** 166/23
**880 [1]** 1/21
**8807 [1]** 1/22
**8:14:05 UTC [1]** 185/2

**9**

**900 [1]** 123/13
**90012 [1]** 1/19
**902.14 [5]** 171/6 172/1
173/21 174/11 186/19
**904 [4]** 26/13 27/5
139/10 139/20
**9102 [5]** 160/13 160/16
184/23 185/9 186/6
**92 [1]** 3/13
**92101-8807 [1]** 1/22
**922 [1]** 2/15
**9898 [2]** 167/1 184/6
**9:12 [2]** 47/25 48/8
**9:12 mark [2]** 48/2
48/12
**9:12:58 p.m [1]** 177/23
**9:30 [1]** 1/5
**9:49:58 p.m [1]** 31/3
**9:50:32 p.m [1]** 31/20

**A**

**a.m [9]** 1/5 77/5 80/13
127/23 162/4 162/15
183/17 236/4 241/23
**ability [1]** 232/5

**able [28]** 25/1 25/8
36/10 38/23 57/5 61/5
61/24 62/25 72/9 78/22
80/20 81/22 82/5 91/24
97/23 113/16 119/8
122/24 165/25 172/18
173/10 212/3 212/4
214/7 215/1 216/10
216/11 216/19
**about [190]** 12/2 12/8
12/20 13/14 13/15
13/16 14/20 15/10
15/13 15/16 17/22
18/13 19/6 23/17 23/18
24/16 24/17 27/1 27/25
29/11 31/19 32/14
33/25 34/8 36/21 36/23
39/16 40/4 40/9 43/18
43/22 45/4 45/6 45/16
45/24 46/12 46/14
46/14 47/1 48/5 48/8
48/10 48/13 48/15
49/13 50/4 50/7 50/8
50/19 51/5 52/6 52/23
53/15 53/16 54/12
54/14 55/15 57/24 58/2
58/17 61/21 63/9 63/21
64/15 67/12 68/12
68/14 69/22 70/8 70/9
74/13 74/25 75/3 75/5
75/11 83/19 83/25
86/16 89/3 90/25 91/3
91/25 93/24 94/25
101/13 104/20 106/11
109/15 111/7 125/12
127/16 127/21 128/12
129/4 129/7 129/9
129/12 135/20 136/16
137/10 137/19 138/19
140/2 140/9 142/25
143/17 150/22 153/23
155/13 157/5 157/15
159/22 160/5 160/11
160/15 162/1 163/1
163/25 164/5 164/8
164/11 164/13 164/16
165/14 166/10 167/10
168/2 168/20 170/10
170/16 171/20 173/14
184/14 186/19 187/24
189/3 190/7 193/8
200/13 202/1 207/11
207/14 208/8 209/9
212/7 212/11 212/12
212/13 212/13 212/15
213/8 214/5 214/11
214/19 215/7 215/16
215/16 216/1 216/2
216/7 216/8 216/11
216/16 217/23 218/2
218/3 218/3 218/5
218/10 219/15 219/19
221/2 222/6 223/9
223/10 223/16 224/15
226/13 227/1 227/23
228/7 230/14 234/19
235/5 235/16 238/10
240/3 241/6 242/3

**242** 47/17
**above [3]** 124/19 139/3
244/5
**above-entitled [1]**
244/5
**absolutely [3]** 11/10
30/22 46/17
**abundance [1]** 173/20
**accept [3]** 55/11 55/12
173/21
**accepting [1]** 54/10
**access [4]** 201/9 210/8
223/2 225/14
**accompanying [2]**
204/2 204/11
**according [1]** 51/16
**account [2]** 6/7 121/6
**accuracy [3]** 233/24
234/3 234/3
**accurate [9]** 55/25 56/1
101/6 144/17 164/6
195/15 195/16 217/20
244/4
**accurately [7]** 55/18
56/1 90/8 91/4 144/19
144/23 197/24
**acknowledge [2]** 50/22
239/13
**acronym [1]** 134/18
**across [2]** 66/7 71/4
**action [2]** 1/2 33/12
**actions [2]** 12/16
142/13
**activities [1]** 61/1
**actually [35]** 11/6
17/12 17/13 29/2 36/25
42/14 54/23 57/20 69/4
80/9 82/17 84/19 85/13
90/6 95/4 108/20
113/23 130/10 132/1
139/1 151/15 151/23
161/12 162/13 163/15
164/3 164/7 175/11
182/3 185/22 186/17
190/14 215/9 235/24
238/6
**add [2]** 168/21 236/11
**addition [2]** 72/15
218/6
**additional [11]** 7/15
8/24 58/12 116/10
164/10 186/1 191/14
210/14 210/23 218/2
238/19
**address [11]** 5/6 6/1
52/22 60/21 124/7
166/21 184/4 224/16
236/8 240/15 241/24
**adds [1]** 121/11
**adjourn [1]** 236/4
**admissibility [1]** 52/24
**admissible [3]** 53/21
53/23 54/1
**admission [3]** 12/9
45/4 118/21
**admissions [5]** 12/19
46/17 46/21 49/17
51/19

**admit [30]** 3/20 4/3
30/1 30/20 48/1 50/24
99/16 111/13 125/9
147/3 149/22 158/22
163/3 163/5 165/2
165/12 167/7 168/1
168/2 168/8 168/17
169/9 170/2 172/5
172/8 172/9 184/11
186/25 188/11 191/12
**admitted [35]** 9/12 30/5
30/23 63/4 91/18 91/19
91/23 96/17 96/21
98/20 101/14 101/16
122/4 126/14 126/21
137/12 143/19 145/1
147/3 147/8 149/25
150/23 152/9 153/1
163/9 169/4 169/18
169/21 172/17 186/18
191/8 237/4 237/9
237/22 238/2
**admitting [2]** 47/11
53/6
**adult [1]** 178/18
**advance [3]** 88/14 99/2
120/8
**advantage [1]** 225/20
**advised [1]** 15/6
**advisement [1]** 172/19
**advising [1]** 35/4
**affect [3]** 56/13 200/24
239/24
**affidavit [4]** 204/2
204/11 204/13 204/22
**affiliated [2]** 200/8
200/10
**affiliation [1]** 85/16
**afford [1]** 123/12
**AFO [6]** 21/11 21/12
21/17 21/18 21/21
193/6
**AFO-50 [5]** 21/11 21/12
21/17 21/18 21/21
**after [33]** 11/3 13/1
21/8 21/13 56/23 68/13
68/18 68/24 72/1 78/15
79/23 80/7 80/14 91/13
94/14 99/16 123/6
128/20 134/11 135/6
135/9 140/4 157/17
164/9 195/3 198/14
205/14 206/21 208/12
221/9 239/21 240/5
240/20
**afternoon [8]** 127/14
127/15 133/6 133/7
153/21 170/10 191/21
191/22
**afterwards [1]** 70/4
**again [36]** 14/12 19/16
19/20 42/7 51/6 52/3
54/15 74/11 75/10 92/2
112/13 115/5 115/25
117/8 117/15 130/14
136/19 139/22 152/21
153/21 166/24 177/7
177/11 177/20 178/11

**A**

again... [11] 178/24
179/9 179/19 179/22
183/2 184/8 185/2
190/4 209/1 217/16
219/9
against [26] 11/9 11/17
11/21 11/22 11/25 45/4
51/20 52/24 53/12
53/21 53/23 54/1 54/11
55/6 55/12 56/9 56/15
56/17 57/4 58/1 58/22
93/10 101/16 101/16
156/14 215/6
agencies [1] 205/20
agency [8] 21/6 21/19
21/23 60/16 72/5 93/8
93/9 187/25
agent [142] 3/6 3/9
3/12 3/15 6/8 8/1 8/25
9/1 9/6 9/21 9/24 10/4
10/5 10/10 12/23 13/20
20/11 20/14 20/24
20/25 26/22 27/3 29/16
32/24 33/7 40/4 44/9
44/21 47/17 47/21
49/13 50/7 50/14 50/15
50/23 51/3 58/5 59/11
59/19 59/23 60/1 60/6
60/10 60/12 65/19 66/8
67/5 67/6 67/21 67/23
68/21 69/7 69/13 70/21
70/23 70/25 71/15 73/6
74/9 76/22 80/22 83/18
83/18 84/10 85/2 85/13
87/6 87/23 90/17 90/18
91/7 92/9 92/17 93/3
93/4 93/5 94/2 110/8
120/25 127/14 131/24
132/25 133/1 133/6
133/16 133/24 137/20
139/13 142/13 142/17
144/11 146/4 146/23
147/12 165/2 165/3
165/16 165/25 166/5
166/9 167/25 171/11
174/16 174/25 186/21
188/15 188/21 189/3
190/12 191/21 192/8
192/13 192/19 192/22
193/10 194/3 195/5
197/14 211/4 211/21
212/16 215/4 215/11
215/12 217/9 217/10
218/2 218/5 218/10
218/19 219/1 220/11
220/21 227/8 227/14
231/22 234/25 235/10
238/8 239/16 239/16
242/24
Agent Jones [1] 67/23
agent's [8] 9/3 9/14
45/3 50/11 87/25
137/23 143/7 224/10
agents [20] 8/9 36/21
43/18 43/19 45/19 46/7
46/10 46/19 52/1 52/2
66/8 67/2 68/3 83/16

93/21 63/21 66/10
90/18 130/19 196/19
ago [3] 39/18 127/21
163/25
agree [17] 26/2 51/3
56/11 58/4 68/14 70/7
92/4 118/12 130/3
165/9 165/10 168/14
169/20 195/5 195/14
232/21 241/9
agreed [6] 87/12 98/14
98/17 198/19 238/3
242/4
agreement [3] 5/19
111/20 241/3
ahead [9] 10/19 36/14
37/13 41/25 50/5 58/10
73/3 107/9 118/20
aided [1] 2/24
al [1] 5/4
Alexandra [1] 1/20
Alexandria [1] 2/10
all [80] 5/4 5/12 5/12
5/23 6/13 7/12 8/20
9/12 11/2 13/10 25/7
26/3 33/23 38/12 48/4
48/18 48/24 49/9 53/9
58/13 59/14 59/17
67/22 70/17 76/13
79/14 81/16 90/22
91/12 101/6 104/12
105/4 109/20 109/24
113/19 125/22 126/5
126/19 132/23 138/10
141/1 143/5 163/6
167/13 169/2 170/11
170/15 184/25 185/11
189/17 196/5 196/15
196/16 198/5 198/16
200/23 201/12 204/14
204/16 206/10 208/3
208/10 212/23 214/16
214/24 215/23 216/19
218/11 219/4 224/8
227/12 231/3 231/8
233/7 235/25 237/2
238/5 240/14 241/5
242/6
alleged [4] 10/12 51/1
93/13 217/1
allegedly [4] 18/3
50/17 51/16 53/5
allow [4] 46/22 91/25
125/15 171/14
allowed [2] 230/15
230/21
almost [6] 9/10 51/12
54/9 197/4 214/7 220/8
along [2] 47/15 80/2
already [15] 9/11 9/16
56/10 107/8 126/23
140/2 141/16 150/23
163/5 205/8 205/15
206/20 218/6 219/17
242/3
also [65] 6/6 6/20 9/5
9/18 9/21 17/11 19/12
20/21 25/21 26/12

26/20 36/16 38/5 36/10
37/4 42/22 50/17 51/16
55/24 62/5 62/6 63/25
64/15 64/17 66/6 72/13
75/15 78/15 89/1 89/14
92/1 93/12 95/20 97/4
124/21 125/11 130/17
135/17 148/17 149/16
149/18 154/14 156/13
158/8 159/25 160/2
160/11 161/23 168/10
176/21 176/24 187/23
197/18 198/23 201/9
207/9 214/16 221/11
223/13 228/7 230/11
237/7 237/8 237/12
237/16
Alstein [2] 10/5 10/10
altered [3] 90/22 91/10
222/20
although [4] 76/11
97/15 118/21 193/25
always [3] 104/15
104/18 225/5
am [13] 10/3 25/1
38/23 59/18 93/7
103/15 133/14 146/16
150/19 164/18 192/20
194/15 220/4
Amendment [1] 43/23
AMERICA [4] 1/2 5/3
136/19 178/24
American [1] 136/21
among [2] 17/16 226/2
amount [1] 198/23
amplified [2] 108/2
117/2
analyst [10] 165/14
166/1 166/3 171/16
172/15 172/21 173/4
173/6 173/7 173/9
analysts [1] 97/21
Angel [1] 2/11
Angeles [1] 1/19
angle [1] 153/5
angles [2] 202/25
222/21
Annapolis [1] 238/20
announcements [1]
19/12
anonymous [1] 215/20
another [19] 26/21
54/11 66/8 67/5 83/18
99/24 100/7 100/12
100/16 100/21 101/1
111/14 118/16 131/24
152/23 157/17 176/23
225/13 241/9
answer [8] 9/19 79/5
79/7 188/24 197/24
206/10 219/13 233/19
answered [1] 79/1 79/6
113/12
answers [2] 9/20
215/18
anticipate [1] 49/10
anticipation [3] 145/4
146/24 154/25

28/12 30/16 34/5 36/10
Anttra [1] 49/15
2/7/21
any [134] 5/22 7/20 9/3
9/8 9/14 9/15 9/24 9/25
11/12 11/15 11/22 12/8
16/5 16/7 17/21 17/23
18/1 18/18 19/17 30/3
37/8 38/10 38/15 38/21
39/12 41/3 41/20 43/14
43/15 44/13 45/22 47/3
52/5 52/10 55/9 56/15
57/25 58/2 60/18 63/6
74/3 79/5 79/8 84/3
84/4 84/7 85/16 85/16
85/22 85/25 86/11
86/13 86/13 89/6 89/21
93/9 93/21 94/20 97/13
105/25 107/23 109/16
114/8 117/1 118/8
118/12 125/23 126/8
126/11 126/15 127/2
132/13 132/19 132/20
134/9 149/23 156/14
158/23 159/14 165/21
168/9 168/17 168/20
169/6 169/9 169/15
173/9 179/24 190/7
198/5 201/4 201/14
201/20 202/3 202/4
202/19 202/22 203/8
206/12 206/16 209/16
209/20 210/16 210/23
211/5 211/22 216/15
217/10 218/15 218/22
220/22 221/13 222/20
222/25 223/22 231/22
231/24 232/2 232/16
233/15 233/24 234/2
234/7 234/7 235/11
238/11 238/12 239/20
240/9 240/10 240/15
240/16 240/16 241/10
anybody [6] 11/9 11/17
43/15 143/23 174/21
238/24
anymore [1] 206/13
anyone [11] 18/17 23/1
41/9 41/14 43/11 95/23
114/20 197/9 199/7
207/18 232/19
anything [35] 5/6 9/24
10/20 10/21 23/18 39/5
39/9 39/24 40/9 44/1
49/11 58/5 76/16 86/4
86/22 92/4 106/4 117/9
120/13 125/6 142/25
151/19 156/21 157/5
170/16 190/13 209/5
209/9 215/2 215/4
218/7 218/8 220/16
238/10 240/10
anyway [6] 46/23 47/22
48/4 52/17 91/12 239/1
apologies [3] 98/19
107/9 220/21
apologize [6] 53/19
56/18 98/21 130/10
130/11 131/5
app [3] 176/20 177/9

apparent [3] 104/15
104/18 104/23
apparently [1] 150/13
appear [14] 28/21
29/21 41/5 45/19 45/21
75/24 86/17 101/6
114/20 115/8 117/1
142/2 176/21 176/22
appearance [2] 111/12
111/15
APPEARANCES [2]
1/12 2/1
appeared [6] 18/10
18/10 66/2 82/23 95/6
119/19
appears [12] 63/20
88/12 96/4 103/9
119/10 130/4 130/8
130/17 146/12 148/22
166/21 228/6
Apple [1] 225/20
applicants [1] 151/13
application [4] 176/20
204/2 204/11 204/20
appointments [1]
159/25
appreciate [3] 14/5
38/19 218/19
approach [2] 83/7
211/19
approached [1] 212/12
appropriate [4] 46/18
56/16 87/16 232/1
approval [1] 194/21
approximate [1] 17/5
approximately [21]
23/15 24/20 29/23 32/9
32/13 32/15 32/16
45/15 54/19 65/14
106/22 134/4 135/6
135/22 136/9 136/12
158/6 180/17 185/10
185/12 206/8
April [14] 10/15 62/20
66/6 66/11 66/17 71/1
72/11 72/12 73/10
73/24 75/17 76/25
127/19 239/21
April 13th [8] 66/6
66/11 66/17 71/1 72/11
73/10 73/24 127/19
April 13th of [1] 10/15
April 20th [3] 72/12
75/17 76/25
April 20th of [1] 62/20
archives [1] 210/11
are [155] 5/4 6/22 7/8
7/25 8/11 8/21 9/10
9/20 9/21 9/22 9/25
10/1 10/16 11/2 11/4
11/25 12/1 12/1 12/19
12/23 13/22 14/14
14/15 15/18 20/25
26/16 29/8 33/1 41/23
42/2 43/6 43/19 44/1
49/17 50/1 51/13 53/1
54/21 57/23 59/21 60/9

**A**

are... [114] 61/21 62/25 68/2 68/3 68/15 69/6 69/6 75/24 87/24 89/7 89/9 89/12 89/17 92/2 93/6 96/24 97/21 97/23 98/9 98/15 99/5 99/23 101/16 102/14 103/13 104/20 109/24 110/25 111/10 119/8 122/20 122/24 123/5 124/4 124/4 125/24 126/1 126/10 126/14 126/23 133/13 133/15 144/16 144/14 144/18 145/1 146/14 150/19 150/20 153/3 155/12 158/16 159/1 161/25 163/2 163/11 164/24 166/4 166/18 166/23 169/14 169/20 171/9 171/13 171/23 172/18 175/18 177/17 178/17 179/3 179/24 179/25 180/4 180/5 180/8 182/20 183/12 184/21 185/20 187/7 188/17 192/19 192/23 195/6 195/15 196/10 202/19 202/22 204/14 204/14 212/3 212/4 214/16 214/21 214/25 215/13 216/1 222/18 222/19 223/13 226/17 228/19 229/2 231/3 231/13 232/2 234/25 234/25 235/10 238/3 239/3 240/24 241/13 241/20

**area [14]** 57/12 66/6 75/23 90/16 93/22 104/6 130/4 130/7 130/17 130/24 131/2 176/3 179/3 203/6

**areas [1]** 130/6

**aren't [2]** 12/11 47/4

**arguably [3]** 13/10 190/5 239/6

**argue [5]** 51/14 121/23 171/13 214/7 219/10

**arguing [3]** 54/25 57/19 219/15

**argument [5]** 11/7 50/20 51/5 85/8 92/12

**arguments [2]** 47/1 168/20

**arm [3]** 39/9 155/4 181/24

**arms [2]** 79/20 79/21

**around [12]** 18/22 18/22 23/7 38/13 75/23 104/6 127/23 130/11 149/19 180/15 181/16 199/15

**arrest [46]** 8/15 11/2 11/3 23/11 23/15 23/24 29/10 33/7 33/13 33/24 36/8 37/10 47/5 48/14 48/17 48/20 50/2 50/4

93/21 76/24 77/9 79/11 94/7 94/8 94/15 127/16 130/25 135/2 135/4 135/10 150/11 150/22 200/24 202/9 203/8 203/12 204/2 204/9 205/23 205/24 208/15 209/3 209/13 209/16 234/19 235/16

**arrested [10]** 23/19 35/9 36/5 36/14 37/4 77/23 78/16 80/6 159/12 217/16

**arresting [1]** 218/22

**arrests [1]** 47/18

**art [1]** 213/17

**articles [2]** 66/2 78/2

**artificial [1]** 223/7

**as [207]** 5/14 6/15 7/16 8/8 8/10 8/15 8/23 9/22 11/8 11/16 12/9 12/14 12/19 13/2 20/16 20/25 21/2 21/10 21/24 23/7 28/21 28/24 29/18 29/19 31/5 31/22 34/11 34/12 37/13 37/16 39/6 41/14 42/8 42/20 45/12 45/24 46/6 46/17 46/25 48/4 49/12 49/12 49/14 49/18 49/20 50/11 51/2 51/12 53/3 53/5 54/2 54/6 54/6 54/10 54/17 54/25 55/9 55/17 56/16 57/3 57/4 57/17 57/19 58/2 60/3 61/13 62/2 62/3 62/3 62/11 63/4 64/6 64/19 66/7 66/15 67/23 68/4 68/7 70/12 71/12 72/14 73/23 75/11 75/13 76/2 78/1 81/4 82/23 83/21 83/24 85/3 87/11 89/9 89/15 89/18 90/24 92/19 97/18 99/12 101/16 102/17 103/15 104/14 108/5 111/13 112/17 117/23 118/6 122/4 125/9 126/23 133/3 134/24 138/1 138/7 138/12 138/13 138/21 139/7 139/13 140/11 140/16 143/13 143/19 144/1 144/5 144/11 144/11 144/12 145/1 145/12 151/1 156/14 158/3 158/11 158/13 159/17 159/20 159/22 161/6 161/16 161/18 162/7 163/8 164/12 164/18 166/1 166/2 166/19 169/16 171/4 171/5 171/15 174/3 174/4 175/19 177/18 180/15 181/17 182/10 182/14 184/18 185/11 186/3 187/12 188/4 188/21 188/22 190/1 193/10 194/3 195/5

199/1 199/25 202/6 203/17 203/17 203/25 203/25 207/19 208/5 211/9 212/20 212/20 212/25 213/12 213/19 213/22 214/15 215/16 217/15 218/14 220/17 220/17 222/18 224/8 225/8 225/10 230/20 237/21 238/19 239/4 239/5 242/4

**ascertain [2]** 224/15 224/18

**aside [1]** 64/23

**ask [75]** 8/7 10/13 10/9 15/6 19/12 35/6 41/14 47/10 47/13 47/24 49/15 50/1 50/3 50/8 54/12 63/6 64/15 65/5 65/21 70/25 73/4 73/13 73/15 73/16 74/2 83/7 83/25 89/24 95/4 98/16 106/13 110/14 118/8 118/24 118/24 122/11 126/6 129/16 138/23 143/5 156/24 157/20 157/23 162/23 165/24 165/24 166/10 166/15 167/14 167/21 167/25 174/11 175/15 176/10 180/1 180/20 182/24 185/4 185/13 186/9 188/7 188/25 202/1 205/12 209/9 212/19 214/5 214/15 214/12 214/22 215/11 216/11 216/19 216/20 218/5

**asked [24]** 14/9 14/13 17/9 19/25 35/19 35/22 39/16 70/9 72/13 113/12 206/25 207/3 207/5 207/11 207/18 208/3 208/8 212/12 217/22 218/6 226/13 228/7 234/2 235/16

**asking [15]** 48/2 48/10 74/19 83/12 85/2 112/23 138/1 150/21 164/10 197/20 211/21 214/12 215/4 215/7 224/13

**aspect [1]** 55/19

**assailant's [1]** 134/19

**assailants [1]** 134/15

**assault [1]** 134/22

**assaulted [1]** 235/1

**assaults [1]** 140/2

**asserted [2]** 12/8 54/24

**assess [1]** 209/1

**assign [1]** 220/1

**assigned [17]** 21/18 60/10 60/16 60/17 60/25 81/1 93/7 102/5 133/24 134/11 192/13 192/18 192/24 192/25 193/1 193/6 193/16

**assignment [2]** 60/15

**assist [4]** 94/6 204/24 227/5 227/13

**assistance [1]** 228/8

**assisted [2]** 197/17 197/22

**associated [6]** 102/8 184/4 200/11 200/13 200/16 200/21

**Associates [1]** 238/21

**association [1]** 85/16

**assume [12]** 58/1 64/17 64/24 68/12 81/5 201/22 210/1 210/4 211/7 224/20 230/3 233/7

**assuming [6]** 42/19 57/2 87/17 149/24 150/14 173/4

**assumption [3]** 221/10 222/15 224/4

**assure [1]** 242/23

**attached [4]** 147/22 148/16 183/7 232/17

**attachment [5]** 178/12 179/12 180/15 181/1 181/16

**attachments [5]** 179/24 180/7 180/8 183/1 183/7

**attack [2]** 55/4 55/4

**attempt [7]** 88/20 88/25 90/4 94/17 190/18 196/14 196/17

**attempted [5]** 39/22 39/23 40/3 40/5 91/14

**attend [1]** 80/20

**attest [1]** 47/21

**attorney [2]** 76/12 243/1

**Attorney's [1]** 225/10

**Attorneys [1]** 1/14 1/17 1/21

**attributed [2]** 166/24 167/1

**audio [29]** 73/17 73/19 74/7 87/20 88/21 89/1 89/8 89/23 90/8 90/10 90/19 91/1 91/3 91/4 91/9 92/1 105/4 108/1 114/8 114/8 114/20 115/8 125/17 126/22 188/18 188/19 189/11 189/11 190/7

**AUGUSTINE [9]** 3/3 12/24 13/1 13/24 14/5 18/22 153/20 153/23 154/5

**authentic [1]** 151/2

**authenticate [24]** 68/11 68/13 68/16 69/2 69/9 69/11 88/8 88/20 88/25 89/23 90/4 90/7 125/17 150/15 151/20 164/23 165/6 165/8 173/6 173/10 188/16 190/6 190/13 190/19

**authenticated [5]** 70/11 126/22 163/16 166/4 173/8

**authenticates [2]** 68/25 116/11

**authenticating [6]** 69/22 69/25 111/11 125/23 165/1 171/10

**authentication [11]** 69/19 70/5 89/2 89/8 89/13 89/19 90/20 118/23 171/25 188/10 236/18

**authenticity [10]** 68/1 68/6 88/9 101/12 112/24 121/12 121/23 121/25 139/12 190/9

**author [4]** 217/10 219/1 219/2 219/4

**authored [3]** 85/23 86/1 232/6

**authority [2]** 52/19 219/21

**authorize [1]** 97/15

**available [14]** 104/12 104/14 121/25 174/6 185/25 196/12 201/11 202/15 203/17 210/24 210/25 218/12 223/20 242/4

**Avenue [4]** 2/6 2/15 2/21 140/6

**awake [1]** 205/8

**aware [20]** 7/3 7/5 34/6 34/18 80/6 96/24 103/13 124/4 124/4 189/13 202/19 202/22 211/9 218/14 221/13 221/16 232/2 234/25 234/25 235/10

**awareness [2]** 55/3 105/2

**away [4]** 78/10 80/7 80/11 146/10

**B**

**back [46]** 10/13 12/20 14/5 19/9 22/23 27/19 44/10 49/10 61/7 64/23 66/14 66/16 67/18 70/21 72/4 76/14 85/13 91/9 97/24 101/22 106/12 108/20 113/23 124/9 128/13 133/23 136/8 136/18 146/5 152/2 170/17 170/17 174/19 183/5 202/1 203/25 217/17 220/12 220/14 220/18 220/25 228/18 229/1 234/18 235/4 241/22

**background [3]** 45/18 62/15 155/10

**backside [1]** 63/11

**backwards [4]** 141/24 144/6 145/20 181/24

**bad [2]** 46/12 76/16

**bag [1]** 19/15

**bait [1]** 8/10

**B**

**balcony [1]** 123/19
**ball [3]** 136/19 147/18 178/24
**bank [1]** 171/21
**Bankruptcy [1]** 2/21
**barber [1]** 182/14
**Barbershop [2]** 182/9 182/15
**barricade [3]** 140/5 140/5 155/13
**barricades [1]** 155/12
**barriers [2]** 75/1 75/1
**baseball [7]** 39/3 141/24 144/6 145/19 146/7 153/11 156/3
**based [18]** 62/25 89/25 135/1 138/14 148/2 148/6 151/2 154/9 162/18 166/8 183/14 201/1 215/24 217/5 217/16 217/18 229/7 229/8
**basically [8]** 77/15 161/17 162/7 167/12 175/6 189/8 192/23 200/5
**Basis [6]** 111/6 137/17 147/25 150/7 151/17 154/3
**bat [1]** 39/3
**batch [1]** 237/17
**bathroom [2]** 129/10 129/13
**be [205]** 5/11 6/1 6/4 6/10 6/11 6/21 7/14 8/8 8/18 8/23 9/1 9/17 11/5 11/7 11/8 11/16 11/18 11/19 12/6 12/9 12/17 12/24 12/25 13/5 13/11 13/11 16/16 18/10 19/20 19/22 20/1 21/18 26/18 27/4 28/21 32/8 35/5 35/6 35/9 36/14 37/4 38/24 39/6 45/20 45/22 46/10 47/24 48/4 50/23 51/13 51/19 52/16 53/6 54/6 54/10 54/25 55/13 55/21 56/9 56/16 56/24 56/25 57/5 57/16 57/19 58/20 58/21 61/8 63/20 66/2 67/14 70/9 70/14 73/10 73/21 75/24 76/14 79/24 80/14 80/20 82/23 85/5 85/23 86/1 86/4 86/17 87/15 87/24 87/25 88/12 88/21 89/7 89/14 90/10 91/1 91/24 93/19 96/4 96/13 97/3 98/15 98/16 98/20 99/17 101/6 102/25 105/4 109/11 109/13 109/20 111/8 114/20 118/4 118/7 118/22 119/19 125/15 126/10 127/6 130/4 130/8 130/17 132/22 134/18

137/23 139/17 142/5
142/14 148/22 152/1
162/15 164/5 165/25
166/25 168/11 168/16
169/15 169/18 170/5
172/16 172/24 173/10
173/17 174/3 176/14
176/20 176/21 176/22
177/24 182/21 190/17
192/21 199/11 200/21
204/1 204/21 208/18
210/2 210/5 210/7
210/13 211/3 211/4
211/25 212/3 212/4
214/6 215/1 215/3
216/10 216/11 217/1
219/2 219/6 219/10
219/14 219/23 220/2
220/14 220/17 221/10
222/15 223/6 224/7
226/5 226/17 229/10
229/12 229/17 230/15
230/19 231/19 231/25
232/14 233/21 234/5
235/4 235/15 239/2
241/12 241/16 241/25
242/5 242/7 242/15
**beanie [8]** 63/20 65/8
65/14 75/22 78/5 81/13
82/18 82/21
**became [2]** 21/8 80/22
**because [38]** 5/10 6/3
8/9 9/11 9/17 10/25
12/6 13/17 17/3 20/2
20/3 29/21 34/19 46/16
49/5 51/1 52/7 53/22
54/17 56/1 57/10 69/7
69/11 70/10 150/13
192/16 203/21 211/7
213/12 214/18 218/8
218/23 220/8 222/7
225/6 226/9 240/2
243/9
**become [7]** 21/7 23/24
24/12 43/19 53/14
173/14 194/17
**becoming [2]** 151/14
215/23
**been [65]** 9/12 11/7
14/25 16/3 20/15 23/7
34/23 38/19 48/24 60/2
60/12 63/4 77/7 80/17
91/10 92/18 93/4 93/5
96/14 111/25 118/21
126/4 132/6 133/2
133/18 137/12 138/21
140/11 141/2 143/19
144/25 147/2 147/5
150/4 151/9 152/9
152/25 158/11 158/13
164/4 164/7 168/19
169/2 169/5 169/10
171/4 184/17 186/3
187/12 189/13 192/8
192/16 192/18 193/2
193/5 193/16 202/6
208/3 214/8 223/8
230/8 233/12 235/1
**before [45]** 1/10 5/6
6/12 6/18 8/25 10/25
13/4 13/20 33/24 35/3
40/10 43/19 59/13 62/2
71/9 73/7 73/22 79/11
88/9 90/23 95/4 98/3
106/22 131/3 131/6
139/11 144/1 144/5
149/1 149/3 149/5
154/19 174/1 184/10
191/23 191/24 191/24
192/11 205/8 213/2
222/4 235/22 236/3
236/7 238/6
**begin [1]** 92/22
**beginning [16]** 14/25
73/16 105/21 106/13
106/24 110/4 112/4
113/24 124/10 159/23
160/12 167/15 188/3
188/20 190/15 190/16
**behalf [2]** 5/8 10/24
**behavior [1]** 50/17
**behind [4]** 24/5 136/3
155/13 179/5
**being [32]** 10/1 13/15
14/9 15/8 19/7 19/10
19/17 19/23 20/3 40/21
41/14 42/20 47/19 54/2
54/8 54/23 55/20 67/25
101/16 111/10 112/17
116/6 144/19 146/12
150/16 163/18 165/13
167/10 174/5 216/19
230/11 232/4
**beings [1]** 46/11
**believe [41]** 8/23 36/25
37/21 48/11 73/10 76/2
77/14 77/19 80/9 80/22
87/25 90/25 96/17
102/12 107/8 109/15
111/4 121/16 123/5
124/8 126/19 127/20
134/7 144/21 147/2
147/22 149/20 153/4
159/24 162/20 166/25
176/20 180/5 182/8
183/2 183/21 184/10
201/9 218/1 233/4
239/16
**believed [1]** 61/8
**belong [1]** 161/24
**bench [2]** 1/10 212/1
**beneath [1]** 109/6
**BENJAMIN [1]** 1/7
**besides [1]** 207/23
**best [4]** 16/20 74/18
90/23 212/18
**better [1]** 88/14
**between [3]** 37/9 128/7
128/7
**beyond [4]** 7/6 216/20
219/16 235/12
**bias [1]** 50/12
**big [3]** 46/12 124/18
182/20
**bigger [1]** 90/5

**billed [1]** 4/8
**bit [12]** 27/11 49/23
55/13 66/16 73/15
93/24 122/23 145/20
164/4 182/4 235/22
236/2
**black [32]** 13/15 22/11
22/12 24/8 25/3 25/4
25/7 27/18 27/19 28/15
28/16 28/16 63/20
65/14 75/21 75/22
81/16 95/10 95/11
95/11 96/12 96/12
109/6 110/24 119/11
136/20 136/22 139/4
146/6 147/17 156/11
178/25
**blend [1]** 9/19
**blog [1]** 187/15
**blogger [8]** 187/18
187/21 188/3 189/22
**bloggers [2]** 187/10
189/4
**blown [1]** 175/22
**blown-up [1]** 175/22
**blue [6]** 24/7 81/16
109/6 136/20 136/20
178/25
**BLYTHE [3]** 1/7 2/14
76/17
**body [41]** 31/13 31/14
32/6 32/7 71/19 103/2
103/3 104/2 122/20
131/15 144/14 144/16
144/21 145/2 145/12
146/17 146/23 147/19
148/23 149/18 149/24
151/2 154/9 162/16
167/4 179/14 182/17
199/22 201/10 202/6
202/8 202/14 202/19
209/22 217/25 218/15
218/20 221/11 221/13
221/16 236/18
**body-recording [1]**
71/19
**body-worn [27]** 131/15
144/14 144/16 144/21
145/2 145/12 146/17
146/23 147/19 149/18
149/24 151/2 154/9
199/22 201/10 202/6
202/8 202/14 202/19
209/22 217/25 218/15
218/20 221/11 221/13
221/16 236/18
**BOLO [9]** 134/15
134/17 134/18 134/19
134/19 134/22 134/24
185/23 193/6
**BOLO 51 [1]** 185/23
**bolster [2]** 151/1
151/20
**bond [1]** 35/6
**Boo [3]** 102/1 102/24
122/13
**book [2]** 122/13 123/20
**boots [2]** 75/22 78/4

**borrowed [1]** 84/13
**both [11]** 44/25 49/7
72/18 77/23 79/14 91/3
123/6 123/7 159/6
165/4 200/6
**bother [1]** 34/16
**bottom [7]** 123/9
169/12 176/7 182/3
185/22 227/9 227/20
**bounced [2]** 74/15
**boys [2]** 179/15 235/11
**Brady [2]** 218/23 239/6
**BRAND [1]** 2/2
**break [12]** 5/22 6/14
31/15 41/22 59/10
59/15 59/17 109/17
170/11 182/22 201/12
242/5
**breaking [4]** 39/14
109/13 180/19 182/18
**Brennwald [2]** 2/14
2/14
**brief [3]** 17/19 206/22
234/22
**briefly [18]** 18/19 93/24
94/14 95/1 97/7 97/19
101/22 104/25 107/7
108/20 110/12 116/2
116/20 124/22 138/24
170/19 211/16 241/24
**bring [8]** 1/11 13/23
70/21 87/4 169/8
173/11 174/13 220/11
**bringing [5]** 57/21
98/22 128/12 129/4
129/7
**bro [3]** 167/5 182/19
182/21
**broad [2]** 216/16
234/10
**broadcast [1]** 222/7
**broke [1]** 178/2
**brother [2]** 34/14 34/20
235/17
**Brunwin [3]** 1/17 3/10
49/9
**brush [1]** 49/2
**buddy's [1]** 123/21
**building [9]** 24/13 38/6
39/14 130/8 134/7
134/8 176/4 196/2
199/15
**burden [1]** 55/24
**Bureau [6]** 60/13
133/16 133/18 189/5
189/6 194/1
**bury [1]** 219/9
**burying [1]** 213/25
**business [4]** 164/25
171/21 171/23 171/25

**C**

**C-U-R-C-I-O [1]** 133/12
**CA [2]** 1/19 1/22
**call [29]** 12/23 20/10
20/11 33/14 33/15
44/19 44/21 45/2 59/22

**C**

call... [20] 59/22 87/6 89/2 91/6 92/9 132/23 132/25 164/2 171/15 172/14 172/15 172/21 188/3 213/16 226/6 242/16 243/3
called [9] 6/18 6/21 35/9 36/2 93/21 225/11 225/15 227/20 235/11
calling [7] 5/6 12/25 68/2 87/9 188/5 189/23 217/8
calls [5] 50/4 187/17 189/4 207/15 226/6
calm [2] 37/25 38/8
came [23] 23/20 24/17 36/24 77/21 90/19 90/23 91/9 176/14 176/15 186/17 188/15 190/8 199/16 205/10 205/19 207/17 208/15 211/9 222/13 224/23 234/11 234/12 237/12
camera [29] 131/13 131/15 144/21 144/23 145/2 145/12 146/5 146/10 146/17 146/23 147/19 149/18 149/24 151/2 154/9 199/22 202/6 202/9 202/14 202/19 209/22 217/25 218/15 218/20 221/11 221/13 221/16 228/11 236/18
cameras [4] 111/4 144/14 144/16 203/4
camouflage [1] 95/10
can [287]
can't [20] 5/24 13/18 57/7 68/14 68/16 69/2 69/9 70/7 70/8 77/21 89/25 90/7 103/12 116/13 137/21 165/8 170/7 214/10 218/6 219/23
candidates [1] 151/13
Candidly [1] 241/15
cannot [2] 17/12 120/12
cap [6] 136/19 141/24 144/6 145/19 147/18 178/24
capacity [2] 46/8 83/16
Capitol [42] 19/8 21/25 23/8 24/13 28/4 28/25 29/22 29/23 32/10 32/14 37/23 38/13 38/17 39/13 61/2 61/8 88/12 93/13 95/6 103/5 104/2 104/6 129/23 130/7 130/8 130/23 130/23 134/2 134/4 134/12 138/11 140/9 157/16 176/4 179/4 182/19 199/15 203/4
captain [6] 18/18 18/22 20/6 153/20 153/23 154/4
capture [5] 176/5 176/7 183/14 183/16 226/5
captured [8] 144/19 201/23 202/19 202/22 203/2 203/6 203/18 229/5
captures [1] 221/13
capturing [1] 221/17
car [1] 84/13
card [1] 192/5
caretaker [1] 80/17
Carhartt [5] 75/21 78/5 81/13 82/18 82/21
Carolina [6] 21/22 22/14 33/3 35/19 35/22 44/10
Caroline [2] 134/12 134/19
CART [4] 97/21 225/4 225/7 229/16
Cary [2] 35/21 35/22
case [85] 5/3 5/23 6/4 6/14 11/14 21/7 21/8 26/4 29/15 29/16 52/17 60/19 61/22 63/5 64/1 75/25 80/23 87/17 87/22 87/25 88/13 92/8 130/19 131/3 131/24 137/12 141/2 164/5 164/8 164/11 169/5 169/16 172/10 173/13 192/19 192/22 192/24 193/3 193/5 193/10 193/11 193/16 193/21 194/21 196/8 197/14 198/11 198/23 200/8 200/10 200/10 200/13 200/16 200/17 200/19 200/19 200/21 201/2 201/7 211/4 211/11 215/16 217/18 219/11 221/1 221/7 223/23 224/7 225/13 226/18 226/19 226/20 226/22 228/5 229/21 230/14 230/25 232/3 232/5 232/6 232/8 232/9 235/7 241/17 243/7
Case 21-537 [1] 5/3
cases [6] 91/2 144/11 144/12 162/18 226/20 241/10
cashier [1] 68/5
catalog [3] 194/10 198/16 199/25
categorize [1] 21/15
Categorized [1] 175/19
cause [1] 234/18
caused [1] 238/13
caution [1] 173/20
caveat [3] 35/15 35/17 87/19
CC'd [1] 176/24
CCTV [17] 14/8 131/13
203/3 201/10 202/6 202/8 202/22 202/14 202/22 203/2 209/21 217/3 217/24 218/15 218/20 221/4 221/6 236/18
ceased [1] 200/21
cell [10] 29/9 29/12 29/13 29/14 99/25 171/19 171/23 203/16 204/9 204/19
Cellebrite [9] 99/10 161/16 165/15 165/16 166/20 225/11 225/13 225/17 225/24
center [11] 25/6 27/20 28/17 63/21 65/7 65/13 65/15 147/17 153/9 155/24 176/7
certain [4] 26/6 57/25 195/20 212/24
certainly [10] 26/12 36/9 51/12 56/13 69/25 85/19 86/4 90/3 165/4 239/5
certification [10] 163/19 164/17 164/23 164/25 171/5 171/6 171/19 172/14 173/21 174/12
certifications [1] 171/22
certified [3] 171/7 171/20 172/2
certify [1] 244/3
cetera [3] 50/12 196/6 226/21
chain [1] 200/4
Chamber's [1] 6/7
chambers [2] 41/9 42/19
chance [2] 7/20 65/2
changed [2] 90/23 169/2
channel [2] 122/1 222/8
chanting [1] 108/3
chaos [1] 18/25
chapter [1] 140/3
characterization [1] 16/21
characterized [1] 49/14
characterizes [1] 46/7
charge [1] 206/14
charged [3] 156/14 208/12 208/14
charges [1] 10/12
CHASE [1] 1/7
check [2] 42/14 239/11
checking [1] 240/19
chemical [2] 19/11 146/13
chew [1] 207/3
chewing [1] 148/17
chief [2] 169/6 241/17
children [1] 93/10
China [1] 32/8
Christopher [1] 1/17
chronologically [1] 161/9
CHS [8] 212/12 212/12 214/18 214/23 215/16 218/7 231/19 231/21
circle [21] 17/9 27/15 55/4 108/25 109/2 135/14 140/3 145/16 149/8 152/2 155/25 197/7 197/10 197/15 197/19 198/3 202/20 202/21 202/23 203/2 221/14
circled [16] 16/24 17/21 17/25 25/6 27/18 28/12 28/14 63/19 109/5 141/23 145/19 146/5 153/10 156/3 159/6 181/23
circles [2] 217/2 223/12
circumstances [4] 43/20 69/13 125/22 191/25
circumstantial [3] 57/13 88/8 121/24
circumstantially [1] 54/5
cited [1] 91/2
citizen [1] 44/1
citizens [1] 43/24
city [2] 46/12 173/4
claim [2] 91/24 213/21
claiming [1] 238/12
claims [2] 11/18 217/3
clarification [2] 56/19 91/16
clarify [4] 13/17 101/15 126/20 137/6
clarifying [1] 212/7
clarity [3] 5/9 11/7 92/10
clear [10] 25/18 27/4 49/22 55/23 141/10 163/7 168/18 171/24 217/15 238/16
clearer [1] 182/4
clearly [3] 12/4 68/2 165/3
client [6] 5/10 11/5 33/8 33/24 38/21 127/6
clip [5] 106/11 130/14 141/16 190/20 191/4
clips [3] 44/24 168/16 169/23
close [6] 50/5 57/9 173/16 188/25 203/21 236/10
closed [1] 238/15
closely [2] 193/11 193/25
closer [2] 123/19 164/25
closet [1] 78/10
closing [3] 51/5 57/16 241/2
closings [2] 240/23 241/4
clothes [5] 36/7 36/11 36/15 37/6 125/21
clothing [10] 66/2 77/13 78/2 78/13 111/3 119/9 119/10 135/25 144/1 144/5
co [4] 11/14 54/11 59/13 76/12
co-conspirator [1] 11/14
co-defendant [1] 59/13
co-defendant's [2] 54/11 76/12
COBB [1] 1/10
coffee [2] 207/4 207/5
collared [1] 24/7
colleague [2] 6/14 173/23
colleagues [1] 198/20
collect [3] 194/10 209/24 229/22
collected [1] 210/2
colloquy [1] 137/18
color [4] 18/7 75/21 75/22 156/11
colored [6] 27/18 28/14 136/2 136/23 136/24 179/1
coloring [1] 75/23
COLUMBIA [1] 1/1
combing [3] 131/21 131/25 132/3
come [34] 13/19 21/18 23/10 24/16 26/13 35/19 35/23 36/3 49/20 52/17 59/24 64/23 67/18 93/19 97/3 128/10 170/17 170/20 171/22 174/2 186/8 199/19 201/18 202/1 205/12 205/17 207/12 212/1 217/15 219/23 222/11 228/25 236/5 236/21
comes [5] 8/12 46/14 102/10 224/17 231/23
comfortable [4] 94/16 174/4 190/19 240/10
coming [8] 14/5 18/13 37/12 44/10 51/12 98/3 118/6 224/6
comings [1] 216/25
command [1] 151/13
commentary [2] 9/9 9/15
committed [1] 93/13
common [1] 201/22
commonly [1] 161/16
communicating [1] 177/10
communication [1] 165/4
community [2] 84/4 84/6
company [1] 102/10
compare [2] 9/7 162/9
Comparing [1] 222/21
comparison [2] 151/2

**C**

comparison... [1] 224/9
compelling [1] 220/17
complaint [4] 94/1 208/14 217/17 217/24
complete [8] 46/5 111/2 166/2 168/22 170/12 194/16 194/23 195/2
completed [1] 194/19
completeness [5] 45/1 45/5 168/3 168/13 168/21
complies [5] 27/16 63/17 145/17 146/3 156/1
computer [5] 2/24 43/3 97/21 120/17 120/18
computer-aided [1] 2/24
concept [3] 223/3 223/6 223/13
concern [5] 36/6 76/9 76/13 163/21 216/7
concerned [1] 216/7
concerning [3] 61/1 171/6 238/19
concerns [2] 163/1 164/8
conclude [1] 173/7
concluded [1] 243/11
conclusion [2] 8/6 66/13
conclusions [1] 55/9
concussion [1] 74/14
condition [2] 173/6 239/9
conditionally [1] 186/18
conduct [17] 10/13 34/2 34/11 36/19 51/1 51/17 54/7 62/21 65/21 66/4 156/14 194/3 195/20 198/15 202/20 202/22 203/2
conducted [9] 22/3 36/21 62/4 62/6 65/23 70/2 72/11 195/3 214/1
conducting [4] 40/7 66/12 193/19 196/10
confer [1] 170/11
conference [4] 88/5 242/12 242/13 243/7
confidential [7] 212/24 213/19 218/8 231/22 231/23 232/2 233/21
confirm [7] 154/5 183/3 214/5 220/22 223/3 229/2 229/21
confirmed [1] 223/23
conflict [1] 243/3
confront [1] 13/16
confrontation [1] 11/13
confused [2] 53/15 181/6
Congress [1] 43/15

congressional [1] 37/22
connection [2] 196/22 197/1
consent [3] 104/1 159/19 230/13
consider [14] 11/22 46/18 47/11 55/6 56/12 56/13 56/14 57/15 86/24 91/3 111/24 112/1 121/22 169/18
considered [7] 8/8 8/18 8/23 10/1 11/16 56/9 58/21
considering [7] 47/2 57/1 118/11 121/23 126/8 126/11 152/4
consistent [8] 5/19 16/2 111/12 111/15 111/18 111/21 115/8 232/19
conspiracy [1] 11/14
conspirator [1] 11/14
Constitution [2] 2/21
consume [1] 234/20
consuming [1] 7/23
Cont'd [1] 3/3
contact [16] 42/11 42/19 66/19 67/7 67/12 68/17 68/22 68/24 69/1 70/3 71/1 71/7 72/1 167/1 205/14 231/23
contacted [1] 242/18
contacts [1] 62/17
contain [2] 204/15 233/8
contained [3] 41/17 189/12 233/25
contains [1] 233/2
contemplates [1] 58/20
content [6] 103/1 112/23 122/11 122/19 123/2 241/7
contention [1] 59/5
contents [2] 164/23 164/24
contest [1] 87/13
contesting [3] 26/9 51/25 87/17
context [8] 8/12 45/7 47/20 49/21 111/14 116/10 137/11 169/22
contextually [1] 11/6
continually [1] 89/7
continue [18] 41/24 60/25 70/22 79/11 83/1 92/11 102/18 107/18 117/11 117/25 118/15 119/12 119/20 120/3 154/7 156/16 170/1 241/8
continued [5] 2/1 4/1 140/6 209/13 210/20
continuing [2] 89/9 89/13
convention [1] 232/18
conversation [15] 10/7

75/8 45/8 45/19 46/5 48/11 53/1 62/21 71/14 71/15 73/11 202/16 206/15 206/16 206/16
conversations [4] 89/25 91/7 98/21 231/24
converted [1] 214/3
converts [1] 103/13
convince [1] 52/18
cooler [1] 129/7
cooperative [2] 79/15 79/22
Coordinated [1] 162/6
cop [2] 74/14 186/8
copied [2] 171/7 172/2
cops [2] 75/2 157/6
copy [6] 98/1 171/20 175/22 183/21 185/16 225/2
cordial [1] 206/15
corner [1] 78/10
correct [158] 14/18 15/7 15/11 15/12 16/5 16/8 16/13 28/19 28/20 35/17 35/18 36/19 36/22 37/6 37/10 37/14 37/15 40/1 40/11 40/12 42/9 42/17 43/1 47/8 53/3 55/22 64/20 70/15 76/25 77/3 77/7 77/20 77/24 78/5 78/13 78/16 78/18 79/2 79/9 79/13 79/15 79/21 79/25 80/4 80/8 80/20 81/6 81/10 81/11 81/15 81/21 81/22 81/25 82/1 82/7 82/8 82/9 82/14 82/15 82/19 82/24 83/17 83/22 84/11 84/12 85/18 85/20 85/23 85/24 86/2 86/3 86/6 86/7 88/11 96/11 98/2 101/18 103/18 104/22 118/13 128/5 128/9 129/5 129/20 130/5 130/15 131/14 131/16 138/2 141/17 159/3 159/18 160/4 160/9 163/18 166/23 172/4 173/2 174/7 177/19 191/23 193/3 193/12 193/22 194/2 194/4 194/5 194/6 194/7 194/8 194/9 194/10 194/12 194/14 195/7 195/9 195/10 195/12 195/13 195/22 196/11 196/15 198/13 198/16 198/21 199/2 200/8 200/22 200/25 201/5 201/6 207/13 209/14 210/3 210/8 215/8 216/17 219/24 220/23 221/4 221/8 221/11 221/15 221/19 221/21 221/24 225/3 225/18 225/25 226/11 229/10

229/24 236/12 236/13 234/9 235/19 237/3 240/4
correctly [6] 139/7 139/24 155/4 203/23 205/20 230/22
correlate [2] 213/23 214/8
correspondence [1] 164/10
corridor [1] 38/6
corroborate [1] 55/16
could [133] 5/13 11/5 11/7 11/16 16/3 25/8 27/6 35/8 36/2 36/5 36/6 38/12 38/13 40/13 44/6 47/9 51/7 56/18 67/14 68/8 71/3 71/4 86/8 87/15 90/18 91/8 92/22 93/24 106/5 108/4 108/5 118/5 122/4 123/12 127/4 128/20 129/16 129/25 130/9 133/8 138/23 138/24 139/9 139/19 140/11 140/13 141/8 141/9 142/5 143/5 143/8 143/21 144/8 145/9 145/16 145/22 146/20 147/3 147/10 149/10 152/8 152/9 152/10 152/25 153/1 154/5 154/17 155/15 156/17 156/24 157/20 157/24 158/11 158/12 162/23 163/9 163/13 166/12 166/15 167/14 167/21 170/3 171/3 174/12 174/19 175/15 175/18 176/10 177/3 177/15 178/4 178/14 179/6 180/1 180/10 180/20 181/3 181/7 181/14 181/21 182/1 182/2 182/3 182/24 183/2 183/2 183/5 183/10 183/18 183/25 185/4 185/13 186/3 186/9 187/13 188/7 190/23 192/11 192/21 199/11 206/16 213/14 219/14 222/1 224/15 228/18 229/10 229/11 229/11 229/12 229/12 230/9 232/20 239/22
couldn't [5] 18/5 106/9 106/10 129/9 196/18
counsel [22] 5/4 7/7 7/10 7/11 7/15 12/9 12/14 65/1 65/7 65/12 84/24 86/19 87/16 88/13 105/1 163/20 169/7 169/8 220/3 227/3 241/20 242/9
counsel's [1] 49/12
count [3] 10/12 136/15 222/3
counter [1] 14/8

countered [1] 8/18
country [2] 32/7 46/13
County [1] 80/1
couple [8] 8/10 8/21 8/21 37/18 83/15 94/25 187/22 236/10
course [18] 11/1 11/14 53/22 61/13 75/15 84/9 95/5 104/5 196/1 200/5 203/5 214/6 222/17 229/18 230/24 232/23 239/22 242/19
court [68] 1/1 2/20 5/11 6/19 7/2 7/16 9/11 9/23 10/4 10/9 10/22 12/15 20/21 20/22 24/4 37/19 46/18 47/11 47/14 50/24 51/14 52/23 54/22 56/4 56/7 56/10 59/13 88/13 89/16 92/11 98/3 102/15 105/1 121/21 135/23 136/4 138/7 150/23 164/12 164/19 165/13 168/25 169/13 169/15 171/3 171/5 172/9 172/10 172/17 172/21 173/7 173/8 173/21 174/11 190/19 212/15 213/3 213/8 213/12 213/23 218/14 218/18 237/16 238/2 239/13 239/23 241/19 244/9
Court's [11] 5/9 5/24 17/19 115/23 126/16 132/16 191/17 206/22 211/12 219/9 234/22
courteous [1] 230/20
courtesy [4] 97/14 97/18 230/20 242/4
Courthouse [1] 1/18
courtroom [10] 59/20 64/7 67/21 87/9 96/7 96/10 96/15 136/1 137/6 242/25
cover [1] 167/4
covered [1] 64/14
CRAIG [4] 3/6 20/11 20/14 20/23
cream [1] 136/24
cream-colored [1] 136/24
create [1] 200/5
created [6] 36/9 139/14 158/25 190/8 200/20 223/7
credibility [5] 50/12 51/7 54/13 150/15 151/20
credit [1] 151/1
crime [4] 134/1 196/14 198/11 226/10
crimes [5] 93/10 133/25 144/12 192/13 192/15
criminal [5] 1/2 5/3 50/17 51/17 214/3
cross [35] 3/4 3/8 3/11

**C**

cross... **[32]** 3/14 3/17
10/4 10/10 13/18 14/3
18/17 32/20 32/22
44/13 45/2 50/7 50/19
58/13 76/6 76/20 86/14
90/5 127/2 127/12
132/20 168/23 173/12
173/18 191/16 191/19
213/9 216/8 216/10
217/6 219/13 219/17
**cross-exam [1]** 50/7
**cross-examination [22]**
3/4 3/8 3/11 3/14 3/17
10/4 14/3 18/17 32/20
32/22 76/6 76/20 86/14
127/2 127/12 132/20
173/18 191/16 191/19
216/8 216/10 217/6
**cross-examine [3]**
10/10 13/18 90/5
**cross-examining [1]**
50/19
**crowd [5]** 18/25 19/5
19/9 19/11 19/13
**Cruz [2]** 137/4 138/19
**Cts [1]** 2/21
**culpability [1]** 111/14
**cumulative [1]** 9/17
**CURCIO [21]** 3/15
132/25 133/1 133/6
133/12 146/23 147/12
165/16 165/25 174/16
174/25 186/21 189/3
191/21 192/8 218/19
220/21 234/25 235/10
239/16 239/17
**current [2]** 60/15
223/11
**currently [5]** 21/2 93/6
93/7 93/10 98/16
**curved [1]** 156/11
**custody [4]** 200/5
205/15 206/19 206/20
**cut [2]** 56/15 237/20
**cutting [1]** 237/19

**D**

**D.C [21]** 33/6 48/5 48/6
48/8 48/10 48/12 60/24
61/5 62/3 80/24 84/1
84/11 84/17 124/5
128/10 134/1 144/13
162/10 175/9 175/14
198/11
**daily [1]** 223/10
**Daniel [1]** 237/14
**dark [4]** 22/11 75/22
78/10 127/25
**data [11]** 30/17 171/7
171/11 172/2 203/19
203/25 204/9 204/19
210/2 224/8 225/13
**database [4]** 194/12
198/15 199/25 210/5
**date [12]** 14/21 56/23
122/1 161/9 161/10
179/21 179/22 185/1

203/23 209/6 235/9
244/8
**dated [1]** 239/16
**dates [1]** 10/13
**Dave [17]** 175/3 176/23
176/24 177/1 177/11
177/13 177/21 178/1
178/11 179/10 179/11
179/20 180/14 180/18
180/24 181/11 181/12
**David [1]** 41/6
**David.Ralston [1]** 31/7
**day [36]** 1/10 16/22
19/20 29/9 31/19 35/3
36/12 37/5 37/9 68/5
80/6 80/7 80/11 80/14
82/10 90/8 91/5 94/24
95/9 97/9 102/25
103/25 128/4 134/9
136/25 140/4 156/22
173/17 177/22 197/25
208/24 220/8 231/7
233/14 241/2 242/5
**days [6]** 5/12 5/12
135/6 135/8 208/18
240/1
**DC [6]** 1/8 1/15 2/3 2/6
2/15 2/22
**dcd.uscourts.go [1]**
2/22
**deal [7]** 6/16 13/20
126/2 166/11 170/8
242/21 243/9
**deals [1]** 29/14
**December [2]** 122/16
209/4
**December 20th [1]**
122/16
**Decertify [1]** 31/14
**decide [3]** 7/2 38/20
174/11
**decided [1]** 97/14
**declaration [1]** 172/6
**declarative [1]** 9/25
**deeper [1]** 218/21
**deepfake [2]** 223/1
223/4
**defendant [66]** 11/13
11/22 24/10 25/12
26/14 30/17 44/13
49/16 54/7 54/22 59/13
60/21 64/6 64/11 64/16
64/17 64/18 65/9 65/16
65/20 65/22 66/5 66/11
67/8 67/13 68/23 69/18
71/1 71/15 72/1 72/8
72/16 72/23 86/13
86/18 132/19 139/24
142/17 143/14 148/12
149/3 149/5 149/10
150/3 151/7 151/25
152/12 157/5 158/4
158/9 160/11 165/11
167/7 175/8 182/10
184/11 187/9 187/9
187/17 187/20 188/21
189/4 212/8 215/1
217/16 240/16

defendant's **[11]** 30/17
54/11 67/4 69/17 74/10
75/16 75/18 76/12
84/24 164/14 186/22
**defendants [7]** 1/8 5/4
60/19 172/24 211/22
230/15 238/12
**defendants' [1]** 236/19
**defense [23]** 7/7 7/10
7/11 7/15 12/8 12/14
18/18 20/6 49/14 52/7
64/10 65/1 65/6 65/12
86/19 163/20 169/7
169/8 220/3 226/25
241/10 241/17 242/9
**defer [1]** 6/19
**deference [1]** 6/13
**define [1]** 38/23
**definitely [5]** 6/25 34/9
151/19 196/24 222/3
**definition [2]** 171/22
233/22
**Deft [5]** 2/2 2/5 2/8 2/11
2/14
**delay [1]** 242/8
**delayed [1]** 66/22
**deleted [1]** 43/2
**delineates [2]** 213/20
216/25
**delivered [2]** 192/1
192/3
**delve [1]** 218/21
**democrates [2]** 162/17
162/21
**democrats [1]** 162/22
**demographics [1]**
18/11
**denied [3]** 89/16
101/13 218/18
**deny [4]** 52/18 52/20
88/23 240/6
**denying [1]** 55/20
**department [5]** 35/21
35/22 144/14 195/7
205/19
**Depending [1]** 210/6
**depends [2]** 41/21
151/24
**depict [3]** 29/21 144/23
213/21
**depicted [3]** 28/22
75/25 188/1
**depicting [2]** 148/22
233/9
**depictions [1]** 89/9
**depicts [3]** 29/24
161/18 217/3
**describe [11]** 54/7
66/10 68/19 94/13 95/9
97/19 102/7 102/16
106/4 107/25 192/21
**described [4]** 13/11
74/14 75/1 75/8
**describes [5]** 53/2 53/3
53/4 54/19 54/20
**describing [10]** 12/12
12/16 17/13 54/3 55/10
55/18 56/1 56/14 57/3

**description [4]** 12/13
13/18 54/6 55/25
**descriptions [1]** 12/13
**designated [1]** 212/25
**DESIRAE [5]** 3/12 87/6
92/9 92/17 92/24
**despite [1]** 39/24
**destroy [3]** 36/14 37/8
37/13
**detail [1]** 188/22
**detailed [1]** 232/22
**details [3]** 17/22 35/1
214/25
**detained [1]** 235/1
**determine [1]** 88/22
**device [36]** 66/14
71/19 71/25 161/24
161/25 161/25 162/2
166/25 171/7 172/3
175/21 176/15 177/11
178/10 184/4 201/17
201/18 201/20 201/23
201/24 202/4 211/5
224/1 224/1 224/23
225/2 226/15 228/1
228/3 229/4 229/10
229/12 229/13 230/8
234/9 234/11
**devices [15]** 39/10
199/20 199/21 203/20
203/25 209/25 210/22
229/5 229/9 229/23
230/4 230/23 231/1
234/7 234/8
**did [331]**
**didn't [59]** 5/11 16/5
16/7 16/17 35/12 36/20
37/3 37/4 37/12 37/13
38/10 39/23 41/3 41/14
42/19 69/2 70/10 77/17
77/17 77/20 78/9 78/20
83/21 83/24 84/3 84/4
84/7 84/22 85/22 86/4
130/23 143/18 157/7
165/20 167/12 172/8
184/15 192/15 195/22
195/24 195/25 199/21
206/12 212/11 218/22
219/8 219/11 220/22
223/10 224/22 228/25
233/10 233/24 234/6
234/15 234/17 238/9
238/10 240/9
**died [1]** 80/15
**Diego [1]** 1/22
**differ [1]** 195/8
**differences [1]** 225/23
**different [30]** 6/12 8/17
12/1 12/25 46/10 57/21
93/20 116/6 153/5
166/24 187/10 187/22
189/10 189/10 189/11
195/6 206/8 206/21
211/1 211/2 221/25
222/4 223/21 224/7
224/13 228/19 229/3
229/5 229/9 229/13

**difficult [3]** 19/22 49/20
169/5
**digital [1]** 97/25
**diligence [1]** 217/11
**direct [14]** 3/7 3/10
3/13 3/16 20/17 39/17
40/21 60/4 92/20 128/6
129/19 130/14 133/4
170/1
**directed [1]** 79/21
**directing [1]** 141/15
**directly [1]** 199/4
**disagree [2]** 59/2
232/16
**disclose [2]** 213/7
213/9
**disclosed [8]** 216/3
219/23 220/3 238/14
238/18 238/22 239/13
239/15
**disclosing [1]** 213/2
**disclosure [7]** 52/7
52/8 215/25 215/25
216/1 239/3 239/4
**discovered [2]** 102/6
189/13
**discovery [3]** 192/1
212/24 218/17
**discuss [3]** 88/17
109/22 170/15
**discussed [3]** 88/4
88/14 141/2
**discussion [8]** 15/13
15/16 164/4 211/15
212/5 216/16 223/9
240/5
**discussions [1]** 186/19
**dismissed [1]** 184/15
**disperse [1]** 19/5
**dispersed [1]** 19/11
**displaying [1]** 227/14
**displays [1]** 145/12
**dispose [1]** 36/11
**dispute [1]** 170/16
**disputes [1]** 87/20
**disregard [1]** 173/8
**distance [1]** 69/5
**distinction [1]** 229/6
**distinguishable [1]**
106/5
**district [6]** 1/1 1/1 1/11
2/21 10/11 192/15
**divide [1]** 196/18
**division [2]** 60/11 93/7
**do [280]**
**docket [1]** 89/10
**document [16]** 161/17
171/14 176/17 179/24
211/10 216/25 231/11
231/12 231/16 231/20
231/21 231/24 232/10
232/13 232/23 233/8
**documented [1]**
216/24
**documents [5]** 102/14
165/12 171/13 180/4
196/6
**does [74]** 11/20 21/12

**D**

**does... [72]** 28/21 31/11 32/6 39/23 41/5 46/5 54/5 54/7 55/16 80/14 90/9 92/10 92/12 103/1 103/6 103/7 104/13 114/7 114/20 115/8 129/1 132/19 139/24 140/1 142/2 143/13 143/16 145/6 145/8 146/24 147/1 149/8 149/9 157/3 157/4 158/3 158/5 162/3 162/9 162/16 164/23 167/3 176/17 176/21 176/21 177/1 177/7 177/13 178/1 180/18 181/12 182/15 183/2 183/4 184/24 186/7 188/3 188/6 188/16 190/5 204/15 215/18 215/19 219/4 227/24 227/25 231/17 231/18 233/2 234/19 238/24 242/24
**doesn't [19]** 12/3 13/18 13/19 45/19 45/21 53/23 55/11 76/9 76/13 90/11 91/1 91/24 172/7 209/5 209/8 215/3 227/9 229/4 242/15
**doing [11]** 19/5 50/15 73/22 82/17 83/25 97/24 117/7 142/2 143/6 146/9 152/19
**DOJ [1]** 1/21
**domestic [1]** 21/4
**don't [144]** 5/21 6/8 6/10 10/20 11/5 11/6 11/12 11/15 14/21 15/8 15/23 16/1 16/4 16/9 16/13 16/20 17/24 18/2 18/5 22/20 26/8 26/15 33/14 33/22 34/8 34/9 35/1 35/2 39/8 39/15 41/13 42/17 42/18 43/6 49/10 49/19 51/24 52/4 52/15 52/23 53/16 54/11 55/21 56/15 57/10 58/16 59/4 76/11 76/14 77/19 86/11 89/21 90/21 90/22 91/12 101/11 109/22 111/2 112/20 113/2 121/20 127/24 140/23 152/3 152/21 156/23 157/18 164/15 166/4 170/12 170/14 170/15 172/9 172/14 173/9 174/2 174/21 188/13 188/14 190/7 190/9 190/11 194/25 195/17 195/19 196/24 201/10 202/13 202/17 203/15 203/24 204/21 205/11 205/14 208/9 208/10 208/11 208/17 209/23

212/10 213/6 213/7 214/2 214/17 215/1 215/21 215/21 216/15 219/13 219/21 219/24 219/25 220/4 220/4 220/7 220/14 221/6 222/5 222/25 223/11 224/2 224/18 224/20 229/7 229/17 230/9 231/6 231/15 232/6 232/6 232/11 234/12 235/24 240/12 240/14 240/23 240/25 241/1 241/21 242/5 243/2
**done [5]** 29/15 124/2 164/19 189/13 212/20
**door [4]** 35/12 125/4 182/22 205/9
**doors [1]** 124/19
**double [1]** 239/11
**double-check [1]** 239/11
**doubt [1]** 232/19
**down [26]** 25/16 31/15 35/13 35/19 35/23 36/24 41/22 46/13 81/22 82/6 98/17 98/19 108/6 142/22 159/9 182/22 182/23 201/12 205/12 205/17 212/21 216/8 219/12 227/20 235/25 236/1
**download [1]** 211/10
**downloaded [3]** 66/15 72/5 171/11
**dozen [2]** 196/24 197/1
**dozens [1]** 222/8
**Dr. [1]** 238/20
**Dr. Price [1]** 238/20
**draft [1]** 198/5
**drafting [3]** 33/17 198/14 219/5
**draw [3]** 46/8 56/5 109/2
**drawing [1]** 55/9
**drawn [1]** 155/12
**drive [1]** 79/23
**driven [1]** 71/9
**driver [1]** 10/7
**drove [1]** 82/11
**Dude [1]** 177/14
**due [3]** 5/23 6/14 217/10
**Dugan [2]** 42/8 42/15
**Dugan's [3]** 42/11 42/11 42/19
**duly [4]** 20/15 60/2 92/18 133/2
**dumped [1]** 165/15
**during [50]** 19/6 19/7 23/15 23/24 24/12 25/18 31/8 39/12 39/17 50/2 50/13 50/16 56/22 65/20 72/11 75/15 79/4 79/14 80/10 84/3 84/21 85/6 86/18 87/25 88/4 90/13 94/11 94/20 95/5 97/11 104/5 105/25

100/6 106/9 117/11 134/9 136/25 140/8 142/13 142/18 150/3 151/7 156/20 157/8 158/8 206/20 206/25 207/11 208/6 235/17
**duties [3]** 20/25 131/3 131/6

**E**

**each [5]** 26/14 59/4 59/5 128/20 162/24
**earlier [8]** 5/19 110/15 119/9 152/5 162/2 166/20 199/20 226/15
**early [4]** 47/20 77/3 128/2 205/5
**easier [1]** 120/20
**eastern [9]** 10/11 103/13 162/9 177/25 179/23 180/25 181/11 184/9 185/3
**easy [1]** 198/20
**EDVA [1]** 2/9
**Edwards [4]** 134/13 137/4 138/18 238/19
**Edwards's [5]** 134/19 238/8 238/21 239/8 239/20
**effect [7]** 26/8 54/16 54/18 55/1 55/2 56/6 56/23
**effort [4]** 41/3 42/25 132/13 239/20
**efforts [1]** 222/19
**either [16]** 11/12 13/2 14/25 22/20 26/24 42/20 57/6 58/1 65/11 120/17 150/18 165/1 207/6 218/22 219/25 234/15
**election [2]** 162/20 175/9
**electronic [2]** 171/7 172/2
**electronics [1]** 111/3
**elicit [1]** 87/22
**elicited [3]** 86/16 86/19 88/17
**eliciting [1]** 84/24
**else [16]** 10/21 18/17 34/12 39/5 39/9 39/13 43/11 43/15 58/5 108/2 154/15 160/15 190/13 216/19 232/19
**else's [2]** 164/13 174/21
**elsewhere [1]** 116/11
**em [1]** 182/19
**email [21]** 8/5 8/25 32/6 35/4 40/15 40/21 41/4 41/12 41/18 42/4 42/6 42/12 42/17 42/22 42/23 42/24 43/2 49/3 85/25 184/3 242/16
**emailed [4]** 6/6 8/19 40/15 47/10
**emailing [1]** 48/24

**emails [6]** 30/7 40/19 43/5 43/7 43/11 43/14 44/1 49/23
**embedded [2]** 183/21 185/16
**emblem [1]** 22/14
**emergency [1]** 242/18
**employed [7]** 60/9 133/13 133/15 182/14 189/6 225/4 225/5
**employment [3]** 71/7 71/8 71/12
**encountered [1]** 77/12
**encrypted [2]** 86/5 86/5
**end [5]** 14/25 72/13 173/16 206/18 220/8
**endeavoring [1]** 239/18
**ended [1]** 160/13
**ending [14]** 161/21 161/22 167/1 176/25 177/12 178/10 178/11 179/10 180/14 182/9 184/5 184/23 185/9 186/6
**enforcement [4]** 36/21 97/13 195/6 225/8
**engaging [2]** 50/17 51/15
**engines [1]** 102/14
**English [1]** 40/5
**enlarged [2]** 183/21 185/16
**enlisting [1]** 151/14
**enough [5]** 125/17 227/12 233/13
**enshrines [1]** 43/23
**ensure [1]** 131/1
**ENT [1]** 238/11
**enter [3]** 33/21 194/12 236/12
**entered [8]** 11/8 32/12 32/14 98/15 116/7 134/6 159/1 232/9
**entire [1]** 233/13
**entirely [2]** 217/7 218/25
**entirety [1]** 79/4
**entitled [2]** 169/22 244/5
**Entrance [1]** 151/12
**equipment [1]** 91/9
**equivalents [1]** 225/7
**error [1]** 53/25
**escalates [2]** 19/1 19/1
**especially [1]** 232/18
**essentially [4]** 35/11 35/14 94/1 97/22
**establish [2]** 112/24 222/19
**established [2]** 125/17 234/18
**establishes [1]** 56/7
**estimate [2]** 19/14 94/23
**et [4]** 5/4 50/12 196/6 226/21

**even [14]** 19/25 19/25 37/12 54/14 77/20 106/9 106/10 129/12 213/2 215/24 223/11 224/6 241/1 243/2
**evening [1]** 88/4
**event [5]** 37/9 38/19 39/6 89/21 146/18
**events [11]** 11/3 12/5 12/12 40/10 54/3 90/13 131/10 221/14 221/17 222/21 223/11
**eventually [5]** 8/13 28/25 94/8 184/16 200/18
**ever [6]** 35/8 39/12 97/6 151/15 222/8 223/9
**every [5]** 132/13 204/13 222/8 226/19 231/6
**everybody [6]** 36/13 59/1 163/23 164/13 167/5 241/20
**everyone [6]** 108/2 219/20 227/6 241/3 241/22 243/10
**everything [6]** 18/13 49/22 64/14 233/14 234/17 234/20
**evidence [109]** 9/16 11/9 12/15 26/13 29/12 30/6 30/8 30/24 36/15 37/8 37/14 40/15 45/4 51/19 54/22 56/17 56/25 57/4 57/14 58/2 63/4 66/15 73/13 74/1 74/18 75/20 88/16 90/4 92/7 96/18 96/19 96/22 98/15 98/21 101/10 101/21 111/8 111/13 112/19 116/7 116/9 118/6 118/22 121/22 125/9 126/18 126/23 126/23 137/12 147/14 147/9 149/22 150/1 152/1 152/9 153/1 154/4 163/2 163/4 163/6 163/13 164/5 164/8 167/22 167/24 168/1 168/9 169/16 172/8 172/9 186/14 186/25 190/1 190/17 191/6 191/9 193/20 194/8 196/5 198/24 199/7 199/14 199/18 199/24 200/4 200/5 200/7 201/1 201/4 201/7 201/8 202/3 209/17 209/20 209/24 215/5 221/2 226/17 226/18 229/21 234/7 236/14 237/1 237/6 237/11 237/15 237/24 238/2
**evidentiary [1]** 56/20
**evidently [2]** 216/23 240/1

**E**

ex [1] 219/5
ex-girlfriend [1] 219/5
exact [4] 15/8 97/23
157/18 195/1
exactly [16] 68/19
90/12 103/11 113/16
120/12 130/6 171/8
192/21 196/24 201/11
202/14 204/22 208/9
210/21 221/6 232/11
exam [1] 50/7
examination [36] 3/4
3/7 3/8 3/10 3/11 3/13
3/14 3/16 3/17 10/4
14/3 18/17 18/20 20/17
32/20 32/22 39/18
40/22 60/4 76/6 76/20
86/14 92/20 127/2
127/12 128/6 129/19
130/14 132/20 133/4
173/18 191/16 191/19
216/8 216/10 217/6
examine [4] 10/10
13/18 90/5 199/21
examined [4] 20/15
60/2 92/18 133/2
examiner [3] 29/14
225/4 229/16
examiners [1] 225/7
examining [1] 50/19
example [5] 9/7 13/14
17/22 43/16 78/9
Except [1] 35/1
excerpt [4] 46/5 99/12
161/15 175/21
excerpts [1] 101/6
exchange [3] 49/23
176/13 177/8
excluded [1] 202/15
exclusively [3] 18/14
214/8 217/7
excuse [5] 53/17 219/2
231/13 234/3 239/21
excused [4] 20/6 44/17
127/6 132/22
execute [5] 34/22 94/8
135/4 159/8 159/11
executed [4] 35/4
94/15 97/9 111/1
executing [2] 94/6
205/2
exhibit [153] 8/3 8/14
8/15 9/18 10/8 14/7
22/16 23/2 24/20 25/25
26/13 26/21 26/22 27/6
28/7 28/22 29/3 29/5
29/25 30/2 30/14 30/21
37/22 38/4 38/5 40/13
42/3 47/9 48/16 48/19
50/15 63/4 63/7 63/10
64/4 64/14 64/16 64/19
64/25 65/13 68/6 73/4
73/9 73/9 73/13 73/17
73/23 74/2 74/10 76/2
88/3 95/2 95/14 95/21
96/19 96/22 98/12
98/23 99/16 99/19

100/2 102/20 103/20
104/24 105/9 105/21
106/21 106/23 107/8
108/7 109/10 110/3
110/13 110/14 112/3
112/24 113/21 115/20
115/21 115/24 115/25
116/12 116/16 118/19
121/23 122/4 122/5
122/7 124/10 125/9
126/18 130/1 130/10
138/22 139/10 139/12
139/13 139/20 140/12
143/6 143/20 145/3
145/11 146/21 147/4
147/9 149/16 149/18
149/22 150/1 152/8
152/25 154/18 157/21
157/24 158/12 158/13
161/12 162/24 164/18
166/16 167/15 168/19
170/4 171/4 178/5
178/7 178/12 182/1
184/19 185/5 186/25
187/13 188/12 189/21
190/1 191/7 191/9
191/13 226/25 227/2
227/4 227/8 227/9
227/10 227/14 227/16
227/18 228/7 236/16
236/22 237/13 237/15
Exhibit 1102 [1] 37/22
Exhibit 1102A [2]
30/14 30/21
Exhibit 1102C [3] 29/3
29/5 30/2
Exhibit 1102D [2]
29/25 38/5
Exhibit 1030 [1]
226/25
Exhibit 1103A [2]
161/12 191/13
Exhibit 1103B [1]
186/25
Exhibit 1103C [2]
178/5 178/7
Exhibit 1103M [1]
228/7
Exhibit 1030O [4]
162/24 227/2 227/4
227/14
Exhibit 1103T [1]
182/1
Exhibit 1103W [1]
166/16
Exhibit 1103X [1]
184/19
Exhibit 1105 [1] 98/12
Exhibit 1105A [1]
98/23
Exhibit 1105B [1]
99/19
Exhibit 1105C [1]
100/2
Exhibit 1105D [1]
102/20
Exhibit 1105E [1]
103/20

Exhibit 1105Q [1]
122/4
Exhibit 1201 [1] 236/22
Exhibit 1204 [1] 236/16
Exhibit 1205 [2] 237/13
237/15
Exhibit 202 [1] 14/7
Exhibit 208 [3] 26/22
27/6 28/22
Exhibit 302 [7] 25/25
63/4 63/7 63/10 64/4
64/14 106/23
Exhibit 304 [3] 105/9
107/8 110/13
Exhibit 307 [1] 152/25
Exhibit 308 [3] 22/16
23/2 104/24
Exhibit 308B [3] 64/16
64/19 138/22
Exhibit 309 [1] 105/21
Exhibit 313 [1] 143/20
Exhibit 314 [1] 140/12
Exhibit 318 [1] 154/18
Exhibit 319 [2] 95/21
130/1
Exhibit 320 [2] 112/3
130/10
Exhibit 327 [3] 64/25
65/13 76/2
Exhibit 330 [1] 28/7
Exhibit 332 [1] 24/20
Exhibit 334 [1] 113/21
Exhibit 335 [1] 115/25
Exhibit 337 [1] 115/21
Exhibit 339 [2] 109/10
110/3
Exhibit 340 [1] 108/7
Exhibit 407 [2] 149/16
149/22
Exhibit 408 [2] 146/21
147/4
Exhibit 409 [2] 145/3
145/11
Exhibit 411 [1] 152/8
Exhibit 501 [1] 157/24
Exhibit 501A [1]
157/21
Exhibit 501J [1] 167/15
Exhibit 503 [5] 187/13
188/12 189/21 190/1
191/7
Exhibit 523 [13] 8/3
8/14 10/8 50/15 68/6
73/4 73/9 73/9 73/13
73/17 73/23 74/2 74/10
Exhibit 525 [5] 8/15
9/18 47/9 48/16 48/19
Exhibit 526 [4] 88/3
118/19 124/10 125/9
Exhibit 611 [3] 95/2
95/14 96/19
Exhibit 627 [1] 158/12
Exhibit 628 [1] 158/13
Exhibit 904 [3] 26/13
139/10 139/20
exhibits [43] 3/20 4/3
8/1 8/2 9/9 9/10 9/11
12/15 26/21 27/2 30/6

30/24 37/18 75/25
91/18 98/7 99/3 101/10
101/19 158/22 158/25
161/6 163/2 163/3
163/6 163/17 168/25
169/1 169/1 169/2
169/4 172/16 175/16
178/15 180/2 226/24
236/13 236/24 237/5
237/10 237/18 237/23
238/1
Exhibits 1103D [1]
178/15
Exhibits 1105 [1] 98/7
Exhibits 302 [1] 75/25
Exhibits 523 [1] 8/2
Exhibits 627 [1] 158/22
existed [1] 223/11
existence [1] 213/2
exit [1] 32/15
expect [1] 6/23
expectation [1] 173/9
expected [1] 240/23
expecting [1] 240/24
expedited [1] 230/21
experience [1] 144/16
expert [1] 223/21
explain [4] 172/10
175/2 178/22 202/17
explained [1] 175/2
explanation [1] 222/10
explanations [1]
195/19
explore [1] 216/10
exploring [1] 214/4
extent [6] 9/5 11/18
56/21 84/24 90/14
118/7
extract [1] 99/12
extracted [1] 171/11
extraction [36] 29/8
29/16 29/17 97/25 98/3
98/5 99/24 100/7
100/12 100/16 100/16
100/21 101/1 101/7
122/12 129/1 160/20
160/23 160/25 161/3
161/4 161/16 163/15
164/2 164/19 165/3
186/12 192/5 201/17
224/1 224/1 224/24
225/11 225/24 226/2
229/16
extractions [4] 101/5
122/10 173/14 225/12
extremely [1] 36/10
extremist [1] 85/16
eyes [3] 141/7 142/5
222/23

**F**

F'ing [1] 75/5
face [5] 25/17 27/20
96/10 148/23 217/2
facial [6] 17/23 18/1
61/6 132/8 132/10
224/9
facilitate [1] 130/25

facilitated [1] 201/17
facility [3] 94/17 94/18
206/21
fact [42] 9/22 10/5
10/10 12/10 16/23
37/16 40/2 41/17 47/4
51/2 51/2 51/11 53/8
55/10 55/15 63/24 64/1
68/25 77/7 80/14 90/11
94/8 121/22 129/4
151/22 152/4 169/4
169/9 172/13 190/4
192/3 194/1 195/11
198/2 205/17 213/15
218/16 219/1 219/3
224/11 234/25 239/15
facts [3] 154/4 204/14
204/16
factual [1] 9/25
fair [11] 16/20 17/17
19/23 27/22 46/18 62/8
101/6 198/23 225/6
227/12 241/1
fairly [1] 196/8
fairness [5] 8/7 8/19
8/23 58/20 239/12
falls [1] 21/22
familiar [12] 23/24
24/12 97/3 130/6
146/14 194/14 221/20
223/3 223/6 223/13
231/3 231/13
family [3] 33/20 34/21
94/16
far [4] 6/3 49/12 203/17
203/25
fast [1] 188/7
fast-forward [1] 188/7
father [4] 34/4 34/6
34/8 82/3
favor [1] 51/8
FBI [45] 20/12 20/24
29/11 29/13 33/21 36/3
43/18 43/19 44/21
59/22 60/10 60/15
83/16 93/1 93/4 93/5
132/3 132/10 132/10
133/21 134/22 185/23
192/9 192/12 194/3
195/5 198/15 199/25
202/4 205/17 207/9
208/1 209/24 210/22
219/7 225/4 225/5
226/9 229/22 230/11
230/16 234/8
FBI's [6] 36/13 194/12
210/5 214/1 214/4
217/6
FD [8] 216/3 216/24
217/7 231/3 231/12
231/16 231/18 232/17
FD-1023 [4] 231/3
231/16 231/18 232/17
FD-1036 [3] 216/3
216/24 217/7 231/12
February [4] 61/5
80/24 164/10 218/16

**F**

February 2021 [1] 61/5
February 24th of [1]
218/16
February 27th [1]
164/10
federal [10] 1/18 21/3
34/7 43/15 60/12
133/16 133/18 193/11
194/1 195/12
feels [1] 190/19
Feitel [5] 2/5 2/5 3/8
26/23 76/8
Feitel's [1] 6/13
fell [1] 160/8
felt [2] 36/9 88/14
fence [3] 38/17 167/5
167/11
few [6] 6/11 17/7 26/20
65/3 114/7 178/2
field [8] 21/8 21/14
21/20 60/24 80/24 81/5
133/24 192/14
Fifth [1] 2/3
fight [3] 149/14 164/12
241/12
figure [2] 5/13 173/25
file [21] 172/3 194/21
198/12 200/8 200/11
200/13 200/16 200/17
200/19 200/19 200/21
211/11 224/18 226/18
226/19 226/20 226/22
232/5 232/6 232/8
232/9
filed [4] 126/13 164/3
236/9 240/17
files [1] 232/19
filing [1] 87/21
filmer [2] 104/16
104/19
final [2] 91/13 92/1
Finally [1] 101/2
financial [1] 171/21
find [13] 38/12 38/13
39/24 78/9 78/12 85/15
85/22 85/25 86/4
129/10 132/13 198/21
215/17
finder [2] 51/2 121/21
finding [2] 40/9 185/25
finds [1] 56/7
fine [12] 53/13 56/7
58/22 59/12 59/15
111/22 116/9 120/17
142/19 154/6 168/5
241/10
finish [2] 66/24 128/20
finished [2] 13/1
140/22
firearm [1] 38/24
firearms [1] 10/12
first [44] 8/8 13/10
15/10 20/15 32/12
43/22 44/24 46/3 46/19
59/2 60/2 77/12 80/22
87/11 92/18 122/5
122/12 122/24 123/16

133/2 139/8 134/6
148/2 165/11 167/5
167/8 167/10 167/11
167/13 172/8 174/3
182/22 184/12 184/13
184/14 198/8 205/14
205/15 215/17 215/23
226/17 235/7 237/17
238/25
fishing [1] 210/11
fit [1] 7/17
five [11] 9/13 59/3
109/15 162/11 162/12
177/24 178/18 179/5
179/23 184/9 185/3
five hours [1] 162/11
fix [1] 32/8
flag [12] 109/6 136/21
146/15 147/23 148/16
148/18 148/19 148/21
148/22 149/1 149/3
149/5
flagpole [1] 147/22
flat [1] 119/11
flat-billed [1] 119/11
fleshed [1] 220/7
flipped [2] 144/6
145/19
Floor [1] 1/18
Florida [1] 242/12
flows [1] 50/20
focus [1] 45/25
focused [1] 34/20
folks [4] 77/9 83/15
196/22 232/5
followed [3] 62/6 167/5
218/1
followers [1] 121/6
following [3] 198/5
209/13 209/16
follows [5] 20/16 47/20
60/3 92/19 133/3
foolproof [1] 195/15
footage [21] 21/24
61/14 97/4 104/6
116/14 131/10 131/13
131/13 131/19 131/21
131/25 132/1 132/3
203/2 209/21 210/14
217/3 218/15 218/20
221/4 221/7
force [10] 21/2 33/21
60/17 93/11 133/25
192/13 192/17 192/18
207/7 207/9
foregoing [1] 244/3
forensic [13] 29/14
164/5 164/8 165/14
166/1 166/3 171/16
172/15 172/21 173/14
192/5 225/2 229/15
forensics [3] 160/21
164/11 164/13
forgive [1] 226/14
form [9] 78/22 194/14
194/16 194/19 194/24
231/3 231/13 231/17
232/7

**Form 1036 [1]** 231/13
Form 302 [1] 194/24
formally [1] 78/15
format [2] 9/19 99/10
former [3] 34/6 148/22
148/24
formulate [1] 193/20
Fort [1] 243/4
fortunately [1] 33/5
forward [4] 17/7 27/11
172/18 188/7
Foster [2] 1/20 3/16
fought [1] 149/15
found [10] 37/6 37/16
37/18 37/21 39/17 43/2
43/13 78/12 80/19
214/24
foundation [12] 91/14
137/18 137/23 141/4
144/2 148/3 151/18
154/20 158/24 186/16
188/14 190/9
four [12] 15/19 15/22
16/2 16/3 45/14 75/20
78/1 109/12 135/8
153/24 154/5 154/11
four minutes [1]
109/12
four seconds [1] 45/14
FPD [1] 2/9
FPD-EDVA [1] 2/9
frame [4] 51/15 95/23
96/4 140/16
Franklin [6] 13/25
110/1 163/8 212/4
227/5 231/8
frankly [1] 242/6
fraud [2] 31/12 32/5
FRE106 [1] 45/21
freedom [2] 149/14
149/15
freely [1] 78/25 80/3
Friday [5] 5/18 14/9
14/17 17/10 17/25
friend [1] 103/15
front [18] 1/21 18/23
28/15 38/6 54/21 63/15
109/11 111/2 124/19
124/19 130/4 130/7
135/17 142/3 144/23
154/12 177/2 233/5
Fuck [1] 182/19
Fucking [2] 103/5
162/17
full [3] 91/19 221/1
239/19
fun [1] 75/5
funeral [1] 80/20
further [22] 10/21 20/5
22/2 32/19 44/12 76/4
86/11 87/1 87/2 112/19
118/8 126/25 132/18
137/23 150/15 169/22
188/9 190/13 191/10
211/8 229/1 235/21
furtherance [1] 26/3
future [1] 194/17

**G**

gain [1] 51/8
gaiter [4] 22/13 23/23
25/3 25/16
gallows [1] 75/8
garbage [1] 78/9
Garden [2] 123/14
124/5 124/6 124/16
gas [1] 66/7 66/8 68/4
69/5 69/7 71/3 71/5
71/10 82/11 82/14
178/2
gate [7] 134/6 167/8
167/11 167/13 184/12
184/13 184/14
gather [1] 193/20
gathered [1] 201/1
gathering [1] 215/5
gave [3] 21/16 81/6
160/9
gay [1] 182/20
gear [1] 142/4
Genco [1] 231/2
general [2] 104/9 243/1
generally [12] 29/11
29/13 30/10 30/11
36/13 91/5 94/5 95/9
101/13 104/13 195/2
223/5
generate [1] 234/1
generated [1] 134/15
generation [1] 228/14
gentleman [6] 13/12
14/10 14/12 15/7 15/10
17/1
gentlemen [1] 179/5
geographical [1] 130/6
Georgia [10] 31/9 32/2
41/7 42/9 42/15 43/7
43/11 43/12 162/17
162/21
get [43] 6/23 6/25 8/20
11/7 11/11 20/2 25/18
26/25 36/6 36/7 37/3
46/15 50/10 55/12
59/11 67/18 74/14
79/11 131/8 135/1
152/1 165/14 166/1
166/3 170/11 170/16
172/22 172/22 188/22
189/3 212/20 213/3
213/7 214/17 214/23
215/1 215/15 218/7
219/19 225/20 226/10
229/16 241/2
gets [4] 29/12 46/20
164/25 224/5
getting [4] 48/5 48/8
48/12 173/16
girl [1] 158/4
girlfriend [7] 157/13
157/16 160/19 187/8
199/13 200/14 219/5
girlfriend's [8] 80/7
80/14 82/2 84/15
199/16 199/19 199/25
234/8
give [11] 36/7 36/11

457 65/1 89/22 112/21
159/19 166/12 206/1
206/3 240/17
given [6] 8/16 9/20
19/12 78/22 87/20
239/9
gives [1] 227/23
glad [1] 6/1
glib [1] 170/5
gloves [2] 75/23 78/4
gmail [2] 166/21
166/24
gmail.com [1] 184/5
go [96] 6/3 10/19 12/20
20/2 22/16 22/23 24/19
27/6 28/22 28/6 36/14
37/13 41/25 49/10 50/5
51/7 51/7 58/10 67/12
68/22 70/2 72/21 73/3
84/17 88/16 90/18 91/8
95/20 98/11 100/1
100/3 100/13 100/18
101/22 102/19 103/19
104/24 105/8 105/20
106/12 106/20 106/23
107/7 108/6 108/20
109/9 112/3 113/20
113/23 115/20 118/20
122/3 122/22 122/22
123/15 124/9 124/21
128/13 138/3 139/9
139/19 139/20 140/5
141/9 143/8 152/8
152/9 152/10 152/25
165/25 172/22 177/3
177/15 178/14 181/3
183/5 183/10 183/18
184/18 210/11 210/16
210/18 214/20 220/1
224/2 224/9 224/14
228/18 229/1 233/6
233/10 233/20 234/18
236/13 236/24 240/18
goes [5] 18/25 47/25
171/10 231/25 235/4
going [119] 6/10 6/20
7/7 7/10 7/10 7/24 10/3
10/9 10/23 11/24 15/23
17/7 18/23 18/24 19/3
19/20 31/16 34/22 35/9
36/14 36/14 37/4 44/4
45/18 46/9 46/22 46/23
47/13 48/3 48/6 48/21
48/25 50/1 50/3 51/13
51/17 51/19 52/18
58/10 58/12 58/20 59/1
59/7 59/8 63/3 63/5
63/5 64/15 65/5 65/21
65/25 68/6 68/7 68/11
69/13 70/7 70/14 70/25
71/12 73/3 73/10 73/12
73/15 73/15 73/16
73/16 76/8 76/10 79/7
79/11 79/24 80/20
84/23 85/8 87/6 87/24
88/20 89/2 89/2 89/7
91/24 92/3 98/15 98/20
99/16 99/16 109/20

**G**

going... [32] 112/25 122/11 140/3 142/17 150/5 165/2 165/6 168/8 168/9 168/17 169/8 173/6 188/10 188/11 190/17 209/9 212/3 212/4 214/23 215/2 216/13 219/10 219/12 221/23 226/2 235/7 236/5 240/19 241/2 241/11 241/25 242/5
goings [1] 216/25
good [18] 5/5 20/20 32/24 32/25 33/2 33/3 76/22 76/23 109/18 109/19 127/14 127/15 133/6 133/7 173/23 182/22 191/21 191/22
goodness [1] 46/13
Google [2] 102/9 103/15
got [21] 6/9 41/25 51/17 77/2 77/7 80/23 81/4 91/9 127/23 140/4 144/25 161/15 163/19 177/2 178/2 179/11 181/5 186/12 200/18 224/7 243/3
government [143] 3/2 3/20 4/3 6/4 7/3 7/6 7/9 7/14 7/24 7/25 8/2 8/4 8/16 8/20 8/22 9/1 9/5 9/9 10/23 11/1 11/8 12/17 13/8 14/18 15/2 16/11 16/19 20/7 30/6 30/24 37/19 43/24 44/2 44/19 44/20 45/10 45/10 45/12 45/14 46/4 46/5 46/6 46/16 47/10 48/1 48/3 48/7 48/9 48/18 48/21 48/22 49/14 49/23 51/8 51/24 53/6 54/25 55/24 56/5 56/12 56/21 57/5 57/19 58/11 58/23 59/22 64/4 64/15 86/15 88/7 88/24 89/22 90/23 90/24 91/13 91/18 92/8 96/18 96/22 98/14 101/9 101/19 105/2 105/7 118/7 125/8 125/16 125/19 126/6 126/9 126/18 126/20 127/4 128/7 128/17 129/16 129/19 130/8 147/9 150/1 151/21 163/16 164/9 165/5 168/24 169/7 169/14 169/25 171/19 172/25 173/3 173/5 187/24 188/14 191/9 211/13 212/24 213/18 214/18 217/3 217/8 220/2 226/13 226/24 227/13 237/5 237/10 237/23 238/12

239/14 239/18 239/19 239/13 239/19 240/1 240/4 240/5 240/19 241/20 242/24
Government's [121] 5/6 6/21 10/8 12/17 14/7 22/16 23/1 24/19 25/24 26/13 26/22 27/6 28/6 28/22 29/3 29/5 29/25 30/2 30/13 30/21 35/5 37/21 38/5 40/13 45/6 47/8 48/15 87/5 88/2 91/17 95/2 95/13 95/20 96/19 98/7 98/12 98/23 99/3 99/15 99/19 100/1 101/10 102/19 103/19 104/24 105/8 105/20 106/20 106/23 107/8 108/6 109/10 110/3 110/12 112/3 113/20 115/21 115/25 118/19 122/4 124/9 125/9 129/25 130/9 138/21 139/9 139/19 140/11 143/6 143/19 145/1 145/3 145/11 147/3 149/22 154/17 157/21 157/24 158/12 158/13 158/22 161/6 161/11 162/24 166/16 167/15 169/5 171/4 171/8 175/16 177/3 178/4 178/7 178/14 180/2 182/1 184/18 184/18 185/5 186/25 187/13 188/11 189/21 190/1 191/7 191/12 213/3 213/5 217/18 227/2 227/4 227/14 228/8 236/16 236/22 237/13 237/14 239/4 239/22 241/6 242/20
grabbed [1] 142/10
grabbing [2] 140/9 142/25
grabs [1] 142/22
grand [1] 22/4
grandmother [3] 80/7 80/10 80/15
grant [52] 1/6 2/5 21/21 22/2 22/4 22/6 22/7 23/5 23/6 23/10 23/25 24/4 24/23 25/12 25/22 26/2 26/7 26/16 26/23 27/10 28/9 28/25 29/21 30/18 31/5 31/23 32/9 33/20 34/12 34/20 35/5 35/9 35/19 36/24 37/12 37/22 38/13 38/15 39/8 39/13 40/10 41/2 41/3 42/7 43/5 53/1 53/9 53/9 53/12 53/15 53/24 86/24
Grant's [10] 26/8 27/1 29/9 30/8 34/16 36/19 39/17 39/21 42/22 43/2
Granted [1] 24/2
grassy [3] 130/4 130/7

gray [9] 25/4 63/20 65/8 65/14 75/21 78/4 81/13 82/18 82/21
GrayKey [3] 225/15 225/16 225/17
great [5] 64/2 69/5 136/19 171/2 178/24
Greenwich [1] 162/7
groggy [1] 205/10
ground [1] 196/3
grounds [14] 21/25 23/8 24/13 28/4 28/25 68/1 68/7 88/12 89/15 101/12 129/23 130/7 134/4 157/16
groups [1] 85/17
guarantees [1] 43/23
Guardian [4] 93/21 93/23 93/25 97/5
guess [10] 45/2 50/23 151/24 153/20 174/10 191/12 225/6 231/15 231/19 235/5
guilt [1] 219/7
gum [1] 148/17
guns [1] 46/14
guy [1] 226/10
guys [1] 212/2

**H**

had [73] 7/6 10/16 10/20 14/15 19/14 22/3 22/13 22/13 23/22 24/14 38/4 56/23 58/11 61/4 62/5 62/17 62/20 62/22 67/25 69/16 71/9 71/12 71/15 72/13 75/1 77/7 79/2 79/23 80/7 80/10 80/17 81/13 85/16 85/23 86/1 94/14 95/11 116/13 121/6 136/21 144/13 150/4 160/2 163/21 165/1 167/17 169/2 170/19 173/8 185/23 189/12 199/20 200/17 201/1 201/7 201/9 204/1 204/9 204/18 205/14 207/12 208/3 208/6 222/8 222/10 225/14 230/19 232/9 235/10 237/25 238/8 238/13 238/14
hair [5] 13/15 17/23 18/1 24/8 53/4
hairs [1] 56/19
half [6] 54/19 127/21 163/25 185/21 185/22 233/13
Halim [16] 2/11 3/11 6/17 7/18 10/20 44/25 45/7 45/12 45/20 45/23 46/2 46/24 47/3 55/22 58/12 59/1
Halim's [1] 12/20
hall [1] 212/20
hallway [1] 220/23

hand [16] 104/23 107/9 114/24 114/25 142/10 147/21 148/15 148/18 153/12 156/7 171/3 175/21 175/22 176/8 179/5 185/22
handcuffs [2] 78/16 78/22
handle [3] 58/9 126/3 220/2
handled [2] 93/12 97/13
handling [2] 144/11 144/12
handrail [1] 74/15
hands [5] 38/10 79/20 79/21 90/23 117/10
happen [5] 76/16 80/14 173/25 195/24 195/25
happened [9] 16/22 21/13 50/12 70/8 79/10 90/8 91/5 171/9 213/16
happening [3] 16/17 16/19 107/22
happens [3] 213/22 219/2 219/3
happy [16] 6/19 6/20 55/6 88/15 105/6 109/16 138/3 164/20 167/24 168/21 169/18 170/5 170/7 188/22 241/4 241/8
hard [4] 8/10 46/10 46/15 156/10
hardship [1] 6/15
Harrisburg [1] 61/7
has [72] 7/25 8/2 8/4 8/16 9/11 10/11 12/15 24/9 25/5 27/17 28/13 34/14 38/19 46/24 47/3 48/1 52/23 54/22 56/4 56/10 63/19 64/10 65/12 69/12 87/12 88/25 89/16 91/13 96/14 109/5 112/16 125/16 125/18 125/19 126/20 141/2 141/23 145/19 146/5 147/2 147/5 150/14 150/23 153/10 155/12 156/3 161/22 163/16 168/19 169/14 173/13 188/14 208/18 212/14 213/23 214/8 214/15 214/21 217/15 217/22 218/7 218/18 220/2 223/8 224/19 225/20 226/24 235/1 235/6 235/10 242/24
hasn't [2] 118/21 235/17
hat [34] 14/10 14/13 15/7 15/11 17/1 17/13 17/15 17/15 22/13 25/4 25/15 27/18 27/19 28/14 28/16 95/11 119/11 137/10 137/14 138/2 138/8 138/13

138/17 139/4 146/7 153/11 153/24 156/3 181/13 181/17 181/19 181/21 181/24 182/18
hate [2] 19/2 19/16
hats [3] 14/14 17/4 17/16
have [203] 6/1 6/11 8/17 8/22 8/24 9/3 9/5 10/21 11/21 13/22 14/25 16/3 16/24 17/11 17/13 17/22 18/1 18/17 19/8 20/11 22/20 22/21 26/7 26/8 26/25 34/23 34/23 35/8 36/2 36/5 40/18 43/14 43/19 44/6 44/23 46/23 50/24 51/18 52/25 53/14 54/12 59/13 60/12 62/8 62/12 62/18 62/23 68/12 68/22 69/20 72/24 74/3 75/23 76/12 77/17 77/17 77/20 80/13 84/9 84/22 86/8 86/11 86/13 87/14 88/18 89/11 90/13 90/20 91/12 93/4 93/12 93/13 97/6 97/7 98/3 98/7 99/2 104/5 104/8 109/11 109/15 111/2 111/17 111/25 112/13 115/23 120/8 127/4 128/13 131/8 132/6 132/6 132/19 133/18 136/13 137/12 144/13 144/15 145/3 145/5 146/17 146/19 148/1 149/1 149/2 149/3 149/4 156/9 157/18 163/1 163/8 163/9 164/6 164/15 164/17 168/3 168/10 168/15 168/18 168/20 169/13 169/24 170/24 173/9 173/24 182/22 184/8 185/2 187/10 187/15 188/23 190/7 190/9 191/10 191/23 191/24 192/16 193/2 193/13 193/16 196/18 200/4 201/4 201/18 202/6 203/4 203/18 204/10 204/19 205/8 208/22 209/5 210/8 212/2 212/16 213/3 213/4 213/7 213/14 213/15 219/3 219/22 220/14 222/25 223/2 223/12 223/15 223/23 224/3 224/3 224/4 225/22 226/21 227/9 227/10 229/1 229/15 229/25 230/8 230/11 231/14 231/24 232/5 232/22 232/16 233/15 234/6 235/22 235/23 236/2 236/6 236/10 238/10 238/15 239/23 239/24

**have... [7]** 240/2
240/12 240/18 241/9
242/11 242/15 243/9
**haven't [3]** 46/2 116/7
128/4
**having [14]** 13/15
20/15 23/7 39/25 49/10
60/2 70/11 92/18
104/20 133/2 155/19
187/22 188/15 189/4
**Hayman [11]** 22/15
110/2 146/20 147/10
148/8 152/8 157/20
166/15 167/14 174/19
187/1
**he [312]**
**he'd [2]** 151/9 170/6
**he's [38]** 24/7 25/3
25/15 26/9 27/4 28/12
36/7 50/19 51/16 54/13
55/10 55/17 55/18 56/1
56/14 57/3 58/1 68/12
74/19 96/12 106/7
110/23 113/17 136/2
139/16 141/16 146/10
146/12 149/13 149/15
150/13 152/4 174/4
175/6 188/4 214/22
215/3 218/6
**head [2]** 74/15 231/14
**headphones [1]** 212/2
**heads [1]** 36/7
**health [1]** 34/17
**hear [25]** 56/3 58/17
69/3 70/17 88/18 94/20
106/5 108/2 108/4
108/5 113/8 115/9
117/21 119/16 137/8
149/10 150/16 167/25
169/15 212/3 212/4
213/13 219/10 223/10
238/10
**heard [24]** 6/11 11/18
13/5 15/10 49/18 53/9
54/22 57/17 67/14
69/12 69/17 69/20
70/13 83/15 90/14
114/8 140/2 163/25
164/6 164/9 168/20
222/4 222/8 230/14
**hearing [6]** 57/12 169/3
169/13 211/23 230/20
243/4
**hears [1]** 106/13
**hearsay [18]** 7/15
11/12 12/6 12/18 13/6
45/22 47/2 56/24 68/2
68/9 68/9 84/24 85/4
86/16 86/17 102/14
118/7 207/15
**held [2]** 35/6 142/22
**helmet [2]** 20/1 20/2
**help [3]** 7/2 196/20
204/24
**helped [1]** 62/18
**helpful [1]** 68/19
**helping [3]** 40/16

**her [41]** 10/5 50/7
50/12 50/19 50/20
53/15 58/13 68/12 69/7
69/16 74/14 80/17
80/20 84/19 85/3 85/6
87/9 89/25 91/25 97/9
97/12 97/14 97/18
102/17 112/21 112/21
120/16 120/18 120/19
120/20 134/15 168/5
200/16 200/19 200/21
230/21 239/8 239/8
239/9 239/23 240/5
**here [75]** 5/11 8/21
25/3 25/8 25/12 25/15
28/9 32/4 32/21 37/19
50/9 50/19 56/19 59/20
61/21 69/6 73/7 96/7
102/15 109/7 111/12
111/15 111/21 112/4
113/24 115/21 115/24
117/19 119/2 122/25
135/23 137/3 137/6
137/18 138/1 138/10
140/8 141/3 141/22
145/1 145/4 146/24
153/3 153/20 153/23
155/1 155/18 161/14
162/10 163/23 165/14
166/1 166/3 166/18
171/9 172/22 173/4
173/11 173/17 178/17
182/7 183/12 184/21
188/22 193/23 216/2
219/9 227/20 228/12
231/15 232/14 234/14
238/6 238/12 241/22
**here's [2]** 165/24 216/7
**hers [2]** 200/19 200/22
**hey [1]** 35/9
**hide [3]** 41/3 42/25
129/12
**hierarchy [1]** 5/24
**highly [2]** 212/25
215/14
**Hilton [6]** 123/14
123/20 123/21 124/5
124/6 124/16
**him [128]** 13/14 13/15
13/16 13/18 23/16
23/17 24/2 25/14 27/14
27/15 29/24 35/6 35/22
36/3 36/3 36/3 36/4
36/5 36/7 36/11 37/13
38/5 38/17 38/24 39/1
39/3 39/5 39/6 45/4
46/15 49/18 51/9 51/20
53/3 53/9 54/9 55/1
55/17 62/6 62/11 62/19
62/20 62/23 63/1 66/1
69/12 69/12 70/3 70/13
71/12 72/13 77/10
77/10 77/12 78/16
78/16 78/18 79/17
79/20 79/21 79/25 80/6
81/25 82/8 82/18 82/20
83/2 83/4 83/7 83/7

63/25 90/14 91/19 94/17
94/17 108/2 108/4
119/8 125/19 128/4
131/4 131/7 131/9
135/12 135/21 135/25
136/8 137/25 138/1
141/15 142/14 142/15
145/16 150/22 155/23
159/23 166/5 166/10
166/11 167/25 171/12
172/22 172/22 173/23
173/24 174/1 174/2
174/13 175/11 178/22
182/11 205/7 205/12
205/14 205/15 206/5
206/14 206/18 206/21
207/6 207/11 207/18
209/3 209/4 209/9
214/5 214/12 231/1
**himself [5]** 72/14 72/16
75/12 84/10 86/18
**hippy [1]** 53/4
**his [126]** 10/6 13/14
25/16 26/24 27/2 27/5
29/9 33/20 34/2 34/4
34/6 34/20 34/22 35/12
36/6 36/7 37/6 37/16
37/18 38/10 41/3 41/9
42/24 42/25 43/4 44/2
51/7 51/8 51/13 51/17
54/3 55/3 57/14 57/14
62/6 63/1 65/8 65/15
65/25 68/25 69/11
69/21 70/12 71/7 71/8
71/12 72/9 72/12 72/16
77/13 78/7 78/12 78/18
79/14 79/20 79/20
79/21 79/21 80/7 80/14
82/2 84/15 84/22 90/1
90/11 91/9 94/16 94/18
96/10 102/9 105/5
111/1 111/12 111/13
111/15 112/20 114/25
115/1 117/10 119/9
127/9 135/9 135/9
138/14 142/10 147/21
148/15 148/18 150/11
150/22 151/7 153/12
153/22 155/4 156/6
156/25 157/13 157/15
158/4 160/12 160/19
165/20 168/17 173/8
173/25 175/6 181/24
181/24 187/8 199/13
199/16 199/19 199/24
200/13 200/19 200/21
203/20 203/25 205/10
205/24 209/13 209/16
214/15 219/7 234/8
235/16
**history [2]** 43/18 43/20
**hit [3]** 16/5 16/7 178/2
**hitch [1]** 172/23
**hold [2]** 12/22 19/8
**holding [11]** 96/4
110/23 117/9 147/21
148/6 148/13 148/15
149/3 149/5 156/6

**holdings [2]** 200/6
224/7
**holes [1]** 195/17
**Holly [1]** 21/22
**home [12]** 33/20 33/20
34/23 77/2 77/24 78/1
78/7 79/15 81/24 111/1
182/21 192/1
**honest [1]** 206/15
**honestly [2]** 222/4
231/6
**Honor [151]** 5/2 5/7
5/17 5/20 5/21 6/6
10/18 10/24 18/19 26/6
26/11 29/2 30/1 30/20
32/17 32/19 44/3 44/7
44/12 44/16 44/18
44/20 48/25 49/12
52/21 52/22 53/14 56/4
56/18 58/7 58/19 59/12
59/19 62/13 63/22
66/21 67/9 67/14 67/19
67/22 71/22 72/18
74/17 76/5 76/7 76/18
84/23 86/9 87/5 87/18
91/15 91/16 92/6 92/10
98/13 101/9 101/11
101/15 102/13 106/9
109/11 109/25 111/5
112/2 112/15 112/22
113/3 116/5 116/8
118/2 118/13 118/20
120/15 120/23 121/10
121/21 125/8 125/11
126/12 126/16 126/19
126/25 127/3 127/6
132/18 132/21 132/24
137/16 138/3 139/11
142/13 142/16 147/7
148/1 150/6 150/10
151/16 152/7 152/20
152/24 154/19 156/12
156/13 158/24 159/3
163/1 163/5 163/10
163/14 163/18 164/22
165/23 165/24 166/12
168/18 170/4 170/19
170/20 171/24 172/7
172/20 173/2 173/13
173/20 174/10 174/15
174/16 188/9 190/4
190/16 191/17 202/10
204/3 211/16 211/19
212/6 214/9 227/1
233/16 235/2 235/12
235/15 235/19 235/24
236/6 236/12 237/25
240/18 241/12 242/7
242/19
**HONORABLE [1]** 1/10
**hood [1]** 63/20
**hooded [1]** 65/8
**hoody [2]** 95/11 178/25
**hope [1]** 240/3
**hotel [2]** 124/4 125/19
**hour [6]** 77/5 78/25
130/11 137/19 169/12

**hours [14]** 23/17 94/25
116/13 116/13 135/22
136/16 136/17 137/20
138/5 162/11 168/15
170/13 170/14 206/8
**house [16]** 31/9 34/2
34/24 35/20 36/19 37/6
41/7 43/7 43/8 43/11
77/21 82/18 127/17
134/8 159/14 205/10
**house.ga.gov [1]** 31/7
**housekeeping [2]**
236/3 238/7
**how [83]** 6/3 10/6
19/14 19/21 21/7 21/17
21/18 23/15 24/16 29/7
33/1 33/12 43/6 44/1
46/4 46/12 46/18 47/17
54/8 58/9 60/9 60/12
62/1 67/12 71/18 74/14
90/25 93/4 93/19 94/23
97/3 102/4 102/16
103/13 106/4 107/25
108/1 119/8 121/6
121/20 124/17 126/3
133/15 133/18 135/6
135/20 136/9 136/11
136/13 136/16 139/13
139/14 149/14 158/25
162/9 165/15 170/10
178/22 187/20 188/22
189/3 190/7 194/3
194/10 194/12 196/22
197/12 200/3 200/13
206/7 208/16 210/21
210/25 213/9 214/23
222/7 224/20 226/6
229/25 230/14 230/23
232/19 242/17
**however [1]** 226/18
**human [10]** 46/11
212/25 213/19 218/8
220/3 222/23 231/22
231/23 232/3 233/21
**human-source [1]**
212/25
**hundreds [6]** 136/17
137/20 196/13 196/16
196/19 229/22
**Hutton [1]** 1/14
**hybrid [1]** 9/19
**hypothetical [1]**
204/21

**I**

**I'd [15]** 11/1 26/22 30/1
63/3 63/9 95/1 95/4
118/18 118/20 118/24
122/3 214/5 236/25
237/8 237/14
**I'll [47]** 6/1 7/5 8/22
26/10 45/2 50/22 52/19
52/20 56/3 56/13 56/14
57/15 65/1 70/20 76/14
85/10 86/24 88/18
89/22 91/13 112/1
113/1 121/13 125/14

I

**I'll... [23]** 127/9 148/2
148/5 152/3 152/5
152/22 156/15 170/16
182/21 182/21 186/18
201/25 202/1 205/1
209/10 214/6 220/13
220/17 239/11 240/6
241/15 241/19 241/20
**I'm [154]** 6/19 6/21 7/5
7/11 9/10 10/6 10/9
11/24 14/7 15/23 17/7
19/6 20/23 22/18 26/3
26/21 26/23 32/21
33/10 39/18 40/4 42/19
43/18 44/4 46/22 47/2
47/13 47/15 47/21 48/2
48/10 50/3 52/17 53/24
54/10 55/6 55/22 57/1
57/2 57/2 57/3 57/9
57/25 58/10 59/1 60/10
60/16 60/16 63/3 63/5
67/17 68/6 68/7 73/3
73/12 73/15 73/15
73/16 79/7 79/11 83/10
83/12 84/23 85/2 88/15
92/3 93/3 97/22 98/9
99/4 99/16 103/11
106/10 109/1 109/16
112/13 112/23 112/24
113/16 113/23 115/2
115/23 118/3 118/11
118/23 120/17 122/11
126/8 126/11 130/6
131/25 133/16 138/3
138/6 140/3 140/24
141/9 142/11 142/17
143/6 150/10 150/14
150/17 157/23 159/9
161/25 164/20 167/4
167/12 167/22 167/24
168/21 169/18 170/5
170/5 170/7 170/21
172/10 176/18 181/5
183/23 185/21 185/23
188/9 188/22 190/18
192/2 194/25 197/23
197/23 202/13 202/17
203/18 204/13 208/18
209/1 211/24 213/13
213/17 216/1 216/5
216/7 219/12 223/11
223/21 224/13 239/23
240/3 240/7 240/10
240/19 241/4 241/7
241/16
**I've [14]** 8/19 41/25
57/7 70/1 93/5 99/4
164/7 170/19 192/18
204/13 219/16 222/4
233/12 242/3
**ID [2]** 112/17 132/4
**idea [11]** 67/25 156/9
205/8 208/22 217/17
223/12 223/15 225/22
227/10 229/25 233/15
**identification [14]**
21/10 21/21 56/15

64/21 62/19 64/10
105/5 106/9 135/1
136/5 137/22 139/3
148/2 154/21
**identifications [2]**
64/23 118/8
**identified [30]** 21/17
24/10 29/18 31/5 31/22
42/8 75/11 75/12 81/13
87/14 93/22 96/3 96/15
97/4 117/3 131/9 132/1
134/24 138/13 139/7
140/16 141/16 159/17
159/20 159/22 163/11
166/19 211/3 213/18
213/22
**identifies [1]** 72/16
**identify [37]** 14/9 14/13
15/6 21/14 22/2 23/6
25/21 26/7 26/14 26/23
29/19 61/24 63/6 64/4
64/6 64/11 64/16 65/6
72/9 81/9 83/21 83/24
96/9 112/20 114/23
131/1 131/4 131/7
131/22 134/22 135/25
137/25 139/24 169/23
178/22 181/21 188/4
**identifying [5]** 87/23
105/3 138/12 139/14
217/2
**identities [3]** 208/7
208/9 234/3
**identity [18]** 26/8 26/9
26/24 27/2 27/5 41/3
42/25 64/1 87/12 87/17
96/14 111/13 214/2
215/7 218/7 219/20
220/3 233/15
**image [26]** 24/23 25/19
63/21 97/14 97/19
97/23 140/24 141/12
142/2 143/23 145/14
145/25 147/12 152/12
155/18 175/19 178/23
179/12 181/19 181/21
183/13 183/14 183/21
183/23 185/16 227/11
**imaged [1]** 230/15
**images [11]** 23/6 25/21
61/14 91/3 158/9
158/14 158/16 175/20
180/16 185/18 186/1
**imagine [6]** 5/24 63/19
132/6 188/17 213/13
241/11
**implicit [1]** 41/25
**important [7]** 5/25 8/11
35/1 56/20 195/14
226/7 226/9
**imports [1]** 232/7
**improper [1]** 142/14
**inadmissible [1]**
121/22
**inappropriate [1]** 57/16
**inaudible [1]** 241/11
**incarcerated [1]** 187/9
**incident [3]** 16/13

include [7] 125/23
145/6 146/24 149/8
163/7 183/1 221/23
**included [4]** 48/4
168/16 204/10 204/19
**includes [1]** 216/25
**including [7]** 125/17
125/18 163/24 196/2
217/2 217/2 218/3
**incoming [1]** 102/24
123/3 123/7
**incomplete [1]** 169/21
**incorrect [2]** 55/22
199/9
**increasingly [1]** 215/24
**incredibly [2]** 8/11
56/20
**incriminated [1]** 40/10
**incriminating [1]** 39/24
**indeed [1]** 224/11
**independently [3]**
50/24 52/17 91/3
**INDEX [1]** 4/1
**Indian [1]** 2/12
**indicate [9]** 24/6 63/14
64/10 87/16 103/1
103/6 143/2 175/8
182/10
**indicated [15]** 7/7 7/9
9/1 45/13 62/23 68/20
80/22 81/19 82/16
161/23 163/20 233/4
**indicates [1]** 183/16
**indicating [2]** 93/21
125/20
**indicia [3]** 72/16 88/8
121/24
**indict [1]** 209/3
**indicted [3]** 208/15
208/20 208/25
**indictment [8]** 10/11
10/12 45/3 50/25 51/17
209/6 235/6 241/8
**individual [48]** 17/21
17/25 21/16 21/16 22/3
22/6 24/5 24/6 25/3
25/6 25/15 26/14 27/18
28/12 28/14 31/22 61/7
63/19 71/8 81/12 82/13
82/22 93/16 96/24
139/4 139/14 141/1
141/3 141/23 145/19
146/5 147/12 153/10
155/18 156/3 156/6
157/17 164/2 166/22
172/6 172/15 181/24
186/2 188/4 188/20
189/9 199/15 214/24
**individuals [17]** 69/6
83/24 93/12 93/21
185/25 187/4 187/7
193/14 197/1 198/2
199/4 207/17 208/4
208/7 209/17 211/2
230/6
**indulgence [8]** 17/19

115/23 128/9 132/10
191/18 206/22 211/12
234/22
**inferences [1]** 56/5
**informal [1]** 76/17
**information [39]** 51/10
60/24 61/3 61/4 62/3
62/15 62/25 68/3 80/23
81/4 81/6 86/16 86/16
86/17 93/20 121/24
163/23 164/11 187/24
188/23 189/3 198/16
198/21 201/18 203/16
204/11 211/4 214/19
214/24 215/5 218/3
218/12 223/16 227/23
230/13 233/25 234/4
240/2 242/11
**informed [1]** 189/8
**ingratiate [1]** 46/8
**initial [3]** 179/11
235/16 239/2
**Initially [1]** 61/4
**injuries [1]** 238/11
**Inn [3]** 124/5 124/6
124/16
**innocence [1]** 219/8
**inside [9]** 29/21 29/23
37/23 38/5 66/8 68/4
69/6 176/3 182/19
**insignificant [1]** 243/7
**insisting [1]** 165/18
**insofar [1]** 239/5
**instance [3]** 19/10
112/22 121/11
**instances [1]** 19/17
**instant [18]** 161/18
161/20 162/13 166/19
177/6 177/20 178/8
179/9 179/19 180/13
180/23 181/10 182/8
184/3 184/22 185/8
185/10 186/5
**instead [1]** 83/14
**insufficient [1]** 239/5
**intake [1]** 94/1
**intakes [1]** 200/4
**intelligence [3]** 189/5
189/12 223/7
**intend [5]** 8/1 8/17
11/20 11/24 54/17
**intended [1]** 110/14
**intending [4]** 48/18
49/24 126/14 190/21
**intends [6]** 9/5 45/10
48/1 88/8 105/3 118/8
**intensive [1]** 196/8
**intent [1]** 57/14
**intention [1]** 55/4
**interact [1]** 94/11
**interacted [3]** 22/4
94/14 97/6
**interacting [1]** 158/17
**interaction [3]** 149/19
157/17 235/11
**interactions [2]** 94/20
206/9
**interested [3]** 151/13

internet [3] 184/25
185/11 211/10
**interpretation [2]**
41/21 112/21
**interview [59]** 8/16
9/14 9/19 10/2 22/3
47/6 48/14 48/17 48/20
49/8 50/4 50/13 72/11
73/7 79/4 79/23 80/10
84/21 86/18 88/10
89/12 92/2 94/17
143/14 150/3 150/12
151/7 156/20 157/8
159/23 160/5 160/12
160/15 167/17 168/17
187/24 188/16 188/18
188/19 188/21 195/3
196/14 196/17 196/19
196/20 196/22 197/6
197/9 198/2 198/15
205/24 206/18 206/20
206/21 206/25 207/11
205/8 208/6 208/12
**interviewed [13]** 62/20
78/15 135/21 136/8
142/24 159/19 167/7
182/11 184/11 187/23
197/15 197/21 197/24
**interviewing [2]**
197/17 197/22
**interviews [10]** 7/9
187/10 189/8 189/9
189/11 189/12 189/15
189/17 196/10 198/6
**introduce [6]** 8/1 11/21
20/20 45/8 47/6 52/16
**introduced [3]** 53/25
72/14 125/19
**investigate [7]** 21/3
81/9 130/22 134/11
193/1 219/7 219/11
**investigated [2]** 134/1
230/11
**investigating [5]** 85/15
130/19 192/15 195/11
207/23
**investigation [89]**
21/24 23/7 24/12 25/18
25/22 28/24 29/18
29/20 31/8 32/1 33/25
34/12 34/19 34/20
56/22 60/13 60/18
60/23 60/25 61/14
65/20 75/15 81/2 81/19
82/5 83/1 84/3 84/9
85/3 85/7 87/7 93/19
94/3 94/5 95/5 102/17
104/5 104/11 129/22
130/22 133/17 133/19
137/24 158/8 161/5
162/18 189/7 189/14
192/19 193/19 194/1
194/4 196/2 196/23
197/2 198/8 198/21
203/5 204/6 204/17
207/12 207/22 207/25
208/1 209/2 209/13

**I**

**investigation... [23]**
213/14 214/1 214/5
214/11 214/16 216/9
216/12 216/16 217/6
217/23 218/9 221/1
222/5 222/7 222/18
224/22 225/6 225/9
229/19 230/24 232/24
233/24 234/2

**investigations [5]**
24/18 93/12 93/16
195/15 211/3

**investigative [2]** 62/2
131/6

**investigator [3]** 189/6
192/23 193/2

**investigators [2]**
196/20 232/1

**involve [2]** 93/16
198/11

**involved [7]** 21/7 21/8
60/18 80/23 93/19 94/2
211/2

**involving [2]** 21/3
93/12

**iPhone [3]** 228/5
228/12 228/21

**iPhone 7 [2]** 228/5
228/21

**irrelevant [6]** 26/4 45/9
118/10 126/1 219/4
219/22

**irritant [1]** 146/13

**is [479]**

**isn't [5]** 54/9 82/3
193/17 196/3 198/8

**issue [29]** 6/5 7/1 7/15
13/4 45/3 49/1 49/4
52/5 52/10 52/16 52/23
56/15 56/20 64/1 69/6
89/17 90/5 90/6 92/12
163/21 186/19 197/20
197/23 212/22 218/16
219/19 240/7 242/18
243/7

**issued [1]** 22/4

**issues [13]** 6/7 6/12
6/17 8/24 10/16 12/20
34/17 44/22 44/23 87/8
89/18 125/12 240/15

**issuing [1]** 217/24

**it [456]**

**it's [160]** 7/6 7/10 7/10
8/3 9/16 9/18 9/19 12/7
22/19 26/2 26/4 27/13
29/13 30/5 30/23 31/5
31/7 33/6 37/21 38/21
40/15 40/17 41/2 42/8
45/22 46/9 46/9 46/19
46/25 47/19 47/20 48/4
48/8 49/4 49/6 49/20
50/14 50/15 50/22 51/1
51/12 52/5 52/10 52/13
53/12 53/13 53/15
53/18 53/19 53/22 54/2
54/3 54/3 54/8 54/17
54/19 55/25 56/1 56/9

56/20 57/1 57/2 57/12
58/16 58/20 59/4 62/15
68/19 73/10 89/22
89/23 90/11 90/25 92/7
94/1 96/21 101/14
102/12 102/13 102/24
103/16 104/14 113/9
113/17 122/13 123/12
124/8 125/12 126/3
126/4 126/14 129/22
139/13 140/23 142/14
142/16 143/6 149/25
150/17 151/12 152/9
152/25 155/13 156/10
161/18 162/8 166/21
166/23 167/23 168/15
169/5 169/12 170/4
170/5 170/9 171/6
171/8 171/18 172/13
179/9 182/4 186/5
186/18 188/19 191/8
193/10 195/14 200/6
200/8 204/21 213/6
213/8 213/10 213/12
215/4 218/8 218/11
218/12 219/5 219/16
219/22 219/23 219/25
222/25 223/20 224/5
224/6 224/10 225/3
225/24 226/4 226/9
229/13 230/9 231/6
234/11 239/5 242/13
242/20 243/2

**item [18]** 135/25
166/19 175/19 177/6
177/20 178/8 179/9
179/19 180/13 180/23
182/8 183/13 184/3
184/22 185/8 186/5
200/6 227/11

**Item 24 [1]** 227/11

**items [17]** 20/3 75/18
75/20 75/24 75/24
78/12 98/5 111/3 161/5
161/6 171/9 192/1
207/8 226/17 226/18
229/2 236/10

**its [10]** 6/4 44/19 47/19
54/18 55/24 91/13
97/23 121/11 124/7
193/17

**itself [7]** 74/18 75/11
134/7 142/12 175/22
204/23 224/18

**J**

**J-O-N-E-S [1]** 60/8

**jacket [17]** 22/12 28/16
63/20 65/14 75/21 78/4
81/16 136/20 136/20
137/1 137/11 137/14
138/13 138/17 153/24
156/4 178/25

**jail [2]** 50/4 80/1

**JAMES [6]** 1/6 21/21
31/5 31/23 41/2 42/7

**Jamie [1]** 67/5

**January [114]** 11/2

23/21 23/22 30/12 31/3
31/19 37/1 40/10 57/14
61/2 61/9 61/11 61/15
66/3 81/5 82/24 83/20
83/25 88/4 93/14 95/7
103/9 104/4 104/7
121/16 121/20 128/10
131/11 133/21 133/23
134/2 134/5 134/11
135/5 135/6 135/7
135/15 135/18 136/8
136/14 136/18 136/25
137/21 137/22 137/22
137/24 137/25 142/24
143/14 144/11 149/6
150/18 155/19 156/20
156/22 157/9 158/18
158/19 159/11 162/11
162/18 166/9 167/3
175/9 175/14 177/23
182/11 182/16 192/11
192/17 192/17 192/18
193/9 197/7 197/10
197/15 197/18 197/21
198/3 199/5 199/8
199/16 200/23 201/14
201/21 202/5 202/20
202/23 203/21 203/22
203/24 207/14 208/4
209/3 209/18 209/25
210/12 210/14 210/16
210/22 211/6 216/23
217/1 217/17 217/19
221/9 221/14 222/14
223/9 229/23

**January 1st [2]** 31/3
31/19

**January 20th of [1]**
216/23

**January 30th [9]** 135/7
136/8 142/24 143/14
156/20 159/11 182/11
209/3 221/9

**January 30th is [1]**
203/21

**January 30th of [2]**
166/9 200/23

**January 6, 2021 [33]**
61/2 61/11 61/15 93/14
103/9 104/4 104/7
121/16 133/21 133/23
134/2 134/5 134/11
135/6 135/15 135/18
136/14 136/18 136/25
149/6 156/22 157/9
175/14 197/7 197/10
197/15 198/3 199/8
202/5 202/20 202/23
209/25 221/14

**January 6th [57]** 11/2
19/15 21/11 21/25 22/8
23/21 23/22 30/12 37/1
40/10 57/14 61/9 66/3
81/5 82/24 83/20 83/25
88/4 95/7 121/20
128/10 131/11 137/21
137/22 137/24 137/25

144/11 150/98 153/17 208/
158/14 158/19 162/18
175/9 177/23 192/11
192/17 192/17 192/18
193/9 197/18 197/21
199/5 199/16 201/14
201/21 203/22 207/14
208/4 209/18 210/12
210/14 210/16 210/22
211/6 217/1 222/14
229/23

**January 7th [2]** 167/3
182/16

**January of [1]** 162/11

**JASON [1]** 1/7

**jaw [1]** 115/3

**jean [10]** 136/20
136/20 136/25 137/11
137/14 138/13 138/17
153/24 156/3 178/25

**jeans [1]** 81/16

**Jencks [7]** 125/12
173/25 238/20 238/22
239/3 239/4 240/7

**JIA [1]** 1/10

**jilted [1]** 219/5

**job [7]** 67/4 133/23
144/11 182/10 210/20
224/10 234/5

**Joe [3]** 182/9 182/15
182/18

**Johns [5]** 2/20 2/22
244/3 244/8 244/9

**JOHNSON [100]** 1/6
2/8 5/8 10/24 11/5 12/3
12/10 12/16 13/11
13/17 45/3 52/24 53/23
54/1 54/8 54/16 54/23
55/10 55/12 55/16
55/16 56/2 56/10 56/23
57/1 57/2 57/4 57/11
57/17 57/18 57/20
57/20 58/1 58/2 58/3
87/7 87/12 87/14 88/3
88/13 90/1 90/21 93/17
94/11 94/21 95/6 95/19
96/1 96/24 97/6 101/16
102/5 102/8 102/25
103/24 105/4 105/19
105/19 106/3 106/17
107/6 107/17 108/1
108/16 108/23 110/11
110/22 114/6 114/19
114/24 115/19 117/5
117/15 117/23 119/7
119/19 120/2 122/13
122/20 123/3 123/4
123/7 123/12 123/14
123/19 123/21 124/7
124/3 126/10 128/7
128/8 129/20 130/20
130/24 131/1 131/22
132/1 132/4 132/1
170/21

**Johnson's [25]** 48/25
87/21 87/23 90/9 90/25
94/23 96/14 97/2 97/11
99/13 99/25 100/7

10/12 100/17 100/21
101/1 101/5 101/7
105/1 110/25 112/11
115/3 116/25 122/10
127/17

**join [2]** 6/13 192/9

**joint [4]** 21/2 60/17
93/11 241/3

**JONES [35]** 3/9 6/8
6/17 8/2 8/25 9/1 10/4
10/10 12/23 13/1 13/21
44/21 49/13 50/7 50/14
50/23 51/3 58/5 59/11
59/19 59/23 60/1 60/6
60/8 60/8 65/19 67/21
67/23 70/21 70/23
70/25 73/6 74/9 76/22
91/7

**Joseph [1]** 1/14

**JTGrant2 [2]** 31/5
31/22

**judge [7]** 1/11 38/20
59/14 109/12 213/8
242/14 242/17

**judgmental [1]** 165/21

**judicial [1]** 50/25

**July [2]** 133/20 192/10

**July of [1]** 133/20

**jump [5]** 107/9 108/17
114/11 115/11 116/17

**jumping [1]** 116/1

**juncture [1]** 151/25

**June [1]** 239/21

**jury [2]** 22/5 91/11

**just [178]** 5/10 5/13 7/1
7/4 7/21 8/22 9/21 9/23
10/2 13/8 15/23 17/7
19/9 22/19 24/6 25/8
27/1 27/4 28/12 29/11
30/10 35/8 35/11 35/12
36/2 38/5 44/6 45/9
46/24 47/9 47/15 47/19
48/2 48/22 48/23 52/22
56/9 56/18 57/10 58/24
59/11 59/12 60/14
62/17 63/20 64/14 65/3
66/12 66/12 66/18
67/17 74/19 76/7 76/24
77/15 78/7 83/7 83/10
83/12 83/15 86/8 86/15
87/8 87/14 88/9 88/12
90/6 90/17 91/4 91/16
92/10 92/22 93/24 95/4
97/19 98/22 101/15
104/2 104/9 104/25
105/4 105/8 107/9
107/14 109/13 110/13
111/14 112/12 113/4
113/9 114/7 116/15
118/15 118/23 119/16
120/18 122/22 124/10
124/21 124/22 124/24
126/2 126/20 127/4
130/1 137/19 137/19
138/6 138/9 139/1
141/15 142/9 142/16
152/4 153/5 155/25
159/25 162/21 163/9

**J**

**just... [59]** 164/7 166/6 166/10 166/12 167/15 167/25 168/18 169/9 169/13 170/19 171/24 173/25 174/12 179/5 180/9 184/18 188/12 188/25 197/23 201/10 211/21 212/19 215/4 215/24 217/15 217/19 218/9 219/11 219/25 220/22 220/25 222/1 223/3 224/25 226/4 226/22 229/21 231/8 232/11 232/20 233/17 234/6 234/17 236/3 236/12 236/17 237/25 238/5 238/16 240/19 240/22 241/7 241/8 242/7 242/20 243/3
**JW [1]** 123/19

**K**

**KACY [7]** 3/9 6/8 13/1 44/21 59/23 60/1 60/8
**keep [7]** 76/9 97/18 117/17 141/7 142/5 229/11 230/21
**Kentucky [6]** 10/11 60/11 60/13 61/1 61/7 62/4
**kept [1]** 71/19
**kind [8]** 12/6 37/25 41/25 49/20 215/4 216/16 220/7 237/18
**kinds [1]** 12/1
**King [1]** 2/9
**knee [1]** 39/9
**knew [8]** 34/8 80/12 82/13 84/19 204/22 204/22 208/10 209/8
**knife [1]** 39/1
**knock [1]** 35/12
**knocked [1]** 205/8
**know [85]** 5/11 9/23 10/20 15/22 15/25 16/1 16/4 16/9 16/10 16/20 18/11 19/10 28/4 29/23 34/25 35/2 35/2 37/4 37/12 39/8 41/12 42/17 43/6 51/2 59/13 68/8 69/3 73/9 74/3 79/10 80/9 90/15 90/22 90/22 109/12 120/6 120/11 121/20 124/7 124/13 124/17 140/23 163/11 163/22 166/5 170/2 170/12 170/23 172/9 172/24 174/12 174/21 176/19 187/20 188/14 201/24 208/7 208/10 214/2 215/9 215/18 215/19 215/21 216/21 217/9 219/5 219/13 220/4 220/4 223/11 223/25 224/16 224/20 226/6 229/7 229/8 230/9 229/15 229/17 230/9 238/13 240/18 241/20 242/2 243/2
**knowing [2]** 26/21 210/13
**knowledge [1]** 16/7 50/11 50/20 68/8 71/6 112/16 121/19 138/14 223/10
**known [5]** 34/23 204/14 204/16 210/24 210/25
**knows [4]** 9/23 121/20 215/21 216/21
**Kyle [1]** 1/13

**L**

**labeled [1]** 161/19
**lack [9]** 68/8 121/18 137/18 141/4 148/2 151/18 154/20 165/4 213/13
**lacks [1]** 144/2
**lady [1]** 74/13
**laid [2]** 91/13 188/14
**Lamberth [2]** 59/14 109/12
**Lane [1]** 2/12
**language [1]** 40/5
**large [2]** 9/21 18/25
**largely [2]** 184/15 213/23
**larger [2]** 203/5 207/22
**last [13]** 20/22 60/7 60/8 87/21 92/23 114/7 115/20 123/23 133/11 172/24 173/1 197/4 213/15
**lastly [1]** 10/3
**late [4]** 61/5 80/24 87/21 238/23
**later [17]** 6/2 7/16 8/12 12/22 31/19 34/9 64/24 69/21 72/10 72/10 112/24 160/5 160/15 166/11 200/20 208/15 208/16
**latter [1]** 89/14
**Lauren [2]** 2/8 5/8
**law [11]** 2/2 2/5 21/3 31/15 36/21 41/21 43/22 97/13 195/6 195/12 225/8
**lawn [1]** 34/4
**lawyer [2]** 79/11 170/21
**lawyers [1]** 43/19
**lay [3]** 90/4 90/24 112/17
**laying [1]** 186/16
**lead [6]** 48/3 97/5 192/23 193/2 213/25 219/9
**leaders [1]** 43/8
**leading [8]** 45/17 62/13 66/21 66/22 67/9 72/18 140/18 141/14
**learn [12]** 16/23 22/7 229/9 229/15 229/17 230/9 238/13 240/18 241/20 242/2 243/2

**knowing [2]** 26/21 210/13 
32/12 34/14 34/16 43/22 207/12 208/20
**learned [8]** 34/9 34/10 80/13 84/9 85/3 85/6 208/9 222/6
**least [5]** 17/15 196/24 197/1 200/10 200/12
**leave [7]** 19/13 82/18 158/6 170/20 235/22 236/2 243/9
**leaves [1]** 67/21
**leaving [2]** 170/21 170/22
**led [1]** 83/14
**left [18]** 18/3 32/9 79/17 79/17 82/10 96/1 125/4 155/24 157/16 158/4 161/19 175/21 176/8 179/5 182/20 185/21 185/22 185/22 **left-hand [4]** 175/21 176/8 179/5 185/22
**legal [1]** 6/12
**lend [1]** 150/15
**let [21]** 7/1 7/4 38/24 44/23 50/10 51/4 59/13 76/16 85/13 89/24 92/3 141/9 145/18 156/2 163/22 174/12 217/13 238/5 241/19 241/20 242/21
**let's [30]** 6/3 6/5 6/16 13/3 22/23 44/22 45/5 46/1 50/5 51/4 66/16 73/3 76/24 100/18 107/7 116/15 139/1 155/5 160/11 161/9 161/11 170/10 170/17 184/18 201/12 201/25 213/8 220/11 236/3 243/8
**letter [1]** 83/4
**letters [2]** 99/5 136/22
**letting [1]** 170/23
**level [1]** 12/8
**Lexington [5]** 60/11 60/13 60/16 60/17 72/4
**lied [1]** 160/9
**Lieutenant [1]** 240/8
**lifetime [1]** 193/17
**light [5]** 24/7 27/18 28/14 136/23 179/1
**like [54]** 5/9 6/4 11/1 11/17 15/18 16/1 17/4 26/22 39/9 41/24 43/5 44/25 54/9 55/11 56/11 58/25 63/3 63/9 71/3 75/1 88/19 90/14 91/4 91/7 91/21 94/1 95/1 95/4 102/24 103/24 104/19 104/20 118/18 118/20 122/3 125/12 126/20 146/6 153/12 155/12 167/25 168/6 170/6 171/21 171/21 173/15 214/5 215/9 217/9 225/24 226/4

**knowing [2]** 26/21
**likeness [1]** 224/10
**limine [3]** 98/14 101/13 125/16
**limited [1]** 195/11
**limiting [1]** 116/10
**line [33]** 19/8 19/24 20/1 31/11 31/12 32/4 40/25 54/21 55/5 64/9 68/7 68/12 102/13 145/7 146/15 146/25 153/25 154/15 155/7 155/12 169/12 177/2 180/19 195/14 204/24 209/11 214/12 216/8 216/9 216/13 219/13 219/17 220/6
**lined [1]** 26/15
**lines [4]** 47/15 68/1 69/4 182/18
**link [6]** 113/2 165/12 190/5 224/6 224/14 233/9
**linked [2]** 190/6 217/11
**linking [1]** 186/14
**links [5]** 189/10 212/14 214/7 233/2 233/6
**lion's [1]** 50/16
**list [6]** 111/2 116/12 116/16 168/19 170/4 236/11
**listen [5]** 9/6 72/6 92/3 187/15 189/15
**listened [2]** 69/16 74/9
**listener [1]** 54/18
**listening [1]** 74/11
**listens [1]** 68/24
**little [13]** 27/11 27/13 55/13 58/17 66/16 73/15 93/24 122/23 145/20 182/4 227/9 235/22 236/2
**live [4]** 6/5 46/12 121/16 121/19
**lived [5]** 34/12 34/23 84/4 130/24 131/1
**Lively [3]** 137/3 138/18 140/8
**living [6]** 77/3 77/24 81/22 81/24 82/2 82/6
**LLP [1]** 2/14
**loaded [2]** 116/13 210/5
**loading [1]** 140/22
**local [5]** 94/17 205/17 205/19 205/20 225/8
**locate [1]** 43/14
**located [6]** 75/18 93/6 141/21 147/16 153/8 155/9
**location [11]** 17/6 28/14 28/21 67/4 68/21 69/14 69/15 71/11 71/11 203/19 203/25
**locks [1]** 225/21
**logo [1]** 18/15
**LOL [4]** 167/6 178/3 182/20 182/22

**long [16]** 13/15 45/14 53/4 59/14 60/12 93/4 94/23 133/18 135/20 136/2 136/23 168/15 169/12 179/1 206/7 208/12
**long-sleeve [2]** 136/2 136/23
**longer [2]** 124/24 210/6
**look [23]** 9/6 37/25 40/2 63/3 123/14 128/20 170/7 181/7 183/25 194/8 195/17 195/19 195/24 211/8 224/9 224/18 229/1 229/2 233/10 233/14 234/6 234/15 234/17
**looked [12]** 15/18 16/1 23/25 37/18 38/8 39/25 43/5 213/14 226/3 229/21 232/17 234/14
**looking [32]** 14/15 21/14 21/17 30/16 36/3 85/19 99/23 101/24 102/22 103/16 103/22 128/14 129/1 145/1 153/3 161/14 166/18 175/24 176/5 176/12 177/17 178/17 181/15 182/7 183/12 184/21 210/11 210/16 210/18 225/1 227/8 230/25
**Lookout [1]** 134/18
**looks [10]** 6/3 39/9 102/24 103/24 146/6 153/11 155/12 217/5 224/12 232/14
**loop [4]** 50/5 188/25 236/10 238/15
**Los [1]** 1/19
**lot [26]** 8/21 9/19 16/21 17/3 18/24 18/24 19/2 19/3 19/16 19/20 43/18 45/17 71/10 107/22 131/10 140/2 203/4 203/6 210/7 219/15 221/25 222/6 227/23 232/5 233/7 234/16
**loud [1]** 5/7
**Louisville [1]** 60/11
**love [1]** 123/3
**low [1]** 125/22
**Lower [3]** 28/5 130/4 221/18
**LP [1]** 2/2
**lunch [2]** 59/15 109/13 109/21
**lying [3]** 46/19 51/15 51/15

**M**

**M-A-L-D-O-N-A-D-O [1]** 92/24
**ma'am [143]** 77/1 77/6 77/8 77/11 77/25 78/6 78/17 127/18 127/20 127/22 128/1 128/3 128/11 128/16 129/3

**ma'am... [128]** 129/6 129/8 129/11 129/14 129/21 129/24 130/16 130/18 130/21 131/8 132/5 132/7 132/12 132/15 133/7 133/14 133/22 134/3 134/10 134/14 134/16 134/21 134/23 135/3 135/11 135/13 135/16 135/19 135/24 136/10 136/15 137/2 137/5 137/7 137/9 137/13 139/6 139/8 139/23 140/1 140/10 140/25 141/13 143/1 143/16 143/24 144/7 144/15 144/18 145/5 145/8 145/15 146/1 146/16 146/19 147/1 147/13 148/14 148/20 149/2 149/4 149/9 149/11 149/17 149/20 151/10 152/13 153/7 153/22 154/1 154/16 155/2 155/8 155/20 156/8 157/4 157/10 157/14 158/5 158/10 158/15 158/20 159/7 159/13 159/16 159/21 160/1 160/4 160/7 160/14 160/22 160/24 161/1 161/8 167/9 167/19 174/8 178/21 179/13 179/25 180/8 180/17 181/2 181/18 182/12 183/4 183/9 183/16 183/24 184/13 185/12 185/19 186/23 187/6 187/11 187/16 187/19 188/6 189/16 189/18 189/24 191/3

**made [37]** 7/22 10/1 12/18 15/25 42/25 49/16 51/18 52/8 53/7 56/22 66/20 67/7 69/1 69/4 69/8 70/9 71/7 72/1 75/2 88/3 106/5 106/22 125/24 126/9 132/13 151/3 166/8 166/11 182/19 201/11 210/24 210/24 210/25 223/9

**Mag [1]** 167/4

**maintain [3]** 139/12 238/1 239/25

**maintained [1]** 200/6

**maintaining [1]** 241/14

**make [46]** 6/11 41/3 44/23 46/20 46/25 47/17 51/5 52/7 53/23 68/23 70/3 70/10 71/1 71/6 77/22 85/9 91/13 92/1 92/11 94/15

113/16 138/3 138/17 138/10 138/11 150/20 163/9 169/21 172/22 173/15 173/22 178/24 195/15 198/20 219/4 220/25 224/25 228/1 232/20 234/6 234/13 238/16 239/20 240/22 241/4 242/4

**makes [6]** 12/14 53/2 53/5 55/17 150/21 173/23

**making [10]** 9/21 10/13 12/10 46/11 46/20 51/16 67/12 69/23 137/22 222/19

**MALDONADO [8]** 3/12 87/7 92/9 92/17 92/24 110/8 120/25 127/14

**male [3]** 18/8 18/9 18/11

**males [1]** 178/18

**man [2]** 137/10 153/23

**manager [2]** 192/23 193/2

**managing [1]** 231/23

**manned [1]** 140/5

**manner [1]** 218/17

**many [20]** 19/14 19/21 43/6 121/6 135/6 136/13 136/15 136/16 158/9 175/20 193/15 193/16 196/20 196/22 197/12 222/3 226/18 229/25 229/25 230/23

**Marathon [2]** 82/11 82/13

**March [2]** 65/24 82/16

**March 3rd [2]** 65/24 82/16

**Marine [8]** 149/13 150/4 150/11 151/8 151/15 151/23 152/4 179/15

**Marines [3]** 149/14 182/19 182/20

**mark [10]** 8/5 45/18 47/25 47/25 48/2 48/2 48/12 115/22 116/1 164/18

**marked [13]** 63/4 116/9 138/21 140/11 144/25 158/11 158/13 161/4 161/6 171/4 184/17 186/3 187/12

**marker [1]** 14/7

**married [1]** 8/10

**Marriott [1]** 123/19

**Marshall [3]** 1/14 3/13 88/19

**mask [7]** 22/13 23/23 25/4 25/7 25/16 27/19 28/16

**match [5]** 12/4 12/15 12/16 13/18 55/16

**matches [1]** 54/21

**material [4]** 15/25 29/17 190/6 199/9

**materials [3]** 212/23 213/2 232/2

**matter [9]** 12/7 44/24 54/24 65/21 152/1 170/24 196/13 243/5 244/5

**matters [4]** 39/16 194/17 238/7 238/13

**may [17]** 6/4 6/4 14/2 51/18 53/6 55/13 59/2 76/18 90/5 111/25 118/3 127/6 157/18 164/12 170/20 194/17 211/24

**maybe [12]** 7/2 33/5 35/8 36/2 43/5 59/9 68/19 163/7 203/23 208/10 208/18 239/1

**McCree's [1]** 240/8

**me [93]** 5/15 6/15 7/1 7/4 7/25 8/16 11/21 16/16 19/22 33/23 38/24 44/23 49/11 50/19 52/18 53/17 55/22 56/16 63/25 70/15 76/8 76/9 76/13 79/11 85/13 89/24 91/8 92/3 92/11 111/2 112/13 112/21 123/20 126/3 130/3 131/8 141/9 151/1 159/24 160/9 160/17 164/6 165/5 166/13 166/21 167/5 169/17 170/3 170/6 170/20 170/23 172/5 179/15 180/19 182/18 182/18 186/8 186/8 189/7 189/8 193/7 201/16 201/18 204/14 204/16 210/24 210/24 212/12 212/16 213/10 215/3 217/5 217/13 219/2 219/20 224/5 226/14 227/5 227/13 227/17 231/13 233/5 234/3 234/19 235/17 238/5 239/21 240/4 242/16 242/16 242/18 242/21 242/24

**mean [25]** 6/9 21/12 26/6 26/11 39/23 49/11 54/14 55/21 58/15 89/20 90/11 91/1 97/20 104/13 104/20 113/9 148/24 162/7 164/24 165/20 175/13 211/24 222/6 227/3 229/4

**meaning [3]** 49/2 78/16 85/8

**means [7]** 40/6 145/13 170/12 172/14 192/21 201/16 218/16

**meant [1]** 163/7

**mechanics [1]** 58/9

**media [5]** 39/21 40/7 85/22 179/4 222/6

**medical [9]** 238/9 238/19 239/2 239/4

**239/9 239/9 239/18 239/20 239/23**

**medium [1]** 172/3

**meet [4]** 23/20 44/9 125/22 175/12

**meeting [8]** 55/24 66/13 68/15 68/21 70/9 73/22 137/19 191/25

**megaphone [28]** 12/4 12/11 13/13 53/2 53/5 53/7 53/8 54/20 57/18 95/12 96/2 96/5 106/7 108/1 108/5 108/24 109/3 109/6 110/24 111/4 111/18 111/20 111/21 112/1 114/24 117/3 117/4 117/10

**member [6]** 41/7 42/9 42/15 151/14 202/4 220/22

**members [3]** 34/21 43/6 43/15

**memorialized [1]** 38/20

**memory [1]** 204/24

**mental [1]** 34/17

**mention [5]** 65/19 87/8 87/19 88/2 88/13

**mentioned [2]** 157/19 199/20

**mentions [1]** 11/4

**mentor [1]** 175/6

**MEPS [2]** 151/9 151/11

**message [44]** 86/5 99/10 99/24 101/25 102/23 102/24 103/1 103/3 103/6 104/1 104/3 122/5 122/12 122/17 161/18 161/20 162/13 166/19 167/4 176/21 176/22 176/24 177/6 177/20 177/22 178/8 179/9 179/19 180/8 180/13 180/23 181/10 182/8 183/22 184/3 184/10 184/22 184/24 185/1 185/8 185/10 185/17 186/5 239/15

**messages [10]** 85/25 85/25 122/25 123/2 123/8 123/24 125/20 128/6 128/14 161/10

**messaging [3]** 176/20 177/9 177/20

**met [4]** 14/18 175/6 187/23 191/23

**metadata [12]** 183/16 223/13 223/16 223/23 223/25 224/2 224/19 225/1 226/5 226/6 226/7 227/21

**methods [1]** 62/2

**Metropolitan [2]** 144/14 195/7

**Michael [2]** 42/8 42/14

**microphone [1]** 66/22

**mid [1]** 59/10

**mid-morning [1]** 59/10

**middle [2]** 141/24 170/22

**might [10]** 13/11 13/11 27/3 43/14 46/25 55/21 169/24 190/13 219/22 230/11

**migrated [1]** 200/22

**Mike.Dugan [1]** 31/25

**military [2]** 151/12 151/14

**Millennial [1]** 121/5

**Millie [1]** 121/5

**mind [5]** 57/14 67/17 76/14 128/17 222/5

**minus [2]** 162/11 179/23

**minute [16]** 8/4 8/5 31/19 45/17 48/2 58/24 59/17 76/8 76/9 91/8 109/14 118/16 127/7 130/12 212/17 220/13

**minutes [20]** 8/8 8/11 8/21 8/21 45/6 45/14 45/15 45/16 46/3 46/19 48/3 54/19 58/18 59/2 59/3 59/5 74/25 75/3 75/11 109/12

**Mirabelli [3]** 1/13 3/5 3/7

**Miranda [2]** 78/18 135/13

**Mirandize [2]** 135/12 206/5

**misleading [1]** 169/21

**misread [1]** 113/24

**missed [1]** 163/9

**misspelling [1]** 162/21

**Misstates [1]** 154/4

**mistaken [6]** 185/21 185/23 192/2 204/13 208/19 240/3

**model [2]** 228/3 228/5

**modified [1]** 117/2

**modulated [1]** 117/1

**moment [10]** 25/19 32/17 86/8 90/12 103/12 120/12 127/4 146/14 169/9 211/17

**moments [1]** 26/7

**money [1]** 123/20

**month [3]** 14/24 208/18 239/15

**more [24]** 5/25 7/3 7/12 12/7 64/24 78/25 79/8 100/23 109/15 112/14 113/4 113/11 122/23 123/20 196/25 197/1 199/11 209/9 222/8 238/10 240/1 241/21 242/12 243/7

**morning [26]** 5/5 20/20 32/24 32/25 47/16 47/21 59/10 76/22 76/23 77/3 77/12 80/13 128/2 153/21 173/17 173/23 174/3 174/6 174/13 205/5 236/9 237/13 237/16 240/15

**M**

morning... [2] 240/17 241/17
morning's [1] 5/22
most [7] 153/22 203/5 203/6 206/11 225/20 226/4 240/23
mostly [1] 211/7
motion [18] 88/19 88/22 88/23 89/10 89/15 89/16 91/2 91/25 98/14 111/25 125/16 126/13 164/3 218/18 236/9 239/7 240/6 241/6
motive [1] 51/8
mountain [1] 131/19
mouth [3] 65/8 65/15 115/1
move [33] 7/24 30/1 30/20 63/9 73/12 74/1 79/17 85/10 86/15 111/9 113/2 125/9 139/11 142/17 147/3 148/5 149/22 156/12 158/22 163/13 165/22 172/18 186/14 186/25 188/11 190/1 190/23 191/12 205/1 209/10 236/25 237/8 238/6
moved [3] 79/17 200/22 238/8
movement [1] 115/8
moves [1] 191/6
moving [4] 22/19 115/1 115/4 163/12
mowing [1] 34/4
Mr [53] 3/4 3/5 3/7 3/8 3/10 3/11 3/13 3/17 25/12 34/16 37/12 39/21 41/3 43/5 53/21 74/24 75/4 75/7 75/10 97/2 105/19 106/3 107/6 107/17 108/16 110/11 110/22 112/11 114/6 114/19 114/24 115/19 116/25 117/23 119/7 123/7 123/14 123/19 123/21 124/2 124/3 135/23 141/12 141/21 142/2 142/5 142/10 146/9 155/3 167/3 175/2 178/20 208/12
Mr. [332]
Mr. Augustine [2] 13/1 13/24
Mr. Blythe [1] 76/17
Mr. Brunwin [1] 9/19
Mr. Dugan's [1] 42/11
Mr. Feitel [2] 26/23 76/8
Mr. Feitel's [1] 6/13
Mr. Grant [38] 22/2 22/4 22/6 22/7 23/5 23/6 23/10 23/25 24/4 24/23 25/22 26/2 26/7 26/16 26/23 27/10 28/9

28/23 29/2 29/25 39/20 34/20 35/5 35/9 35/19 36/24 37/22 38/13 38/15 39/8 39/13 40/10 53/1 53/9 53/9 53/12 53/15 53/24
Mr. Grant's [8] 26/8 27/1 29/9 30/8 36/19 39/17 42/22 43/2
Mr. Granted [1] 24/2
Mr. Johnson [63] 5/8 10/24 11/5 12/3 13/11 13/17 45/3 52/24 53/23 54/1 55/10 55/12 55/16 56/2 56/10 56/23 57/1 57/2 57/4 57/11 57/17 57/18 57/20 57/20 58/1 58/2 58/3 87/12 87/14 88/3 90/1 90/21 94/11 94/21 95/6 96/1 101/16 102/5 102/8 102/25 103/24 105/4 106/17 108/1 108/23 117/5 117/15 122/13 122/20 123/3 123/4 123/12 126/10 128/8 129/20 130/20 130/24 131/1 131/22 132/1 132/4 132/14 170/21
Mr. Johnson's [11] 48/25 87/21 87/23 90/9 90/25 94/23 96/14 105/1 110/25 115/3 127/17
Mr. Marshall [1] 88/19
Mr. Paul [2] 95/19 105/19
Mr. Ralston [1] 41/9
Mr. Randolph [73] 7/8 7/9 8/11 8/12 9/8 10/14 11/9 11/17 11/23 11/25 12/10 12/19 12/19 13/12 46/9 46/13 46/17 46/20 47/14 51/18 53/18 53/19 53/22 53/25 54/3 54/7 54/12 54/18 55/7 56/6 56/7 56/14 56/17 56/22 56/24 57/11 57/17 57/24 61/22 61/24 62/5 62/7 62/9 62/18 62/22 63/11 63/14 63/25 64/1 64/5 64/6 64/16 65/6 65/9 65/25 66/9 67/25 68/4 70/1 72/12 73/22 75/14 77/2 77/23 78/15 81/2 81/20 83/17 83/19 84/10 85/15 85/22 86/1
Mr. Randolph's [6] 9/2 11/21 57/22 61/1 69/9 69/20
Mr. Richman [2] 13/5 56/3
Mr. Ryan [1] 234/20
Mr. Samsel [68] 101/17 135/20 136/5 137/21 137/22 137/24 137/25 139/17 140/4

142/24 143/13 145/6 145/14 145/25 146/14 146/25 148/6 148/12 151/3 153/6 154/14 156/6 156/14 156/20 157/8 157/15 158/8 159/6 159/12 159/19 164/16 167/7 188/17 197/14 197/16 199/19 199/24 200/11 200/24 201/15 202/9 203/9 203/12 203/16 204/10 207/23 208/3 208/8 213/21 214/1 215/6 215/16 217/1 217/4 218/22 219/5 221/17 230/24 231/1 233/9 235/1 235/10 235/16 241/15 242/4
Mr. Samsel's [14] 140/4 164/4 165/7 192/5 193/3 200/16 200/17 201/5 201/7 205/2 217/2 226/22 230/4 234/8
Mr. Schwager [1] 237/21
Mr. Stephen [1] 60/22
Mr. Strobele [1] 167/3
Mr. Strohecker [1] 175/8
Mr. Strohecker's [1] 175/7
Mr. Van [2] 10/5 10/10
Mr. Woodward [28] 5/14 5/16 147/6 163/24 164/1 165/17 168/21 169/17 170/6 171/17 174/4 174/7 204/4 212/6 212/12 214/14 214/20 215/8 215/10 215/15 216/10 216/18 217/19 217/22 218/1 238/8 241/13 242/14
Ms [3] 3/14 3/16 110/2
Ms. [38] 6/17 7/18 10/20 12/20 13/25 22/15 44/25 45/7 45/12 45/20 45/23 46/2 46/24 47/3 55/22 58/12 59/1 88/18 91/25 97/6 97/11 110/1 113/2 128/7 146/20 147/10 148/8 152/8 157/20 163/8 166/15 167/14 174/19 187/1 212/4 227/5 231/2 231/8
Ms. Franklin [6] 13/25 110/1 163/8 212/4 227/5 231/8
Ms. Halim [14] 6/17 7/18 10/20 44/25 45/7 45/12 45/20 45/23 46/2 46/24 47/3 55/22 58/12 59/1
Ms. Halim's [1] 12/20
Ms. Hayman [10] 22/15

146/20 174/19 146/8 148/8
Ms. Johnson [2] 97/6 128/7
Ms. Johnson's [1] 97/11
Ms. Rachel [1] 231/2
Ms. Rosen [3] 88/18 91/25 113/2
much [57] 7/12 23/15 40/3 44/17 56/12 71/5 77/24 87/3 136/9 136/11 149/18 208/16 241/2
muffled [2] 113/9 113/17
multiple [4] 65/23 101/5 169/14 217/22
mute [1] 91/21
my [61] 6/14 17/4 20/23 21/22 24/17 33/8 33/24 38/21 40/4 40/18 43/10 43/10 49/3 50/6 50/23 71/22 76/17 85/2 87/13 94/6 98/19 103/15 104/11 104/11 107/9 113/24 120/17 120/18 125/15 125/15 125/24 127/6 130/24 138/9 150/24 161/5 164/8 173/23 179/15 182/18 182/19 182/20 182/20 197/20 201/22 204/18 204/24 210/20 211/11 214/13 214/16 216/7 216/13 221/10 222/5 222/15 223/9 231/14 232/7 234/5 240/4
myself [4] 66/18 82/20 181/6 239/23

**N**

N-O-Y-E-S [1] 20/23
name [22] 10/6 20/21 20/22 20/23 26/17 40/24 60/6 60/7 60/8 72/14 72/17 91/7 92/22 92/23 102/11 120/12 121/2 121/4 133/8 133/11 139/24 232/19
named [5] 21/15 93/16 96/24 124/4 167/1
naming [1] 232/18
narrate [2] 49/11 142/15
narrating [1] 142/14
narration [5] 9/9 9/16 45/1 49/9 152/21
nation [2] 31/14 41/23
nature [6] 85/23 86/1 194/18 198/9 199/22 221/1
ncsu.edu [2] 31/5 31/22
near [1] 93/13
necessarily [2] 57/11

234/15
need [26] 5/5 22/17 44/24 55/11 58/6 76/7 87/25 89/20 91/3 91/4 112/21 117/8 142/15 152/21 164/1 165/5 166/5 170/20 172/14 172/15 172/22 173/25 211/12 211/19 212/10 214/17
needed [3] 26/12 26/14 129/13
needs [2] 137/23 172/9
Neurology [1] 238/21
never [8] 79/10 79/10 79/12 175/11 191/23 192/18 219/14 222/4
new [3] 13/2 34/7 180/5
Newport [1] 93/8
news [3] 93/8 180/19 223/10
next [25] 6/1 6/10 20/10 42/3 42/4 44/19 47/24 63/25 78/25 87/4 87/5 100/23 122/17 122/22 123/8 123/15 128/21 128/22 128/23 128/24 132/23 140/3 162/24 179/4 209/11
nice [1] 44/9
night [3] 123/4 123/13 182/22
nights [1] 123/6
Nike [1] 22/11
nine [1] 14/7
no [135] 1/3 7/22 14/6 16/6 16/16 17/2 20/5 22/18 22/22 32/19 33/5 33/22 37/4 38/11 38/25 39/2 39/4 39/7 39/11 40/14 41/11 41/16 41/17 41/19 41/19 41/20 41/22 41/22 42/2 42/13 42/18 42/21 42/25 43/8 43/17 44/13 44/16 49/7 49/12 50/3 52/6 52/25 53/18 61/12 66/18 67/25 73/18 76/4 78/11 79/4 79/7 83/4 83/6 83/7 83/11 83/13 83/23 84/2 84/6 84/8 87/18 90/13 94/4 96/20 104/20 104/23 111/17 112/16 112/19 116/13 123/19 126/16 126/25 132/18 132/21 134/10 143/1 149/24 158/24 163/10 164/22 165/5 167/9 168/24 177/14 184/13 191/10 196/16 197/8 197/8 198/10 199/6 199/6 199/7 199/17 200/17 202/21 203/10 203/10 203/13 203/18 205/1 205/8 205/19 205/23 206/14 207/24 208/22 209/23

**N**

no... [26] 210/18 213/5 218/11 220/24 223/2 223/9 223/12 224/23 225/5 225/22 227/10 228/24 229/25 231/14 232/14 232/18 233/14 233/18 233/19 233/22 234/1 234/13 235/21 240/25 242/12 243/2
**Nobody [1]** 238/24
**non [2]** 13/6 172/6
**non-hearsay [1]** 13/6
**non-testifying [1]** 172/6
**none [1]** 56/9
**Norfolk [1]** 93/7
**North [6]** 21/22 22/13 33/3 35/19 35/22 44/10
**Northwest [1]** 2/3
**not [269]**
**notable [1]** 23/18
**note [1]** 171/6
**noted [1]** 89/10
**notes [2]** 40/18 113/24
**nothing [12]** 44/12 45/18 46/9 58/17 87/1 87/2 90/10 157/7 163/25 164/6 164/9 219/15
**Nothing's [1]** 91/10
**notice [1]** 50/25
**notices [1]** 84/4
**notified [3]** 21/9 116/6 189/7
**noting [1]** 229/6
**now [90]** 5/14 6/17 6/20 7/16 8/22 10/10 12/21 12/25 14/17 17/9 19/22 22/24 25/16 26/10 39/16 43/18 44/22 46/13 48/14 52/18 59/10 59/22 61/10 64/23 64/24 70/1 72/23 75/15 92/8 95/1 95/13 98/22 99/15 99/19 100/1 100/3 100/8 100/13 101/22 102/19 103/19 105/20 106/20 106/23 107/7 108/17 109/17 113/20 119/16 122/3 122/11 123/15 126/2 129/16 134/12 140/24 141/7 145/22 163/12 168/2 168/20 169/3 170/7 170/11 173/1 174/25 186/8 188/1 189/13 195/5 196/2 198/8 199/23 200/23 206/25 208/12 213/4 213/11 222/5 222/17 223/6 226/13 229/4 229/20 236/15 239/12 240/11 241/7 241/21 242/25
**NOYES [8]** 3/6 20/11 20/14 20/23 32/24 33/7 40/4 44/9

**number [58]** 9/2 11/25 21/16 29/25 40/14 102/1 102/2 102/5 102/9 102/17 115/24 121/10 129/19 134/20 134/24 149/13 160/2 160/9 160/11 160/13 160/16 160/17 161/18 161/21 161/22 166/19 167/1 168/16 175/19 176/14 176/25 177/6 177/12 177/20 178/8 178/10 179/9 179/19 179/20 180/13 180/14 180/23 180/24 181/10 181/10 182/9 184/5 185/8 185/9 186/5 207/11 211/2 226/13 227/9 227/10 232/14 233/2 241/14
**number 1 [2]** 161/18 241/14
**Number 1102E [1]** 40/14
**Number 2 [1]** 178/8
**number 220 [1]** 166/19
**number 24 [1]** 175/19
**Number 3 [1]** 179/9
**number 44 [1]** 177/20
**Number 5 [1]** 179/19
**Number 51 [2]** 134/20 134/24
**Number 6 [1]** 180/13
**Number 7 [1]** 180/23
**Number 8 [1]** 181/10
**number 9102 [1]** 160/16
**numbering [1]** 169/2
**numbers [1]** 125/7
**numerous [1]** 21/13
**nuts [1]** 167/6
**NW [3]** 1/15 2/6 2/21

**O**

**oath [5]** 13/24 20/15 60/2 92/18 133/2
**object [35]** 5/22 5/25 6/2 7/14 9/2 9/8 9/14 9/15 11/10 15/25 26/2 51/24 68/1 68/1 68/6 68/7 84/23 86/21 89/9 89/13 101/11 106/8 110/23 116/5 118/5 126/2 148/2 156/13 163/14 173/5 188/13 216/15 220/7 242/7 242/9
**objected [1]** 238/1
**objecting [4]** 89/7 89/14 105/5 213/6
**objection [70]** 6/13 30/3 30/4 30/22 36/16 44/3 45/1 46/24 49/19 62/13 66/21 66/22 67/9 67/14 70/20 71/22 72/18 72/25 74/3 74/4 74/17 86/23 87/18 92/15 96/20 98/13

102/13 111/3 114/7 112/15 113/12 118/4 121/9 121/18 125/10 125/11 125/14 126/10 137/16 139/12 140/18 141/4 141/14 142/11 144/2 147/24 149/23 150/6 150/24 151/16 152/6 152/20 154/2 154/20 156/12 158/23 190/3 191/8 202/10 204/3 207/15 208/23 219/18 233/16 235/2 235/5 235/12 238/1 238/4 240/16
**objectionable [1]** 219/16
**objections [6]** 74/5 92/11 148/1 168/4 169/13 242/3
**objects [4]** 110/25 111/10 111/15 111/24
**obligation [1]** 169/6
**observe [4]** 71/1 71/6 211/9 218/25
**observed [11]** 57/3 57/25 62/8 62/23 65/25 67/7 68/17 71/10 71/12 82/20 138/8
**observing [1]** 69/5
**obtain [6]** 30/8 71/21 71/25 201/14 203/16 239/20
**obtained [21]** 29/8 70/4 73/23 102/17 165/6 199/1 199/4 199/14 199/24 201/8 201/17 201/20 202/4 209/17 210/21 211/5 216/15 221/23 222/2 226/14 234/7
**obtaining [3]** 67/1 67/4 69/14
**obtains [1]** 68/24
**obvious [1]** 32/8
**obviously [20]** 5/10 12/9 18/24 19/9 39/5 46/2 47/3 50/9 51/6 54/24 59/4 88/25 89/8 112/18 118/7 131/10 131/21 170/7 191/14 192/16
**occasion [3]** 62/11 144/13 187/15
**occasions [3]** 24/15 65/23 66/4
**occur [4]** 35/8 36/2 188/10 195/22
**occurred [4]** 10/15 68/14 190/8 195/20
**occurring [1]** 221/17
**October [13]** 1/5 15/1 23/14 33/8 215/25 216/4 216/5 238/23 238/23 239/1 239/10 239/14 244/8
**October 14th [1]** 23/14
**October 20ish [1]**

236/23 236/23
**off [12]** 15/23 25/6 74/15 88/12 137/1 162/11 165/12 200/18 211/15 212/5 212/9 231/14
**off-Capitol [1]** 88/12
**offenses [1]** 93/13
**offer [10]** 7/15 11/24 48/21 54/17 89/2 96/18 101/10 112/19 116/9 237/14
**offered [11]** 12/7 12/11 13/11 13/13 47/19 54/2 54/8 54/23 91/18 112/17 118/21
**offering [4]** 12/17 54/6 54/16 237/20
**office [30]** 1/14 1/17 1/21 2/5 2/9 21/5 21/9 21/9 21/14 21/20 36/20 37/22 38/6 41/10 42/11 42/12 60/25 61/5 62/3 66/15 79/24 80/24 81/5 81/9 93/6 97/24 133/25 192/14 205/17 225/10
**officer [19]** 3/3 14/5 14/9 19/25 34/7 38/18 49/13 71/14 134/12 137/4 138/18 142/23 207/7 207/9 238/19 238/21 239/7 239/20 240/8
**officer's [3]** 142/25 143/3 143/7
**officers [19]** 16/5 16/7 19/15 19/24 66/16 66/20 67/1 67/3 67/12 71/1 72/1 138/11 142/3 154/12 155/13 156/21 158/17 195/7 205/15
**Official [2]** 2/20 244/9
**often [1]** 198/11
**Oh [4]** 49/6 126/5 231/13 242/13
**okay [145]** 5/5 6/16 7/18 7/21 10/17 11/20 13/3 13/20 14/17 18/18 19/23 20/6 20/8 22/23 26/19 30/5 30/23 32/18 32/20 39/16 40/17 40/19 44/14 44/22 45/23 47/12 47/23 49/4 49/4 49/19 50/5 51/23 52/9 52/12 52/15 53/20 55/14 56/3 59/2 59/9 59/16 59/21 59/24 64/2 64/12 64/21 65/17 68/10 70/17 70/22 72/21 74/3 74/6 76/6 76/11 76/15 85/11 86/14 86/20 86/24 87/2 87/10 88/6 88/18 89/20 91/11 94/16 96/16 96/21 101/14 102/16 105/10 106/15 111/19 111/23 112/2 113/19 118/14 118/25 120/21

124/2 125/14 126/14 132/20 136/6 139/16 139/18 145/21 147/8 149/25 151/4 153/13 154/22 165/17 166/14 167/20 170/23 172/12 173/16 174/9 188/24 190/11 191/8 191/15 192/8 193/10 196/5 197/20 199/18 199/23 202/1 204/7 206/23 209/10 211/14 211/20 211/24 212/1 212/16 212/19 212/22 213/10 217/21 218/13 220/11 220/15 232/13 235/20 235/25 236/2 236/15 236/20 236/23 237/22 238/5 238/17 240/6 240/14 241/13 241/13 241/22 242/10 242/21 243/2
**once [7]** 14/19 161/2 171/10 191/24 194/19 200/5 200/19
**one [86]** 6/9 7/11 11/2 11/3 19/9 19/25 21/10 21/16 23/6 25/21 32/17 34/4 45/11 45/25 46/1 49/24 50/6 53/12 54/10 55/19 55/21 56/19 64/23 66/7 67/23 76/8 76/9 82/17 86/8 87/11 87/19 88/2 88/7 93/16 102/25 103/25 105/2 106/22 107/9 107/23 110/14 112/14 113/4 113/11 116/8 122/19 127/7 130/11 130/12 130/19 134/15 134/19 148/16 159/17 167/5 167/10 175/20 187/17 189/21 196/3 200/10 200/12 205/20 207/8 208/10 220/13 222/3 225/12 225/13 226/17 226/19 226/22 226/24 229/10 229/13 229/13 230/15 231/1 231/2 232/25 234/14 238/1 238/25 241/6 241/12 242/5
**one-day [1]** 242/5
**ones [3]** 26/25 40/15 182/22
**ongoing [2]** 189/7 211/3
**online [3]** 84/7 185/24 186/1
**only [31]** 6/8 9/11 39/18 68/8 69/3 69/14 71/4 89/2 94/2 96/4 96/10 101/16 132/1 160/3 169/10 172/20 172/23 197/14 199/14 201/7 215/25 216/14 221/16 223/25 224/16 224/25 225/1 226/19

**O**

only... [3] 226/20
229/15 229/17
open [32] 46/15 65/8
65/15 102/6 102/7
104/12 104/13 150/19
150/20 153/4 154/10
185/25 199/20 199/21
201/22 201/25 202/16
203/11 206/15 209/19
209/21 211/2 211/7
212/15 213/3 213/7
213/20 216/14 221/20
222/2 222/18 224/9
open-source [20]
150/19 150/20 153/4
154/10 185/25 199/20
199/21 201/22 201/25
202/16 203/11 209/19
209/21 211/7 213/20
216/14 221/20 222/2
222/18 224/9
opened [1] 192/24
opening [4] 167/8
167/11 184/11 189/22
operation [4] 33/15
33/17 33/19 34/11
operations [2] 33/16
36/10
opponent [2] 53/13
53/23
opportunity [6] 6/11
24/14 36/11 54/12
88/25 89/22
oppose [1] 86/21
opposite [1] 164/7
option [1] 36/9
orange [1] 75/23
order [12] 6/21 21/15
26/15 33/16 33/17
33/19 89/21 112/23
137/25 213/1 213/1
241/8
ordered [1] 168/25
organization [1]
235/11
Organize [1] 198/18
original [1] 234/19
originally [3] 222/15
222/17 229/5
origins [1] 234/12
other [81] 9/7 9/9 9/16
10/5 11/9 11/17 11/22
11/22 15/3 17/22 24/17
30/8 37/6 38/4 38/19
38/22 43/7 43/15 44/1
44/13 44/13 45/2 45/24
50/6 59/4 59/6 65/19
66/4 66/16 66/20 67/1
67/2 68/3 72/15 74/4
77/17 78/12 86/13
106/5 108/4 111/24
114/8 118/11 126/8
126/10 126/15 132/19
149/7 150/16 162/25
185/24 193/16 196/20
197/25 198/2 201/15
201/19 202/4 203/2
203/11 203/15 207/17
207/17 210/12 210/16
211/22 219/22 222/21
223/20 225/15 226/2
226/20 232/1 232/7
234/8 236/13 238/6
238/10 238/13 242/8
243/3
others [10] 87/12 105/4
185/24 193/15 197/6
197/21 197/22 203/1
207/23 210/7
otherwise [4] 5/15
118/9 151/20 201/18
ought [4] 8/8 8/18 8/23
58/21
our [53] 5/10 5/19 11/5
21/9 29/18 34/20 36/20
59/9 59/15 60/24 60/25
61/4 62/3 62/4 65/24
66/7 82/20 89/10 91/2
93/22 97/5 97/21 97/21
97/24 98/21 101/12
116/9 125/13 130/24
131/2 139/12 162/10
164/1 168/19 170/4
170/10 171/14 172/13
200/6 200/6 207/22
207/25 208/5 211/1
218/18 225/9 231/25
232/4 232/19 238/1
239/2 239/7 241/16
out [40] 5/10 5/13 21/5
22/5 35/4 40/18 46/8
50/18 50/25 71/10 76/7
76/9 76/11 77/21 80/19
90/19 113/16 122/21
127/25 173/25 192/13
201/25 205/10 208/6
211/16 211/21 212/17
212/19 215/18 217/15
218/21 220/7 220/13
220/23 237/19 237/20
241/7 242/17 243/6
243/8
outdoor [2] 212/8
212/14
outgoing [2] 99/11
123/4
outlined [1] 89/15
outraised [1] 181/25
outset [1] 105/11
outside [11] 34/4 39/13
66/12 67/15 67/17 68/3
69/5 88/15 124/16
125/19 224/23
outstanding [1] 236/10
over [28] 8/25 27/20
31/14 32/7 41/23 60/14
104/2 108/2 120/19
150/24 163/23 167/5
167/10 171/12 184/16
184/25 185/11 191/8
193/17 195/9 197/4
200/22 206/8 213/14
217/15 217/16 218/24
230/12
overrule [4] 70/20

overruled [22] 66/23
71/23 74/6 74/20
101/14 113/13 122/2
138/15 141/5 141/19
142/19 144/3 148/4
150/9 151/5 154/22
159/4 190/11 190/13
202/12 204/7 207/16
own [6] 50/12 51/17
62/4 84/22 186/2
226/21
owned [1] 82/2
owner [21] 161/23
161/24 166/25 176/15
176/15 177/11 178/10
179/10 179/20 180/13
180/18 180/23 181/10
181/12 182/9 182/15
184/4 184/22 185/8
186/5 186/7

**P**

p.m [21] 14/8 18/22
18/22 31/3 31/20 32/14
32/16 103/9 103/16
104/4 122/16 145/13
147/20 152/15 176/9
177/23 177/25 179/22
179/23 180/25 181/11
p.m. [1] 184/8
PA [1] 2/12
pads [2] 39/9 39/9
page [12] 3/2 57/23
120/14 120/17 122/22
123/9 123/15 128/20
128/21 128/22 128/23
128/24
pair [3] 77/15 78/4 78/4
pants [2] 23/21 95/10
paragraph [2] 226/5
226/7
paraphrasing [1]
167/12
parcel [3] 10/2 48/5
51/13
parentheses [2]
161/23 176/15
parked [1] 71/10
parking [1] 71/10
parse [1] 7/23
part [31] 10/2 21/3
21/24 28/24 34/11
46/22 48/5 48/7 51/13
55/25 61/13 69/22 81/4
81/6 81/19 85/3 87/21
102/17 108/3 111/9
116/12 131/3 131/6
144/11 168/19 175/19
206/11 208/5 214/15
237/18 237/21
participate [4] 33/17
66/20 67/1 75/16
participated [3] 33/7
66/17 67/3
participating [1] 189/9
particular [6] 26/14
82/10 93/9 119/10

particularly [4] 9/10
9/16 194/25 225/9
parties [1] 241/8
partner's [1] 50/7
parts [2] 92/2 98/14
party [24] 53/13 53/22
87/20 90/21 91/17
131/17 199/2 201/8
201/13 213/18 213/19
213/19 213/20 213/22
214/17 215/13 215/19
216/15 217/25 218/4
218/11 223/22 233/2
233/6
passed [2] 80/7 80/10
past [4] 55/13 90/6
140/4 225/20
patience [1] 220/21
PAUL [5] 1/6 87/7
93/17 95/19 105/19
pause [26] 65/5 73/20
105/23 106/13 107/1
107/12 107/20 108/9
108/21 109/9 109/16
110/6 110/17 113/6
113/15 114/1 115/14
116/4 118/3 124/10
125/2 130/1 139/1
140/13 143/11 187/13
paused [1] 106/21
Pausing [9] 25/10
112/6 114/14 116/20
117/13 117/19 119/2
119/14 119/22
paying [1] 5/11
PDF [2] 161/17 232/14
Peace [15] 55/4 135/14
140/2 140/6 149/8
197/6 197/9 197/15
197/18 198/3 202/20
202/21 202/23 203/2
221/14
peach [1] 136/2
peach-colored [1]
136/2
pending [2] 10/11
51/17
Pennsylvania [2] 2/6
2/15
people [15] 17/3 43/7
43/10 53/14 58/17 63/6
108/4 196/14 196/19
196/20 197/12 207/14
222/7 224/4 240/23
per [1] 50/6
perceived [1] 42/20
percent [1] 232/21
perfect [1] 182/6
perfectly [1] 204/6
perform [2] 160/23
163/15
performed [1] 165/3
perhaps [2] 40/4
106/13
period [4] 50/16 190/10
194/23 220/4
periods [2] 51/1 80/2

**206/8 230/22**

permission [4] 10/3
10/9 120/15 213/3
permit [3] 10/4 50/7
172/5
permits [1] 43/23
permitted [1] 121/22
person [72] 11/5 12/3
12/4 12/14 13/16 17/12
17/14 18/1 18/12 23/25
37/8 47/16 50/9 50/10
53/3 53/4 53/5 53/7
53/8 54/14 54/20 61/8
63/25 64/4 64/5 65/7
65/13 69/14 71/20
74/16 74/20 75/2 81/8
94/11 95/16 96/4 96/7
97/3 97/6 104/20
105/14 108/11 119/4
119/24 121/2 126/9
128/4 137/14 138/2
138/7 138/13 138/14
138/17 139/7 139/16
139/17 140/16 150/14
150/21 154/10 173/11
173/17 174/5 179/11
197/14 214/2 215/8
216/20 216/21 216/22
217/1 219/14
personal [5] 42/22
43/20 68/8 112/16
121/18
personally [6] 36/20
62/20 81/2 197/8
207/24 242/17
personas [1] 46/11
personnel [1] 97/21
persons [1] 201/14
pertains [2] 6/8 8/15
pertinent [3] 45/20
54/17 57/11
petition [1] 43/24
petitioning [1] 44/2
ph [5] 10/6 67/5 166/23
167/2 175/3
Philadelphia [1] 2/12
phone [80] 29/9 29/13
30/8 30/17 36/6 37/16
37/18 43/4 84/15 84/19
84/22 97/11 97/12
97/14 97/16 97/16
97/18 97/23 97/24
97/25 98/1 99/13 99/25
100/7 100/12 100/17
100/22 101/1 101/5
101/7 101/13 102/2
102/5 102/7 102/9
102/17 122/10 129/1
159/20 159/22 159/24
160/2 160/6 160/9
160/10 160/11 160/12
160/16 160/17 160/20
160/23 163/16 164/2
164/4 164/13 164/14
164/23 164/24 165/15
171/9 171/19 171/23
186/12 186/22 189/4
192/5 199/16 199/19
199/25 200/16 200/18

**P**

phone... [9] 200/21
201/5 212/10 228/23
230/12 230/15 230/21
231/2 232/14
phones [11] 29/12
29/15 159/14 159/17
161/10 163/24 165/7
199/10 212/4 225/12
231/1
photo [6] 17/12 26/17
38/1 38/2 38/8 185/23
photograph [13] 14/14
15/4 17/5 37/21 175/20
178/13 178/19 181/22
227/23 228/1 228/3
228/11 233/10
photographer [2]
104/15 104/18
photographic [12]
198/24 199/7 199/14
199/18 199/24 202/3
209/17 209/20 209/24
221/2 229/20 234/7
photographs [11] 39/8
203/14 207/19 207/21
208/4 223/15 223/19
226/13 228/23 230/23
233/9
photos [5] 29/8 29/18
95/5 104/6 104/10
phrase [1] 58/16
phrased [1] 209/7
physical [3] 62/4 65/24
66/12
physically [9] 22/5
62/8 62/23 67/24 70/3
97/12 97/16 97/24
104/21
physician [1] 238/20
pick [4] 38/17 76/24
81/1 186/8
picks [1] 48/12
picture [15] 22/20 90/6
155/14 175/23 175/24
175/25 176/2 176/6
178/18 178/20 179/5
185/22 229/11 229/12
239/19
pictures [4] 15/24
18/25 66/1 185/24
piece [3] 15/19 16/2
238/2
Pierce [1] 243/4
pipe [2] 147/22 156/10
placard [2] 125/4 125/6
place [14] 33/13 39/18
46/19 62/6 71/7 71/8
71/12 76/25 88/11
124/13 129/23 131/11
172/8 189/8
placed [2] 23/10
125/18
plain [1] 49/2
Plaintiff [1] 1/3 1/13
plaintiff's [1] 22/18
plan [10] 13/3 33/12
33/15 34/11 36/10

67/14 67/22 99/6 174/7
175/11
planet [3] 162/8 162/9
234/20
plank [4] 15/14 15/17
153/24 217/4
planned [3] 58/11
116/9 174/5
planning [6] 5/12 12/23
118/24 123/5 125/20
208/5
plans [1] 128/10
plant [1] 32/8
plastic [1] 16/3
platform [2] 86/6
114/25
plausible [1] 195/19
play [90] 7/7 7/10 7/10
7/12 8/3 8/5 8/17 17/7
17/14 25/8 27/10 27/24
45/11 45/15 46/4 46/5
48/4 48/8 48/10 48/18
49/24 58/10 58/12
58/13 58/13 58/24 59/4
59/8 63/5 65/3 70/8
73/3 73/13 73/15
104/25 105/3 105/7
105/11 105/21 106/12
106/23 107/10 108/18
109/7 110/3 110/13
112/4 112/13 112/14
113/4 113/11 114/11
114/5 115/5 115/11
116/2 116/15 116/18
118/20 118/24 124/22
124/24 126/15 138/24
141/8 142/6 143/8
144/8 145/22 147/10
148/8 152/16 153/14
153/17 155/5 155/15
156/17 156/24 157/21
157/24 167/21 168/9
168/10 169/22 171/22
187/1 190/11 190/20
190/21 190/23
played [74] 16/18 17/8
24/21 25/9 26/1 27/8
27/12 28/1 44/25 45/7
45/21 47/24 58/20 63/8
65/4 70/14 73/19 74/7
87/25 105/12 105/22
106/16 106/25 107/8
107/11 107/19 108/8
108/19 109/8 110/5
110/16 112/5 113/5
113/14 113/22 113/25
114/7 114/13 115/6
115/13 116/3 116/19
117/12 117/18 118/1
118/17 119/11 119/13
119/21 120/4 124/11
124/23 125/1 126/3
126/4 138/25 142/7
143/10 144/9 145/23
148/10 152/17 153/15
153/18 154/23 155/6
155/16 156/18 157/1
157/22 158/1 169/15

playing [13] 26/3
107/18 108/7 113/21
115/3 115/21 117/11
117/17 117/25 118/15
119/12 119/20 120/3
plaza [1] 134/7
please [26] 20/13
20/20 40/14 40/19 42/3
60/7 92/22 109/22
112/13 115/5 128/21
128/22 128/23 128/24
133/8 141/7 142/5
145/16 148/9 174/20
187/1 190/23 199/12
227/13 228/9 231/9
plenty [1] 41/25
plugged [1] 165/15
plus [3] 122/16 162/4
162/5
PM [3] 109/23 170/18
243/11
point [27] 9/13 19/25
26/5 52/5 55/18 72/15
79/4 79/7 82/22 83/4
83/7 84/3 94/20 96/13
96/18 108/18 109/18
117/5 134/9 150/25
152/14 173/24 202/16
204/16 232/25 238/22
242/3
points [1] 79/14
pole [2] 148/16 153/12
police [23] 19/4 19/8
19/11 35/19 35/21
35/22 38/17 134/12
138/11 140/9 142/3
142/23 144/14 145/7
146/15 146/25 153/25
154/15 155/7 155/13
158/17 195/7 205/19
political [2] 85/23 86/1
pop [1] 222/5
portion [21] 27/19
28/15 48/9 58/12 89/8
89/14 116/6 116/8
116/15 117/8 118/9
130/3 155/24 161/17
167/17 168/9 168/17
176/7 182/2 182/3
188/12
portions [14] 9/2 9/6
126/1 126/15 153/22
168/6 168/6 168/10
169/7 169/13 169/15
169/18 169/20 170/12
pose [1] 8/9
posed [1] 9/20
posing [2] 67/23
178/18
position [20] 20/21
35/5 45/6 58/23 68/16
171/8 171/14 171/17
172/13 219/21 239/2
positive [1] 9/10
possession [3] 68/13
68/17 111/16
possible [6] 132/13

196/21 224/16 229/14
230/10 234/11
possibly [1] 196/19
post [12] 8/15 11/2
47/5 48/14 48/17 48/20
50/2 50/4 84/4 84/7
150/11 150/22
post-arrest [10] 8/15
11/2 47/5 48/14 48/17
48/20 50/2 50/4 150/11
150/22
posted [5] 120/11
120/14 121/2 121/15
122/1
posting [1] 186/1
posts [1] 85/22
Posturing [1] 142/3
potential [2] 172/23
196/10
potentially [8] 36/6
51/7 51/8 165/4 176/23
201/10 207/19 208/17
pounds [1] 136/12
pre [2] 11/3 34/11
pre-arrest [1] 11/3
pre-operation [1]
34/11
preamble [3] 45/17
46/6 73/21
precaution [1] 37/13
preceding [1] 137/24
precise [1] 199/11
prejudicial [3] 89/18
242/6 242/6
preliminary [1] 217/5
prep [3] 15/13 15/16
16/11
preparation [3] 14/17
15/2 24/17
prepared [6] 164/18
165/11 173/21 200/23
209/3 241/16
prerogative [1] 239/22
presence [5] 67/15
88/15 94/18 94/24
127/9
present [37] 5/4 61/8
61/10 67/24 68/1 68/15
69/8 69/10 70/3 83/20
90/13 142/13 197/6
197/9 197/15 197/18
197/21 197/25 198/3
199/5 199/8 199/15
201/14 201/21 202/5
205/16 207/8 207/14
207/17 208/4 209/17
209/25 210/22 211/6
222/14 229/23 241/16
presenting [2] 215/6
241/10
presents [1] 6/15
preserve [1] 92/12
preserved [1] 92/16
president [2] 148/24
148/25
President's [1] 148/23
press [1] 22/17
pressing [1] 22/18

243/5
presumably [2] 193/19
239/17
presume [2] 165/5
228/24
presumed [1] 165/1
presumption [1]
222/13
pretending [1] 46/10
pretrial [1] 88/5
pretty [10] 77/24 113/9
113/17 171/18 193/11
198/11 203/21 216/9
228/16 234/10
previous [2] 92/12
114/9
previously [19] 91/18
93/11 101/12 122/4
126/13 126/21 126/22
138/21 141/2 143/19
144/25 152/9 152/25
158/11 158/13 159/1
180/9 184/17 186/3
Price [1] 238/20
primarily [3] 203/10
222/22 224/1
primary [2] 10/7
192/12
prior [11] 10/13 30/11
69/23 80/11 80/12 87/8
87/13 208/5 208/14
217/23 240/2
Prisons [2] 189/6
189/6
Prob [1] 123/7
probable [1] 234/18
probably [5] 13/15
13/17 182/4 212/18
221/9
probation [1] 34/7
problem [4] 14/6 89/4
214/12 215/10
problematic [1] 215/14
procedure [1] 90/19
procedures [3] 236/9
240/15 240/16
proceed [10] 6/5 76/18
89/22 91/12 92/4 161/9
165/11 171/15 219/15
220/6
proceeding [2] 173/5
174/4
proceedings [6] 2/24
5/22 5/23 5/24 243/11
244/4
process [8] 29/11
69/25 90/20 91/6 97/22
200/4 224/8 230/21
processed [2] 210/2
210/7
processes [1] 211/1
processing [4] 23/15
23/24 79/25 151/12
produced [4] 2/24
212/24 218/17 218/23
produces [1] 97/25
product [1] 98/14
professional [1] 242/4

**P**

proffer [2] 47/14 88/15
proffered [3] 7/24 48/1 215/3
project [1] 7/23
projected [1] 120/18
promptly [1] 98/17
pronounce [1] 10/6
proof [2] 55/25 111/13
proper [1] 219/17
properly [1] 51/10
properties [1] 224/3
property [1] 82/2
proposal [1] 241/9
propose [1] 87/15
prosecuting [1] 226/10
prosecution [2] 214/3 220/23
prosecutor [1] 239/17
prosecutors [3] 193/11 193/16 193/25
protective [4] 39/9 142/3 213/1 213/1
protest [3] 123/6 129/5 175/9
Proud [1] 235/11
provide [7] 52/19 160/25 168/25 169/22 169/25 207/6 219/20
provided [20] 29/13 29/16 62/3 86/18 163/20 165/15 168/19 168/24 169/1 169/3 169/3 189/10 207/8 213/18 217/19 218/10 230/6 230/8 233/8 239/9
provides [3] 72/16 121/24 223/16
providing [4] 172/10 225/24 230/13 240/2
prudent [1] 34/23
pseudonym [1] 220/1
public [5] 99/17 104/12 104/14 118/22 219/3
public-source [1] 219/3
publicly [2] 121/25 218/12
publish [1] 74/2
published [4] 99/17 118/22 185/24 193/6
publishing [1] 128/18
pull [50] 22/15 25/24 27/6 29/3 30/13 40/18 95/1 95/13 98/10 98/11 98/23 99/6 99/15 99/19 118/18 122/17 123/8 123/16 129/16 129/25 130/9 143/5 143/18 146/20 154/17 156/24 157/20 157/24 161/11 162/23 166/15 167/14 174/19 175/15 176/10 178/4 179/6 179/16 180/1 180/10 180/20 181/14 182/1 182/23 182/24 185/4 185/13

pulled [5] 25/16 27/19 143/2 171/13 172/16
pulling [3] 115/25 128/17 187/12
pulls [1] 142/22
pure [1] 56/24
purported [2] 233/8 238/11
purportedly [1] 53/1
purporting [1] 126/9
purports [2] 90/10 91/1
purpose [11] 12/18 54/15 55/3 55/12 56/13 105/3 113/1 118/12 127/10 130/22 130/24
purposes [3] 111/11 168/13 169/10
pursuant [7] 8/19 45/21 47/11 98/21 159/14 164/19 230/1
pushed [2] 143/2 143/18
put [20] 9/23 14/15 15/8 40/13 47/9 78/16 79/20 79/21 102/9 139/14 153/1 162/24 167/24 168/6 168/6 170/12 174/1 200/19 226/18 232/5
putting [2] 190/18 198/15
PVC [1] 147/22

**Q**

quadrant [1] 181/22
Queen [1] 2/12
query [1] 125/12
question [30] 9/19 17/24 43/10 43/10 56/23 66/23 100/5 100/10 100/15 100/20 104/17 110/14 115/2 131/5 138/7 138/8 138/9 152/23 188/25 195/23 197/23 204/18 204/21 209/7 214/10 219/15 219/16 220/6 234/19 235/5
question/answer [1] 9/19
questioning [9] 64/9 68/2 68/7 68/12 79/11 170/22 204/25 214/12 216/13
questions [31] 9/20 10/22 20/5 27/1 32/19 39/16 50/3 54/12 76/4 79/1 79/5 79/6 79/8 83/25 86/12 118/23 126/20 127/1 132/18 168/1 188/25 191/10 206/10 215/15 215/18 216/19 217/14 217/22 218/2 218/5 235/21
quickly [2] 122/23 166/2
quite [6] 49/23 80/19

188/9 195/9 204/25 242/6

**R**

RA [1] 60/11
Rachel [9] 157/12 160/18 184/22 185/9 186/6 186/7 187/8 199/13 231/2
Rachel's [1] 160/17
radio [1] 187/15
raise [7] 6/7 6/20 8/24 10/16 20/13 219/17 236/7
raised [1] 92/4
Raleigh [4] 21/6 21/9 21/19 21/23
Ralston [2] 41/6 41/9
Rambo [2] 148/22 148/23
Rambo-style [1] 148/22
RANDOLPH [93] 1/7 2/11 7/8 7/9 8/11 8/12 9/8 10/14 11/9 11/17 11/23 11/25 12/2 12/10 12/19 12/19 13/12 46/9 46/13 46/17 46/20 47/14 51/18 53/18 53/19 53/21 53/22 53/25 54/3 54/7 54/12 54/18 54/25 55/7 56/6 56/7 56/14 56/17 56/22 56/24 57/11 57/17 57/24 60/22 61/22 61/24 62/5 62/7 62/9 62/18 62/22 63/11 63/14 63/25 64/1 64/5 64/6 64/6 64/11 64/16 64/18 65/6 65/9 65/9 65/16 65/20 65/25 66/5 66/9 67/25 68/4 70/1 72/1 72/12 72/24 73/22 74/24 75/4 75/7 75/10 75/14 77/2 77/23 78/15 81/2 81/20 83/17 83/19 84/10 85/15 85/22 86/1 90/17
Randolph's [7] 9/2 11/21 57/22 61/1 69/9 69/20 72/8
random [2] 210/12 214/2
rapidly [1] 57/9
rather [1] 38/2
reach [1] 242/17
reached [1] 142/10
Reaches [1] 142/22
read [16] 32/6 41/17 78/18 103/3 104/3 122/11 122/12 122/15 122/19 123/2 123/11 123/18 124/1 125/6 166/6 184/10
reading [3] 41/24 128/20 163/2
reads [4] 31/13 31/14 32/7 125/7

ready [6] 192/20 59/21 59/21 109/24 172/22
really [7] 46/14 48/2 118/12 152/21 170/7 182/20 184/15
rear [1] 28/15
reason [4] 56/1 91/23 198/14 232/16
reasonable [1] 225/22
reasons [3] 152/5 219/22 223/21
rebuttal [1] 10/23
recall [37] 14/9 14/21 14/22 14/24 15/8 15/23 16/13 16/17 16/19 17/21 18/2 18/7 19/17 19/23 33/12 33/19 33/22 33/25 34/8 35/3 39/15 49/15 72/23 102/11 103/12 120/12 121/6 121/15 127/24 174/16 193/8 202/7 202/8 203/11 205/2 221/6 232/23
receive [5] 194/3 203/19 218/15 239/14 240/9
received [34] 21/20 22/4 30/6 30/24 41/12 42/12 42/17 61/4 93/23 96/22 97/5 101/21 101/24 102/22 103/22 126/18 132/1 147/9 150/1 161/2 187/23 188/23 189/5 191/9 203/19 203/24 224/13 225/2 232/2 234/14 234/16 237/6 237/10 237/24
receiving [6] 60/24 93/20 233/12
recent [1] 223/8
recess [3] 59/18 109/23 170/18
recipient [1] 41/6
recognition [3] 61/6 132/8 132/10
recognize [71] 23/1 23/4 23/5 24/2 29/5 29/7 62/25 63/1 72/8 73/17 73/23 74/10 74/15 75/2 75/6 75/8 75/12 95/16 95/23 96/7 98/25 99/6 99/12 99/21 100/5 100/10 100/15 100/20 100/25 101/4 102/2 102/4 105/14 105/16 105/25 107/3 107/14 107/22 107/25 108/11 108/13 110/8 110/19 112/8 114/3 114/16 114/20 115/16 116/22 119/4 119/8 119/18 119/24 122/7 143/23 143/25 147/12 147/14 155/19 155/21 155/23 158/14 175/24

169/18 187/4 187/22 189/17 190/12 191/2 231/11 232/13
recognized [3] 106/4 139/17 207/18
recognizes [6] 70/1 74/19 90/1 106/14 125/18 188/15
recognizing [1] 70/12
recollection [13] 120/13 120/16 120/25 128/15 129/2 143/7 143/13 156/25 157/3 158/3 169/11 231/15 231/18
reconsider [1] 52/20
record [37] 5/2 9/17 9/24 24/9 25/5 27/17 28/13 47/9 51/13 60/6 63/18 65/11 92/23 96/3 96/9 98/20 106/21 109/5 126/21 127/16 133/9 136/4 145/18 146/4 154/20 155/11 155/25 156/2 166/6 168/22 173/14 181/23 211/15 212/5 237/25 238/4 238/16
recorded [12] 2/24 7/8 9/15 10/2 10/7 10/14 47/6 67/25 71/16 71/18 222/16 222/17
recording [72] 8/4 8/6 8/9 9/4 45/11 45/11 45/13 45/13 45/15 45/16 46/2 49/17 49/24 49/25 51/11 54/20 58/10 58/11 58/24 62/21 66/14 66/14 66/19 67/1 67/4 68/13 68/16 68/17 68/22 68/23 68/24 68/25 69/3 69/8 69/14 69/16 69/17 69/19 69/22 69/25 70/4 70/6 70/8 70/12 70/13 70/14 70/17 71/19 71/25 71/25 72/3 72/4 72/6 72/9 72/10 72/13 72/15 72/17 73/6 73/8 73/10 73/23 74/9 74/11 74/13 74/16 74/17 74/25 83/15 188/16 190/7 190/10
recordings [7] 7/8 7/16 12/21 45/12 45/24 62/7 72/24
records [26] 164/25 165/1 165/2 165/6 165/9 166/4 166/11 171/21 171/21 171/21 171/23 171/23 171/25 173/7 173/8 173/10 238/9 238/11 238/19 239/2 239/4 239/10 239/14 239/18 239/20 239/23
recover [1] 229/12
recovered [4] 78/1

**R**

recovered... [3] 110/25 111/18 229/13
red [33] 14/10 14/13 14/14 15/7 15/11 17/1 17/4 17/13 17/16 109/6 136/19 137/10 137/14 138/2 138/8 138/13 138/17 139/4 141/24 144/6 145/19 146/7 147/17 153/11 153/24 156/3 178/24 181/13 181/17 181/19 181/21 181/24 182/18
Reddit [1] 222/6
redirect [6] 18/18 18/20 44/15 86/14 132/20 235/23
redness [2] 17/14 17/15
reference [3] 17/11 162/19 162/20
referenced [6] 150/5 151/9 162/2 166/20 228/11 238/21
references [2] 149/13 231/16
referred [6] 21/10 161/16 162/7 190/5 224/8 226/15
referring [4] 15/18 171/5 197/18 207/25
refers [1] 162/6
reflect [9] 63/18 65/12 136/4 144/19 145/18 146/4 155/11 156/2 181/23
reflects [2] 14/8 146/17
refresh [12] 120/13 120/16 120/25 128/14 129/1 143/7 143/13 156/25 157/3 158/3 204/24 231/18
refreshing [1] 169/10
refuse [1] 79/5
regard [1] 12/21
regarding [7] 6/7 6/17 45/2 85/9 128/10 237/13 238/9
registered [1] 81/24
reintroduce [1] 91/25
relate [1] 56/6
related [3] 89/18 198/21 238/11
relates [4] 10/25 87/7 125/15 234/20
relating [2] 87/20 102/14
relevance [26] 45/22 46/4 46/24 51/6 51/9 52/6 52/15 52/19 85/5 89/17 121/9 150/8 151/22 202/11 204/3 208/23 208/24 213/6 219/24 235/2 235/3 235/4 235/6 235/12 235/14 235/15
relevant [42] 29/17

29/18 29/19 45/20 46/25 50/11 50/14 50/15 50/21 50/22 51/2 51/14 52/5 52/8 52/10 54/25 88/21 92/2 98/18 150/11 150/17 151/19 152/4 156/14 161/5 161/5 161/6 166/8 171/13 172/16 204/6 207/22 213/6 213/8 213/11 213/12 214/25 215/14 215/22 218/9 218/25 219/6
reliable [1] 190/5
relied [9] 116/14 202/8 204/1 204/9 204/18 215/5 215/12 216/12 218/20
rely [4] 137/21 201/20 202/3 203/8
relying [2] 46/16 203/11
remain [1] 94/18
remember [40] 19/19 34/9 39/19 40/21 77/21 137/10 143/4 155/4 156/23 157/18 164/12 167/12 184/15 194/25 196/24 201/10 202/14 202/17 203/23 203/24 204/22 205/11 205/20 206/14 207/1 207/2 208/9 208/11 208/17 227/8 227/16 230/18 230/20 230/22 230/25 231/6 232/4 232/6 232/12 238/24
remind [1] 192/11
reminding [1] 206/14
renew [3] 71/22 101/12 239/7
repeat [4] 15/15 104/17 115/2 131/5
rephrase [1] 44/5
report [37] 161/15 161/16 161/18 165/16 166/20 175/21 187/23 189/5 189/12 212/8 212/14 213/16 213/17 213/23 214/5 214/7 214/14 214/15 214/21 215/11 215/12 217/8 218/11 219/1 219/2 219/3 219/4 219/6 225/25 226/2 229/8 233/25 234/1 234/4
Reported [1] 2/20
reporter [3] 2/20 20/22 244/9
reporting [2] 231/19 231/21
reports [2] 68/20 229/2
represent [1] 91/5
representation [1] 242/20
representations [1] 9/25

representative [2] 31/9 32/3
Representatives [1] 43/12
represented [3] 47/4 173/3 238/15
represents [1] 90/8
request [5] 50/6 50/23 86/22 120/15 239/25
require [2] 92/3 234/19
requirements [1] 164/20
requires [2] 165/13 213/1
resemble [1] 114/8
reside [1] 93/22
residence [14] 33/21 34/12 62/5 66/1 75/16 75/19 75/21 82/6 82/8 82/10 97/10 111/1 127/23 205/3
residences [1] 236/19
resident [7] 21/6 21/19 21/23 60/16 72/4 93/8 93/9
residing [2] 21/21 62/5
resolve [2] 44/24 170/16
resolved [2] 49/5 170/24
respect [10] 5/23 6/14 8/3 8/13 47/2 47/5 58/5 125/25 201/12 221/17
respond [2] 13/7 134/2
responds [1] 11/1
response [5] 12/17 85/1 85/2 204/4 213/5
responsibilities [2] 21/1 192/12
responsibility [2] 93/22 131/2
rest [5] 92/15 99/4 99/6 126/12 240/19
rested [1] 217/6
restricted [2] 176/3 179/3
resulted [1] 240/4
results [3] 161/2 161/4 162/20
resume [2] 13/22 59/10
resumes [1] 70/23
resuming [1] 109/20
retrieved [1] 154/11
return [1] 110/12
returned [2] 69/16 154/11
returning [2] 110/2 229/20
reveal [1] 215/3
review [18] 21/24 29/16 40/3 61/14 73/6 128/13 154/9 154/14 172/16 194/21 198/23 199/18 204/23 209/16 209/20 218/22 230/23 240/17
reviewed [24] 29/17 30/17 95/5 98/5 98/7

92/2 99/4 104/15 128/9 128/6 149/7 161/4 199/7 199/9 199/23 214/6 214/15 214/21 221/3 221/4 221/6 223/23 224/24 232/10
reviewing [6] 9/18 124/18 196/5 218/3 222/18 232/23
revised [1] 237/17
Richman [4] 2/8 5/8 13/5 56/3
rid [3] 36/6 36/7 37/3
ride [1] 80/2
right [107] 5/16 6/18 12/25 13/3 14/16 18/4 19/22 20/13 25/6 25/15 27/20 28/17 36/23 41/25 43/23 43/24 49/9 49/11 51/4 53/11 54/15 55/10 56/5 58/4 59/17 61/22 62/9 63/25 67/8 70/18 76/2 76/14 77/5 77/10 77/13 77/15 77/18 78/2 78/7 78/10 78/23 79/12 79/18 80/15 80/24 81/2 81/14 81/17 81/20 82/3 82/6 82/11 83/2 84/1 84/17 84/20 85/17 88/24 89/5 90/19 109/20 109/24 113/9 114/24 124/18 132/23 138/8 138/9 140/24 141/1 142/10 143/5 145/20 147/5 148/18 150/25 155/4 165/20 168/10 170/7 170/11 175/22 181/22 181/24 188/1 193/17 193/21 196/3 198/5 200/23 200/24 201/12 208/3 212/23 220/14 220/17 222/5 226/10 227/12 231/3 231/8 234/6 235/25 238/5 240/14 241/5 241/21
right-hand [1] 175/22
rights [1] 78/18
riot [2] 61/19 143/17
risk [1] 213/25
roam [1] 123/5
Robert [2] 2/5 2/5
ROBERTSON [1] 2/14
role [6] 60/23 61/13 66/10 94/5 94/6 195/11
roles [1] 192/12
room [3] 1/21 29/25 122/14
rooms [1] 200/7
Rosen [6] 2/8 3/14 5/8 88/18 91/25 113/2
roughly [2] 14/24 206/7
RPR [2] 2/20 244/9
rule [17] 7/13 8/7 8/19 11/12 11/15 31/15 41/21 44/25 45/5 47/11 58/19 58/19 89/21

268/20 239/5 239/24 240/13
Rule 106 [5] 7/13 8/7 8/19 47/11 58/19
Rule 16 [1] 239/5
Rule 17 [1] 239/24
ruled [5] 32/8 52/23 88/19 219/17 240/8
rules [3] 11/13 90/3 168/3
ruling [7] 26/12 91/13 92/1 125/15 125/15 125/24 240/10
rulings [1] 191/14
Rumble [1] 222/6
run [1] 212/2
ruse [5] 35/11 35/17 51/22 51/23 51/25
RUSSELL [1] 1/6
RYAN [43] 1/5 5/3 134/25 135/9 136/13 138/20 139/7 139/24 140/16 141/3 144/1 147/15 154/13 155/22 158/17 161/23 166/23 166/23 167/17 176/14 176/23 176/23 176/24 177/1 177/11 177/13 177/21 178/1 187/8 188/2 188/4 188/20 189/9 189/20 189/22 191/5 197/13 197/24 199/13 199/16 210/14 210/17 234/20
RyanRyan83 [1] 184/5

**S**

S-T-E-W-A-R-T [1] 133/10
S140 [1] 29/25
safe [4] 20/1 36/10 44/10 193/10
said [46] 8/2 8/4 12/14 13/8 17/4 33/19 33/24 35/9 35/14 36/24 41/6 50/2 53/6 56/10 57/7 57/18 66/19 71/4 72/24 74/13 74/16 75/1 75/5 79/10 90/11 90/12 92/1 113/9 128/7 150/11 150/13 150/14 150/16 158/4 158/7 163/19 165/13 174/4 175/11 177/18 181/17 182/24 184/16 216/20 242/14 242/18
sake [2] 45/10 118/23
Sam [1] 177/18
same [53] 10/25 25/15 28/21 31/19 31/22 48/5 51/15 54/14 57/23 58/13 58/21 61/8 66/2 72/12 74/5 77/24 82/18 82/23 100/5 100/10 100/15 100/20 119/9 125/10 125/11 139/22 141/16 141/19 144/1 144/5 149/19 149/19

**S**

same... **[21]** 150/21 153/4 160/6 166/20 177/9 177/20 179/9 179/11 180/13 180/15 186/1 190/3 218/10 222/21 228/23 228/25 240/7 243/1
**SAMSEL [115]** 1/5 2/2 5/4 101/17 134/25 135/9 135/20 135/23 136/5 136/13 137/21 137/22 137/24 137/25 138/20 139/3 139/7 139/17 139/22 139/25 140/4 140/17 141/3 141/7 141/12 141/21 142/2 142/5 142/9 142/10 142/21 142/24 143/13 144/1 145/6 145/14 145/25 146/9 146/14 146/25 147/15 148/6 148/12 151/3 153/6 154/13 154/14 155/3 155/22 156/6 156/14 156/20 157/8 157/15 158/8 158/17 159/6 159/12 159/19 161/23 164/16 167/3 167/7 167/18 175/2 178/20 187/8 188/2 188/4 188/17 188/20 189/10 189/20 189/22 191/5 197/13 197/14 197/16 197/24 199/13 199/16 199/19 199/24 200/11 200/24 201/15 202/9 203/9 203/12 203/16 204/10 207/23 208/3 208/8 208/12 210/14 210/17 213/21 214/1 215/6 215/16 217/1 217/4 218/22 219/5 221/17 230/24 231/1 233/9 234/21 235/1 235/10 235/16 241/15 242/4
**Samsel's [14]** 140/4 164/4 165/7 192/5 193/3 200/16 200/17 201/5 201/7 205/2 217/2 226/22 230/4 234/8
**San [1]** 1/22
**sarong [1]** 129/12
**satisfy [1]** 164/21
**save [1]** 27/3
**saw [26]** 13/12 16/10 16/17 16/18 19/9 24/2 31/12 32/5 34/4 38/17 53/9 57/24 74/13 81/12 82/10 82/17 82/22 82/23 90/6 90/17 90/18 91/8 175/11 180/9 205/15 226/4
**say [53]** 7/4 8/22 10/23 11/11 11/24 12/3 14/16

18/6 19/7 19/16 19/23 31/11 39/23 49/14 49/15 51/4 57/16 62/8 70/1 79/7 90/9 90/13 90/14 90/18 90/24 91/8 94/25 97/19 112/12 112/16 142/25 148/24 162/3 162/16 164/6 175/13 180/18 182/15 184/24 186/7 186/18 193/10 195/6 199/11 201/16 202/13 207/25 219/23 229/22 238/23 241/1 241/21
**saying [20]** 9/22 12/4 47/14 47/17 49/18 54/23 55/17 57/10 57/18 57/20 57/24 70/13 90/16 112/23 113/17 149/10 149/12 151/9 197/22 243/3
**says [19]** 9/24 40/5 54/20 70/5 102/1 122/20 139/3 150/18 162/4 175/19 176/8 176/17 182/17 185/11 188/20 189/22 204/13 219/14 228/15
**scaffolding [1]** 154/11
**scene [3]** 12/5 55/18 56/14
**scheduled [1]** 6/1
**scheduling [4]** 5/9 242/12 242/13 243/6
**school [2]** 42/24 43/22
**Schwager [2]** 237/14 237/21
**scope [1]** 235/13
**screen [35]** 14/1 22/21 25/1 25/7 27/20 28/17 63/15 65/8 65/13 65/15 96/1 98/16 98/17 98/22 109/2 114/21 120/18 140/24 141/1 141/25 144/20 145/20 147/16 147/17 153/9 155/24 161/19 174/22 174/25 176/8 188/1 188/22 226/5 233/5 234/15
**screens [1]** 151/13
**screenshots [1]** 180/5
**SD [1]** 192/5
**SE [1]** 2/15 228/12
**sea [1]** 17/16
**seal [1]** 220/1
**search [31]** 34/22 35/3 36/19 36/21 38/12 39/12 39/21 40/7 41/24 75/16 75/18 79/14 94/6 94/9 97/9 97/11 97/15 102/14 111/1 127/16 130/25 159/11 159/15 159/20 171/12 205/2 210/21 210/23 230/1 230/19 236/18
**searched [2]** 77/23 85/13
**seated [1]** 136/1

second **[12]** 1/2 39/16 44/6 88/2 106/22 115/20 124/24 140/4 166/13 170/21 173/19 228/14
**seconds [23]** 17/7 24/20 25/8 27/7 27/10 27/24 27/25 28/7 45/14 63/10 65/3 65/14 95/21 104/25 106/21 107/9 108/7 113/21 114/7 114/11 138/23 144/8 148/9
**secret [1]** 218/11
**section [2]** 14/14 227/20
**sections [2]** 8/23 168/22
**see [95]** 6/3 6/16 16/5 17/9 17/12 17/14 17/15 17/16 18/24 24/4 24/23 25/12 25/14 25/16 27/10 27/14 28/9 38/10 38/13 38/15 38/21 38/24 39/1 39/3 39/5 39/12 42/3 42/12 42/14 42/20 52/15 63/11 63/14 71/3 71/4 83/19 88/17 89/3 89/20 95/25 96/1 96/10 107/7 108/23 108/24 115/1 115/3 117/5 119/10 120/23 121/2 122/1 124/18 125/4 135/23 139/3 139/22 140/16 140/21 140/22 140/24 141/1 141/12 142/9 142/21 145/14 145/25 148/12 148/18 149/5 152/12 153/6 155/3 155/4 155/7 155/18 162/17 174/25 178/20 179/4 180/22 181/19 182/6 183/2 190/12 223/25 224/2 224/14 227/20 228/11 231/16 232/25 238/6 241/22 243/8
**seeing [3]** 15/23 120/25 121/25
**seek [8]** 50/24 56/19 87/22 99/16 135/1 163/19 165/12 172/8
**seeking [7]** 52/16 111/13 152/1 202/9 203/8 203/12 204/9
**seeks [2]** 171/15 172/21
**seem [2]** 213/25 215/3
**seems [2]** 11/11 224/13
**seen [11]** 9/11 9/12 12/15 46/2 87/11 116/7 149/1 149/3 202/25 203/5 213/24
**sees [3]** 7/17 111/18 170/20
**segment [1]** 47/24

segments **[4]** 7/23 8/17 8/18 47/10
**seize [3]** 97/15 159/14 229/22
**seized [6]** 29/9 30/16 97/11 97/12 159/17 230/1
**seizes [1]** 29/13
**selected [1]** 169/14
**self [3]** 72/16 171/10 171/25
**self-authenticating [1]** 171/10
**self-authentication [1]** 171/25
**self-identifies [1]** 72/16
**selling [1]** 122/21
**semblance [1]** 136/21
**Senate [7]** 32/2 42/9 42/15 43/7 43/8 43/12 237/13
**senate.ga.gov [1]** 31/25
**Senator [2]** 42/11 42/19
**send [7]** 43/5 43/7 43/11 83/15 170/6 182/15 229/11
**sender [1]** 40/24
**sense [4]** 55/17 77/22 173/23 201/22
**sensitive [4]** 212/25 214/19 215/2 215/4
**sent [31]** 30/11 31/2 31/4 31/6 31/7 31/18 31/19 31/24 31/25 35/4 41/4 42/22 43/14 83/18 102/22 103/6 103/22 122/15 131/8 161/10 162/14 163/23 164/9 176/24 177/22 180/15 181/16 185/10 233/14 237/16 237/18
**separate [2]** 108/3 201/25
**separately [1]** 214/6
**September [4]** 14/25 208/21 239/16 240/3
**September 29 [1]** 239/16
**September 29th [1]** 240/3
**sergeant [2]** 134/12 140/8
**sergeants [3]** 137/3 138/11 138/18
**series [6]** 126/21 187/10 192/25 206/8 207/18 213/20
**serve [2]** 21/2 83/4
**service [2]** 102/10 102/11
**session [3]** 15/13 15/16 241/25
**set [3]** 43/20 75/1 212/23
**setting [1]** 152/22

several **[10]** 7/8 14/10 14/14 14/18 15/4 17/4 27/2 58/17 87/24 137/2
**share [2]** 50/16 222/1
**shared [3]** 84/19 211/4 234/10
**shares [1]** 8/13
**she [65]** 6/12 12/24 49/14 49/17 49/17 49/18 58/12 62/21 67/24 67/25 68/3 68/8 68/11 68/13 68/14 68/15 68/16 68/16 68/20 68/20 68/23 69/2 69/2 69/3 69/4 69/8 69/8 69/9 69/9 69/11 69/12 69/12 69/15 69/15 69/16 69/17 69/20 69/22 70/1 70/1 70/4 70/7 70/8 70/11 70/12 70/13 74/19 85/3 85/6 90/1 90/9 97/4 102/16 102/16 106/13 106/14 111/17 111/18 112/17 112/18 112/20 112/21 121/20 238/10 242/16
**she's [11]** 6/10 6/20 59/20 91/24 92/1 92/4 102/14 112/17 112/23 141/15 168/2
**shield [5]** 140/9 142/22 142/25 143/3 143/17
**shirt [10]** 24/7 77/20 136/21 136/22 136/23 139/4 146/6 147/17 178/25 181/25
**shit [2]** 123/7 177/14
**shoes [3]** 22/11 23/20 77/17
**shorthand [1]** 2/24
**shortly [2]** 193/9 208/17
**shorts [1]** 77/15
**should [25]** 58/13 58/24 59/9 63/18 65/12 99/17 122/13 137/6 151/1 163/21 169/15 169/18 170/1 171/14 173/22 174/16 177/24 212/2 212/3 215/1 215/17 216/10 216/11 229/22 241/7
**shouldn't [5]** 56/24 57/5 59/14 118/22 219/23
**show [22]** 14/12 35/10 35/12 47/20 56/23 63/3 64/24 87/14 89/7 95/6 111/14 112/25 120/18 120/20 140/11 158/11 158/12 182/21 186/3 208/3 214/14 215/11
**showed [8]** 9/8 16/11 37/19 38/4 39/12 110/14 129/19 226/24
**showing [12]** 80/12 120/16 120/17 120/19

**S**

**showing... [8]** 138/21 143/19 144/25 151/21 174/21 184/17 227/5 227/16
**shown [13]** 15/2 15/4 40/21 63/6 65/13 111/21 114/21 126/22 130/14 154/25 203/3 214/8 227/17
**shows [5]** 9/7 22/19 29/25 38/5 149/18
**shut [1]** 219/12
**shutting [1]** 216/8
**side [9]** 18/18 20/7 96/1 134/8 134/8 175/21 175/22 176/8 179/5
**sides [1]** 165/4
**sign [1]** 124/18
**Signal [5]** 176/18 176/19 176/20 177/9 177/21
**signed [2]** 78/22 239/24
**similar [11]** 28/21 87/13 119/10 125/20 153/4 195/8 222/21 224/12 225/17 225/19 233/12
**simply [3]** 66/12 102/9 233/13
**simultaneous [1]** 92/11
**since [12]** 39/18 49/22 80/13 93/5 96/17 128/4 130/24 133/20 192/17 193/5 193/6 232/18
**sir [206]** 14/12 14/16 14/19 15/15 16/4 16/12 16/23 17/17 17/21 18/7 18/15 18/16 20/13 33/4 41/1 43/21 44/11 92/24 93/15 93/18 94/10 94/12 94/22 95/8 95/10 95/17 95/24 96/8 96/12 96/25 98/2 98/9 99/1 99/8 99/14 99/22 101/8 102/1 104/8 105/15 105/17 106/1 106/7 107/4 107/15 108/12 108/14 110/20 112/9 114/4 114/9 114/17 114/22 115/7 115/10 115/17 116/23 117/6 117/16 117/22 117/24 119/5 119/17 119/25 120/10 120/14 120/22 121/1 121/3 122/8 122/20 124/6 124/14 125/5 142/11 191/22 191/23 191/24 192/4 192/7 192/20 193/4 193/13 193/18 193/22 193/24 194/1 194/2 194/5 194/7 194/9 194/11 194/13 194/15 194/5 195/8 195/13

195/16 195/18 195/21 195/24 196/4 196/7 196/9 197/3 197/5 197/11 197/23 198/1 198/4 198/7 198/10 198/13 198/17 198/22 198/25 199/3 199/6 199/17 200/2 200/9 200/12 200/15 200/17 200/22 200/25 201/3 201/9 202/2 202/21 202/24 203/10 203/13 205/4 205/6 205/11 205/19 205/23 205/25 206/4 206/6 206/11 206/14 207/2 207/7 207/10 207/13 208/2 208/5 208/22 209/15 209/19 209/23 210/4 210/15 210/18 220/24 221/5 221/8 221/10 221/12 221/19 221/22 221/25 222/12 222/24 223/2 223/5 223/14 223/18 223/20 224/23 225/3 225/16 225/19 226/1 226/4 226/8 226/12 226/20 226/23 227/17 227/19 227/22 227/25 228/2 228/4 228/13 228/22 228/24 230/7 230/13 231/3 231/4 231/14 231/17 231/19 232/4 232/11 232/18 232/21 232/25 233/5 234/1 234/5 234/16
**Sissy [2]** 102/25 103/24
**sit [7]** 5/12 14/15 19/7 19/8 19/12 19/19 138/7
**sits [1]** 138/1
**sitting [8]** 5/15 5/18 37/22 63/25 66/7 71/4 179/3 231/15
**six [2]** 9/13 48/3
**six minutes [1]** 48/3
**skin [1]** 18/7
**skip [7]** 26/20 138/23 140/3 140/13 143/21 145/9 153/16
**skipping [1]** 242/8
**skull [6]** 22/13 23/22 25/3 25/7 25/16 28/16
**slam [1]** 38/17
**slammed [1]** 74/14
**sleeping [3]** 77/7 77/13 77/22
**sleeve [3]** 136/2 136/23 179/1
**sleeves [2]** 146/6 147/17
**slightly [1]** 27/20
**slipped [1]** 91/8
**small [1]** 71/19
**snacks [3]** 128/12 129/4 129/7
**snippet [1]** 142/9

**snippets [1]** 4/7
**so [251]**
**social [4]** 39/21 40/7 85/22 222/6
**software [2]** 61/6 222/25
**solely [2]** 190/1 217/18
**solve [1]** 48/25
**some [72]** 5/9 6/7 11/4 12/2 15/4 15/13 15/16 19/4 20/25 22/4 24/17 27/3 33/24 34/16 35/1 36/25 39/16 41/24 52/19 52/19 54/21 63/5 69/5 72/15 75/22 75/22 86/5 88/15 90/20 91/6 91/23 111/3 116/10 117/5 121/11 122/11 131/13 131/15 131/17 136/21 146/12 148/16 150/15 156/9 156/10 166/7 166/7 166/8 182/21 189/8 189/11 192/1 199/1 199/9 201/23 202/14 203/24 206/25 210/6 214/2 223/12 230/1 230/6 232/4 232/15 236/3 236/13 237/19 238/6 238/13 238/22 242/2
**somebody [8]** 132/3 140/9 181/19 195/9 226/10 230/11 232/9 239/17
**someone [10]** 39/13 40/5 42/8 53/2 91/6 91/7 157/9 212/20 222/13 224/11
**something [22]** 5/25 16/1 18/3 22/17 32/7 47/15 47/21 85/19 88/14 90/14 90/24 91/21 154/15 156/6 160/5 160/15 170/20 195/24 217/18 225/11 231/6 236/11
**sometime [2]** 200/20 221/9
**sometimes [2]** 223/15 223/18
**somewhat [1]** 213/13
**somewhere [5]** 37/23 135/8 201/23 222/9 222/11
**son [1]** 175/7
**soon [3]** 162/17 195/2 212/20
**sorry [36]** 5/7 27/13 33/10 47/18 48/13 53/24 67/17 89/11 91/7 106/10 109/1 112/13 113/23 115/2 115/23 118/3 140/24 141/9 142/11 150/10 157/23 157/25 159/9 161/25 176/18 177/7 181/5 181/7 183/3 183/23 188/9 190/16 216/1

**sort [9]** 86/5 146/12 148/16 156/10 173/5 201/23 232/15 234/13 241/7
**sorts [2]** 189/11 196/5
**sought [1]** 169/8
**sound [3]** 55/11 126/22 129/17
**sounded [1]** 72/12
**sounds [5]** 36/23 56/11 59/12 88/19 225/22
**source [51]** 89/12 90/22 102/6 102/7 104/12 104/13 120/6 150/19 150/20 153/4 154/10 176/12 176/14 176/17 177/7 185/25 190/5 199/20 199/21 201/22 201/25 202/16 203/11 209/19 209/21 211/7 212/25 213/19 213/20 215/20 216/14 218/8 219/3 220/3 221/20 222/2 222/18 223/16 223/19 223/22 223/24 224/9 224/15 224/16 225/1 226/3 231/22 231/24 232/3 233/15 233/21
**sources [5]** 104/9 199/2 201/19 221/25 222/1
**south [1]** 134/8
**southern [1]** 134/6
**speak [15]** 7/5 7/18 41/9 66/9 69/12 78/20 94/21 112/18 135/9 204/23 205/12 205/18 220/22 236/7 241/15
**speakers [1]** 126/11
**speakers' [1]** 118/5
**speaking [7]** 7/11 13/13 107/14 187/18 187/20 191/4 195/2
**speaks [2]** 74/18 142/12
**SPECIAL [44]** 3/6 3/9 3/12 3/15 6/8 8/1 20/11 20/14 20/23 20/25 27/3 32/24 33/7 44/21 59/23 59/25 60/6 60/10 60/12 65/19 67/5 67/21 69/13 70/21 70/23 70/25 71/15 73/6 74/9 87/6 92/9 92/17 93/3 93/4 93/5 94/2 132/25 133/1 133/6 133/16 133/24 190/12 191/21 192/13
**specialist [1]** 29/14
**specific [11]** 16/1 17/22 18/11 19/6 19/17 19/21 38/24 47/6 112/22 228/16 240/10
**specifically [6]** 19/4 33/22 65/21 65/24 189/21 209/8
**specifications [1]**

223/23
**speculate [2]** 16/16 18/6
**speculating [1]** 19/19
**speculation [2]** 148/6 156/13
**speeding [1]** 195/9
**spell [2]** 60/7 133/8
**spelled [1]** 166/24
**spelling [2]** 20/21 92/23
**spells [1]** 50/25
**spend [1]** 23/16
**spent [1]** 23/17
**spin [1]** 50/18
**split [2]** 56/19 200/18
**spoke [4]** 79/1 127/16 217/9 219/1
**spoken [2]** 62/11 69/12
**spot [3]** 109/19 241/12 241/14
**spray [1]** 19/11
**sprayed [1]** 146/12
**spreadsheet [2]** 169/25 170/6
**Spring [1]** 1/18
**Springs [1]** 21/22
**squad [1]** 192/24
**Stacy [5]** 2/20 2/22 244/3 244/8 244/9
**stage [1]** 212/23
**stand [12]** 6/9 12/25 13/22 16/11 52/6 70/23 76/8 76/12 132/25 174/1 174/18 220/19
**standard [3]** 103/13 162/10 216/9
**standing [6]** 24/5 57/12 114/24 124/19 136/3 179/2
**stands [2]** 103/11 134/18
**Stanley [1]** 2/2
**staring [1]** 59/3
**start [11]** 45/5 45/13 45/14 59/7 73/16 108/7 110/2 113/21 115/21 190/14 233/17
**started [5]** 46/18 60/14 113/10 141/18 177/14
**starting [1]** 196/3
**starts [3]** 47/25 48/11 48/11
**state [8]** 31/9 31/13 32/2 57/14 60/6 97/23 133/8 225/7
**stated [2]** 46/24 62/2 152/5
**statement [23]** 8/16 9/3 9/6 10/14 12/6 13/12 53/13 53/22 54/3 54/16 55/19 57/17 57/22 57/22 75/3 88/10 106/22 150/20 150/21 206/1 206/3 234/10 234/13
**statements [53]** 7/20 9/2 9/22 9/25 11/2 11/4

**S**

**statements... [47]**
11/15 11/16 11/16
11/21 11/25 12/1 12/2
12/10 12/18 13/10
13/14 44/25 45/7 45/19
46/8 46/17 47/3 47/4
49/7 49/13 49/16 50/2
53/1 53/5 53/6 53/7
54/6 54/11 55/11 56/6
56/21 57/12 67/24
69/18 70/9 70/13 84/25
86/17 88/3 118/6
125/24 126/8 150/22
151/3 166/8 166/10
169/21
**states [19]** 1/1 1/2 1/11
1/14 5/3 34/6 103/2
104/2 132/25 149/21
152/1 158/21 171/15
172/11 186/14 186/24
189/25 191/6 215/15
**stating [2]** 20/21 92/22
**station [13]** 35/20
36/24 66/7 66/8 68/4
69/5 69/7 71/3 71/5
71/10 79/24 82/11
82/14
**status [1]** 59/13
**stay [1]** 125/20
**staying [1]** 123/21
**steal [1]** 57/13
**stenotype [1]** 2/24
**step [10]** 67/17 76/7
76/9 76/11 211/16
211/21 212/17 212/19
220/13 235/25
**STEPHEN [6]** 1/7 2/14
60/22 72/14 75/12
75/13
**stepped [2]** 184/16
208/6
**steps [2]** 212/21 236/1
**Steve [1]** 220/16
**STEWARD [1]** 3/15
**Stewart [3]** 132/25
133/1 133/10
**stick [1]** 156/10
**still [16]** 6/9 13/24
77/13 80/2 80/3 87/17
87/25 89/17 127/25
131/2 144/1 144/5
158/9 166/25 170/9
229/10
**stills [1]** 159/1
**stipulate [8]** 26/10
26/24 63/24 64/18 65/7
87/12 96/14 105/6
**stipulated [3]** 64/10
65/12 147/5
**stipulating [1]** 26/16
27/2 27/4
**stipulation [9]** 26/8
64/3 163/19 164/15
237/2 237/7 237/12
237/19 238/3
**stipulations [4]** 163/24
236/13 236/14 236/17

**stop [10]** 5/21 39/15
57/12 79/7 79/10 155/5
167/15 192/15 206/16
217/13
**stopped [3]** 17/12
145/25 192/16
**stopping [1]** 109/18
**storage [1]** 172/3
**stories [3]** 46/11 46/20
51/16
**straight [1]** 59/8
**streamed [2]** 121/16
121/19
**streamline [2]** 26/12
27/1
**street [9]** 1/15 1/18
1/21 2/3 2/9 66/7 71/4
123/14 124/6
**streets [1]** 123/5
**strike [13]** 85/14 86/16
86/22 89/15 89/16
111/9 113/2 121/18
148/6 156/12 238/8
239/8 239/25
**Strobele [3]** 167/2
167/3 184/5
**Strohecker [18]** 175/3
175/8 176/23 176/24
177/1 177/12 177/13
177/21 178/1 178/11
179/10 179/11 179/20
180/14 180/18 180/24
181/11 181/12
**Strohecker's [1]** 175/7
**stuff [5]** 19/2 19/2 19/3
19/4 19/10
**stuffed [1]** 78/10
**style [2]** 28/14 148/22
**subject [19]** 10/7 10/22
31/11 31/12 32/4 86/22
111/25 174/5 186/13
186/16 186/19 187/23
191/14 199/11 218/18
224/10 224/11 237/2
237/7
**subject's [1]** 199/10
**subjects [3]** 21/10
21/14 210/12
**submission [2]** 216/24
217/7
**submit [5]** 160/20
164/18 164/19 164/20
194/21
**subpoena [1]** 239/24
**subpoenaed [1]**
239/23
**subpoenas [1]** 22/5
**subscribers [2]** 121/7
121/11
**subsequent [1]** 238/25
**subsides [2]** 19/1 19/1
**substantive [6]** 11/9
11/16 51/19 56/25
118/6 126/23
**subtract [3]** 177/24
184/8 185/3
**successful [1]** 40/6
**successfully [1]** 88/22

**successors [1]** 198/20
**suffered [1]** 74/14
**suffers [1]** 34/16
**sufficed [1]** 174/12
**sufficiency [5]** 204/5
209/2 214/4 214/11
216/8
**sufficient [3]** 69/18
70/5 190/9
**sufficiently [1]** 219/11
**suggest [1]** 219/22
**suggesting [7]** 80/12
88/20 89/23 89/23
89/24 90/2 220/16
**suit [1]** 96/12
**Suite [2]** 1/15 2/9
**summarizing [1]** 9/1
**summary [3]** 9/3 9/14
49/14
**summation [1]** 219/10
**Summer [13]** 96/24
99/13 99/25 100/7
100/12 100/17 100/21
101/1 101/5 101/7
119/19 120/2 122/10
**super [1]** 218/11
**supervisor [1]** 194/22
**supplemental [1]**
169/1
**supporting [1]** 219/21
**suppose [2]** 35/1
239/21
**supposed [1]** 111/8
**suppress [2]** 164/3
239/7
**sure [69]** 6/11 6/21
10/6 18/6 18/9 19/6
26/3 26/22 26/23 39/18
43/18 44/8 44/23 47/21
54/4 55/20 57/15 58/8
67/16 86/10 94/14
94/15 97/22 98/9 99/4
102/9 103/4 103/11
104/4 109/4 122/13
122/16 123/3 123/3
123/12 123/19 127/5
127/8 127/11 131/25
132/17 138/10 138/11
150/17 163/9 166/12
167/22 168/12 172/20
172/22 189/1 190/14
190/22 194/25 195/15
204/18 211/18 213/17
220/2 220/25 223/12
224/25 234/6 234/23
238/5 239/23 240/7
240/22 241/16
**surprise [3]** 16/23
33/23 208/20
**surprised [1]** 213/13
219/10
**surprisingly [1]** 214/18
**surrender [1]** 36/4
**surroundings [1]**
129/24
**surveillance [14]** 34/2
62/4 65/22 65/24 65/25
66/4 66/11 66/13 66/17

**surveilled [3]** 22/5
69/12 82/8
**surveilling [2]** 68/21
83/1
**surveils [1]** 68/23
**suspect [1]** 218/20
**sustain [6]** 44/4 121/13
152/3 152/5 152/22
209/10
**sustained [12]** 36/17
62/14 67/10 72/20 73/1
85/11 121/13 140/19
148/7 235/5 235/8
235/20
**sweater [1]** 136/2
**sweatpants [9]** 22/12
136/24 137/11 137/15
138/14 138/18 139/5
153/11 179/1
**sweeping [1]** 234/13
**Sweet [1]** 124/3
**sworn [4]** 20/15 60/2
92/18 133/2
**system [5]** 93/20 94/1
144/24 145/12 151/12
**systems [3]** 199/22
211/1 225/23

**T**

**T-shirt [6]** 136/21
136/22 139/4 146/6
147/17 178/25
**table [2]** 22/18 193/14
**tagged [1]** 98/5
**take [24]** 7/16 12/21
13/3 33/13 44/22 46/1
49/19 50/24 52/4 57/24
58/23 59/9 59/14 92/5
97/16 98/19 136/25
159/9 170/10 172/19
206/18 218/16 219/20
241/2
**taken [19]** 59/18 72/4
75/20 98/17 99/12
104/7 109/23 111/25
170/18 175/25 176/2
176/6 183/14 186/21
228/23 229/5 229/9
229/10 229/13
**takes [3]** 124/13
174/18 220/19
**taking [10]** 54/10 57/2
57/3 67/17 68/15 97/24
104/21 189/8 197/20
197/23
**talk [18]** 12/20 45/24
46/15 70/8 83/8 83/18
83/19 91/2 129/4
135/20 160/11 165/14
206/7 206/12 211/12
212/14 213/8 221/1
**talked [10]** 12/8 64/15
128/4 128/12 129/7
129/9 129/12 138/19
216/21 219/14
**talkies [1]** 111/3

**talking [29]** 12/2 46/14
46/14 46/19 48/13
48/15 50/16 52/6 53/16
54/14 55/13 55/15 58/1
58/17 59/5 69/22 80/3
137/10 140/9 161/25
171/20 188/4 212/7
212/11 212/13 212/13
216/2 218/10 227/1
**talks [3]** 13/14 137/19
**target [1]** 83/4
**task [9]** 21/2 60/17
93/11 133/25 192/13
192/17 192/18 207/7
207/9
**tasks [1]** 195/6
**TATE [1]** 1/6
**team [6]** 65/25 77/9
82/20 193/20 196/19
220/23
**technical [2]** 224/3
225/22
**technically [2]** 210/9
210/10
**technology [2]** 132/8
132/11
**tedious [1]** 58/17
**tee [1]** 7/1
**telephone [2]** 39/17
43/3
**tell [51]** 36/4 62/17
72/23 73/17 93/24
101/24 102/22 103/16
103/22 106/10 126/3
135/14 135/17 136/9
136/11 143/17 150/3
151/1 151/7 156/10
156/21 157/5 157/8
157/15 159/22 159/25
160/2 160/5 160/12
160/15 161/14 167/3
167/10 168/5 169/7
169/17 170/3 175/18
176/5 176/12 177/1
177/13 178/1 181/12
182/13 183/14 184/14
206/12 213/10 222/25
226/3
**telling [1]** 46/11
**tells [1]** 5/15
**tends [1]** 55/16
**tentative [2]** 21/9 21/20
**term [2]** 162/6 213/17
**terms [12]** 42/1 12 49/9
50/20 51/9 69/24 89/11
89/12 104/9 126/1
216/18 219/19 241/9
**terrace [7]** 28/5 130/5
134/9 140/7 157/18
176/3 221/18
**territory [1]** 221/22
**terrorism [4]** 21/2 21/4
60/17 93/11
**Terry [1]** 67/5 68/22
**test [2]** 54/13 54/13
**testified [7]** 20/16
60/3 76/24 78/1 92/19
111/10 133/3 137/20

**T**

**testified... [9]** 153/20
153/23 163/15 171/11
188/21 192/8 199/1
217/24 218/19
**testifies [4]** 6/12 8/25
13/21 151/25
**testify [14]** 13/2 49/17
49/18 61/21 68/14
69/15 70/11 70/12
89/25 90/17 137/8
173/17 174/6 188/15
**testifying [14]** 9/22
13/16 15/11 18/13 51/6
51/9 51/12 52/13 54/9
106/11 111/7 139/13
139/16 172/6
**testimonial [1]** 194/17
**testimony [36]** 13/4
14/10 14/17 17/4 73/7
87/22 88/1 89/3 90/7
99/2 109/22 111/17
120/9 129/22 137/3
138/10 140/8 145/4
146/24 153/22 154/25
173/9 183/23 190/7
201/13 222/10 230/14
233/10 236/22 236/25
237/21 238/9 238/22
239/8 239/8 240/5
**text [22]** 85/25 99/10
99/24 100/7 100/12
100/16 100/21 101/1
101/5 101/24 122/10
125/19 128/6 128/14
162/16 162/19 180/7
181/17 183/8 184/10
185/11 239/15
**TFO's [1]** 205/20
**than [21]** 7/3 7/12 11/9
11/17 11/22 38/19 44/1
77/17 78/25 112/19
126/9 195/6 201/15
203/11 210/6 234/8
238/10 240/1 241/21
242/12 243/7
**Thang [3]** 102/1 102/24
122/13
**thank [46]** 5/17 5/20
10/18 18/16 20/8 20/9
33/2 33/10 38/2 44/11
44/17 44/18 46/12
52/21 57/8 58/4 67/20
70/19 73/2 86/11 86/12
87/3 92/25 106/19
109/22 109/25 110/1
111/23 112/2 113/3
114/10 121/17 126/25
129/15 130/10 132/22
133/13 143/11 148/5
170/23 174/15 174/23
190/15 220/21 227/3
241/5
**thanks [5]** 40/15 44/10
188/5 189/23 243/10
**that [1280]**
**that's [130]** 5/25 8/13
8/15 9/15 13/17 13/19

16/20 16/20 28/20
34/19 35/11 35/12
35/14 35/18 37/15 40/1
40/12 43/1 47/8 47/8
47/14 47/19 48/25
49/24 50/8 50/21 51/17
51/25 52/2 53/13 53/20
54/8 54/23 57/21 57/21
58/22 59/15 59/15
64/20 68/25 69/3 69/18
70/5 87/17 88/11 90/2
90/9 90/12 95/19 96/11
98/2 101/18 103/15
104/22 108/1 111/20
111/22 113/19 118/13
125/24 126/5 126/19
128/5 128/9 131/14
131/16 138/8 142/19
148/4 149/24 150/25
151/18 154/6 159/3
159/18 160/4 161/10
162/20 163/18 166/23
168/5 171/5 171/8
172/7 172/23 173/4
179/23 182/8 183/21
184/4 185/16 188/10
192/24 193/5 195/10
197/17 198/13 199/9
200/25 201/6 204/18
207/13 212/11 212/13
212/18 213/17 215/2
215/10 215/22 216/9
216/20 218/17 221/15
221/19 221/23 224/20
225/6 226/6 228/15
228/21 229/6 229/17
231/19 233/14 234/2
234/10 235/19 237/2
239/22 241/3
**their [21]** 18/3 18/4
18/7 27/20 43/24 46/7
108/13 116/12 121/4
128/10 149/15 163/24
171/22 186/2 189/14
208/9 225/7 226/21
230/12 230/15 239/18
**them [54]** 6/20 7/12
8/13 9/12 11/25 17/22
20/2 21/15 21/16 29/7
29/19 40/18 46/15
55/12 59/3 70/2 70/2
78/9 78/12 99/17
111/13 111/14 118/8
132/2 137/8 137/10
162/24 163/6 163/11
163/12 163/13 163/21
164/9 166/6 166/7
166/7 166/8 168/25
195/2 196/15 196/16
203/6 203/6 203/6
204/14 208/8 208/10
211/9 211/9 211/10
222/3 222/9 233/7
240/17
**themselves [6]** 46/8
83/21 83/24 112/18
129/13 164/24
**then [101]** 5/18 8/13

9/1 9/3 3/1 34/1 19/1
19/1 21/15 21/16 22/5
22/13 29/15 35/12 36/6
44/23 45/1 45/3 45/15
45/18 48/12 50/7 50/18
50/23 51/4 54/11 54/12
56/16 57/16 58/11
59/10 65/11 66/13
68/17 69/15 70/3 77/23
78/20 78/25 79/23
87/15 88/17 88/22
90/19 92/4 94/16 105/8
109/17 116/17 123/23
124/1 134/7 137/20
142/17 142/19 144/12
148/5 153/16 158/12
160/9 161/4 166/4
168/3 168/9 168/10
169/1 169/22 171/12
172/16 173/4 173/8
174/12 186/1 190/8
198/15 200/6 200/18
200/19 208/15 211/3
211/10 212/2 213/9
214/6 218/1 219/14
219/19 220/8 221/20
223/11 224/14 229/11
231/25 233/19 236/4
236/9 237/12 237/16
237/20 238/9 242/16
**theories [1]** 195/17
**theory [5]** 46/25 50/9
50/11 52/19 193/21
**there [173]** 7/8 7/14
7/20 7/22 7/25 8/21
8/21 9/20 9/21 11/4
11/25 12/1 12/1 14/14
14/15 14/16 15/13
15/14 15/16 16/21 17/3
19/2 19/3 19/7 19/8
19/10 19/12 19/12
19/19 19/20 19/25
21/13 22/3 23/10 23/18
26/12 33/6 33/12 35/14
35/17 36/5 40/3 41/18
42/2 42/14 42/16 43/6
45/21 50/6 51/25 52/6
53/1 53/8 53/8 54/16
54/21 55/20 55/24
57/18 65/23 66/6 66/16
66/19 67/2 69/8 73/20
74/25 75/20 77/7 77/9
80/2 87/24 89/4 89/17
93/2 104/25 105/23
106/4 107/1 107/10
107/12 107/20 108/7
108/9 108/21 109/9
110/6 110/13 110/17
110/23 111/2 112/6
112/12 112/17 113/6
113/15 113/21 114/1
114/7 114/12 114/14
115/12 115/14 116/2
116/4 116/18 116/20
118/3 119/14 119/22
120/13 123/6 125/2
126/10 131/10 131/19
135/8 136/22 139/1

139/15 140/14 150/17
150/20 152/19 155/12
165/5 169/6 169/14
169/20 170/5 175/11
175/12 175/13 175/13
178/12 179/24 179/25
181/1 181/2 187/13
188/9 188/17 189/7
189/10 189/22 194/23
194/25 196/13 196/16
200/13 200/15 200/18
203/4 210/13 212/8
215/2 216/18 216/24
217/13 218/23 221/20
226/22 229/25 231/17
232/7 232/21 233/20
238/13 242/15 242/23
242/24 243/3 243/4
**there's [56]** 5/25 7/3
11/6 11/12 11/15 17/3
17/4 18/24 18/25 18/25
26/6 26/20 26/21 41/17
41/19 41/20 41/22 45/1
45/3 45/17 45/18 49/7
52/18 59/2 59/3 73/18
87/8 90/20 107/22
110/13 116/8 116/10
123/5 123/22 124/6
158/24 162/3 164/4
165/3 170/16 170/21
173/14 173/25 211/1
213/16 218/11 221/11
225/13 226/19 232/14
233/7 233/13 236/24
238/6 241/11 242/2
**thereafter [1]** 193/9
**therefore [1]** 214/25
**therein [1]** 214/7
**these [51]** 11/1 11/4
12/18 27/2 29/18 30/16
43/8 43/10 44/1 46/11
46/16 49/16 68/9 87/23
90/21 93/16 93/21
94/20 98/15 99/16
101/6 101/15 104/9
104/16 104/19 105/6
111/10 122/23 123/2
123/11 123/18 124/1
125/22 142/13 158/14
158/25 159/1 162/18
163/3 163/16 165/8
165/12 171/22 180/4
180/5 183/7 185/18
202/14 204/14 214/16
214/22
**they [125]** 7/24 8/1 8/3
8/5 8/10 8/17 9/10 9/22
11/8 11/11 11/11 11/18
15/6 17/22 18/5 21/15
21/17 26/15 29/21 35/5
37/9 40/5 40/6 41/12
41/14 42/20 43/19
46/12 49/20 54/11 57/7
61/5 61/7 67/7 69/1
71/3 71/6 71/7 75/1
81/6 83/23 83/24 84/2
88/22 89/3 89/6 90/12
90/19 90/22 90/23

90/25 91/9 97/22 97/22
98/17 99/17 116/13
122/20 128/12 129/4
129/7 129/9 129/9
129/9 129/12 129/13
138/12 138/13 144/18
144/19 144/23 158/6
158/16 160/23 160/24
160/25 161/1 163/21
163/21 164/6 165/1
165/6 169/1 169/3
169/8 170/3 175/11
175/11 179/3 180/7
180/8 183/7 183/9
185/20 189/13 189/13
195/8 199/21 209/3
210/25 211/7 211/24
212/3 212/4 213/16
219/8 219/11 228/19
228/25 229/4 229/5
229/9 229/10 230/9
230/13 230/19 230/19
230/20 236/21 238/22
239/12 239/14 239/15
241/9 242/25
**they're [24]** 11/14
12/11 36/14 45/9 46/13
46/14 53/16 57/10 59/5
87/16 88/20 89/1 91/23
96/9 111/11 124/19
150/14 150/21 150/25
166/4 170/2 196/12
239/3 242/25
**they've [2]** 9/12 169/9
**thick [1]** 198/11
**thing [6]** 15/18 53/12
55/21 82/23 215/17
241/6
**things [31]** 6/1 9/20
9/22 12/3 16/21 19/14
19/17 19/20 19/21
19/23 57/21 57/25
65/19 68/9 72/23 78/7
89/3 98/17 111/8
148/16 173/25 206/25
207/6 207/12 222/4
222/7 226/2 232/5
233/12 236/4 236/7
**think [128]** 5/14 6/9
6/10 6/25 7/1 7/6 7/11
8/18 9/12 11/5 11/6
11/8 11/11 11/12 11/15
12/24 16/20 19/14 26/4
26/11 26/15 45/9 46/23
46/24 48/25 51/1 51/24
51/25 52/4 52/23 53/14
53/16 53/24 55/23 56/4
56/10 56/11 56/16
56/19 57/10 57/15 70/4
70/5 76/12 82/16 89/6
89/17 90/5 90/21 91/2
92/15 101/12 102/16
109/19 111/7 111/9
113/9 115/23 116/11
121/10 125/16 125/22
126/1 126/4 127/23
130/11 132/8 143/6
152/3 163/14 165/10

**T**

think... **[57]** 165/17
168/8 169/6 169/14
169/24 171/1 171/18
171/20 172/23 173/20
173/22 181/5 184/16
188/13 192/1 203/15
203/17 203/19 203/23
204/5 205/14 209/23
212/6 212/7 212/10
212/14 212/18 213/6
215/1 215/17 215/22
216/9 219/6 219/16
219/21 219/24 219/25
220/14 224/20 225/3
226/15 227/1 230/14
231/14 232/6 232/11
232/25 233/12 233/17
239/10 240/14 240/19
240/23 240/25 241/7
242/5 242/8

thinks **[3]** 112/21
168/22 169/18

third **[24]** 13/2 87/20
90/21 91/17 131/17
199/2 200/18 201/8
201/13 213/18 213/18
213/19 213/20 213/22
214/17 215/13 215/19
216/15 217/25 218/4
218/11 223/22 233/2
233/6

third-party **[18]** 87/20
90/21 91/17 131/17
199/2 201/8 201/13
213/20 213/22 214/17
215/13 215/19 217/25
218/4 218/11 223/22
233/2 233/6

thirds **[1]** 155/13

this **[426]**

thorough **[2]** 34/19
132/6

those **[71]** 7/11 8/11
8/19 8/20 9/11 10/1
10/16 11/15 12/4 12/11
12/14 22/6 22/7 29/8
37/3 39/19 44/22 46/20
49/17 51/19 53/6 53/7
55/11 56/6 57/20 67/24
75/24 78/7 81/12 82/23
83/21 90/13 90/15 98/9
98/10 99/6 126/9
126/23 129/22 131/9
144/16 151/1 161/6
163/8 165/1 169/23
169/23 171/9 187/4
187/7 188/25 189/15
198/5 199/21 202/1
207/6 207/8 207/21
208/7 211/8 211/10
213/2 214/24 215/12
216/19 217/14 229/2
230/6 230/23 233/6
239/14

though **[7]** 9/22 16/3
37/12 51/12 70/7
73/13 182/20

thought **[6]** 99/2
48/19 67/22 67/24
163/5 238/14

thousands **[1]** 229/23

threat **[6]** 41/17 41/19
41/20 41/22 41/25
42/20

threatening **[1]** 41/15

three **[10]** 8/16 8/24
10/12 69/6 122/24
123/2 123/8 197/4
213/15 230/25

three years **[1]** 213/15

three-count **[1]** 10/12

threshold **[1]** 125/23

threw **[2]** 154/12
156/21

through **[54]** 7/23 8/1
8/5 37/18 38/12 45/15
57/22 59/8 62/2 68/9
68/9 72/21 82/5 84/9
88/8 88/21 93/20 97/14
98/8 99/3 99/16 101/10
102/6 104/11 104/11
108/1 117/3 117/3
122/23 129/22 131/21
131/25 132/3 138/3
161/7 163/6 165/13
165/25 175/6 177/2
178/2 180/19 182/18
189/13 191/13 207/18
210/11 214/20 216/15
222/7 222/17 226/17
236/25 237/21

throughout **[5]** 14/10
203/5 211/1 217/11
233/12

throw **[3]** 15/14 15/17
157/7

throwing **[5]** 18/3
153/24 154/14 157/5
217/4

thrown **[7]** 19/10 19/15
19/17 19/21 19/22
19/23 20/3

Thursday **[3]** 153/21
241/25 242/2

tie **[1]** 96/12

tied **[1]** 78/9

time **[120]** 7/23 10/13
15/10 16/13 16/14
18/23 19/6 19/6 19/7
23/7 23/10 23/15 23/19
26/4 26/7 27/3 31/10
32/9 32/12 32/15 34/4
34/8 37/9 38/16 42/1
42/16 43/9 44/20 46/1
50/16 50/25 51/15
52/20 58/14 58/21
67/15 72/10 73/12 76/4
77/2 77/24 80/2 81/1
87/15 87/16 97/13
99/18 101/9 103/6
103/8 103/14 109/16
112/14 113/4 113/8
113/11 118/18 118/24
125/8 132/24 133/23
145/11 146/14 147/19

thought **[6]** 99/2
157/13 157/15 157/18
158/6 158/21 162/6
162/7 162/8 162/9
162/10 162/10 162/13
167/4 176/5 176/7
177/25 180/15 180/17
181/12 181/17 183/15
183/16 184/3 185/1
185/3 185/11 186/7
186/24 189/25 194/23
195/1 195/2 197/25
201/4 201/9 203/7
203/17 203/19 203/21
204/15 205/23 205/24
206/12 206/17 208/10
223/8 224/4 224/25
225/1 226/4 231/22
233/13 240/17

time-consuming **[1]**
7/23

timeless **[1]** 223/20

timeliness **[1]** 89/17

timely **[1]** 86/22

times **[13]** 9/13 14/10
14/18 19/14 19/21
67/22 82/17 137/2
144/17 149/13 178/2
180/6 223/8

timestamp **[8]** 31/3
104/3 122/15 162/3
162/3 162/4 182/17
184/7

timestamps **[1]** 116/7

timing **[4]** 202/17
208/22 210/6 215/24

tips **[2]** 234/14 234/16

tipster **[1]** 230/8

Tipsters **[1]** 230/7

title **[1]** 93/2

titled **[1]** 81/25

toboggan **[1]** 75/22

today **[24]** 6/24 7/1
13/2 24/2 24/4 33/1
73/7 96/7 96/15 98/4
99/2 114/8 120/9 131/6
135/23 138/1 138/7
145/4 146/24 155/1
169/3 226/15 235/23
236/3

Todd **[2]** 2/8 5/8

together **[4]** 178/19
180/2 181/3 193/20

told **[15]** 7/7 7/10 7/25
8/22 36/3 36/13 69/7
79/17 79/20 80/9 84/21
142/17 143/14 159/24
160/17

tomorrow **[11]** 173/23
174/3 174/13 182/21
219/20 220/9 236/4
240/23 241/4 241/17
243/9

tonight **[2]** 241/16
243/8

Too **[2]** 136/15 222/3

took **[16]** 39/18 66/1
66/14 66/14 68/13

6b/17 76/23 96/11
104/2 129/23 131/11
210/6 228/1 228/3
228/11 229/1

tool **[1]** 225/17

tools **[2]** 224/9 225/12

top **[10]** 26/17 89/18
156/11 161/19 182/2
185/21 185/21 185/22
231/14 231/17

total **[1]** 8/4

touch **[3]** 25/1 63/15
109/2

tour **[3]** 24/14 24/16
24/17

toward **[1]** 216/14

towards **[4]** 88/16
156/11 171/10 220/8

tower **[4]** 179/4 203/16
204/9 204/19

town **[1]** 5/11

trace **[4]** 212/8 212/14
213/16 217/8

traced **[1]** 61/6

track **[3]** 81/22 82/5
169/5

traffic **[2]** 33/5 33/6

training **[1]** 194/3

transcript **[8]** 1/10 2/24
7/20 7/22 236/21
237/17 237/19 237/20

transcription **[2]** 2/24
244/4

transcripts **[2]** 236/17
240/9

transport **[1]** 206/21

transported **[1]** 94/16

traveled **[1]** 84/10

traveling **[1]** 5/10

travels **[1]** 44/10

treat **[1]** 149/14

tree **[2]** 102/10 102/11

trial **[20]** 1/10 5/23
49/20 52/5 52/11 91/11
109/12 111/8 131/3
202/25 203/3 212/2
213/24 214/9 235/18
236/9 236/17 236/21
240/15 242/8

trick **[1]** 83/16

tried **[1]** 94/15

tries **[1]** 7/15

trip **[1]** 33/3

trouble **[1]** 13/25

troubling **[1]** 215/24

trucker **[1]** 28/14

trucker-style **[1]** 28/14

true **[6]** 41/19 41/22
47/4 164/7 173/4
242/20

Trump **[3]** 123/12
136/22 148/25

truth **[14]** 10/1 12/7
12/11 13/12 13/14 36/4
47/3 47/19 53/7 53/10
54/10 54/24 55/12
118/12

try **[2]** 132/4 195/2

trying **[14]** 11/7 39/13
57/9 138/6 150/15
150/25 170/2 170/5
197/24 202/13 202/17
203/18 209/1 230/19

turn **[2]** 125/13 218/21

turned **[3]** 146/5
171/12 230/12

turning **[1]** 146/10

turns **[2]** 17/14 243/6

Twenty **[1]** 135/8

Twenty-four **[1]** 135/8

two **[62]** 7/25 8/9 15/19
15/22 16/2 16/3 23/17
24/14 29/8 29/18 44/1
46/9 65/14 67/2 68/3
68/21 87/8 87/13 87/14
100/23 105/2 123/9
123/11 123/16 123/18
123/23 127/21 135/22
137/19 148/1 148/16
153/24 154/5 154/11
155/13 163/25 166/24
168/15 169/12 170/13
170/14 179/25 180/5
180/8 180/16 182/19
183/1 183/7 188/17
200/17 202/25 206/8
206/8 208/11 217/14
218/25 225/12 225/23
229/9 231/1 233/13
236/17

two hours **[4]** 168/15
170/13 170/14 206/8

two seconds **[1]** 65/14

two-hour **[2]** 137/19
169/12

two-thirds **[1]** 155/13

type **[3]** 91/6 231/17
232/8

types **[2]** 221/2 229/20

typical **[2]** 9/18 229/18

typically **[6]** 192/25
196/4 204/15 211/4
224/2 224/2

typo **[3]** 123/6 123/22
162/21

**U**

U.S **[17]** 1/17 1/21 2/21
29/21 29/23 32/10
32/14 61/1 93/13 95/6
104/6 134/12 138/10
140/9 176/3 179/4
225/10

UCE **[3]** 72/13 73/8
73/21

UCE's **[1]** 71/19

ultimately **[1]** 61/6
134/22

unable **[1]** 175/12

unaware **[1]** 234/11

under **[20]** 7/13 8/7
11/12 13/24 23/10 36/8
90/3 163/19 164/17
165/11 171/6 171/25
172/1 172/19 176/17
205/23 205/24 213/1

**U**

**under... [2]** 220/1 242/25
**undercover [21]** 8/9 10/14 45/8 45/11 45/12 46/7 46/9 49/8 49/25 52/2 52/25 56/22 62/21 66/8 67/5 67/23 68/22 69/13 71/14 83/16 83/18
**underlying [1]** 240/9
**underneath [2]** 136/20 136/22
**undershirt [1]** 24/8 139/4
**understand [28]** 17/24 26/9 45/20 50/18 55/21 64/3 69/24 85/10 88/24 89/1 89/16 90/3 106/10 126/12 138/4 138/6 142/16 162/19 209/2 209/8 212/11 213/15 214/17 220/25 221/4 221/11 224/25 238/2
**understanding [11]** 40/4 91/17 104/11 164/1 166/1 186/13 191/13 214/13 214/16 216/13 219/7
**Understood [8]** 52/21 92/6 144/22 152/7 152/24 165/19 174/10 220/10
**unfair [1]** 16/16
**unfortunate [1]** 43/20
**unfortunately [1]** 87/24
**Unique [1]** 226/20
**UNITED [17]** 1/1 1/2 1/11 1/14 5/3 34/6 132/24 149/21 151/25 158/21 171/15 172/11 186/14 186/24 189/25 191/6 215/15
**Universal [1]** 103/11 103/12 162/6
**universe [2]** 44/23 170/2
**unknown [2]** 21/10 21/13
**unless [5]** 5/14 121/19 152/22 236/6 241/8
**unredacted [1]** 98/16
**unsuccessful [2]** 40/6 40/9
**until [20]** 6/18 6/20 16/16 16/18 17/13 69/21 80/9 124/24 125/12 126/3 141/8 142/6 143/8 169/9 208/21 209/4 218/15 236/4 239/10 239/14
**unusual [1]** 171/18
**up [132]** 6/4 7/1 7/16 11/1 12/4 12/15 12/16 12/21 13/3 13/4 22/15 24/5 25/24 26/15 27/6 27/19 29/3 30/13 35/9 35/10 35/12 36/3 36/7

36/17 40/14 44/22 45/17 46/11 46/15 46/20 47/15 48/3 48/12 49/2 49/19 49/20 51/16 52/4 52/17 54/21 57/9 59/24 66/16 69/4 75/1 76/24 77/10 78/9 80/12 81/1 83/14 85/13 92/5 95/1 95/10 95/19 98/11 98/22 98/23 99/6 99/15 99/19 102/10 103/5 113/2 115/25 118/18 122/17 123/8 123/16 128/17 128/20 129/16 129/25 130/9 140/6 142/10 142/22 143/5 143/8 146/20 152/22 154/17 155/14 156/24 157/20 157/24 161/11 162/23 166/15 167/8 167/11 167/14 170/20 171/3 174/20 174/21 175/15 175/22 176/10 178/4 179/6 179/16 180/1 180/10 180/20 181/14 182/1 182/24 184/11 185/4 185/13 186/8 186/9 186/14 187/12 192/24 196/3 196/18 204/23 205/7 207/17 218/1 219/20 220/9 220/25 232/20 235/17 236/3 236/5 241/2
**update [1]** 239/18
**updating [1]** 239/17
**uploaded [2]** 90/19 91/9
**upon [7]** 60/24 135/9 166/8 215/5 215/12 216/12 217/16
**upset [1]** 80/19
**upwards [1]** 9/12
**URL [1]** 224/16
**us [39]** 14/12 17/25 23/20 62/3 62/17 66/10 72/23 73/17 80/9 84/21 93/24 97/15 116/13 161/14 163/22 164/25 165/14 168/24 168/25 169/1 169/3 172/21 173/14 174/12 175/18 176/12 192/11 192/21 205/21 215/25 216/3 218/23 222/1 222/25 227/16 238/18 238/22 239/4 239/15
**use [17]** 19/2 19/16 33/21 51/10 56/12 56/16 56/21 58/2 58/16 61/6 63/15 103/15 129/10 129/13 171/19 202/15 231/6
**used [8]** 19/8 23/6 25/21 39/6 46/12 51/20 84/15 160/3
**using [11]** 13/13 57/3 57/25 106/7 111/14

38/17 40/17 44/2 169/10 201/22 223/7
**usually [1]** 103/15
**UTC [18]** 31/3 31/20 103/9 103/10 103/17 104/4 122/16 162/4 162/5 162/6 162/11 175/2 177/23 179/22 180/24 182/17 184/8 185/2
**utilized [1]** 225/7

**V**

**VA [1]** 2/10
**vaguely [2]** 19/19 232/4
**valid [1]** 224/5
**Van [2]** 10/5 10/10
**various [2]** 62/2 222/1 223/20
**vehicle [2]** 71/9 134/6
**vein [1]** 86/5
**veracity [2]** 233/25 234/4
**verbatim [2]** 9/3 9/15
**verify [2]** 22/6 224/10
**verifying [1]** 217/11
**version [2]** 98/1 175/22
**versus [2]** 5/3 9/8
**very [20]** 6/10 8/10 19/21 19/22 46/10 47/20 55/23 73/16 77/3 79/22 82/18 128/2 169/9 206/15 209/7 214/18 223/8 223/8 223/18 232/22
**via [4]** 116/7 208/14 209/19 224/14
**victim [1]** 239/3
**video [236]** 9/7 9/7 9/16 14/8 16/6 16/10 16/17 16/18 17/6 17/8 17/14 18/5 18/10 18/14 19/9 21/24 24/21 25/9 26/1 27/8 27/12 28/1 37/25 38/12 38/15 38/20 39/12 63/8 63/15 65/4 65/6 68/16 87/21 89/3 89/8 89/11 89/12 89/14 89/21 91/4 91/17 92/3 95/6 97/4 104/6 104/21 105/12 105/22 105/25 106/6 106/9 106/16 106/21 106/25 107/11 107/18 107/19 107/22 108/8 108/17 108/19 108/23 109/8 110/3 110/5 110/16 111/11 111/12 112/5 112/19 113/5 113/14 113/22 113/25 114/9 114/13 115/1 115/3 115/6 115/9 115/13 116/3 116/6 116/11 116/11 116/19 117/5 117/12 117/18 118/1 118/9 118/17 118/21 119/1 119/13 119/21

126/4 120/6 120/8 120/10
120/14 121/2 124/11 124/18 124/23 125/1 125/17 125/23 125/24 126/11 130/3 131/7 131/10 131/13 131/17 136/16 137/21 138/5 138/12 138/25 139/17 139/22 140/21 140/22 141/19 142/7 142/12 142/14 142/21 143/10 144/9 145/6 145/23 147/2 148/10 148/12 149/8 150/14 152/17 153/4 153/8 153/15 153/18 154/10 154/14 154/23 154/25 155/3 155/4 155/6 155/7 155/10 155/16 155/23 155/24 156/13 156/17 156/18 157/1 157/22 158/1 169/8 169/10 169/12 185/25 186/12 186/17 186/21 187/2 187/5 189/11 190/25 196/8 198/23 199/7 199/14 199/18 199/23 201/10 201/11 201/13 201/14 201/20 202/3 203/8 203/11 203/12 203/13 207/19 209/16 209/20 209/21 209/24 210/7 210/8 210/14 210/16 210/21 210/23 211/5 213/14 213/23 214/8 217/3 217/11 218/20 219/3 221/2 221/4 221/6 221/20 221/23 222/2 222/8 222/10 222/19 222/19 223/6 223/17 223/22 223/24 224/3 224/5 224/14 224/15 224/23 225/1 226/3 229/20 230/24 233/2 233/6 233/9 233/11 234/7 234/11 234/12
**video-source [1]** 225/1
**videographer [1]** 104/15
**videos [70]** 15/3 15/4 22/6 22/7 26/3 49/10 81/5 81/8 81/12 81/13 82/24 87/14 87/23 87/24 89/6 90/21 92/13 104/10 104/16 104/19 105/2 105/6 109/16 112/18 126/21 129/17 129/20 129/23 131/4 131/8 131/9 132/13 136/13 137/11 138/2 149/7 150/16 150/20 150/20 151/1 151/20 152/22 155/19 159/2 182/21 196/6 199/20 201/8 201/23 201/25 202/15 209/19 210/12 210/23 211/8 211/8

217/10 213/20 213/22 214/17 214/20 214/22 215/13 216/14 218/1 218/4 218/11 223/15 240/9 240/10
**view [5]** 36/13 46/3 91/12 120/18 158/9
**viewed [7]** 41/14 98/3 136/13 145/3 146/23 155/19 231/25
**violation [1]** 218/23
**violations [3]** 21/3 192/25 195/12
**violence [1]** 192/16
**violent [6]** 93/10 133/25 134/1 144/12 192/13 198/11
**visible [1]** 161/12
**visual [2]** 73/18 89/9
**visually [1]** 105/3
**vocal [1]** 164/7
**voice [66]** 63/1 68/25 69/2 69/9 69/11 69/17 69/21 70/12 72/8 72/9 74/10 74/13 74/15 74/20 74/23 74/25 75/2 75/5 75/6 75/8 75/9 75/11 75/12 87/23 89/2 90/1 90/4 90/9 90/11 90/25 105/16 106/8 106/10 106/14 107/3 107/5 107/14 107/25 108/13 110/8 110/10 110/19 110/21 112/8 112/10 112/20 114/3 114/5 114/16 114/18 115/16 115/18 116/22 116/24 117/1 117/21 119/9 119/16 119/18 125/18 187/22 188/15 189/17 189/19 190/12 191/2
**voices [6]** 72/12 105/25 106/5 107/23 118/11 188/17
**void [1]** 64/9
**voluminous [1]** 198/9
**voluntarily [8]** 35/10 78/20 79/1 80/3 205/22 206/3 230/6 230/12
**vs [1]** 1/4

**W**

**wait [5]** 6/18 6/20 88/16 125/12 126/3
**waited [1]** 240/1
**waive [1]** 127/9
**waived [1]** 135/13
**waiving [1]** 238/3
**Waldo [1]** 27/13
**walked [1]** 154/10
**walkie [1]** 111/3
**walkie-talkies [1]** 111/3
**walking [1]** 120/19
**walkway [1]** 140/6
**wall [1]** 114/25
**want [56]** 5/21 6/11

**W**

**want... [54]** 6/16 6/17 7/18 8/3 8/24 9/23 12/21 12/22 13/5 13/7 18/5 18/6 24/19 35/10 37/9 45/8 46/25 47/6 50/8 58/16 59/4 59/13 87/4 92/11 123/20 126/3 138/9 138/11 140/22 163/3 166/5 168/10 168/16 168/23 169/23 170/14 173/11 206/12 212/1 212/16 213/10 216/20 216/20 220/25 221/1 230/9 231/15 234/12 236/7 236/12 238/23 240/22 241/21 242/24
**wanted [13]** 6/7 8/5 52/22 81/9 83/9 83/24 84/4 84/7 87/8 88/2 88/12 236/8 240/8
**wants [16]** 7/12 37/8 45/7 45/20 46/4 46/5 48/7 48/9 56/5 56/12 56/21 58/13 214/10 214/14 214/20 215/11
**warn [1]** 59/1
**warrant [25]** 34/22 35/3 94/6 94/7 94/9 94/15 97/9 97/15 111/1 130/25 131/1 135/2 135/4 159/11 159/15 202/9 203/9 203/12 204/2 204/10 204/12 205/2 208/15 230/1 230/19
**was [487]**
**Washington [22]** 1/8 1/15 2/3 2/6 2/15 2/22 21/8 21/14 21/20 60/24 80/24 81/5 81/9 84/1 84/10 124/5 133/24 144/13 162/10 175/9 175/14 192/14
**wasn't [24]** 15/14 17/13 34/19 40/3 43/2 43/10 67/25 68/15 69/8 69/8 69/9 70/3 80/12 80/19 81/24 89/4 112/17 116/12 163/7 205/10 208/20 209/9 218/23 222/20
**waste [1]** 26/4
**watch [5]** 46/23 76/17 117/8 144/13 149/16
**watched [15]** 16/6 17/6 18/14 22/7 70/2 70/2 81/8 137/20 138/5 138/12 146/17 153/5 217/24 217/25 217/25
**watching [4]** 18/5 81/12 104/18 121/19
**waving [1]** 146/15
**way [19]** 15/9 18/10 23/25 36/5 58/2 59/10 68/8 69/3 117/1 155/14 165/21 182/20 220/2

222/20 223/25 229/15 229/17 229/18 240/16
**ways [3]** 166/24 187/22 211/2
**we [381]**
**we'd [2]** 118/8 173/15
**we'll [8]** 58/25 67/18 72/21 109/13 126/12 240/12 241/16 243/9
**we're [48]** 5/2 5/15 5/18 48/13 48/15 49/22 52/5 54/15 59/7 59/8 59/21 63/5 69/21 73/16 87/6 105/5 105/6 109/12 109/20 111/12 111/14 116/9 161/14 168/8 168/9 168/16 168/18 169/3 171/24 173/16 182/6 212/7 212/7 212/9 212/11 212/13 212/20 213/6 216/18 217/15 218/10 219/15 220/8 227/1 237/20 240/22 241/2 241/25
**we've [16]** 6/9 9/12 11/7 12/14 48/24 64/14 64/14 74/9 87/11 107/8 140/2 202/25 220/7 224/7 234/14 237/19
**weapon [4]** 38/15 38/21 38/23 39/6
**weapons [2]** 38/10 38/22
**wearing [40]** 22/8 22/10 22/11 22/11 22/12 22/12 23/18 23/20 23/21 23/21 23/22 24/6 24/7 25/3 36/12 36/25 37/1 39/8 63/19 65/8 65/14 66/1 66/3 77/21 82/23 95/9 95/10 96/9 96/12 119/9 136/2 136/18 136/19 142/3 144/1 144/5 144/5 146/6 178/24 181/25
**web [1]** 224/16
**website [1]** 186/2
**Wednesday [5]** 5/15 241/25 242/3 242/8 242/24
**weeds [1]** 8/20
**week [7]** 5/10 5/12 6/1 69/21 69/23 87/22 242/1
**weekend [2]** 8/25 48/24
**weekends [1]** 33/5
**weeks [3]** 163/25 168/20 208/17
**weighed [2]** 136/9 136/11
**weight [1]** 121/11
**welcome [3]** 169/17 214/22 218/5
**well [42]** 6/15 8/8 8/23 15/10 32/12 34/22

57/16 45/25 47/17 48/4 48/9 48/25 50/14 51/11 51/15 54/2 55/3 56/22 62/3 62/11 64/19 76/2 76/13 89/20 104/14 108/5 117/23 164/12 179/3 192/15 200/1 201/12 201/25 202/19 204/5 207/7 207/19 209/7 225/8 225/10 232/16 234/18
**went [9]** 22/5 28/25 33/24 43/22 66/8 71/3 134/7 167/6 201/16
**were [166]** 7/24 11/10 13/16 14/13 15/2 15/6 15/11 16/11 17/9 17/12 18/3 18/23 19/4 19/15 19/21 21/13 21/17 25/18 26/15 29/8 30/11 30/16 34/6 34/22 37/6 37/12 39/16 39/17 40/6 40/6 40/9 43/8 43/10 50/9 51/6 52/16 55/20 60/18 60/25 61/5 61/10 61/11 61/24 66/16 67/2 67/24 72/8 75/18 75/20 75/20 77/9 78/7 79/24 80/2 80/6 81/1 81/6 81/22 82/5 82/17 85/15 85/19 88/4 90/15 90/22 91/11 91/18 93/20 93/21 94/2 94/23 98/5 98/15 98/17 104/9 108/4 110/25 111/3 111/8 111/25 116/6 126/22 126/22 130/14 130/19 131/21 132/8 133/21 134/4 134/9 134/11 137/3 137/6 138/12 140/8 153/20 153/23 154/25 158/25 161/5 161/6 161/10 166/11 169/4 173/7 173/24 174/11 175/12 180/7 183/7 183/7 183/9 185/24 185/25 187/4 187/4 189/8 189/9 189/10 189/13 190/20 191/25 192/12 193/25 196/13 196/16 197/6 197/18 197/21 197/25 198/2 199/5 199/21 200/23 201/14 201/23 202/15 203/4 207/14 207/23 209/3 209/25 210/23 210/25 211/7 216/15 220/23 225/1 228/7 229/4 229/5 229/9 229/23 229/25 230/1 230/6 230/19 232/7 232/7 232/8 236/5 236/17 237/18 238/13 238/15 239/9
**weren't [3]** 40/7 165/2 228/23
**west [10]** 18/23 28/5

47/17 48/4 107/14 140/6 154/12 157/17 176/3 221/18
**what [317]**
**what's [41]** 18/23 29/11 32/4 40/24 48/6 50/20 51/5 51/5 63/3 85/8 88/17 93/2 102/11 110/23 112/19 122/9 134/17 138/21 140/11 142/11 143/19 144/19 144/23 144/25 151/22 158/11 158/12 162/5 171/4 171/17 183/12 184/17 186/3 187/12 204/4 208/24 212/22 214/12 217/14 235/3 235/14
**whatever [10]** 10/23 15/20 56/5 57/13 111/24 120/20 168/22 214/23 215/5 219/21
**when [101]** 9/10 12/23 14/20 15/11 16/11 17/6 17/11 17/18 22/7 23/10 23/13 23/20 29/13 31/2 31/18 34/9 35/14 36/24 37/18 39/23 40/5 41/4 41/17 43/5 43/22 50/16 59/10 67/24 73/17 77/2 77/7 77/12 78/22 79/20 80/3 80/19 80/23 82/22 85/13 85/15 91/9 97/8 97/19 106/13 110/14 115/3 121/15 122/15 135/4 135/20 136/8 138/12 142/24 146/14 148/24 149/5 153/20 153/23 158/3 159/12 159/19 161/10 167/7 168/25 170/16 171/20 175/13 176/5 182/10 183/14 184/10 190/8 192/8 193/5 193/8 193/19 194/16 196/2 196/12 199/11 199/23 201/11 201/16 202/14 203/24 204/15 204/22 205/10 207/18 207/25 208/6 208/7 208/9 212/11 221/6 222/15 222/17 224/2 224/6 225/2 226/9
**whenever [2]** 6/20 20/18
**where [66]** 8/9 11/13 11/15 12/2 14/12 17/5 24/25 25/14 28/11 28/24 29/23 46/13 47/6 53/2 61/5 63/14 65/23 68/4 69/17 71/11 72/5 77/2 77/24 78/12 79/20 79/21 79/24 79/24 81/22 82/6 92/25 103/15 109/3 120/14 122/1 122/1 123/21 124/13 124/15 125/19 131/1 134/4 135/25

139/3 140/5 141/21 146/2 147/16 150/16 150/21 153/8 154/14 155/9 155/23 175/25 176/2 179/2 181/21 187/17 188/14 189/22 190/8 208/14 211/8 234/12 241/20
**Where's [1]** 27/13
**whether [30]** 7/2 11/8 38/21 54/13 55/10 57/12 83/12 83/19 150/4 151/7 151/22 151/24 152/3 175/8 202/8 209/8 210/13 213/7 213/8 215/12 215/12 217/9 217/10 219/1 220/1 220/1 222/25 224/18 235/10 241/24
**which [64]** 6/8 7/22 8/22 10/14 19/9 21/22 26/15 29/11 38/5 38/19 38/20 47/21 48/17 48/18 49/24 50/25 51/19 54/17 54/21 60/21 68/20 69/25 76/24 83/15 85/4 88/21 90/21 102/5 102/25 124/19 125/15 125/23 145/12 146/17 147/22 150/23 161/24 162/7 164/18 165/20 166/19 166/23 169/7 173/24 175/24 177/23 180/25 183/13 194/23 199/1 199/4 201/24 208/14 212/12 212/25 213/4 218/17 220/7 220/7 227/10 230/1 234/19 238/2 239/16
**while [10]** 18/23 32/21 67/7 69/6 94/14 164/25 187/9 218/19 220/23 235/1
**white [23]** 18/8 18/9 18/10 24/7 27/19 28/16 109/6 119/11 136/23 136/23 137/11 137/14 138/13 138/18 139/4 139/5 146/6 147/17 147/22 153/11 178/18 178/25 181/25
**who [98]** 20/1 21/15 21/15 21/21 22/3 23/4 31/4 31/6 31/8 31/21 31/24 32/1 33/25 34/12 34/23 37/8 41/6 43/10 50/15 53/15 54/20 61/7 66/16 69/1 69/15 74/16 75/2 87/7 90/13 91/8 95/25 97/21 101/24 102/22 103/22 104/15 104/18 105/18 107/16 108/15 119/6 120/11 121/2 131/25 134/24 137/14 137/24 138/2 138/8 138/14 138/17

**W**

**who... [47]** 139/14 140/21 143/25 146/6 147/14 148/24 154/10 154/10 155/21 157/11 161/20 161/22 164/2 164/9 165/14 175/3 175/5 177/10 179/11 187/4 187/4 187/7 188/1 188/20 189/7 189/19 191/4 196/14 196/17 197/6 197/9 197/15 197/21 198/2 199/5 207/8 207/9 207/14 215/19 216/21 220/4 220/4 222/13 224/4 224/11 231/22 238/20

**who's [7]** 36/13 95/18 97/1 110/10 120/1 160/18 219/5

**whoever [1]** 230/7

**whole [5]** 46/10 46/11 74/9 170/13 170/14

**whom [9]** 42/6 53/15 64/5 176/22 176/22 177/10 178/9 178/9 214/2

**whose [10]** 74/23 106/2 107/5 110/21 112/10 114/5 114/18 115/18 116/24 146/5

**why [36]** 13/19 21/18 26/3 29/19 35/12 46/25 46/25 49/19 50/11 50/21 54/1 54/21 57/25 89/21 91/12 97/17 146/11 150/10 150/17 170/15 172/7 174/2 190/11 195/19 195/24 207/21 209/2 210/10 213/10 214/10 214/17 230/9 231/19 238/3 240/14 242/16

**wife [3]** 67/23 97/2 230/14

**will [41]** 6/19 6/25 7/2 12/24 12/25 13/1 13/20 19/7 31/15 32/8 38/20 41/21 47/21 54/25 57/19 58/23 63/24 64/9 64/17 64/23 65/7 69/15 87/25 96/13 136/4 146/4 155/11 165/14 165/14 166/1 171/6 181/23 200/7 212/20 225/21 226/5 232/21 239/12 240/4 240/17 241/22

**willing [1]** 96/13

**window [1]** 39/14

**wish [1]** 123/12

**wishes [1]** 105/7

**withdraw [1]** 240/12

**withdrawn [1]** 29/2

**within [8]** 93/9 132/3 179/3 192/24 192/25 194/23 208/18 234/4

**without [10]** 18/5 19/19 30/4 30/22 35/6 49/20 55/9 97/23 129/17 211/22

**witness [93]** 5/6 6/9 6/10 6/18 6/23 7/1 10/25 12/25 13/2 13/22 13/23 20/10 24/9 25/5 27/16 27/17 28/13 44/19 49/10 49/15 49/15 50/1 51/6 52/6 52/13 52/14 63/17 63/19 64/5 64/11 65/6 67/15 87/4 87/6 88/15 88/21 89/1 89/4 89/25 90/4 90/7 90/13 90/24 90/24 91/24 96/3 106/11 106/13 109/5 111/7 112/15 112/16 112/17 121/19 125/18 128/18 132/23 141/23 145/17 145/18 146/3 153/10 155/11 156/1 156/2 156/25 163/15 165/8 172/24 173/1 174/3 174/5 174/18 181/23 188/24 191/11 209/5 212/21 214/11 214/14 214/15 214/21 214/25 215/16 216/11 216/14 217/23 217/23 220/19 231/9 236/1 237/14 240/20

**witness's [4]** 90/7 120/16 169/11 219/13

**witnessed [2]** 137/19 196/14

**witnesses [6]** 3/2 6/22 87/13 196/10 197/17 197/25

**witnessing [1]** 91/6

**woke [3]** 47/15 77/10 205/7

**woman's [1]** 119/16

**women [1]** 54/21

**won [1]** 162/17

**won't [5]** 65/11 76/16 86/24 111/24 173/10

**wood [2]** 15/19 16/2

**Woodford [1]** 80/1

**Woodward [32]** 2/2 2/2 3/4 3/17 5/14 5/16 147/6 163/24 164/1 165/17 168/21 169/17 170/6 171/17 174/4 174/7 204/4 212/6 212/12 214/14 214/20 215/8 215/10 215/15 216/10 216/18 217/19 217/22 218/1 238/8 241/13 242/14

**word [2]** 19/2 19/16

**words [5]** 41/23 41/23 42/2 49/3 51/13

**work [20]** 8/10 21/5 21/6 62/6 66/1 71/9 92/25 93/1 93/10 159/24 160/3 168/21

**worked [4]** 82/13 193/10 198/8 207/9

**working [8]** 46/7 46/10 46/15 68/4 133/21 133/25 193/25 205/21

**works [1]** 151/12

**worn [27]** 131/15 144/14 144/16 144/21 145/2 145/12 146/17 146/23 147/19 149/18 149/24 151/2 154/9 199/22 201/10 202/6 202/8 202/14 202/19 209/22 217/25 218/15 218/20 221/11 221/13 221/16 236/18

**worry [1]** 220/14

**worth [2]** 178/2 229/6

**would [217]** 5/7 5/9 7/14 7/14 8/7 9/1 9/2 9/8 9/17 11/10 11/17 12/6 12/9 12/17 13/16 14/12 14/16 14/25 15/6 16/16 16/23 16/25 17/2 17/11 19/16 19/22 20/1 24/2 24/3 26/18 26/23 33/13 33/21 33/22 35/5 35/5 44/21 44/25 45/13 45/14 47/10 47/24 49/13 50/10 50/23 51/3 51/7 51/14 51/24 54/6 54/10 56/15 56/16 56/24 57/16 59/22 64/4 64/5 64/11 69/3 70/7 73/21 74/1 77/22 78/12 83/8 83/19 85/5 85/23 86/1 86/4 86/15 86/21 87/15 87/19 88/16 88/21 88/22 89/13 89/20 91/5 91/12 91/25 92/2 92/8 94/23 94/25 96/18 98/16 101/10 102/25 105/4 106/8 116/5 117/8 118/6 118/12 120/13 120/15 121/23 125/9 125/11 125/15 125/23 126/2 126/20 128/13 128/14 129/9 130/3 131/8 132/6 132/25 141/7 148/8 149/21 151/19 152/1 152/16 153/14 153/16 155/25 158/21 161/12 161/14 161/24 162/15 164/1 164/5 164/21 165/12 165/24 165/24 167/24 168/16 168/22 172/16 172/21 172/24 173/22 173/24 174/11 174/13 176/14 177/24 178/22 179/16 186/14 186/24 187/1 189/25 191/12 195/5 195/5 195/14 195/18 195/21 196/14 196/17

**worked [4]** 82/13 193/10 198/8 207/9

**who've [10]** 62/11 62/17 92/16 114/8 184/10 192/8 193/10 194/19 198/8 202/15

**you-all [2]** 170/11 170/15

**your [300]**

**yourself [42]** 20/20 36/3 36/4 61/10

**YouTube [9]** 89/11 120/7 120/8 120/17 122/1 221/24 222/3 224/6 224/14

**Z**

**Zach [2]** 167/1 184/5

**zero [6]** 59/7 122/16 141/18 141/18 162/4 162/5

**zip [1]** 95/10

**zip-up [1]** 95/10

**zone [2]** 162/8 162/9

**zoom [5]** 30/25 122/5 122/24 182/2 182/3

**zoomed [1]** 161/17

**zoomed-in [1]** 161/17

**Zulu [1]** 162/7

**196/18 198/20 201/18 201/22 202/6 204/1 204/10 204/19 204/23 204/24 205/12 208/20 210/1 210/2 210/5 210/8 210/15 211/3 211/4 211/7 211/9 213/25 214/22 215/9 217/9 218/21 218/25 219/6 221/10 222/15 223/25 224/7 224/14 224/20 226/17 226/21 227/5 227/13 228/24 229/1 229/17 229/18 230/3 230/8 230/9 232/9 232/16 233/4 233/7 233/21 233/22 234/5 235/4 235/15 239/2 239/13 239/24 241/11**

**wouldn't [15]** 18/6 34/23 52/16 52/17 69/20 128/17 172/5 173/5 195/9 195/24 196/13 201/24 204/21 210/11 210/13

**wrap [4]** 6/4 13/4 220/9 236/3

**wrist [1]** 75/23

**write [1]** 204/15

**writing [2]** 95/11 119/11

**written [1]** 204/13

**wrong [5]** 40/4 89/12 115/24 150/19 217/14

**Y**

**yeah [9]** 16/15 27/13 46/1 50/8 52/3 103/5 113/16 196/1 225/6

**year [5]** 14/22 208/21 216/5 218/24 235/7

**years [5]** 60/14 127/21 197/4 213/15 233/13

**yelling [2]** 108/4 108/5

**yellow [1]** 28/15

**Yep [1]** 41/2

**yes [505]**

**yet [6]** 46/3 96/17 116/7 118/22 147/3 203/17

**York [2]** 34/7 180/5

**you [1042]**

**you'd [2]** 41/24 168/6

**you're [42]** 13/24 18/9 18/13 20/18 35/9 44/17 50/19 51/24 70/7 79/9 85/8 89/24 90/1 109/17 138/1 152/22 169/22 170/11 171/20 173/1 192/24 193/1 193/19 194/14 194/23 196/2 196/3 196/5 197/17 197/20 197/21 198/14 207/25 215/6 215/7 220/16 221/13 221/16 221/20 223/3 223/6 226/9