**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,          Criminal Action
                                   No. 1:21-0537
                Plaintiff,

      vs.
                                   October 26, 2023
                                   11:50 a.m.
RYAN SAMSEL - 1,
JAMES TATE GRANT - 2,
PAUL RUSSELL JOHNSON - 3,
STEPHEN CHASE RANDOLPH - 4,
JASON BENJAMIN BLYTHE - 5,

                Defendants.     Washington, DC
_____

          TRANSCRIPT OF BENCH TRIAL - DAY 4
        **BEFORE THE HONORABLE JIA M. COBB**
          UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For Plaintiff:**                 **Kyle Mirabelli**
                                   **Joseph Hutton Marshall**
                                   United States Attorneys Office
                                   601 D Street NW, Suite 6-725
                                   Washington, DC  20001
                                   202-815-4028

                                   **Christopher Brunwin**
                                   U.S. Attorneys Office
                                   Federal Courthouse
                                   312 N. Spring Street, 13th Floor
                                   Los Angeles, CA 90012
                                   213-894-4242

                                   **Alexandra Foster**
                                   DOJ - U.S. Attorneys Office
                                   880 Front Street, Room 6293
                                   San Diego, CA  92101-8807
                                   619-546-6735

APPEARANCES CONTINUED:

For Deft. Samsel:          **Stanley Woodward**
                           BRAND WOODWARD LAW, LP
                           400 Fifth Street, Northwest
                           Washington, DC 20001
                           202-996-7447


For Deft. Grant:           **Robert A. Feitel**
                           LAW OFFICE OF ROBERT FEITEL
                           1300 Pennsylvania Avenue NW,
#1505
                           Washington, DC 20008
                           202-255-6637


For Deft. Johnson:         **Lauren Rosen**
                           **Todd M. Richman**
                           OFFICE OF FPD-EDVA
                           1650 King Street, Suite 500
                           Alexandria, VA 22314
                           703-600-0819


For Deft. Randolph:        **Angel Halim**
                           3580 Indian Queen Lane
                           Philadelphia, PA 19129
                           215-300-3229


For Deft. Blythe:          **Stephen Brennwald**
                           BRENNWALD & ROBERTSON, LLP
                           922 Pennsylvania Avenue, SE
                           Washington, DC 20003
                           301-928-7727


Reported By:               **Stacy H. Johns, RPR**
                           Official Court Reporter
                           U.S. District & Bankruptcy Cts.
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           Stacy_Johns@dcd.uscourts.gov


**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

# I N D E X

DEFENSE WITNESS                                              PAGE

OFFICER DAVID CRUZ

    Direct Examination by Mr. Marshall (Con't)        5

    Cross-Examination by Mr. Woodward               31

    Cross-Examination by Mr. Feitel                 49

    Cross-Examination by Mr. Richman                52

    Cross-Examination by Ms. Halim                  58

    Redirect Examination by Mr. Marshall            63


SERGEANT LUKE FOSKETT

    Direct Examination by Mr. Brunwin               66

    Cross-Examination by Mr. Brennwald              99


SPECIAL AGENT JAMES FARRIS

    Direct Examination by Mr. Brunwin              115

    Cross-Examination by Mr. Brennwald             131


CAPTAIN DAVID AUGUSTINE

    Direct Examination by Mr. Mirabelli            138

# E X H I B I T S

GOVERNMENT EXHIBITS                                        ADMIT

411                                                         25

401                                                         81

EXHIBITS CONTINUED:

| GOVERNMENT EXHIBITS | ADMIT |
|---|---|
| 403 | 88 |
| 402 | 94 |
| 328 | 96 |
| 327 | 98 |
| 1101A, 1101B, 1101C, 1101D, 1101E, 1101F, 1101G, 1101H, | 127 |
| 1101I | 127 |
| 410 | 153 |
| 412 | 154 |
| 902 | 162 |

Cruz - DIRECT

**P R O C E E D I N G S**

1

2          THE COURT:  All right, you can begin.

3          MR. MARSHALL:  Thank you, Your Honor.

4                    DIRECT EXAMINATION (Cont'd)

5    BY MR. MARSHALL:

6    Q.  Good morning, Officer Cruz.

7    A.  Good morning.

8    Q.  I'd like to pick up on a subject we were discussing

9    yesterday.  We're bringing up Government's Exhibit 309, which

10   was previously admitted.

11        Do you recognize what's shown here?

12   A.  Yes.

13   Q.  What are we looking at?

14   A.  This is Peace Circle right outside the Pennsylvania Avenue

15   walkway.

16        (Video played.)

17   Q.  Can you tell at this time whether the first line of bike

18   racks has been breached?

19   A.  It doesn't appear that it has been.

20   Q.  How can you tell, or what makes you think that?

21   A.  Well, as soon as it was breached, you know, the crowd

22   started moving towards the walkway.

23   Q.  I'd like to direct your attention to the individual my

24   mouse is hovering over here, the red hat and the blue jean

25   jacket.  Do you recognize him?

6

Cruz - DIRECT

1   A.   Yes.

2   Q.   Who was he?

3   A.   I'm sorry, what was that?

4   Q.   How do you recognize him?

5   A.   That's the individual who opened the bike racks.

6   Q.   I'd ask that you please direct your attention toward that

7   part of the video as I play it now.

8        (Video played.)

9   Q.   Do you see what he was doing there?

10  A.   Yes.

11  Q.   Do you recall that moment?

12  A.   I do.

13  Q.   What does that appear to capture?

14  A.   That was him separating the bike racks and allowing the

15  crowd to come forward.

16  Q.   Approximately how long would you say it took him to

17  separate those bike racks?

18  A.   Under a minute.

19  Q.   Longer than 20 seconds?

20  A.   Yes.  Approximately 30 seconds or so, something like that.

21  Q.   Why did it take that amount of time?

22           UNKNOWN SPEAKER:  Objection.

23           THE COURT:  He can answer if he observed it and knows

24  what he was doing.

25           Overruled.

Cruz - DIRECT

1           THE WITNESS:  The bike racks are joined.  So it's not

2    that easy to just pull them apart.  It takes some effort to

3    pull them apart.

4    BY MR. MARSHALL:

5    Q.  How exactly do you have to pull them apart?

6    A.  So you kind of have to -- it's just not easy.  You can turn

7    them but if you don't know to turn them you've got to struggle

8    with them a little bit to break them free.  It's not exactly

9    super straightforward.

10   Q.  You recall this specific moment happening on

11   January 6, 2021?

12   A.  I do.

13   Q.  Was that moment memorable to you at all?

14   A.  It was.

15   Q.  Why was that?

16   A.  Because that was the first moment that the crowd actually

17   breached one of our security points that I saw.

18           MR. MARSHALL:  Now playing the video from 19 seconds.

19      (Video played.)

20           MR. WOODWARD:  Your Honor, we would just renew our

21   objection and move to strike the officer's testimony, as he

22   could not testify to his personal knowledge what he saw.

23           THE COURT:  Overruled, unless I misunderstood.  I

24   thought he was testifying about what he observed.

25           Am I wrong, Mr. Marshall?

Cruz - DIRECT

1          MR. MARSHALL:  No, Your Honor.  I believe he testified

2     that as far as he was aware, that was the first time the

3     security perimeter had been breached.

4          THE COURT:  Okay.

5          MR. WOODWARD:  I'm specifically referring to why it

6     took 30 seconds to separate the barricades.

7          THE COURT:  Overruled.

8     BY MR. MARSHALL:

9     Q.  Officer Cruz, do you see yourself here in the frame?

10    A.  I do.

11    Q.  Do you see the line of bike rack fencing you referenced

12    earlier?

13    A.  Yes.

14    Q.  How many bike racks would you say -- individual links of

15    bike racks would you say are in that chain?

16    A.  Approximately five.

17          MR. MARSHALL:  Now playing from 42 seconds.

18       (Video played.)

19    BY MR. MARSHALL:

20    Q.  Do you see the fencing on the left side of the screen here?

21    A.  Yes.

22    Q.  Did you see that at any point during your day on

23    January 6th?

24    A.  You're referring to the green fencing?

25    Q.  That's right.

Cruz - DIRECT

1    A.   The snow fencing?

2    Q.   The area where the line of fencing that you were in front

3    of ends?

4    A.   Yes.

5    Q.   Can you describe the fencing there?

6    A.   So that fencing is used to close off the West Front at all

7    times when the inauguration stage is being built.  That's

8    actually set up around the West Front of the Capitol.

9    Q.   Do you see the bike rack on the very left of the screen?

10   A.   Yes.

11   Q.   Is that connected to the line of bike racks that you were

12   in front of?

13   A.   Yes.

14   Q.   What's it connected by?

15   A.   So those bike racks were connected by -- they were

16   interlinked and they were also connected by zip ties and that

17   snow fencing.

18   Q.   Sorry, I'm referring to -- I'm going to circle now for the

19   witness the bike rack on the leftmost side of the screen.  Do

20   you see that bike rack?

21   A.   I do.

22   Q.   And do you see this bike rack?  I've now circled the second

23   leftmost bike rack on the screen?

24   A.   Yes.

25   Q.   Are those two bike racks linked?

Cruz - DIRECT

1    A.  It doesn't appear to be.

2    Q.  What's in between them, if anything?

3    A.  There is a -- some snow fencing and there's an officer

4    posted there.

5           MR. MARSHALL:  I'd now like to go briefly to

6    Government's Exhibit 308 at 10 seconds.

7       (Video played.)

8    BY MR. MARSHALL:

9    Q.  Officer Cruz, do you see the line of bike racks on the

10   rightmost side of the screen here?

11   A.  Yes.

12   Q.  Where exactly are we looking in terms of the Peace Circle

13   area?

14   A.  So this is the beginning of the walkway, and those bike

15   racks, those are access points that will you to access either

16   the center panel or on the other side will allow you to access,

17   like, the north panel.

18          MR. MARSHALL:  I'm just going to play this for a few

19   more seconds from 10 seconds.

20      (Video played.)

21   BY MR. MARSHALL:

22   Q.  Officer Cruz, can you describe how these bike racks are

23   linked together?

24   A.  Those look like they were just kind of positioned.  They

25   don't actually appear to be linked.  They just have officers

Cruz - DIRECT

1    posted on them.

2    Q.  Why would this be configured differently than the line of

3    bike racks that you were in front of?

4    A.  So prior to -- prior to this moment when the Capitol

5    Christmas tree is up, usually they allow -- that's an access

6    point for people to go see the tree on the West Front.

7    Q.  Sow how does that affect the configuration of the bike

8    racks?

9    A.  So they wouldn't be linked up because it would be intended

10   for them to be basically opened up for a majority of the day

11   and then closed at nighttime.

12   Q.  Thank you.

13           MR. MARSHALL:  I'm just going to play this for one

14   more second.

15       (Video played.)

16   BY MR. MARSHALL:

17   Q.  And it's a little bit difficult to see here.  Do you see

18   the point where that line of bike racks on the right bottom

19   corner of the screen comes closest to the line of bike rack

20   fencing that you were standing in front of?

21   A.  Yes.

22   Q.  Are those connected in any way?

23   A.  They don't appear to be.

24   Q.  What, if anything, appears between those?

25   A.  Just some snow fencing and there's an officer in that area.

Cruz - DIRECT

1              MR. MARSHALL:  And I'm going to go back now to

2       Government's Exhibit 309, which we were just discussing.  I'm

3       going to play it from 43 seconds.

4          (Video played.)

5       BY MR. MARSHALL:

6       Q.  Now, prior to the moment you testified about yesterday,

7       where the bike rack was pushed towards you, at this point how

8       many members of the crowd had crossed the fencing in this area

9       that you had seen?

10      A.  Dozens, probably.

11      Q.  Prior to the bike rack being lifted and pushed towards you?

12      A.  I'm sorry, can you repeat the question?

13      Q.  Prior to the moment you testified about yesterday, where

14      the bike rack was lifted and pushed towards you, how many

15      people had you seen that had crossed that secondary line of

16      fencing?

17      A.  Oh, none.  I apologize.

18      Q.  How many did you see try to go around the line of fencing

19      that you were in front of?

20      A.  None.

21         (Video played.)

22      Q.  And here I'd like to direct your attention to the man in

23      the blue flannel near the center of the screen.  I'm going to

24      play this for just a few more seconds.

25         (Video played.)

Cruz - DIRECT

1   Q.  Do you see what that individual is doing?

2   A.  Yes.  He was pushing on the bike racks.

3   Q.  How did the officer respond, the officer closest to him in

4   time?

5   A.  By pushing back.

6   Q.  How far would you estimate that the bike rack moved at that

7   time?

8   A.  Maybe a yard.

9   Q.  Can you tell whether the bike rack is on or off the ground

10  at this point?

11  A.  Would you be able to play that back?

12  Q.  Yeah.

13      (Video played.)

14  A.  It appears like it's still on the ground.

15          MR. MARSHALL:  And now I'd like to play it from a

16  1:15.

17      (Video played.)

18          MR. MARSHALL:  Pausing at 1:25.

19  BY MR. MARSHALL:

20  Q.  How about now?  Does the bike rack still appear to be on

21  the ground?

22  A.  No.

23  Q.  Did you notice that change at the time?

24  A.  Yes.

25  Q.  Why was that noticeable to you?

Cruz - DIRECT

1    A.  You could feel it.  It was at that point we couldn't push

2    back any further.  They were coming back and there was nothing

3    we could do to stop it.  We were just getting moved backwards.

4    Q.  Why did lifting it up affect your ability to push back?

5    A.  Just the amount of weight that was behind it, we just

6    couldn't hold it.

7    Q.  And what's going through your head at that time?

8    A.  I just didn't want to -- I didn't want to fall or, you

9    know, possibly get run over.  I knew the stairs were behind me.

10   So I was just cognizant of the fact of not trying to get

11   trapped those stairs.

12           MR. MARSHALL:  I'm going to turn briefly to

13   Government's Exhibit 302.

14       (Video played.)

15   BY MR. MARSHALL:

16   Q.  Do you recognize this from yesterday?

17   A.  Yes.

18       (Video played.)

19   Q.  Now I want to direct your attention to the man in the tan

20   camouflage jacket.  Do you see this individual?

21   A.  Yes.

22   Q.  Do you have any recollection of that individual?

23   A.  Yes.

24   Q.  What do you recall?

25   A.  I remember him coming up to the individual on the bike

Cruz - DIRECT

1   racks and just saying they're not the enemy, and pulling them

2   away.

3   Q.  You're referring to the -- which individual are you

4   referring to?

5   A.  Are you referring -- I'm speaking about the individual with

6   the backpack.

7   Q.  And which individual did you recall him coming up to?

8   A.  The -- he has his hands on his shoulder and he has like a

9   white hoody, a red hat and a black shirt.

10  Q.  Thank you.

11       MR. MARSHALL:  Now playing the video from 45 seconds.

12       (Video played.)

13  BY MR. MARSHALL:

14  Q.  Now, we discussed this moment yesterday from a different

15  angle.  Do you recall this moment?

16  A.  Yes.

17  Q.  Can you describe how you're positioned here currently?

18  A.  I was kind of pinned or kind of in a bad spot because I was

19  up against that railing and I had like a foot on the stairs and

20  I had that bike rack over me.

21  Q.  And why was that difficult footing for you?

22  A.  It just -- I didn't really have a lot of places to go.  You

23  know, my mobility was trapped a little bit.

24  Q.  Why are those things important at that moment?

25  A.  Because at that point we're getting breached.  So needed to

Cruz - DIRECT

1    try to get back and reestablish a line because we broke our

2    line.

3              MR. MARSHALL:  Now playing from 1:06.

4         (Video played.)

5    BY MR. MARSHALL:

6    Q.  What's happening here?

7    A.  The individual who grabbed me, we were still holding onto

8    each other and I was trying to get free.

9    Q.  Do you see the individual in the camouflage jacket?

10   A.  Yes.  Like a green camo you're referring to?

11   Q.  That's right.

12   A.  Yes.

13   Q.  Do you see the individual in the black-and-white baseball

14   hat?

15   A.  Yes.

16   Q.  What do they appear to be doing here?

17   A.  It looks like they're grabbing on to the individual that

18   had ahold of me.

19   Q.  Officer Cruz, just to step back, what did you see as your

20   overall mission at the Capitol that day?

21   A.  Just to maintain the security of the campus.

22   Q.  Was that mission particularly important to you that day?

23   A.  Yeah, it's important every day that I work, yes.

24   Q.  Why was it important this day?

25   A.  This day there was a little more heightened concern because

Cruz - DIRECT

1    of both houses being in session and everybody in attendance,

2    the Vice President in attendance and the certification of the

3    election.

4    Q.  Can you say one way or the other whether or not the actions

5    of these three individuals we discussed here made your mission

6    any more or less difficult that day?

7              MR. WOODWARD:  Objection.

8              THE COURT:  Basis?

9              MR. WOODWARD:  Calls for speculation.

10             THE COURT:  Overruled.

11   BY MR. MARSHALL:

12   Q.  You can answer the question.

13   A.  So you're saying why their actions made it more difficult?

14   Q.  Can you say one way or the other whether or not the actions

15   of these three individuals made it more difficult to do your

16   mission that day?

17   A.  Yeah, absolutely, because now we have actual -- you know,

18   we had a breach.  We're doing more than we -- all we want is

19   people to be able to -- if someone wants to voice their concern

20   about something, no matter what that concern is, whatever the

21   group is, they're welcome to do that.  But if an area is

22   closed, an area is closed.

23        That's all we want people to do:  Express your beliefs but

24   do it peacefully.  The last thing any of the officers want to

25   do is engage in any kind of physical altercations with anybody.

Cruz - DIRECT

```
 1            MR. MARSHALL:  Now playing the video from 1:12.
 2        (Video played.)
 3   BY MR. MARSHALL:
 4   Q.  Do you see yourself in this frame?
 5   A.  Yes.
 6   Q.  Where do you see yourself?
 7   A.  (Indicates)
 8            MR. MARSHALL:  For the record, the officer has circled
 9   an officer near the bottom right corner of the frame.
10   BY MR. MARSHALL:
11   Q.  What are you doing here?
12   A.  People got behind us, so we were basically heading towards
13   the terrace, establishing a police line.
14   Q.  Why were you-all running at this moment?
15   A.  Didn't know what's going to happen, so it was important
16   that we got back there.  It was kind of a priority to get back
17   and establish a police line.
18   Q.  Why was it important to establish a police line on the
19   Lower West Terrace?
20   A.  Didn't want anyone to try to gain access to -- they're
21   already accessing an unauthorized area.  So we don't want
22   anyone to attempt to gain access to anywhere else.  The
23   staircases lead to doors that are open.  So it was important to
24   reestablish that line.
25   Q.  When you say doors that were open, do you mean doors to the
```

Cruz - DIRECT

1    Capitol building?

2    A.   Yes.

3    Q.   Thank you.

4          MR. MARSHALL:   Now pulling up what's been previously

5    admitted as Government's Exhibit 308.   We'll go to 3:57.

6          (Video played.)

7    BY MR. MARSHALL:

8    Q.   Officer Cruz, do you recognize what's shown here?

9    A.   Yeah, this is the Lower West Terrace on the West Front of

10   the Capitol.

11   Q.   Can you recall when during your day you had been in this

12   position?

13   A.   Right after the breach.   That's when I was heading back is

14   when I -- so within 30 seconds of us running back, I would have

15   been here on the Lower West Terrace.

16          MR. MARSHALL:   I'm going to play the video from 3:57.

17       (Video played.)

18          MR. MARSHALL:   Pausing at 4:07.

19   BY MR. MARSHALL:

20   Q.   Do you recognize anyone in this frame?

21   A.   Yes.

22   Q.   Who do you recognize?

23   A.   Myself and Officer Lowman.

24   Q.   Can you circle yourself?

25          MR. MARSHALL:   For the record, the witness has circled

Cruz - DIRECT

1    the police officer below the red, white and blue flag.

2    BY MR. MARSHALL:

3    Q.  What's happening here?

4    A.  The group is starting to fill in the terrace.  So we're

5    just trying to get more units there and try to -- like I said,

6    reestablish a police line.

7    Q.  Is there any fencing at this point between you and the

8    members of the public?

9    A.  There's some small, temporary fencing that's put up for the

10   inauguration that is actually affixed to the ground.

11           MR. MARSHALL:  Now I'm going to play just briefly from

12   4:11.

13       (Video played.)

14   BY MR. MARSHALL:

15   Q.  Do you see yourself in this moment?

16   A.  Yes.

17   Q.  Do you recall this moment?

18   A.  Yes.

19   Q.  Do you recall what you were doing here?

20   A.  I was talking to one of the protesters.

21   Q.  What were you saying to them?

22   A.  Just trying to tell them, you know, I understand you're

23   upset but this is not the way.

24   Q.  What were you trying to do in saying that to him?

25   A.  So I went over when he was -- that particular protester was

Cruz - DIRECT

1    shoving Officer Lowman and another officer.  So I was trying to
2    deescalate.  I was still trying to see if I could just talk to
3    people and kind of get some control.  So I was just telling
4    them this isn't the way.
5    Q.  Was that protester the only person acting violently towards
6    law enforcement at that time?
7    A.  That was within my immediate view, yes.
8            MR. MARSHALL:  I'm now going to pull up Government's
9    Exhibit 312.  And actually, Ms. Hayman, I'm sorry, I know I
10   promised I wouldn't make you play exhibits but I don't believe
11   I have this one on my desktop.  If you don't mind pulling it
12   up.
13           Do we need to do anything else before we can display
14   that?  Thank you.  And you can just leave it paused there.
15   BY MR. MARSHALL:
16   Q.  Officer Cruz, do you recognize this area?
17   A.  Yes.
18           MR. MARSHALL:  Can we just play for 10 seconds.
19       (Video played.)
20           MR. MARSHALL:  You can pause there at eight seconds.
21   BY MR. MARSHALL:
22   Q.  Can you recognize from seeing that approximately what point
23   of the day this would have been?
24   A.  Yes.  It was just after that -- just after that breach.
25   Q.  The breach at the --

Cruz - DIRECT

1   A.   At the Pennsylvania walkway, where we were still trying to

2   reestablish a police line.

3   Q.   About how many officers would you estimate were in the

4   Lower West Terrace area at this time?

5   A.   Maybe 30.

6   Q.   How many members of the public would you estimate there

7   were?

8   A.   Hundreds.

9          MR. MARSHALL:  I just want to play this moment a bit

10  longer, if we could.  From eight seconds.

11     (Video played.)

12         MR. MARSHALL:  Pausing there just briefly.

13  BY MR. MARSHALL:

14  Q.   Do you recognize what's shown on the ground there?

15  A.   Yes.  That's that fencing that's put in place for the

16  inauguration.  It's being torn down.

17  Q.   You mention -- how many officers did you say there were at

18  the Lower West Terrace this time?

19  A.   Approximately 30.

20  Q.   Did you-all ever receive additional officers there?

21  A.   We did eventually, yes.

22  Q.   Were those all Capitol Police officers?

23  A.   Initially Capitol Police and then we did have assistance

24  from the Metropolitan Police Department.

25  Q.   Can you describe what occurred when those additional

Cruz - DIRECT

1    officers arrived?

2    A.  So it helped us to reinforce the line, but then it just --

3    it just ended up being more violence, more fighting.  And we

4    eventually lost the line.

5         MR. MARSHALL:  And Ms. Hayman, I just have one more

6    exhibit to show Officer Cruz here.  Could you pull up

7    Government's Exhibit 411.

8    BY MR. MARSHALL:

9    Q.  Can you tell from looking at this frame where this is?

10   A.  Yes.  This is the Lower West Terrace of the Capitol.  It's

11   just at the beginning of basically the construction of the

12   inauguration stage.

13   Q.  Do you recall being near this area on January 6th?

14   A.  Yes.

15   Q.  Do you recall when approximately you were there?

16   A.  After the -- after the breach at the walkway, I was there

17   for quite a while.

18   Q.  Quite a while, talking hours?

19   A.  At least one hour.

20        MR. MARSHALL:  Can we play this video to the

21   seven-second mark.

22       (Video played.)

23        MR. MARSHALL:  Can you just go a few frames further

24   from this.  And pause there.

25   BY MR. MARSHALL:

Cruz - DIRECT

1    Q.   Do you recognize anyone here?

2    A.   Yes, I see myself.

3    Q.   Where are you in this frame?

4    A.   (Indicates.)

5         MR. MARSHALL:  Note the officer has circled the

6    officer in the middle of the frame.

7    BY MR. MARSHALL:

8    Q.   How would you describe the scene at this time?

9    A.   It was dire.  We were trying to regain control or try to

10   get some type of stability, and it just worsened from there.

11   Q.   When you say it was dire, can you describe what made it

12   dire at that time?

13   A.   Just from a security standpoint, the group had grown to a

14   very large size, and they were just too close to the building.

15   Q.   How would you describe the crowd at that time?

16   A.   Emboldened.  It was a large crowd and they were definitely

17   emboldened.

18   Q.   Did you witness any attacks on law enforcement at this

19   time, around this area?

20   A.   Yes.

21   Q.   Were you attacked in this area?

22   A.   Yes.

23   Q.   What happened?

24   A.   I was sprayed with, like, chemical irritants multiple

25   times.

Cruz - DIRECT

1              MR. MARSHALL:  Can we move now to 1:38 in the video.

2              And my apologies.  If Government's Exhibit 411 has not

3      yet been offered into evidence, the Government would do so now.

4              THE COURT:  Same objection?  Any objection?

5              MR. MARSHALL:  I would note that this particular

6      exhibit is subject to stipulation by the parties as to its

7      authenticity.

8              THE COURT:  This is the body-cam footage, correct?

9              MR. MARSHALL:  That's correct, Your Honor.

10             THE COURT:  It's admitted.

11        (Government Exhibit 411 received in evidence.)

12      BY MR. MARSHALL:

13      Q.  Do you recognize yourself here, Officer Cruz?

14      A.  Yes.

15      Q.  Are you the individual with the black face covering shown

16      on the right side of the screen there?

17      A.  Yes.

18             MR. MARSHALL:  Can you play the video.

19        (Video played.)

20             MR. MARSHALL:  If you could pause briefly here.

21      BY MR. MARSHALL:

22      Q.  Officer Cruz, do you recognize anyone in this frame?

23      A.  Yes.

24      Q.  Who do you recognize?

25      A.  It's the individual who opened the bike racks and breached

Cruz - DIRECT

1   the walkway.

2   Q.  You're describing the individual in the black T-shirt here?

3   A.  Yes.

4        MR. MARSHALL:  Can we continue playing this video.

5   (Video played.)

6        MR. MARSHALL:  Pausing briefly here.

7   BY MR. MARSHALL:

8   Q.  Officer Cruz, have you seen this video before testifying

9   today?

10  A.  I have not.

11       MR. MARSHALL:  Can we continue playing.

12  (Video played.)

13       MR. MARSHALL:  You can pause here.

14  BY MR. MARSHALL:

15  Q.  Officer Cruz, were you able to make out anything that that

16  person was saying there?

17  A.  It looked like he was mouthing the words, "I'm a marine."

18  Q.  Did that appear consistent with what -- your recollection

19  of what he said earlier to you?

20  A.  Yes.

21  Q.  Officer Cruz, how much longer would you say you remained on

22  the West Plaza that day from this moment?

23  A.  I was on the West Front until we were receiving radio calls

24  of shots fired inside the Capitol building.  That's when we --

25  those of us who didn't have any helmets, we kind of

Cruz - DIRECT

 1    collectively made the decision to go inside the building and

 2    assist.

 3    Q.  From that point, how much longer were you on Capitol

 4    grounds that day?

 5    A.  Until at least -- until at least 2:00 in the morning.

 6    Q.  What time had you begun work that day?

 7    A.  What time did I end work?

 8    Q.  What time had you begun work the day prior, on January 6th?

 9    A.  I had begun at approximately 8:00 in the morning.

10         MR. MARSHALL:  The Court's indulgence, Your Honor.

11         THE COURT:  Okay.

12         MR. MARSHALL:  I apologize, I have one more exhibit to

13    show here.

14         THE COURT:  Sure.

15         MR. MARSHALL:  Ms Hayman, could we pull up

16    Government's Exhibit 208.  Could you just play that for a few

17    seconds.

18    (Video played.)

19         MR. MARSHALL:  Just pausing there.

20    BY MR. MARSHALL:

21    Q.  Are you able to recognize, Officer Cruz, where this is?

22    A.  This is the actual inauguration stage.

23    Q.  And so where is this in relation to the locations we've

24    been discussing?

25    A.  It's closer to the building.  It's moving closer to the

Cruz - DIRECT

1    building.  It's in between the stairs.  On the West Front of

2    the Capitol there's two stairs, one on the north side of the

3    building and one on the south end of the building.  This is the

4    area in between those stairs.

5              MR. MARSHALL:  Ms. Hayman, could we just briefly pull

6    up Government's Exhibit 5.

7    BY MR. MARSHALL:

8    Q.  And could you just briefly indicate by circling the area

9    approximately where this would be?

10   A.  (Witness complies.)

11             MR. MARSHALL:  Note the witness has circled the

12   southern portion of the Lower West Terrace area.

13             We can return now to Government's Exhibit 208, please.

14   And can we play the video from here.

15      (Video played.)

16             MR. MARSHALL:  Briefly pausing the video.

17             Now circling an officer wearing --

18   BY MR. MARSHALL:

19   Q.  Near the bottom of the screen, do you recognize this

20   officer?

21   A.  Yes.

22   Q.  Who is that?

23   A.  That's Sergeant Tim Lively.

24             MR. MARSHALL:  Note the witness has identified the law

25   enforcement officer near the bottom of the screen wearing a

Cruz - DIRECT

1   blue face mask.

2       Can we continue playing from there.

3       (Video played.)

4           MR. MARSHALL:   Can you pause and then just go back

5   about four seconds.

6   BY MR. MARSHALL:

7   Q.   Do you recognize anyone here?

8   A.   It's myself.

9   Q.   Where are you?

10  A.   (Witness complies.)

11  Q.   You're the officer that's out on that pillar there, that

12  column?

13  A.   Correct.

14  Q.   What are you doing in this moment?

15  A.   I saw those two individuals climbing up there and I just

16  told them to get down.

17  Q.   Did they listen to you?

18  A.   Eventually, yes.

19  Q.   What was accessible from that column there?

20  A.   So that scaffolding is over the stairways.  If they were to

21  cross over, they'd have the steps to get access to the -- the

22  Middle Terrace and the Upper West Terrace of the Capitol

23  building.

24  Q.   Were members of the crowd eventually able to access those

25  areas?

Cruz - DIRECT

1    A.  Yes.

2            MR. MARSHALL:  One moment, Your Honor.

3            THE COURT:  Okay.

4            MR. MARSHALL:  Before concluding with this exhibit,

5    could you just play for 30 seconds.

6        (Video played.)

7            MR. MARSHALL:  Pausing there.

8    BY MR. MARSHALL:

9    Q.  What was occurring in the police line and members of the

10   crowd below you at that moment?

11   A.  They were engaging in hands-on with the crowd and the crowd

12   was starting to separate the officers on the line.

13   Q.  Why is that notable to you, that they were separating

14   officers on the line?

15   A.  Because the line is starting to break, essentially.

16           MR. MARSHALL:  Thank you, Your Honor.  No further

17   questions.

18           THE COURT:  Cross-examination for Mr. Samsel.

19           MR. WOODWARD:  Your Honor, if I could just ask how

20   long you anticipate letting me go?

21           THE COURT:  Well, I have to let you-all eat.  Until

22   1:00.

23           MR. WOODWARD:  You wear the robe, Your Honor.

24           THE COURT:  Well, let me ask.

25           We'll break at 1:00 or 1:30.

Cruz - CROSS

```
 1              MR. WOODWARD:  I'll be finished before 1:00.  Don't
 2    worry.
 3              All right.  The Court's brief indulgence.
 4                         CROSS-EXAMINATION
 5    BY MR. WOODWARD:
 6    Q.  I'm sorry, Officer.  I missed your title.  Is it Officer
 7    Cruz?
 8    A.  Yes, Officer Cruz.
 9    Q.  Thank you for your service.  We've never met before, have
10    we?
11    A.  No.
12    Q.  Have you ever testified before?
13    A.  Yes.
14    Q.  How many times, roughly?
15    A.  Approximately five times maybe.
16    Q.  All related to the events of January 6th?
17    A.  No.  This is my first testimony for January 6th.
18    Q.  What was the nature of your prior testimony?
19    A.  Like juvenile criminal trials, traffic court, in D.C.
20    Superior Court.
21    Q.  Based on your service as a Capitol Police officer?
22    A.  Yes.
23    Q.  So you are a bit of an expert in providing testimony?
24    A.  Yeah.
25    Q.  Do you recall, sir, in your testimony yesterday you said
```

Cruz - CROSS

1    that you thought you heard the gentleman I'll refer to as "red
2    hat" tell you that he was a marine at that barricade at Peace
3    Circle?  Do you recall saying that, sir?
4    A.  Yes.
5    Q.  Now, today, watching the video that the Government played
6    for you, you testified that you heard him say that he was a
7    marine on the West Plaza, correct?
8    A.  It appeared that way, yes.
9    Q.  So it was a long time ago, obviously, but did you hear him
10   say it at the West Plaza or at Peace Circle?
11   A.  Peace Circle, the Pennsylvania Avenue walkway, that
12   barricade I was at.
13   Q.  And then you heard him say it again at the West Plaza?
14   A.  Only when I was shown the body-cam video today.
15   Q.  You don't remember hearing that at the time?
16   A.  No.
17   Q.  But you do remember hearing him say that at Peace Circle?
18   A.  Yes.
19   Q.  You're sure about that?
20   A.  Yes.
21   Q.  Now, in the days after the events of January 6th, do you
22   recall meeting with the FBI and the prosecutors?
23   A.  Yes.  I met several times with them.
24   Q.  Do you recall meeting on January 25th of 2021?
25   A.  I don't recall that exact date, but I met several times

Cruz - CROSS

1    with the FBI.

2    Q.  Any reason to disagree that you met on January 25th of

3    2021?

4    A.  No.

5    Q.  And in that meeting, was that a virtual meeting as you

6    recall it?

7    A.  I don't recall.

8    Q.  You were asked questions about what occurred that day?

9    A.  Yeah, sure.

10   Q.  And you shared what you remembered about what occurred that

11   day?

12   A.  Yes.

13   Q.  And in your first meeting with the FBI, you recalled the

14   gentleman I'll refer to as "red hat" as somebody who had opened

15   the barricade; is that right?

16   A.  Yes.

17   Q.  But in that first meeting with the FBI, you did not tell

18   them that you thought he was leading the crowd, did you?

19   A.  I haven't seen my testimony.  I don't recall what I said on

20   that day.

21   Q.  You also weren't shown any video that day, were you?

22   A.  I don't recall whether I was or I wasn't.

23   Q.  The second time you met with the FBI, you had a much longer

24   interview; is that right?

25   A.  I had several meetings.  I can't recall the times, which

Cruz - CROSS

1   one was longer or shorter.  But if you know, sure.

2   Q.  You don't know what you were asked in each meeting?

3   A.  I remember being questioned about events of January 6th,

4   but I don't recall specific questions.

5   Q.  Do you recall in that second meeting being asked

6   specifically about the gentleman in the red hat?

7   A.  I had multiple meetings where I was asked about the

8   gentleman in the red hat, yes.

9   Q.  Do you recall that gentleman being characterized as having

10  led the events at Peace Circle?

11  A.  I don't recall that.

12  Q.  You don't recall being asked about whether he was leading

13  the events at Peace Circle or not?

14  A.  Specifically that, I don't recall that.

15  Q.  Do you recall watching video in advance of your testimony

16  here today?

17  A.  Yes.

18  Q.  How many times?

19  A.  Several.

20  Q.  When was the last time?

21  A.  Today here in court.

22  Q.  And before that?

23  A.  Hang on, give me a second.  Sunday or Monday, possibly

24  Sunday.  It was this weekend, within a few days.

25  Q.  And have you watched video in advance of your testimony

Cruz - CROSS

1    before that?

2    A.   Only during trial prep.

3    Q.   And that's what I'm asking you about.  How often did you

4    have trial prep and when do you recall that occurring?

5    A.   So one was recently, around this weekend.  Before that, it

6    had been maybe a couple of months.

7    Q.   Were any of the people that are sitting at this table with

8    you this weekend?

9    A.   Yes.

10   Q.   And a couple months before that, were any of the people

11   sitting at this table with you?

12   A.   We met virtually.

13   Q.   Were they on the Zoom or the Teams with you?

14   A.   Yes.

15   Q.   And in either of those meetings, do you recall seeing

16   whether anyone was taking notes?

17   A.   Yeah, I believe notes were taken.

18   Q.   And you were shown multiple videos, correct?

19   A.   Yes.

20   Q.   Just not that body-worn camera video that they showed you a

21   minute ago?

22   A.   Correct.

23   Q.   Were you shown any body-worn camera?

24   A.   I don't believe so.

25   Q.   Now, earlier you testified that you were grappling with

Cruz - CROSS

1    various members of the crowd at the walkway gate, correct?

2    A.   Yes.

3    Q.   And the walkway gate, we agree -- well, let me just show

4    you an image of the walkway gate, just so that we're on the

5    same page.

6         This is Government's Exhibit 10.  And obviously, a

7    rendering.  But you initially started on the stairs here?

8    A.   Yes.

9    Q.   And then proceeded down to the gate here?

10   A.   Yes.

11   Q.   And the crowd initially began behind the gate there,

12   correct?

13   A.   Correct.

14   Q.   If I refer to this as the walkway gate, are we on the same

15   page?

16   A.   Yes, sir.

17   Q.   Excellent.  Yesterday, during your testimony, you said you

18   had to grapple with individuals at the walkway gate, correct?

19   A.   Correct.

20   Q.   That you had to throw punches to free yourself from them?

21   A.   That's how I recall that incident, yes.

22   Q.   Do you recall anyone in the crowd assisting you or your

23   fellow officers that day?

24   A.   Do I recall anyone in the crowd assisting us?  I do not.

25   Q.   Okay.

Cruz - CROSS

```
1              MR. WOODWARD:  Government's 308.

2              Can I trouble you for sound, please, Ms. Franklin?

3              DEPUTY CLERK:  I'm sorry?

4              MR. WOODWARD:  Can I trouble you for sound, audio?

5              DEPUTY CLERK:  You're going to have to turn it on on

6    your computer.  The court's sound is on.

7              MR. WOODWARD:  Can we not put that in the record.

8              Oh, I see, it's the wrong 308.

9        (Video played.)

10             THE COURT:  I heard something.

11             MR. WOODWARD:  It's coming from my laptop.

12             THE COURT:  Okay.

13             DEPUTY CLERK:  Is that sound on your laptop?

14             MR. WOODWARD:  It works on my laptop.  Can I trouble

15   you to try turning it off and on on your end?

16             DEPUTY CLERK:  Sure.

17        (Video played.)

18             MR. WOODWARD:  All right.

19   BY MR. WOODWARD:

20   Q.  I presume, Officer Cruz, you recognize this scene?

21   A.  Yes.

22   Q.  Okay.

23             MR. WOODWARD:  And I'm just going to play forward

24   here.  I'm at marker 1:09 on the video and we'll play until

25   about 1:20.
```

Cruz - CROSS

```
 1        (Video played.)
 2   BY MR. WOODWARD:
 3   Q.  Did you see the gentleman in the red hat there, sir?
 4   A.  Yes.
 5   Q.  Did you hear him say anything there, sir?
 6   A.  Sounds like he was saying, "I saved y'all," or, "I saved
 7   you all," or something to that effect.
 8   Q.  Now I'll direct your attention, sir, to Government's
 9   Exhibit 302.
10        (Video played.)
11            MR. WOODWARD:  I'll just advance this to 1:05.
12        (Video played.)
13   BY MR. WOODWARD:
14   Q.  Now, sir, the video obviously speaks for itself.  But you
15   would agree that the gentleman in the red hat, after this
16   barricade falls down, he's running off to the right of the
17   barricade, correct?
18   A.  Correct.
19   Q.  Where Officer Edwards has fallen, correct?
20   A.  Correct.
21   Q.  And you testified about how you're grappling and
22   interacting with other individuals over to the left of the
23   video or to Officer Edwards's right, correct?
24   A.  Correct.
25   Q.  So again, appreciating the video speaks for itself, the
```

Cruz - CROSS

1    gentleman in the red hat, he's not rushing over the barricade

2    like the others are, correct?

3    A.   Correct.

4    Q.   He's not engaging with you personally, is he, correct?

5    A.   No -- yes, correct.  He's not.

6    Q.   Even though he was standing directly in front of you as the

7    barricade collapses, correct?

8    A.   Correct.

9    Q.   He separates himself from you to run around the right side

10   of the barricade, correct?

11   A.   Yes.

12   Q.   Your left as you're looking at the barricade?

13   A.   Yes.

14   Q.   So, sir, it doesn't appear to me that he's leading anyone

15   in the crowd over the barricade.

16   A.   At this particular moment, he's not.  But he opened the

17   first set of bike racks at Peace Circle.

18   Q.   Okay.  So that was Government's Exhibit -- 302, I'm told.

19   And in your testimony earlier today the Government asked you a

20   couple of times about how long -- no, it's not 302.

21       And your testimony was that maybe it took -- that maybe it

22   took 30 seconds for that gate to be opened.  Do you recall

23   that?

24   A.   Yes.

25              MR. WOODWARD:  This is Government's Exhibit 309.  And

Cruz - CROSS

1    I'm going to pause this at marker five seconds.

2    BY MR. WOODWARD:

3    Q.   And I believe the Government asked you if you recognized

4    the gentleman I'll affectionately refer to as "red hat"?

5    A.   Yes.

6    Q.   At five seconds, you see him there?

7    A.   Yes.

8    Q.   There's a barricade immediately in front of him, isn't

9    there, sir?

10   A.   Yes.

11   Q.   That's the barricade that your testimony is he opened?

12   A.   Correct.

13   Q.   And that it took him roughly 30 seconds to do that?

14   A.   I didn't check my watch, but yes, that's what I testified

15   to.

16   Q.   And that it would take him some time, your testimony was,

17   because the barricades are heavy?

18   A.   When they're connected, they're heavy, yes.  It's not

19   instant.

20   Q.   So I can't simply walk over to this barricade and lift it

21   straight up, can I?

22   A.   Walk up to it and lift it up?

23   Q.   I couldn't -- to separate these two barricades, I couldn't

24   simply walk up and lift it straight up, could I?

25   A.   That's correct, you couldn't.

Cruz - CROSS

1    Q.  Because there's a clip on the top -- the top clip if you

2    will, is bent so as to prevent me from doing that?

3    A.  Correct.

4    Q.  So would you be surprised to learn that your colleague,

5    Sergeant Lively, said you have to tilt it to almost a 45-degree

6    angle?

7    A.  I would not be surprised, no.

8    Q.  You wouldn't disagree with that characterization?

9    A.  I would not.

10   Q.  Okay.  Let's watch this together again.

11       (Video played.)

12          MR. WOODWARD:  And I'm playing this at half time.

13   BY MR. WOODWARD:

14   Q.  So here at 24 seconds on the video we see individuals are

15   now walking toward you, correct?

16   A.  Correct.

17   Q.  And again, here at 14 seconds, you see the gentleman in the

18   red hat?

19   A.  Yes.

20       (Video played.)

21   Q.  So really just 10 seconds?

22   A.  I count a little longer than that, but approximately.

23   Q.  I'll give you an over-under.  We're not talking 30 seconds.

24   So then I would direct your attention to a video the Government

25   didn't show you, at least not today, which is Exhibit 204.

Cruz - CROSS

1        (Video played.)

2   Q.   And I'm going to advance this to 13:12 on this video.

3        Now, Officer Cruz, I can't see that very well either, and

4   at some point before the end of my days I will figure out how

5   to zoom in on actually video.

6        But what I can do is take a clip of that and make that

7   bigger.  And you see it's a little bit like that child's book

8   "Where's Waldo."  But do you see what we see there between the

9   barricades and the pylons?

10  A.   It looks like an individual.

11  Q.   And are those individual's arms outstretched?

12  A.   It appears that way.

13  Q.   And do you know what's remarkable to me about that

14  individual on that day?  It's not the red hat that the

15  individual is wearing, but it's the color of his pants.  And

16  what color are the pants on that individual?

17  A.   Light-colored pants.

18  Q.   They're light-colored pants and it's before Memorial Day,

19  isn't it, sir?

20  A.   It is.

21  Q.   That individual is in front of the fencing, isn't he?

22  A.   Yes.

23  Q.   Let's go back to the video.  And the benefit, sir, of using

24  Capitol Police CCTV camera is that we can actually tell what

25  time it is when the video is captured.  Do you see the time

Cruz - CROSS

1   there in the upper left-hand corner?

2   A.   Yes.

3   Q.   What time is it, sir?

4   A.   It's 12:53:12.

5   Q.   12:53:12.  Let's turn then to Government's Exhibit 201,

6   which is also CCTV camera and which allows us to advance to

7   12:53.  And I am at marker 13 minutes even on this video.

8        And I'm going to ask you, sir, first, do you see where you

9   are in this video?

10  A.   Yes.

11  Q.   And you agree that, assuming these timestamps are correct,

12  we're at the same time in this video, looking from the opposite

13  direction at the same place?

14  A.   We're in the same place, yes.

15  Q.   I'm going to play this at half speed.

16       (Video played.)

17  Q.   And do you see what we saw right there?  Did you see you

18  and your colleagues come down the steps?

19  A.   Yes.

20  Q.   And you had testified that you and your colleagues came

21  down the steps once the first barricade had been breached?

22  A.   Correct.

23  Q.   And did you see -- I can go back here and play this again

24  at 13 minutes and about 15 seconds.

25       (Video played.)

Cruz - CROSS

1    Q.   Do you see what we see here?

2    A.   Yes.

3    Q.   I'll play it forward.

4         (Video played.)

5    Q.   That's my friend with the red hat and, perhaps more

6    remarkably, the light-colored pants, isn't it, Officer?

7    A.   Yes.

8    Q.   So that gentleman was, in fact, on the other side of the

9    barricade when he walked toward you?

10   A.   Yes, correct.

11   Q.   That gentleman with his arms outstretched in front of the

12   barricade wasn't separating bicycle racks, Officer Cruz.

13   A.   What was the timestamp that you showed him on the other

14   side of the bike racks to say that he didn't separate those

15   bike racks?  Can you rewind that video?  Because we should have

16   a clear angle of him opening it up.

17   Q.   With the only caveat that it's a little bit like watching

18   ants marching.

19   A.   Yeah, I get it.  But I saw clearly that day.

20        You should be able to use the Snip It tool.

21        (Video played.)

22   Q.   I'm going to pause here at 13:11, where, with my eye, I see

23   the gentleman we're discussing come into view up here.  Would

24   you like me to zoom in on that?

25   A.   Sure.  Will you be able to also zoom in prior?

Cruz - CROSS

1    Q.  Well, let me go back to 13:09.  And I'll zoom in for you.

2        (Video played.)

3    Q.  This is 13:10.

4        (Video played.)

5    Q.  And I think what you'll see here, sir, is that the

6    gentleman we've been discussing isn't in the picture, because

7    I'll go back and play it, but in just a second more he's going

8    to walk into view.  And where are you roughly in this image?

9    A.  I'm back in this area.  I think I'm out of image, but I'm

10   in this area where those officers are standing.

11   Q.  Over here thereabouts?

12   A.  Correct.

13   Q.  So your eyesight would have been roughly this direction?

14   A.  I would have had a greater field of view than the camera

15   does from that angle, but yes.

16   Q.  But you wouldn't be able to see what's happening over here?

17   A.  Of course I would.

18   Q.  You would be able to see behind this tree?

19   A.  Yes.

20   Q.  I don't think there's any dispute that those barricades

21   come down, Officer Cruz.  But as you sit there today, are you

22   sure that our friend in the red hat and the light-colored pants

23   is the one who took those barricades down?

24   A.  You're talking about Peace Circle barricade?

25   Q.  Yes.

Cruz - CROSS

1    A.   100 percent sure.

2    Q.   Okay.

3              MR. WOODWARD:  No further questions, Your Honor.

4              THE COURT:  Okay.  Cross-examination for Mr. Grant.

5              Is everyone okay to keep going?

6              MR. FEITEL:  Candidly, if Your Honor gave me the lunch

7    break, I would promise to be quicker on cross-examination.

8    Some people seem skeptical.  I'd also like to take a look at

9    some of the exhibits that were introduced by Mr. Randolph's

10   counsel, the still photographs.  I would prefer to come back

11   after lunch.  I'll go now if Your Honor says I must.

12             THE COURT:  We're not going to finish before lunch

13   with this witness, I don't think.  So let's take a lunch break.

14   Can we do 45 minutes?

15             MR. FEITEL:  I can't speak for everybody.

16             THE COURT:  Can we come back at 1:50 instead of 2:00?

17             MR. MIRABELLI:  That's fine for the Government.

18             THE COURT:  Okay.  1:50.

19             Thanks, Officer Cruz.  Please don't discuss your

20   testimony.  We'll be back at 1:50.

21       (A recess was taken at 1:04 PM)

22             THE COURT:  Is this off the record?

23             MR. BRENNWALD:  No.  But it doesn't concern anybody

24   but Mr. Blythe.  It's just about a bond issue.

25             THE COURT:  What is it?

Cruz - CROSS

```
 1          MR. BRENNWALD:  He's staying in town, obviously, this
 2   weekend because it's cheaper for him to stay in a hotel with
 3   his parents than to fly back to Dallas.
 4          THE COURT:  Okay.
 5          MR. BRENNWALD:  So what the family would like to do is
 6   on Friday, tomorrow, Saturday and Sunday, be able to visit the
 7   capital and see the museums and things like that while they're
 8   here.  They'll stay away from the Capitol -- I said the
 9   capital.  I meant the nation's capital, not the actual Capitol.
10   They'll stay away from the Capitol building.  They just want to
11   have permission to go to museums and maybe the National Zoo,
12   things like that.
13          I think that they're probably allowed to stay in D.C.
14   because they're here for trial, but just out of an abundance of
15   caution I said to stay in Virginia.  So they're staying in a
16   hotel in Virginia.  But since he'll be with his parents, who
17   are here, fine young people, I'm asking the Court --
18          THE COURT:  Is there any objection to this?
19          MR. BRUNWIN:  No objection.
20          THE COURT:  No objection.  It's fine.
21          MR. BRENNWALD:  So they'll stay away from the Capitol.
22          THE COURT:  Yes, okay.
23          MR. BRUNWIN:  I suggest maybe they tell probation, so
24   that --
25          THE COURT:  Yeah, pretrial.
```

Cruz - CROSS

1                MR. BRENNWALD:  The pretrial folks in Dallas said they

2       still have a curfew of 10:00 p.m.  They're keeping him to the

3       curfew.

4                THE COURT:  Okay.  That's not a problem.

5                MR. BRENNWALD:  And I'm standing in for Mr. Woodward

6       until he gets back from another hearing he has.  Although, he's

7       already begun the questioning, but in case there's a need to

8       ask for mistrial.

9                THE COURT:  Well, we can't start without him, though.

10               MR. BRENNWALD:  Well, I'm standing in for him until he

11      gets back.  I realize that that presents --

12               THE COURT:  Where is Mr. Woodward?

13               MR. BRENNWALD:  Do we know where he is?

14               DEPUTY CLERK:  I have no idea.  I have no idea.  I

15      didn't know he was going to be MIA.

16               THE COURT:  Me neither.  We can't start a trial

17      without him.

18               MR. BRENNWALD:  He just asked me to stand in for him,

19      so.

20          (Pause in the proceedings.)

21               MR. WOODWARD:  I apologize, Your Honor.  I should have

22      asked you about stand-ins before I assumed.

23               THE COURT:  I don't think we can do stand-ins for

24      testimony at trial.

25               MR. WOODWARD:  I won't do it again.

Cruz - CROSS

```
1              THE COURT:  Okay.  Let's get started.  Everyone's
2    present.
3                         CROSS-EXAMINATION
4    BY MR. FEITEL:
5    Q.  Officer Cruz, good afternoon.
6    A.  Good afternoon.
7    Q.  On January 6, 2021, you found yourself assigned for some
8    part of the day at the Peace Circle, correct?
9    A.  Correct.
10   Q.  And there had been barriers, temporary barriers set up in
11   front of the Peace Circle, correct?
12   A.  Correct.
13   Q.  A line of bike racks?
14   A.  Yes.
15   Q.  And you testified that there were officers who were also
16   stationed at the location to kind of act as crowd control, so
17   people couldn't go past the bike racks, yes?
18   A.  Yes.
19   Q.  So basically, at that point in time on January 6th, your
20   job was to stop people from advancing further, yes?
21   A.  Yes.
22   Q.  You've watched the video in which there comes a time when
23   in these events someone jumps over the bike rack?
24   A.  Yes.
25   Q.  Or they trip over the bike rack?
```

Cruz - CROSS

1    A.   Yes.   People came over the bike rack.

2    Q.   And you were -- I think you used the word "in the clinch"

3    with them, yes?

4    A.   Yes.

5    Q.   And you were trying to stop them from advancing forward,

6    yes?

7    A.   Yes.

8    Q.   And do you remember there came a time when someone who was

9    on the other side of the bike rack, wearing a black-and-white

10   mask, grabbed that person that you were clinched with?

11   A.   I remember seeing someone with a black-and-white mask.  I

12   don't recall their actions, only in video.

13   Q.   Thank you so much.  So when you saw the video, did it

14   appear to you that the person in the black-and-white mask was

15   trying to pull the person backwards, that is away from you?

16   A.   It appears as if he was pulling on him, yes.

17   Q.   Pulling on him as opposed to pushing him, yes?

18   A.   It appeared that way.

19   Q.   And pulling him backwards, correct?

20   A.   Correct.

21   Q.   So that would have stopped him from advancing forward in

22   the direction that that person was not allowed to go?

23   A.   Potentially, yes.

24   Q.   Well, I'm going to just show you a second of an exhibit in

25   evidence, just to confirm it again here in court today.

Cruz - CROSS

1          MR. FEITEL:  Your Honor, this is Government's

2    Exhibit 332 at marker 38 seconds -- I'm sorry, marker

3    48 seconds.  Is that hard to see or what?

4    BY MR. FEITEL:

5    Q.  I'm going play this for you, Officer Cruz.

6        (Video played.)

7          MR. FEITEL:  You know what?  I think I picked the

8    wrong piece of video.

9          I'm sorry, this is what happens when you have an old

10   attorney standing at the lectern with electronics.

11         DEPUTY CLERK:  Mr. Feitel, I took the monitor down

12   until you find it.  Okay?

13         MR. FEITEL:  Okay.  Hit it.

14         DEPUTY CLERK:  Okay.

15         MR. FEITEL:  Every time you do that, it goes away.

16         (Video played.)

17   BY MR. FEITEL:

18   Q.  Did you see in the video where it appears that the person

19   you were clinching with is pulled backwards or do I need to

20   show it again?

21   A.  Can you show it again?

22   Q.  Sure.

23       (Video played.)

24   Q.  See it right there?

25   A.  Yes.

Cruz - CROSS

1  Q.  The person in the black-and-white mask, his hands appear to

2  be around the shoulders of the person you're clinching with,

3  yes?

4  A.  Yes.

5  Q.  They're not on his back pushing him forward, correct?

6  A.  His right hand is on the shoulder, yes.

7  Q.  When you watch the video, do we need to see it again to

8  watch him pull the person back away from you?

9  A.  Could you play it?

10     (Video played.)

11  Q.  Did you see it that time?

12  A.  Yes.

13  Q.  So it does look to you that he's pulling him away from you?

14  A.  It looked like he was pulling on him, yes.

15  Q.  In the -- sort of away from where you were, yes?

16  A.  Yes.

17  Q.  Okay.  Thanks so much, Officer Cruz.  I have nothing

18  further for you.

19          THE COURT:  Thank you.  Cross-examination for

20  Mr. Johnson.

21                  CROSS-EXAMINATION

22  BY MR. RICHMAN:

23  Q.  Good afternoon, Officer Cruz.

24  A.  Good afternoon.

25          MR. RICHMAN:  If you could pull up Government 302 and

Cruz - CROSS

1    play it starting at 47 seconds.

2    BY MR. RICHMAN:

3    Q.  And Officer, this is something that you saw on direct.

4        (Video played.)

5            MR. RICHMAN:  You can stop there.  Thank you.

6    BY MR. RICHMAN:

7    Q.  Would you agree that's essentially the entirety of the

8    incident you talked about on direct, involving the pushing of

9    the fence and the breaching of the fence at Peace Circle?

10   A.  As far as pushing the fence -- well, the fence was pushed

11   on twice, but yeah, when we were pushed back, yes.

12   Q.  The entirety of the part that pushed back and led to the

13   breach, right?

14   A.  Yes.

15   Q.  You can watch it again if you need to.  But throughout that

16   time you were always being pushed back and to your right,

17   meaning to the left on the screen; is that right?  Or do you

18   want to watch it again?

19   A.  Sure.

20       (Video played.)

21   A.  To my right?

22   Q.  Correct.  To your right but to the left as we're looking at

23   the screen.

24   A.  Yes.

25   Q.  And the people across from you were essentially pushing

Cruz - CROSS

1    that direction.  That's why you were going backwards and to

2    your right, right?

3    A.  Yes.

4         MR. RICHMAN:  Now could you play forward through about

5    1:16.

6       (Video played.)

7    BY MR. RICHMAN:

8    Q.  That's the scuffle or whatever we're calling it that you've

9    testified about at length, right?

10   A.  Yes.

11        MR. RICHMAN:  Could you go back to 1:04, please, and

12   just play it for about a second.

13      (Video played.)

14        MR. RICHMAN:  You can stop it right there.

15   BY MR. RICHMAN:

16   Q.  Do you see that guy in the black sweatshirt with the

17   gray -- it says "Harley Davidson" and a skull on it?

18   A.  Yes.

19   Q.  He doesn't get involved in that incident on the other side

20   of the bike rack, right?

21   A.  Not to my knowledge.

22   Q.  He's pulling the rack away during this time?

23   A.  You said he's pulling away?

24   Q.  He's pulling the rack back away?

25   A.  Presumably.  I didn't really see him on the video.

Cruz - CROSS

1    Q.  Do you want to watch it again?

2    A.  Sure.

3          MR. RICHMAN:  Just go from like 1:02 to 1:10.

4    (Video played.)

5    BY MR. RICHMAN:

6    Q.  So he's pulling away during that time?

7    A.  It appears that way, yes.

8    Q.  And you testified on direct, I think, that Officer Edwards

9    was the officer to your left during that incident?

10   A.  Correct.

11   Q.  You're obviously aware she fell backwards into the ground,

12   right?

13   A.  I did not know it at the time but I do now, yes.

14   Q.  You didn't even see it at the time?

15   A.  At the time, no.

16   Q.  Is that because you were -- you were focused on what was

17   happening directly in front of you; is that accurate?

18   A.  Correct, yes.

19         MR. RICHMAN:  Now, if you could go to Government 340

20   and play it starting at 2:26.

21   BY MR. RICHMAN:

22   Q.  Officer, this is something also you testified about.

23         (Video played.)

24   Q.  Do you recall you were asked if that's what the crowd

25   sounded like that day?

Cruz - CROSS

1    A.  Yes.

2    Q.  And I'm just trying to understand your answer.  You were

3    saying that that's generally the kind of noise you were hearing

4    from the crowd on January 6th, or is it directed at that moment

5    of that video, you recall that?

6    A.  At that moment, yes, at that time.

7    Q.  Do you recall what was happening at that time and that

8    audio at that time?

9    A.  I remember the moment when that area filled up, and that

10   seems to be an accurate representation of that moment.

11   Q.  What about it is distinctive?

12   A.  That particular moment?

13   Q.  Yeah.

14   A.  At that moment, that's when -- that's when the breach

15   happened at Peace Circle, the first bike racks were separated.

16   Q.  I recall that.  I'm saying what is distinctive about

17   listening to it that you recall from that day?

18   A.  So I just remember -- I don't remember specific chants or

19   anything that was said.  I just remember when the crowd

20   converged in that area and I remember the crowd being louder.

21   But as far as specific chants or anything or specifics, I don't

22   recall that.

23   Q.  And the crowd was loud at a lot of points in the day,

24   right?

25   A.  Yes.

Cruz - CROSS

1              MR. RICHMAN:  Particularly, I wanted to go to 411,
2     Government 411.  Play it at five minutes.
3              (Video played.)
4              MR. RICHMAN:  Actually, could you just stop it
5     briefly.
6     BY MR. RICHMAN:
7     Q.  You recall testifying about this.  I think you said it's on
8     the Lower West Terrace?
9     A.  Yes.
10    Q.  And this was the police line that was set up there after
11    people had come in?
12    A.  Yes.
13             MR. RICHMAN:  If you could go to five minutes and play
14    for a bit.
15        (Video played.)
16             MR. RICHMAN:  You can stop it, please.
17    BY MR. RICHMAN:
18    Q.  The crowd was very loud at that location, right?
19    A.  Yes.
20    Q.  There's at least one gentleman near there with a bullhorn?
21    A.  Yes.
22    Q.  And he appeared to be speaking into it?
23    A.  Yes.
24    Q.  With it being that loud, could you hear events further away
25    on the terrace, like back on the grass or the end of the

Cruz - CROSS

1   terrace where it meets the grass?

2   A.  You're asking if I could have heard something happening

3   further out?

4   Q.  Right.

5   A.  Possibly, I'm not sure.

6   Q.  Okay.  But it was very loud right in that location, right?

7   A.  It was loud in that location, yes.

8   Q.  It would have been hard to hear things that were further

9   away?

10  A.  Correct.

11          MR. RICHMAN:  Nothing further.

12          THE COURT:  Thank you.  Cross-examination for

13  Mr. Randolph.

14                    CROSS-EXAMINATION

15          MS. HALIM:  May I set up all my gadgets, please?

16          THE COURT:  Yes.

17  BY MS. HALIM:

18  Q.  Good afternoon, Officer Cruz.

19  A.  Good afternoon.

20  Q.  Bear with me just one moment, please.  I don't need to show

21  anything just yet.  Well, actually, I can go ahead and show it.

22      Good afternoon.

23  A.  Good afternoon.

24  Q.  I am going to direct your attention to Government's

25  Exhibit 201, which is already in evidence.  Do you see that up

Cruz - CROSS

1    on your screen?

2    A.   Yes.

3    Q.   And you see yourself alongside the other officers that are

4    at the top of the steps there?

5    A.   Yes.

6    Q.   And then we also see that row of five bike racks, correct?

7    A.   Correct.

8    Q.   And that row of bike racks was about 20 feet in front of

9    the stairs; is that right?

10   A.   Yeah, I would approximate something like that.

11   Q.   And each one of those five, as you told us, they're all

12   joined together, correct?

13   A.   Correct.

14   Q.   And the bike racks that were there that day that we see in

15   this image are similar, if not exact, to these physical bike

16   racks that you see here in the courtroom, which, for the

17   record, is Government's Exhibit 1001, correct?

18   A.   Correct.

19   Q.   So like those bike racks, at the bottom of each of them

20   there's a foot, correct?

21   A.   Correct.

22   Q.   And there are two feet for each rack, correct?

23   A.   Correct.

24   Q.   And those two feet are at the ends of each rack, right?

25   A.   Correct, yes.

Cruz - CROSS

1  Q.  And those feet sit perpendicular to the upright bike rack,
2  correct?
3  A.  Yes.
4  Q.  And would you agree with me that the feet of each of those
5  bike racks is made of the same heavy metal material as the
6  upright portion of the rack itself, correct?
7  A.  Correct.
8  Q.  And each of these feet, would you agree with me that the
9  distance from the upright portion to the outer portion of the
10 foot is about 12 inches?
11 A.  Yeah, correct.
12 Q.  Meaning that the total length of the foot -- because
13 there's one on each side of the upright rack, correct?
14 A.  Correct.
15 Q.  And so the total length of the metal foot at the bottom
16 would be about 24 inches, right?
17 A.  Approximately.
18 Q.  Thank you, Officer.
19     Now, directing your attention back to your screen with
20 Exhibit 201.  The timestamp at the top shows us that it's on
21 January 6th and we're at 12:40 p.m. in the afternoon, correct?
22 A.  Correct.
23 Q.  And at that point there's a handful of people there, maybe
24 25 or 30 people.  Would you agree?
25 A.  Yes.

Cruz - CROSS

1    Q.  And then I'm just going to slide along and I'll pause it

2    here on the exhibit.  We're at the 5:48 marker but the

3    timestamp shows us that we're at 12:45:48 p.m., correct?

4    A.  Correct.

5    Q.  And in that five minutes of time the crowd has at least

6    quadrupled, if not more, correct?

7    A.  Yes.

8    Q.  Then I'll just scan it forward a little further.  At the

9    eight-minute mark, which is 12:48 p.m., there's even more

10   people, right?

11   A.  Yes.

12   Q.  And you can see where I'm going with this.  As time goes

13   on, the crowd gets bigger and bigger and bigger, correct?

14   A.  Yes.

15   Q.  And I'll put it forward even further to approximately --

16   I'm at the 13:12 mark of the exhibit, which is on the timestamp

17   12:53:12 p.m.  And now the crowd is much, much bigger, correct?

18   A.  Correct.

19   Q.  Probably as many as 500 people at this point, right?

20   A.  Correct, yeah.

21   Q.  And Officer, as the crowd got bigger, as more and more

22   people came, the energy of the crowd intensified, didn't it?

23   A.  Yes.

24   Q.  The -- you heard chants from the crowd, right?

25   A.  Yes, like crowd noise, yes.

Cruz - CROSS

1    Q.  You heard people yelling, correct?

2    A.  Yes.

3    Q.  As the size of the crowd increased, the noise the crowd was

4    making increased as well, correct?

5    A.  Yes.

6    Q.  And then I'll just play this for a bit.

7        (Video played.)

8    Q.  And now we're at the part where the crowd is moving forward

9    up to those bike racks that are approximately 20 feet in front

10   of the stairs.  Do you see that?

11   A.  Yes.

12   Q.  Do you see on the lower parts of the screen, as the crowd

13   is moving forward there's just more and more people flooding

14   in, correct?

15   A.  Correct.

16   Q.  And that continues, right?  The crowd just keeps building

17   in.  Meaning there are people from outside what we can see on

18   this frame, right, that just keep piling in and moving forward,

19   correct?

20   A.  Yes.

21   Q.  I believe that's everything.  That's all I have for you,

22   Officer.  Thank you so much.

23   A.  Thank you.

24           THE COURT:  Cross-examination for Mr. Blythe.

25           MR. BRENNWALD:  No cross-examination, Your Honor.

Cruz - REDIRECT

```
1              THE COURT:  Any redirect?
2              MR. MARSHALL:  Yes, Your Honor.
3                       REDIRECT EXAMINATION
4   BY MR. MARSHALL:
5   Q.  Officer Cruz, you were asked about the individual wearing
6   the red hat at the Peace Circle.  Do you remember that?
7   A.  Yes.
8   Q.  You were asked whether you observed on video him helping an
9   officer after that push of the bike racks?
10  A.  Yes.
11  Q.  You confirmed that you saw that person make some physical
12  contact with that officer?
13  A.  Yes.
14  Q.  You said you heard on the video that that individual said
15  "I saved you-all."  Do you remember that?
16  A.  Yes.
17  Q.  Do you agree with him?
18  A.  Depends on the context.  He's not saving us that day.  If
19  he's talking about his military service, I appreciate him for
20  his military service.  But as far as on the day of January 6th,
21  you know -- but yeah, I respect his service overseas to our
22  country.
23  Q.  What about that particular day?
24  A.  If he saved us on January 6th?  No, I would disagree with
25  that.
```

Cruz - REDIRECT

1    Q.  Why would you disagree?

2    A.  His actions just, you know, it just led to -- it was like a

3    domino that fell and it led to a very bad day for us and our

4    country.

5    Q.  Before seeing those videos you said that you hadn't -- you

6    don't recall seeing anyone helping officers at that the moment;

7    is that right?

8    A.  On the day, I don't remember that, no.

9    Q.  During the moment when people lifted and pushed the bike

10   rack towards you, did you see anyone trying to push the bike

11   rack back to the ground?

12   A.  I don't recall that.  From my own observations on that day,

13   I don't recall that.

14   Q.  When it was moved forward towards you, do you recall anyone

15   who attempted to pull it back away from officers?

16   A.  I don't recall that.

17   Q.  Did you notice anyone with hands on the bike rack that

18   didn't appear to be pushing it?

19   A.  I don't.  On the day of, my recollection of those events, I

20   don't recall that, no.

21   Q.  You were also asked about the moment after that, after that

22   push of the bike racks, when you were, quote, in the clutch

23   with another person.  Do you remember that?

24   A.  Yes.

25   Q.  And you were asked:  Were you trying to keep them from

Cruz - REDIRECT

1   moving forward?  And you answered yes.  What did you mean by
2   that?
3   A.  By keeping them from moving forward?
4   Q.  Yeah.
5   A.  So I wanted to separate from them.  I didn't want -- you
6   know, I didn't want to continue the assault.  I wanted to
7   separate from them.  I didn't want to get pulled into the
8   crowd.  And obviously, I didn't want anybody to get behind me
9   either.  But the concern for my own safety was potentially
10  getting pulled into the crowd.
11          MR. MARSHALL:  Thank you, Officer Cruz.  No further
12  questions.
13          MS. HALIM:  I have an objection.
14          THE COURT:  Yes.
15          MS. HALIM:  Sorry for the belated.  I move to strike
16  the officer's testimony when he characterized it as an assault.
17          THE COURT:  Okay.  I'm not considering that as a legal
18  term of art.  Okay.  So overruled.
19          Is Officer Cruz excused?
20          MR. MARSHALL:  Yes, Your Honor.
21          THE COURT:  Any defense?
22          Thank you.  You're excused.
23          And the Government can call its next witness.
24          MR. BRUNWIN:  Your Honor, the Government would call
25  Metropolitan Police Department Sergeant Luke Foskett.

Foskett - DIRECT

1           THE COURT:  Okay.

2                     SERGEANT LUKE FOSKETT,

3    having been first duly sworn on oath, was examined and

4    testified as follows:

5                     DIRECT EXAMINATION

6    BY MR. BRUNWIN:

7    Q.  Sergeant Foskett, can you state your name for the record

8    and spell your last name, please?

9    A.  Sure.  Luke Foskett, F-O-S-K-E-T-T.

10   Q.  Luke Foskett, how are you employed?

11   A.  I'm employed with the Metropolitan Police Department.

12   Q.  Do you have a rank with the Metropolitan Police Department?

13   A.  Yes, sir.  I'm a sergeant.

14   Q.  How long -- first of all, let's start with how long you've

15   been an officer with the Metropolitan Police Department?

16   A.  I've been with MPD for over 19 years.

17   Q.  And you said your current title, your rank, is sergeant.

18   How long have you been a sergeant?

19   A.  My current title is tactical sergeant.  However, I've been

20   a rank of a sergeant since 2012 and tactical sergeant for the

21   last four years.

22   Q.  What are your duties as a tactical sergeant?

23   A.  So I'm currently assigned to MPD's emergency response team,

24   ERT.  We are the city's SWAT team.  And currently, I supervise

25   tactical officers and perform duties, you know, consistent with

Foskett - DIRECT

1    that of patrol sergeant, as well as other duties with the SWAT
2    team.
3    Q.  Starting off with you said emergency response team.  What
4    do you do with the emergency response team?
5    A.  So ERT, emergency response team, we train for typically
6    four critical incidents:  Barricaded subjects, active shooters,
7    high-angle rescue and high-risk warrants.  We also liaise with
8    a couple of the other units in special operations division and
9    do additional training, like domestic security office for CDU
10   functions, so civil disturbance.
11   Q.  With the SWAT team, what are your duties with the SWAT
12   team?
13   A.  So as a first-line supervisor, all patrol duties, such as
14   time and attendance, giving out assignments, handling overtime
15   assignments, to coordinating training, making sure that we hit
16   all of our criteria and training criteria for a given year and
17   quarter.
18   Q.  And you said this has been your assignment for the last
19   four years.  So is it fair to say that this was your assignment
20   or your duties on January 6, 2021?
21   A.  Yes, it was.
22   Q.  And can you tell us specifically on that date, on
23   January 6, 2021, what was your assignment that day?  Did you
24   have duties that day?
25   A.  Yes.  The entire emergency response team was activated.

Foskett - DIRECT

1  Half of the team came in with Sergeant Miller in the morning.

2  I forget exactly which time, 5:30, 6:30 in the morning.

3  However, my team, which was half of ERT, we came in around noon

4  or around that time.

5  Q.  Now, did you have a location that you were originally

6  assigned to be deployed on January 6th?

7  A.  So we -- as in myself and Sergeant Miller, tactical

8  sergeants, we get with special operations division management

9  in order to try to place ourselves into tactically advantageous

10 places, depending on our role for the day.

11     So our role for that day was counterassault team slash

12 active shooter response.  So we try to have our teams set up in

13 either groups of two or, you know, whatever the operation

14 dictates.  And we try to split up depending on what type of

15 area or how big the area is that we're going to be trying to

16 maintain as far as our operation.

17 Q.  And let me ask you, geographically within the city, was

18 there a specific area that you were initially assigned to be or

19 expecting to be present on January 6th?

20 A.  Yes.  We were downtown over near the White House area, kind

21 of scattered around the White House area, around the Mall area,

22 and may have had a couple closer to the Capitol.

23 Q.  Is it fair to say that originally you were assigned to be

24 in the Black Lives Matter Plaza area?

25 A.  So I took that area.  I thought it was a good area that I

Foskett - DIRECT

1   could get a view of the crowd that was walking by.  So I

2   self-deployed to that area or decided to patrol that area, just

3   to get a look at what kind of crowd -- what was going on that

4   day.

5   Q.  And you described what your assignment was going to be in

6   that area.  Do you recall, generally, approximately what time

7   of day you started at that location, if you did, on

8   January 6th?

9   A.  So thinking back, it was probably -- it was around noonish

10  for me and my half of the emergency response team.  And then we

11  headed downtown shortly after doing a quick roll call.

12  Q.  So to your recollection, you originally started out in the

13  area around the White House, Black Lives Matter Plaza, around

14  noon, but that changed during the course of January 6th; is

15  that fair to say?

16  A.  Yes.

17  Q.  And do you know about what time of day did that change for

18  you?

19  A.  I don't exactly know the time, but I know I started moving

20  towards the Capitol as I heard over the SOD radio zone that

21  there were subjects that were walking towards the Capitol, and

22  eventually it seemed like, you know, the aggression picked up

23  and then they were breaking through police lines.

24      At this point, there were phone calls made by the tactical

25  sergeants, by myself and Sergeant Miller, to try to get the

Foskett - DIRECT

1   authorization to change our assignment from an active shooter

2   type of response to a civil disturbance unit type response, CDU

3   response, and we were denied originally.

4   Q.  You were originally, is it fair to say, told to stay where

5   you were?

6   A.  Like I said, we were not given hard areas to patrol.  We do

7   fluctuate and float as we believe that the operations dictate.

8            THE COURT:  Is there an objection?

9            MR. WOODWARD:  I was going to let the officer finish.

10  Our objection is relevance.  We're going down a path I'm not

11  sure --

12           THE COURT:  Overruled.

13           MR. WOODWARD:  -- we really want to get into

14  because --

15           MR. BRUNWIN:  I think you've been overruled.

16           MR. WOODWARD:  -- we're going to ask for discovery on

17  what was denied and when on January 6th.

18           THE COURT:  Overruled.  We'll cross that bridge when

19  we get there.

20  BY MR. BRUNWIN:

21  Q.  You can finish your answer.

22  A.  Sure.  So we -- basically, it was just a phone call to my

23  lieutenant, which we were denied.  We floated toward the

24  Capitol as far as our cruiser.  I was in a marked cruiser.  And

25  I started driving that way, hearing the transmissions on the

Foskett - DIRECT

1    radio pick up.

2    Q.  What transmissions do you recall hearing?

3    A.  Like I said earlier, just that there were large crowds

4    moving towards the Capitol.  And then they became aggressive.

5    They began breaking through police lines at or near the

6    Capitol.

7    Q.  Do you recall hearing any call-outs in particular that

8    stood out to you as significant in indicating that you needed

9    to change your position?

10   A.  Shortly -- like I said, I don't exactly know what time all

11   these transmissions happened on the radio.  But eventually, SOD

12   units got on scene like our DSO, domestic security office

13   units, and their primary role for MPD is to know and deploy

14   munitions during civil disturbance.

15         MR. BRENNWALD:  Your Honor, his voice is dropping off

16   again.  Could he keep up his voice a little bit?

17   BY MR. BRUNWIN:

18   Q.  Sergeant Foskett, just pull that microphone a little closer

19   to you, maybe.

20   A.  The primary role of the DSO, domestic security office, from

21   MPD is to deploy munitions for CDU operations.  So I heard them

22   go over toward the Capitol, and then they were having a

23   difficult time trying to reestablish lines, trying to put up

24   police lines, officers on lines.

25         And after hearing -- after hearing that, I know that

Foskett - DIRECT

1   another phone call was made to my lieutenant.  Hey, it sounds
2   like it's getting worse.  Can we change our assignments?  Which
3   at that point it was denied.
4   Q.  At some point, did you get a 1033 call?
5   A.  So eventually, Captain Glover made it over to the Capitol.
6   Being one of the highest ranking members of SOD, obviously, we
7   were listening.  He eventually said 1033, which is an officer
8   needs assistance.  Essentially, a dire call for units to get in
9   the area.  At that point, our lieutenant allowed ERT to change
10  our assignments and go to the Capitol.
11  Q.  What did you do at that point in time?
12  A.  So at that point I tried to get to the botanical garden
13  side.  However, there were too many people in the streets.  I
14  was over at Third and Constitution.  So I was able to find two
15  other ERT members and we drove up Constitution towards the
16  Capitol, towards the north side of the Capitol.
17  Q.  Now, did you change or add any gear at that point in time?
18  A.  Yes.
19  Q.  And what did you do?
20  A.  So typically for CAT active shooter response, we have our
21  rifles in the cab of our vehicle, helmets.  So put away my
22  rifle and I grabbed a 40-millimeter launcher, which is an
23  orange-type launcher that launches exact impact rounds, which
24  are the rubber bullets, as people say.
25      And then I grabbed an MK-9 OC spray, which is larger than

Foskett - DIRECT

1   the 4-ounce personal issue, but not one of the giant MK-46s.

2   And I stuck that right in my vest and made sure I had my gas

3   mask.

4   Q.  Talking about the clothing you were wearing, what were you

5   wearing at that point in time?

6   A.  So our uniform was a little different.  We were wearing a

7   dark blue uniform that was very similar to patrol.  However, we

8   had a different patch designation from ERT.  Since then, we've

9   been put back into a previous color that we were in before.  So

10  we were not in the black uniform at the time of January 6th.

11  Q.  And I guess what I'm getting at is, was your name visible

12  on your uniform like it is today?

13  A.  Yes, it is.  This was the vest I was wearing.  This is our

14  street-style vest.  We have two vest systems that we use.  We

15  wear a hard plate, rifle style vest and then a soft body armor.

16  Q.  So someone standing about the distance I am from you could

17  probably see you are L. Foskett, correct?  That's your name?

18  A.  Yes.  It seems like that would be true.

19  Q.  Yes.  Were you wearing body-worn camera on January 6th?

20  A.  Yes, I was.

21  Q.  And can you explain, I know we already have some

22  explanation, but what a body-worn camera is and how it works?

23  A.  Sure.

24        MR. WOODWARD:  Your Honor, object again for relevance.

25  We've stipulated to the authenticity --

Foskett - DIRECT

1          MR. BRUNWIN:  If we don't need it, we don't need it

2     and I can move on.

3          THE COURT:  Okay.  We can move on.

4     BY MR. BRUNWIN:

5     Q.  So we'll move on to at that point in time, where did you go

6     first when you went to the Capitol?  You indicated that you

7     tried to go one route and you ended up going another.  Where

8     was the first area you got to?

9     A.  So after we changed out our gear to our CDU weapons, we --

10    myself, like I said, I met two other ERT members.  We tried to

11    get to the West Terrace, which is where the 1033 was being

12    called at that point and where ERT was going.

13         The closest way that I could get into a door was on the

14    northeast side of the Capitol itself.  So I went inside the

15    Capitol.

16    Q.  Okay.  At this point, I'd like to show you what we've

17    marked as Exhibit 6.  And Sergeant Foskett, you should be able

18    to indicate where you're talking about.  Do you see Exhibit 6

19    on your screen in front of you?

20    A.  I do.

21    Q.  And you can -- with your touch screen you can indicate the

22    area -- first of all, do you recognize what Exhibit 6 is as a

23    demonstrative?

24    A.  Yes.  This is the Capitol.

25    Q.  Yes.  And do you see on there a location you can indicate

Foskett - DIRECT

1    as the first area you tried to make entrance into the Capitol?

2    A.   No, I can't.

3    Q.   Okay.  What about the West Terrace?  You indicated you were

4    trying to get to the West Terrace.  Where is that on Exhibit 6?

5    A.   All right.  So the West Terrace is over here by the

6    inaugural stage.

7    Q.   Can you tell us how you went about trying to get there?

8    You said at first you tried to make entrance at one location

9    and you couldn't get in.

10   A.   So we did get in.  We were able to get in.  We had a

11   motorman with us from Capitol Police and another -- several MPD

12   officers.  So we were able to get in to this -- basically, on

13   the other side of the Capitol that we're seeing here.  And then

14   we came through the building, assisted with clearing out

15   civilians in the Rotunda and then came out the West Terrace.

16   Q.   What did you see when you got into the building?

17   A.   There were a few groups of people walking around, as far as

18   civilians.  There were a few Capitol officers running around.

19   It was like -- it was kind of chaotic.  There was a few

20   stairwells.  So I wasn't familiar with the Capitol.  I'm still

21   not super familiar with the Capitol.  But we looked down the

22   stairs and there was a sea of people downstairs, as far as

23   civilians.

24   Q.   Let's go through that.  So when you first entered the

25   Capitol building, you said there was a sea of people?

Foskett - DIRECT

1    A.  So not when I first entered.  When I first entered there
2    were people to my left on the outside of the Capitol building.
3    So there were civilians behind some sort of fence structure.
4    However, when I went inside, then there were -- basically, I
5    tried to get to the West Terrace.  I asked the Capitol
6    motorman -- I said, hey, can you take me to the West Terrace?
7    I'm trying to meet up with the rest of my team.
8        We tried to do that and essentially every time we tried to
9    get to a hallway or stairwell that may lead us there, we
10   encountered groups of civilians.  And tried to turn them around
11   and tried to basically set up some sort of, you know, area
12   deniability where we could deny them to come certain places.
13   But every time we looked at a different place, there was just
14   wide open areas where people could go.
15   Q.  Is it fair to say there were people inside the Capitol who
16   were obstructing access in the Capitol?
17   A.  Yes.
18             MR. WOODWARD:  Objection, relevance.
19             THE COURT:  Overruled.
20   BY MR. BRUNWIN:
21   Q.  You said that there was a sea of people.  Were there a lot
22   of people inside the Capitol?
23   A.  Yes.
24             MR. WOODWARD:  Objection, relevance.
25             THE COURT:  Overruled.

Foskett - DIRECT

1    BY MR. BRUNWIN:

2    Q.   You can answer.

3    A.   Yes.   Particularly down in the stairwell that we had looked

4    at.

5    Q.   And how were those people acting?

6              MR. WOODWARD:  Objection.

7              THE COURT:  Same objection?

8              MR. WOODWARD:  Relevance.

9              THE COURT:  Overruled.

10             THE WITNESS:  It was just very loud.  And like I said,

11   it was kind of like a sea of people.  Those people inside, we

12   only got a look at them for a few seconds or a couple minutes,

13   and we turned around and we tried to go another way.

14   BY MR. BRUNWIN:

15   Q.   So is it fair to say from your answer that you were not

16   able to get through the Capitol with the people in there?

17   A.   So not at that point, but minutes later or several minutes

18   later we were able to go towards the Rotunda.

19   Q.   And how were the people responding to you?  How were the

20   people acting towards you as you entered the Capitol building?

21             MR. WOODWARD:  Objection, relevance.

22             THE COURT:  I'm assuming he's going to start talking

23   about --

24             MR. BRUNWIN:  Yes.

25             THE COURT:  Overruled.

Foskett - DIRECT

1        THE WITNESS:  The people, they were aggressive.  They
2   were telling us that we were traitors.  They were saying that
3   they belonged to be in there.  We were trying to tell them to
4   get out of the Capitol.
5        MR. WOODWARD:  Objection, move to strike, prejudicial.
6        THE COURT:  Overruled.
7   BY MR. BRUNWIN:
8   Q.  Have you finished your answer?
9   A.  Yes.  That was basically it at that point.  We were not
10  physically assaulted at that point.
11  Q.  You said people were shouting things.  What kinds of things
12  did you hear people shouting?
13       MR. WOODWARD:  Objection, hearsay.
14       THE COURT:  Not for the truth.  Overruled.
15       THE WITNESS:  Like I said, "traitor," "stop the
16  steal," just that they were allowed to be in the Capitol,
17  things like that.
18  BY MR. BRUNWIN:
19  Q.  How many MPD officers were with you at this point in time?
20  A.  I never took the time to exactly count, but I know there
21  was part of a CDU platoon.  There were probably at least 10 to
22  12.
23  Q.  Did you eventually make your way to the West Terrace?
24  A.  Yes.  Like I said, we went through to the Rotunda.  We
25  assisted in other SOD assets clearing out civilians from the

Foskett - DIRECT

1    Rotunda, pushing them east out of the doors, and then we were

2    able to get to the West Terrace to meet up with the other ERT

3    members.

4    Q.  And I'm going to ask you, was it difficult to get to the

5    West Terrace?

6    A.  In my opinion, yes.

7    Q.  And in what way was it difficult to get there?

8    A.  Just because I didn't know where I was going, first of all.

9    And then, second of all, we just encountered people every time

10   we tried to go somewhere.

11   Q.  What you described before, the sea of people?

12   A.  In some places it was a sea of people.  Sometimes it was

13   just a group of five, six, seven, 10 people, but it was several

14   different groups, like I said, pretty much every which way we

15   went.

16   Q.  Is it fair to say that some of these people were hostile

17   towards you?

18          MR. WOODWARD:  Objection.

19          MR. RICHMAN:  Objection, asked and answered, Your

20   Honor.  We've been through this about three times now.

21          THE COURT:  Sustained.

22   BY MR. BRUNWIN:

23   Q.  Let's talk about, you indicated on the map where the West

24   Terrace is.  When you got there were you able to see the

25   location?

Foskett - DIRECT

1   A.  Yes.

2   Q.  Were you able to see the grounds around the Capitol from --

3   this is an elevated location.  Were you able to see from where

4   you were?

5   A.  Yes.

6   Q.  Now, in preparation for your testimony today, did you

7   review footage in advance of your testimony today?

8   A.  Yes.

9   Q.  Recorded footage?

10  A.  Yes.  My body-worn camera footage.

11  Q.  And you indicated that you were wearing body-worn camera.

12  At this time, I'd like you to look at --

13        MR. BRUNWIN:  And I'm going move into evidence, after

14  I ask a couple questions, Exhibit 401.

15  BY MR. BRUNWIN:

16  Q.  And I'm just going to ask you first if you recognize

17  Exhibit 401?

18  A.  Yes.

19  Q.  Do you recognize what's on your screen?  And I'm going to

20  try and get rid of the marks here, for 401.  Do you recognize

21  Exhibit 401?

22  A.  Yes.

23  Q.  And can you tell us what it is?

24  A.  It's my body-worn camera footage from January 6th.

25  Q.  And it is fair to say that this body-worn camera shows from

Foskett - DIRECT

1   your perspective what you would have seen during a portion of

2   the day on January 6, 2021?

3   A.  Yes.

4   Q.  And this portion of your body-worn camera footage, was this

5   the portion that was taken on the West Terrace of the Capitol

6   grounds on that day?

7   A.  Yes.

8        MR. BRUNWIN:  At this time, I'd move Exhibit 401 into

9   evidence and ask to publish.

10        THE COURT:  Any objection?  Hearing none, it's

11   admitted.

12      (Government Exhibit 401 received in evidence.)

13        MR. BRUNWIN:  I'd like to play Exhibit 401, and I'm

14   going to ask to pause at about 27 seconds.

15      (Video played.)

16   BY MR. BRUNWIN:

17   Q.  Do you recognize what we're seeing here?

18   A.  Yes.

19   Q.  Can you tell us what we're seeing here?

20   A.  Yes.  This is the West Terrace of the Capitol.  Basically,

21   it's part of the inauguration stage.  Just prior to this,

22   Captain Glover had asked myself and Sergeant Miller, the

23   tactical sergeants that he had up on the West Terrace, to clear

24   out the inauguration stage.  So he sent us, the sergeants, and

25   several officers, several MPD officers to go clear out the

Foskett - DIRECT

1    stage.

2        The best way we decided to do it was I'll take the north

3    side of the stage and Sergeant Miller took the south side of

4    the stage to try to go from the back down to the front or from

5    the top down, and this is where we were able to -- we had kind

6    of a standstill point for a few minutes.  I was assisted to get

7    up onto this elevated position, the stanchion of sorts.

8    Q.  I'm going to ask you some more follow-up questions.

9            MR. BRENNWALD:  Your Honor, the video for the audience

10   isn't working.  It's in evidence.

11           THE COURT:  Okay.  We'll take care of it.

12           Is it working now?

13           DEPUTY CLERK:  It's on.  The light is on.  It should

14   be lit up.

15           Is it up?

16           MR. BRENNWALD:  There you go.  Thank you.

17   BY MR. BRUNWIN:

18   Q.  Sergeant Foskett, you said that once you got up to the West

19   Terrace you were able to see clearly the surrounding area, and

20   in this image it appears you can see the background of other

21   things that are happening around the West Terrace on

22   January 6th; is that right?

23   A.  Yes.

24   Q.  Do you recall being able to make those observations on

25   January 6th?

Foskett - DIRECT

1   A.   Yes.

2   Q.   Okay.  And with regard to the people you're encountering,

3   what are you trying to do at this point in time?

4   A.   So like I said, I was given an order to clear out the

5   inaugural stage.  So we were trying to get all the people off

6   the inaugural stage.

7   Q.   Why are you trying to get them off the inaugural stage?

8   A.   So we can clear the entire West Terrace and push people

9   back to the street, so we can basically start making sure we

10  have the building clear, and basically setting up tactical

11  operations.

12  Q.   And why do you need to get these people off the inaugural

13  stage?

14  A.   Because they're a riotous crowd.  They were assaulting

15  officers.  They were -- didn't need to have more people hurt or

16  injured that day.

17  Q.   Is it fair to say you needed to -- one of the functions was

18  to regain control of the Capitol?

19  A.   Yes, sir.

20       MR. BRENNWALD:  Objection, leading, Your Honor.

21       THE COURT:  Sustained.  You can rephrase that last

22  question.

23  BY MR. BRUNWIN:

24  Q.   I think I asked you why you needed to clear the people from

25  this area.

Foskett - DIRECT

1    A.   Yeah.   One of the other things is to regain the Capitol.

2    Q.   What was -- do you know what was happening -- what was

3    happening on January 6, 2021?

4    A.   I know that there was a vote taking place or a revote

5    taking place or --

6    Q.   Do you know if these rioters were interfering with the

7    counting of the electoral vote?

8            MR. BRENNWALD:   Objection.

9            MR. RICHMAN:   Calls for speculation, Your Honor.

10           THE COURT:   Sustained.   Sustained.

11   BY MR. BRUNWIN:

12   Q.   I'll go on.

13        Were these people being cooperative with you?

14   A.   No.

15   Q.   In what way were they not being cooperative?

16   A.   They weren't listening to the police orders to disperse, to

17   leave.   There were several officers being assaulted by

18   flagpoles and sticks and other random weapons, makeshift

19   weapons.

20           MR. BRUNWIN:   If we would keep playing at this point.

21        (Video played.)

22   BY MR. BRUNWIN:

23   Q.   Can we pause right there.   Do you know who Mr. Foskett is?

24   A.   Yes, I do.

25   Q.   Who is that?

Foskett - DIRECT

```
 1    A.   That's me.
 2    Q.   Again, does this show how some of these people were being
 3    uncooperative?
 4    A.   Yes, it does.
 5            MR. BRUNWIN:  Can we keep playing.
 6        (Video played.)
 7            MR. BRUNWIN:  Stop right there, please.
 8    BY MR. BRUNWIN:
 9    Q.   Do you see a person who appears to be a bearded man with a
10    camouflage jacket in this video?
11    A.   I do.
12    Q.   Can you indicate where you see that person?
13    A.   Just to my right.
14    Q.   Can you circle him on your screen?
15    A.   Sure.
16    Q.   I may have been unclear.  There are a couple of people with
17    beards.  Does this person appear to be saying something to you?
18    A.   He does.
19            MR. BRUNWIN:  Can we back it up to about 1:11 and play
20    up to there again.
21    BY MR. BRUNWIN:
22    Q.   And if you can tell us, do you hear what he's saying to
23    you?
24        (Video played.)
25            MR. BRUNWIN:  Not that.  That's fine.  Keep playing.
```

Foskett - DIRECT

1          (Video played.)

2     BY MR. BRUNWIN:

3     Q.  Could you hear what he was saying to you there?

4     A.  No, I couldn't.

5     Q.  But again, are these people being cooperative at this

6     point?

7     A.  No, they're not.

8     Q.  Let's go ahead and play until the end of this.

9          (Video played.)

10          MR. BRUNWIN:  Can you pause there.

11     BY MR. BRUNWIN:

12     Q.  Can you tell us what officers are trying to do at this

13     point in time?

14     A.  Officers are trying to clear the stage that we had

15     previously given warnings to do so.

16     Q.  You said that some of the people are resisting and fighting

17     with officers; is that right?

18     A.  Absolutely.  They obviously did not want to go down, so

19     they began resisting and trying to fight officers.

20          MR. BRUNWIN:  Let's continue to play there.

21          (Video played.)

22     BY MR. BRUNWIN:

23     Q.  At this time, I'd like to show you what's been marked as

24     Exhibit 403.  And I'm, first of all, going to ask you if you

25     recognize Exhibit 403.  And can you tell if this is body-worn

Foskett - DIRECT

1   camera footage --

2   A.  I do.

3   Q.  -- from another officer?

4   A.  Yes, because I can see myself.

5   Q.  And can you indicate on this where you see yourself?

6   A.  Sure.  Do you want me to circle it?

7   Q.  Yes, if you would.

8   A.  (Witness complies.)

9   Q.  So that is you, and the record should reflect you've

10  circled the individual to the far-right of the screen; is that

11  right?

12  A.  That's correct.

13  Q.  And you are Mr. Foskett I think we're going to hear again?

14  A.  That's correct.

15  Q.  And it fair to say that this is roughly the same time

16  period from a different perspective?

17  A.  Yes.

18      MR. BRUNWIN:  Okay.  Let's go ahead and play what's

19  been marked as Exhibit 403.

20      (Video played.)

21      MR. BRUNWIN:  Can you pause right there, please.

22      I apologize, Your Honor.  I meant to move this into

23  evidence and ask to publish.

24      THE COURT:  Any objection?  Hearing none -- I'm sorry,

25  was there an objection?

Foskett - DIRECT

1           MR. BRENNWALD:  Is this still your body-worn camera?

2           THE COURT:  Yes.

3           MR. BRUNWIN:  I'm sorry, I believe for clarification,

4    I believe the witness testified this is another officer's

5    body-worn camera.  And the witness identified himself in the

6    video.

7           MR. BRENNWALD:  All right.

8           THE COURT:  It is body-worn camera.

9           MR. BRENNWALD:  We won't object.

10          THE COURT:  Okay.  It's admitted.

11      (Government Exhibit 403 received in evidence.)

12   BY MR. BRUNWIN:

13   Q.  Sergeant Foskett, you testified earlier that you had heard

14   people yelling "traitors."  Did you hear that in this footage?

15   A.  I heard a lot of loud noises.  I don't know if that was

16   exactly one of the things that --

17          MR. BRUNWIN:  Can we back it up.  Let's go back to

18   45 seconds and play again.

19      (Video played.)

20          MR. BRUNWIN:  Pause there.

21   BY MR. BRUNWIN:

22   Q.  Did you hear?

23   A.  Unfortunately, I can't make out exactly what he's saying.

24   Q.  Fair enough.  We'll go on.

25          MR. BRUNWIN:  Can we keep playing there and pause at

Foskett - DIRECT

1   1:16.  But go ahead and keep playing.

2      (Video played.)

3   BY MR. BRUNWIN:

4   Q.  Sergeant Foskett, do you recognize the same person that you

5   identified in Exhibit 401, wearing a camouflage flak jacket and

6   orange gloves, at this point in Exhibit 403?

7   A.  Yes, camouflage jacket.  I don't know what you said after

8   "camouflage" but yeah.  The same person that I had identified

9   before in the camouflage jacket, yes.

10  Q.  I think I said camouflage flak jacket but camouflage jacket

11  is just fine.

12     Can you indicate where you see that person?

13  A.  Sure.

14        MR. BRUNWIN:  The record should reflect that the

15  witness has circled an individual that appears just to the left

16  of center on the screen.

17        If we can keep playing -- I'm going to erase that.

18  Can we keep playing.

19     (Video played.)

20        MR. BRUNWIN:  Pause right there, please.

21  BY MR. BRUNWIN:

22  Q.  Can you describe, Sergeant Foskett, what we're seeing here?

23  What's happening?

24  A.  Yeah, I was trying to help escort people down the -- just

25  before the screen went black there was a little bit of an older

Foskett - DIRECT

1  male that I assisted down and then there was a younger female,

2  a white female, who I assisted down.  She didn't really want to

3  go willingly, but I was able to assist her down.

4  Q.  And again, you testified before why these people need to be

5  removed?

6  A.  Yes, sir.

7         MR. BRUNWIN:  Can we continue playing.

8      (Video played.)

9         MR. BRUNWIN:  Pause there.

10  BY MR. BRUNWIN:

11  Q.  Is this person being compliant?

12  A.  Begrudgingly.  Eventually, she does leave.

13         MR. BRUNWIN:  Let's keep playing.

14      (Video played.)

15         MR. BRUNWIN:  Pause right there, please, at 3:02.

16  BY MR. BRUNWIN:

17  Q.  Sergeant Foskett, can you tell us what we're seeing here?

18  A.  This is the subject that's wearing the camouflage jacket is

19  attempting to be removed from that area.

20  Q.  Can you indicate on your screen, can you circle where you

21  see the person in the camouflage jacket that we saw earlier?

22  A.  Sure.  (Witness complies.)

23         MR. BRUNWIN:  The record should reflect that the

24  witness has circled an individual that appears to be on the

25  ledge of the terrace to the left of the screen -- or to my left

Foskett - DIRECT

1    on the screen.

2    BY MR. BRUNWIN:

3    Q.  And is this person being cooperative?

4    A.  Not a hundred percent cooperative.

5    Q.  In what way?

6    A.  They're struggling.  They're resisting being pulled off.

7            MR. BRUNWIN:  I'm going to tap that again, and ask to

8    continue playing.

9        (Video played.)

10           MR. BRUNWIN:  Can you pause it there.

11   BY MR. BRUNWIN:

12   Q.  Can you hear officers giving directions?

13   A.  Yeah, they're trying to obviously have this person settle

14   down, so that they can get them off that area.

15   Q.  Again, does it appear the person is being resistant?

16   A.  Absolutely.

17   Q.  Obstructing officers?

18           MR. BRENNWALD:  Your Honor, objection, continuous

19   leading.

20           THE COURT:  Sustained.

21           MR. BRUNWIN:  Let's keep playing.

22       (Video played.)

23           MR. BRUNWIN:  Pause there, please.  Can we back up

24   maybe a second or two.  Right there.

25   BY MR. BRUNWIN:

Foskett - DIRECT

1  Q.  Can you see what this person is wearing under his jacket?
2  A.  So under the jacket is a -- like a blue, what looks to be a
3  carrier for possibly soft body armor.  There looks to be black
4  Velcro straps on the blue carrier.
5  Q.  Can you indicate on your screen where you see what you've
6  just described?
7  A.  Sure.  (Witness complies.)
8  Q.  Do you have familiarity with tactical gear?
9  A.  I do.
10  Q.  And can you describe what tactical gear is -- body armor, I
11  think you said?
12  A.  Yeah.  So in my 19 years, I've been issued at least four
13  vests, soft body armor vests, and like I said, being part of
14  the SWAT team, ERT, we are issued an additional vest system.
15  So the older vest styles used to come in like a blue carrier
16  very similar to this, or at least what it appears to look like.
17  Basically, it was cloth that held a soft body armor --
18  essentially, a front and a back panel.
19  Q.  Okay.
20  A.  So there was also cloth that would fall down to the legs,
21  so you could tuck it in.  And then, like I said, there were
22  black Velcro straps that would go across the sternum or the
23  chest or the stomach.
24  Q.  And does this appear to be the same person that you
25  identified previously as the person with the beard and wearing

Foskett - DIRECT

1   the camouflage jacket?

2   A.   Yes.

3        MR. BRUNWIN:   Let's continue to play this to the end.

4        (Video played.)

5        MR. BRUNWIN:   Pause it there, please.   Can we back

6   this up.   I know I said play it to the end, but could we back

7   this up to about 3:18 -- sorry, 3:19.

8   BY MR. BRUNWIN:

9   Q.   Sergeant Foskett, do you see the tactical gear in this

10  image as well?

11  A.   It's very similar.   It appears to be soft body armor or

12  possibly soft body armor, a blue carrier with black Velcro

13  straps.

14  Q.   Okay.

15       MR. BRUNWIN:   Let's go ahead and play until the end at

16  this point.

17       (Video played.)

18  BY MR. BRUNWIN:

19  Q.   At this time I'd like to show you what's been marked as

20  Exhibit 402.   And I'm going to ask you if you recognize

21  Exhibit 402?

22  A.   I recognize myself.   This is not my body-worn camera,

23  again.

24  Q.   Is this a body-worn camera from another officer at that

25  location?

Foskett - DIRECT

1    A.   Yes -- it appears to be.

2    Q.   Can you indicate where you see yourself in Exhibit 402?

3    A.   Sure.  (Witness complies.)

4         MR. BRUNWIN:  And the record would reflect that the

5    witness has circled an officer, an image just to the left of

6    center on the screen.

7         And I would -- at this time I would move to admit and

8    publish Exhibit 402.

9         THE COURT:  Any objection?

10        MR. BRENNWALD:  No objection from Mr. Blythe.

11        THE COURT:  Okay.  It's admitted.

12   (Government Exhibit 402 received in evidence.)

13        MR. BRUNWIN:  Let's go ahead and publish or play

14   Exhibit 402.

15      (Video played.)

16        MR. BRUNWIN:  Pause there, please.

17   BY MR. BRUNWIN:

18   Q.   Sergeant Foskett, do you recognize the same person you

19   described previously, or at least the jacket of the -- same

20   camouflage jacket of the person you identified previously at

21   this point?

22   A.   Yes, I do.

23        MR. BRUNWIN:  Let's go ahead and play this to the end.

24      (Video played.)

25   BY MR. BRUNWIN:

Foskett - DIRECT

1    Q.  At this time, I'd like to show you what's been marked as
2    Exhibit 328.
3        Sergeant Foskett, I'm going to show you a little bit of
4    Exhibit 328, which is open-source footage of the same scene,
5    and I'm going to ask you if you've reviewed this in advance of
6    your testimony today?
7             MR. BRENNWALD:  Same objection, Your Honor.
8    Mr. Blythe has objection to all of the open-source videos.
9             THE COURT:  Okay.
10   BY MR. BRUNWIN:
11   Q.  And I am going to ask you if you reviewed it and if you
12   were present in this location at this time.
13            MR. BRUNWIN:  Go ahead.
14       (Video played.)
15            MR. BRUNWIN:  If we pause there.
16   BY MR. BRUNWIN:
17   Q.  Do you recognize these scenes?
18   A.  Yes.
19   Q.  Is this the same location on the Upper West Terrace during
20   the same time as the previous videos we saw?
21   A.  Yes.
22   Q.  And does this footage appear to show different angles on
23   the West Terrace?
24   A.  Yes.
25   Q.  And does it fairly and accurately show the Capitol grounds

Foskett - DIRECT

1    as you recall on January 6th?

2    A.   Yes.

3    Q.   When you were present at that location?

4    A.   That's correct.

5         MR. BRUNWIN:  And I would move to admit and publish

6    Exhibit 328, Your Honor.

7         THE COURT:  Okay.  It's admitted over objection.

8       (Government Exhibit 328 received in evidence.)

9         MR. BRUNWIN:  Let's go ahead and play Exhibit 328.

10      (Video played.)

11   BY MR. BRUNWIN:

12   Q.   And Sergeant Foskett, do you see, again, the same person in

13   the camouflage jacket and the orange gloves that you described

14   earlier?

15   A.   Yes.

16   Q.   And do you recall whether this person was being compliant

17   on January 6th?

18   A.   Yeah, he was not being compliant.

19   Q.   How would you describe his conduct on January 6th?

20   A.   He was flailing, assaulting officers, moving around, not

21   allowing us to --

22        MR. BRENNWALD:  Objection, Your Honor, to the

23   characterization of assaulting officers.

24        THE COURT:  I'm not considering it as a term of art.

25   Just so we're clear, why don't you ask just what actions he

Foskett - DIRECT

1   observed.

2   BY MR. BRUNWIN:

3   Q.  You indicated that he was not being complaint, he was

4   assaulting officers.  Can you describe what he's doing?

5   A.  Sure.  He's flailing his arms around and legs around so

6   that we can't get him out of the area.

7   Q.  Is he obstructing or preventing you from doing what you

8   need to do that day or making it more difficult?

9        MR. BRENNWALD:  Objection to the form of the question.

10       THE COURT:  Sustained.  You can rephrase.  It's

11  leading.

12  BY MR. BRUNWIN:

13  Q.  Is he say obstructing officers on the Capitol --

14       MR. BRENNWALD:  Objection to the form.

15       THE COURT:  Sustained.

16  BY MR. BRUNWIN:

17  Q.  You said that the individual was being assaultive towards

18  officers.  Can you explain what he was doing that you would

19  characterize as being assaultive?

20  A.  Sure.  Aside from physically flailing around, moving his

21  body into officers and not being compliant, just he's obviously

22  not listening to, you know, our orders to leave the area.

23  Q.  Very well.  I think we have -- we have played to the end.

24  Okay.

25       At this time, I would ask to show you Exhibit 327, but

Foskett - DIRECT

1    before I do that I want to ask a couple of questions.

2         You testified earlier that you were obviously present on

3    the Upper West Terrace of the Capitol building on January 6th,

4    correct?

5    A.  Yes.

6    Q.  And in Exhibit 401, you described, based on your body-worn

7    camera, that you were able to observe the Capitol grounds and

8    how it looked from the Upper West Terrace on January 6, 2021.

9    Do you recall that?

10   A.  Yes.

11   Q.  I'm going to ask you to look at what's been marked as

12   Exhibit 327, and I'm going to ask you if Exhibit 327 fairly and

13   accurately depicts the view of the Capitol grounds from the

14   Upper West Terrace on that date?

15   A.  It appears so.

16        MR. BRUNWIN:  Let's go ahead and play it.

17        (Video played.)

18        MR. BRUNWIN:  Pause.  And at this point, the witness

19   testimony, I'm going to move to admit and publish Exhibit 327.

20        THE COURT:  Same objection?

21        MR. BRENNWALD:  Same objection.

22        THE COURT:  Okay.  It's admitted over objection.

23        (Government Exhibit 327 received in evidence.)

24        MR. BRUNWIN:  Let's go ahead and play 327.

25        (Video played.)

Foskett - CROSS

1    BY MR. BRUNWIN:

2    Q.  Sergeant Foskett, can you tell us what happened the

3    remainder of your day on January 6, 2021?

4    A.  So after clearing the inaugural stage, which took some

5    time, essentially pushed all the civilians out of the area of

6    the Capitol on the north side and on the west side of -- out to

7    the street.

8    Q.  What time did you finish your day on January 6th?

9    A.  I don't remember.

10          MR. BRUNWIN:  Okay.  Nothing further, Your Honor.

11          THE COURT:  Okay.  Cross-examination for Mr. Samsel.

12          MR. WOODWARD:  No questions, Your Honor.

13          THE COURT:  Okay.  For Mr. Grant.

14          MR. FEITEL:  I'm with Mr. Woodward on that, Your

15    Honor.

16          THE COURT:  For Mr. Johnson.

17          MR. RICHMAN:  No, Your Honor.

18          THE COURT:  For Mr. Randolph.

19          MS. HALIM:  No questions.

20          THE COURT:  For Mr. Blythe.

21          MR. BRENNWALD:  One or two.

22          THE COURT:  Okay.  Come on up.

23                    CROSS-EXAMINATION

24    BY MR. BRENNWALD:

25    Q.  Good afternoon, Sergeant Foskett.  How are you?

Foskett - CROSS

1    A.  Fine, thanks.  How are you?

2    Q.  Doing great, thanks.

3         MR. BRENNWALD:  All right.  Let's go back to

4    Exhibit 403, if I can get some help pulling it up.  And can we

5    go to 16:37:15, please.

6         That's fine.  Play it from there.

7       (Video played.)

8         MR. BRENNWALD:  Stop there.

9    BY MR. BRENNWALD:

10   Q.  Do you see the gentleman you've circled there repeatedly

11   during your testimony?

12   A.  Yes.

13   Q.  Where were his hands at this point?

14   A.  Down at his waist.

15   Q.  Do you see him -- have you seen him in any of these videos

16   raising his arms at all, ever?

17   A.  Not that I remember.

18   Q.  Okay.

19        MR. BRENNWALD:  Let's keep going.  Keep playing it

20   from there.

21      (Video played.)

22   BY MR. BRENNWALD:

23   Q.  Is it fair to say that at this point his arms are still

24   down by his side?

25   A.  Yes, sir.

Foskett - CROSS

1              MR. BRENNWALD:  Let's keep going.

2         (Video played.)

3              MR. BRENNWALD:  Let's move up to 16:38:40.  And I'm

4    referring to the time.  If we can play it from there.

5         (Video played.)

6              MR. BRENNWALD:  Thank you.

7    BY MR. BRENNWALD:

8    Q.  Do you see at this point that gentleman is on his back,

9    right?

10   A.  Yes.

11   Q.  Is that substance that he's standing on, is that marble, or

12   do you know?

13   A.  If I remember correctly, it was stone and not part of,

14   like, the wooden inaugural stage.

15   Q.  So it was actually a very hard surface, correct?

16   A.  Correct.

17   Q.  Is it your testimony, based on your memory or based upon

18   looking at the camera, that that gentleman threw himself on his

19   back on purpose to prevent you from arresting him?

20   A.  I never said that.  I don't know what you mean.

21   Q.  I'm asking you if that would be your testimony?

22   A.  I don't think he threw himself on his back, no.

23   Q.  The police officers --

24              THE COURT:  Hold on.  Is there --

25              MR. BRUNWIN:  It misstates the witness's testimony if

Foskett - CROSS

1    he's asking him if that was his testimony.

2              THE COURT:  Overruled.  You can keep going.

3    BY MR. BRENNWALD:

4    Q.  I didn't ask him if it was.  I'm asking him if it would be

5    your testimony.  And you're saying no, right?

6    A.  It's tough to see exactly how he went down right there.

7    Q.  Is it fair to say that officers pulled him down and put him

8    on his back?

9    A.  I know they were attempting to help clear the stage, that

10   area, yes.

11   Q.  Do you know if he hit his head on the marble at that point,

12   or the stone?

13   A.  I am unaware.

14   Q.  But before this, this entire time that we see that person

15   standing there in the camouflage outfit, he is standing

16   straight up with his arms down by his side, correct?

17   A.  As far as I saw, yes.

18   Q.  It wasn't until police touched him that he ended up on his

19   back on the ground, correct?

20   A.  Around that time, yes.

21             MR. BRENNWALD:  Go ahead and finish this video,

22   please.

23        (Video played.)

24             MR. BRENNWALD:  Okay.

25   BY MR. BRENNWALD:

Foskett - CROSS

1  Q.  Approximately, how many officers were around him would you
2  say at that point, give or take a couple?
3  A.  Several, two, three, four.  It's tough to see.
4  Q.  Okay.  Maybe five or six?
5  A.  It's possible.
6  Q.  And did that person appear to be to you like a heavyset
7  person?
8  A.  The person with the camouflage jacket?
9  Q.  Yes, sir.
10 A.  No.  He appeared to be a fairly thinner build.
11 Q.  Okay.  Thank you.
12         MR. BRENNWALD:  Let's go to Exhibit 402, please.  And
13 if we could go to 16:39:14.
14 BY MR. BRENNWALD:
15 Q.  First of all, before we start, do you see that there's a
16 dropoff there from where the feet of -- what looks to be
17 officers are standing on a white marble or stone area?
18 A.  Yes, if you're talking about where I am.
19 Q.  Right.  It's about a 3 feet from the -- the stone slabs on
20 the bottom where the officer with the yellow vest is to the
21 part where the other officers are standing above, correct?
22 A.  It is, yeah, at least 3 feet, yeah.
23 Q.  At least 3 feet.  Okay.  It's the same thing on the other
24 side of that slab, if you look to the upper right side of this
25 particular spot in Exhibit 402 at 16:37:20.  There's a dropoff

Foskett - CROSS

1    on the other side of that as well, correct?

2    A.   That's correct.

3    Q.   And on the backside, on this side over here, if you went

4    down that other side, it's about a 20- to 30-foot drop on the

5    backside, correct?

6    A.   Off the back?

7    Q.   Yes.

8    A.   It's more significant.  Forget exactly how high, but it's

9    definitely more significant.

10   Q.   You couldn't just hop off of that, correct?

11   A.   Correct.

12   Q.   So there are only limited areas or ways to get down from

13   that, correct, without getting hurt?

14   A.   That's -- I mean --

15   Q.   Not to state the obvious, but --

16   A.   Yeah, that's correct.

17   Q.   Okay.  And at this point, officers -- again, this point

18   being Exhibit 402, 1600 hours, 37 minutes 20 seconds, officers

19   had taken at least half of this upper area here shown in this

20   particular still shot, correct?

21   A.   You mean like this elevated area?

22   Q.   Yeah, this area here.  I mean, basically, you had a few

23   people back here but most of the area had already been taken by

24   the police, correct?

25   A.   Yes.

Foskett - CROSS

1    Q.  And you just had a few people you were trying to get off of
2    there and you were trying to clear them out, correct?
3    A.  Correct.
4    Q.  So at that point you were doing what you had to do to get
5    people off of there, right, because they weren't just
6    voluntarily stepping off?
7    A.  Correct.
8            MR. BRENNWALD:  If we can go to 16:39:10, please.
9    That's fine.
10           Can we play it from there.
11      (Video played.)
12           MR. BRENNWALD:  Just keep watching what happens after
13   this.
14           (Video played.)
15   BY MR. BRENNWALD:
16   Q.  Do you see what happened just there?
17   A.  Yes.
18   Q.  And the man in the camouflage jacket was -- I think the
19   word would be flung down to the ground?
20   A.  Or placed down, pushed down.
21   Q.  Placed?  You thought that was placed down?  Do you want to
22   go back and watch it again?
23           MR. BRENNWALD:  Can we go back 10 seconds and watch
24   him being placed down.
25           (Video played.)

Foskett - CROSS

1   BY MR. BRENNWALD:

2   Q.  Do you see that?

3   A.  I did.

4   Q.  How long did it take him to go down from standing up to

5   being on his side on the ground?

6   A.  Not very long.

7   Q.  So would you say he was flung or thrown down?

8   A.  Yeah, I think part of that was because he didn't want to go

9   out of that portion of the area, where he's backing up and

10  backing up.  So I think the officers had to use a little more

11  force to make sure that he went outside of that area.

12  Q.  Is that the part where he was assaulting officers?

13  A.  No.  I mean, that's part of impeding our investigation, not

14  doing what we're asking him to do.  He's backing up.  He's

15  folding himself in half, trying to stay in that area.  The part

16  where we's flailing about was when he was up on top of the

17  actual stanchion area.

18  Q.  You said he was folding up at one point.  That's one word

19  you used, right?

20  A.  Yeah, slightly folding backwards at the waist, like pulling

21  back, trying to pull back from the officers.

22  Q.  So he was folding up at one point, backing up at one point?

23  A.  Can you replay that video.

24  Q.  Yeah, let's go ahead and replay it.

25      (Video played.)

Foskett - CROSS

1   A.   So right here.

2   Q.   So right there, because the officers had to pull him,

3   you're saying he's assaulting them?

4   A.   I'm saying that he's impeding the investigation.  I'm

5   saying he's not going to where the officers want him to go.  He

6   wants to stay in that area for some reason.

7   Q.   So there's a difference, you would agree, between

8   assaulting an officer and basically slow walking to the point

9   where they just decide to throw you out, correct?

10  A.   Correct.

11  Q.   All right.  And again, the time before you see him on his

12  back on that marble -- hard marble floor, the whole time you

13  see him before that he's standing straight up with his arms

14  down by his side, correct?

15  A.   Yes, sir.

16  Q.   And from that point on, from the time he's standing there

17  until the time the police pull him and take him down to get him

18  off of there, you're saying he turned into an assaultive person

19  at that point?

20  A.   No.  I'm saying part of the assault was obviously not

21  listening, not doing what we asked him to do.  His arms were

22  flailing and his legs were flailing.

23  Q.   So your interpretation of the word "assault" is not doing

24  what they wanted him to do?

25  A.   That was part of it, yes, sir.

Foskett - CROSS

1  Q.  Okay.

2         MR. BRENNWALD:  Can we go to 3:28, please.

3         If we can just play the whole clip.

4     (Video played.)

5         MR. BRENNWALD:  Pause it right there.

6  BY MR. BRENNWALD:

7  Q.  Did you see that officer right here?

8  A.  Yes, sir.

9  Q.  You saw that he just picked up Mr. Blythe, that gentleman,

10 and put him on his back on the ground?

11 A.  Yes, sir.

12 Q.  That wasn't Mr. Blythe just playing dead or going down.

13 That was the officer taking him and literally throwing him down

14 on his back, correct?

15 A.  More assisting him down, yes, sir.

16 Q.  Assisting him down.  Okay.

17        MR. BRENNWALD:  If we can finish this out, please --

18 okay, that is the end.  That's fine.

19        Let's just play that one more time, this last

20 15 seconds.  Thank you.

21    (Video played.)

22        MR. BRENNWALD:  Pause it there.

23 BY MR. BRENNWALD:

24 Q.  Do you see that he seems to have his hand on the woman in

25 front of him?

Foskett - CROSS

1   A.  Yes.

2   Q.  Can you tell at that point what he's doing?

3   A.  Trying to hold onto her, I don't know.

4           MR. BRENNWALD:  Let's keep going.

5       (Video played.)

6           MR. BRENNWALD:  Okay.  Thank you.

7   BY MR. BRENNWALD:

8   Q.  So this, what you called some kind of a vest, blue body

9   armor type of vest, do you recall talking about that?

10  A.  Yes, sir.

11  Q.  Your unit can become a CDU unit if called upon to do so?

12  A.  Yes.

13  Q.  You're not normally that, right?

14  A.  Say that again.

15  Q.  You're not normally a Civil Disturbance Unit but you can

16  transform into that if needed, correct?

17  A.  So there's kind of a couple-part answer to that.  Most, if

18  not all, incoming officers for MPD receive blocks of

19  instruction on CDU, so civil disturbance, and can become part

20  of a CDU platoon to handle mass demonstrations, to become part

21  of these First Amendment and riot -- you know, the officers

22  that will work those particular operations.

23      Secondly, ERT, as a secondary function, will assist special

24  operations division and DSO as far as typically with munitions

25  and also we are a full-service CDU platoon as well.

Foskett - CROSS

1    Q.   Okay.  So in your role as a CDU officer, whenever that's
2    been needed, you've witnessed a number of demonstrations in the
3    city; is that correct?
4    A.   That's correct.
5    Q.   You've been present, not just witnessed them but you've
6    been present and working various demonstrations over the course
7    of the years, correct?
8    A.   Yes, sir.
9    Q.   And in more recent times, you've been involved -- or not
10   involved, you've been present where some Trump supporters might
11   have been in conflict with either Black Lives Matter or Antifa
12   folks, correct?
13   A.   I have.
14   Q.   And, in fact, you know from your experience and these civil
15   disturbance situations that there have been fears by each side
16   that the other person -- the other group was going to attack
17   them, correct?
18   A.   There's been all different types of intel shared in
19   different protests and different operations, that's correct.
20   Q.   So it's not unusual in those situations for one group --
21   like, let's say somebody who supports Trump -- to think that
22   Antifa might show up, especially January 6th, and they might
23   need protection by wearing either a helmet or some other type
24   of armor, correct?
25   A.   I suppose that's possible.

```
 1              MR. BRENNWALD:  Thank you, Your Honor.  That's all I
 2   have.
 3              THE COURT:  Any redirect?
 4              MR. BRUNWIN:  I'm not going to say briefly.
 5              THE COURT:  Okay.
 6                          REDIRECT EXAMINATION
 7   Foskett - REDIRECT
 8   BY MR. BRUNWIN:
 9   Q.  Sergeant Foskett, you saw a video and you testified about
10   clearing people from the area on January 6th from the Upper
11   West Terrace.
12   A.  Yes, sir.
13   Q.  Do you recall that?
14       And you testified about helping some people down, right?
15   A.  Yes.
16   Q.  Some people -- it's fair to say some people were helped
17   down more easily than others; is that right?
18   A.  That's definitely correct.
19   Q.  I think we saw one person, if you recall, male -- I don't
20   want to say elderly, but an older person that you helped down?
21              MR. BRENNWALD:  Leading, Your Honor.
22              MR. BRUNWIN:  I can rephrase.
23              THE COURT:  Overruled -- I mean, sustained.  You can
24   rephrase.
25   BY MR. BRUNWIN:
```

1  Q.  Do you recall seeing yourself helping a male individual

2  down?

3  A.  Yes.

4  Q.  And was it difficult to help him down?

5  A.  No.  The first person I helped down was a male.  He was a

6  little bit older.  I basically went up and said we're clearing

7  this -- clearing this out and I'd like to help you get down.

8  And he took that and agreed and was assisted down.

9  Q.  Fair to say some people were more compliant than others; is

10 that right?

11 A.  That's correct.

12 Q.  And that person, I think we saw in the video, then walked

13 down through the scaffolding; is that right?

14 A.  That's correct.  There's -- at least what I remember.

15 Q.  Then there was a female who also was helped down, but it

16 was a little bit more difficult with her; is that right?

17 A.  That's correct.  That was the second person I assisted

18 down.

19 Q.  Is it fair to say she was a little bit more -- a little

20 less compliant than the first person; is that right?

21 A.  Yes.

22        MR. BRENNWALD:  Your Honor, I would just keep

23 reminding the Government not to lead, please.

24        THE COURT:  It is leading.  Sustained.

25 BY MR. BRUNWIN:

1   Q.  How would you characterize your efforts to help her down?

2   A.  She immediately turned to me, was yelling that she didn't

3   want to go down.  However, when we got close to the edge, she

4   basically was able to brace herself and was assisted down.  She

5   was a little bit, you know, less compliant but not uncompliant,

6   not completely uncompliant.

7   Q.  Can you tell us why officers in that situation may need to

8   treat some people differently than others?

9   A.  If they don't want to clear that area, then eventually

10  force will be used.  I did not want to use my OC spray because,

11  like we had talked about, there was a 20-foot drop behind us,

12  or however big drop it was.  I didn't want anyone falling off.

13  So eventually people -- we used our hands and grabbed people

14  off.

15  Q.  Is it fair to say that on January 6th you had to move

16  people from that area, whether or not they were going to be

17  compliant?

18  A.  That's correct.

19  Q.  That last person, was he compliant, the fellow in the

20  camouflage jacket wearing the tactical gear?

21  A.  He was not compliant.

22          MR. BRUNWIN:  Nothing further, Your Honor.

23          THE COURT:  Okay.  Is the sergeant excused?

24          MR. BRUNWIN:  Yes, Your Honor.

25          THE COURT:  For the defense as well?  Thank you.

```
1              You're excused.  Thank you so much.

2              Why don't we take our 10-minute afternoon break.  And

3    then who's the next witness going to be?

4              MR. BRUNWIN:  Your Honor, at this time the Government

5    would call FBI Special Agent James Farris.

6              THE COURT:  Okay.  Ten minutes.

7         (A recess was taken at 3:39 PM)

8              THE COURT:  Okay.  I think we have everyone.

9              MR. BRUNWIN:  Just before we broke for lunch, we told

10   counsel for Mr. Blythe that Mr. Farris, during the

11   cross-examination of David Cruz, our case agent who's about to

12   testify came in and sat down and heard some of the cross.  So

13   we told defense counsel about it.  There hasn't been an order

14   to exclude witnesses, but he didn't know and came in and sat

15   down.

16             THE COURT:  This is for the case agent who's been at

17   the table?

18             MR. BRUNWIN:  No.  Mr. Farris who is about to testify.

19             THE COURT:  Okay.

20             MR. BRUNWIN:  So we told Mr. Blythe's counsel it

21   happened.

22             MR. BRENNWALD:  And I told him I was going to

23   histrionically move for mistrial.

24             THE COURT:  Okay.

25             MR. BRUNWIN:  So we're waiting for a ruling from the
```

Farris - DIRECT

1    Court on that.

2              THE COURT:  Okay.

3              MR. BRENNWALD:  We're not asking for a remedy, Your

4    Honor.

5              THE COURT:  Going forward, do we want to make clear

6    that -- invoking the rule on witnesses, so that we can make

7    sure going forward --

8              MR. BRUNWIN:  We have, Your Honor.  And unfortunately,

9    with so many things happening remotely, James Farris and I have

10   never seen each other in person before, so we didn't recognize

11   each other.

12             THE COURT:  No problem.  Let's get started.

13             MR. BRUNWIN:  The Government would call FBI Special

14   Agent James Farris at this time.

15                   SPECIAL AGENT JAMES FARRIS,

16   having been first duly sworn on oath, was examined and

17   testified as follows:

18                        DIRECT EXAMINATION

19   BY MR. BRUNWIN:

20   Q.  Special Agent Farris, I'm going to --

21             MR. BRUNWIN:  We're ready to go?

22             THE COURT:  Whenever you're ready.

23   BY MR. BRUNWIN:

24   Q.  Special Agent Farris, I'm going to ask you to state your

25   name for the record and spell your last name.

Farris - DIRECT

1    A.   James Farris, F-A-R-R-I-S.

2    Q.   Can you tell us how you're employed?

3    A.   I'm a Special Agent with the FBI out of the Dallas field

4    office.

5    Q.   How long have you been a Special Agent for the FBI?

6    A.   Almost 21 years.

7    Q.   What is your current assignment within the FBI?

8    A.   I'm currently assigned to the violence reduction unit here

9    at headquarters, as a supervisory special agent.

10   Q.   Were you involved in the investigation of any of the

11   defendants in this case?

12   A.   Yes.   Jason Blythe.

13   Q.   What was your role in that investigation?

14   A.   My role really was more of an advisory to a junior agent,

15   but we worked as co-case agents on the investigation.

16   Q.   And can you tell us what you did as part of the

17   investigation?

18   A.   As far as what I did, we both -- the other co-case agent

19   and I, we received a lead-in from the Washington field office

20   regarding Mr. Blythe as an alleged participant in the riot and

21   an assault on federal officers.   So we took that and conducted

22   a logical investigation in terms of conducting interviews with

23   associates, surveillance of his residence, as well as reviewing

24   photographs and video of Mr. Blythe at the Capitol on

25   January 6, 2021.

Farris - DIRECT

1   Q.  You, yourself, were not present at the Capitol or the

2   Capitol grounds on January 6, 2021?

3   A.  I was not.

4   Q.  But as you've stated, you have reviewed images, footage and

5   things from January 6th?

6   A.  That is correct.

7   Q.  And you are here to testify about the identification of

8   that defendant in this case, correct?

9   A.  Yes, sir.

10  Q.  And were you able to identify the defendant?

11  A.  We were, yes.

12  Q.  And how did you identify the defendant Blythe?

13  A.  Well, through his DMV photograph, then compared to the

14  information that was provided to us by the Washington field

15  office, and, of course, the video or videos taken.  And, of

16  course, when we conducted the arrest, I saw him for the first

17  time.

18  Q.  So you've physically observed the defendant Blythe in

19  person?

20  A.  That's correct, yes.

21  Q.  So that you would be able to recognize him from the images

22  that we've been looking at here in court?

23  A.  Correct.

24  Q.  Can you look at Exhibit 302, which is already in evidence.

25          MR. BRENNWALD:  Your Honor, just for the record, I

Farris - DIRECT

1    have not been objecting to the leading because it's just

2    background information.  But hopefully going forward when it

3    gets more substantive.

4            THE COURT:  Okay.

5    BY MR. BRUNWIN:

6    Q.  And I'd like to show Exhibit 302.  We're going to pause at

7    about 48 seconds.  And my question to you, so you know it's

8    coming, Special Agent Farris, is I'm going to ask if you

9    recognize anyone in Exhibit 302.

10   A.  Sure.

11       (Video played.)

12           MR. BRUNWIN:  Pause there.

13   BY MR. BRUNWIN:

14   Q.  Special Agent Farris, at this point to you recognize

15   anybody in this image?

16   A.  I do.  I recognize Mr. Blythe in the green helmet with the

17   Texas flag on it.

18   Q.  Can you indicate -- you can reach out and touch your

19   screen.  You can circle the person you're referring to.

20   A.  (Witness complies.)

21           MR. BRUNWIN:  For the record, the witness has circled

22   an individual wearing a green helmet and a camouflage jacket at

23   the left of the screen.

24   BY MR. BRUNWIN:

25   Q.  Can you tell us how you recognize that person?

Farris - DIRECT

1    A.  Well, from the lead that we received from Washington field

2    office, they had already conducted some of the investigation

3    and identified or pulled Instagram photographs or video of

4    Mr. Blythe, and he was wearing that outfit.

5    Q.  Do you see that same person in the courtroom today?

6    A.  I do.

7    Q.  And can you indicate where you see him?

8    A.  He's sitting at the defense counsel table over there, in

9    the green shirt with the beard and mustache.

10          MR. BRUNWIN:  And the record should reflect that the

11   witness has indicated the defendant Blythe, who I believe has

12   smiled in response.

13          MR. BRENNWALD:  No objection.

14          MR. BRUNWIN:  Let's look at Exhibit 308, please.  And

15   the same thing, I'm going to ask to play -- I'm sorry, can we

16   go back to Exhibit 302 and continue playing from 48.  And I'm

17   going to ask you to pause at 58 seconds.

18       (Video played.)

19          MR. BRUNWIN:  Pause there.

20   BY MR. BRUNWIN:

21   Q.  Special Agent Farris, do you see anyone you recognize at

22   this point at 58 seconds in Exhibit 302?

23   A.  I do, yes, the defendant, Mr. Blythe.

24   Q.  And can you indicate on the screen where you see the

25   defendant Blythe in this image?

Farris - DIRECT

```
 1   A.  (Witness complies.)
 2          MR. BRUNWIN:  And the record should reflect that the
 3   witness has circled an individual wearing a helmet with a
 4   camouflage jacket, orange gloves and I believe the Texas flag
 5   on the side of the helmet.
 6   BY MR. BRUNWIN:
 7   Q.  Is that the same person you identified in the courtroom
 8   here today?
 9   A.  It is, yes.
10          MR. BRUNWIN:  At this point, I would ask to show
11   Exhibit 308.  And can we play Exhibit 308.
12   BY MR. BRUNWIN:
13   Q.  And I'm going to ask you the same question.
14      (Video played.)
15          MR. BRUNWIN:  Pause there, please.
16   BY MR. BRUNWIN:
17   Q.  Do you see anyone you recognize in Exhibit 308?
18   A.  I do.  And did from a little bit earlier too, from the
19   beginning of the video.
20   Q.  So you've seen him -- let's start with this one.  Can you
21   indicate where you see someone you recognize?
22   A.  (Witness complies.)
23          MR. BRUNWIN:  The record should reflect that the
24   witness has circled an individual in a green helmet and a
25   camouflage jacket just to the left of center on the screen.
```

Farris - DIRECT

1    BY MR. BRUNWIN:

2    Q.  And who is the person you recognize?

3    A.  Mr. Blythe.

4    Q.  Is that the same Mr. Blythe that you identified in the

5    courtroom today?

6    A.  It is.

7         MR. BRUNWIN:  Can we back up to about 29 seconds.

8    BY MR. BRUNWIN:

9    Q.  And I'm going to ask you -- let me tap the screen here.

10        MR. BRENNWALD:  Your Honor, for the record, we're

11   happy to watch all these videos for the fifth or sixth time,

12   but we will agree that the person in the camouflage clothing

13   with a green helmet with a Texas flag on the side is

14   Mr. Blythe, whether he's at second 10 or 30 or 50 or whatever.

15        MR. BRUNWIN:  Well, Your Honor, if counsel is willing

16   to stipulate, then I would -- I think we would still want to

17   point him out in the some of the videos, but I can tell you

18   what exhibits we're going to go through.

19        THE COURT:  Okay.  Do you want to --

20        MR. BRUNWIN:  Keep going the way we're going?

21        THE COURT:  It's up to you.  He's not contesting and

22   is agreeing.  So it could save some time.

23        MR. BRUNWIN:  I'm going to show Exhibit 331, 340, 904.

24   The exhibits we previously showed as exhibits 329, 401 through

25   406, exhibit 609, which is a still image, Exhibit 613, which is

Farris - DIRECT

```
1   a still image, and ask for the identification of the defendant
2   in all of those.  But I think I do need to point those out for
3   the Court.
4              THE COURT:  Okay.
5              MR. BRUNWIN:  Okay.
6   BY MR. BRUNWIN:
7   Q.  Can you identify -- and we're at 3:08 now -- where you see
8   Mr. Blythe?
9   A.  (Witness complies.)
10             MR. BRUNWIN:  And the record should reflect that the
11  witness has circled the person in the helmet and camouflage
12  jacket just to the left of center in the screen.
13             And since counsel is agreeing, I will try and go
14  through these fairly quickly.
15             THE COURT:  Okay.
16             MR. BRUNWIN:  Can I show Exhibit 331.
17     (Video played.)
18             MR. BRUNWIN:  Can we show -- can we move to
19  two minutes in Exhibit 331.  And play there.
20     (Video played.)
21             MR. BRUNWIN:  Sorry, can you back up just a little
22  bit, couple of seconds.  It's a little blurry but go ahead and
23  play from -- back up and play from two minutes again, and I'll
24  try and stop it at a point where it's clear.
25     (Video played.)
```

Farris - DIRECT

```
1            MR. BRUNWIN:  Pause there.
2    BY MR. BRUNWIN:
3    Q.  Did you see Mr. Blythe in this?
4    A.  I did.
5    Q.  Where did you see him?
6    A.  (Indicates)
7    Q.  Where do you see Mr. Blythe?
8    A.  Oh, he's just to the right of that stairway there.  You can
9    see his helmet.
10           MR. BRUNWIN:  The record should reflect that the
11   witness has circled an image to the right of the screen.  It
12   appears to be a green military-style helmet with a Texas flag.
13           THE COURT:  Okay.
14           MR. BRUNWIN:  Can we see Exhibit 340.  And can you
15   start at 45 seconds.  And let's play from 45 seconds.
16       (Video played.)
17           MR. BRUNWIN:  Pause there.  Can we back up to about
18   one minute right there.
19   BY MR. BRUNWIN:
20   Q.  Can you indicate if you see Mr. Blythe in this image here
21   at Exhibit 340?
22   A.  Yes, on the right side here.
23           MR. BRUNWIN:  And the record should reflect that the
24   witness has circled an individual to the right of center on the
25   screen wearing a green military helmet and a green camouflage
```

Farris - DIRECT

1    jacket.

2           THE COURT:  Okay.

3           MR. BRUNWIN:  Can we go ahead and play that a couple

4    more seconds.

5       (Video played.)

6           MR. BRUNWIN:  Can we stop there.  And at this point

7    I'm going to ask to show 904, which I don't think is in

8    evidence yet.  So I ask for it to be marked for identification.

9    I think where we are with it is the Court wanted the

10   individuals identified.  This will be part of that

11   identification.  So I'm going to continue to have it marked for

12   identification until we've done all the identifications.

13          THE COURT:  Okay.

14          MR. BRUNWIN:  Let's look at Exhibit 904.  And can we

15   go to 47 seconds.

16      (Video played.)

17          MR. BRUNWIN:  Pause there.

18   BY MR. BRUNWIN:

19   Q.  Do you recognize Mr. Blythe in this image in Exhibit 904?

20   A.  I do, on the left side of the screen here.

21   Q.  Can you circle where you see him?

22   A.  (Witness complies.)

23          MR. BRUNWIN:  And the record should reflect that the

24   witness has circled an individual wearing a green

25   military-style helmet with what appears to be the Texas state

Farris - DIRECT

1    flag on the side and a camouflage jacket.

2              THE COURT:  Okay.

3              MR. BRUNWIN:  Can we go to 58 seconds.  And back up --

4    start at about 56, if we would.  Can we play from there I think

5    maybe one more second to, I think, 57.

6              (Video played.)

7              MR. BRUNWIN:  Pause.

8    BY MR. BRUNWIN:

9    Q.  Do you recognize Mr. Blythe, defendant Blythe, in this

10   image?

11   A.  Yes, I do.

12   Q.  Can you indicate where you see him?

13   A.  (Witness complies.)

14             MR. BRUNWIN:  The record should reflect that the

15   witness, at 57 seconds, has circled the image of a person

16   wearing a green helmet and a camouflage jacket at 57 seconds.

17             And I would ask you to continue playing on to the next

18   second or two, to 58, almost 59 seconds.

19             (Video played.)

20             MR. BRUNWIN:  Pause there.

21   BY MR. BRUNWIN:

22   Q.  And based upon your identification of Mr. Blythe in this

23   video, do you see him in this image?

24   A.  I do, yes.

25   Q.  Where is he?

Farris - DIRECT

```
1    A.  (Witness complies.)
2            MR. BRUNWIN:  The record should reflect that the
3    witness has circled a person wearing a helmet and a camouflage
4    jacket, orange gloves, and the name Blythe over his head.
5    BY MR. BRUNWIN:
6    Q.  Based upon your observation and identification of the
7    individual, is it correct -- identifying him as Blythe would be
8    correct?
9    A.  That is correct, yes.
10           MR. BRUNWIN:  At this time can we show Exhibit 329.
11           I'm sorry, it should be 328.  We did not use 329.
12           (Video played.)
13           MR. BRUNWIN:  Pause there.
14   BY MR. BRUNWIN:
15   Q.  Do you see the defendant Blythe in this image?
16   A.  I do.
17   Q.  Can you indicate where you see him?
18   A.  (Witness complies.)
19           MR. BRUNWIN:  And the record should reflect that the
20   witness has circled an individual on the left of the screen
21   wearing a camouflage jacket.
22           THE COURT:  Okay.
23           MR. BRUNWIN:  Can we look at Exhibit 401.
24           MR. BRENNWALD:  Your Honor, the last exhibit was 328?
25           MR. BRUNWIN:  328.
```

Farris - DIRECT

1              MR. BRENNWALD:  Could we identify where -- what day

2      that exhibit depicted?

3              MR. BRUNWIN:  I think we already heard testimony

4      that -- from the previous witness, Sergeant Foskett, that that

5      exhibit displayed footage from January 6, 2021.

6              MR. BRENNWALD:  Thank you.

7              THE COURT:  Okay.

8      BY MR. BRUNWIN:

9      Q.  Special Agent Farris, I'm going to ask you if you

10     previously reviewed Exhibits 401, 402 and 403, and if those

11     also include images of the defendant or identify the defendant

12     Blythe?

13     A.  I did and they do, yes.

14     Q.  Now, during your investigation, did you also participate in

15     the search of items from the defendant's cell phone?

16     A.  I did, yes.

17     Q.  Can you describe what you did as part of that search?

18     A.  Well, after the phone had been turned in to our regional

19     forensic computer lab, they downloaded -- or the examiner had

20     downloaded the contents of Mr. Blythe's cell phone and then put

21     it on a reviewer for me to remotely review it.  And I reviewed

22     the contents and then identified items on there that I thought

23     would be beneficial to the investigation.

24     Q.  What types of items did you find?

25     A.  Photographs that were in there, as well as some text

Farris - DIRECT

 1    messages.

 2    Q.   You found text messages.  Did you also find video images?

 3    A.   I believe so, yes.

 4    Q.   Have you reviewed Exhibits 1101A through I in connection

 5    with your testimony here today?

 6    A.   I did, yes.

 7    Q.   Were those the items that you identified from the defendant

 8    Blythe's cell phone?

 9    A.   That's correct.

10           MR. BRUNWIN:  At this time, I would move to admit

11    Exhibits 1101A through I.

12           MR. BRENNWALD:  No objection.

13           THE COURT:  Okay.  Admitted.

14       (Government Exhibits 1101A, 1101B, 1101C, 1101D, 1101E,

15    1101F, 1101G, 1101H, 1101I received in evidence.)

16    BY MR. BRUNWIN:

17    Q.   As an example of A through I, I would ask to show

18    Exhibit 1101C, and ask if you recognize Exhibit 1101C.

19           MR. BRUNWIN:  And publish Exhibit 1101C.

20    BY MR. BRUNWIN:

21    Q.   And can you tell us what this is?

22    A.   Yes.  It looks like it's a photograph of --

23    Q.   Let's go ahead and play it.

24       (Video played.)

25    Q.   Is this one of the items that was identified by you on the

Farris - DIRECT

1    defendant's cell phone?

2    A.  That's correct.  It appears to be a video of the U.S.

3    Capitol on January 6, 2021.

4    Q.  And you're familiar with the images from January 6, 2021,

5    based upon your review of similar images; is that correct?

6    A.  Yes, that's correct.

7    Q.  Can you also --

8            MR. BRUNWIN:  Can we look at Exhibit 1101E.

9    BY MR. BRUNWIN:

10   Q.  And I'm going to ask you if you recognize Exhibit 1101E as

11   also footage that was recovered from the defendant's cellular

12   telephone.

13      (Video played.)

14           THE WITNESS:  Yes, it was.

15   BY MR. BRUNWIN:

16   Q.  And this appears to be downloaded video; is that right?

17   A.  That's correct.

18   Q.  Doesn't appear to be something that the defendant would

19   have recorded himself, correct?

20   A.  No, I don't believe he recorded that.

21   Q.  Does it also appear to be images from January 6, 2021?

22   A.  Yes, it does.

23   Q.  If you would, look at Exhibit 1101I.

24      Do you recognize what's been marked as Exhibit 1101I?

25   A.  Yeah, those are text messages, I believe from Mr. Blythe

Farris - DIRECT

1    and his mother.

2    Q.  Can you tell in looking at Exhibit 1101I which messages

3    would be from the defendant's mother and which would have been

4    written by the defendant?

5    A.  I believe the green ones are from his mother.  The blue

6    ones would be from him.

7    Q.  Is the recipient --

8            MR. BRENNWALD:  Objection --

9            THE WITNESS:  Actually, it's the opposite.  The owner

10   is the owner of the cell phone or the number, I believe.

11           MR. BRUNWIN:  Can we scroll down the pages.  There are

12   several pages in Exhibit 1101.  One indicates Page 829.  Can we

13   see that.

14   BY MR. BRUNWIN:

15   Q.  Do you see the image at the top of Page 829 that says:

16   Nah, they pretty quickly started just forcing and moving people

17   out of the area, over arresting anyone.

18       And then says:  Two cops got, quote, arrested by the crowd,

19   though.  So the score was even.

20   A.  I do see that now.

21   Q.  Does that appear to be a message that would have been

22   authored by the defendant, Mr. Blythe?

23   A.  That's correct, yes.  It looks like to his mother.

24           MR. BRUNWIN:  Yes.  Nothing further, Your Honor.

25           THE COURT:  Okay.  Anyone have any cross-examination?

Farris - CROSS

1              MR. BRENNWALD:  Besides the obvious suspect?

2              THE COURT:  Yes.

3                        CROSS-EXAMINATION

4     BY MR. BRENNWALD:

5     Q.  Good afternoon, Special Agent Farris.

6     A.  Good afternoon.

7     Q.  Did you do a search of anything besides Mr. Blythe's phone?

8     A.  I did not, no.

9     Q.  Did you attempt to locate any social media for Mr. Blythe?

10    A.  I did not, no.

11    Q.  Did you learn during the course of your investigation of

12    Mr. Blythe whether or not he had any social media accounts

13    anywhere?

14    A.  I can't recall.  I don't know if he did or he didn't.

15    BY MR. BRENNWALD:

16    Q.  I guess if he did, we'll find out.

17         As far as the text messages that you spoke about --

18              MR. BRENNWALD:  Could we pull up Exhibit 1101I,

19    please.  And can we enlarge each message.

20    BY MR. BRENNWALD:

21    Q.  So that first one that we're showing on the screen 1101I,

22    it's the very first message in green, this is from Mr. Blythe

23    to a person you identified as his mother?

24    A.  I believe that is his mother, yes.

25    Q.  And the little picture we see there, the little thumbnail,

Farris - CROSS

1   is that a video that you extracted from his phone?

2   A.   I believe so, yes, it looks like a video.

3          MR. BRENNWALD:   If we can go to the next one, please.

4   BY MR. BRENNWALD:

5   Q.   So his mother asks him:  Big crowd, what are you in?

6       Correct?

7   A.   Correct.

8   Q.   Sorry to have to read these but since we need to have a

9   record of it.  And then Mr. Blythe responds:  Maybe don't turn

10  on the news.

11      Right?

12  A.   Yes.

13  Q.   And this message is at 1/6/2021, so January 6, 2021, at

14  1:44 p.m., correct?

15  A.   That's right, yes.

16         MR. BRENNWALD:   Next one, please.  Can we go to the

17  next page on that.

18         Can the Court see without enlarging what it says?

19         THE COURT:  Yes.

20         MR. BRENNWALD:   Because we don't need to do that

21  necessarily if we can see everything.

22  BY MR. BRENNWALD:

23  Q.   So his mother asked what happened and then the response is

24  another attachment, correct?

25  A.   Yes, there's another attachment on there.

Farris - CROSS

1  Q.  And that's a video, you think, again, or a picture?

2  A.  It appears to be a video from January 6th, yes.

3  Q.  And then his mother says:  Just curious if you went inside

4  the Capitol.  Things look really bad and I'm scared for you.

5      And Mr. Blythe responds what?  The next page.  She then

6  says:  Really needing to know if you're safe.  How are you

7  doing?  Are y'all on the road?

8      And that's at 12:17:45 on the next day, right?  January 7th

9  now?

10 A.  Correct, yes.

11 Q.  He says:  Yeah, we're on the road.  12 hours to go.  And

12 we're doing how we're doing.  Bittersweet feelings, I suppose.

13     Right?

14 A.  That's right, yes.

15 Q.  Then she says:  Did y'all go into the Capitol?

16     And what does he say to that?  Yeah, we both got some

17 stories to tell for sure.  Both of us are still suffering side

18 effects from all the pepper spray and tear gas.

19     Right?

20 A.  Right.

21 Q.  She says:  Oh no.

22     He says:  What time did you want me to come over?

23     Again, this is January 7th at 2:31 p.m., correct?  Right?

24 A.  Yes, that's correct.

25 Q.  Now, we don't know if this is necessarily 2:31 p.m. eastern

Farris - CROSS

1    time because by then Mr. Blythe, presumably, would have been

2    back in Dallas; is that right?  Or do we know?

3    A.  Well, it's hard to tell.  I don't know how long it took him

4    to get back to Dallas.  But it is -- I don't know if UTC minus

5    five, that's either eastern time or central, off the top of my

6    head.

7    Q.  Then she says:  Tomorrow evening, maybe 5:00 or 6:00.

8        And then we go on to the next page.  He says:  Okay.  Just

9    over six hours till home.  Just because, here's a pic of my

10   wounds.  Much better than they looked yesterday.  Can hardly

11   see the one on my arm.

12       And then we have a picture that's in the lower part, if we

13   could zoom in on that please.  Is it possible to zoom in on the

14   actual picture itself as much as possible.

15   BY MR. BRENNWALD:

16   Q.  Do you see that?

17   A.  I do, yes.

18   Q.  Assuming that's Mr. Blythe, since he's sending the picture,

19   do you see what look to be two legs there?

20   A.  Yes, I do.

21   Q.  Do you see what would be his left leg, as we're looking at

22   this picture, has a big, black spot there on the left upper

23   side with a reddish contusion around it?

24   A.  Right.  And there's one on his knee.  Looks like --

25   Q.  Yeah, okay.  All right.  Thank you.

Farris - CROSS

1          MR. BRENNWALD:  If we can go on to the next one.  We
2    only have eight pages total, so it won't take too long.
3    BY MR. BRENNWALD:
4    Q.  What happened?  That looks bad.  Is that you or Walter?
5          He says:  It's me.  The arm and leg is rubber bullets from
6    a concussion grenade.  The scrapes are from cops roughing me up
7    a little bit to toss me to a different area.
8          Is that what it says?
9    A.  Yes, that's what it looks like.
10   Q.  Then she says:  Did you get arrested?  I don't like this at
11   all.  Ugh, that looks painful and possibly infected.
12         He says:  Nah, they pretty quickly started just forcing and
13   moving people out of areas over arresting anyone.  In our area,
14   at least, only two or three people in the beginning got
15   arrested, and instead, they just manhandled anyone else.
16         And then the statement that you read earlier about the two
17   cops got arrested quote/unquote.
18         Then his mother says:  I did hear a woman got shot and
19   killed by the cops.  Bad.
20         And he says:  Yeah, four died from causes.  I won't --
21   something -- not worry your mind with.
22         And he says:  Curious, you post anything to Facebook this
23   time?
24         Right?
25   A.  Yes.

Farris - CROSS

1            MR. BRENNWALD:  And do you have any more pages to

2    this?  That's it.

3    BY MR. BRENNWALD:

4    Q.  I have not.  Although I've sent updates and some of the

5    pics to the family, since you technically broke the law, I'm a

6    little leery of posting about you on Facebook.

7            He says:  Haha.  All right.

8            Did you-all make it home yet?

9            Just got home.

10           And that's at 1/8/2021, 12:08 a.m., right?

11   A.  Correct.

12   Q.  All right.  Did you -- how many pages of text messages

13   did -- did you recover from Mr. Blythe's phone that you looked

14   at?

15   A.  I do not recall.  I mean, that was about a year ago.

16   Q.  All right.  Would it be fair to say it was about 1600 and

17   some pages?  Do you recall that?

18   A.  There could have been.

19   Q.  And did you do a search -- did you read all of those texts,

20   1,600 and some pages?

21   A.  I did not, no.

22   Q.  Did you do searches on a specific -- with a specific search

23   engine or some other way to try to find relevant text messages?

24   A.  I searched around the date January 6th.

25   Q.  Did you find any text messages, Special Agent Farris, that

1   referenced Mr. Blythe's desire to interfere with the election

2   certification process?

3   A.   I don't recall.

4   Q.   If you had found such a text, would that have been

5   something you'd definitely want to include in this finding?

6   A.   Absolutely, yes.

7   Q.   Did you find any text messages where Mr. Blythe ever

8   discussed being angry about the election and wanting to do

9   something about it?

10   A.   I did not.  I don't recall.

11   Q.   Well, you would recall that if you found it, right?

12   A.   If I found it, yes.  I mean, it would be in here, yes.

13   Q.   Did you find any text messages talking about Vice President

14   Pence refusing to do what former President Trump asked, which

15   was not to certify the election on January 6th?

16   A.   I don't recall that.  I mean, I wasn't looking for his

17   political motives.  I was just looking more for his

18   circumstances around assaulting the officers.

19   Q.   Well, you knew that was an important part of the case

20   against people on that day was their desire and attempts to

21   stop the certification of the state's votes, correct?

22   A.   In as much as they had the ability to do so.

23   Q.   Right.  But in other words you're not going to sit here and

24   tell this Court that you didn't really care if a defendant had

25   text messages in their phone that indicated their desire and

Augustine - DIRECT

1  intent to stop the certification of the vote on January 6th,

2  correct?

3  A.  Correct.  I mean, essentially I would try to get as much of

4  those as possible.

5  Q.  And you found nothing regarding that from Mr. Blythe?

6  A.  I don't recall if I did.  If I did, they would be included

7  in here.

8  Q.  All right.  Thank you, sir.  I appreciate it.

9         THE COURT:  Anyone else have cross-examination for

10  this witness?  Any redirect for this witness?

11         MR. BRUNWIN:  No, Your Honor.

12         THE COURT:  Is the agent excused?

13         MR. BRUNWIN:  Yes, Your Honor.

14         THE COURT:  Thank you so much.

15         Next witness.

16         MR. MIRABELLI:  Call Captain David Augustine from the

17  Metropolitan Police Department.

18                    CAPTAIN DAVID AUGUSTINE,

19  having been first duly sworn on oath, was examined and

20  testified as follows:

21                    DIRECT EXAMINATION

22  BY MR. MIRABELLI:

23  Q.  Captain Augustine, can you just please introduce yourself

24  to the Court by stating your name and spelling your last name

25  for the record?

Augustine - DIRECT

1   A.   Yes.  It's David Augustine, D-A-V-I-D, A-U-G-U-S-T-I-N-E.

2   Q.   And how are you employed?

3   A.   From the Metropolitan Police Department.

4   Q.   How long have you been an officer with the Metropolitan

5   Police Department?

6   A.   Over 18 years.

7   Q.   And what is your current rank?

8   A.   Captain.

9   Q.   Can you just tell the Court a little bit about your MPD

10   career?

11   A.   Yes.  I started off here in the First District back in -- I

12   graduated the academy in 2006.  So I started in the First

13   District as a patrol officer.  Got promoted to sergeant in

14   2010.

15   Q.   Can I just ask you to slow down a little bit for the

16   reporter?

17   A.   Absolutely.  Sorry about that.

18        In 2010, I was promoted to a patrol sergeant.  During that

19   time and tenure as a sergeant, I was then a detective sergeant

20   for our youth investigations division.  I was promoted to

21   lieutenant in 2014.  Sent back to patrol.

22        During my career as a lieutenant, I then was -- I worked in

23   the executive office of the chief of police under Captain

24   Lanier's administration as administrative lieutenant.  I was

25   promoted to captain and was sent to the patrol district, Third

Augustine - DIRECT

1    District.  I then, as a captain, worked in our recruiting

2    branch.  Currently, my assignment is a field commander.  So I

3    oversee the continuity of operations for the evening shift for

4    the citywide operations.  And right now, I'm detailed to our

5    testing and assessment branch.

6    Q.  Were you working on January 6, 2021?

7    A.  I was.

8    Q.  What was your position on that day?

9    A.  I was a captain of the Metropolitan Police Department.  I

10   was assigned to the Third District on patrol, but that specific

11   day I was detailed to our special operations division.

12   Q.  What was your role as being detailed to the special

13   operations division?

14   A.  So this was kind of a project of learning and teaching

15   different operations throughout the department, and being that

16   it was a large event, we were sent out with our special

17   operations counterpart, and my initial duties that day was to

18   oversee the event on the Ellipse.

19   Q.  What event at the Ellipse was that?

20   A.  That was the speech from Donald Trump.

21   Q.  And do you recall around what time that event started?

22          MR. FEITEL:  Your Honor, I object as to the relevance

23   of this, and I object generally to what's coming here because I

24   think this is about the events in general without any linkage

25   to our clients.  And I think by this time in the trial, what

Augustine - DIRECT

```
1   happened ought to be abundantly clear based on the already
2   introduced evidence.  I think it's cumulative and I don't think
3   it's relevant to any of these charges.
4          THE COURT:  I think we're kind of at background now,
5   and I don't know where it's going.  So I'll overrule it and
6   then we'll see where it goes.
7   BY MR. MIRABELLI:
8   Q.  What time did the event at the Ellipse start?
9   A.  I don't recall.
10  Q.  Do you recall, was there a crowd there?
11  A.  There was.  I started my day around probably 5:00, 5:30
12  that morning.  And yes, we saw people and the crowd grow in the
13  downtown area.
14  Q.  And did there come a time where the crowd -- where some of
15  the crowd moved from the Ellipse to the Capitol building?
16  A.  Yes.
17  Q.  Do you recall around when that was?
18  A.  I want to say that was before 1:00.
19  Q.  Do you know whether or not former President Trump had
20  finished speaking at the time that the crowd moved?
21         MR. WOODWARD:  Objection.
22         THE COURT:  Basis?
23         MR. WOODWARD:  What's the relevance of when the crowd
24  moved and whether former President Trump was still speaking?
25         THE COURT:  Respond.
```

Augustine - DIRECT

```
1              MR. MIRABELLI:  I think at least one of the defendants
2    said that they came here to hear Donald Trump's speech but
3    potentially were breaking down barriers at the Capitol at the
4    time of his speech.
5              THE COURT:  Okay.  Overruled.
6    BY MR. MIRABELLI:
7    Q.  If you know, do you know around what time the speech ended?
8    A.  I do not.
9    Q.  Did there come a time when you personally responded to the
10   United States Capitol?
11   A.  Yes.
12   Q.  Why did you go to the Capitol?
13   A.  For the -- to assist with the help to defend the U.S.
14   Capitol.
15   Q.  What to you mean by assist?  What was going on?
16   A.  At that time, I was with my partner.  There was a call for
17   help, or at least my partner heard the call for help.  And we
18   were in a car at the time.  We turned the car around.  We raced
19   up Independence Avenue to the Capitol.
20   Q.  Was there some, I guess, information that you received that
21   led you to go to the Capitol?
22   A.  There was information that we were aware of just prior to
23   responding there, where there was people attempting to gain
24   entry or at least access the walls or climb the walls of the
25   U.S. Capitol.
```

Augustine - DIRECT

1          MR. MIRABELLI:  Can you pull up Government's

2    Exhibit 15.

3    BY MR. MIRABELLI:

4    Q.  Can you show the court where you arrived on Capitol grounds

5    and how you traveled along Capitol grounds?

6    A.  Yes.  Do I draw -- is this a telestrator?

7    Q.  Yeah, you can draw on the screen.

8    A.  So Independence Avenue is going to be right around here.

9    So we came up in car this way onto the east side of the

10   Capitol.  Parked on the east side of the Capitol.  Exited our

11   car, donned our equipment and then walked, I believe, on here

12   down across, down the stairs where we met -- where MPD and U.S.

13   Capitol were already forming a line.

14          MR. MIRABELLI:  So for the record, the witness has

15   drawn a straight line from west to east on Independence Avenue

16   and then curved behind the House side on the east side of the

17   Capitol building, and drew a line through the House side of the

18   Capitol building, going from south to west, across the West

19   Terrace to the south scaffolding and then across the West

20   Plaza.

21   BY MR. MIRABELLI:

22   Q.  Is that a fair representation of what you drew?

23   A.  Yes.

24   Q.  And you said the MPD formed a line.  What do you mean by

25   that?

Augustine - DIRECT

1    A.   There was a -- what I would call a CDU line that was

2    formed.  You had police officers lined up basically from

3    scaffolding all the way across, trying to hold back a crowd

4    that was on the lawn.

5         MR. MIRABELLI:  And for the record, the witness has

6    drawn a line across the entirety of the West Plaza from beyond

7    the south scaffolding to the covered scaffolding, and then two

8    additional lines to represent the crowd -- two additional

9    parallel lines to represent the crowd on the West Front.

10   BY MR. MIRABELLI:

11   Q.   Is that correct?

12   A.   Yes.

13   Q.   When you say you donned your gear, what do you mean by

14   that?

15   A.   Before we went down to the West Lawn, I had -- the

16   equipment I had on, it was very similar to today that I'm

17   wearing, same type of uniform, a white shirt, long-sleeve, with

18   tie.  I donned a ballistics or CDU helmet.  I donned a -- riot

19   gloves or my civil service gloves.  I also had an MK-9, I

20   believe, which is an aerosol OC spray container, bigger than

21   the one we generally carry on our person for normal patrol.

22   Q.   Do all Metropolitan Police Departments wear white shirts?

23   A.   No.

24   Q.   Who wears white shirts?

25   A.   The rank of lieutenant and above.

Augustine - DIRECT

1    Q.  And captain is above lieutenant?

2    A.  Yes.

3         MR. MIRABELLI:  Pull up Government's Exhibit 6.

4    BY MR. MIRABELLI:

5    Q.  Can you describe a little bit more of the layout of the

6    West Front about the structures you saw when you arrived?

7    A.  Yeah.  Coming down here, the one that really stood out was

8    the media tower right here.  I remember during that day that

9    being filled with people.  I remember during that day

10   understanding this was the scaffolding with the stairs in it.

11   I thought this -- because there was times that I was over here

12   thinking that this was some type of structure.

13   BY MR. MIRABELLI:

14   Q.  But you didn't know what that structure was?

15   A.  I did not at the time.

16   Q.  Okay.

17   A.  I apologize for my drawing.

18        MR. MIRABELLI:  For the record, the witness has

19   circled the media tower and off right of center of the screen,

20   and then did an outline around the north scaffolding, the

21   covered scaffolding on the about left of center of the screen.

22   BY MR. MIRABELLI:

23   Q.  Is that accurate?

24   A.  Yes.

25   Q.  And did you spend some time over near the structure I guess

Augustine - DIRECT

1    I'm referring to as the north scaffolding?

2    A.  Would that be this?

3    Q.  Yeah.  Did you spend some time in that area?

4    A.  I have -- I did.

5    Q.  Approximately how long were you in that area on the Capitol

6    grounds?

7    A.  I don't know.  I spent a fair amount of time down on this

8    ground, back and forth through here.  It was a considerable

9    amount of time.

10   Q.  When you were on Capitol grounds, were you on the West

11   Front the entire time?

12   A.  Yes, for the most part, yes.

13   Q.  Okay.  But there was a time where you left the West Front?

14   A.  Only I think at the very end, used the restroom, and then I

15   was also on the parking lot, on the Pennsylvania Avenue parking

16   lot as arrests were being made and the National Guard was

17   deployed.

18   Q.  Did there come a time where you were positioned on top of

19   this area here, which I've marked with an "X"?

20   A.  Yes.

21   Q.  That's directly to the right of the north scaffolding, or I

22   guess to the right on the screen of the north scaffolding?

23   A.  Yes.  Actually, that would be to the left.

24   Q.  To the left of the scaffolding as you were standing on it?

25   A.  Yes.

Augustine - DIRECT

1   Q.  So I want to show you Government's Exhibit 411, which is

2   already in evidence.

3           MR. MIRABELLI:  If you can go to 17:40.

4   BY MR. MIRABELLI:

5   Q.  Do you see yourself?

6   A.  Yeah, I believe I'm right here.

7   Q.  Does this fairly and accurately depict where you were on

8   January 6th at around 1350 hours?

9   A.  It would, yes.

10  Q.  And 1350 being 1:50 p.m.?

11  A.  Yes.

12          MR. MIRABELLI:  Could you just please let it play for

13  one minute to 18:40.

14      (Video played.)

15          MR. MIRABELLI:  Could you pause there, actually.

16  Thank you.

17  BY MR. MIRABELLI:

18  Q.  I drew a straight line on the right side of the screen next

19  to a white structure.  Do you know what that is?

20  A.  I believe that's the scaffolding that we've identified in

21  my previous testimony.

22  Q.  Does this fairly and accurately depict the scene as you

23  remember it from January 6th?

24  A.  Yes.

25          MR. MIRABELLI:  Can you just let it play to 18:53.

Augustine - DIRECT

```
1        (Video played.)
2   BY MR. MIRABELLI:
3   Q.  I circled an individual in the center of the screen wearing
4   a denim jacket with a red hat.  Do you see that?
5   A.  I do.
6   Q.  I want to direct your attention to that individual.
7            MR. MIRABELLI:  Can you let it play to 19:18.
8        (Video played.)
9   BY MR. MIRABELLI:
10  Q.  Paused at 19:18.  What direction of travel did that person
11  just go in?
12  A.  He'd be going in an easterly direction towards that
13  scaffolding we were discussing.
14  Q.  Towards the covered scaffolding to your right from where
15  you're standing?
16  A.  Yes.
17           MR. MIRABELLI:  Can you pull up Government's
18  Exhibit 325, please.  Can you go to 13 seconds.  Sorry, just
19  let it play like half a second.
20       (Video played.)
21  BY MR. MIRABELLI:
22  Q.  Do you see yourself?
23  A.  I do.
24  Q.  Where are you?
25  A.  I'm right here.
```

Augustine - DIRECT

```
1            MR. MIRABELLI:  For the record, the witness has
2    circled the individual in the white shirt with the CDU helmet
3    carrying the orange canister weapon.
4    BY MR. MIRABELLI:
5    Q.  Is that correct?
6    A.  Yes.  I have an MK-46.  That's a different deployment of
7    our OC spray than I had previously in one of the previous
8    videos.
9    Q.  Does this fairly and accurately depict the location where
10   you were on January 6th?
11   A.  At one point, yes.
12   Q.  And could you just go back to the beginning of this video.
13   Do you see the officer on the very right of the screen?
14   A.  Right here.
15   Q.  Did you have officers in that location as well, to your
16   right?
17   A.  Yes.
18   Q.  And that was right next to that scaffolding you previously
19   testified about?
20   A.  It was, yeah.  I saw in one of the previous videos, it
21   looks like I might have been talking to an officer at this
22   location.
23            MR. MIRABELLI:  You can just let it play.
24       (Video played.)
25            MR. MIRABELLI:  Pause it there.  Pausing at
```

Augustine - DIRECT

```
1    six seconds.
2    BY MR. MIRABELLI:
3    Q.  Do you see the person with the red hat and the denim
4    jacket?
5    A.  I do.  Would you like me to circle it?
6    Q.  Yes, please.
7    A.  (Witness complies.)
8          MR. MIRABELLI:  For the record, the witness has
9    circled the person in the center of the screen wearing a denim
10   jacket and red hat.
11   BY MR. MIRABELLI:
12   Q.  What does he appear to be doing?
13   A.  Tearing down the covering from the scaffolding.
14         MR. MIRABELLI:  Can you play from six seconds.
15      (Video played.)
16         MR. MIRABELLI:  You can stop there.
17         If you can pull up Government's Exhibit 336, please.
18   And go to 11 seconds.
19   BY MR. MIRABELLI:
20   Q.  Does this fairly and accurately depict the area that you
21   were standing in at around this time, just from a different
22   vantage point?
23   A.  I believe so, yes.
24   Q.  I'm circling an individual off to the left side of the
25   screen.  It guess it looks like partially behind a wall of some
```

Augustine - DIRECT

1   sort.  Do you see that?

2   A.  I do.

3   Q.  That person is wearing a neon jacket?

4   A.  Yeah.  It appears to be consistent with a Metropolitan

5   Police Department jacket.

6   Q.  Was that consistent with the location of the officers that

7   were to your right?

8   A.  Yes.

9          MR. MIRABELLI:  Let this play for a little bit until

10  20 seconds.

11     (Video played.)

12  BY MR. MIRABELLI:

13  Q.  Do you see that individual with the denim jacket and red

14  hat?

15  A.  I do.

16  Q.  What does he appear to be holding?

17  A.  A cell phone.

18  Q.  How about in his left hand?

19  A.  It looks like some type of board.

20         MR. MIRABELLI:  Could you just let this play until

21  1:36.

22     (Video played.)

23  BY MR. MIRABELLI:

24  Q.  Did you see that individual in the denim jacket and red

25  hat?

Augustine - DIRECT

1    A.   Yes.

2    Q.   Was he exiting the scaffolding?

3    A.   He did.

4    Q.   What direction of travel was he moving in?

5    A.   Going a westwardly direction.

6    Q.   Was that back towards the area in front of where you and

7    your officers were posted on the stairs?

8    A.   Yes.

9            MR. MIRABELLI:  Can you pull up Government's

10   Exhibit 410, please.

11   BY MR. MIRABELLI:

12   Q.   Do you recognize Government's Exhibit 410?

13   A.   Yeah, I believe that is me.

14   Q.   And when you say that's me, is that your body-worn camera?

15   A.   It appears so, yes.

16   Q.   Is that body-worn camera from January 6, 2021?

17   A.   It is.

18   Q.   What is the timestamp?

19   A.   It's 13:56, 1:56 p.m.

20   Q.   Why is this image so foggy, do you know?

21   A.   I don't know offhand.  I know that day I was hit with a lot

22   of different chemical spray.  So I don't know if it's foggy

23   from the chemical spray that may have been deployed upon me.

24   Q.   Besides the fogginess -- and maybe the fogginess makes it

25   more accurate, but does this fairly and accurately depict the

Augustine - DIRECT

1    northwest side of the West Front?

2    A.  Yep -- yes.

3          MR. MIRABELLI:  Move to admit Government's

4    Exhibit 410.

5          THE COURT:  Any objection?  Hearing none, it's

6    admitted.

7       (Government Exhibit 410 received in evidence.)

8          MR. MIRABELLI:  Can you let it play to 12 seconds.

9       (Video played.)

10   BY MR. MIRABELLI:

11   Q.  And the timestamp reads 13:57:08 in realtime.  Is that

12   accurate?

13   A.  Yes.

14   Q.  What do you see in the air?

15   A.  A board.

16          MR. MIRABELLI:  If you can pull up Government's

17   Exhibit 412.

18   BY MR. MIRABELLI:

19   Q.  Is this body-worn camera from around the same time?

20   A.  It is.

21   Q.  The timestamp now is 13:55:13?

22   A.  Yes.

23   Q.  Is this the same location or similar location of where you

24   are?

25   A.  Similar location, yes.

Augustine - DIRECT

```
1    Q.  Is this body-worn camera from an officer nearby?

2    A.  I would say yes.

3    Q.  Does it fairly and accurately depict the northern side

4    portion of the West Front?

5    A.  Yeah, the northwest side you said?

6    Q.  I'm sorry, I was mumbling a little bit.  Does it fairly and

7    accurately depict the northern portion of the West Front?

8    A.  Yes.

9              MR. MIRABELLI:  Your Honor, I'd offer Government's

10   Exhibit 412 into evidence and publish.

11             THE COURT:  Any objection?

12             MR. WOODWARD:  No, Your Honor.  We've stipulated to

13   the admissibility of the body-worn camera video.  So it might

14   speed things up a little bit.

15             THE COURT:  Okay.  Going forward, just let me know

16   what you want to admit, and the body-worn camera footage will

17   be admitted.

18             MR. MIRABELLI:  Thank you, Your Honor.

19       (Government Exhibit 412 received in evidence.)

20             MR. MIRABELLI:  Can you go to 1:30 and let it play

21   from there.  Can you pause at 1:36.

22             (Video played.)

23   BY MR. MIRABELLI:

24   Q.  Circling an individual in the center of the screen.

25             MR. WOODWARD:  Objection, leading.
```

Augustine - DIRECT

```
1              THE COURT:  He can -- let's hear the question.  You
2    can direct him to a specific place to look at.  Overruled.
3    BY MR. MIRABELLI:
4    Q.  I'm directing your attention to an individual with a red
5    hat and denim jacket.  Do you see that?
6    A.  I do.
7    Q.  What direction -- we can let it play a little bit.  What
8    direction of travel is he moving now?
9         (Video played.)
10   A.  He appears to be moving south.
11   Q.  Does that appear consistent with the direction of travel
12   that he was moving in the video we just watched in Government's
13   Exhibit 336?
14   A.  I mean, if we're being somewhat more technical, he would be
15   heading west from the stairs, and now he appears to be almost
16   making a left, going south, but in the same general area.
17   Q.  Understood.  So when he's exiting the scaffolding, just to
18   clarify for the record, he was moving west out of the
19   scaffolding; is that fair?
20   A.  Yes.
21   Q.  Then he turned left to the south?
22   A.  Yes.
23   Q.  And that's at 13:56:51 realtime, right?
24   A.  Yes, 1:56 p.m.
25              MR. MIRABELLI:  Can you play until 1:48.
```

Augustine - DIRECT

1        (Video played.)

2    BY MR. MIRABELLI:

3    Q.  Directing your attention to that location.

4           MR. WOODWARD:  Again, Your Honor, objection.  I mean,

5    the officer was there.  If the prosecutor would like to ask the

6    officer about what he recalls seeing at the time, he can do

7    that.  But it's inappropriate for the prosecutor to circle

8    individuals on the screen and direct his attention to exactly

9    what the prosecutor wants him to describe as we sit here today.

10   The video speaks for itself.

11          His own body-worn camera is now admitted into

12   evidence, and he can talk to that, but it's not his body camera

13   and he's not saying he's personally familiar with what's

14   depicted in it.

15          THE COURT:  Do you want to respond?

16          MR. MIRABELLI:  Your Honor, it's authenticated

17   evidence.  It's admitted.

18          THE COURT:  I think we would speed things up.  I don't

19   necessarily need witnesses to narrate the body-camera footage

20   when it's in.

21          MR. MIRABELLI:  Your Honor, I think we would like to

22   direct the fact finder to the appropriate timestamps, so

23   there's adequate evidence on the record of what specifically

24   from this image is the evidence that we're actually trying to

25   prove.

Augustine - DIRECT

1              MR. WOODWARD:  There's a reason the Government doesn't

2    get to testify, Your Honor.  If they want to make summation,

3    they'll get their chance to do that at the end of the case.

4    And, again, the video speaks for itself.

5              THE COURT:  I'm going to overrule that.  Ask your next

6    question.

7              MR. MIRABELLI:  Can you play from 1:48 to just the

8    next 10 seconds or so.

9         (Video played.)

10   BY MR. MIRABELLI:

11   Q.  What just happened?

12   A.  It appears the person in the denim jacket and red hat that

13   we discussed before just threw a board at the police.

14             MR. WOODWARD:  Objection, Your Honor.

15             THE COURT:  I'll sustain that.  The video will speak

16   for itself.

17             MR. MIRABELLI:  Can you go to Government's

18   Exhibit 338.

19   BY MR. MIRABELLI:

20   Q.  At two seconds, do you see yourself?

21   A.  I do.

22   Q.  I guess here at zero seconds?

23   A.  Yes.

24   Q.  Where are you?

25   A.  (Witness complies.)

Augustine - DIRECT

1   Q.  Is that, for the record, on the right side of the screen,

2   the individual in the white shirt?

3   A.  I apologize, yes.

4   Q.  Is that accurate?

5   A.  Yes.

6          MR. MIRABELLI:  If you could play at a quarter speed,

7   Ms. Hayman, and stop at one second.

8      (Video played.)

9          MR. MIRABELLI:  Can you let it play a little bit

10  longer.

11  BY MR. MIRABELLI:

12  Q.  What's in the air there?

13  A.  The board that we were discussing earlier.

14         MR. WOODWARD:  Objection, Your Honor.

15         THE COURT:  Overruled.

16         MR. MIRABELLI:  Can you just let it play.

17     (Video played.)

18         MR. MIRABELLI:  Can you pause it.

19  BY MR. MIRABELLI:

20  Q.  What did the officer directly to your right just do?

21  A.  Dodged it.

22  Q.  And when you say dodged it, what do you mean?

23  A.  Made a motion to get out of the way of that board as it was

24  falling to the ground.

25         MR. MIRABELLI:  Can you pull up Government's

Augustine - DIRECT

1   Exhibit 202, which is in evidence.

2   BY MR. MIRABELLI:

3   Q.  Can you note the timestamp for the record.

4   A.  1:56 p.m., January 6, 2021.

5        MR. MIRABELLI:  If you could just play it until about

6   15 seconds.

7      (Video played.)

8   BY MR. MIRABELLI:

9   Q.  I'm circling an area here.  I just want to direct your

10  attention to that.

11       MR. WOODWARD:  Objection, Your Honor.

12       THE COURT:  Same objection?

13       MR. WOODWARD:  Well, I'll articulate that now we are

14  at a vantage point from which the officer was absolutely not

15  standing down, looking down and playing Where's Waldo.

16       Again, if the Government wants to testify they can

17  make their argument in summation at the end of the case.  As

18  competent as I'm sure this officer is, to have him narrate the

19  video for the Government is inappropriate testimony, even in a

20  bench trial.

21       THE COURT:  Okay.  Was the captain present to view

22  these events that you're about to ask him about?

23       MR. MIRABELLI:  Yes, Your Honor.  He was the officer

24  in the white shirt on the staircase there, directly to the

25  right of the officer that was almost hit by the board.

Augustine - DIRECT

```
1           THE COURT:  You can direct him to the video and ask
2    him about what happened that day.  Overruled.
3           MR. MIRABELLI:  If you could just play the next
4    five seconds or so.
5           (Video played.)
6    BY MR. MIRABELLI:
7    Q.  Do you see what happened?
8    A.  I did.
9    Q.  What happened at that time on January 6th?
10   A.  The subject in the denim jacket and red hat makes a
11   throwing motion and throws a board towards the police line.
12   And as it was starting to fall to the ground, you see the
13   officer start to sit there and dodge to the officer's left, so
14   the board does not strike them.
15          MR. WOODWARD:  Objection, Your Honor.  Move to strike.
16   There's literally no way that the officer could have witnessed
17   all of that at the time.  He's simply narrating the video after
18   it had been highlighted and identified by the Government.  The
19   Court is perfectly capable of watching the video itself and
20   making a determination about what the video shows.
21          THE COURT:  I agree.  The video speaks for itself.
22   I'll sustain that.  You can ask your next question.
23          MR. MIRABELLI:  I'm going to show Government's
24   Exhibit 902.
25   BY MR. MIRABELLI:
```

Augustine - DIRECT

1   Q.  Do you recognize Government's Exhibit 902?

2   A.  To be honest with you, I don't.

3   Q.  Okay.  Does Government's Exhibit 902 appear to be the same

4   vantage point as Government's Exhibit 202?

5   A.  Yes.  It's consistent with the other video that we watched,

6   yes.

7   Q.  Does it appear to have been altered in any way?

8   A.  Not that I'm aware of.

9   Q.  Does it appear to have been zoomed in?

10  A.  There is some clarity issues that would be consistent with

11  something being zoomed in, yes.

12  Q.  Is this person in the white shirt on the bottom right of

13  the screen consistent with your location on January 6th?

14  A.  Yes.

15          MR. WOODWARD:  Objection, Your Honor, leading.

16          THE COURT:  Sustained.  You can rephrase.

17  BY MR. MIRABELLI:

18  Q.  Does this clip appear to be from the same surveillance

19  footage --

20          MR. MIRABELLI:  I already asked that, sorry.

21  Withdrawn.

22  BY MR. MIRABELLI:

23  Q.  Other than zooming, does it appear to have been changed in

24  any other way?

25  A.  No.

Augustine - DIRECT

1          MR. MIRABELLI:  Your Honor, I'd offer Government's

2    Exhibit 902 into evidence.

3          THE COURT:  This is CCTV?

4          MR. MIRABELLI:  It's zoomed-in CCTV.  It's 202, just a

5    zoomed-in clip.

6          THE COURT:  Okay.  I mean, you have stipulated to this

7    as well, correct?

8          UNKNOWN SPEAKER:  No, Your Honor.  This video has been

9    altered.  This individual did not alter the video.  This

10   individual is not in a position to testify as to how it was

11   altered or how it was created.  Again, if the Government wants

12   to call a witness who can testify as to how the video was

13   created, they can do that, but to simply ask a lay witness to

14   compare two videos and testify about whether it was zoomed in

15   or not is inappropriate testimony.

16         THE COURT:  Well, that's him in the video, right?  He

17   was there?  Was the officer here for this?

18         MR. MIRABELLI:  Yes, Your Honor.  This is him right

19   there.  He just identified himself.

20         THE COURT:  Overruled.

21         MR. MIRABELLI:  I'd offer to 902 into evidence and

22   publish.  If it's admitted, I'm sorry.

23         THE COURT:  Yes, it's admitted.

24     (Government Exhibit 902 received in evidence.)

25         MR. MIRABELLI:  Can we just play that through.

Augustine - DIRECT

1           (Video played.)

2      BY MR. MIRABELLI:

3      Q.  As a high ranking officer in the Metropolitan Police

4      Department, is officer safety one of your concerns?

5      A.   Absolutely.

6      Q.  What about objects being thrown from the crowd on

7      January 6th threatened officer safety?

8      A.   It did.

9      Q.  What about it, though?

10     A.   What about it?  It could cause severe injury, such as

11     lacerations, concussions.  It could end somebody's career.  It

12     could kill somebody.

13          MR. MIRABELLI:  No further questions.

14          THE COURT:  Okay.  We're right at the end of the day.

15     I'm assuming there'll be cross-examination, right.

16          MR. WOODWARD:  I think so.

17          THE COURT:  All right.  You're excused until we're

18     back on Monday.  Thank you.

19          MR. WOODWARD:  Well, what I'll do is I'll think about

20     it.  I'll let the Government know, so the officer doesn't have

21     to come back.

22          THE COURT:  Okay.

23          MR. WOODWARD:  Maybe my colleagues have so many

24     questions.

25          THE COURT:  Okay.  Thank you, Captain.

1           Before we leave, just a couple of loose ends.  One is

2    I just want to follow up on Mr. Woodward's objections, because

3    I do think that once the video is in -- if the witness was

4    there and is testifying about what he or she observed, and the

5    video may refresh or may not refresh their recollection, that's

6    fine.  But I don't really think it helps to have them narrate

7    if -- particularly if they weren't there and it's not something

8    they observed.  Maybe over the weekend you can regroup and see

9    if we can streamline with the video.

10          Of course, in closing, you can take as much time as

11   you want, pointing out various timestamps.  You can certainly

12   play the videos and, again, ask witnesses what they observed.

13   But I think we can streamline the presentation a little bit.

14          MR. MIRABELLI:  Understood, Your Honor.

15          THE COURT:  Okay.  And then one housekeeping matter.

16   Mr. Woodward, it was brought to my attention you might have a

17   conflict on the 1st.

18          MR. WOODWARD:  Well, I was hoping things might move

19   more quickly than they have been.  So I hadn't flagged it for

20   the Court yet.  But yes, I have a hearing in South Florida on

21   Wednesday.  I can leave at -- there's a 6:00 a.m. flight on

22   Wednesday.  So I think I can get there.  I was going to wait

23   and see how things were going, but it doesn't look like we're

24   going to be finished.

25          THE COURT:  I don't think we're going to be done by

```
 1    Wednesday.  So are you asking that we not sit that day?

 2               MR. WOODWARD:  Does the Government have a sense of

 3    what's left?  Because if it's just closings then --

 4               MR. MIRABELLI:  Your Honor, I think we would probably

 5    rest by Monday or Tuesday at the end of the day, but maybe half

 6    a day Tuesday.

 7               THE COURT:  Oh, okay.  Well, why don't we play it by

 8    ear, understanding that Mr. Woodward has a conflict on

 9    Wednesday.  I mean, there may be defense cases.

10               MR. WOODWARD:  The challenge -- right.  So I can get

11    another lawyer to come stand in for me for defense cases.  So

12    if a defendant is putting on -- another one from my firm.  I

13    can have another lawyer from my firm come and appear with

14    Mr. Samsel if it's a defense case.

15               My real concern is getting back on Wednesday night,

16    because although it's a beautiful courthouse in Fort Pierce, it

17    is literally in the middle of nowhere.  So that would be the

18    concern is I don't want to mislead the Court about it just

19    being Wednesday.

20               But if we're doing defense cases Wednesday, Thursday

21    and we're not closing until the following week, then I can have

22    a lawyer from my firm stand in, a representative for

23    Mr. Samsel, enter an appearance, do all that.  Period.

24               THE COURT:  I'm assuming you've talked to him and

25    he's --
```

1          MR. WOODWARD:  He'll need to sign off.  I agree.

2          DEFENDANT SAMSEL:  I might or I might not.

3          THE COURT:  Okay.  Well, I just wanted to flag that

4     conflict for everyone.  Let's see where we are Monday and we

5     can address it then.

6          MR. WOODWARD:  Thank you.

7          THE COURT:  Okay.  So we're back Monday.

8          MR. WOODWARD:  Can I just put one thing on the

9     record --

10         THE COURT:  Sure.

11         MR. WOODWARD:  -- that goes to sort of my ongoing

12    objection to not having been provided with forensic extractions

13    of devices?

14         THE COURT:  Yes.

15         MR. WOODWARD:  I think today was a pretty apt example

16    of what is inadequate.  So the PDF that Mr. Brennwald went

17    through with the witness and the Court, the Court may have seen

18    that there were both videos and images in that PDF.  What

19    Mr. Brennwald was not able to do is to make those images

20    bigger.  You saw he worked with Government to zoom in on the

21    PDF, but he couldn't actually open the image and analyze the

22    metadata behind the PDF.

23         A forensic extraction would have allowed Mr. Brennwald

24    or myself to look and see where was that picture taken, how was

25    it taken, what time was it taken.  The same with videos.  He

1    couldn't even play videos.  It's just a still image of a video

2    in a PDF.  And you, again, get no data about that, including

3    where the video was taken, what time it was created and how

4    long it is, et cetera.

5            THE COURT:  I thought the Government represented that

6    Mr. Brennwald asked for it in that form.

7            MR. WOODWARD:  Well, that's Mr. Brennwald's

8    prerogative.  I'm asking for it in a forensic extraction

9    because I don't know what else was on Mr. Samsel's

10   co-defendant's phone.  And it may very well have contained

11   exculpatory evidence that we would have wanted to use in this

12   trial.

13           And the same goes for -- I assume the Court has seen

14   all the devices throughout all the video that's been played

15   that the Government has, and can readily ascertain whether

16   those devices were present at any of the moments where they

17   claim Mr. Samsel was present.

18           So I just wanted to supplement the record and also

19   illustrate for the Court the precise issue that we are

20   complaining about in realtime.

21           THE COURT:  Okay.  Thank you.

22           MR. BRENNWALD:  Your Honor, I will note that I asked

23   the Government to provide me the actual videos that were

24   contained in the thumbnail format.  And they did.  So I'm

25   actually able to look at all that.  And I guess that's what

1    Mr. Woodward is asking for his own client.  But I actually

2    did --

3              THE COURT:  I thought he had it for his client and

4    wants it for others?

5              MR. BRENNWALD:  I'm sorry?

6              THE COURT:  I thought Mr. Woodward had it for

7    Mr. Samsel but is complaining that he doesn't have it for you.

8    You have it.  So why don't you give him --

9              MR. BRENNWALD:  I have it for my client.  I don't have

10   it for anybody else.

11             THE COURT:  All right.

12             MS. FOSTER:  Your Honor, if I could briefly address

13   the argument and then just put a couple of things on the record

14   to respond to the Court's question.

15             THE COURT:  Sure.

16             MS. FOSTER:  One is, each defendant was provided their

17   device, was downloaded in the manner that they sought, and has

18   received those things.  So the idea that Mr. Woodward is

19   bringing up over and over again feels difficult to understand,

20   when he has received his client's phone, his client's other

21   phone, the girlfriend's phone.  He has all of that for his

22   client.

23             And the idea that, given that this is not a

24   conspiracy, as has been noted repeatedly, the idea that he has

25   a right to have access to all of his co-defendants' phones, and

1      therefore has the right to download all of his co-defendant

2      phones, and that there's Brady as to Mr. Samsel on those

3      co-defendant phones, is really hard to believe.

4               THE COURT:  Okay.

5               MS. FOSTER:  I would just like to respond as to

6      Caroline Edwards.  There was a question about the Johns Hopkins

7      records.

8               THE COURT:  Yes.

9               MS. FOSTER:  I asked her.  She indicated she doesn't

10     have those records, as that occurred several years ago, and I

11     have informed Mr. Woodward as much.

12              THE COURT:  Okay.

13              MS. FOSTER:  The other thing I just wanted to ask the

14     Court about was, Caroline Edwards made a statement and the

15     Court struck, and I wasn't confident as to what portion was

16     stricken.

17              THE COURT:  Okay.

18              MS. FOSTER:  The question was -- there was a

19     question -- I asked Sergeant Edwards a question about light

20     duty, and she indicated that she really hated being on light

21     duty and that it was not what she wanted to be doing as a

22     police officer.  And then I believe that Mr. Woodward was

23     asking a series of questions hinting that maybe one of the

24     reasons -- that Sergeant Edwards didn't want to go back to

25     work.

1          So it would be our position that that makes all of

2     that testimony relevant because it explains why it is that

3     Sergeant Edwards didn't want to go back to work, is she didn't

4     want to go back to light duty.

5          THE COURT:  I don't believe I struck that part.  I can

6     go back and look at the transcript.  I thought she was asked

7     about how did she feel about being on light duty, and she said

8     something about an emotional toll and kind of her feelings

9     about being on light duty.  And I think that's what I struck

10    because if this were some sort of civil case, her emotional

11    distress might be relevant, but I didn't think it was

12    particularly relevant for the allegations related to the

13    injury.

14         But I didn't intend to strike her testimony about not

15    wanting to go back to light duty or not wanting to be on light

16    duty.  I don't believe I did.  But I'll look at the transcript

17    and make sure.

18         MS. FOSTER:  Understood.  I guess our request would be

19    for all that to come in, given how it came out on

20    cross-examination.  But, obviously, the Court can review it and

21    make --

22         THE COURT:  Okay.  I don't remember specifically.  It

23    was a very discrete point about her feelings about coming back

24    to work that I thought I just struck that when she was asked

25    how did she feel about it.

1          MR. MIRABELLI:  She used the word "demoralized."

2          THE COURT:  Demoralized, yeah.  It was something about

3     her inner feelings about being on light duty or going back to

4     work.

5          MS. FOSTER:  Understood.  I guess my only point is

6     that it becomes relevant in the context of the

7     cross-examination and making it seem like she didn't want to go

8     back to work, because that wasn't accurate.

9          THE COURT:  Okay.

10         MS. FOSTER:  I just want to alert the Court and also

11    defense counsel to the fact that we will be calling Special

12    Agent Noyes, Special Agent Maldonado, Special Agent Jones and

13    Special Agent Curcio on Monday, and hopefully wrapping that up

14    on Tuesday.

15         THE COURT:  Okay.

16         MS. FOSTER:  At this juncture, I guess our request

17    would be to understand what the defense is going to be putting

18    on.  I understand that Mr. Brennwald opened and said that

19    Mr. Blythe was testifying.  If other defendants are testifying,

20    we would ask that we know that so that we understand what we're

21    talking about next week.

22         THE COURT:  We can take that up Monday because I

23    wouldn't have them make a decision one way or the other now.  I

24    need to do an inquiry before they make that decision and they

25    need to talk to their attorneys.  But similar to how you gave

1  advance notice the day before about witnesses they were putting

2  on, I would ask them to do the same for witnesses.

3          MS. FOSTER:  Understood.  I just wanted to alert the

4  Court that that's the order of our witnesses and alert defense

5  counsel, and then just put them on notice that we are hoping

6  and expecting to hear from them as to whether their client is

7  going to be testifying at the beginning of next week.

8          THE COURT:  Okay.

9          MS. HALIM:  Just to clarify, did the Government say

10 that Agent Curcio would be one of the witnesses on Monday?

11         MS. FOSTER:  Yes.

12         MS. HALIM:  Sorry, I just missed that.

13         And then, Your Honor, I'm going to ask that the Court

14 order the Government to provide me with the segments of

15 Mr. Randolph's statements that they intend to introduce or tell

16 me that they're going to introduce the entirety of them.

17         MR. BRUNWIN:  Pardon me for jumping in.  I'll give you

18 timestamps tonight.

19         MS. HALIM:  That would be perfect.  Thank you.

20         THE COURT:  Great.

21         Just one second.

22         Can we start at 9:30 on Monday, a little bit earlier?

23 Okay.  Anything else that we need to address?

24         All right, everyone.  Have a good weekend and I'll see

25 you on Monday.

1    (Proceedings concluded at 5:14 PM)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.



/s/ Stacy Johns                    Date: October 26, 2023

Stacy Johns, RPR
Official Court Reporter

BY MR. BRENNWALD:
[20] 99/24 100/9 100/22
101/7 102/3 102/25
103/14 105/15 106/1
108/6 108/23 109/7
131/4 131/15 131/20
132/4 132/22 134/15
135/3 136/3
BY MR. BRUNWIN:
[69] 66/6 70/20 71/17
74/4 76/20 77/1 77/14
78/7 78/18 79/22 80/15
81/16 82/17 83/23
84/11 84/22 85/8 85/21
86/2 86/11 86/22 88/12
88/21 89/3 89/21 90/10
90/16 91/2 91/11 91/25
93/8 93/18 94/17 94/25
95/10 95/16 96/11 97/2
97/12 97/16 99/1 111/8
111/25 112/25 115/19
115/23 118/5 118/13
118/24 119/20 120/6
120/12 120/16 121/1
123/19 124/18 125/8
125/21 126/5 126/14
127/8 128/16 128/20
129/9 129/15 130/14
BY MR. FEITEL: [3]
49/4 51/4 51/17
BY MR. MARSHALL:
[35] 5/5 7/4 8/8 8/19
10/8 10/21 11/16 12/5
13/19 14/15 15/13 16/5
17/11 18/3 18/10 19/7
19/19 20/2 20/14 21/15
21/21 22/13 23/8 23/25
24/7 25/12 25/21 26/7
26/14 27/20 28/7 28/18
29/6 30/8 63/4
BY MR. MIRABELLI:
[37] 138/22 141/7 142/6
143/3 143/21 144/10
145/4 145/13 145/22
147/4 147/17 148/2
148/9 148/21 149/4
150/2 150/11 150/19
151/12 151/23 152/11
153/10 153/18 154/23
155/3 156/2 157/10
157/19 158/11 158/19
159/2 159/8 160/6
160/25 161/17 161/22
163/2
BY MR. RICHMAN: [9]
52/22 53/2 53/6 54/7
54/15 55/5 55/21 57/6
57/17
BY MR. WOODWARD:
[6] 31/5 37/19 38/2
38/13 40/2 41/13
BY MS. HALIM: [1]
58/17
DEFENDANT
SAMSEL: [1] 166/2
DEPUTY CLERK: [8]

37/3 37/8 37/13 37/16
48/14 51/11 51/14
82/13
MR. BRENNWALD:
[67] 46/23 47/1 47/5
47/21 48/1 48/5 48/10
48/13 48/18 62/25
71/15 82/9 82/16 83/20
84/8 88/1 88/7 88/9
91/18 94/10 95/7 96/22
97/9 97/14 98/21 99/21
100/3 100/8 100/19
101/1 101/3 101/6
102/21 102/24 103/12
105/8 105/12 105/23
108/2 108/5 108/17
108/22 109/4 109/6
111/1 111/21 112/22
114/22 115/3 117/25
119/13 121/10 126/24
127/1 127/6 128/12
130/8 131/1 131/18
132/3 132/16 132/20
135/1 136/1 167/22
168/5 168/9
MR. BRUNWIN: [108]
47/19 47/23 65/24
70/15 74/1 77/24 80/13
81/8 81/13 84/20 85/5
85/7 85/19 85/25 86/10
86/20 87/18 87/21 88/3
88/7 88/20 88/25
89/14 89/20 90/7 90/9
90/13 90/15 90/23 91/7
91/10 91/21 91/23 93/3
93/5 93/15 94/4 94/13
94/16 94/23 95/13
95/15 96/5 96/9 98/16
98/18 98/24 99/10
101/25 111/4 111/22
113/22 113/24 114/4
114/9 114/18 114/20
114/25 115/8 115/13
115/21 118/12 118/21
119/10 119/14 119/19
120/2 120/10 120/15
120/23 121/7 121/15
121/20 121/23 122/5
122/10 122/16 122/18
122/21 123/1 123/10
123/14 123/17 123/23
124/3 124/6 124/14
124/17 124/23 125/3
125/7 125/14 125/20
126/2 126/10 126/13
126/19 126/23 126/25
127/3 128/10 128/19
129/8 130/11 130/24
138/11 138/13 172/17
MR. FEITEL: [8] 46/6
46/15 51/1 51/7 51/13
51/15 99/14 140/22
MR. MARSHALL: [54]
5/3 7/18 8/1 8/17 10/5
10/18 11/13 12/1 13/15
13/18 14/12 15/11 16/3
18/1 18/8 19/4 19/16
19/18 19/25 20/11 21/8

21/13 21/20 21/23 22/4
23/5 23/20 23/23 24/5
25/1 25/5 25/9 25/18
25/20 26/4 26/6 26/11
26/13 27/10 27/12
27/15 27/19 28/5 28/21
28/16 28/24 29/4 30/2
30/4 30/7 30/16 63/2
65/11 65/20
MR. MIRABELLI: [53]
46/17 138/16 142/1
143/1 143/14 144/5
145/3 145/18 147/3
147/12 147/15 147/25
148/7 148/17 149/1
149/23 149/25 150/8
150/14 150/16 151/9
151/20 152/9 153/3
153/8 153/16 154/9
154/18 154/20 155/25
156/16 156/21 157/7
157/17 158/6 158/9
158/16 158/18 158/25
159/5 159/23 160/3
160/23 161/20 162/1
162/4 162/18 162/21
162/25 163/13 164/14
165/4 171/1
MR. RICHMAN: [15]
52/25 53/5 54/4 54/11
54/14 55/3 55/19 57/1
57/4 57/13 57/16 58/11
79/19 84/9 99/17
MR. WOODWARD:
[57] 7/20 8/5 17/7 17/9
30/19 30/23 31/1 37/1
37/4 37/7 37/11 37/14
37/18 37/23 38/11
39/25 41/12 46/3 48/21
48/25 70/9 70/13 70/16
73/24 76/18 76/24 77/6
77/8 77/21 78/5 78/13
79/18 99/12 141/21
141/23 154/12 154/25
156/4 157/1 157/14
158/14 159/11 159/13
160/15 161/15 163/16
163/19 163/23 164/18
165/2 165/10 166/11
166/6 166/8 166/11
166/15 167/7
MS. FOSTER: [12]
168/12 168/16 169/5
169/9 169/13 169/18
170/18 171/5 171/10
171/16 172/3 172/11
MS. HALIM: [7] 58/15
65/13 65/15 99/19
172/9 172/12 172/19
THE COURT: [169] 5/2
6/23 7/23 8/4 8/7 17/8
17/10 25/4 25/8 25/10
27/11 27/14 30/3 30/18
30/21 30/24 37/10
37/12 46/4 46/12 46/16
46/18 46/22 46/25 47/4
47/18 47/20 47/22
47/25 48/4 48/9 48/12

48/16 48/23 49/1 52/19
58/12 58/16 62/24 63/1
65/14 65/17 65/21 66/1
70/8 70/12 70/18 74/3
76/19 76/25 77/7 77/9
77/22 77/25 78/6 78/14
79/21 81/10 82/11
83/21 84/10 87/24 88/2
88/8 88/10 91/20 94/9
94/11 95/9 96/7 96/24
97/10 97/15 98/20
98/22 99/11 99/13
99/16 99/18 99/20
99/22 101/24 102/2
111/3 111/5 111/23
112/24 113/23 113/25
114/6 114/8 114/16
114/19 114/24 115/2
115/5 115/12 115/22
118/4 121/19 121/21
122/4 122/15 123/13
124/2 124/13 125/2
126/22 127/7 128/13
130/25 131/2 132/19
138/9 138/12 138/14
141/4 141/22 141/25
142/5 153/5 154/11
154/15 155/1 156/15
156/18 157/5 157/15
158/15 159/12 159/21
160/1 160/21 161/3
162/3 162/6 162/16
162/20 162/23 163/14
163/17 163/22 163/25
164/15 164/25 165/7
165/24 166/3 166/7
166/10 166/14 167/5
167/21 168/3 168/6
168/11 168/15 169/4
169/8 169/12 169/17
170/5 170/22 171/2
171/9 171/15 171/22
172/8 172/20
THE WITNESS: [6] 7/1
77/10 78/1 78/15
129/14 130/9
UNKNOWN
SPEAKER: [2] 6/22
162/8

/
/s [1] 174/8

0
0537 [1] 1/3
0819 [1] 2/11

1
1,600 [1] 136/20
1/6/2021 [1] 132/13
1/8/2021 [1] 136/10
10 [5] 36/6 78/21 79/13
121/14 157/8
10 seconds [1] 10/6
10/19 21/18 41/21
105/23
10-minute [1] 114/2
100 percent [1] 46/1

1001 [1] 59/17
1033 [3] 72/4 72/7
74/11
10:00 [1] 48/2
11 seconds [1] 150/18
1101 [1] 130/12
1101A [4] 4/7 128/4
128/11 128/14
1101B [2] 4/7 128/14
1101C [5] 4/7 128/14
128/18 128/18 128/19
1101D [2] 4/7 128/14
1101E [4] 4/7 128/14
128/19 129/10
1101F [2] 4/7 128/15
1101G [2] 4/7 128/15
1101H [2] 4/7 128/15
1101I [7] 4/8 128/15
129/23 129/24 130/2
131/18 131/21
115 [1] 3/16
11:50 [1] 1/5
12 [2] 78/22 133/11
12 inches [1] 60/10
12 seconds [1] 153/8
127 [2] 4/7 4/8
12:08 a.m [1] 136/10
12:17:45 [1] 133/8
12:40 p.m [1] 60/21
12:45:48 p.m [1] 61/3
12:48 p.m [1] 61/9
12:53 [1] 43/7
12:53:12 [2] 43/4 43/5
12:53:12 p.m [1] 61/17
13 minutes [2] 43/7
43/24
13 seconds [1] 148/18
1300 [1] 2/6
131 [1] 3/17
1350 being [1] 147/10
1350 hours [1] 147/8
138 [1] 3/20
13:09 [1] 45/1
13:10 [1] 45/3
13:11 [1] 44/22
13:12 [2] 42/2 61/16
13:55:13 [1] 153/21
13:56 [1] 152/19
13:56:51 realtime [1]
155/23
13:57:08 in [1] 153/11
13th [1] 1/18
14 seconds [1] 41/17
15 [1] 143/2
15 seconds [3] 43/24
108/20 159/6
1505 [1] 2/6
1600 [1] 136/16
1600 hours [1] 104/18
1650 [1] 2/10
16:37:15 [1] 100/5
16:37:20 [1] 103/25
16:38:40 [1] 101/3
16:39:10 [1] 105/8
16:39:14 [1] 103/13
17:40 [1] 147/3
18 [1] 139/6
18:40 [1] 147/13

**1**

**18:53 [1]** 147/25
**19 seconds [1]** 7/18
**19 years [2]** 66/16
92/12
**19129 [1]** 2/13
**19:18 [2]** 148/7 148/10
**1:00 [4]** 30/22 30/25
31/1 141/18
**1:02 [1]** 55/3
**1:04 [2]** 46/21 54/11
**1:05 [1]** 38/11
**1:06 [1]** 16/3
**1:09 [1]** 37/24
**1:10 [1]** 55/3
**1:11 [1]** 85/19
**1:12 [1]** 18/1
**1:15 [1]** 13/16
**1:16 [2]** 54/5 89/1
**1:20 [1]** 37/25
**1:21-0537 [1]** 1/3
**1:25 [1]** 13/18
**1:30 [2]** 30/25 154/20
**1:36 [2]** 151/21 154/21
**1:38 [1]** 25/1
**1:44 p.m [1]** 132/14
**1:48 [2]** 155/25 157/7
**1:50 [3]** 46/16 46/18
46/20
**1:50 p.m [1]** 147/10
**1:56 p.m [3]** 152/19
155/24 159/4
**1st [1]** 164/17

**2**

**20 [1]** 104/4
**20 feet [2]** 59/8 62/9
**20 seconds [3]** 6/19
104/18 151/10
**20-foot [1]** 113/11
**20001 [3]** 1/15 2/3 2/20
**20003 [1]** 2/16
**20008 [1]** 2/7
**2006 [1]** 139/12
**201 [3]** 43/5 58/25
60/20
**2010 [2]** 139/14 139/18
**2012 [1]** 66/20
**2014 [1]** 139/21
**202 [3]** 159/1 161/4
162/4
**202-255-6637 [1]** 2/7
**202-815-4028 [1]** 1/16
**202-996-7447 [1]** 2/4
**2021 [22]** 7/11 32/24
33/3 49/7 67/20 67/23
81/2 84/3 98/8 99/3
116/25 117/2 127/5
129/3 129/4 129/21
132/13 132/13 136/10
140/6 152/16 159/4
**2023 [2]** 1/5 174/8
**204 [1]** 41/25
**208 [2]** 27/16 28/13
**21 [1]** 116/6
**213-894-4242 [1]** 1/19
**215-300-3229 [1]** 2/13
**22314 [1]** 2/10

**24 inches [1]** 60/16
**24 seconds [1]** 41/14
**25 [1]** 60/24
**26 [2]** 1/5 174/8
**27 seconds [1]** 81/14
**29 [1]** 121/7
**2:00 [1]** 46/16
**2:00 in [1]** 27/5
**2:26 [1]** 55/20
**2:31 p.m [2]** 133/23
133/25

**3**

**3 feet [3]** 103/19
103/22 103/23
**30 [5]** 6/20 22/5 22/19
60/24 121/14
**30 seconds [6]** 8/6
19/14 30/5 39/22 40/13
41/23
**30-foot [1]** 104/4
**301-928-7727 [1]** 2/16
**302 [10]** 14/13 38/9
39/18 39/20 52/25
117/24 118/6 118/9
119/16 119/22
**308 [8]** 10/6 19/5 37/1
37/8 119/14 120/11
120/11 120/17
**309 [3]** 5/9 12/2 39/25
**31 [1]** 3/5
**312 [2]** 1/18 21/9
**3229 [1]** 2/13
**325 [1]** 148/18
**327 [7]** 4/6 97/25 98/12
98/12 98/19 98/23
98/24
**328 [9]** 4/5 95/2 95/4
96/6 96/8 96/9 126/11
126/24 126/25
**329 [3]** 121/24 126/10
126/11
**331 [3]** 121/23 122/16
122/19
**332 [1]** 51/2
**333 [1]** 2/19
**336 [2]** 150/17 155/13
**338 [1]** 157/18
**340 [4]** 55/19 121/23
123/14 123/21
**3580 [1]** 2/12
**37 minutes [1]** 104/18
**38 seconds [1]** 51/2
**3:02 [1]** 90/15
**3:08 [1]** 122/7
**3:18 [1]** 93/7
**3:19 [1]** 93/7
**3:28 [1]** 108/2
**3:39 [1]** 114/7
**3:57 [2]** 19/5 19/16

**4**

**4-ounce [1]** 73/1
**40-millimeter [1]** 72/22
**400 [1]** 2/3
**401 [13]** 3/25 80/14
80/17 80/20 80/21 81/8
81/12 81/13 89/5 98/6

**21/24 126/23 127/10**
**402 [11]** 4/4 93/20
93/21 94/2 94/8 94/12
94/14 103/12 103/25
104/18 127/10
**4028 [1]** 1/16
**403 [8]** 4/3 86/24 86/25
87/19 88/11 89/6 100/4
127/10
**406 [1]** 121/25
**410 [5]** 4/9 152/10
152/12 153/4 153/7
**411 [7]** 3/24 23/7 25/2
25/11 57/1 57/2 147/1
**412 [4]** 4/10 153/17
154/10 154/19
**42 seconds [1]** 8/17
**4242 [1]** 1/19
**43 seconds [1]** 12/3
**45 minutes [1]** 46/14
**45 seconds [4]** 15/11
88/18 123/15 123/15
**45-degree [1]** 41/5
**46 [1]** 149/6
**46s [1]** 73/1
**47 seconds [2]** 53/1
124/15
**48 [2]** 118/7 119/16
**48 seconds [1]** 51/3
**49 [1]** 3/6
**4:07 [1]** 19/18
**4:11 [1]** 20/12

**5**

**50 [1]** 121/14
**500 [2]** 2/10 61/19
**52 [1]** 3/7
**56 [1]** 125/4
**57 [1]** 125/5
**57 seconds [2]** 125/15
125/16
**58 [2]** 3/8 125/18
**58 seconds [3]** 119/17
119/22 125/3
**59 seconds [1]** 125/18
**5:00 [2]** 134/7 141/11
**5:14 [1]** 173/1
**5:30 [2]** 68/2 141/11
**5:48 marker [1]** 61/2

**6**

**6-725 [1]** 1/15
**601 [1]** 1/15
**609 [1]** 121/25
**613 [1]** 121/25
**619-546-6735 [1]** 1/22
**6293 [1]** 1/21
**63 [1]** 3/9
**66 [1]** 3/12
**6637 [1]** 2/7
**6735 [1]** 1/22
**6:00 [1]** 134/7
**6:00 a.m [1]** 164/21
**6:30 [1]** 68/2
**6th [41]** 8/23 23/13
27/8 31/16 31/17 32/21
34/3 49/19 56/4 60/21
63/20 63/24 68/6 68/19

**69/6 69/14 70/1 73/10**
73/19 80/24 82/22
82/25 96/1 96/17 96/19
98/3 99/8 110/22
111/10 113/15 117/5
133/2 136/24 137/15
138/1 147/8 147/23
149/10 160/9 161/13
163/7

**7**

**703-600-0819 [1]** 2/11
**725 [1]** 1/15
**7447 [1]** 2/4
**7727 [1]** 2/16
**7th [1]** 133/8

**8**

**829 [2]** 130/12 130/15
**880 [1]** 1/21
**8807 [1]** 1/22
**8:00 in [1]** 27/9

**9**

**90012 [1]** 1/19
**902 [7]** 4/11 160/24
161/1 161/3 162/2
162/21 162/24
**904 [4]** 121/23 124/7
124/14 124/19
**92101-8807 [1]** 1/22
**922 [1]** 2/15
**99 [1]** 3/13
**9:30 on [1]** 172/22

**A**

**a.m [3]** 1/5 136/10
164/21
**ability [2]** 14/4 137/22
**able [30]** 13/11 17/19
26/15 27/21 29/24
44/20 44/25 45/16
45/18 47/6 72/14 74/17
75/10 75/12 77/16
77/18 79/2 79/24 80/2
80/3 82/5 82/19 82/24
90/3 98/7 113/4 117/10
117/21 166/19 167/25
**about [112]** 7/24 12/6
12/13 13/20 15/5 17/20
22/3 29/5 32/19 33/8
33/10 34/3 34/6 34/7
34/12 35/3 37/25 38/21
39/20 42/13 43/24
45/24 46/24 48/22 53/8
54/4 54/9 54/12 55/22
56/11 56/16 57/7 59/8
60/10 60/16 63/5 63/19
63/23 64/21 69/17 73/4
73/16 74/18 75/3 75/7
77/23 79/20 79/23
81/14 85/19 93/7
103/18 103/19 104/4
106/16 109/9 111/9
111/14 113/11 114/11
114/13 114/18 117/7
118/7 121/7 123/17
125/4 131/17 135/16
136/6 136/15 136/16

**137/8 137/9 137/13**
139/9 139/17 140/24
145/6 145/21 149/19
151/18 156/6 159/5
159/22 159/22 160/2
160/20 162/14 163/6
163/9 163/10 163/19
164/4 165/18 167/2
167/20 169/6 169/14
169/19 170/7 170/7
170/8 170/9 170/14
170/23 170/23 170/25
171/2 171/3 171/21
172/1
**above [4]** 103/21
144/25 145/1 174/5
**above-entitled [1]**
174/5
**absolutely [7]** 17/17
86/18 91/16 137/6
139/17 159/14 163/5
**abundance [1]** 47/14
**abundantly [1]** 141/1
**academy [1]** 139/12
**access [11]** 10/15
10/15 10/16 11/6 18/20
18/22 29/21 29/24
76/16 142/24 168/25
**accessible [1]** 29/19
**accessing [1]** 18/21
**accounts [1]** 131/12
**accurate [8]** 55/17
56/10 145/23 152/25
153/12 158/4 171/8
174/4
**accurately [9]** 95/25
98/13 147/7 147/22
149/9 150/20 152/25
153/2 154/7
**across [1]** 53/25 92/22
143/12 143/18 143/19
144/3 144/6
**act [1]** 49/16
**acting [3]** 21/5 77/5
77/20
**Action [1]** 1/2
**actions [6]** 17/4 17/13
17/14 50/12 64/2 96/25
**activated [1]** 67/25
**active [4]** 67/6 68/12
70/1 72/20
**actual [6]** 17/17 27/22
47/9 106/17 134/14
167/23
**actually [17]** 7/16 9/8
10/25 20/10 21/9 42/5
42/24 57/4 58/21
101/15 130/9 146/23
147/15 156/24 166/21
167/25 168/1
**add [1]** 72/17
**additional [6]** 22/20
22/25 67/9 92/14 144/8
144/8
**address [3]** 166/5
168/12 172/23
**adequate [1]** 156/23
**administration [1]**

**A**

**administration... [1]** 139/24
**administrative [1]** 139/24
**admissibility [1]** 154/13
**admit [8]** 3/23 4/2 94/7 96/5 98/19 128/10 153/3 154/16
**admitted [15]** 5/10 19/5 25/10 81/11 88/10 94/11 96/7 98/22 128/13 153/6 154/17 156/11 156/17 162/22 162/23
**advance [8]** 34/15 34/25 38/11 42/2 43/6 80/7 95/5 172/1
**advancing [3]** 49/20 50/5 50/21
**advantageous [1]** 68/9
**advisory [1]** 116/14
**aerosol [1]** 144/20
**affect [1]** 11/7 14/4
**affectionately [1]** 40/4
**affixed [1]** 20/10
**after [22]** 19/13 21/24 21/24 23/16 23/16 32/21 38/15 46/11 57/10 63/9 64/21 64/21 69/11 71/25 71/25 74/9 80/13 89/7 99/4 105/12 127/18 160/17
**afternoon [13]** 49/5 49/6 52/23 52/24 58/18 58/19 58/22 58/23 60/21 99/25 114/2 131/5 131/6
**again [39]** 32/13 38/25 41/10 41/17 43/23 48/25 50/25 51/20 51/21 52/7 53/15 53/18 55/1 71/16 73/24 85/2 85/20 86/5 87/13 88/18 90/4 91/7 91/15 93/23 96/12 104/17 105/22 107/11 109/14 122/23 133/1 133/23 156/4 157/4 159/16 162/11 164/12 167/2 168/19
**against [2]** 15/19 137/20
**agent [25]** 3/15 114/5 114/11 114/16 115/14 115/15 115/20 115/24 116/3 116/5 116/9 116/14 116/18 118/8 118/14 119/21 127/9 131/5 136/25 138/12 171/12 171/12 171/12 171/13 172/10
**agents [1]** 116/15
**aggression [1]** 69/22
**aggressive [2]** 71/4 78/1
**ago [4]** 32/9 35/21 136/15 169/10

**agree [12]** 36/3 38/15 43/11 53/7 60/4 60/8 60/24 63/17 107/7 121/12 160/21 166/1
**agreed [1]** 112/8
**agreeing [2]** 121/22 122/13
**ahead [16]** 58/21 86/8 87/18 89/1 93/15 94/13 94/23 95/13 96/9 98/16 98/24 102/21 106/24 122/22 124/3 128/23
**ahold [1]** 16/18
**aided [1]** 2/22
**air [2]** 153/14 158/12
**alert [3]** 171/10 172/3 172/4
**Alexandra [1]** 1/20
**Alexandria [1]** 2/10
**all [64]** 5/2 7/13 9/6 17/18 17/23 18/14 22/20 22/22 30/21 31/3 31/16 37/18 38/7 58/15 59/11 62/21 63/15 66/14 67/13 67/16 71/10 74/22 75/5 79/8 79/9 83/5 86/24 88/7 95/8 99/5 100/3 100/16 103/15 107/11 109/18 110/18 111/1 121/11 122/2 124/12 133/18 134/25 135/11 136/7 136/8 136/12 136/16 136/19 138/8 144/3 144/22 160/17 163/17 165/23 167/14 167/14 167/25 168/11 168/21 168/25 169/1 170/1 170/19 172/24
**allegations [1]** 170/12
**alleged [1]** 116/20
**allow [2]** 10/16 11/5
**allowed [5]** 47/13 50/22 72/9 78/16 166/23
**allowing [2]** 6/14 96/21
**allows [1]** 43/6
**almost [5]** 41/5 116/6 125/18 155/15 159/25
**along [2]** 61/1 143/5
**alongside [1]** 73/21
**already [12]** 18/21 48/7 58/25 73/21 104/23 117/24 119/2 127/3 141/1 143/13 147/2 161/20
**also [23]** 9/16 33/21 43/6 44/25 46/8 49/15 55/22 59/6 64/21 67/7 92/20 109/25 112/15 127/11 127/14 128/2 129/7 129/11 129/21 144/19 146/15 167/18 171/10
**alter [1]** 162/9
**altercations [1]** 17/25
**altered [3]** 161/7 162/9 162/11

**although [3]** 48/6 136/4 165/16
**always [1]** 53/16
**am [7]** 7/25 43/7 58/24 73/16 95/11 102/13 103/18
**Amendment [1]** 109/21
**AMERICA [1]** 1/12
**amount [4]** 6/21 14/5 146/7 146/9
**analyze [1]** 166/21
**Angel [1]** 2/12
**Angeles [1]** 1/19
**angle [5]** 15/15 41/6 44/16 45/15 67/7
**angles [1]** 95/22
**angry [1]** 137/8
**another [15]** 21/1 48/6 64/23 72/1 74/7 75/11 77/13 87/3 88/4 93/24 132/24 132/25 165/11 165/12 165/13
**answer [8]** 6/23 17/12 56/2 70/21 77/2 77/15 78/8 109/17
**answered [2]** 65/1 79/19
**anticipate [1]** 30/20
**Antifa [2]** 110/11 110/22
**ants [1]** 44/18
**any [43]** 8/22 11/22 14/2 14/22 17/6 17/24 17/25 20/7 24/18 25/4 26/25 33/2 33/21 35/7 35/10 35/23 45/20 47/18 63/1 65/21 71/7 72/17 81/10 87/24 94/9 100/15 111/3 116/10 130/25 131/9 131/12 136/1 136/25 137/7 137/13 138/10 140/24 141/3 153/5 154/11 161/7 161/24 167/16
**anybody [5]** 17/25 46/23 65/8 118/15 168/10
**anyone [23]** 18/20 18/22 19/20 24/1 25/22 29/7 35/16 36/22 36/24 39/14 64/6 64/10 64/14 64/17 113/12 118/9 119/21 120/17 130/17 130/25 135/13 135/15 138/9
**anything [11]** 10/2 11/24 21/13 26/15 38/5 56/19 56/21 58/21 131/7 135/22 172/23
**anywhere [2]** 18/22 131/13
**apart [3]** 7/2 7/3 7/5
**apologies [1]** 25/2
**apologize [6]** 12/17 27/12 48/21 87/22 145/17 158/3
**appear [29]** 5/19 6/13 10/1 10/25 11/23 13/20

**appliance [3]** 48/6 16/16 26/18 39/14 50/14 52/1 64/18 85/17 91/15 92/24 95/22 103/6 129/18 129/21 130/21 150/12 151/16 155/11 161/3 161/7 161/9 161/18 161/23 165/13
**appearance [1]** 165/23
**APPEARANCES [2]** 1/12 2/1
**appeared [4]** 32/8 50/18 57/22 103/10
**appears [24]** 11/24 13/14 42/12 50/16 51/18 55/7 82/20 85/9 89/15 90/24 92/16 93/11 94/1 98/15 123/12 124/25 129/2 129/16 133/2 151/4 152/15 155/10 155/15 157/12
**appreciate [2]** 63/19 138/8
**appreciating [1]** 38/25
**appropriate [1]** 156/22
**approximate [1]** 59/10
**approximately [16]** 6/16 6/20 8/16 21/22 22/19 23/15 27/9 28/9 31/15 41/22 60/17 61/15 62/9 69/6 103/1 146/5
**apt [1]** 166/15
**are [81]** 5/13 7/1 8/15 9/25 10/12 10/15 10/22 11/22 15/3 15/5 15/24 18/11 18/23 24/3 25/15 27/21 29/9 29/14 31/23 35/7 36/14 39/2 40/17 41/14 42/11 42/16 43/9 43/11 45/8 45/10 45/21 47/17 59/3 59/15 59/22 59/24 62/9 62/17 66/10 66/22 66/24 67/11 72/24 73/17 82/21 83/3 83/7 85/16 86/5 86/12 86/14 86/16 87/13 92/14 99/25 100/1 100/23 103/17 103/21 104/12 109/25 117/7 124/9 129/25 130/5 130/11 132/5 133/6 133/7 133/17 135/6 139/2 148/24 153/24 157/24 159/13 165/1 166/4 167/19 171/19 172/5
**area [69]** 9/2 10/13 11/25 12/8 17/21 17/22 18/21 21/16 22/4 23/13 24/19 24/21 28/4 28/8 28/12 45/9 45/10 56/9 56/20 68/15 68/15 68/18 68/20 68/21 68/21 68/24 68/25 68/25 69/2 69/2 69/6 69/13 72/9 74/8 74/22

**[3]** 1/1 76/11 82/19 83/25 90/19 91/14 97/6 97/22 99/5 102/10 103/17 104/19 104/21 104/22 104/23 106/9 106/11 106/15 106/17 107/6 111/10 113/9 113/16 130/17 135/7 135/13 141/13 146/3 146/5 146/19 150/20 152/6 155/16 159/9
**areas [5]** 29/25 70/6 76/14 104/12 135/13
**argument [2]** 159/17 168/13
**arm [2]** 134/11 135/5
**armor [9]** 73/15 92/3 92/10 92/13 92/17 93/11 93/12 109/9 110/24
**arms [8]** 42/11 44/11 97/5 100/16 100/23 102/16 107/13 107/21
**around [38]** 9/8 12/18 24/19 35/5 39/9 52/2 68/3 68/4 68/21 68/21 69/9 69/13 69/13 75/17 75/18 76/10 77/13 80/2 82/21 96/20 97/5 97/5 97/20 102/20 103/1 134/23 136/24 137/18 140/21 141/11 141/17 142/7 142/18 143/8 145/20 147/8 150/21 153/19
**arrest [1]** 117/16
**arrested [4]** 130/18 135/10 135/15 135/17
**arresting [3]** 101/19 130/17 135/13
**arrests [1]** 146/16
**arrived [3]** 23/1 143/4 145/6
**art [2]** 65/18 96/24
**articulate [1]** 159/13
**as [148]** 5/21 5/21 6/7 7/21 8/2 8/2 16/19 19/5 25/6 31/21 32/1 33/5 33/14 33/14 34/9 36/14 39/6 39/12 40/4 41/2 45/21 49/16 50/16 50/17 53/10 53/10 53/22 56/21 56/21 59/11 60/5 61/12 61/19 61/19 61/21 61/21 62/3 62/4 62/12 63/20 63/20 65/16 65/17 66/4 66/22 67/1 67/1 67/13 67/13 68/7 68/16 68/16 69/20 70/7 70/24 70/24 71/8 72/24 74/17 74/22 75/1 75/17 75/17 75/22 75/22 77/20 86/23 87/19 92/25 93/10 93/19 95/1 95/20 96/1 96/24 97/19 98/11 102/17 102/17 104/1 109/23 109/24 109/24

**A**

as... [65] 109/25 110/1 113/25 115/17 116/9 116/15 116/16 116/18 116/18 116/20 116/23 116/23 117/4 121/24 126/7 127/17 127/25 127/25 128/17 129/10 129/24 131/17 131/17 131/23 134/14 134/14 134/21 137/22 137/22 138/3 138/4 138/20 139/13 139/19 139/22 139/24 140/1 140/12 140/22 146/1 146/16 146/24 147/22 149/15 156/9 158/23 159/17 159/18 160/12 161/4 162/7 162/10 162/12 163/3 163/10 164/10 164/10 168/24 169/2 169/5 169/10 169/11 169/15 169/21 172/6
ascertain [1] 167/15
Aside [1] 97/20
ask [52] 6/6 30/19 30/24 43/8 48/8 68/17 70/16 79/4 80/14 80/16 81/9 81/14 82/8 86/24 87/23 91/7 93/20 95/5 95/11 96/25 97/25 98/1 98/11 98/12 102/4 115/24 118/8 119/15 119/17 120/10 120/13 121/9 122/1 124/7 128/17 128/18 129/10 139/15 156/5 157/5 159/22 160/1 160/22 162/13 164/12 169/13 171/20 172/2 172/13
asked [28] 33/8 34/2 34/5 34/7 34/12 39/19 40/3 48/18 48/22 55/24 63/5 63/8 64/21 64/25 76/5 79/19 81/22 83/24 107/21 132/23 137/14 161/20 167/6 167/22 169/9 169/19 170/6 170/24
asking [12] 35/3 47/17 58/2 101/21 102/1 102/4 106/14 115/3 165/1 167/8 168/1 169/23
asks [1] 132/5
assault [5] 65/6 65/16 107/20 107/23 116/21
assaulted [2] 78/10 84/17
assaulting [8] 83/14 96/20 96/23 97/4 106/12 107/3 107/8 137/18
assaultive [3] 97/17 97/19 107/18
assessment [1] 140/5
assets [1] 78/25

assigned [7] 49/7 66/23 68/6 68/18 68/23 116/8 140/10
assignment [7] 67/18 67/19 67/23 69/5 70/1 116/7 140/2
assignments [4] 67/14 67/15 72/2 72/10
assist [5] 27/2 90/3 109/23 142/13 142/15
assistance [2] 22/23 72/8
assisted [8] 75/14 78/25 82/6 90/1 90/2 112/8 112/17 113/4
assisting [4] 36/22 36/24 108/15 108/16
associates [1] 116/23
assume [1] 167/13
assumed [1] 48/22
assuming [5] 43/11 77/22 134/18 163/15 165/24
attachment [2] 132/24 132/25
attack [1] 110/16
attacked [1] 24/21
attacks [1] 24/18
attempt [2] 18/22 131/9
attempted [1] 64/15
attempting [3] 90/19 102/9 142/23
attempts [1] 137/20
attendance [3] 17/1 17/2 67/14
attention [14] 5/23 6/6 12/22 14/19 38/8 41/24 58/24 60/19 148/6 155/4 156/3 156/8 159/10 164/16
attorney [1] 51/10
attorneys [4] 1/14 1/17 1/21 171/25
audience [1] 82/9
audio [2] 37/4 56/8
AUGUSTINE [5] 3/19 138/16 138/18 138/23 139/1
authenticated [1] 156/16
authenticity [2] 25/7 73/25
authored [1] 130/22
authorization [1] 70/1
Avenue [9] 2/6 2/15 2/19 5/14 32/11 142/19 143/8 143/15 146/15
aware [4] 8/2 55/11 142/22 161/8
away [17] 15/2 47/8 47/10 47/21 50/15 51/15 52/8 52/13 52/15 54/22 54/23 54/24 55/6 57/24 58/9 64/15 72/21

**B**

back [87] 12/1 13/5 13/11 14/2 14/2 14/4

16/4 16/19 18/16 18/16 19/13 19/14 29/4 42/23 43/23 45/1 45/7 45/9 46/10 46/16 46/20 47/3 48/6 48/11 52/5 52/8 53/11 53/12 53/16 54/11 54/24 57/25 60/19 64/11 64/15 69/9 73/9 82/4 83/9 85/19 88/17 88/17 91/23 92/18 93/5 93/6 100/3 101/8 101/19 101/22 102/8 102/19 104/6 104/23 105/22 105/23 106/21 106/21 107/12 108/10 108/14 119/16 121/7 122/21 122/23 123/17 125/3 134/2 134/4 134/19 139/21 144/3 146/8 149/12 152/6 163/18 163/21 165/15 166/7 169/24 170/3 170/4 170/6 170/15 170/23 171/3 171/8
background [3] 82/20 118/2 141/4
backing [4] 106/9 106/10 106/14 106/22
backpack [1] 15/6
backside [2] 104/3 104/5
backwards [7] 14/3 50/15 50/19 51/19 54/1 55/11 106/20
bad [5] 15/18 64/3 133/4 135/4 135/19
ballistics [1] 144/18
Bankruptcy [1] 2/19
barricade [17] 32/2 32/12 33/15 38/16 38/17 39/1 39/7 39/10 39/12 39/15 40/8 40/11 40/20 43/21 44/9 44/12 45/24
Barricaded [1] 67/6
barricades [6] 8/6 40/17 40/23 42/9 45/20 45/23
barriers [3] 49/10 49/10 142/3
baseball [1] 16/13
based [8] 31/21 98/6 101/17 101/17 125/22 126/6 129/5 141/1
basically [18] 11/10 18/12 23/11 49/19 70/22 75/12 76/4 76/11 78/9 81/20 83/9 83/10 92/17 104/22 107/8 112/6 113/4 144/2
Basis [2] 17/8 141/22
be [113] 10/1 10/25 11/2 11/9 11/9 11/10 11/23 13/11 13/20 16/16 17/19 28/9 31/1 39/22 41/4 41/7 44/20 44/25 45/16 45/18 46/7

46/20 47/6 47/16 48/10 15 52/2 56/10 57/22 60/16 64/18 68/6 68/15 68/18 68/19 68/23 69/5 73/18 74/17 78/3 78/16 82/14 85/9 85/17 90/4 90/19 90/24 92/2 92/3 92/4 93/11 94/1 101/21 102/4 103/6 103/10 103/16 105/19 113/10 113/16 114/3 117/21 123/12 124/8 124/10 124/25 126/7 126/11 127/23 129/2 129/16 129/18 129/21 130/3 130/6 130/21 133/2 134/19 134/21 136/16 137/12 138/6 141/1 143/8 146/2 146/23 148/12 150/12 151/4 151/16 154/17 155/10 155/14 155/15 161/2 161/3 161/10 161/18 163/15 164/24 164/25 165/9 165/17 169/21 170/1 170/11 170/15 170/18 171/11 171/17 171/17 172/7 172/10 172/19
Bear [1] 58/20
beard [2] 92/25 119/9
bearded [1] 85/9
beards [1] 85/17
beautiful [1] 165/16
became [1] 71/4
because [38] 7/16 11/9 15/18 15/25 16/1 16/25 17/17 30/15 40/17 41/1 44/15 45/6 47/2 47/14 55/16 60/12 70/14 79/8 83/14 87/4 105/5 106/8 107/2 113/10 118/1 132/20 134/1 134/9 140/23 145/11 164/2 165/3 165/16 167/9 170/2 170/10 171/8 171/22
become [3] 109/11 109/19 109/20
becomes [1] 171/6
been [66] 5/18 5/19 8/3 19/4 19/11 19/15 21/23 25/3 27/24 35/6 43/21 45/6 45/13 49/10 58/8 66/3 66/15 66/16 66/18 66/19 67/18 70/15 73/9 79/20 85/16 86/23 87/19 92/12 93/19 95/1 98/11 104/23 110/2 110/5 110/6 110/9 110/10 110/11 110/15 110/18 114/13 114/16 115/16 116/5 117/22 118/1 127/18 129/24 130/3 130/21 134/1 136/18 137/4 138/19 139/4 149/21 152/23 160/18 161/7 161/9

161/23 162/8 164/19 166/12 167/14 168/24
before [34] 1/17 21/13 26/8 30/4 31/1 31/9 31/12 34/22 35/1 35/5 35/10 42/4 42/18 46/12 48/22 64/5 73/9 79/11 89/9 89/25 90/4 98/1 102/14 103/15 107/11 141/18 144/15 157/13 164/1 171/24 172/1
began [3] 36/11 71/5 86/19
begin [1] 5/2
beginning [6] 10/14 23/11 120/19 135/14 149/12 172/7
Begrudgingly [1] 90/12
begun [4] 27/6 27/8 27/9 48/7
behind [11] 14/5 14/9 18/12 36/11 45/18 65/8 76/3 113/11 143/16 150/25 166/22
being [49] 9/7 12/11 17/1 22/16 23/3 23/13 34/3 34/5 34/9 34/12 53/16 56/20 57/24 72/6 74/11 82/24 84/13 84/15 84/17 85/2 86/5 90/11 91/3 91/6 91/15 92/13 96/16 96/18 97/3 97/17 97/19 97/21 104/18 105/24 106/5 137/8 140/12 140/15 145/9 146/16 147/10 155/14 161/11 163/6 165/19 169/20 170/7 170/9 171/3
belated [1] 65/15
beliefs [1] 17/23
believe [28] 8/1 21/10 35/17 35/24 40/3 62/21 70/7 88/3 88/4 119/11 120/4 128/3 129/20 129/25 130/5 130/10 131/24 132/2 143/11 144/20 147/6 147/20 150/23 152/13 169/3 169/22 170/5 170/16
belonged [1] 78/3
below [2] 20/1 30/10
bench [2] 1/10 159/20
beneficial [1] 127/23
benefit [1] 42/23
BENJAMIN [1] 1/7
bent [1] 41/2
besides [3] 131/1 131/7 152/24
best [1] 82/2
better [1] 134/10
between [7] 10/2 11/24 20/7 28/1 28/4 42/8 107/7
beyond [1] 144/6
bicycle [1] 44/12

**B**

**big [4]** 68/15 113/12 132/5 134/22
**bigger [8]** 42/7 61/13 61/13 61/13 61/17 61/21 144/20 166/20
**bike [57]** 5/17 6/5 6/14 6/17 7/1 8/11 8/14 8/15 9/9 9/11 9/15 9/19 9/20 9/22 9/23 9/25 10/9 10/14 10/22 11/3 11/7 11/18 11/19 12/7 12/11 12/14 13/2 13/6 13/9 13/20 14/25 15/20 25/25 39/17 44/14 44/15 49/13 49/17 49/23 49/25 50/1 50/9 54/20 56/15 59/6 59/8 59/14 59/15 59/19 60/1 60/5 62/9 63/9 64/9 64/10 64/17 64/22
**bit [29]** 7/8 11/17 15/23 22/9 31/23 42/7 44/17 57/14 62/6 71/16 89/25 95/3 112/6 112/16 112/19 113/5 120/18 122/22 135/7 139/9 139/15 145/5 151/9 154/6 154/14 155/7 158/9 164/13 172/22
**Bittersweet [1]** 133/12
**black [18]** 15/9 16/13 25/15 26/2 50/9 50/11 50/14 52/1 54/16 68/24 69/13 73/10 89/25 92/3 92/22 93/12 110/11 134/22
**blocks [1]** 109/18
**blue [11]** 5/24 12/23 20/1 29/1 73/7 92/2 92/4 92/15 93/12 109/8 130/5
**blurry [1]** 122/22
**BLYTHE [47]** 1/7 2/14 46/24 62/24 94/10 95/8 99/20 108/9 108/12 114/10 116/12 116/20 116/24 117/12 117/18 118/16 119/4 119/11 119/23 119/25 121/3 121/4 121/14 122/8 123/3 123/7 123/20 124/19 125/9 125/9 125/22 126/4 126/7 126/15 127/12 129/25 130/22 131/9 131/12 131/22 132/9 133/5 134/1 134/18 137/7 138/5 171/19
**Blythe's [6]** 114/20 127/20 128/8 131/7 136/13 137/1
**board [8]** 151/19 153/15 157/13 158/13 158/23 159/25 160/11 160/14
**body [36]** 25/8 32/14 35/20 35/23 73/15

73/19 73/22 80/6 80/10 80/11 80/24 80/25 81/4 86/25 88/1 88/5 88/8 92/3 92/10 92/13 92/17 93/11 93/12 93/22 93/24 97/21 98/6 109/8 152/14 152/16 153/19 154/1 154/13 154/16 156/11 156/12 156/19
**body-cam [2]** 25/8 32/14
**body-camera [1]** 156/19
**body-worn [23]** 35/20 35/23 73/19 73/22 80/10 80/11 80/24 80/25 81/4 86/25 88/1 88/5 88/8 93/22 93/24 98/6 152/14 152/16 153/19 154/1 154/13 154/16 156/11
**bond [1]** 46/24
**book [1]** 42/7
**botanical [1]** 72/12
**both [5]** 17/1 116/18 133/16 133/17 166/18
**bottom [8]** 11/18 18/9 28/19 28/25 59/19 60/15 103/20 161/12
**brace [1]** 113/4
**Brady [1]** 169/2
**branch [2]** 140/2 140/5
**BRAND [1]** 2/2
**breach [7]** 17/18 19/13 21/24 21/25 23/16 53/13 56/14
**breached [7]** 5/18 5/21 7/17 8/3 15/25 25/25 43/21
**breaching [1]** 53/9
**break [6]** 7/8 30/15 30/25 46/7 46/13 114/2
**breaking [3]** 69/23 71/5 142/3
**Brennwald [9]** 2/14 2/15 3/13 3/17 166/16 166/19 166/23 167/6 171/18
**Brennwald's [1]** 167/7
**bridge [1]** 70/18
**brief [1]** 31/3
**briefly [12]** 10/5 14/12 20/11 22/12 25/20 26/6 28/5 28/8 28/16 57/5 111/4 168/12
**bringing [2]** 5/9 168/19
**broke [3]** 16/1 114/9 136/5
**brought [1]** 164/16
**Brunwin [3]** 1/17 3/12 3/16
**build [1]** 103/10
**building [21]** 19/1 24/14 26/24 27/1 27/25 28/1 28/3 28/3 29/23 47/10 62/16 75/14 75/16 75/25 76/2 77/20 83/10 98/3 141/15

80/11 80/24 80/6 80/16
86/25 88/1 88/5 88/8
92/3 92/10 92/13 92/17
**built [1]** 9/7
**bullets [2]** 72/24 135/5
**bullhorn [1]** 57/20

**C**

**CA [2]** 1/19 1/22
**cab [1]** 72/21
**call [15]** 65/23 65/24 69/11 70/22 71/7 72/1 72/4 72/8 114/5 115/13 138/16 142/16 142/17 144/1 162/12
**call-outs [1]** 71/7
**called [3]** 74/12 109/8 109/11
**calling [2]** 54/8 171/11
**calls [4]** 17/9 26/23 69/24 84/9
**cam [2]** 25/8 32/14
**came [13]** 43/20 50/1 50/8 61/22 68/1 68/3 75/14 75/15 114/12 114/14 142/2 143/9 170/19
**camera [29]** 35/20 35/23 42/24 43/6 45/14 73/19 73/22 80/10 80/11 80/24 80/25 81/4 87/1 88/1 88/5 88/8 93/22 93/24 98/7 101/18 152/14 152/16 153/19 154/1 154/13 154/16 156/11 156/12 156/19
**camo [1]** 16/10
**camouflage [28]** 14/20 16/9 85/10 89/5 89/7 89/8 89/9 89/10 89/10 90/18 90/21 93/1 94/20 96/13 102/15 103/8 105/18 113/20 118/22 120/4 120/25 121/12 122/11 123/25 125/1 125/16 126/3 126/21 **campus [1]** 16/21
**can [234]**
**can't [10]** 33/25 40/20 42/3 46/15 48/9 48/16 75/2 88/23 97/6 131/14
**Candidly [1]** 46/6
**canister [1]** 149/3
**capable [1]** 160/19
**capital [3]** 47/7 47/9 47/9
**Capitol [83]** 9/8 11/4 16/20 19/1 19/10 22/22 22/23 23/10 26/24 27/3 28/2 29/22 31/21 42/24 47/8 47/9 47/10 47/21 68/22 69/20 69/21 70/24 71/4 71/6 71/22 72/5 72/10 72/16 72/16 74/6 74/14 74/15 74/24 75/1 75/11 75/13 75/18 75/20 75/21 75/25 76/2 76/5 76/15 76/16 76/22 77/16 77/20 78/4 78/16

84/1 95/25 97/13 98/3 98/7 98/13 99/6 116/24 117/1 117/2 129/3 133/4 133/15 141/15 142/3 142/10 142/12 142/14 142/19 142/21 142/25 143/4 143/5 143/10 143/10 143/13 143/17 143/18 146/5 146/10
**captain [14]** 3/19 72/5 81/22 138/16 138/18 138/23 139/8 139/23 139/25 140/1 140/9 145/1 159/21 163/25
**capture [1]** 6/13
**captured [1]** 42/25
**car [4]** 142/18 142/18 143/9 143/11
**care [2]** 82/11 137/24
**career [3]** 139/10 139/22 163/11
**Caroline [2]** 169/6 169/14
**carrier [4]** 92/3 92/4 92/15 93/12
**carry [1]** 144/21
**carrying [1]** 149/3
**case [12]** 48/7 114/11 114/16 116/11 116/15 116/18 117/8 137/19 157/3 159/17 165/14 170/10
**cases [3]** 165/9 165/11 165/20
**CAT [1]** 72/20
**cause [1]** 163/10
**causes [1]** 135/20
**caution [1]** 47/15
**caveat [1]** 44/17
**CCTV [4]** 42/24 43/6 162/3 162/4
**CDU [13]** 67/9 70/2 71/21 74/9 78/21 109/11 109/19 109/20 109/25 110/1 144/1 144/18 149/2
**cell [6]** 127/15 127/20 128/8 129/1 130/10 151/17
**cellular [1]** 129/11
**center [12]** 10/16 12/23 89/16 94/6 120/25 122/12 123/24 145/19 145/21 148/3 150/9 154/24
**central [1]** 134/5
**certain [1]** 76/12
**certainly [1]** 164/11
**certification [4]** 17/2 137/2 137/21 138/1
**certify [2]** 137/15 174/3
**cetera [1]** 167/4
**chain [1]** 8/15
**challenge [1]** 165/10
**chance [1]** 157/3
**change [7]** 13/23 69/17

70/1 71/9 72/2 72/9 72/17
**changed [3]** 69/14 74/9 161/23
**chants [3]** 56/18 56/21 61/24
**chaotic [1]** 75/19
**characterization [2]** 41/8 96/23
**characterize [2]** 97/19 113/1
**characterized [2]** 34/9 65/16
**charges [1]** 141/3
**CHASE [1]** 1/7
**cheaper [1]** 47/2
**check [1]** 40/14
**chemical [3]** 24/24 152/22 152/23
**chest [1]** 92/23
**chief [1]** 139/23
**child's [1]** 42/7
**Christmas [1]** 11/5
**Christopher [1]** 1/17
**circle [24]** 5/14 9/18 10/12 19/24 32/3 32/10 32/11 32/17 34/10 34/13 39/17 45/24 49/8 49/11 53/9 56/15 63/6 85/14 87/6 90/20 118/19 124/21 150/5 156/7
**circled [24]** 9/22 18/8 19/25 24/5 28/11 87/10 89/15 90/24 94/5 100/10 118/21 120/23 120/24 122/11 123/11 123/24 124/24 125/15 126/3 126/20 145/19 148/3 149/2 150/9
**circling [5]** 28/8 28/17 150/24 154/24 159/9
**circumstances [1]** 137/18
**city [2]** 68/17 110/3
**city's [1]** 66/24
**citywide [1]** 140/4
**civil [8]** 67/10 70/2 71/14 109/15 109/19 110/14 144/19 170/10
**civilians [7]** 75/15 75/18 75/23 76/3 76/10 78/25 99/5
**claim [1]** 167/17
**clarification [1]** 88/3
**clarify [2]** 155/18 172/9
**clarity [1]** 161/10
**clear [15]** 44/16 81/23 81/25 83/4 83/8 83/10 83/24 86/14 96/25 102/9 105/2 113/9 115/5 122/24 141/1
**clearing [6]** 75/14 78/25 99/4 111/10 112/6 112/7
**clearly [2]** 44/19 82/19
**client [5]** 168/1 168/3 168/9 168/22 172/6

**C**

client's [2] 168/20 168/20
clients [1] 140/25
climb [1] 142/24
climbing [1] 29/15
clinch [1] 50/2
clinched [1] 50/10
clinching [2] 51/19 52/2
clip [6] 41/1 41/1 42/6 108/3 161/18 162/5
close [3] 9/6 24/14 113/3
closed [3] 11/11 17/22 17/22
closer [4] 27/25 27/25 68/22 71/18
closest [1] 11/19 13/3 74/13
closing [2] 164/10 165/21
closings [1] 165/3
cloth [2] 92/17 92/20
clothing [2] 73/4 121/12
clutch [1] 64/22
co [6] 116/15 116/18 167/10 168/25 169/1 169/3
co-case [2] 116/15 116/18
co-defendant [2] 169/1 169/3
co-defendant's [1] 167/10
co-defendants' [1] 168/25
COBB [1] 1/10
cognizant [1] 14/10
collapses [1] 39/7
colleague [1] 44/24
colleagues [3] 43/18 43/20 163/23
collectively [1] 27/1
color [3] 42/15 42/16 73/9
colored [4] 42/17 42/18 44/6 45/22
COLUMBIA [1] 1/1
column [2] 29/12 29/19
come [18] 6/15 43/18 44/23 45/21 46/10 46/16 57/11 76/12 92/15 99/22 133/22 163/21 165/11 165/13 170/19
comes [2] 11/19 49/22
coming [8] 14/2 14/25 15/7 37/11 118/8 140/23 145/7 170/23
commander [1] 140/2
compare [1] 162/14
compared [1] 117/13
competent [1] 159/18
complaining [2] 167/20 168/7

complaint [1] 97/3
completely [1] 113/6
compliant [10] 90/11 96/16 96/18 97/21 112/9 112/20 113/5 113/17 113/19 113/21
complies [16] 28/10 29/10 87/8 90/22 92/7 94/3 118/20 120/1 120/22 122/9 124/22 125/13 126/1 126/18 150/7 157/25
computer [3] 2/22 37/6 127/19
computer-aided [1] 2/22
Con't [1] 3/4
concern [7] 16/25 17/19 17/20 46/23 65/9 165/15 165/18
concerns [1] 163/4
concluded [1] 173/1
concluding [1] 30/4
concussion [1] 135/6
concussions [1] 163/11
conduct [1] 96/19
conducted [3] 116/21 117/16 119/2
conducting [1] 116/22
confident [1] 169/15
configuration [1] 11/7
configured [1] 11/2
confirm [1] 50/25
confirmed [1] 63/11
conflict [4] 110/11 164/17 165/8 166/4
connected [6] 9/11 9/14 9/15 9/16 11/22 40/18
connection [1] 128/4
considerable [1] 146/8
considering [2] 65/17 96/24
consistent [8] 26/18 66/25 151/4 151/6 155/11 161/5 161/10 161/13
conspiracy [1] 168/24
Constitution [3] 2/19 72/14 72/15
construction [1] 23/11
Cont'd [1] 5/4
contact [1] 63/12
contained [2] 167/10 167/24
container [1] 144/20
contents [2] 127/20 127/22
contesting [1] 121/21
context [2] 63/18 171/6
continue [11] 26/4 26/11 29/2 65/6 86/20 90/7 91/8 93/3 119/16 124/11 125/17
CONTINUED [2] 2/1 4/1
continues [1] 62/16

continuity [1] 140/3
continuous [1] 91/18
control [4] 21/3 24/9 49/16 83/18
contusion [1] 134/23
converged [1] 56/20
cooperative [5] 84/13 84/15 86/5 91/3 91/4
coordinating [1] 67/15
cops [4] 130/18 135/6 135/17 135/19
corner [3] 11/19 18/9 43/1
correct [142] 25/8 25/9 29/13 32/7 35/18 35/22 36/1 36/12 36/13 36/18 36/19 38/17 38/18 38/19 38/20 38/23 38/24 39/2 39/3 39/4 39/5 39/7 39/8 39/10 40/12 40/25 41/3 41/15 41/16 43/11 43/22 44/10 45/12 49/8 49/9 49/11 49/12 50/19 50/20 52/5 53/22 55/10 55/18 58/10 59/6 59/7 59/12 59/13 59/17 59/18 59/20 59/21 59/22 59/23 59/25 60/2 60/6 60/7 60/11 60/13 60/14 60/21 60/22 61/3 61/4 61/6 61/13 61/17 61/18 61/20 62/1 62/4 62/14 62/15 62/19 73/17 87/12 87/14 96/4 98/4 101/15 101/16 102/16 102/19 103/21 104/1 104/2 104/5 104/10 104/11 104/13 104/16 104/20 104/24 105/2 105/3 105/7 107/9 107/10 107/14 108/14 109/16 110/3 110/4 110/7 110/12 110/17 110/19 110/24 111/18 112/11 112/14 112/17 113/18 117/6 117/8 117/20 117/23 126/7 126/8 126/9 128/9 129/2 129/5 129/6 129/17 129/19 130/23 132/6 132/7 132/14 132/24 133/10 133/23 133/24 136/11 137/21 138/2 138/3 144/11 149/5 162/7
correctly [1] 101/13
could [50] 7/22 14/1 14/3 21/2 22/10 23/6 25/20 27/15 27/16 28/5 28/8 30/5 30/19 40/24 52/9 52/25 54/4 54/11 55/19 57/4 57/13 57/24 58/2 69/1 71/16 73/16 74/13 76/12 76/14 86/3 92/21 93/6 103/13 121/22 127/1 131/18 134/13 136/18 147/12

correctly [147] 49/22 151/20
158/6 159/5 160/3 160/16 163/10 163/11 163/12 168/12
couldn't [11] 14/1 14/6 40/23 40/23 40/25 49/17 75/9 86/4 104/10 166/21 167/1
counsel [9] 46/10 114/10 114/13 114/20 119/8 121/15 122/13 171/11 172/5
count [2] 41/22 78/20
counterassault [1] 68/11
counterpart [1] 140/17
counting [1] 84/7
country [2] 63/22 64/4
couple [15] 35/6 35/10 39/20 67/8 68/22 77/12 80/14 85/16 98/1 103/2 109/17 122/22 124/3 164/1 168/13
couple-part [1] 109/17
course [7] 45/17 69/14 110/6 117/15 117/16 131/11 164/10
court [30] 1/1 2/18 31/19 31/20 34/21 47/17 50/25 115/1 117/22 122/3 124/9 132/18 137/24 138/24 139/9 143/4 160/19 164/20 165/18 166/17 166/17 167/13 167/19 169/14 169/15 170/20 171/10 172/4 172/13 174/9
court's [4] 27/10 31/3 37/6 168/14
courthouse [2] 1/18 165/16
courtroom [4] 59/16 119/5 120/7 121/5
covered [3] 144/7 145/21 148/14
covering [2] 25/15 150/13
created [3] 162/11 162/13 167/3
criminal [2] 1/2 31/19
criteria [2] 67/16 67/16
critical [1] 67/6
cross [29] 3/5 3/6 3/7 3/8 3/13 3/17 29/21 30/18 31/4 46/4 46/7 49/3 52/19 52/21 58/12 58/14 62/24 62/25 70/18 99/11 99/23
cross-examination [26] 3/5 3/6 3/7 3/8 3/13 3/17 30/18 31/4 46/4 46/7 49/3 52/19 52/21 58/12 58/14 62/24 62/25 99/11 99/23

147/11 130/25 131/3 138/9 163/15 170/20 171/7
crossed [2] 12/8 12/15
crowd [52] 5/21 6/15 7/16 12/8 24/15 24/16 29/24 30/10 30/11 30/11 33/18 36/1 36/11 36/22 36/24 39/15 49/16 55/24 56/4 56/19 56/20 56/23 57/18 61/5 61/13 61/17 61/21 61/22 61/24 61/25 62/3 62/3 62/8 62/12 62/16 65/8 65/10 69/1 69/3 83/14 130/18 132/5 141/10 141/12 141/14 141/15 141/20 141/23 144/3 144/8 144/9 163/6
crowds [1] 71/3
cruiser [2] 70/24 70/24
CRUZ [31] 3/3 5/6 8/9 10/9 10/22 16/19 19/8 21/16 23/6 25/13 25/22 26/8 26/15 26/21 27/21 31/7 31/8 37/20 42/3 44/12 45/21 46/19 49/5 51/5 52/17 52/23 58/18 63/5 65/15 65/19 114/11
Cts [1] 2/19
cumulative [1] 141/2
Curcio [2] 171/13 172/10
curfew [2] 48/2 48/3
curious [1] 133/3 135/22
current [4] 66/17 66/19 116/7 139/7
currently [5] 15/17 66/23 66/24 116/8 140/2
curved [1] 143/16

**D**

D-A-V-I-D [1] 139/1
D.C [2] 31/19 47/13
Dallas [5] 47/3 48/1 116/3 134/2 134/4
dark [1] 73/7
data [1] 167/2
date [5] 32/25 67/22 98/14 136/24 174/8
DAVID [6] 3/3 3/19 114/11 138/16 138/18 139/1
Davidson [1] 54/17
day [65] 1/10 8/22 11/10 16/20 16/22 16/23 16/24 16/25 17/6 17/16 19/11 21/23 26/22 27/4 27/6 27/8 33/8 33/11 33/20 33/21 36/23 42/14 42/18 44/19 49/8 55/25 56/17 56/23 59/14 63/18 63/20 63/23 64/3 64/8

**D**

**day... [31]** 64/12 64/19 67/23 67/24 68/10 68/11 69/4 69/7 69/17 81/2 81/6 83/16 97/8 99/3 99/8 127/1 133/8 137/20 140/8 140/11 140/17 141/11 145/8 145/9 152/21 160/2 163/14 165/1 165/5 165/6 172/1
**days [3]** 32/21 34/24 42/4
**DC [6]** 1/8 1/15 2/3 2/7 2/16 2/20
**dcd.uscourts.gov [1]** 2/20
**dead [1]** 108/12
**decide [1]** 107/9
**decided [2]** 69/2 82/2
**decision [3]** 27/1 171/23 171/24
**deescalate [1]** 21/2
**defend [1]** 142/13
**defendant [21]** 117/8 117/10 117/12 117/18 119/11 119/23 119/25 122/1 125/9 126/15 127/11 127/11 128/7 129/18 130/4 130/22 137/24 165/12 168/16 169/1 169/3
**defendant's [5]** 127/15 129/1 129/11 130/3 167/10
**defendants [4]** 1/8 116/11 142/1 171/19
**defendants' [1]** 168/25
**defense [12]** 3/2 65/21 113/25 114/13 119/8 165/9 165/11 165/14 165/20 171/11 171/17 172/4
**definitely [4]** 24/16 104/9 111/18 137/5
**Deft [5]** 2/2 2/5 2/8 2/12 2/14
**degree [1]** 41/5
**demonstrations [3]** 109/20 110/2 110/6
**demonstrative [1]** 74/23
**demoralized [2]** 171/1 171/2
**deniability [1]** 76/12
**denied [4]** 70/3 70/17 70/23 72/3
**denim [8]** 148/4 150/3 150/9 151/13 151/24 155/5 157/12 160/10
**deny [1]** 76/12
**department [12]** 22/24 65/25 66/11 66/12 66/15 138/17 139/3 139/5 140/9 140/15 151/5 163/4
**Departments [1]** 144/22

**depending [2]** 68/10 68/14
**Depends [1]** 63/18
**depict [7]** 147/7 147/22 149/9 150/20 152/25 154/3 154/7
**depicted [2]** 127/2 156/14
**depicts [1]** 98/13
**deploy [2]** 71/13 71/21
**deployed [4]** 68/6 69/2 146/17 152/23
**deployment [1]** 149/6
**describe [14]** 9/5 10/22 15/17 22/25 24/8 24/11 24/15 89/22 92/10 96/19 97/4 127/17 145/5 156/9
**described [6]** 69/5 79/11 92/6 94/19 96/13 98/6
**describing [1]** 26/2
**designation [1]** 73/8
**desire [3]** 137/1 137/20 137/25
**desktop [1]** 21/11
**detailed [3]** 140/4 140/11 140/12
**detective [1]** 139/19
**determination [1]** 160/20
**device [1]** 168/17
**devices [3]** 166/13 167/14 167/16
**dictate [1]** 70/7
**dictates [1]** 68/14
**did [118]** 6/21 8/22 12/18 13/3 13/23 14/4 15/7 16/19 22/17 22/20 22/21 22/23 24/18 26/18 27/7 29/17 32/9 33/17 33/18 35/3 38/3 38/5 43/17 43/23 50/13 51/18 52/11 55/13 64/10 64/17 65/1 67/23 68/5 69/7 69/17 72/4 72/11 72/17 72/19 74/5 75/10 75/16 78/12 78/23 80/6 86/18 88/14 88/22 99/8 103/6 106/3 106/4 108/7 113/10 116/16 116/18 117/12 120/18 123/3 123/4 123/5 126/11 127/13 127/14 127/16 127/17 127/24 128/2 128/6 131/7 131/8 131/9 131/10 131/11 131/14 131/16 133/15 133/22 135/10 135/18 136/8 136/12 136/13 136/13 136/19 136/19 136/21 136/22 136/25 137/7 137/10 137/13 138/6 138/6 141/8 141/14 142/9 142/12 145/15 145/20 145/25 146/3 146/4 146/18 148/10

**depending [2]** 68/10 68/14
**didn't [36]** 14/8 14/8 15/22 18/15 18/20 26/25 40/14 41/25 44/14 48/15 54/25 55/14 61/22 64/18 65/5 65/6 65/7 65/8 79/8 83/15 90/2 102/4 106/8 113/2 113/12 114/14 115/10 131/14 137/24 145/14 169/24 170/3 170/3 170/11 170/4 171/7
**died [1]** 135/20
**Diego [1]** 1/22
**difference [1]** 107/7
**different [15]** 15/14 73/6 73/8 76/13 79/14 87/16 95/22 110/18 110/19 110/19 135/7 140/15 149/6 150/21 152/22
**differently [2]** 11/2 113/8
**difficult [12]** 11/17 15/21 17/6 17/13 17/15 71/23 79/4 79/7 97/8 112/4 112/16 168/19
**dire [4]** 24/9 24/11 24/12 72/8
**direct [24]** 3/4 3/12 3/16 3/20 5/4 5/23 6/6 12/22 14/19 38/8 41/24 53/3 53/8 55/8 58/24 66/5 115/18 138/21 148/6 155/2 156/8 156/22 159/9 160/1
**directed [1]** 56/4
**directing [3]** 60/19 155/4 156/3
**direction [11]** 43/13 45/13 50/22 54/1 148/10 148/12 152/4 152/5 155/7 155/8 155/11
**directions [1]** 91/12
**directly [5]** 39/6 55/17 146/21 158/20 159/24
**disagree [4]** 33/2 41/8 63/24 64/1
**discovery [1]** 70/16
**discrete [1]** 170/23
**discuss [1]** 46/19
**discussed [4]** 15/14 17/5 137/8 157/13
**discussing [7]** 5/8 12/2 27/24 44/23 45/6 148/13 158/13
**disperse [1]** 84/16
**display [1]** 21/13
**displayed [1]** 127/5
**dispute [1]** 45/20
**distance [2]** 60/9 73/16
**distinctive [2]** 56/11

**56/16
**distress [1]** 170/11
**district [9]** 1/1 1/1 1/11 2/19 139/11 139/13 139/25 140/1 140/10
**disturbance [6]** 67/10 70/2 71/14 109/15 109/19 110/15
**division [6]** 67/8 68/8 109/24 139/20 140/11 140/13
**DMV [1]** 117/13
**do [248]**
**dodge [1]** 160/13
**dodged [2]** 158/21 158/22
**does [35]** 6/13 11/7 13/20 45/15 52/13 85/2 85/4 85/17 85/18 90/12 91/15 92/24 95/22 95/25 129/21 129/22 130/21 133/16 147/7 147/22 149/9 150/12 150/20 151/16 152/25 154/3 154/6 155/11 160/14 161/3 161/7 161/9 161/18 161/23 165/2
**doesn't [11]** 5/19 10/1 39/14 46/23 54/19 129/18 157/1 163/20 164/23 168/7 169/9
**doing [25]** 6/9 6/24 13/1 16/16 17/18 18/11 20/19 29/14 41/2 69/11 97/4 97/7 97/18 100/2 105/4 106/14 107/21 107/23 109/2 133/7 133/12 133/12 150/12 165/20 169/21
**DOJ [1]** 1/21
**domestic [3]** 67/9 71/12 71/20
**domino [1]** 64/3
**don't [78]** 7/7 10/25 11/23 18/21 21/10 21/11 31/1 32/15 32/25 33/7 33/19 33/22 34/2 34/4 34/11 34/12 34/14 35/24 45/20 46/13 46/19 48/23 50/12 56/18 56/21 58/20 64/6 64/8 64/12 64/13 64/16 64/19 64/20 69/19 71/10 74/1 74/1 88/15 89/7 96/25 99/9 101/20 101/22 109/3 111/19 113/9 114/2 124/7 129/20 131/14 132/9 132/20 133/25 134/3 134/4 135/10 137/3 137/10 137/16 138/6 141/2 141/5 141/9 146/7 152/21 152/22 156/18 161/2 164/6 164/25 165/7 165/18 167/9 168/8 168/9 170/5 170/16 170/22

**Donald [2]** 140/20 142/2
**done [2]** 124/12 164/25
**donned [4]** 143/11 144/13 144/18 144/18
**door [1]** 74/13
**doors [4]** 18/23 18/25 18/25 79/11
**down [68]** 22/16 29/16 36/9 38/16 43/18 43/21 45/21 45/23 51/11 70/10 75/21 77/3 82/4 82/5 86/18 89/24 90/1 90/2 90/3 91/14 92/20 100/14 100/24 102/6 102/7 102/16 104/4 104/12 105/19 105/20 105/20 105/21 105/24 106/4 106/7 107/14 107/17 108/12 108/13 108/15 108/16 111/14 111/17 111/20 112/2 112/4 112/5 112/7 112/8 112/13 112/15 112/18 113/1 113/3 113/4 114/12 114/15 130/11 139/15 142/3 143/12 143/12 144/15 145/7 146/7 150/13 159/15 159/15
**download [1]** 169/1
**downloaded [4]** 127/19 127/20 129/16 168/17
**downstairs [1]** 75/22
**downtown [3]** 68/20 69/11 141/13
**Dozens [1]** 12/10
**draw [2]** 143/6 143/7
**drawing [1]** 145/17
**drawn [2]** 143/15 144/6
**drew [3]** 143/17 143/22 147/18
**driving [1]** 70/25
**drop [3]** 104/4 113/11 113/12
**dropoff [2]** 103/16 103/25
**dropping [1]** 71/15
**drove [1]** 72/15
**DSO [3]** 71/12 71/20 109/24
**duly [3]** 66/3 115/16 138/19
**during [20]** 8/22 19/11 35/2 36/17 54/22 55/6 55/9 64/9 69/14 71/14 81/1 95/19 100/11 114/10 127/14 131/11 139/18 139/22 145/8 145/9
**duties [8]** 66/22 66/25 67/1 67/11 67/13 67/20 67/24 140/17
**duty [8]** 169/20 169/21 170/4 170/7 170/9 170/15 170/16 171/3

**E**

**ear** [1] 165/8
**earlier** [13] 8/12 26/19 35/25 39/19 71/3 88/13 90/21 96/14 98/2 120/18 135/16 158/13 172/22
**easily** [1] 111/17
**east** [5] 79/1 143/9 143/10 143/15 143/16
**easterly** [1] 148/12
**eastern** [2] 133/25 134/5
**easy** [2] 7/2 7/6
**eat** [1] 30/21
**edge** [1] 113/3
**EDVA** [1] 2/9
**Edwards** [7] 38/19 55/8 169/6 169/14 169/19 169/24 170/3
**Edwards's** [1] 38/23
**effect** [1] 38/7
**effects** [1] 133/18
**effort** [1] 7/2
**efforts** [1] 113/1
**eight** [4] 21/20 22/10 61/9 135/2
**eight seconds** [2] 21/20 22/10
**eight-minute** [1] 61/9
**either** [8] 10/15 35/15 42/3 65/9 68/13 110/11 110/23 134/5
**elderly** [1] 111/20
**election** [4] 17/3 137/1 137/8 137/15
**electoral** [1] 84/7
**electronics** [1] 51/10
**elevated** [3] 80/3 82/7 104/21
**Ellipse** [4] 140/18 140/19 141/8 141/15
**else** [7] 18/22 21/13 135/15 138/9 167/9 168/10 172/23
**emboldened** [2] 24/16 24/17
**emergency** [6] 66/23 67/3 67/4 67/5 67/25 69/10
**emotional** [2] 170/8 170/10
**employed** [4] 66/10 66/11 116/2 139/2
**encountered** [2] 76/10 79/9
**encountering** [1] 83/2
**end** [18] 27/7 28/3 37/15 42/4 57/25 86/8 93/3 93/6 93/15 94/23 97/23 108/18 146/14 157/3 159/17 163/11 163/14 165/5
**ended** [4] 23/3 74/7 102/18 142/7
**ends** [3] 9/3 59/24 164/1
**enemy** [1] 15/1

**energy** [1] 61/22
**enforcement** [3] 21/6 24/18 28/25
**engage** [1] 17/25
**engaging** [2] 30/11 39/4
**engine** [1] 136/23
**enlarge** [1] 131/19
**enlarging** [1] 132/18
**enough** [1] 88/24
**enter** [1] 165/23
**entered** [4] 75/24 76/1 76/1 77/20
**entire** [4] 67/25 83/8 102/14 146/11
**entirety** [4] 53/7 53/12 144/6 172/16
**entitled** [1] 174/5
**entrance** [2] 75/1 75/8
**entry** [1] 142/24
**equipment** [2] 143/11 144/16
**erase** [1] 89/17
**ERT** [11] 66/24 67/5 68/3 72/9 72/15 73/8 74/10 74/12 79/2 92/14 109/23
**escort** [1] 89/24
**especially** [1] 110/22
**essentially** [8] 30/15 53/7 53/25 72/8 76/8 92/18 99/5 138/3
**establish** [2] 18/17 18/18
**establishing** [1] 18/13
**estimate** [3] 13/6 22/3 22/6
**et** [1] 167/4
**even** [8] 39/6 43/7 55/14 61/9 61/15 130/19 159/19 167/1
**evening** [2] 134/7 140/3
**event** [5] 140/16 140/18 140/19 140/21 141/8
**events** [10] 31/16 32/21 34/3 34/10 34/13 49/23 57/24 64/19 140/24 159/22
**eventually** [12] 22/21 23/4 29/18 29/24 69/22 71/11 72/5 72/7 78/23 90/12 113/9 113/13
**ever** [4] 22/20 31/12 100/16 137/7
**every** [6] 16/23 51/15 76/8 76/13 79/9 79/14
**everybody** [2] 17/1 46/15
**everyone** [4] 46/5 114/8 166/4 172/24
**Everyone's** [1] 49/1
**everything** [2] 62/21 132/21
**evidence** [30] 25/3 25/11 50/25 58/25 80/13 81/9 81/12 82/10

**energy** [1] 61/22
98/23 117/24 124/8
128/15 141/2 147/2
153/7 154/10 154/19
156/12 156/17 156/23
156/24 159/1 162/2
162/21 162/24 167/11
**exact** [3] 32/25 59/15
72/23
**exactly** [12] 7/5 7/8
10/12 68/2 69/19 71/10
78/20 88/16 88/23
102/6 104/8 156/8
**examination** [37] 3/4
3/5 3/6 3/7 3/8 3/9 3/12
3/13 3/16 3/17 3/20 5/4
30/18 31/4 46/4 46/7
49/3 52/19 52/21 58/12
58/14 62/24 62/25 63/3
66/5 99/11 99/23 111/6
114/11 115/18 130/25
131/3 138/9 138/21
163/15 170/20 171/7
**examined** [2] 66/3
115/16 138/19
**examiner** [1] 127/19
**example** [2] 128/17
166/15
**Excellent** [1] 36/17
**exclude** [1] 114/14
**exculpatory** [1] 167/11
**excused** [6] 65/19
65/22 113/23 114/1
138/12 163/17
**executive** [1] 139/23
**exhibit** [120] 5/9 10/6
12/2 14/13 19/5 21/9
23/6 23/7 25/2 25/6
25/11 27/12 27/16 28/6
28/13 30/4 36/6 38/9
39/18 39/25 41/25 43/5
50/24 51/2 58/25 59/17
60/20 61/2 61/16 74/17
74/18 74/22 75/4 80/14
80/17 80/21 81/8 81/12
81/13 86/24 86/25
87/19 88/11 89/5 89/6
93/20 93/21 94/2 94/8
94/12 94/14 95/2 95/4
96/6 96/8 96/9 97/25
98/6 98/12 98/12 98/19
98/23 100/4 103/12
103/25 104/18 117/24
118/6 118/9 119/14
119/16 119/22 120/11
120/11 120/17 121/23
121/25 121/25 122/16
122/19 123/14 123/21
124/14 124/19 126/10
126/23 126/24 127/2
127/5 128/18 128/18
128/19 129/8 129/10
129/23 129/24 130/2
130/12 131/18 143/2
145/3 147/1 148/18
150/17 152/10 152/12
153/4 153/7 153/17
154/10 154/19 155/13

157/18 159/9 160/24
161/1 161/3 161/4
162/2 162/24
**Exhibit 10** [1] 36/6
**Exhibit 1001** [1] 59/17
**Exhibit 1101** [1] 130/12
**Exhibit 1101C** [3]
128/18 128/18 128/19
**Exhibit 1101E** [2]
129/8 129/10
**Exhibit 1101I** [4]
129/23 129/24 130/2
131/18
**Exhibit 15** [1] 143/2
**Exhibit 201** [3] 43/5
58/25 60/20
**Exhibit 202** [2] 159/1
161/4
**Exhibit 204** [1] 41/25
**Exhibit 208** [2] 27/16
28/13
**Exhibit 302** [7] 14/13
38/9 117/24 118/6
118/9 119/16 119/22
**Exhibit 308** [6] 10/6
19/5 119/14 120/11
120/11 120/17
**Exhibit 309** [3] 5/9 12/2
39/25
**Exhibit 312** [1] 21/9
**Exhibit 325** [1] 148/18
**Exhibit 327** [4] 97/25
98/12 98/12 98/19
**Exhibit 328** [4] 95/2
95/4 96/6 96/9
**Exhibit 329** [1] 126/10
**Exhibit 331** [3] 121/23
122/16 122/19
**Exhibit 332** [1] 51/2
**Exhibit 336** [2] 150/17
155/13
**Exhibit 338** [1] 157/18
**Exhibit 340** [2] 123/14
123/21
**Exhibit 401** [8] 80/14
80/17 80/21 81/8 81/13
89/5 98/6 126/23
**Exhibit 402** [8] 93/20
93/21 94/2 94/8 94/14
103/12 103/25 104/18
**Exhibit 403** [5] 86/24
86/25 87/19 89/6 100/4
**Exhibit 410** [3] 152/10
152/12 153/4
**Exhibit 411** [3] 23/7
25/2 147/1
**Exhibit 412** [2] 153/17
154/10
**Exhibit 5** [1] 28/6
**Exhibit 6** [5] 74/17
74/18 74/22 75/4 145/3
**exhibit 609** [1] 121/25
**Exhibit 613** [1] 121/25
**Exhibit 902** [4] 160/24
161/1 161/3 162/2
**Exhibit 904** [2] 124/14
124/19
**exhibits** [12] 3/23 4/1

4/2 21/10 46/9 121/18
121/24 121/24 127/10
128/4 128/11 128/14
**Exhibits 1101A** [2]
128/4 128/11
**Exhibits 401** [1] 127/10
**Exited** [1] 143/10
**exiting** [2] 152/2
155/17
**expecting** [2] 68/9
172/6
**experience** [1] 110/14
**expert** [1] 31/23
**explain** [2] 73/21 97/18
**explains** [1] 170/2
**explanation** [1] 73/22
**Express** [1] 17/23
**extracted** [1] 132/1
**extraction** [2] 166/23
167/8
**extractions** [1] 166/12
**eye** [1] 44/22
**eyesight** [1] 45/13

**F**

**F-A-R-R-I-S** [1] 116/1
**F-O-S-K-E-T-T** [1] 66/9
**face** [2] 25/15 29/1
**Facebook** [2] 135/22
136/6
**fact** [5] 14/10 44/8
110/14 156/22 171/11
**fair** [21] 67/19 68/23
62/15 70/4 76/15 77/15
79/16 80/25 83/17
87/15 88/24 100/23
102/7 111/16 112/9
112/19 113/15 136/16
143/22 146/7 155/19
**fairly** [11] 95/25 98/12
103/10 122/14 147/7
147/22 149/9 150/20
152/25 154/3 154/6
**fall** [3] 14/8 92/20
160/12
**fallen** [1] 38/19
**falling** [2] 113/12
158/24
**falls** [1] 38/16
**familiar** [4] 75/20 75/21
129/4 156/13
**familiarity** [1] 92/8
**family** [2] 47/5 136/5
**far** [14] 8/2 13/6 53/10
56/21 63/20 68/16
70/24 75/17 75/22
87/10 102/17 109/24
116/18 131/17
**far-right** [1] 87/10
**FARRIS** [16] 3/15
114/5 114/10 114/18
115/9 115/14 115/15
115/20 115/24 116/1
118/8 118/14 119/21
127/9 131/5 136/25
**FBI** [50] 32/22 33/1
33/13 33/17 33/23
114/5 115/13 116/3

**F**

FBI... [2]  116/5 116/7
fears [1]  110/15
federal [2]  1/18 116/21
feel [3]  14/1 170/7
170/25
feelings [4]  133/12
170/8 170/23 171/3
feels [1]  168/19
feet [11]  59/8 59/22
59/24 60/1 60/4 60/8
62/9 103/16 103/19
103/22 103/23
Feitel [4]  2/5 2/5 3/6
51/11
fell [2]  55/11 64/3
fellow [2]  36/23 113/19
female [3]  90/1 90/2
112/15
fence [5]  53/9 53/9
53/10 53/10 76/3
fencing [18]  8/11 8/20
8/24 9/1 9/2 9/5 9/6
9/17 10/3 11/20 11/25
12/8 12/16 12/18 20/7
20/9 22/15 42/21
few [12]  10/18 12/24
23/23 27/16 34/24
75/17 75/18 75/19
77/12 82/6 104/22
105/1
field [6]  45/14 116/3
116/19 117/14 119/1
140/2
fifth [2]  2/3 121/11
fight [1]  86/19
fighting [2]  23/3 86/16
figure [1]  42/4
fill [1]  20/4
filled [2]  56/9 145/9
find [9]  51/12 72/14
127/24 128/2 131/16
136/23 136/25 137/7
137/13
finder [1]  156/22
finding [1]  137/5
fine [10]  46/17 47/17
47/20 85/25 89/11
100/1 100/6 105/9
108/18 164/6
finish [6]  46/12 70/9
70/21 99/8 102/21
108/17
finished [4]  31/1 78/8
141/20 164/24
fired [1]  26/24
firm [3]  165/12 165/13
165/22
first [35]  5/17 7/16 8/2
31/17 33/13 33/17
39/17 43/8 43/21 56/15
66/3 66/14 67/13 74/6
74/8 74/22 75/1 75/8
75/24 76/1 76/1 79/8
80/16 86/24 103/15
109/21 112/5 112/20
115/16 117/16 131/21
131/22 138/19 139/11

first-line [1]  67/13
five [13]  8/16 31/15
40/1 40/6 57/2 57/13
59/6 59/11 61/5 79/13
103/4 134/5 160/4
five minutes [3]  57/2
57/13 61/5
five seconds [3]  40/1
40/6 160/4
flag [7]  20/1 118/17
120/4 121/13 123/12
125/1 166/3
flagged [1]  164/19
flagpoles [1]  84/18
flailing [6]  96/20 97/5
97/20 106/16 107/22
107/22
flak [2]  89/5 89/10
flannel [1]  12/23
flight [1]  164/21
float [1]  70/7
floated [1]  70/23
flooding [1]  62/13
floor [2]  1/18 107/12
Florida [1]  164/20
fluctuate [1]  70/7
flung [2]  105/19 106/7
fly [1]  47/3
focused [1]  55/16
fogginess [2]  152/24
152/24
foggy [2]  152/20
152/22
folding [4]  106/15
106/18 106/20 106/22
folks [2]  48/1 110/12
follow [2]  82/8 164/2
follow-up [1]  82/8
following [1]  165/21
follows [3]  66/4 115/17
138/20
foot [7]  15/19 59/20
60/10 60/12 60/15
104/4 113/11
footage [16]  25/8 80/7
80/9 80/10 80/24 81/4
87/1 88/14 95/4 95/22
117/4 127/5 129/11
154/16 156/19 161/19
footing [1]  15/21
force [2]  106/11 113/10
forcing [2]  130/16
135/12
foregoing [1]  174/3
forensic [4]  127/19
166/12 166/23 167/8
forget [2]  68/2 104/8
form [3]  97/9 97/14
167/6
format [1]  167/24
formed [2]  143/24
144/2
former [3]  137/14
141/19 141/24
forming [1]  143/13
Fort [1]  165/16
forth [1]  146/8

forward [19]  4/5
37/23 44/3 50/5 50/21
52/5 54/4 61/8 61/15
62/8 62/13 62/18 64/14
65/1 65/3 115/5 115/7
118/2 154/15
FOSKETT [25]  3/11
65/25 66/2 66/7 66/9
66/10 71/18 73/17
74/17 82/18 84/23
87/13 88/13 89/4 89/22
90/17 93/9 94/18 95/3
96/12 99/2 99/25 111/7
111/9 127/4
Foster [1]  1/20
found [6]  49/7 128/2
137/4 137/11 137/12
138/5
four [7]  29/5 66/21 67/6
67/19 92/12 103/3
135/20
four seconds [1]  29/5
four years [2]  66/21
67/19
FPD [1]  2/9
FPD-EDVA [1]  2/9
frame [9]  8/9 18/4 18/9
19/20 23/9 24/3 24/6
25/22 62/18
frames [1]  23/23
Franklin [1]  37/2
free [3]  7/8 16/8 36/20
Friday [1]  47/6
friend [2]  44/5 45/22
front [32]  1/21 9/2 9/6
9/8 9/12 11/3 11/6
11/20 12/19 19/9 26/23
28/1 39/6 40/8 42/21
44/11 49/11 55/17 59/8
62/9 74/19 82/4 92/18
108/25 144/9 145/6
146/11 146/13 152/6
153/1 154/4 154/7
full [1]  109/25
full-service [1]  109/25
function [1]  109/23
functions [2]  67/10
83/17
further [17]  14/2 23/23
30/16 46/3 49/20 52/18
57/24 58/3 58/8 58/11
61/8 61/15 65/11 99/10
113/22 130/24 163/13

**G**

gadgets [1]  58/15
gain [3]  18/20 18/22
142/23
garden [1]  72/12
gas [2]  73/2 133/18
gate [8]  36/1 36/3 36/4
36/9 36/11 36/14 36/18
39/22
gave [2]  46/6 171/25
gear [7]  72/17 74/9
92/8 92/10 93/9 113/20
144/13
general [2]  140/24

155/16
generally [4]  56/3 69/6
140/23 144/21
gentleman [19]  32/1
33/14 34/6 34/8 34/9
38/3 38/15 39/1 40/4
41/17 44/8 44/11 44/23
45/6 57/20 100/10
107/18 108/9
geographically [1]
68/17
get [62]  14/9 14/10
16/1 16/8 18/16 20/5
21/3 24/10 29/16 29/21
44/19 49/1 54/19 65/7
65/8 68/8 69/1 69/3
69/25 70/13 70/19 72/4
72/8 72/12 74/11 74/13
75/4 75/7 75/9 75/10
75/10 75/12 76/5 76/9
77/16 78/4 79/2 79/4
79/7 80/20 82/6 83/5
83/7 83/12 91/14 97/6
100/4 104/12 105/1
105/4 107/17 112/7
115/12 134/4 135/10
138/3 157/2 157/3
158/23 164/22 165/10
167/2
gets [4]  48/6 48/11
61/13 118/3
getting [7]  14/3 15/25
65/10 72/2 73/11
104/13 165/15
giant [1]  73/1
girlfriend's [1]  168/21
give [5]  34/23 41/23
103/2 168/8 172/17
given [6]  67/16 70/6
83/4 86/15 168/23
170/19
giving [2]  67/14 91/12
Glover [2]  72/5 81/22
gloves [6]  89/6 96/13
120/4 126/4 144/19
144/19
go [96]  10/5 11/6 12/1
12/18 15/22 19/5 23/23
27/1 29/4 30/20 42/23
43/23 45/1 45/7 46/11
47/11 49/17 50/22
54/11 55/3 55/19 57/1
57/13 58/21 71/22
72/10 74/5 74/7 75/24
76/14 77/13 77/18
79/10 81/25 82/4 82/6
84/12 86/8 86/18 87/18
88/17 88/24 89/1 90/3
92/22 93/15 94/13
94/23 95/13 96/9 98/16
98/24 100/3 100/5
102/21 103/12 103/13
105/8 105/22 105/23
106/4 106/8 106/24
107/5 108/2 113/3
115/21 119/16 121/18
122/13 122/22 124/3
124/15 125/3 128/23

132/3 132/16 133/11
133/15 134/8 135/1
142/12 142/21 147/3
148/11 148/18 149/12
150/18 154/20 157/17
169/24 170/3 170/4
170/6 170/15 171/7
goes [5]  51/15 61/12
141/6 166/11 167/13
going [106]  9/18 10/18
11/13 12/1 12/3 12/23
14/7 14/12 18/15 19/16
20/11 21/8 37/5 37/23
40/1 42/2 43/8 45/1
44/22 45/7 46/5 46/12
48/15 50/24 51/5 54/1
58/24 61/1 61/12 68/15
69/3 69/5 70/9 70/10
70/16 74/7 74/12 77/22
79/4 79/8 80/13 80/16
80/19 81/14 82/8 86/24
87/13 89/17 91/7 93/20
95/3 95/5 95/11 98/11
98/12 98/19 100/19
101/1 102/2 107/5
108/12 109/4 110/16
111/4 113/16 114/3
114/22 115/5 115/7
115/20 115/24 118/2
118/6 118/8 119/15
119/17 120/13 121/9
121/18 121/20 121/20
121/23 124/7 124/11
127/9 129/10 137/23
141/5 142/15 143/8
143/18 148/12 152/5
154/15 155/16 157/5
160/23 164/22 164/23
164/24 164/25 171/3
171/17 172/7 172/13
172/16
good [15]  5/6 5/7 49/5
49/6 52/23 52/24 58/18
62/5 68/25 99/25 131/5
131/6 172/24
got [18]  7/7 18/12
18/16 61/21 71/12 74/8
75/16 77/12 79/24
82/18 113/3 130/18
133/16 135/14 135/17
135/18 136/9 139/13
GOVERNMENT [39]
3/23 4/2 25/3 25/11
32/5 39/19 40/3 41/24
46/17 52/25 55/19 57/2
65/23 65/24 81/12
88/11 94/12 96/8 98/23
112/23 114/4 115/13
128/14 153/7 154/19
157/1 159/16 159/19
160/18 162/11 162/24
163/20 165/2 166/20
167/5 167/15 167/23
172/9 172/14
Government 340 [1]
55/19
Government 411 [1]

**G**

**Government 411... [1]** 57/2

**Government's [38]** 5/9 10/6 12/2 14/13 19/5 21/8 23/7 25/2 27/16 28/6 28/13 36/6 37/1 38/8 39/18 39/25 43/5 51/1 58/24 59/17 143/1 145/3 147/1 148/17 150/17 152/9 152/12 153/3 153/16 154/9 155/12 157/17 158/25 160/23 161/1 161/3 161/4 162/1

**grabbed [5]** 16/7 50/10 72/22 72/25 113/13

**grabbing [1]** 16/17

**graduated [1]** 139/12

**GRANT [4]** 1/6 2/5 46/4 99/13

**grapple [1]** 36/18

**grappling [2]** 35/25 38/21

**grass [2]** 57/25 58/1

**gray [1]** 54/17

**great [2]** 100/2 172/20

**greater [1]** 45/14

**green [14]** 8/24 16/10 118/16 118/22 119/9 120/24 121/13 123/12 123/25 123/25 124/24 125/16 130/5 131/22

**grenade [1]** 135/6

**ground [14]** 13/9 13/14 13/21 20/10 22/14 55/11 64/11 102/19 105/19 106/5 108/10 146/8 158/24 160/12

**grounds [11]** 27/4 80/2 81/6 95/25 98/7 98/13 117/2 143/4 143/5 146/6 146/10

**group [6]** 17/21 20/4 24/13 79/13 110/16 110/20

**groups [4]** 68/13 75/17 76/10 79/14

**grow [1]** 141/12

**grown [1]** 24/13

**Guard [1]** 146/16

**guess [11]** 73/11 131/16 142/20 145/25 146/22 150/25 157/22 167/25 170/18 171/5 171/16

**guy [1]** 54/16

**H**

**had [62]** 8/3 12/8 12/9 12/15 12/15 15/19 15/20 16/18 17/18 19/11 24/13 27/6 27/8 27/9 33/14 33/23 33/25 34/7 35/6 36/18 36/20 43/20 43/21 45/14 49/10 57/11 68/22 73/2 73/8 75/10 77/3 81/22

81/23 82/5 86/14 88/11 89/8 104/19 104/22 104/23 105/1 105/4 106/10 107/2 113/11 113/15 119/2 127/18 127/19 131/12 137/4 137/22 137/24 141/19 144/2 144/15 144/16 144/19 149/7 160/18 168/3 168/6

**hadn't [2]** 64/5 164/19

**Haha [1]** 136/7

**half [9]** 41/12 43/15 68/1 68/3 69/10 104/19 106/15 148/19 165/5

**Halim [2]** 2/12 3/8

**hallway [1]** 76/9

**hand [4]** 43/1 52/6 108/24 151/18

**handful [1]** 60/23

**handle [1]** 109/20

**handling [1]** 67/14

**hands [6]** 15/8 30/11 52/1 64/17 100/13 113/13

**hands-on [1]** 30/11

**Hang [1]** 34/23

**happen [1]** 18/15

**happened [13]** 24/23 56/15 71/11 99/2 105/16 114/21 132/23 135/4 141/1 157/11 160/2 160/7 160/9

**happening [12]** 7/10 16/6 20/3 45/16 55/17 56/7 58/2 82/21 84/2 84/3 89/23 115/9

**happens [2]** 51/9 105/12

**happy [1]** 121/11

**hard [8]** 51/3 58/8 70/6 73/15 101/15 107/12 134/3 169/3

**hardly [1]** 134/10

**Harley [1]** 54/17

**has [46]** 5/18 5/19 15/8 15/8 18/8 19/25 24/5 48/6 61/5 67/18 89/15 90/24 94/5 95/8 118/21 119/11 119/11 120/3 120/24 122/11 123/11 123/24 124/24 125/15 126/3 126/20 134/22 143/14 144/5 145/18 149/1 150/8 162/8 165/8 167/13 167/15 168/17 168/20 168/21 168/24 168/24 169/1

**hasn't [1]** 114/13

**hat [24]** 5/24 15/9 16/14 32/2 33/14 34/6 34/8 38/3 38/15 39/1 40/4 41/18 42/14 44/5 45/22 63/6 148/4 150/3 150/10 151/14 151/25 155/5 157/12 160/10

**hated [1]** 169/20

**have [148]** 7/8 10/25 14/22 15/22 17/17 19/14 21/11 21/23 22/23 23/5 26/8 26/10 26/25 27/12 29/21 30/21 31/9 31/12 34/25 35/4 37/5 41/5 44/15 45/13 45/14 47/11 48/2 48/14 48/14 48/21 50/21 51/9 52/17 58/2 58/8 62/21 65/13 66/12 66/18 67/24 68/5 68/12 68/22 72/20 73/14 73/21 78/8 81/1 83/10 83/15 85/16 91/13 92/8 97/23 97/23 100/15 108/24 110/11 110/13 110/15 111/2 114/8 115/8 115/9 116/5 117/4 118/1 124/11 128/4 129/19 130/3 130/21 130/25 132/8 132/8 134/1 134/12 135/2 136/1 136/4 136/18 137/4 138/9 139/4 146/4 149/6 149/15 149/21 152/23 159/18 160/16 161/7 161/9 161/23 162/6 163/20 163/23 164/6 164/16 164/19 164/20 165/2 165/13 165/21 166/17 166/23 167/10 167/11 168/7 168/8 168/9 168/9 168/25 169/10 169/11 171/23 172/24

**haven't [1]** 33/19

**having [5]** 34/9 66/3 71/22 115/16 138/19 166/12

**Hayman [5]** 21/9 23/5 27/15 28/5 158/7

**he [122]** 6/2 6/9 6/23 6/23 6/24 7/21 7/22 7/24 7/24 8/1 8/2 13/2 15/8 15/8 20/25 26/17 26/19 32/2 32/6 33/18 34/12 38/6 39/4 39/6 39/9 39/16 40/11 42/21 44/9 44/14 48/6 48/6 48/10 48/13 48/15 48/18 50/16 52/14 54/19 57/22 63/24 65/16 71/16 72/7 81/23 81/24 85/18 86/3 96/18 96/20 96/25 97/3 97/3 97/7 97/13 97/18 101/22 102/6 102/11 102/15 102/18 103/10 106/7 106/8 106/11 106/12 106/16 106/18 106/22 107/5 107/18 108/9 108/24 112/5 112/8 113/19 113/21 114/14 119/4 125/25 129/20 131/12 131/14 131/14 131/16 133/11

73/8 133/16 139/22 134/8 135/5 135/12 135/20 135/22 136/7 150/12 151/16 152/22 152/3 152/4 155/1 155/8 155/10 155/12 155/14 155/15 155/18 155/21 156/6 156/6 156/12 159/23 162/16 162/19 164/4 166/20 166/21 166/25 168/3 168/7 168/20 168/21 168/24

**He'd [1]** 148/12

**he'll [2]** 47/16 166/1

**he's [43]** 38/16 39/1 39/4 39/5 39/14 39/16 45/7 47/1 48/6 52/13 54/22 54/23 54/24 55/6 63/18 63/19 77/22 85/22 88/23 97/4 97/5 97/21 101/11 102/1 106/9 106/14 106/14 107/3 107/4 107/5 107/13 107/16 109/2 119/8 121/14 121/21 123/8 134/18 155/17 156/13 156/13 160/17 165/25

**head [4]** 14/7 102/11 126/4 134/6

**headed [1]** 69/11

**heading [3]** 18/12 19/13 155/15

**headquarters [1]** 116/9

**hear [15]** 32/9 38/5 57/24 58/8 78/12 85/22 86/3 87/13 88/14 88/22 91/12 135/18 142/2 155/1 172/6

**heard [15]** 32/1 32/6 32/13 37/10 58/2 61/24 62/1 63/14 69/20 71/21 88/13 88/15 114/12 127/3 142/17

**hearing [13]** 32/15 32/17 48/6 56/3 70/25 71/2 71/7 71/25 71/25 81/10 87/24 153/5 164/20

**hearsay [1]** 78/13

**heavy [3]** 40/17 40/18 60/5

**heavyset [1]** 103/6

**heightened [1]** 16/25

**held [1]** 92/17

**helmet [16]** 110/23 118/16 118/22 120/3 120/5 120/24 121/13 122/11 123/9 123/12 123/25 124/25 125/16 126/3 144/18 149/2

**helmets [2]** 26/25 72/21

**help [9]** 89/24 100/4 102/9 112/4 112/7 113/1 142/13 142/17 142/17

**helped [5]** 23/2 111/16

171/20 112/5 112/15

**helping [4]** 63/8 64/6 111/14 112/1

**helps [1]** 164/6

**her [10]** 90/3 109/3 112/16 113/1 169/9 170/8 170/10 170/14 170/23 171/3

**here [88]** 5/11 5/24 8/9 8/20 10/10 11/17 12/22 15/17 16/6 16/16 17/5 18/11 19/8 19/15 20/3 20/19 23/6 24/1 25/13 25/20 26/2 26/6 26/13 27/13 28/14 29/7 34/16 34/21 36/7 36/9 37/24 41/14 41/17 43/23 44/1 44/22 44/23 45/5 45/11 45/16 47/8 47/14 47/17 50/25 59/16 61/2 75/5 75/13 80/20 81/17 81/19 89/22 90/17 104/3 104/19 104/22 104/23 107/1 108/7 116/8 117/7 117/22 120/8 121/9 123/20 123/22 124/20 128/5 137/12 137/23 138/7 139/11 140/23 142/2 143/8 143/11 145/7 145/8 145/11 146/8 146/19 147/6 148/25 149/14 156/9 157/22 159/9 162/17

**here's [1]** 134/9

**herself [1]** 113/4

**hey [2]** 72/1 76/6

**high [4]** 67/7 67/7 104/8 163/3

**high-angle [1]** 67/7

**high-risk [1]** 67/7

**highest [1]** 72/6

**highlighted [1]** 160/18

**him [94]** 5/25 6/4 6/14 6/16 13/3 14/25 15/7 20/24 32/6 32/9 32/13 32/17 38/5 40/6 40/8 40/13 40/16 44/13 44/16 47/2 48/2 48/9 48/10 48/17 48/18 50/16 50/17 50/17 50/19 50/21 52/5 52/8 52/13 52/14 54/25 63/8 63/17 63/19 85/14 97/6 100/15 100/15 101/19 102/1 102/4 102/4 102/7 102/7 102/18 103/1 105/24 106/4 106/14 107/2 107/5 107/11 107/13 107/17 107/17 107/17 107/21 107/24 108/10 108/13 108/13 108/15 108/15 108/25 112/4 114/22 117/16 117/21 119/7 120/20 121/17 123/5 124/21 125/12 125/23 126/7 126/17 130/6

**H**

him... [12] 132/5 134/3 155/2 156/9 159/18 159/22 160/1 160/2 162/16 162/18 165/24 168/8

himself [7] 39/9 88/5 101/18 101/22 106/15 129/19 162/19

hinting [1] 169/23

his [73] 7/22 15/8 15/8 42/15 44/11 47/3 47/16 52/1 52/5 52/6 63/19 63/20 63/21 64/2 71/15 71/16 92/1 96/19 97/5 97/20 100/13 100/14 100/16 100/23 100/24 101/8 101/18 101/22 102/1 102/8 102/11 102/16 102/16 102/18 106/5 107/11 107/13 107/14 107/21 107/22 108/10 108/14 108/24 116/23 117/13 123/9 126/4 130/1 130/5 130/23 131/23 131/24 132/1 132/5 132/23 133/3 134/21 134/24 135/18 137/16 137/17 142/4 151/18 156/8 156/11 156/12 168/1 168/3 168/20 168/20 168/21 168/25 169/1

histrionically [1] 114/23

hit [5] 51/13 67/15 102/11 152/21 159/25

hold [4] 14/6 101/24 109/3 144/3

holding [2] 16/7 151/16

home [3] 134/9 136/8 136/9

honest [1] 161/2

Honor [70] 5/3 7/20 8/1 25/9 27/10 30/2 30/16 30/19 30/23 46/3 46/6 46/11 48/21 51/1 62/25 63/2 65/20 65/24 71/15 73/24 79/20 82/9 83/20 84/9 87/22 91/18 95/7 96/6 96/22 99/10 99/12 99/15 99/17 111/1 111/21 112/22 113/22 113/24 114/4 115/4 115/8 117/25 121/10 138/11 138/13 140/22 154/9 154/12 154/18 156/4 156/16 156/21 157/2 157/14 158/14 159/11 159/23 160/15 161/15 162/1 162/8 162/18 164/14 165/4 167/22 168/12 172/13

HONORABLE [1] 1/10

hoody [1] 15/9

hop [1] 104/10

hopefully [2] 118/2

hoping [2] 164/18 172/5

Hopkins [1] 169/6

hostile [1] 79/16

hotel [2] 47/2 47/16

hour [1] 23/19

hours [5] 23/18 104/18 133/11 134/9 147/8

House [5] 68/20 68/21 69/13 143/16 143/17

housekeeping [1] 164/15

houses [1] 17/1

hovering [1] 5/24

how [73] 5/20 6/4 6/16 7/5 8/14 10/22 11/7 12/7 12/14 12/18 13/3 13/6 13/20 15/17 22/3 22/6 22/17 24/8 24/15 26/21 27/3 30/19 31/14 34/18 35/3 36/21 38/21 39/20 42/4 66/10 66/14 66/14 66/18 68/15 73/22 75/7 77/5 77/19 77/19 78/19 85/2 96/19 98/8 99/25 100/1 102/6 103/1 104/8 106/4 113/1 116/2 116/5 117/12 118/25 133/6 133/12 134/3 136/12 139/2 139/4 143/5 146/5 151/18 162/10 162/11 162/12 164/23 166/24 167/3 170/7 170/19 170/25 171/25

however [7] 66/19 68/3 72/13 73/7 76/4 113/3 113/12

hundred [1] 91/4

Hundreds [1] 22/8

hurt [2] 83/15 104/13

Hutton [1] 1/14

**I**

I'd [19] 5/8 5/23 6/6 10/5 12/22 13/15 46/8 74/16 80/12 81/8 81/13 86/23 93/19 95/1 112/7 118/6 154/9 162/1 162/21

I'll [28] 31/1 32/1 33/14 38/8 38/11 40/4 41/23 44/3 45/1 45/7 46/11 61/1 61/8 61/15 62/6 82/2 84/12 122/23 141/5 157/15 159/13 160/22 163/19 163/19 163/20 170/16 172/17 172/24

I'm [118] 6/3 8/5 9/18 9/18 10/18 11/13 12/1 12/2 12/12 12/23 14/12 15/5 19/16 20/11 21/8 21/9 26/17 31/6 35/3 37/3 37/23 37/24 39/18 40/1 41/12 42/2 43/8 43/15 44/22 45/9 45/9

45/9 47/17 48/5 49/10 50/24 51/2 51/5 51/9 56/2 56/16 58/5 61/1 61/12 61/16 65/17 66/11 66/13 66/23 70/10 73/11 75/20 76/7 77/22 79/4 80/13 80/16 80/19 81/13 82/8 86/24 87/24 88/3 89/17 91/7 93/20 95/3 95/5 96/24 98/11 98/12 98/19 99/14 101/3 101/21 102/4 107/4 107/4 107/20 111/4 115/20 115/24 116/3 116/8 118/8 119/15 119/15 119/16 120/13 121/9 121/23 124/7 124/11 126/11 127/9 129/10 133/4 136/5 140/4 144/16 146/1 147/6 148/25 150/24 154/6 155/4 157/5 159/9 159/18 160/23 161/8 162/22 163/15 165/24 167/8 167/24 168/5 172/13

I've [6] 9/22 66/16 66/19 92/12 136/4 146/19

idea [5] 48/14 48/14 168/18 168/23 168/24

identification [7] 117/7 122/1 124/8 124/11 124/12 125/22 126/6

identifications [1] 124/12

identified [17] 28/24 88/5 89/5 89/8 92/25 94/20 119/3 120/7 121/4 124/10 127/22 128/7 128/25 131/23 147/20 160/18 162/19

identify [5] 117/10 117/12 122/7 127/1 127/11

identifying [1] 126/7

illustrate [1] 167/19

image [23] 36/4 45/8 45/9 59/15 82/20 93/10 94/5 118/15 119/25 121/25 122/1 123/11 123/20 124/19 125/10 125/15 125/23 126/15 130/15 150/20 156/24 166/21 167/1

images [9] 117/4 117/21 127/11 128/2 129/4 129/5 129/21 166/18 166/19

immediate [1] 21/7

immediately [2] 40/8 113/2

impact [1] 72/23

impeding [2] 106/13 107/4

important [8] 15/24 16/22 16/23 16/24

1/8/13 18/18 18/23 137/19

inadequate [1] 166/16

inappropriate [2] 156/7 159/19 162/15

inaugural [7] 75/6 83/5 83/6 83/7 83/12 99/4 101/14

inauguration [7] 9/7 20/10 22/16 23/12 27/22 81/21 81/24

inches [2] 60/10 60/16

incident [4] 36/21 53/8 54/19 55/9

incidents [1] 67/6

include [1] 127/11

137/5

included [1] 138/6

including [1] 167/2

incoming [1] 109/18

increased [2] 62/3 62/4

Independence [3] 142/19 143/8 143/15

Indian [1] 2/12

indicate [17] 28/8 74/18 74/21 74/25 85/12 87/5 89/12 90/20 92/5 94/2 118/18 119/7 119/24 120/21 123/20 125/12 126/17

indicated [9] 74/6 75/3 79/23 80/11 97/3 119/11 137/25 169/9 169/20

indicates [4] 18/7 24/4 123/6 130/12

indicating [1] 71/8

individual [47] 5/23 6/5 8/14 13/1 14/20 14/22 14/25 15/3 15/5 15/7 16/7 16/9 16/13 16/17 25/15 25/25 26/2 42/10 42/14 42/15 42/16 42/21 63/5 63/14 87/10 89/15 90/24 97/17 112/1 118/22 120/3 120/24 123/24 124/24 126/7 126/20 148/3 148/6 149/2 150/24 151/13 151/24 154/24 155/4 158/2 162/9 162/10

individual's [1] 42/11

individuals [8] 17/5 17/15 29/15 36/18 38/22 41/14 124/10 156/8

indulgence [2] 27/10 31/3

infected [1] 135/11

information [4] 117/14 118/2 142/20 142/22

informed [1] 169/11

initial [1] 140/17

initially [4] 22/23 36/7 36/11 68/18

injured [1] 83/16

injury [2] 163/10

170/13

inner [1] 171/3

inquiry [1] 171/24

ins [2] 48/22 48/23

inside [8] 26/24 27/1 74/14 76/4 76/15 76/22 77/11 133/3

Instagram [1] 119/3

instant [1] 40/19

instead [2] 46/16 135/15

instruction [1] 109/19

intel [1] 110/18

intend [2] 170/14 172/15

intended [1] 11/9

intensified [1] 61/22

intent [1] 138/1

interacting [1] 38/22

interfere [1] 137/1

interfering [1] 84/6

interlinked [1] 9/16

interpretation [1] 107/23

interview [1] 33/24

interviews [1] 116/22

introduce [3] 138/23 172/15 172/16

introduced [2] 46/9 141/2

investigation [11] 106/13 107/4 116/10 116/13 116/15 116/17 116/22 119/2 127/14 127/23 131/11

investigations [1] 139/20

invoking [1] 115/6

involved [4] 54/19 110/9 110/10 116/10

involving [1] 53/8

irritants [1] 24/24

is [287]

isn't [7] 21/4 40/8 42/19 42/21 44/6 45/6 82/10

issue [3] 46/24 73/1 167/19

issued [2] 92/12 92/14

issues [1] 161/10

it [355]

it's [83] 7/1 7/6 7/8 11/17 13/14 16/23 22/16 23/10 25/10 25/25 27/25 27/25 28/1 29/8 37/8 37/11 39/20 40/18 42/7 42/14 42/15 42/18 43/4 44/17 46/24 47/2 47/20 57/7 60/20 72/2 80/24 81/10 81/21 82/10 82/13 88/10 93/11 94/11 96/7 97/10 98/22 102/6 103/3 103/5 103/19 103/23 104/4 104/8 104/8 110/20 111/6 118/7 118/7 121/21 122/22 122/24 128/22 130/9

**I**

it's... [25] 131/22 134/3 135/5 139/1 141/2 141/3 141/5 152/19 152/22 153/5 156/7 156/12 156/16 156/17 156/20 161/5 162/4 162/4 162/22 162/23 164/7 165/3 165/14 165/16 167/1

items [5] 127/15 127/22 127/24 128/7 128/25

its [2] 25/6 65/23

itself [10] 38/14 38/25 60/6 74/14 134/14 156/10 157/4 157/16 160/19 160/21

**J**

jacket [39] 5/25 14/20 16/9 85/10 89/5 89/7 89/9 89/10 89/10 90/18 90/21 92/1 92/2 93/1 94/19 94/20 96/13 103/8 105/18 113/20 118/22 120/4 120/25 122/12 124/1 125/1 125/16 126/4 126/21 148/4 150/4 150/10 151/3 151/5 151/13 151/24 155/5 157/12 160/10

JAMES [7] 1/6 3/15 114/5 115/9 115/14 115/15 116/1

January [63] 7/11 8/23 23/13 27/8 31/16 31/17 32/21 32/24 33/2 34/3 49/7 49/19 56/4 60/21 63/20 63/24 67/20 67/23 68/6 68/19 69/8 69/14 70/17 73/10 73/19 80/24 81/2 82/22 82/25 84/3 96/1 96/17 96/19 98/3 98/8 99/3 99/8 110/22 111/10 113/15 116/25 117/2 117/5 127/5 129/3 129/4 129/21 132/13 133/2 133/8 133/23 136/24 137/15 138/1 140/6 147/8 147/23 149/10 152/16 159/4 160/9 161/13 163/7

January 25th of [2] 32/24 33/2

January 6, 2021 [18] 7/11 49/7 67/20 67/23 81/2 84/3 98/8 99/3 116/25 117/2 127/5 129/3 129/4 129/21 132/13 140/6 152/16 159/4

January 6th [41] 8/23 23/13 27/8 31/16 31/17 32/21 34/3 49/19 56/4 60/21 63/20 63/24 68/6

68/19 69/8 69/14 70/17 73/10 73/19 80/24 82/22 82/25 96/1 96/17 96/19 98/3 99/8 110/22 111/10 113/15 117/5 129/21 132/2 136/24 137/15 138/1 147/8 147/23 149/10 160/9 161/13 163/7

January 7th [1] 133/8

January 7th at [1] 133/23

JASON [2] 1/7 116/12

jean [1] 5/24

JIA [1] 1/10

job [1] 49/20

Johns [6] 2/18 2/20 169/6 174/3 174/8 174/9

JOHNSON [4] 1/6 2/8 52/20 99/16

joined [2] 7/1 59/12

Jones [1] 171/12

Joseph [1] 1/14

JUDGE [1] 1/11

jumping [1] 172/17

jumps [1] 49/23

juncture [1] 171/16

junior [1] 116/14

just [167] 7/2 7/6 7/20 10/18 10/24 10/25 11/13 11/25 12/2 12/24 14/3 14/5 14/5 14/8 14/10 15/1 15/22 16/19 16/21 20/5 20/11 20/22 21/2 21/3 21/14 21/18 21/24 21/24 22/9 22/12 23/2 23/3 23/5 23/11 23/23 24/10 24/13 24/14 27/16 27/19 28/5 28/8 29/4 29/15 30/5 30/19 35/20 36/3 36/4 37/23 38/11 41/21 45/7 46/24 47/10 47/14 48/18 50/24 50/25 54/12 55/3 56/2 56/18 56/19 57/4 58/20 58/21 61/1 61/8 62/6 62/13 62/16 62/18 64/2 64/2 69/2 70/22 71/3 71/18 76/13 77/10 78/16 79/8 79/9 79/13 80/16 81/21 85/13 89/11 89/15 89/24 92/6 94/5 96/25 96/25 97/21 104/10 105/1 105/5 105/12 105/16 107/9 108/3 108/9 108/12 108/19 110/5 112/22 114/9 117/25 118/1 120/25 122/12 122/21 123/8 130/16 133/3 134/8 134/9 135/12 135/15 136/9 137/17 138/23 139/9 139/15 142/22 147/12 147/25 148/11 148/18 149/12 149/23 150/21 151/20 154/15

157/11 157/13 158/16 158/20 159/5 159/9 160/3 162/4 162/19 162/25 164/1 164/2 165/3 165/18 166/3 166/8 167/1 167/18 168/13 169/5 169/13 170/24 171/10 172/3 172/5 172/9 172/12 172/21

juvenile [1] 31/19

**K**

keep [21] 46/5 62/18 64/25 71/16 84/20 85/5 85/25 88/25 89/1 89/17 89/18 90/13 91/21 100/19 100/19 101/1 102/2 105/12 109/4 112/22 121/20

keeping [2] 48/2 65/3

keeps [1] 62/16

kill [1] 163/12

killed [1] 135/19

kind [20] 7/6 10/24 15/18 15/18 17/25 18/16 21/3 26/25 49/16 56/3 68/20 69/3 75/19 77/11 82/5 109/8 109/17 140/14 141/4 170/8

kinds [1] 78/11

King [1] 2/10

knee [1] 134/24

knew [2] 14/9 137/19

know [70] 5/21 7/7 14/9 15/23 17/17 18/15 20/22 21/9 34/1 34/2 42/13 48/13 48/15 51/7 55/13 63/21 64/2 65/6 66/25 68/13 69/17 69/19 69/19 69/22 71/10 71/13 71/25 73/21 76/11 78/20 79/8 84/2 84/4 84/6 84/23 88/15 89/7 93/6 97/22 101/12 101/20 102/9 102/11 109/3 109/21 110/14 113/5 114/14 118/7 131/14 133/6 133/25 134/2 134/3 134/4 141/5 141/19 142/7 142/14 146/7 147/19 152/20 152/21 152/21 152/22 154/15 163/20 167/9 171/20

knowledge [2] 7/22 54/21

knows [1] 6/23

Kyle [1] 1/13

**L**

lab [1] 127/19

lacerations [1] 163/11

Lane [1] 2/12

Lanier's [1] 139/24

laptop [3] 37/1 37/19 37/14

large [4] 24/14 24/16 71/3 140/16

larger [1] 72/25

last [11] 17/24 34/20 66/8 66/21 67/18 83/21 108/19 113/19 115/25 126/24 138/24

later [2] 77/17 77/18

launcher [2] 72/22 72/23

launches [1] 72/23

Lauren [1] 2/8

law [6] 2/2 2/5 21/6 24/18 28/24 136/5

lawn [2] 144/4 144/15

lawyer [3] 165/11 165/13 165/22

lay [1] 162/13

layout [1] 145/5

lead [5] 18/23 76/9 112/23 116/19 119/1

lead-in [1] 116/19

leading [3] 33/18 34/12 39/14 83/20

91/19 97/1 111/21 112/24 118/1 154/25 161/15

learn [2] 41/4 131/11

learning [1] 140/14

least [18] 23/19 27/5 27/5 41/25 57/20 61/5 78/21 92/12 92/16 94/19 103/22 103/23 104/19 112/14 135/14 142/1 142/17 142/24

leave [6] 21/14 84/17 90/12 97/22 164/1 164/21

lecturn [1] 51/10

led [5] 34/10 53/12 64/2 64/3 142/21

ledge [1] 90/25

leery [1] 136/6

left [30] 8/20 9/9 38/22 39/12 43/1 53/17 53/22 55/9 76/2 89/15 90/25 90/25 94/5 118/23 120/25 122/12 124/20 126/20 134/21 134/22 145/21 146/13 146/23 146/24 150/24 151/18 155/16 155/21 160/13 165/3

left-hand [1] 43/1

leftmost [2] 9/19 9/23

leg [2] 134/21 135/5

legal [1] 65/17

legs [4] 92/20 97/5 107/22 134/19

length [3] 54/9 60/12 60/15

less [3] 17/6 112/20 113/5

let [21] 30/21 30/24 36/3 45/1 68/17 70/9 121/9 147/12 147/25

148/7 148/19 149/23 151/9 151/20 153/8 154/15 154/20 155/7 158/9 158/16 163/20

let's [38] 41/10 42/23 43/5 46/13 49/1 66/14 75/24 79/23 86/8 86/20 87/18 88/17 90/13 91/21 93/3 93/15 94/13 94/23 96/9 98/16 98/24 100/3 100/19 101/1 101/3 103/12 106/24 108/19 109/4 110/21 115/12 119/14 120/20 123/15 124/14 128/23 155/1 166/4

letting [1] 30/20

liaise [1] 67/7

lieutenant [8] 70/23 72/1 72/9 139/21 139/22 139/24 144/25 145/1

lift [3] 40/20 40/22 40/24

lifted [3] 12/11 12/14 64/9

lifting [1] 14/4

light [13] 42/17 42/18 44/6 45/22 82/13 169/19 169/20 170/4 170/7 170/9 170/15 170/15 171/3

light-colored [4] 42/17 42/18 44/6 45/22

like [88] 5/8 5/23 6/20 10/5 10/17 10/24 12/22 13/14 13/15 15/8 15/19 16/10 16/17 20/5 24/24 26/17 31/19 38/6 39/2 42/7 42/10 44/17 44/24 46/8 47/5 47/7 47/12 52/14 55/3 55/25 57/25 59/10 59/19 61/25 64/2 67/9 69/22 70/6 71/3 71/10 71/12 72/2 73/12 73/18 74/10 74/16 75/19 77/10 77/11 78/15 78/17 78/24 79/14 80/12 81/13 83/4 86/23 92/2 92/13 92/15 92/16 92/21 93/19 95/1 101/14 103/6 104/21 106/20 110/21 112/7 113/11 118/6 128/22 130/23 132/2 134/24 135/9 135/10 148/19 149/21 150/5 150/25 151/19 156/5 156/21 164/23 169/5 171/7

limited [1] 104/12

line [35] 5/17 8/11 9/2 9/11 10/19 11/2 11/18 11/19 12/15 12/18 16/1 16/2 18/13 18/17 18/18 18/24 20/6 22/2 23/2 23/4 30/9 30/12 30/14 30/15 49/13 57/10 67/13 143/13 143/15

**L**

line... [6] 143/17
143/24 144/1 144/6
147/18 160/11
lined [1] 144/2
lines [7] 69/23 71/5
71/23 71/24 71/24
144/8 144/9
linkage [1] 140/24
linked [4] 9/25 10/23
10/25 11/9
links [1] 8/14
listen [1] 29/17
listening [5] 56/17 72/7
84/16 97/22 107/21
lit [1] 82/14
literally [3] 108/13
160/16 165/17
little [36] 7/8 11/17
15/23 16/25 41/22 42/7
44/17 61/8 71/16 71/18
73/6 89/25 95/3 106/10
112/6 112/16 112/19
112/19 113/5 120/18
122/21 122/22 131/25
131/25 135/7 136/6
139/9 139/15 145/5
151/9 154/6 154/14
155/7 158/9 164/13
172/22
Lively [2] 28/23 41/5
Lives [3] 68/24 69/13
110/11
LLP [1] 2/15
locate [1] 131/9
location [23] 49/16
57/18 58/6 58/7 68/5
69/7 74/25 75/8 79/25
80/3 93/25 95/12 95/19
96/3 149/9 149/15
149/22 151/6 153/23
153/23 153/25 156/3
161/13
locations [1] 27/23
logical [1] 116/22
long [16] 6/16 30/20
32/9 39/20 66/14 66/14
66/18 106/4 106/6
116/5 134/3 135/2
139/4 144/17 146/5
167/4
long-sleeve [1] 144/17
longer [8] 6/19 22/10
26/21 27/3 33/23 34/1
41/22 158/10
look [23] 10/24 46/8
52/13 69/3 77/12 80/12
92/16 98/11 103/24
117/24 119/14 124/14
126/23 129/8 129/23
133/4 134/19 155/2
164/23 166/24 167/25
170/6 170/16
looked [8] 26/17 52/14
75/21 76/13 77/3 98/8
134/10 136/13
looking [13] 5/13 10/12
23/9 39/12 43/12 53/22

107/18 117/22 130/2
134/21 137/16 137/17
159/15
looks [15] 16/17 42/10
92/2 92/3 103/16
128/22 130/23 132/2
134/24 135/4 135/9
135/11 149/21 150/25
151/19
loose [1] 164/1
Los [1] 1/19
lost [1] 23/4
lot [7] 15/22 56/23
76/21 88/15 146/15
146/16 152/21
loud [7] 56/23 57/18
57/24 58/6 58/7 77/10
88/15
louder [1] 56/20
lower [10] 18/19 19/9
19/15 22/4 22/18 23/10
28/12 57/8 62/12
134/12
Lowman [2] 19/23 21/1
LP [1] 2/2
LUKE [5] 3/11 65/25
66/2 66/9 66/10
lunch [5] 46/6 46/11
46/12 46/13 114/9

**M**

made [13] 17/5 17/13
17/15 24/11 27/1 60/5
69/24 72/1 72/5 73/2
146/16 158/23 169/14
maintain [2] 16/21
68/16
majority [1] 11/10
make [20] 21/10 26/15
42/6 63/11 75/1 75/8
78/23 82/24 88/23
106/11 115/5 115/6
136/8 157/2 159/17
166/19 170/17 170/21
171/23 171/24
makes [4] 5/20 152/24
160/10 170/1
makeshift [1] 84/18
making [7] 62/4 67/15
83/9 97/8 155/16
160/20 171/7
Maldonado [1] 171/12
male [4] 90/1 111/19
112/1 112/5
Mall [1] 68/21
man [4] 12/22 14/19
85/9 105/18
management [1] 68/8
manhandled [1]
135/15
manner [1] 168/17
many [16] 8/14 12/8
12/14 12/18 22/3 22/6
22/17 31/14 34/18
61/19 72/13 78/19
103/1 115/9 136/12
163/23
map [1] 79/23

marble [5] 101/17
102/11 103/17 107/12
107/12
marching [1] 44/18
marine [3] 26/17 32/2
32/7
mark [3] 23/21 61/9
61/16
marked [11] 70/24
74/17 86/23 87/19
93/19 95/1 98/11 124/8
124/11 129/24 146/19
marker [6] 37/24 40/1
43/7 51/2 51/2 61/2
marks [1] 80/20
Marshall [4] 1/14 3/4
3/9 7/25
mask [6] 29/1 50/10
50/11 50/14 52/1 73/3
mass [1] 109/20
material [1] 60/5
matter [6] 17/20 68/24
69/13 110/11 164/15
174/5
may [11] 58/15 68/22
76/9 85/16 113/7
152/23 164/5 164/5
165/9 166/17 167/10
maybe [20] 13/8 22/5
31/15 35/6 39/21 39/21
47/11 47/23 60/23
71/19 91/24 103/4
125/5 132/9 134/7
152/24 163/23 164/8
165/5 169/23
me [42] 14/9 15/20
16/7 16/18 30/20 30/24
34/23 36/3 39/14 41/2
42/13 44/24 45/1 46/6
48/16 48/18 58/20 60/4
60/8 65/8 68/17 69/10
76/6 85/1 87/6 113/2
121/9 127/21 133/22
135/5 135/6 135/7
150/5 152/13 152/14
152/23 154/15 165/11
167/23 172/14 172/16
172/17
mean [20] 18/25 65/1
101/20 104/14 104/21
104/22 106/13 111/23
136/15 137/12 137/16
138/3 142/15 143/24
144/13 155/14 156/4
158/22 162/6 165/9
meaning [3] 53/17
60/12 62/17
meant [2] 47/9 87/22
media [4] 131/9 131/12
145/8 145/19
meet [2] 76/7 79/2
meeting [8] 32/22
32/24 33/5 33/5 33/13
33/17 34/2 34/5
meetings [3] 33/25
34/7 35/15
meets [1] 58/1
members [10] 12/8

20/6 22/6 29/24 30/9
36/1 72/6 72/15 74/10
79/3
memorable [1] 7/13
Memorial [1] 42/18
memory [1] 101/17
mention [1] 22/17
message [4] 130/21
131/19 131/22 132/13
messages [11] 128/1
128/2 129/25 130/2
131/17 136/12 136/23
136/25 137/7 137/13
137/25
met [8] 31/9 32/23
32/25 33/2 33/23 35/12
74/10 143/12
metadata [1] 166/22
metal [2] 60/5 60/15
Metropolitan [12]
22/24 65/25 66/11
66/12 66/15 138/17
139/3 139/4 140/9
144/22 151/4 163/3
MIA [1] 48/15
microphone [1] 71/18
middle [3] 24/6 29/22
165/17
might [10] 110/10
110/22 110/22 149/21
154/13 164/16 164/18
166/2 166/22 170/11
military [5] 63/19 63/20
123/12 123/25 124/25
military-style [2]
123/12 124/25
Miller [5] 68/1 68/7
69/25 81/22 82/3
millimeter [1] 72/22
mind [2] 21/11 135/21
minus [1] 134/4
minute [6] 6/18 35/21
61/9 114/2 123/18
147/13
minutes [14] 43/7
43/24 46/14 57/2 57/13
61/5 77/12 77/17 77/17
82/6 104/18 114/6
122/19 122/23
Mirabelli [2] 1/13 3/20
mislead [1] 165/18
missed [2] 31/6 172/12
mission [4] 16/20
16/22 17/5 17/16
misstates [1] 101/25
mistrial [2] 48/8 114/23
misunderstood [1]
7/23
MK [4] 72/25 73/1
144/19 149/6
MK-46 [1] 149/6
MK-46s [1] 73/1
MK-9 [2] 72/25 144/19
mobility [1] 15/23
moment [29] 6/11 7/10
7/13 7/16 11/4 12/6
12/13 15/14 15/15
15/24 18/14 20/15

20/17 22/9 26/22 29/14
30/2 30/10 39/16 56/4
56/6 56/9 56/10 56/12
56/14 58/20 64/6 64/9
64/21
moments [1] 167/16
Monday [10] 34/23
163/18 165/5 166/4
166/7 171/13 171/22
172/10 172/22 172/25
monitor [1] 51/11
months [2] 35/6 35/10
more [44] 10/19 11/14
12/24 16/25 17/6 17/13
17/15 17/18 20/5 23/3
23/3 23/5 27/12 44/5
45/7 61/6 61/9 61/21
61/21 62/13 62/13 82/8
83/15 97/8 104/8 104/9
106/10 108/15 108/19
110/9 111/17 112/9
112/16 112/19 116/14
118/3 124/4 125/5
136/1 137/17 145/5
152/25 155/14 164/19
morning [7] 5/6 5/7
27/5 27/9 68/1 68/2
141/12
most [3] 104/23 109/17
146/12
mother [10] 130/1
130/3 130/5 130/23
131/23 131/24 132/5
132/23 133/3 135/18
motion [2] 158/23
160/11
motives [1] 137/17
motorman [2] 75/11
76/6
mouse [1] 5/24
mouthing [1] 26/17
move [21] 7/21 25/11
65/15 74/2 74/3 74/5
78/5 80/13 81/8 87/22
94/7 96/5 98/19 101/3
113/15 114/23 122/18
128/10 153/3 160/15
164/18
moved [6] 13/6 14/3
64/14 141/15 141/20
141/24
moving [18] 5/22 27/5
62/8 62/13 62/18 65/1
65/3 69/19 71/4 96/20
97/20 130/16 135/13
152/4 155/8 155/10
155/12 155/18
MPD [10] 66/16 71/13
71/21 75/11 78/19
81/25 109/18 139/9
143/12 143/24
MPD's [1] 66/23
Mr [18] 3/4 3/5 3/6 3/7
3/9 3/12 3/13 3/16 3/17
3/20 99/18 119/23
121/3 121/4 123/3
123/7 133/5 134/18
Mr. [71] 7/25 30/18

**M**

**Mr.... [69]** 46/4 46/9
46/24 48/5 48/12 51/11
52/20 58/13 62/24
84/23 87/13 94/10 95/8
99/11 99/13 99/14
99/16 99/20 108/9
108/12 114/10 114/10
114/18 114/20 116/20
116/24 118/16 119/4
121/14 122/8 123/20
124/19 125/9 125/22
127/20 129/25 130/22
131/7 131/9 131/12
131/22 132/9 134/1
136/13 137/1 137/7
138/5 164/2 164/16
165/8 165/14 165/23
166/16 166/19 166/23
167/6 167/7 167/9
167/17 168/1 168/6
168/7 168/18 169/2
169/11 169/22 171/18
171/19 172/15
**Mr. Blythe [28]** 46/24
62/24 94/10 95/8 99/20
108/9 108/12 114/10
116/20 116/24 118/16
119/4 121/14 122/8
123/20 124/19 125/9
125/22 129/25 130/22
131/9 131/12 131/22
132/9 134/1 137/7
138/5 171/19
**Mr. Blythe's [5]** 114/20
127/20 131/7 136/13
137/1
**Mr. Brennwald [5]**
166/16 166/19 166/23
167/6 171/18
**Mr. Brennwald's [1]**
167/7
**Mr. Farris [2]** 114/10
114/18
**Mr. Feitel [1]** 51/11
**Mr. Foskett [2]** 84/23
87/13
**Mr. Grant [2]** 46/4
99/13
**Mr. Johnson [2]** 52/20
99/16
**Mr. Marshall [1]** 7/25
**Mr. Randolph [1]** 58/13
**Mr. Randolph's [2]**
46/9 172/15
**Mr. Samsel [7]** 30/18
99/11 165/14 165/23
167/17 168/7 169/2
**Mr. Samsel's [1]** 167/9
**Mr. Woodward [10]**
48/5 48/12 99/14
164/16 165/8 168/1
168/6 168/18 169/11
169/22
**Mr. Woodward's [1]**
164/2
**Ms [2]** 3/8 27/15
**Ms. [5]** 21/9 23/5 28/5

37/2 158/7
**Ms. Franklin [1]** 37/2
**Ms. Hayman [4]** 21/9
23/5 28/5 158/7
**much [17]** 26/21 27/3
33/23 50/13 52/17
61/17 61/17 62/22
79/14 114/1 134/10
134/14 137/22 138/3
138/14 164/10 169/11
**multiple [3]** 24/24 34/7
35/18
**mumbling [1]** 154/6
**munitions [3]** 71/14
71/21 109/24
**museums [2]** 47/7
47/11
**must [1]** 46/11
**mustache [1]** 119/9
**my [60]** 5/23 15/23
21/7 21/11 25/2 31/17
33/19 37/11 37/14
40/14 42/4 44/5 44/22
53/21 54/21 58/15
64/12 64/19 65/9 66/19
68/3 69/10 70/22 72/1
72/21 73/2 73/2 76/2
76/7 79/6 80/10 80/24
85/13 90/25 92/12
93/22 113/10 116/14
118/7 134/5 134/9
134/11 139/22 140/2
140/17 141/11 142/16
142/17 144/19 145/17
147/21 163/23 164/16
165/12 165/13 165/15
165/22 166/11 168/9
171/5
**myself [10]** 19/23 24/2
29/8 68/7 69/25 74/10
81/22 87/4 93/22
166/24

**N**

**Nah [2]** 130/16 135/12
**name [9]** 66/7 66/8
73/11 73/17 115/25
115/25 126/4 138/24
138/24
**narrate [3]** 156/19
159/18 164/6
**narrating [1]** 160/17
**nation's [1]** 47/9
**National [2]** 47/11
146/16
**nature [1]** 31/18
**near [9]** 12/23 18/9
23/13 28/19 28/25
57/20 68/20 71/5
145/25
**nearby [1]** 154/1
**necessarily [3]** 132/21
133/25 156/19
**need [22]** 21/13 48/7
51/19 52/7 53/15 58/20
74/1 74/1 83/12 83/15
90/4 97/8 110/23 113/7
122/2 132/8 132/20

150/19 168/7 171/24
171/25 172/23
**needed [6]** 15/25 71/8
83/17 83/24 109/16
110/2
**needing [1]** 133/6
**needs [1]** 72/8
**neither [1]** 48/16
**neon [1]** 151/3
**never [4]** 31/9 78/20
101/20 115/10
**news [1]** 132/10
**next [19]** 65/23 114/3
125/17 132/3 132/16
132/17 133/5 133/8
134/8 135/1 138/15
147/18 149/18 157/5
157/8 160/3 160/22
171/21 172/7
**night [1]** 165/15
**nighttime [1]** 11/11
**no [55]** 1/3 8/1 13/22
17/20 30/16 31/11
31/17 32/16 33/4 39/5
39/20 41/7 46/3 46/23
47/19 47/20 48/14
48/14 55/15 62/25
63/24 64/8 64/20 65/11
75/2 84/14 86/4 86/7
94/10 99/2 99/17
99/19 101/22 102/5
103/10 106/13 107/20
112/5 114/18 115/12
119/13 128/12 129/20
131/8 131/10 133/21
136/21 138/11 144/23
154/12 160/16 161/25
162/8 163/13 167/2
**noise [3]** 56/3 61/25
62/3
**noises [1]** 88/15
**none [5]** 12/17 12/20
81/10 87/24 153/5
**noon [2]** 68/3 69/14
**noonish [1]** 69/9
**normal [1]** 144/21
**normally [2]** 109/13
109/15
**north [9]** 10/17 28/2
72/16 82/2 99/6 145/20
146/1 146/21 146/22
**northeast [1]** 74/14
**northern [2]** 154/3
154/7
**northwest [3]** 2/3
153/1 154/5
**not [121]** 7/1 7/6 7/8
7/22 14/10 15/1 17/4
17/14 20/23 25/2 26/10
33/17 34/13 35/20
36/24 37/7 39/1 39/4
39/5 39/16 39/20 40/18
41/7 41/9 41/23 41/25
42/14 46/12 47/9 48/4
50/22 52/5 54/21 55/13
58/5 59/15 61/6 63/18
65/17 70/6 70/10 73/1
73/10 75/21 76/1 77/15

77/17 78/9 78/14 84/10
85/25 86/7 86/18 91/4
93/22 96/18 96/20
96/24 97/3 97/21 97/22
100/17 101/13 104/15
106/6 106/13 107/5
107/20 107/21 107/23
109/13 109/15 109/18
110/5 110/9 110/20
111/4 112/23 113/5
113/6 113/10 113/16
113/21 115/3 117/1
117/3 118/1 121/21
126/11 131/8 131/10
131/12 135/21 136/4
136/15 136/21 137/10
137/15 137/23 141/19
142/8 145/15 156/12
156/13 159/14 160/14
161/8 162/9 162/10
162/15 164/5 164/7
165/1 165/21 166/2
166/12 166/19 168/23
169/21 170/14 170/15
**notable [1]** 30/13
**note [6]** 24/5 25/5
28/11 28/24 159/3
167/22
**noted [1]** 168/24
**notes [2]** 35/16 35/17
**nothing [7]** 14/2 52/17
58/11 99/10 113/22
130/24 138/5
**notice [4]** 13/23 64/17
172/1 172/5
**noticeable [1]** 13/25
**now [55]** 6/7 7/18 8/17
9/18 9/22 10/5 12/1
12/6 13/15 13/20 14/19
15/11 15/14 16/3 17/17
18/1 19/4 20/11 21/8
25/1 25/3 28/13 28/17
32/5 32/21 35/25 38/8
38/14 41/15 42/3 46/11
54/4 55/13 55/19 60/19
61/17 62/8 68/5 72/17
79/20 80/6 82/12 122/7
127/14 130/20 133/9
133/25 140/4 141/4
153/21 155/8 155/15
156/11 159/13 171/23
**nowhere [1]** 165/17
**Noyes [1]** 171/12
**number [2]** 110/2
130/10
**NW [3]** 1/15 2/6 2/19

**O**

**oath [3]** 66/3 115/16
138/19
**object [4]** 73/24 88/9
140/22 140/23
**objecting [1]** 118/1
**objection [52]** 6/22
7/21 17/7 25/4 25/4
47/18 47/19 47/20
65/13 70/8 70/10 76/18
76/24 77/6 77/7 77/21

78/5 78/13 79/18 79/19
81/10 83/20 84/8 87/24
87/25 91/18 94/9 94/10
95/7 95/8 96/7 96/22
97/9 97/14 98/20 98/21
98/22 119/13 128/12
130/8 141/21 153/5
154/11 154/25 156/4
157/14 158/14 159/11
159/12 160/15 161/15
166/12
**objections [1]** 164/2
**objects [1]** 163/6
**observation [1]** 126/6
**observations [2]** 64/12
82/24
**observe [1]** 98/7
**observed [8]** 6/23 7/24
63/8 97/1 117/18 164/4
164/8 164/12
**obstructing [4]** 76/16
91/17 97/7 97/13
**obvious [2]** 104/15
131/1
**obviously [13]** 32/9
36/6 38/14 47/1 55/11
65/8 72/6 86/18 91/13
97/21 98/2 107/20
170/20
**OC [4]** 72/25 113/10
144/20 149/7
**occurred [4]** 22/25
33/8 33/10 169/10
**occurring [2]** 30/9 35/4
**October [2]** 1/5 174/8
**off [25]** 9/6 13/9 37/15
38/16 46/22 67/3 71/15
83/5 83/7 83/12 91/6
91/14 104/6 104/10
105/1 105/5 105/6
107/18 113/12 113/14
134/5 139/11 145/19
150/24 166/1
**offer [3]** 154/9 162/1
162/21
**offered [1]** 25/3
**offhand [1]** 152/21
**office [13]** 1/14 1/17
1/21 2/5 2/9 67/9 71/12
71/20 116/4 116/19
117/15 119/2 139/23
**officer [91]** 3/3 5/6 8/9
10/3 10/9 10/22 11/25
13/3 13/3 16/19 18/8
18/9 19/8 19/23 20/1
21/1 21/17 21/16 23/6
24/5 24/6 25/13 25/22
26/8 26/15 26/21 27/21
28/17 28/20 28/25
29/11 31/6 31/6 31/8
38/23 42/3 44/6 44/12
45/21 46/19 49/5 51/5
52/17 52/23 53/3 55/8
55/9 55/22 58/18 60/18
61/21 62/22 63/5 63/9
63/12 65/11 65/19
66/15 70/9 72/7 87/3

O

officer... [27] 93/24
94/5 103/20 107/8
108/7 108/13 110/1
139/4 139/13 149/13
149/21 154/1 156/5
156/6 158/20 159/14
159/18 159/23 159/25
160/13 160/16 162/17
163/3 163/4 163/7
163/20 169/22
officer's [4] 7/21 65/16
88/4 160/13
officers [57] 10/25
17/24 22/3 22/17 22/20
22/22 23/1 30/12 30/14
36/23 45/10 49/15 59/3
64/6 64/15 66/25 71/24
75/12 75/18 78/19
81/25 81/25 83/15
84/17 86/12 86/14
86/17 86/19 91/12
91/17 96/20 96/23 97/4
97/13 97/18 97/21
101/23 102/7 103/1
103/17 103/21 104/17
104/18 106/10 106/12
106/21 107/2 107/5
109/18 109/21 113/7
116/21 137/18 144/2
149/15 151/6 152/7
Official [2] 2/18 174/9
often [1] 35/3
Oh [5] 12/17 37/8 123/8
133/21 165/7
okay [98] 8/4 27/11
30/3 36/25 37/12 37/22
39/18 41/10 46/2 46/4
46/5 46/18 47/4 47/22
48/4 49/1 51/12 51/13
51/14 52/17 58/6 65/17
65/18 66/1 74/3 74/16
75/3 82/11 83/2 87/18
88/10 92/19 93/14
94/11 95/9 96/7 97/24
98/22 99/10 99/11
99/13 99/22 100/18
102/24 103/4 103/11
103/23 104/17 108/1
108/16 108/18 109/6
110/1 111/5 113/23
114/6 114/8 114/19
114/24 115/2 118/4
121/19 122/4 122/5
122/15 123/13 124/2
124/13 125/2 126/22
127/7 128/13 130/25
134/8 134/25 142/5
145/16 146/13 154/15
159/21 161/3 162/6
163/14 163/22 163/25
164/15 165/7 166/3
166/7 167/21 169/4
169/12 169/17 170/22
171/9 171/15 172/8
172/23
old [1] 51/9
older [4] 89/25 92/15

...11/20 112/6
once [3] 43/21 82/18
164/3
one [63] 7/17 11/13
17/4 17/14 20/20 21/11
23/5 23/19 27/12 28/2
28/3 30/2 34/1 35/5
45/23 57/20 58/20
59/11 60/13 72/6 73/1
74/7 75/8 83/17 84/1
88/16 99/21 106/18
106/18 106/22 106/22
108/19 110/20 111/19
120/20 123/18 125/5
128/25 130/12 131/21
132/3 132/16 134/11
134/24 135/1 142/1
144/21 145/7 147/13
149/7 149/11 149/20
158/7 163/4 164/1
164/15 165/12 166/8
168/16 169/23 171/23
172/10 172/21
one minute [1] 123/18
ones [2] 130/5 130/6
ongoing [1] 166/11
only [11] 21/5 32/14
35/2 44/17 50/12 77/12
104/12 135/2 135/14
146/14 171/5
open [6] 18/23 18/25
76/14 95/4 95/8 166/21
open-source [2] 95/4
95/8
opened [8] 6/5 11/10
25/25 33/14 39/16
39/22 40/11 171/18
opening [1] 44/16
operation [2] 68/13
68/16
operations [14] 67/8
68/8 70/7 71/21 83/11
109/22 109/24 110/19
140/3 140/4 140/11
140/13 140/15 140/17
opinion [1] 79/6
opposed [1] 50/17
opposite [2] 43/12
130/9
orange [6] 72/23 89/6
96/13 120/4 126/4
149/3
orange-type [1] 72/23
order [5] 68/9 83/4
114/13 172/4 172/14
orders [2] 84/16 97/22
originally [5] 68/5
68/23 69/12 70/3 70/4
other [39] 10/16 16/8
17/4 17/14 38/22 44/8
44/13 50/9 54/19 59/3
67/1 67/8 72/15 74/10
75/13 78/25 79/2 82/20
84/1 84/18 103/21
103/23 104/1 104/4
110/16 110/16 110/23
115/10 115/11 116/18
136/23 137/23 161/5

...161/24 168/20
169/13 171/19 171/23
others [5] 39/2 111/17
112/9 113/8 168/4
ought [1] 141/1
ounce [1] 73/1
our [45] 7/17 7/20 16/1
45/22 63/21 64/3 67/16
68/10 68/11 68/12
68/16 70/1 70/10 70/24
71/12 72/2 72/9 72/10
72/20 72/21 73/6 73/13
74/9 74/9 97/22 106/13
113/13 114/2 114/11
127/18 135/13 139/20
140/1 140/4 140/11
140/16 140/25 143/10
143/11 144/21 149/7
170/1 170/18 171/16
172/4
ourselves [1] 68/9
out [40] 26/15 29/11
42/4 45/9 47/14 58/3
67/14 69/12 71/8 74/9
75/14 75/15 78/4 78/25
79/1 81/24 81/25 83/4
88/23 97/6 99/5 99/6
105/2 106/9 107/9
108/17 112/7 116/3
118/18 121/17 122/2
130/17 131/16 135/13
140/16 145/7 155/18
158/23 164/11 170/19
outer [1] 60/9
outfit [2] 102/15 119/4
outline [1] 145/20
outs [1] 71/7
outside [4] 5/14 62/17
76/2 106/11
outstretched [2] 42/11
44/11
over [39] 5/24 14/9
15/20 20/25 29/20
29/21 38/22 39/1 39/15
40/20 41/23 45/11
45/16 49/23 49/25 50/1
66/16 68/20 69/20
71/22 72/5 72/14 75/5
96/7 98/22 104/3 110/6
119/8 126/4 130/17
133/22 134/9 135/13
139/6 145/11 145/25
164/8 168/19 168/19
over-under [1] 41/23
overall [1] 16/20
overrule [2] 141/5
157/5
overruled [21] 6/25
7/23 8/7 17/10 65/18
70/12 70/15 70/18
76/19 76/25 77/9 77/25
78/6 78/14 102/2
111/23 142/5 155/2
158/15 160/2 162/20
overseas [1] 63/21
oversee [2] 140/3
140/18
overtime [1] 67/14

own [4] 64/12 65/9
156/11 168/1
owner [2] 130/9 130/10

P

p.m [12] 48/2 60/21
61/3 61/9 61/17 132/14
133/23 133/25 147/10
152/19 155/24 159/4
PA [1] 2/13
page [8] 3/2 36/5 36/15
130/12 130/15 132/17
133/5 134/8
Page 829 [2] 130/12
130/15
pages [7] 130/11
130/12 135/2 136/1
136/12 136/17 136/20
painful [1] 135/11
panel [3] 10/16 10/17
92/18
pants [6] 42/15 42/16
42/17 42/18 44/6 45/22
parallel [1] 144/9
Pardon [1] 172/17
parents [2] 47/3 47/16
Parked [1] 143/10
parking [2] 146/15
146/15
part [25] 6/7 49/8 53/12
62/8 78/21 81/21 92/13
101/13 103/21 106/8
106/12 106/13 106/15
107/20 107/25 109/17
109/19 109/20 116/16
124/10 127/17 134/12
137/19 146/12 170/5
partially [1] 150/25
participant [1] 116/20
participate [1] 127/14
particular [9] 20/25
25/5 39/16 56/12 63/23
71/7 103/25 104/20
109/22
particularly [5] 16/22
57/1 77/3 164/7 170/12
parties [1] 25/6
partner [2] 142/16
142/17
parts [1] 62/12
past [1] 49/17
patch [1] 73/8
path [1] 70/10
patrol [11] 67/1 67/13
69/2 70/6 73/7 139/13
139/18 139/21 139/25
140/10 144/21
PAUL [1] 1/6
pause [41] 21/20 23/24
25/20 26/13 29/4 40/1
44/22 48/20 61/1 81/14
84/23 86/10 87/21
88/20 88/25 89/20 90/9
90/15 91/10 91/23 93/5
94/16 95/15 98/18
108/5 108/22 118/6
118/12 119/17 119/19
120/15 123/1 123/17

...124/17 125/7 125/20
126/13 147/15 149/25
154/21 158/18
paused [2] 21/14
148/10
pausing [5] 13/18
19/18 22/12 26/6 27/19
28/16 30/7 149/25
PDF [5] 166/16 166/18
166/21 166/22 167/2
Peace [15] 5/14 10/12
32/2 32/10 32/11 32/17
34/10 34/13 39/17
45/24 49/8 49/11 53/9
56/15 63/6
peacefully [1] 17/24
Pence [1] 137/14
Pennsylvania [6] 2/6
2/15 5/14 22/11 32/11
146/15
people [81] 11/6 12/15
17/19 17/23 18/12 21/3
35/7 35/10 46/8 47/17
49/17 49/20 50/1 53/25
57/11 60/23 60/24
61/10 61/19 61/22 62/1
62/13 62/17 64/9 72/13
72/24 75/17 75/22
75/25 76/2 76/14 76/15
76/21 76/22 77/5 77/11
77/11 77/16 77/19
77/20 78/1 78/11 78/12
79/9 79/11 79/12 79/13
79/16 83/2 83/5 83/8
83/12 83/15 83/24
84/13 85/2 85/16 86/5
86/16 88/14 89/24 90/4
104/23 105/1 105/5
111/10 111/14 111/16
111/16 112/9 113/8
113/13 113/13 113/16
130/16 135/13 135/14
137/20 141/12 142/23
145/9
pepper [1] 133/18
percent [2] 46/1 91/4
perfect [1] 172/19
perfectly [1] 160/19
perform [1] 66/25
perhaps [1] 44/5
perimeter [1] 8/3
period [2] 87/16 165/23
permission [1] 47/11
perpendicular [1] 60/1
person [62] 21/5 26/16
50/10 50/14 50/15
50/22 51/18 52/1 52/2
52/8 63/11 64/23 85/9
85/12 85/17 89/4 89/8
89/12 90/11 90/21 91/3
91/13 91/15 92/1 92/24
92/25 94/18 94/20
96/12 96/16 102/14
103/6 103/7 103/8
107/18 110/16 111/19
111/20 112/5 112/12
112/17 112/20 113/19
115/10 117/19 118/19

**P**

**person... [16]** 118/25 119/5 120/7 121/2 121/12 122/11 125/15 126/3 131/23 144/21 148/10 150/3 150/9 151/3 157/12 161/12
**personal [2]** 7/22 73/1
**personally [3]** 39/4 142/9 156/13
**perspective [2]** 81/1 87/16
**Philadelphia [1]** 2/13
**phone [18]** 69/24 70/22 72/1 127/15 127/18 127/20 128/8 129/1 130/10 131/7 132/1 136/13 137/25 151/17 167/10 168/20 168/21 168/21
**phones [3]** 168/25 169/2 169/3
**photograph [2]** 117/13 128/22
**photographs [4]** 46/10 116/24 119/3 127/25
**physical [3]** 17/25 59/15 63/11
**physically [3]** 78/10 97/20 117/18
**pic [1]** 134/9
**pick [2]** 5/8 71/1
**picked [3]** 51/7 69/22 108/9
**pics [1]** 136/5
**picture [8]** 45/6 131/25 133/1 134/12 134/14 134/18 134/22 166/24
**piece [1]** 51/8
**Pierce [1]** 165/16
**piling [1]** 62/18
**pillar [1]** 29/11
**pinned [1]** 15/18
**place [8]** 22/15 43/13 43/14 68/9 76/13 84/4 84/5 155/2
**placed [4]** 105/20 105/21 105/21 105/24
**places [4]** 15/22 68/10 76/12 79/12
**Plaintiff [2]** 1/3 1/13
**plate [1]** 73/15
**platoon [3]** 78/21 109/20 109/25
**play [82]** 6/7 10/18 11/13 12/3 12/24 13/11 13/15 19/16 20/11 21/10 21/18 22/9 23/20 25/18 27/16 28/14 30/5 37/23 37/24 43/15 43/23 44/3 45/7 51/5 52/9 53/1 54/4 54/12 55/20 57/2 57/13 62/6 81/13 85/19 86/8 86/20 87/18 88/18 93/3 93/6 93/15 94/13 94/23 96/9 98/16 98/24 100/6 101/4 105/10 108/3 108/19 119/15 120/11 122/19 122/23 122/23 123/15 124/3 125/4 128/23 147/12 147/25 148/7 148/19 149/23 150/14 151/9 151/20 153/8 154/20 155/7 155/25 157/7 158/6 158/9 158/16 159/5 160/3 162/25 164/12 165/7 167/1
**played [127]** 5/16 6/8 7/19 8/18 10/7 10/20 11/15 12/4 12/21 12/25 13/13 13/17 14/14 14/18 15/12 16/4 18/2 19/6 19/17 20/13 21/19 22/11 23/22 25/19 26/5 26/12 27/18 28/15 29/3 30/6 32/5 37/9 37/17 38/1 38/10 38/12 41/11 41/20 42/1 43/16 43/25 44/4 44/21 45/2 45/4 51/6 51/16 51/23 52/10 53/4 53/20 54/6 54/13 55/4 55/23 57/3 57/15 62/7 81/15 84/21 85/6 85/24 86/1 86/9 86/21 87/20 88/19 89/2 89/19 90/8 90/14 91/9 91/22 93/4 93/17 94/15 94/24 95/14 96/10 97/23 98/17 98/25 100/7 100/21 101/2 101/5 102/23 105/11 105/14 105/25 106/25 108/4 108/21 109/5 118/11 119/18 120/14 122/17 122/20 122/25 123/16 124/5 124/16 125/6 125/19 126/12 128/24 129/13 147/14 148/1 148/8 148/20 149/24 150/15 151/11 151/22 153/9 154/22 155/9 156/1 157/9 158/8 158/17 159/7 160/5 163/1 167/14
**playing [25]** 7/18 8/17 15/11 16/3 18/1 26/4 26/11 29/2 41/12 84/20 85/5 85/25 88/25 89/1 89/17 89/18 90/7 90/13 91/8 91/21 100/19 108/12 119/16 125/17 159/15
**Plaza [8]** 26/22 32/7 32/10 32/13 68/24 69/13 143/20 144/6
**please [35]** 6/6 28/13 37/2 46/19 54/11 57/16 58/15 58/20 66/8 85/7 87/21 89/20 90/15 91/23 93/5 94/16 100/5 102/22 103/12 105/8 108/2 108/17 112/23 119/14 120/15 131/19 132/13 132/16 134/13 150/6 150/17 152/10
**PM [3]** 46/21 114/7 173/1
**point [66]** 8/22 11/6 11/18 12/17 13/10 14/1 15/25 20/7 21/22 27/3 42/4 49/19 60/23 61/19 69/24 72/3 72/4 72/9 72/11 72/12 72/17 73/5 74/5 74/12 74/16 77/17 78/9 78/10 78/19 82/6 83/3 84/20 86/6 86/13 89/6 93/16 94/21 98/18 100/13 100/23 101/8 102/11 103/2 104/17 104/17 105/4 106/18 106/22 106/22 107/8 107/16 107/19 109/2 118/14 119/22 120/10 121/17 122/2 122/24 124/6 149/11 150/22 159/14 161/4 170/23 171/5
**pointing [1]** 164/11
**points [3]** 7/17 10/15 56/23
**police [38]** 18/13 18/17 18/18 20/1 20/6 22/2 22/22 22/23 22/24 30/9 31/21 42/24 57/10 65/25 66/11 66/12 66/15 69/23 71/5 71/24 75/11 84/16 101/23 102/18 104/24 107/17 138/17 139/3 139/5 139/23 140/9 144/2 144/22 151/5 157/13 160/11 163/3 169/22
**political [1]** 137/17
**portion [11]** 28/12 60/6 60/9 60/9 81/1 81/4 81/5 106/9 154/4 154/7 169/15
**position [6]** 19/12 71/9 82/7 140/8 162/10 170/1
**positioned [3]** 10/24 15/17 146/18
**possible [5]** 103/5 110/25 134/13 134/14 138/4
**possibly [6]** 14/9 34/23 58/5 92/3 93/12 135/11
**post [1]** 135/22
**posted [3]** 10/4 11/1 152/7
**posting [1]** 136/6
**potentially [3]** 50/23 65/9 142/3
**precise [1]** 167/19
**prefer [1]** 46/10
**prejudicial [1]** 78/5
**prep [2]** 35/2 35/4
**preparation [1]** 80/6
**prerogative [1]** 118/9
**present [12]** 49/2 68/19 95/12 96/3 98/2 105/5 116/6 116/10 116/17 159/21 167/16 167/17
**presentation [1]** 164/13
**presents [1]** 48/11
**President [5]** 17/2 137/13 137/14 141/19 141/24
**presumably [2]** 54/25 134/1
**presume [1]** 37/20
**pretrial [2]** 47/25 48/1
**pretty [4]** 79/14 130/16 135/12 166/15
**prevent [2]** 41/2 101/19
**preventing [1]** 97/7
**previous [6]** 73/9 95/20 127/4 147/21 149/7 149/20
**previously [10]** 5/10 19/4 86/15 92/25 94/19 94/20 121/24 127/10 149/7 149/18
**primary [2]** 71/13 71/20
**prior [10]** 11/4 11/4 12/6 12/11 12/13 27/8 31/18 44/25 81/21 142/22
**priority [1]** 18/16
**probably [8]** 12/10 47/13 61/19 69/9 73/17 78/21 141/11 165/4
**probation [1]** 47/23
**problem [2]** 48/4 115/12
**proceeded [1]** 36/9
**proceedings [4]** 2/22 48/20 173/1 174/4
**process [1]** 137/2
**produced [1]** 2/22
**project [1]** 140/14
**promise [1]** 46/7
**promised [1]** 21/10
**promoted [4]** 139/13 139/18 139/20 139/25
**prosecutor [3]** 156/5 156/7 156/9
**prosecutors [1]** 32/22
**protection [1]** 110/23
**protester [2]** 20/25 21/5
**protesters [1]** 20/20
**protests [1]** 110/19
**prove [1]** 156/25
**provide [2]** 167/23 172/14
**provided [3]** 117/14 166/12 168/16
**providing [1]** 31/23
**public [2]** 20/8 22/6
**publish [9]** 81/9 87/23 94/8 94/13 96/5 98/19 128/19 154/10 162/22
**pull [23]** 7/2 7/3 7/5 21/8 23/6 27/15 28/5 50/15 52/8 52/25 64/15 71/18 106/21 107/2 107/17 131/18 143/1 145/3 148/17 150/17 152/9 153/16 158/25
**pulled [6]** 51/19 65/7 65/10 91/6 102/7 119/3
**pulling [14]** 15/1 19/4 21/11 50/16 50/17 50/19 52/13 52/14 54/22 54/23 54/24 55/6 100/4 106/20
**punches [1]** 36/20
**purpose [1]** 101/19
**push [6]** 14/1 14/4 63/9 64/10 64/22 83/8
**pushed [10]** 12/7 12/11 12/14 53/10 53/11 53/12 53/16 64/9 99/5 105/20
**pushing [9]** 13/2 13/5 50/17 52/5 53/8 53/10 53/25 64/18 79/1
**put [13]** 20/9 22/15 37/7 61/15 71/23 72/21 73/9 102/7 108/10 127/20 166/8 168/13 172/5
**putting [3]** 165/12 171/17 172/1
**pylons [1]** 42/9

**Q**

**quadrupled [1]** 61/6
**quarter [2]** 67/17 158/6
**Queen [1]** 2/12
**question [14]** 12/12 17/12 83/22 97/9 118/7 120/13 155/1 157/6 160/22 168/14 169/6 169/18 169/19 169/19
**questioned [1]** 34/3
**questioning [1]** 48/7
**questions [13]** 30/17 33/8 34/4 46/3 65/12 80/14 82/8 98/1 99/12 99/19 163/13 163/24 169/23
**quick [1]** 69/11
**quicker [1]** 46/7
**quickly [4]** 122/14 130/16 135/12 164/19
**quite [2]** 23/17 23/18
**quote [3]** 64/22 130/18 135/17
**quote/unquote [1]** 135/17

**R**

**raced [1]** 142/18
**rack [29]** 8/11 9/9 9/19 9/20 9/22 9/23 11/19 12/7 12/11 12/14 13/6 13/9 13/20 15/20 49/23 49/25 50/1 50/9 54/20 54/22 54/24 59/22 59/24 60/1 60/6 60/13 64/10 64/11 64/17
**racks [35]** 5/18 6/5 6/14 6/17 7/1 8/14 8/15

**R**
**racks... [28]** 9/11 9/15 9/25 10/9 10/15 10/22 11/3 11/8 11/18 13/2 15/1 25/25 39/17 44/12 44/14 44/15 49/13 49/17 56/15 59/6 59/8 59/14 59/16 59/19 60/5 62/9 63/9 64/22
**radio [4]** 26/23 69/20 71/1 71/11
**railing [1]** 15/19
**raising [1]** 100/16
**RANDOLPH [4]** 1/7 2/12 58/13 99/18
**Randolph's [2]** 46/9 172/15
**random [1]** 84/18
**rank [5]** 66/12 66/17 66/20 139/7 144/25
**ranking [2]** 72/6 163/3
**reach [1]** 118/18
**read [3]** 132/8 135/16 136/19
**readily [1]** 167/15
**reads [1]** 153/11
**ready [2]** 115/21 115/22
**real [1]** 165/15
**realize [1]** 48/11
**really [13]** 15/22 41/21 54/25 70/13 90/2 116/14 133/4 133/6 137/24 145/7 164/6 169/3 169/20
**realtime [3]** 153/11 155/23 167/20
**reason [3]** 33/2 107/6 157/1
**reasons [1]** 169/24
**recall [70]** 6/11 7/10 14/24 15/7 15/15 19/11 20/17 20/19 23/13 23/15 31/25 32/3 32/22 32/24 32/25 33/6 33/7 33/19 33/22 33/25 34/4 34/5 34/9 34/11 34/12 34/14 34/15 35/4 35/15 36/21 36/22 36/24 39/22 50/12 55/24 56/5 56/7 56/16 56/17 56/22 57/7 64/6 64/12 64/13 64/14 64/16 64/20 69/6 71/2 71/7 82/24 96/1 96/16 98/9 109/9 111/13 111/19 112/1 131/14 136/15 136/17 137/3 137/10 137/11 137/16 138/6 140/21 141/9 141/10 141/17
**recalled [1]** 33/13
**recalls [1]** 156/6
**receive [2]** 22/20 109/18
**received [15]** 25/11 81/12 88/11 94/12 96/8 98/23 116/19 119/1 128/15 142/20 153/7

168/20
**receiving [1]** 26/23
**recent [1]** 110/9
**recently [1]** 35/5
**recess [2]** 46/21 114/7
**recipient [1]** 130/7
**recognize [46]** 5/11 5/25 6/4 14/16 19/8 19/20 19/22 21/16 21/22 22/14 24/1 25/13 25/22 25/24 27/21 28/19 29/7 37/20 74/22 80/16 80/19 80/20 81/17 86/25 89/4 93/20 93/22 94/18 95/17 115/10 117/21 118/9 118/14 118/16 118/25 119/21 120/17 120/21 121/2 124/19 125/9 128/18 129/10 129/24 152/12 161/1
**recognized [1]** 40/3
**recollection [5]** 14/22 26/18 64/19 69/12 164/5
**record [38]** 18/8 19/25 37/7 46/22 59/17 66/7 87/9 89/14 90/23 94/4 115/25 117/25 118/21 119/10 120/2 120/23 121/10 122/10 123/10 123/23 124/23 125/14 126/2 126/19 132/9 138/25 143/14 144/5 145/18 149/1 150/8 155/18 156/23 158/1 159/3 166/9 167/18 168/13
**recorded [4]** 2/22 80/9 129/19 129/20
**records [2]** 169/7 169/10
**recover [1]** 136/13
**recovered [1]** 129/11
**recruiting [1]** 140/1
**red [24]** 5/24 15/9 20/1 32/1 33/14 34/6 34/8 38/3 38/15 39/1 40/4 41/18 42/14 44/5 45/22 63/6 148/4 150/3 150/10 151/13 151/24 155/4 157/12 160/10
**reddish [1]** 134/23
**redirect [7]** 3/9 63/1 63/3 111/3 111/6 111/7 138/10
**reduction [1]** 116/8
**reestablish [5]** 16/1 16/18 24/26 22/7 71/23
**refer [4]** 32/1 33/14 36/14 40/4
**referenced [2]** 8/11 137/1
**referring [10]** 8/5 8/24 9/18 15/3 15/4 15/5 16/10 101/4 118/19 146/1

134/19 162/24 168/16
**reflect [14]** 87/9 89/14 90/23 94/4 119/10 120/2 120/23 122/10 123/10 123/23 124/23 125/14 126/2 126/19
**refresh [2]** 164/5 164/5
**refusing [1]** 137/14
**regain [3]** 24/9 83/18 84/1
**regard [1]** 83/2
**regarding [2]** 116/20 138/5
**regional [1]** 127/18
**regroup [1]** 164/8
**reinforce [1]** 23/2
**related [2]** 31/16 170/12
**relation [1]** 27/23
**relevance [8]** 70/10 73/24 76/18 76/24 77/8 77/21 140/22 141/23
**relevant [6]** 136/23 141/3 170/2 170/11 170/12 171/6
**remainder [1]** 99/3
**remained [1]** 26/21
**remarkable [1]** 42/13
**remarkably [1]** 44/6
**remedy [1]** 115/3
**remember [23]** 14/25 32/15 32/17 34/3 50/8 50/11 56/9 56/18 56/18 56/19 56/20 63/6 63/15 64/8 64/23 99/9 100/17 101/13 112/14 145/8 145/9 147/23 170/22
**remembered [1]** 33/10
**reminding [1]** 112/23
**remotely [2]** 115/9 127/21
**removed [2]** 50/5 90/19
**rendering [1]** 36/7
**renew [1]** 7/20
**repeat [1]** 12/12
**repeatedly [2]** 100/10 168/24
**rephrase [5]** 83/21 97/10 111/22 111/24 161/16
**replay [2]** 106/23 106/24
**Reported [1]** 2/18
**reporter [3]** 2/18 139/16 174/9
**represent [2]** 144/8 144/9
**representation [2]** 56/10 143/22
**representative [1]** 165/22
**represented [1]** 167/5
**request [2]** 170/18 171/16
**rescue [1]** 67/7
**residence [1]** 116/23
**resistant [1]** 91/15
**resisting [5]** 86/16 86/19 91/6

**respect [1]** 83/2
**respond [5]** 13/3 141/25 156/15 168/14 169/5
**responded [1]** 142/9
**responding [2]** 77/19 142/23
**responds [2]** 132/9 133/5
**response [13]** 66/23 67/3 67/4 67/5 67/25 68/12 69/10 70/2 70/2 70/3 72/20 119/12 132/23
**rest [2]** 76/7 165/5
**restroom [1]** 146/14
**return [1]** 28/13
**review [4]** 80/7 127/21 129/5 170/20
**reviewed [6]** 95/5 95/11 117/4 127/10 127/21 128/4
**reviewer [1]** 127/21
**reviewing [1]** 116/23
**revote [1]** 84/4
**rewind [1]** 44/15
**Richman [2]** 2/9 3/7
**rid [1]** 80/20
**rifle [2]** 72/22 73/15
**rifles [1]** 72/21
**right [132]** 5/2 5/14 8/25 11/18 16/11 18/9 19/13 25/16 31/3 33/15 33/24 37/18 38/16 38/23 39/9 43/17 51/24 52/6 53/13 53/16 53/17 53/21 53/22 54/2 54/2 54/9 54/14 54/20 55/12 56/24 57/18 58/4 58/6 58/6 59/9 59/24 60/16 61/10 61/19 61/24 62/16 62/18 64/7 73/2 75/5 82/22 84/23 85/7 85/13 86/17 87/10 87/11 87/21 88/7 89/20 90/15 91/24 100/3 101/9 102/5 102/6 103/19 103/24 105/5 106/19 107/1 107/2 107/11 108/5 108/7 109/13 111/14 111/17 112/10 112/13 112/16 112/20 123/8 123/11 123/18 123/22 123/24 129/16 132/11 132/15 133/8 133/13 133/14 133/19 133/20 133/23 134/2 134/24 134/25 135/24 136/7 136/10 136/12 136/16 137/11 137/23 138/8 140/4 143/8 145/8 145/19 146/21 146/22 147/6 147/18 148/14 148/25 149/13 149/14 149/16 149/18 151/7 155/23 158/1 158/20 159/25 161/12 162/16 162/18

163/14 163/15 163/17 165/10 168/11 168/25 169/1 172/24
**rightmost [1]** 10/10
**riot [3]** 109/21 116/20 144/18
**rioters [1]** 84/6
**riotous [1]** 83/14
**risk [1]** 67/7
**road [2]** 133/7 133/11
**robe [1]** 30/23
**Robert [2]** 2/5 2/5
**ROBERTSON [1]** 2/15
**role [8]** 68/10 68/11 71/13 71/20 110/1 116/13 116/14 140/12
**roll [1]** 69/11
**Room [1]** 1/21
**Rosen [1]** 2/8
**Rotunda [4]** 75/15 77/18 78/24 79/1
**roughing [1]** 135/6
**roughly [5]** 31/14 40/13 45/8 45/13 87/15
**rounds [1]** 72/23
**route [1]** 74/7
**row [2]** 59/6 59/8
**RPR [2]** 2/18 174/9
**rubber [2]** 72/24 135/5
**rule [1]** 115/6
**ruling [1]** 114/25
**run [2]** 14/9 39/9
**running [4]** 18/14 19/14 38/16 75/18
**rushing [1]** 39/1
**RUSSELL [1]** 1/6
**RYAN [1]** 1/5

**S**
**safe [1]** 133/6
**safety [3]** 65/9 163/4 163/7
**said [50]** 20/5 26/19 31/25 33/19 36/17 41/5 47/8 47/15 48/1 54/23 56/19 57/7 63/14 63/14 64/5 66/17 67/3 67/18 70/6 71/3 71/10 72/7 74/10 75/8 75/25 76/6 76/21 77/10 78/11 78/15 78/24 79/14 82/18 83/4 86/16 89/7 89/10 92/11 92/13 92/21 93/6 97/17 101/20 106/18 112/6 142/2 143/24 154/5 170/7 171/18
**same [37]** 25/4 36/5 36/14 43/12 43/13 43/14 60/5 77/7 87/15 89/4 89/9 92/24 94/18 94/19 95/4 95/7 95/19 95/20 96/12 98/20 98/21 103/23 119/5 119/15 120/7 120/13 121/4 144/17 153/19 153/23 155/16 159/12 161/3 161/18 166/25

same... [2] 167/13
172/2
SAMSEL [9] 1/5 2/2
30/18 99/11 165/14
165/23 167/17 168/7
169/2
Samsel's [1] 167/9
San [1] 1/22
sat [2] 114/12 114/14
Saturday [1] 47/6
save [1] 121/22
saved [4] 38/6 38/6
63/15 63/24
saving [1] 63/18
saw [20] 7/17 7/22
29/15 43/17 44/19
50/13 53/3 63/11 90/21
95/20 102/17 108/9
111/9 111/19 112/12
117/16 141/12 145/6
149/20 166/20
say [47] 6/16 8/14 8/15
17/4 17/14 18/25 22/17
24/11 26/21 32/6 32/10
32/13 32/17 38/5 44/14
67/19 68/23 69/15 70/4
72/24 76/15 77/15
79/16 80/25 83/17
87/15 97/13 100/23
102/7 103/2 106/7
109/14 110/21 111/4
111/16 111/20 112/9
112/19 113/15 133/16
136/16 141/18 144/13
152/14 154/2 158/22
172/9
saying [21] 15/1 17/13
20/21 20/24 26/16 32/3
38/6 56/3 56/16 78/2
85/17 85/22 86/3 88/23
102/5 107/3 107/4
107/5 107/18 107/20
156/13
says [21] 46/11 54/17
130/15 130/18 132/18
133/3 133/6 133/11
133/15 133/21 133/22
134/7 134/8 135/5
135/8 135/10 135/12
135/18 135/20 135/22
136/7
scaffolding [21] 29/20
112/13 143/19 144/3
144/7 144/7 145/10
145/20 145/21 146/1
146/21 146/22 146/24
147/20 148/13 148/14
149/18 150/13 152/2
155/17 155/19
scan [1] 61/8
scared [1] 133/4
scattered [1] 68/21
scene [5] 24/8 37/20
71/12 95/4 147/22
scenes [1] 95/17
score [1] 130/19
scrapes [1] 135/6

screen [51] 9/20 9/7
9/19 9/23 10/10 11/19
12/23 25/16 28/19
28/25 53/17 53/23 59/1
60/19 62/12 74/19
74/21 80/19 85/14
87/10 89/16 89/25
90/20 90/25 91/1 92/5
94/6 118/19 118/23
119/24 120/25 121/9
122/12 123/11 123/25
124/20 126/20 131/21
143/7 145/19 145/21
146/22 147/18 148/3
149/13 150/9 150/25
154/24 156/8 158/1
161/13
scroll [1] 130/11
scuffle [1] 54/8
SE [1] 2/15
sea [6] 75/22 75/25
76/21 77/11 79/11
79/12
search [5] 127/15
127/17 131/7 136/19
136/22
searched [1] 136/24
searches [1] 136/22
second [18] 9/22 11/14
23/21 33/23 34/5 34/23
45/7 50/24 54/12 79/9
91/24 112/17 121/14
125/5 125/18 148/19
158/7 172/21
secondary [2] 12/15
109/23
Secondly [1] 109/23
seconds [60] 6/19 6/20
7/18 8/6 8/17 10/6
10/19 10/19 12/3 12/24
15/11 19/14 21/18
21/20 22/10 27/17 29/5
30/5 39/22 40/1 40/6
40/13 41/14 41/17
41/21 41/23 43/24 51/2
51/3 53/1 77/12 81/14
88/18 104/18 105/23
108/20 118/7 119/17
119/22 121/7 122/22
123/15 123/15 124/4
124/15 125/3 125/15
125/16 125/18 148/18
150/1 150/14 150/18
151/10 153/8 157/8
157/20 157/22 159/6
160/4
security [7] 7/17 8/3
16/21 24/13 67/9 71/12
71/20
see [142] 6/9 8/9 8/11
8/20 8/22 9/9 9/20 9/22
10/9 11/6 11/17 11/17
12/18 13/1 14/20 16/9
16/13 16/19 18/4 18/6
20/15 21/2 24/2 37/8
38/3 40/6 41/14 41/17
42/3 42/7 42/8 42/8
42/25 43/8 43/17 43/17

43/23 44/1 44/1 44/22
45/5 45/16 45/18 47/7
51/3 51/18 51/24 52/7
52/11 54/16 54/25
55/14 58/25 59/3 59/6
59/14 59/16 61/12
62/10 62/12 62/17
64/10 73/17 74/18
74/25 75/16 79/24 80/2
80/3 82/19 82/20 85/9
85/12 87/4 87/5 89/12
90/21 92/1 92/5 93/9
94/2 96/12 100/10
100/15 101/8 102/6
102/14 103/3 103/15
105/16 106/2 107/11
107/13 108/7 108/24
119/5 119/7 119/21
119/24 120/17 120/21
122/7 123/3 123/5
123/7 123/9 123/14
123/20 124/21 125/12
125/23 126/15 126/17
130/13 130/15 130/20
131/25 132/18 132/21
134/11 134/16 134/19
134/21 141/6 147/5
148/4 148/22 149/13
150/3 151/1 151/13
151/24 153/14 155/5
157/20 160/7 160/12
164/8 164/23 166/4
166/24 172/24
seeing [12] 21/22
35/15 50/11 64/5 64/6
75/13 81/17 81/19
89/22 90/17 112/1
156/6
seem [2] 46/8 171/7
seemed [1] 69/22
seems [3] 56/10 73/18
108/24
seen [10] 12/9 12/15
26/8 33/19 81/1 100/15
115/10 120/20 166/17
167/13
segments [1] 172/14
self [1] 69/2
self-deployed [1] 69/2
sending [1] 134/18
sense [1] 165/2
sent [5] 81/24 136/4
139/21 139/25 140/16
separate [7] 6/17 8/6
30/12 40/23 44/14 65/5
65/7
separated [1] 56/15
separates [1] 39/9
separating [3] 6/14
30/13 44/12
sergeant [42] 3/11
28/23 41/5 65/25 66/2
66/7 66/13 66/17 66/18
66/19 66/20 66/20
66/22 67/1 68/1 68/7
69/25 71/18 74/17
81/22 82/3 82/18 88/13
89/4 89/22 90/17 93/9

94/18 95/3 96/11 96/19
99/25 111/9 113/23
127/4 139/13 139/18
139/19 139/19 169/19
169/24 170/3
sergeants [4] 68/8
69/25 81/23 81/24
series [1] 169/23
service [7] 31/9 31/21
63/19 63/20 63/21
109/25 144/19
session [1] 17/1
set [7] 9/8 39/17 49/10
57/10 58/15 68/12
76/11
setting [1] 83/10
settle [1] 91/13
seven [2] 23/21 79/13
seven-second [1]
23/21
several [13] 32/23
32/25 33/25 34/19
75/11 77/17 79/13
81/25 81/25 84/17
103/3 130/12 169/10
severe [1] 163/10
shared [2] 33/10
110/18
she [27] 55/11 90/2
90/12 112/19 113/2
113/2 113/3 113/4
133/5 133/15 133/21
134/7 135/10 164/4
169/9 169/9 169/20
169/20 169/21 170/3
170/6 170/7 170/7
170/24 170/25 171/1
171/7
shift [1] 140/3
shirt [8] 15/9 26/2
119/9 144/17 149/2
158/2 159/24 161/12
shirts [2] 144/22
144/24
shooter [3] 68/12 70/1
72/20
shooters [1] 67/6
shorter [1] 34/1
shorthand [1] 2/22
shortly [2] 69/11 71/10
shot [2] 104/20 135/18
shots [1] 26/24
should [19] 44/15
44/20 48/21 74/17
82/13 87/9 89/14 90/23
119/10 120/2 120/23
122/10 123/10 123/23
124/23 125/14 126/2
126/11 126/19
shoulder [2] 15/8 52/6
shoulders [1] 52/2
shouting [2] 78/11
78/12
shoving [1] 21/1
show [30] 23/6 27/13
36/3 41/25 50/24 51/20
51/21 58/20 58/21
74/16 85/2 86/23 93/19

95/1 95/3 95/22 95/25
97/25 110/22 118/6
120/10 121/23 122/16
122/18 124/7 126/10
128/17 143/4 147/1
160/23
showed [3] 35/20
44/13 121/24
showing [1] 131/21
shown [9] 5/11 19/8
22/14 25/15 32/14
33/21 35/18 35/23
104/19
shows [4] 60/20 61/3
80/25 160/20
side [48] 8/20 9/19
10/10 10/16 25/16 28/2
39/9 44/8 44/14 50/9
54/19 60/13 72/13
72/16 74/14 75/13 82/3
82/3 99/6 99/6 100/24
102/16 103/24 103/24
104/1 104/3 104/4
106/5 107/14 110/15
120/5 121/13 123/22
124/20 125/1 133/17
134/23 143/9 143/10
143/16 143/16 143/17
147/18 150/24 153/1
154/3 154/5 158/1
sign [1] 166/1
significant [3] 71/8
104/8 104/9
similar [9] 59/15 73/7
92/16 93/11 129/5
144/16 153/23 153/25
171/25
simply [4] 40/20 40/24
160/17 162/13
since [7] 47/16 66/20
73/8 122/13 132/8
134/18 136/5
sir [29] 31/25 32/3
36/16 38/3 38/5 38/8
38/14 39/14 40/9 42/19
42/23 43/3 43/8 45/5
66/13 83/19 90/6
100/25 103/9 107/15
107/25 108/8 108/11
108/15 109/10 110/8
111/12 117/9 138/8
sit [6] 45/21 60/1
137/23 156/9 160/13
165/1
sitting [3] 35/7 35/11
119/8
situation [1] 113/7
situations [2] 110/15
110/20
six [5] 79/13 103/4
134/9 150/1 150/14
six hours [1] 134/9
six seconds [2] 150/1
150/14
sixth [1] 121/11
size [2] 24/14 62/3
skeptical [1] 46/8
skull [1] 54/17

**S**

**slab** [1] 103/24
**slabs** [1] 103/19
**slash** [1] 68/11
**sleeve** [1] 144/17
**slide** [1] 61/1
**slightly** [1] 106/20
**slow** [2] 107/8 139/15
**small** [1] 20/9
**smiled** [1] 119/12
**Snip** [1] 44/20
**snow** [4] 9/1 9/17 10/3 11/25
**so** [189]
**social** [2] 131/9 131/12
**SOD** [4] 69/20 71/11 72/6 78/25
**soft** [6] 73/15 92/3 92/13 92/17 93/11 93/12
**some** [51] 7/2 10/3 11/25 20/9 21/3 24/10 40/16 42/4 46/8 46/9 49/7 63/11 72/4 73/21 76/3 76/11 79/12 79/16 82/8 85/2 86/16 99/4 100/4 107/6 109/8 110/10 110/23 111/14 111/16 111/16 112/9 113/8 114/12 119/2 121/17 121/22 127/25 133/16 136/4 136/17 136/20 136/23 141/14 142/20 145/12 145/25 146/3 150/25 151/19 161/10 170/10
**somebody** [3] 33/14 110/21 163/12
**somebody's** [1] 163/11
**someone** [6] 17/19 49/23 50/8 50/11 73/16 120/21
**something** [17] 6/20 17/20 37/10 38/7 53/3 55/22 58/2 59/10 85/17 129/18 135/21 137/5 137/9 161/11 164/7 170/8 171/2
**Sometimes** [1] 79/12
**somewhat** [1] 155/14
**somewhere** [1] 79/10
**soon** [1] 5/21
**sorry** [23] 6/3 9/18 12/12 21/9 31/6 37/3 51/2 51/9 65/15 87/24 88/3 93/7 119/15 122/21 126/11 132/8 139/17 148/18 154/6 161/20 162/22 168/5 172/12
**sort** [6] 52/15 76/3 76/11 151/1 166/11 170/10
**sorts** [1] 82/7
**sought** [1] 168/17
**sound** [4] 37/2 37/4 37/6 37/13
**sounded** [1] 55/25

**sounds** [2] 38/6 72/1
**source** [2] 95/4 95/8
**south** [9] 28/3 82/3 143/18 143/19 144/7 155/10 155/16 155/21 164/20
**southern** [1] 28/12
**Sow** [1] 11/7
**speak** [2] 46/15 157/15
**speaking** [4] 15/5 57/22 141/20 141/24
**speaks** [5] 38/14 38/25 156/10 157/4 160/21
**special** [25] 3/15 67/8 68/8 109/23 114/5 115/13 115/15 115/20 115/24 116/3 116/5 116/9 118/8 118/14 119/21 127/9 131/5 136/25 140/11 140/12 140/16 171/11 171/12 171/12 171/13
**specific** [9] 7/10 34/4 56/18 56/21 68/18 136/22 136/22 140/10 155/2
**specifically** [6] 8/5 34/6 34/14 67/22 156/23 170/22
**specifics** [1] 56/21
**speculation** [2] 17/9 84/9
**speech** [4] 140/20 142/2 142/4 142/7
**speed** [4] 43/15 154/14 156/18 158/6
**spell** [2] 66/8 115/25
**spelling** [1] 138/24
**spend** [2] 145/25 146/3
**spent** [1] 146/7
**split** [1] 68/14
**spoke** [1] 131/17
**spot** [3] 15/18 103/25 134/22
**spray** [7] 72/25 113/10 133/18 144/20 149/7 152/22 152/23
**sprayed** [1] 24/24
**Spring** [1] 1/18
**stability** [1] 24/10
**Stacy** [5] 2/18 2/20 174/3 174/8 174/9
**stage** [17] 9/7 23/12 27/22 75/6 81/21 81/24 82/1 82/3 82/4 83/5 83/6 83/7 83/13 86/14 99/4 101/14 102/9
**staircase** [1] 159/24
**staircases** [1] 18/23
**stairs** [14] 14/9 14/11 15/19 28/1 28/2 28/4 36/7 59/9 62/10 75/22 143/12 145/10 152/7 155/15
**stairway** [1] 123/8
**stairways** [1] 29/20
**stairwell** [2] 76/9 77/3
**stairwells** [1] 75/20

**stanchion** [2] 82/7 106/17
**stand** [5] 48/18 48/22 48/23 165/11 165/22
**stand-ins** [2] 48/22 48/23
**standing** [19] 11/20 39/6 45/10 48/5 48/10 51/10 73/16 101/11 102/15 102/15 103/17 103/21 106/4 107/13 107/16 146/24 148/15 150/21 159/15
**standpoint** [1] 24/13
**standstill** [1] 82/6
**Stanley** [1] 2/2
**start** [12] 48/9 48/16 66/14 77/22 83/9 103/15 120/20 123/15 125/4 141/8 160/13 172/22
**started** [14] 5/22 36/7 49/1 69/7 69/12 69/19 70/25 115/12 130/16 135/12 139/11 139/12 140/21 141/11
**starting** [7] 20/4 30/12 30/15 53/1 55/20 67/3 160/12
**state** [4] 66/7 104/15 115/24 124/25
**state's** [1] 137/21
**stated** [1] 117/4
**statement** [2] 135/16 169/14
**statements** [1] 172/15
**STATES** [5] 1/1 1/2 1/11 1/14 142/10
**stating** [1] 138/24
**stationed** [1] 49/16
**stay** [9] 47/2 47/8 47/10 47/13 47/15 47/21 70/4 106/15 107/6
**staying** [1] 47/1 47/15
**steal** [1] 78/16
**stenotype** [1] 2/22
**step** [1] 16/19
**STEPHEN** [2] 1/7 2/14
**stepping** [1] 105/6
**steps** [4] 29/21 43/18 43/21 59/4
**sternum** [1] 92/22
**sticks** [1] 84/18
**still** [17] 13/14 13/20 16/7 21/2 22/1 46/10 48/2 75/20 88/1 100/23 104/20 121/16 121/25 122/1 133/17 141/24 167/1
**stipulate** [1] 121/16
**stipulated** [3] 73/25 154/12 162/6
**stipulation** [1] 25/6
**stomach** [1] 92/23
**stone** [4] 101/13 102/12 103/17 103/19
**stood** [2] 71/8 145/7

**stop** [16] 44/8 49/20 50/5 53/5 54/14 57/4 57/16 78/15 85/7 100/8 122/24 124/6 137/21 138/1 150/16 158/7
**stopped** [1] 50/21
**stories** [1] 133/17
**straight** [6] 40/21 40/24 102/16 107/13 143/15 147/18
**straightforward** [1] 7/9
**straps** [3] 92/4 92/22 93/13
**streamline** [2] 164/9 164/13
**street** [8] 1/15 1/18 1/21 2/3 2/10 73/14 83/9 99/7
**street-style** [1] 73/14
**streets** [1] 72/13
**stricken** [1] 169/16
**strike** [6] 7/21 65/15 78/5 160/14 160/15 170/14
**struck** [4] 169/15 170/5 170/9 170/24
**structure** [5] 76/3 145/12 145/14 145/25 147/19
**structures** [1] 145/6
**struggle** [1] 7/7
**struggling** [1] 91/6
**stuck** [1] 73/2
**style** [4] 73/14 73/15 123/12 124/25
**styles** [1] 92/15
**subject** [4] 5/8 25/6 90/18 160/10
**subjects** [2] 67/6 69/21
**substance** [1] 101/11
**substantive** [1] 118/3
**such** [3] 67/13 137/4 163/10
**suffering** [1] 133/17
**suggest** [1] 47/23
**Suite** [2] 1/15 2/10
**summation** [2] 157/2 159/17
**Sunday** [3] 34/23 34/24 47/6
**super** [2] 7/9 75/21
**Superior** [1] 31/20
**supervise** [1] 66/24
**supervisor** [1] 67/13
**supervisory** [1] 116/9
**supplement** [1] 167/18
**supporters** [1] 110/10
**supports** [1] 110/21
**suppose** [2] 110/25 133/12
**sure** [35] 27/14 32/19 33/9 34/1 37/16 44/25 45/22 46/1 51/22 53/19 55/2 58/5 66/9 67/15 70/11 70/22 73/2 73/23 83/9 85/15 87/6 89/13 90/22 92/7 94/3 97/5 97/20 106/11 115/7

**116**/10 133/17 159/18 166/10 168/15 170/17
**surface** [1] 101/15
**surprised** [2] 41/4 41/7
**surrounding** [1] 82/19
**surveillance** [2] 116/23 161/18
**suspect** [1] 131/1
**sustain** [2] 157/15 160/22
**sustained** [10] 79/21 83/21 84/10 84/10 91/20 97/10 97/15 111/23 112/24 161/16
**SWAT** [5] 66/24 67/1 67/11 67/11 92/14
**sweatshirt** [1] 54/16
**sworn** [3] 66/3 115/16 138/19
**system** [1] 92/14
**systems** [1] 73/14

**T**

**T-shirt** [1] 26/2
**table** [4] 35/7 35/11 114/17 119/8
**tactical** [12] 66/19 66/20 66/22 66/25 68/7 69/24 81/23 83/10 92/8 92/10 93/9 113/20
**tactically** [1] 68/9
**take** [15] 6/21 40/16 42/6 46/8 46/13 76/6 82/2 82/11 103/2 106/4 107/17 114/2 135/2 164/10 171/22
**taken** [11] 35/17 46/21 81/5 104/19 104/23 114/7 117/15 166/24 166/25 166/25 167/3
**takes** [1] 7/2
**taking** [4] 35/16 84/4 84/5 108/13
**talk** [4] 21/2 79/23 156/12 171/25
**talked** [5] 53/8 113/11 165/24
**talking** [13] 20/20 23/18 41/23 45/24 63/19 73/4 74/18 77/22 103/18 109/9 137/13 149/21 171/21
**tan** [1] 14/19
**tap** [2] 91/7 121/9
**TATE** [1] 1/6
**teaching** [1] 140/14
**team** [15] 66/23 66/24 67/2 67/3 67/4 67/5 67/11 67/12 67/25 68/1 68/3 68/11 69/10 76/7 92/10 93/9 113/20
**teams** [2] 35/13 68/12
**tear** [1] 133/18
**Tearing** [1] 150/13
**technical** [1] 155/14
**technically** [1] 136/5
**telephone** [1] 129/12
**telestrator** [1] 143/6

T

**tell [32]** 5/17 5/20 13/9
20/22 23/9 32/2 33/17
42/24 47/23 67/22 75/7
78/3 80/23 81/19 85/22
86/12 86/25 90/17 99/2
109/2 113/7 116/2
116/16 118/25 121/17
128/21 130/2 133/17
134/3 137/24 139/9
172/15
**telling [2]** 21/3 78/2
**temporary [2]** 20/9
49/10
**Ten [1]** 114/6
**tenure [1]** 139/19
**term [2]** 65/18 96/24
**terms [2]** 10/12 116/22
**terrace [39]** 18/13
18/19 19/9 19/15 20/4
22/4 22/18 23/10 28/12
29/22 29/22 57/8 57/25
58/1 74/11 75/3 75/4
75/5 75/15 76/5 76/6
78/23 79/2 79/5 79/24
81/5 81/20 81/23 82/19
82/21 83/8 90/25 95/19
95/23 98/3 98/8 98/14
111/11 143/19
**testified [23]** 8/1 12/6
12/13 31/12 32/6 35/25
38/21 40/14 43/20
49/15 54/9 55/8 55/22
66/4 88/4 88/13 90/4
98/2 111/9 111/14
115/17 138/20 149/19
**testify [9]** 7/22 114/12
114/18 117/7 157/2
159/16 162/10 162/12
162/14
**testifying [7]** 7/24 26/8
57/7 164/4 171/19
171/19 172/7
**testimony [33]** 7/21
31/17 31/18 31/23
31/25 33/19 34/15
34/25 36/17 39/19
39/21 40/11 40/16
46/20 48/24 65/16 80/6
80/7 95/6 98/19 100/11
101/17 101/21 101/25
102/1 102/5 127/3
128/5 147/21 159/19
162/15 170/2 170/14
**testing [1]** 140/5
**Texas [5]** 118/17 120/4
121/13 123/12 124/25
**text [11]** 127/25 128/2
129/25 131/17 136/12
136/23 136/25 137/4
137/7 137/13 137/25
**texts [1]** 136/19
**than [16]** 6/19 11/2
17/18 41/22 45/14 47/3
72/25 111/17 112/9
112/20 113/8 134/10
144/20 149/7 161/23
164/19

**Thank [35]** 5/3 14/12
15/10 19/3 21/14 30/16
31/9 50/13 52/19 53/5
58/12 60/18 62/22
62/23 65/11 65/22
82/16 101/6 103/11
108/20 109/6 111/1
113/25 114/1 127/6
134/25 138/8 138/14
147/16 154/18 163/18
163/25 166/6 167/21
172/19
**thanks [4]** 46/19 52/17
100/1 100/2
**that [729]**
**that's [85]** 6/5 8/25 9/7
11/5 16/11 17/23 19/13
20/9 22/15 22/15 25/9
26/24 28/23 29/11 35/3
36/21 40/11 40/14
40/25 44/5 46/17 48/4
53/7 54/1 54/8 55/24
56/3 56/14 56/14 62/21
62/21 73/17 85/1 85/25
87/12 87/14 90/18 96/4
100/6 104/2 104/14
104/16 105/9 106/13
106/18 108/18 110/1
110/4 110/19 110/25
111/1 111/18 112/11
112/14 112/17 113/18
117/20 128/9 129/2
129/6 129/17 130/23
132/15 133/1 133/8
133/14 133/24 134/5
134/12 134/18 135/9
136/2 136/10 146/21
147/20 149/6 152/14
155/23 162/16 164/5
167/7 167/14 167/25
170/9 172/4
**their [13]** 17/13 17/19
50/12 71/13 137/20
137/25 137/25 157/3
159/17 164/5 168/16
171/25 172/6
**them [44]** 7/2 7/3 7/5
7/7 7/7 7/8 7/8 10/2
11/1 11/10 15/1 20/21
20/22 21/4 29/16 32/23
33/18 36/20 50/3 50/5
59/19 64/25 65/3 65/5
65/7 71/21 76/10 76/12
77/12 78/3 79/1 83/7
91/14 105/2 107/3
110/5 110/17 160/14
164/6 171/23 172/2
172/5 172/6 172/16
**then [66]** 11/11 22/23
23/2 29/4 32/13 36/9
41/24 43/5 59/6 61/1
61/8 62/6 69/10 69/23
71/4 71/22 72/25 73/8
73/15 75/13 75/15 76/4
79/1 79/9 90/1 92/21
112/12 112/15 113/9
114/3 117/13 121/16
127/20 127/22 130/18

**that** [continued]
133/5 133/15 134/1
134/7 134/8 134/12
135/10 135/16 135/18
139/19 139/22 140/1
141/6 143/11 143/16
143/19 144/7 145/20
146/14 155/21 164/15
165/3 165/21 166/5
168/13 169/22 172/5
172/13
**there [185]**
**there'll [1]** 163/15
**there's [27]** 10/3 11/25
20/9 28/2 40/8 41/1
45/20 48/7 57/20 59/20
60/13 60/23 61/9 62/13
103/15 103/25 107/7
109/17 110/18 112/14
132/25 134/24 156/23
157/1 160/16 164/21
169/2
**thereabouts [1]** 45/11
**therefore [1]** 169/1
**these [25]** 12/22 17/5
17/15 40/23 43/11
49/23 59/15 60/8 71/11
79/16 83/12 84/6 84/13
85/2 86/5 90/4 95/17
100/15 109/21 110/14
121/11 122/14 132/8
141/3 159/22
**they [69]** 9/15 9/16
10/24 10/24 10/25 11/5
11/9 11/23 14/2 16/16
24/14 24/16 29/17
29/20 30/11 30/13
35/13 35/20 47/10
47/23 48/1 49/25 69/23
71/4 71/5 71/22 78/1
78/1 78/2 78/3 78/16
83/14 83/15 84/15
84/16 86/18 86/19
91/14 102/9 105/5
107/9 107/24 110/22
113/9 113/16 119/2
127/13 127/19 130/16
134/10 135/12 135/15
137/22 138/6 142/2
157/2 159/16 162/13
164/7 164/8 164/12
164/19 167/16 167/24
168/17 171/24 171/24
172/1 172/15
**they'd [1]** 29/21
**they'll [4]** 47/8 47/10
47/21 157/3
**they're [20]** 15/1 16/17
17/21 18/20 40/18
40/18 42/18 47/7 47/13
47/14 47/15 48/2 52/5
59/11 83/14 86/7 91/6
91/6 91/13 172/16
**thing [5]** 17/24 103/23
119/15 166/8 169/13
**things [19]** 15/24 47/7
47/12 58/8 78/11 78/11
78/17 82/21 84/1 88/16

175/9 177/9 183/4
184/24
**think [53]** 5/20 45/5
45/9 45/20 46/13 47/13
48/23 50/2 51/7 55/8
57/7 70/15 83/24 87/13
89/10 92/11 97/23
101/22 105/18 106/8
106/10 110/21 111/19
112/12 114/8 121/16
122/2 124/7 124/9
125/4 125/5 127/3
133/1 140/24 140/25
141/2 141/2 141/4
142/1 146/14 156/18
156/21 163/16 163/19
164/3 164/6 164/13
164/22 164/25 165/4
166/15 170/9 170/11
**thinking [2]** 69/9
145/12
**thinner [1]** 103/10
**Third [2]** 72/14 139/25
140/10
**this [271]**
**those [47]** 6/17 9/15
9/25 10/14 10/15 10/24
11/22 11/24 14/11
15/24 22/22 22/25
26/25 28/4 29/15 29/24
35/15 42/11 44/14
45/10 45/20 45/23
59/11 59/19 59/24 60/1
60/4 62/9 64/5 64/19
77/5 77/11 82/24
109/22 110/20 122/2
122/2 127/10 128/7
129/25 136/19 138/4
166/19 167/16 168/18
169/2 169/10
**though [4]** 39/6 48/9
130/19 163/9
**thought [12]** 7/24 32/1
33/18 68/25 105/21
127/22 145/11 167/5
168/3 168/6 170/6
170/24
**threatened [1]** 163/7
**three [5]** 17/5 17/15
79/20 103/3 135/14
**threw [3]** 101/18
101/22 157/13
**through [21]** 14/7 54/4
69/23 71/5 75/14 75/24
77/16 78/24 79/20
112/13 117/13 121/18
121/24 122/14 128/4
128/11 128/17 143/17
146/8 162/25 166/17
**throughout [3]** 53/15
140/15 167/14
**throw [2]** 36/20 107/9
**throwing [2]** 108/13
160/11
**thrown [2]** 106/7 163/6
**throws [1]** 160/11
**thumbnail [2]** 131/25

167/24
**Thursday [1]** 165/20
**tie [1]** 144/18
**ties [1]** 9/16
**till [1]** 134/9
**tilt [1]** 41/5
**Tim [1]** 28/23
**time [121]** 5/17 6/21
8/2 13/4 13/7 13/23
14/7 21/6 22/4 22/18
24/8 24/12 24/15 24/19
27/6 27/7 27/8 32/9
32/15 33/23 34/20
40/16 41/12 42/25
42/25 43/3 43/12 49/19
49/22 50/8 51/15 52/11
53/16 54/22 55/6 56/7
55/14 55/15 56/6 56/7
56/8 61/5 61/12 67/14
68/2 68/4 69/6 69/17
69/19 71/10 71/23
72/11 72/17 73/5 73/10
74/5 76/8 76/13 78/19
78/20 79/9 80/12 81/8
83/3 86/13 86/23 87/15
93/19 94/7 95/1 95/12
95/20 97/25 99/5 99/8
101/4 102/14 102/20
107/11 107/12 107/16
107/17 108/19 114/4
115/14 117/17 121/11
121/22 126/10 128/10
133/22 134/1 134/5
135/23 139/19 140/21
140/25 141/8 141/14
141/20 142/4 142/7
142/9 142/16 142/18
145/15 145/25 146/3
146/7 146/9 146/11
146/13 146/18 150/21
153/19 156/6 160/9
160/17 164/10 166/25
167/3
**times [12]** 9/7 24/25
31/14 31/15 32/23
32/25 33/25 34/18
39/20 79/20 110/9
145/11
**timestamp [8]** 44/13
60/20 61/3 61/16
152/18 153/11 153/21
159/3
**timestamps [4]** 43/11
156/22 164/11 172/18
**title [3]** 31/6 66/17
66/19
**today [20]** 26/9 32/5
32/14 34/16 34/21
39/19 41/25 45/21
50/25 73/12 80/6 80/7
95/6 119/5 120/8 121/5
128/5 144/16 156/9
166/15
**Todd [1]** 2/9
**together [3]** 10/23
41/10 59/12
**told [8]** 29/16 39/18
59/11 70/4 114/9

# T

told... [3] 114/13
114/20 114/22
toll [1] 170/8
tomorrow [2] 47/6
134/7
tonight [1] 172/18
too [4] 24/14 72/13
120/18 135/2
took [14] 6/16 8/6
39/21 39/22 40/13
45/23 51/11 68/25
78/20 82/3 99/4 112/8
116/21 134/3
tool [1] 44/20
top [9] 41/1 41/1 59/4
60/20 82/5 106/16
130/15 134/5 146/18
torn [1] 22/16
toss [1] 135/7
total [3] 60/12 60/15
135/2
touch [2] 74/21 118/18
touched [1] 102/18
tough [2] 102/6 103/3
toward [5] 6/6 41/15
44/9 70/23 71/22
towards [21] 5/22 12/7
12/11 12/14 18/12 21/5
64/10 64/14 69/20
69/21 71/4 72/15 72/16
77/18 77/20 79/17
97/17 148/12 148/14
152/6 160/11
tower [2] 145/8 145/19
town [1] 47/1
traffic [1] 31/19
train [1] 67/5
training [3] 67/9 67/15
67/16
traitor [1] 78/15
traitors [2] 78/2 88/14
transcript [4] 1/10 2/22
170/6 170/16
transcription [2] 2/22
174/4
transform [1] 109/16
transmissions [3]
70/25 71/2 71/11
trapped [2] 14/11
15/23
travel [4] 148/10 152/4
155/8 155/11
traveled [1] 143/5
treat [1] 113/8
tree [3] 11/5 11/6 45/18
trial [9] 1/10 35/2 35/4
47/14 48/16 48/24
140/25 159/20 167/12
trials [1] 31/19
tried [12] 72/12 74/7
74/10 75/1 75/8 76/5
76/8 76/8 76/10 76/11
77/13 79/10
trip [1] 49/25
trouble [3] 37/2 37/4
37/14
true [1] 73/18

Trump [6] 140/16
110/21 137/14 140/20
141/19 141/24
Trump's [1] 142/2
truth [1] 78/14
try [16] 12/18 16/1
18/20 20/5 24/9 37/15
68/9 68/12 68/14 69/25
80/20 82/4 122/13
122/24 136/23 138/3
trying [36] 14/10 16/8
20/5 20/22 20/24 21/1
21/2 22/1 24/9 50/5
50/15 56/2 64/10 64/25
68/15 71/23 71/23 75/4
75/7 76/7 78/3 83/3
83/5 83/7 86/12 86/14
86/19 89/24 91/13
105/1 105/2 106/15
106/21 109/3 144/3
156/24
tuck [1] 92/21
Tuesday [3] 165/5
165/6 171/14
turn [7] 7/6 7/7 14/12
37/5 43/5 76/10 132/9
turned [6] 77/13
107/18 113/2 127/18
142/18 155/21
turning [1] 37/15
twice [1] 53/11
two [24] 9/25 28/2
29/15 40/23 59/22
59/24 68/13 72/14
73/14 74/10 91/24
99/21 103/3 122/19
122/23 125/18 130/18
134/19 135/14 135/16
144/7 144/8 157/20
162/14
two minutes [2]
122/19 122/23
type [10] 24/10 68/14
70/2 70/2 72/23 109/9
110/23 144/17 145/12
151/19
types [2] 110/18
127/24
typically [3] 67/5 72/20
109/24

# U

U.S [7] 1/17 1/21 2/19
129/2 142/13 142/25
143/12
Ugh [1] 135/11
unauthorized [1] 18/21
unaware [1] 102/13
unclear [1] 85/16
uncompliant [2] 113/5
113/6
uncooperative [1] 85/3
under [5] 6/18 41/23
92/1 92/2 139/23
understand [6] 20/22
56/2 168/19 171/17
171/18 171/20
understanding [2]

48/16 165/8
Understood [5] 155/17
164/14 170/18 171/5
172/3
unfortunately [2] 88/23
115/8
uniform [5] 73/6 73/7
73/10 73/12 144/17
unit [5] 70/2 109/11
109/11 109/15 116/8
UNITED [5] 1/1 1/2
1/11 1/14 142/10
units [5] 20/5 67/8
71/12 71/13 72/8
unless [1] 7/23
unquote [1] 135/17
until [19] 26/23 27/5
27/5 30/21 37/24 48/6
48/10 51/12 86/8 93/15
102/18 107/17 124/12
124/19 151/20 155/25
159/5 163/17 165/21
unusual [1] 110/20
up [98] 5/8 5/9 9/8 11/5
11/9 11/10 14/4 14/25
15/7 15/19 19/4 20/9
21/8 21/12 23/3 23/6
27/15 28/6 29/15 40/21
40/22 40/22 40/24
40/24 44/16 44/23
49/10 52/25 56/9 57/10
58/15 58/25 62/9 68/12
68/14 69/22 71/1 71/16
71/23 72/15 74/7 76/7
76/11 79/2 81/23 82/7
82/8 82/14 82/15 82/18
83/10 85/19 85/20
88/17 91/23 93/6 93/7
99/22 100/4 101/3
102/16 102/18 106/4
106/9 106/10 106/14
106/16 106/18 106/22
106/22 107/13 108/9
110/22 112/6 121/7
121/21 122/21 122/23
123/17 125/3 131/18
135/6 142/19 143/1
143/9 144/2 145/3
148/17 150/17 152/9
153/16 154/14 156/18
158/25 164/2 168/19
171/13 171/22
updates [1] 136/4
upon [6] 101/17 109/11
125/22 126/6 129/5
152/23
upper [10] 29/22 43/1
95/19 98/3 98/8 98/14
103/24 104/19 111/10
134/22
upright [4] 60/1 60/6
60/9 60/13
upset [1] 20/23
us [33] 18/12 19/14
23/2 26/25 36/24 43/6
59/11 60/20 61/3 63/18
63/24 64/3 67/22 75/7
75/11 76/9 78/2 80/23

81/19 81/24 86/22
86/12 90/17 96/21 99/2
113/7 113/11 116/2
116/16 117/14 118/25
128/21 133/17
use [6] 44/20 73/14
106/10 113/10 126/11
167/11
used [8] 9/6 50/2 92/15
106/19 113/10 113/13
146/14 171/1
using [1] 42/23
usually [1] 11/5
UTC [1] 134/4

# V

VA [1] 2/10
vantage [3] 150/22
159/14 161/4
various [3] 36/1 110/6
164/11
vehicle [1] 72/21
Velcro [3] 92/4 92/22
93/12
very [19] 9/9 24/14
42/3 57/18 58/6 64/3
73/7 77/10 92/16 93/11
97/23 101/15 106/6
131/22 144/16 146/14
149/13 167/10 170/23
vest [10] 73/2 73/13
73/14 73/14 73/15
92/14 92/15 103/20
109/8 109/9
vests [2] 92/13 92/13
Vice [2] 17/2 137/13
video [208]
videos [16] 35/18 64/5
95/8 95/20 100/15
117/15 121/11 121/17
149/8 149/20 162/14
164/12 166/18 166/25
167/1 167/23
view [7] 21/7 44/23
45/8 45/14 69/1 98/13
159/21
violence [2] 23/3 116/8
violently [1] 21/5
Virginia [2] 47/15
47/16
virtual [1] 33/5
virtually [1] 35/12
visible [1] 73/11
visit [1] 47/6
voice [3] 17/19 71/15
71/16
voluntarily [1] 105/6
vote [3] 84/4 84/7
138/1
votes [1] 137/21
vs [1] 1/4

# W

waist [2] 100/14
106/20
wait [1] 164/22
waiting [1] 114/25
Waldo [2] 42/8 159/15

walk [4] 40/20 40/22
40/24 45/8
walked [3] 44/9 112/12
143/11
walking [5] 41/15 69/1
69/21 75/17 107/8
walkway [12] 5/15 5/22
10/14 22/1 23/16 26/1
32/11 36/1 36/3 36/4
36/14 36/18
wall [1] 150/25
walls [2] 142/24 142/24
Walter [1] 135/4
want [49] 14/8 14/8
14/19 17/18 17/23
17/24 18/20 18/21 22/9
47/10 53/18 55/1 65/5
65/6 65/7 65/8 70/13
86/18 87/6 90/2 98/1
105/21 106/8 107/5
111/20 113/3 113/9
113/10 113/12 115/5
121/16 121/19 133/22
137/5 141/18 147/1
148/6 154/16 156/15
157/2 159/9 164/2
164/11 165/18 169/24
170/3 170/4 171/7
171/10
wanted [11] 57/1 65/5
65/6 107/24 124/9
166/3 167/11 167/18
169/13 169/21 172/3
wanting [3] 137/8
170/15 170/15
wants [6] 17/19 107/6
156/9 159/16 162/11
168/4
warnings [1] 86/15
warrants [1] 67/7
was [324]
Washington [9] 1/8
1/15 2/3 2/7 2/16 2/20
116/19 117/14 119/1
wasn't [8] 33/22 44/12
75/20 102/18 108/12
137/16 169/15 171/8
watch [10] 40/14 41/10
52/7 52/8 53/15 53/18
55/1 105/22 105/23
121/11
watched [4] 34/25
49/22 155/12 161/5
watching [5] 32/5
34/15 44/17 105/12
160/19
way [27] 11/22 17/4
17/14 20/23 21/4 32/8
42/12 50/18 55/7 70/25
74/13 77/13 78/23 79/7
79/14 82/2 84/15 91/5
121/20 136/23 143/9
144/3 158/23 160/16
161/7 161/24 171/23
ways [1] 104/12
we [207]
we'll [10] 19/5 30/25
37/24 46/20 70/18 74/5

**W**

we'll... [4] 82/11 88/24
131/16 141/6
we're [52] 5/9 15/25
17/18 20/4 36/4 41/23
43/12 43/14 44/23
46/12 53/22 54/8 60/21
61/2 61/3 62/8 68/15
70/10 70/16 75/13
81/17 81/19 87/13
89/22 90/17 96/25
106/14 112/6 114/25
115/3 115/21 118/6
121/10 121/18 121/20
122/7 131/21 133/11
133/12 133/12 134/21
141/4 155/14 156/24
163/14 163/17 164/23
164/25 165/20 165/21
166/7 171/20
we's [1] 106/16
we've [11] 27/23 31/9
45/6 73/8 73/25 74/16
79/20 117/22 124/12
147/20 154/12
weapon [1] 149/3
weapons [3] 74/9
84/18 84/19
wear [3] 30/23 73/15
144/22
wearing [29] 28/17
28/25 42/15 50/9 63/5
73/4 73/5 73/6 73/13
73/19 80/11 89/5 90/18
92/1 92/25 110/23
113/20 118/22 119/4
120/3 123/25 124/24
125/16 126/3 126/21
144/17 148/3 150/9
151/3
wears [1] 144/24
Wednesday [7] 164/21
164/22 165/1 165/9
165/15 165/19 165/20
week [3] 165/21 171/21
172/7
weekend [6] 34/24
35/5 35/8 47/2 164/8
172/24
weight [1] 14/5
welcome [1] 17/21
well [37] 5/21 30/21
30/24 36/3 42/3 45/1
48/9 48/10 50/24 53/10
58/21 62/4 67/1 93/10
97/23 104/1 109/25
113/25 116/23 117/13
119/1 121/15 127/18
127/25 134/3 137/11
137/19 149/15 159/13
162/7 162/16 163/19
164/18 165/7 166/3
167/7 167/10
went [15] 20/25 74/6
74/14 75/7 76/4 78/24
79/15 89/25 102/6
104/3 106/11 112/6
133/3 144/15 166/16

were [187]
weren't [4] 33/21 84/16
105/5 164/7
west [58] 9/6 9/8 11/6
18/19 19/9 19/9 19/15
22/4 22/18 23/10 26/22
26/23 28/1 28/12 29/22
32/7 32/10 32/13 57/8
74/11 75/3 75/4 75/5
75/15 76/5 76/6 78/23
79/2 79/5 79/23 81/5
81/20 81/23 82/18
82/21 83/8 95/19 95/23
98/3 98/8 98/14 99/6
111/11 143/15 143/18
143/18 143/19 144/6
144/9 144/15 145/6
146/10 146/13 153/1
154/4 154/7 155/15
155/18
westwardly [1] 152/5
what [198]
what's [25] 5/11 9/14
10/2 14/7 16/6 18/15
19/4 19/8 20/3 22/14
42/13 45/16 80/19
86/23 87/18 89/23
93/19 95/1 98/11
129/24 140/23 141/23
156/13 158/12 165/3
whatever [4] 17/20
54/8 68/13 121/14
when [57] 9/7 11/4
18/25 19/11 19/13
19/14 20/25 22/25
23/15 24/11 26/24
32/14 34/20 35/4 40/18
42/25 44/9 49/22 50/8
50/13 51/9 52/7 53/11
56/9 56/14 56/14 56/19
64/9 64/14 64/22 65/16
70/17 70/18 74/6 75/16
75/24 76/1 76/1 76/4
79/24 96/3 106/16
113/3 117/16 118/2
141/17 141/23 142/9
144/13 145/6 146/10
152/14 155/17 156/20
158/22 168/20 170/24
whenever [2] 110/1
115/22
where [91] 9/2 10/12
11/18 12/7 12/13 18/6
22/1 23/9 24/3 27/21
27/23 28/9 29/9 34/7
38/19 43/8 44/22 45/8
45/10 48/12 48/13
51/18 52/15 58/1 61/12
62/8 70/4 74/5 74/7
74/11 74/12 74/18 75/4
76/12 76/14 79/8 79/23
80/3 82/5 85/12 87/5
89/12 90/20 92/5 94/2
100/13 103/16 103/18
103/20 103/21 106/9
106/12 106/16 107/5
107/9 110/10 119/7
119/24 120/21 122/7

22/24 123/5 123/7
124/9 124/21 125/12
125/25 126/17 127/1
137/7 141/5 141/6
141/14 141/14 142/23
143/4 143/12 143/12
146/13 146/18 147/7
148/14 148/24 149/9
152/6 153/23 157/24
166/4 166/24 167/3
167/16
Where's [2] 42/8
159/15
whether [17] 5/17 13/9
17/4 17/14 33/22 34/12
35/16 63/8 96/16
113/16 121/14 131/12
141/19 141/24 162/14
167/15 172/6
which [37] 5/9 12/2
15/3 15/7 33/25 41/25
43/6 43/6 49/22 58/25
59/16 61/9 61/16 68/2
68/3 70/23 72/2 72/7
72/22 72/23 72/25
74/11 79/14 95/4 99/4
117/24 121/25 121/25
124/7 130/2 130/3
137/14 144/20 146/19
147/1 159/1 159/14
while [3] 23/17 23/18
47/7
white [20] 15/9 16/13
20/1 50/9 50/11 50/14
52/1 68/20 68/21 69/13
90/2 103/17 144/17
144/22 144/24 147/19
149/2 158/2 159/24
161/12
who [26] 6/2 6/5 16/7
19/22 25/24 25/25
26/25 28/22 33/14
45/23 47/16 49/15 50/8
64/15 76/15 84/23
84/25 85/9 90/2 110/21
112/15 114/18 119/11
121/2 144/24 162/12
who's [3] 114/3 114/11
114/16
whole [2] 107/12 108/3
why [27] 6/21 7/15 8/5
11/2 13/25 14/4 15/21
15/24 16/24 17/13
18/14 18/18 30/13 54/1
64/1 83/7 83/12 83/24
90/4 96/25 113/7 114/2
142/12 152/20 165/7
168/8 170/2
wide [1] 76/14
will [15] 10/15 10/16
41/2 42/4 44/25 109/22
109/23 113/10 121/12
122/13 124/10 154/16
157/15 167/22 171/11
willing [1] 121/15
willingly [1] 90/3
Withdrawn [1] 161/21
within [5] 19/14 21/7

34/24 68/7 90/6
without [5] 48/9 48/17
104/13 132/18 140/24
witness [55] 3/2 9/19
19/25 24/18 28/10
28/11 28/24 29/10
46/13 65/23 87/8 88/4
88/5 89/15 90/22 90/24
92/7 94/3 94/5 98/18
114/3 118/20 118/21
119/11 120/1 120/3
120/22 120/24 122/9
122/11 123/11 123/24
124/22 124/24 125/13
125/15 126/1 126/3
126/18 126/20 127/4
138/10 138/10 138/15
143/14 144/5 145/18
149/1 150/7 150/8
157/25 162/12 162/13
164/3 166/17
witness's [1] 101/25
witnessed [3] 110/2
110/5 160/16
witnesses [8] 114/14
115/6 156/19 164/12
172/1 172/2 172/4
172/10
woman [2] 108/24
135/18
won't [4] 48/25 88/9
135/2 135/20
wooden [1] 101/14
Woodward [13] 2/2 2/2
3/5 48/5 48/12 99/14
164/16 165/8 168/1
168/6 168/18 169/11
169/22
Woodward's [1] 164/2
word [5] 50/2 105/19
106/18 107/23 171/1
words [2] 26/17 137/23
work [10] 16/23 27/6
27/7 27/8 109/22
169/25 170/3 170/24
171/4 171/8
worked [4] 116/15
139/22 140/1 166/20
working [4] 82/10
82/12 110/6 140/6
works [2] 37/14 73/22
worn [23] 35/20 35/23
73/19 73/22 80/10
80/11 80/24 80/25 81/4
86/25 88/1 88/5 88/8
93/22 93/24 98/6
152/14 152/16 153/19
154/1 154/13 154/16
156/11
worry [2] 31/2 135/21
worse [1] 72/2
worsened [1] 24/10
would [113] 6/16 7/20
8/14 8/15 11/2 11/9
13/6 13/11 19/14 21/23
22/3 22/6 24/8 24/15
25/3 25/5 26/21 28/9
38/15 40/16 41/4 41/7

41/9 41/24 44/23 45/13
45/14 45/17 45/18 46/7
46/10 47/5 50/21 53/7
58/8 59/10 60/4 60/8
60/16 60/24 63/24 64/1
65/24 73/18 81/1 84/20
87/7 92/20 92/22 94/4
94/7 94/7 96/5 96/19
97/18 97/25 101/21
102/4 103/1 105/19
106/7 107/7 112/22
113/1 114/5 115/13
117/21 120/10 121/16
121/16 125/4 125/17
126/7 127/23 128/10
128/17 129/18 129/23
130/3 130/3 130/6
130/21 134/1 134/21
136/16 137/4 137/11
137/12 138/3 138/6
144/1 146/2 146/23
147/9 150/5 154/2
155/14 156/5 156/18
156/21 161/10 165/4
165/17 166/23 167/11
169/5 170/7 170/18
171/17 171/20 172/2
172/10 172/19
wouldn't [5] 11/9 21/10
41/8 45/16 171/23
wounds [1] 134/10
wrapping [1] 171/13
written [1] 130/4
wrong [3] 7/25 37/8
51/8

**Y**

y'all [3] 38/6 133/7
133/15
yard [1] 13/8
yeah [43] 13/12 16/23
17/17 19/9 31/24 33/9
35/17 44/19 47/25
53/11 56/13 59/10
60/11 61/20 63/21 65/4
84/1 89/8 89/24 91/13
92/12 96/18 103/22
103/22 104/16 104/22
106/8 106/20 106/24
129/25 133/11 133/16
134/25 135/20 143/7
145/7 146/3 147/6
149/20 151/4 152/13
154/5 171/2
year [2] 67/16 136/15
years [6] 66/16 66/21
67/19 92/12 110/7
116/6 139/6 169/10
yelling [3] 62/1 88/14
113/2
yellow [1] 103/20
Yep [1] 153/2
yes [320]
yesterday [8] 5/9 12/6
12/13 14/16 15/14
31/25 36/17 134/10
yet [5] 25/3 58/21
124/8 136/8 164/20

**Y**

**you [925]**
**you'd [1]** 137/5
**you'll [1]** 45/5
**you're [35]** 8/24 15/3
15/17 16/10 17/13
20/22 26/2 29/11 32/19
37/5 38/21 39/12 45/24
52/2 55/11 58/2 65/22
74/18 83/2 102/5
103/18 107/3 107/18
109/13 109/15 114/1
115/22 116/2 118/19
129/4 133/6 137/23
148/15 159/22 163/17
**you've [18]** 7/7 49/22
54/8 66/14 70/15 87/9
92/5 95/5 100/10 110/2
110/5 110/5 110/9
110/10 117/4 117/18
120/20 165/24
**you-all [5]** 18/14 22/20
30/21 63/15 136/8
**young [1]** 47/17
**younger [1]** 90/1
**your [196]**
**yourself [17]** 8/9 18/4
18/6 19/24 20/15 25/13
36/20 49/7 59/3 87/5
94/2 112/1 117/1
138/23 147/5 148/22
157/20
**youth [1]** 139/20

**Z**

**zero [1]** 157/22
**zip [1]** 9/16
**zone [1]** 69/20
**Zoo [1]** 47/11
**zoom [8]** 35/13 42/5
44/24 44/25 45/1
134/13 134/13 166/20
**zoomed [5]** 161/9
161/11 162/4 162/5
162/14
**zoomed-in [2]** 162/4
162/5
**zooming [1]** 161/23