UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 21-cr-00537 (JMC) |
| RYAN SAMSEL (1), | ) |
| Defendant. | ) |

## VERDICT FORM

**Count 1:** **Civil Disorder**

\_\_\_✓\_\_\_  _____
Guilty            Not Guilty

**Count 2:** **Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)**

\_\_\_✓\_\_\_  _____
Guilty            Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

_____  _____
Guilty            Not Guilty

**Count 3:** **Assaulting Officer D.C. (Deadly/Dangerous Weapon)**

_____  \_\_\_✓\_\_\_
Guilty            Not Guilty

1

If you have marked Guilty as to Count 3 above, proceed to Count 5. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

_____  ✓ _____
Guilty                                     Not Guilty

**Count 5:** **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____  ✓ _____
Guilty                                     Not Guilty

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____  ✓ _____
Guilty                                     Not Guilty

**Count 6:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____  ✓ _____
Guilty                                     Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____  ✓ _____
Guilty                                     Not Guilty

**Count 7:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

_____     ✓
Guilty                        _____
                              Not Guilty

If you have marked Guilty as to Count IV above, proceed to the signature line. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____     ✓
Guilty                        _____
                              Not Guilty

**Count 8:** Disorderly Conduct in a Capitol Building or Grounds

✓
_____     _____
Guilty                        Not Guilty

**Count 9:** Act of Physical Violence at the Capitol Building or Grounds

✓
_____     _____
Guilty                        Not Guilty

**Count 10:** Obstruction of an Official Proceeding

✓
_____     _____
Guilty                        Not Guilty

**Count 11:** Civil Disorder

✓
_____     _____
Guilty                        Not Guilty

Count 12: Assaulting USCP Officer (Physical Contact or Intent to Commit Another Felony)

___✓___  
Guilty                                    Not Guilty

Count 13: Assaulting, Resisting or Impeding MPD Officer (Deadly/Dangerous Weapon)

___✓___  
Guilty                                    Not Guilty

If you have marked Guilty as to Count 13 above, proceed to the signature line. If not, you must consider the lesser offense:

Assaulting, Resisting or Impeding MPD Officer (Intent to Commit Another Felony)

_____                    _____  
Guilty                                    Not Guilty

Dated this __2nd__ day of February, 2024

_____  
JIA M. COBB  
U.S. District Court Judge

4