UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES TATE GRANT (2),<br><br>Defendant. | )<br>)<br>)<br>)   Case No. 21-cr-00537 (JMC)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**Count 1:**   Civil Disorder

__✓_____   _____
Guilty            Not Guilty

**Count 2:**   Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)

_____   __✓_____
Guilty            Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

_____   __✓_____
Guilty            Not Guilty

**Count 3:**   Assaulting Officer D.C. (Deadly/Dangerous Weapon)

__✓_____   _____
Guilty            Not Guilty

1

If you have marked Guilty as to Count 3 above, proceed to Count 5. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

_____   _____
Guilty                           Not Guilty

**Count 5:** **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____   _____✓_____
Guilty                           Not Guilty

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____   _____✓_____
Guilty                           Not Guilty

**Count 6:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____   _____✓_____
Guilty                           Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____   _____✓_____
Guilty                           Not Guilty

**Count 7:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

| Guilty | ✓ Not Guilty |

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

| Guilty | ✓ Not Guilty |

**Count 8:** Disorderly Conduct in a Capitol Building or Grounds

| ✓ Guilty | Not Guilty |

**Count 9:** Act of Physical Violence at the Capitol Building or Grounds

| ✓ Guilty | Not Guilty |

**Count 10:** Obstruction of an Official Proceeding

| ✓ Guilty | Not Guilty |

Dated this __2nd__ day of February, 2024

JIA M. COBB
U.S. District Court Judge