UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 21-cr-00537 (JMC) |
| PAUL RUSSELL JOHNSON (3), | ) |
| Defendant. | ) |

## VERDICT FORM

**Count 1:** **Civil Disorder**

____✓____          _____
Guilty                    Not Guilty

**Count 2:** **Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)**

_____          ____✓____
Guilty                    Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

_____          ____✓____
Guilty                    Not Guilty

**Count 3:** **Assaulting Officer D.C. (Deadly/Dangerous Weapon)**

____✓____          _____
Guilty                    Not Guilty

1

If you have marked Guilty as to Count 3 above, proceed to Count 5. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

_____          _____
Guilty                              Not Guilty

**Count 5:** **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          ✓
Guilty                              Not Guilty

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____          ✓
Guilty                              Not Guilty

**Count 6:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          ✓
Guilty                              Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____          ✓
Guilty                              Not Guilty

**Count 7:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

_____            ____✓____
Guilty                                  Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____            ____✓____
Guilty                                  Not Guilty


**Count 8:** Disorderly Conduct in a Capitol Building or Grounds

____✓____                        _____
Guilty                                  Not Guilty


**Count 9:** Act of Physical Violence at the Capitol Building or Grounds

____✓____                        _____
Guilty                                  Not Guilty


**Count 10:** Obstruction of an Official Proceeding

____✓____                        _____
Guilty                                  Not Guilty


Dated this __2nd__ day of February, 2024

*[Signature]*
JIA M. COBB
U.S. District Court Judge