UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN CHASE RANDOLPH (4)<br><br>Defendant. | Case No. 21-cr-00537 (JMC) |

## VERDICT FORM

**Count 1:**   **Civil Disorder**

__✓_____          _____
Guilty                                    Not Guilty

**Count 2:**   **Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)**

__✓_____          _____
Guilty                                    Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3. If not, you must consider the lesser offense:

   **Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

_____          _____
Guilty                                    Not Guilty

**Count 3:**   **Assaulting Officer D.C. (Deadly/Dangerous Weapon)**

_____          ___✓_____
Guilty                                    Not Guilty

1

If you have marked Guilty as to Count 3 above, proceed to Count 4. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

_____   ____✓_____
Guilty                                    Not Guilty

**Count 4:**   **Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

____✓_____              _____
Guilty                                    Not Guilty

**Count 5:**   **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____   ____✓_____
Guilty                                    Not Guilty

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____   ____✓_____
Guilty                                    Not Guilty

**Count 6:**   **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____   ____✓_____
Guilty                                    Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

| Guilty | ✓ Not Guilty |
|---|---|

**Count 7:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

| Guilty | ✓ Not Guilty |
|---|---|

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

| Guilty | ✓ Not Guilty |
|---|---|

**Count 8:** Disorderly Conduct in a Capitol Building or Grounds

| Guilty | ✓ Not Guilty |
|---|---|

**Count 9:** Act of Physical Violence at the Capitol Building or Grounds

| ✓ Guilty | Not Guilty |
|---|---|

**Count 10:** **Obstruction of an Official Proceeding**

_____          ___✓_____
Guilty                                           Not Guilty


Dated this __2nd__ day of February, 2024

_____
JIA M. COBB
U.S. District Court Judge