## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00537 (JMC) |
| | ) | |
| JASON BENJAMIN BLYTHE (5), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>VERDICT FORM</u>

**Count 1:**   **Civil Disorder**

‾‾‾‾‾‾✓‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                        Not Guilty

**Count 2:**   **Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)**

‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾✓‾‾‾‾‾‾
Guilty                        Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3.  If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾✓‾‾‾‾‾‾
Guilty                        Not Guilty

**Count 3:**   **Assaulting Officer D.C. (Deadly/Dangerous Weapon)**

‾‾‾‾‾‾✓‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾
Guilty                        Not Guilty

1

If you have marked Guilty as to Count 3 above, proceed to Count 5. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

_____                    _____
Guilty                                                    Not Guilty

**Count 5:**   **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    ✓_____
Guilty                                                    Not Guilty

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____                    ✓_____
Guilty                                                    Not Guilty

**Count 6:**   **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    ✓_____
Guilty                                                    Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                    ✓_____
Guilty                                                    Not Guilty

2

**Count 7:**    **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          ✓_____
Guilty                              Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8.  If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____          ✓_____
Guilty                              Not Guilty

**Count 8:**    **Disorderly Conduct in a Capitol Building or Grounds**

_____          ✓_____
Guilty                              Not Guilty

**Count 9:**    **Act of Physical Violence at the Capitol Building or Grounds**

✓_____          _____
Guilty                              Not Guilty

**Count 10:**    **Obstruction of an Official Proceeding**

_____          ✓_____
Guilty                              Not Guilty

Dated this ___2nd___ day of February, 2024

JIA M. COBB
U.S. District Court Judge

3