UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-537 (JMC) |
| | : | |
| **RYAN SAMSEL, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## MOTION TO DISMISS COUNT TEN
## OF THE FOURTH SUPERSEDING INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through undersigned counsel, respectfully moves for an order of this Court to dismiss Count Ten of the Fourth Superseding Indictment, charging Defendants with Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2). This motion is made in the interest of justice and to clarify and simplify the issues to be resolved at the sentencing hearing, which is scheduled for September 19, 2024. If this motion is granted, government further requests that the Court deny as moot Defendant James Tate Grant's Motion for Reconsideration Of Denial Of Defendant's Judgement of Acquittal As To Count Ten Of the Second Superseding Indictment (ECF No. 380) and Defendant Paul Russell Johnson's Motion to Dismiss Count Ten (ECF No. 389).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  */s/ Hutton Marshall*
J. HUTTON MARSHALL
ALEXANDRA S. FOSTER
KYLE R. MIRABELLI

1

Assistant U.S. Attorneys
U.S. Attorney's Office for the
District of Columbia
DC Bar No. 1721890
601 D Street N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov