IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-00537-JMC |
| | : | |
| **RYAN SAMSEL,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO VACATE DEADLINE AND SET STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Ryan Samsel, through undersigned counsel, respectfully move this Court to vacate the current September 13, 2024 deadline by which the parties must file sentencing memoranda as to Defendant Samsel, as the U.S. Probation Office has not yet been able to provide the parties with a draft Pre-sentence Investigation Report pertaining to Defendant Samsel. Additionally, the parties respectfully request that the Court set this matter for a virtual status hearing as soon as is convenient for the Court in order to set new sentencing memoranda deadlines.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Hutton Marshall*
J. HUTTON MARSHALL
KYLE R. MIRABELLI
SASHA F. FOSTER
Assistant U.S. Attorneys
U.S. Attorney's Office for the

2

District of Columbia
DC Bar No. 1721890
601 D Street N.W.
Washington, D.C. 20579
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov

*Counsel for the United States*

Stanley Edmund Woodward, Jr.
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Washington, DC 20001
202-996-7447
stanley@brandwoodwardlaw.com

*Counsel for Defendant Ryan Samsel*

2